## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SWIMC, INC.     )
a Delaware corporation,   )
           )
    Plaintiff,    )
           )
    v.       )  Case No.
           )
HY-TECH THERMAL SOLUTIONS, LLC,)
a corporation,      )
           )
and          )
           )
HY-TECH DISTRIBUTORS, INC., )
a corporation.      )
           )
    Defendants.  )

## COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND UNFAIR COMPETITION

### PARTIES AND JURISDICTION

1. Plaintiff, SWIMC, Inc., is a Delaware corporation with its principal place of business in Wilmington, Delaware.

2. Defendant, Hy-Tech Thermal Solutions, LLC ("Hy-Tech Thermal Solutions"), on information and belief, is a Florida corporation with its principal place of business in Melbourne, Florida.

3. Defendant, Hy-Tech Distributors, Inc. ("Hy-Tech Distributors"), on information and belief, is a Florida corporation with its principal place of business in Melbourne, Florida.

4. This court has jurisdiction because: (a) this is an action brought under the Trademark Laws of the United States (15 U.S.C. §§ 1051, *et seq.*), jurisdiction being conferred in accordance with 15 U.S.C. § 1121 and 28 U.S.C. § 1338(a); (b) this action includes claims of

unfair competition joined with a substantial and related claim arising under the Trademark Laws of the United States, jurisdiction being conferred in accordance with 28 U.S.C. § 1338(b); (c) this is a civil action between citizens of different states in which the value of the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs, jurisdiction being conferred in accordance with 28 U.S.C. § 1332; and (d) this action includes claims that are so related to claims within such original jurisdiction that they form part of the same case or controversy, supplemental jurisdiction being conferred in accordance with 28 U.S.C. § 1367.

5.    Venue is proper in this Court under 28 U.S.C. § 1391(b).

## FACTS

6.    For many years, and long prior to the acts of defendants complained of herein, SWIMC, Inc., through its licensees and its predecessors-in-interest (collectively "SWIMC") have been engaged in the manufacture, distribution, advertising and sale of its elastomeric rubber roofing compound in commerce throughout the United States under the ELASTO-SEAL trademark (the "ELASTO-SEAL trademark").

7.    SWIMC, Inc. owns the federal registration for the ELASTO-SEAL trademark (Reg. No. 1,648,158), which was registered on June 18, 1991.

8.    SWIMC Inc.'s registration for the ELASTO-SEAL trademark is valid and subsisting, is incontestable in accordance with 15 U.S.C. §§ 1064 and 1115(b), and is conclusive evidence of the exclusive right to use the ELASTO-SEAL trademark in connection with the registered goods.  15 U.S.C. § 1115(b).

9.    SWIMC has sold many millions of dollars worth of its elastomeric rubber roofing compound product under the ELASTO-SEAL trademark in the United States and has spent substantial sums in advertising its product under the ELASTO-SEAL trademark.

10.    As a result of such extensive sales and advertising, the ELASTO-SEAL trademark represents extraordinarily valuable goodwill in the United States.

**Defendants' Businesses and Infringing Activities**

11.    Upon information and belief, Hy-Tech Thermal Solutions is engaged in the manufacture and sale of insulating coating products for use on roofs.

12.    Upon information and belief, Hy-Tech Thermal Solutions manufactures and sells an elastomeric roof coating under the name "Elasto-Seal" and/or "Elastoseal."

13.    Upon information and belief, Hy-Tech Distributors is an authorized dealer of "Elasto-Seal" and/or "Elastoseal" roof coating.

14.    Upon information and belief, in or around 2003, Hy-Tech Thermal Solutions and Hy-Tech Distributors (collectively, "Hy-Tech") began to sell and advertise an elastomeric roof coating under the name "Elasto-Seal" and/or "Elastoseal."

15.    Hy-Tech prominently features "Elasto-Seal" and/or "Elastoseal" in its product packaging, advertising and promotional materials, including on their Internet web sites located at <www.hytechsales.com> and <www.hytechdistributors.com>.  Representative specimens of Hy-Tech's use of the "Elasto-Seal" and/or "Elastoseal" are attached hereto as Exhibit A.

16.    On information and belief, Hy-Tech began use of the "Elasto-Seal" and/or "Elastoseal" name with full knowledge of SWIMC's extensive use of its ELASTO-SEAL mark.

17.    Hy-Tech's aforesaid activities are without the consent of SWIMC, Inc.

18.    On May 22, 2007, SWIMC, Inc. sent Hy-Tech Thermal Solutions a letter demanding that it cease use of the ELASTO-SEAL mark in conjunction with Hy-Tech Thermal Solutions' product.  Hy-Tech Thermal Solutions did not respond to SWIMC, Inc.'s May 22, 2007 letter.

19.    On July 31, 2007, SWIMC, Inc. sent a second, follow-up letter to Hy-Tech Thermal Solutions reiterating its demand that Hy-Tech Thermal Solutions cease use of the ELASTO-SEAL mark in conjunction with Hy-Tech Thermal Solutions' product.  Hy-Tech Thermal Solutions did not respond to SWIMC, Inc.'s July 31, 2007 letter.

20.    On October 25, 2007, SWIMC, Inc. sent a third, follow-up letter reiterating its demand that Hy-Tech Thermal Solutions cease use of the ELASTO-SEAL mark in conjunction with Hy-Tech Thermal Solutions' product.

21.    In a letter dated October 29, 2007, Tony Abruzzese, Director of Operations for Hy-Tech Thermal Solutions, responded to SWIMC, Inc.'s letter of October 25, 2007 and indicated that Hy-Tech Thermal Solutions would not cease use of ELASTO-SEAL.

22.    As of the filing date of this Complaint, Hy-Tech continues to use, advertise, and sell "Elasto-Seal" or "Elastoseal" roof coating.

## COUNT I

### (INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARK)

23.    SWIMC, Inc. re-alleges paragraphs 1 through 22, as if fully set forth herein.

24.    Hy-Tech's acts are likely to cause confusion, mistake or deception as to the source or origin of Hy-Tech's products in that purchasers and others are likely to believe that Hy-Tech or their products are sponsored by, or connected or affiliated with SWIMC, Inc. or its ELASTO-SEAL mark and product.

25.    Hy-Tech's acts constitute trademark infringement in violation of 15 U.S.C. §1114.

26.    Hy-Tech's acts greatly and irreparably damage SWIMC, Inc., and will continue to damage SWIMC, Inc. unless restrained by this Court;  therefore, SWIMC, Inc. is without an adequate remedy at law.

## COUNT II

### (FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION)

27.    SWIMC, Inc. re-alleges paragraphs 1 through 22 and 24 as if fully set forth herein.

28.    Hy-Tech's acts constitute a false representation and a false designation of origin, which likely have caused and are likely to cause confusion, mistake or deception, in violation of Section 43(a) of the United States Trademark Act, 15 U.S.C. § 1125(a).

29.    Hy-Tech's actions greatly and irreparably damage SWIMC, Inc., and will continue to damage SWIMC, Inc. unless restrained by this Court; therefore, SWIMC, Inc. is without an adequate remedy at law.

## COUNT III

### (TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER DELAWARE STATUTORY AND COMMON LAW)

30.    SWIMC, Inc. re-alleges paragraphs 1 through 22 and 24, as if fully set forth herein.

31.    Hy-Tech's acts constitute an unfair and deceptive business practice in violation of the Uniform Deceptive Trade Practices Act, 6 Del. C. § 2531 *et. seq*, and trademark infringement and unfair competition in violation of the common law of various states, including the Delaware Trademark Act, 6 Del. Laws C. § 3301 *et. seq*,

32.     Hy-Tech's acts greatly and irreparably damage SWIMC, Inc., and will continue to damage SWIMC, Inc. unless restrained by this Court; therefore, SWIMC, Inc. is without an adequate remedy at law.

WHEREFORE, SWIMC, Inc. prays that:

1.     Hy-Tech, its officers, agents, servants, employees and attorneys, representatives, successors and assigns, and any and all persons acting by, through or under authority of Hy-Tech, be permanently enjoined and restrained from:

    a.     using the ELASTO-SEAL mark, or any colorable imitation of the ELASTO-SEAL mark, or any name or mark that is confusingly similar to ELASTO-SEAL;

    b.     doing any act or engaging in any conduct that is likely to diminish the value and goodwill owned by SWIMC, Inc. in its ELASTO-SEAL mark; and

    c.     doing any other act or thing likely to induce the belief that Hy-Tech's business or products are in any way connected with SWIMC, Inc.'s business or products, or are sponsored approved by SWIMC, Inc.

2.     Hy-Tech be required:

    a.     to account for and pay over to SWIMC, Inc. all gains, profits, enrichments, and advantages wrongfully derived by Hy-Tech through its trademark infringement, false designation of origin and unfair competition, including prejudgment interest, in accordance with 15 U.S.C. § 1117(a) and the laws of the State of Delaware;

    b.     to pay over to SWIMC, Inc. the actual damages suffered by SWIMC, Inc. through Hy-Tech's trademark infringement, false designation of origin and unfair

competition, including prejudgment interest, in accordance with 15 U.S.C. §

1117(a) and the laws of the State of Delaware;

c.      to pay to SWIMC, Inc. three times the damages suffered by SWIMC, Inc.

by reason of intentional and unlawful acts of Hy-Tech, in accordance with 15

U.S.C. § 1117(a);

d.      to pay to SWIMC, Inc. punitive and exemplary damages for Hy-Tech's

deliberate and willful trademark infringement, false designation of origin and

unfair competition;

e.      to pay to SWIMC, Inc. the costs of this action, including reasonable

attorneys' fees, as provided in 15 U.S.C. § 1117;

f.      to abandon all trademark applications and registrations for marks

containing or consisting of ELASTO-SEAL and any marks confusingly similar to

the ELASTO-SEAL mark; and

g.      file with this Court and serve on counsel for SWIMC, Inc. within thirty

(30) days after entry of an injunction issued by this Court, a sworn written

statement as provided in 15 U.S.C. § 1116.

3.      Awarding SWIMC, Inc. such further relief as this Court deems just and equitable.

Dated:  February 8, 2008

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

By: _____

Kevin J. Mangan (#3810)
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801
(302) 252-4361

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

Raymond I. Geraldson, Jr.
Thad Chaloemtiarana
Alexis E. Payne
311 South Wacker Drive
Suite 5000
Chicago, Illinois  60606
(312) 554-8000

Counsel for SWIMC, INC.

**EXHIBIT "A"**



*Space Age Ceramic*
*INSULATING ROOF PAINT*
*Cool Roof Coatings*

Selected By
NASA
Spinoff
Technology
Product
2003

| Home | Products | Technical | Testimonials | BUY | Site map | FAQ's | Contact | About Us |

# Insulating Roof Paint - Cool Coatings
# Elastomeric Roof Paints

<u>Insul Cool-Coat #2000</u> For any sloped roof with good water runoff.
<u>Roof Guard #2050</u> Designed for flat roofs that are prone to ponding water.
<u>Permacoat Plus #2100</u> Any roof, sloped or flat requiring a Class "A" Fire Rating!
<u>Bus Kote #2150</u> Bus & Recreational Vehicle Coating
<u>Elastoseal #60</u> Clear elastomeric roof coating for shingles and shakes

**Hy-Tech Cool Roof Coatings** are high-performance, water-based coatings which are designed to insulate,seal, restore and protect roof surfaces. These thick rubber like ceramic reinforced paints adhere well over metal roofs, wood, shingle roofs, built-up roofs with dried-out asphalt or aluminum coatings, foam insulation, polyester plastic panels, concrete, and cement tiles and many single ply roofing materials.

**Features:**
<u>Installation ease</u>, with Hy-Tech Roof Coatings you don't have to tear off and dispose of your old roof. This can be a major advantage because tear-offs and landfill disposal can dramatically increase installation costs, sometimes as much as 50% of the total roofing job. Tear-offs are costly and can also result in interior water damage during installation.
<u>Weight savings</u>. Hy-Tech Roof Coatings are well-suited for application over an existing roof and they are up to 10 times lighter than traditional materials, so there's minimal weight or stress on your building.
<u>Save the environment.</u> No fumes from tar, solvent-based glues, or hazardous materials to take to the landfill.
<u>Durability</u> Hy-Tech Insulating Roof Paints offer superior mildew resistance, soundproofing, UV reflectivity, and are resistant to ozone, acid rain and other air-borne contaminants.
<u>Energy savings</u> are a big plus with Hy-Tech Roof Coatings. The insulation and reflective properties provide a built-in thermal barrier against winter cold and summer heat, which can reduce heating and air conditioning costs.
**In tests conducted by the Lawrence Berkeley National Laboratory, white reflective roof coatings saved up to 50% in energy costs. Savings will vary depending upon roof assembly, insulation thickness, roof area and climate.**
Uses
\* Mobile Home Roofs \* Metal Buildings \* Shipping Containers
\* Truck and Cargo Transportation Vehicles \* Hangers and Industrial buildings
\*Buses-RV's-Mobile Homes \*Barns and Animal Shelters
\* Grain Bins \* Modular Homes \* Metal Storage Tanks

Energy savings can add up quickly paying you back for choosing Hy-Tech energy-saving, seamless, insulating ceramic, roof coatings. Of course you can always replace your roof with the same asphalt roofing systems that we have

Current Information

▶ Insulating Additive
  For Paint

**PAINT LIST**
▶ Primers
▶ Clear Coatings
▶ House Paints
▶ Roof Coatings
  Insul Cool-Coat
  Roof Guard
  Permacoat Plus
  Bus Kote
  Elastoseal

▶ Specialty Coatings
▶ Fire Retardants
▶ Sundries | Supplies

▶ Technical Info
▶ Testimonials
▶ FAQ'S
▶ How To Paint

▶ How to Order
▶ Shipping
▶ International Sales
▶ Storefront

▶ Privacy
▶ Safe Shopping
▶ Contact
▶ Questions?
▶ Site Map
▶ HOME

Become a reseller

Search This Site

Go...

always used, high heat absorbing, quick to dry out and crack, requires imported oil and not at all friendly to the environment, roof tear off's are putting a real strain on our nations landfills.



### Which Hy-Tech Insulating Roof Coating is for your application?

<u>Insul Cool-Coat #2000</u> For any sloped roof with good water runoff.
<u>Roof Guard #2050</u> Designed for flat roofs that are prone to ponding water.
<u>Permacoat Plus #2100</u> Any roof, sloped or flat requiring a Class "A" Fire Rating!
<u>Bus Kote #2150</u> Bus & Recreational Vehicle Coating
<u>Elastoseal #60</u> Clear elastomeric roof coating for shingles and shakes
<u>Examples..Before and After</u>

| **House Paints** | **Roof Coatings** | **Clear Coatings** |
|---|---|---|

| **Primers-Sealers** | **Fire Retardants** | **Specialty Coatings** | **Supplies-Sundries** |
|---|---|---|---|

## HY-TECH
THERMAL SOLUTIONS

### We Provide the "Solutions"
### You Just Need to Apply Them!

Mail Address: Hy-Tech - P.O. Box 216, Melbourne, FL 32902
Fax: (321) 984-1022
© Copyright 2003-2007 and Disclaimer - All Rights Reserved.

 **HY-TECH** THERMAL SOLUTIONS    **Clear Waterproof Elastomeric Sealer**

 *NASA*    

Order | Painting Tips | Shipping | International | Questions? | Site Map | HOME

# Elasto-Seal #60

## Elastomeric Clear Sealer, Finish

**Please take note that Elasto-Seal is an elastomeric sealer perfect for many applications, but without insulating properties. It can be made to insulate by the addition of ThermaCels, but it will then have an opaque or "milky" look.**

**Elastoseal** is a Clear Acrylic Elastomeric Sealant designed to seal and protect a wide range of surfaces including wood homes, stone, brick, masonry and concrete, roofing materials and reflective roof coatings. All white roof coatings start losing their reflectivity properties due to accumulated dirt and other contaminates. Until now clear protective coatings for elastomeric base coatings were not available due to their lack of flexibility which is necessary as roof coatings are designed to expand and contract with a roofs movement.

Elastoseal is based on the same resins used in our insulating roof coatings and features the same elongation, expansion and contraction properties of those coatings.

Elastoseal also features outstanding adhesion to the applied surface, elongation and recovery capabilities, a combination of UV absorbers and mildewcides enabling it to resist the effects of the most severe climatic conditions.

Now all roof coatings can be protected from surface contamination enabling them to perform as intended by reflecting radiant heat away from the buildings interior.

This self cleaning clear coat works much the same way as the clear coatings designed and used on automobile finishes.

**Elastoseal** is truly an all-purpose clear sealant and protectant, suitable for virtually any application.
Color: Milky White, dries clear.
Volume Solids: 41% ± 2%
Flash Point: Same as water.
Coverage: 150-200 sq.ft. per gallon depending on the porosity of the surface.
Recommended Coverage: The number of coats depends on surface porosity; however, one coat is all that is normally needed on a well sealed surface.
Min. Surface Application Temp.: 7.2ºC / 45ºF. Do not allow to freeze.
Drying Time: Will depend on climate conditions. Allow at least 2 hours drying time between coats. First coat must be thoroughly dry before applying second coat.
Limitations Not suitable for below grade use.
Surface Preparation Surface must be clean and free from dirt, dust, grease, oil, mildew, wax, loose paint.
Roof Shingles should be sealed with #1220 Bond-it, our roof grade bonding/sealer for roofs to lock in loose granular minerals.
Application: Best applied by airless spraying or roller.
Can be applied with a short nap roller cover.

Clean Up Cleanup immediately after use with soap and water.

CAUTION:
Do not apply within two hours of sunset, rain, fog or freezing temperatures. All coatings must be completely dry before exposing to water or foot traffic. Keep all containers covered when not in use. Keep away from children.
Available in 1 Gal and 5 Gal containers
$39.95 Per Gal...5 Gallon $199.75

Order Now On-Line   Or   Order by Mail / Fax

| House Paint | Roof Coatings | Clear Coatings |
| --- | --- | --- |

| Primers-Sealers | Fire Retardants | Specialty Coatings | Supplies-Sundries |
| --- | --- | --- | --- |

 Order | Painting Tips | Shipping | International | Questions? | Site Map | HOME 

Mailing Address: Hy-Tech - P.O. Box 216, Melbourne, FL 32902
USA Order Toll Free: 1-866-649-8324 * Outside USA Order: 321-984-9777
Tech Support: 321-984-9777 * Fax: 321-984-1022
© and terms of use- All Rights Reserved

℀JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| SWIMC, Inc., a Delaware Corporation | Hy-Tech Thermal Solutions, LLC and Hy-Tech Distributors, Inc. |

**(b)** County of Residence of First Listed Plaintiff   New Castle, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

Kevin J. Mangan, Esq., Womble Carlyle Sandridge & Rice PLLC
222 Delaware Ave., Ste. 1501, Wilmington, DE 19801

Attorneys (If Known)

## II. BASIS OF JURISDICTION     (Place an "X" in One Box Only)

☐ 1  U.S. Government
       Plaintiff

☒ 3  Federal Question
       (U.S. Government Not a Party)

☐ 2  U.S. Government
       Defendant

☐ 4  Diversity
       (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med. Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☒ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **LABOR** | **SOCIAL SECURITY** |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 |
| | | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus - Alien Detainee<br>☐ 465 Other Immigration Actions | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

☒ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Sections 1051, et seq.

Brief description of cause:   Complaint for trademark infringement, false designation of origin and unfair competition

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE   n/a    DOCKET NUMBER

DATE
February 8, 2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

SWIMC, Inc.,
a Delaware Corporation

V.

### SUMMONS IN A CIVIL CASE

Hy-Tech Thermal Solutions, LLC,
a limited liability company

and

Hy-Tech Distributors, Inc.,
a corporation

CASE NUMBER:

TO: (Name and address of Defendant)

| Anthony A. Abruzzese<br>431 Seashore Avenue<br>Indialantic, FL 32903 | Tony and Jessica Abruzzese<br>Hy-Tech Thermal Solutions, LLC<br>159 Park Hill Blvd.<br>Melbourne, FL 32904 | Edward Kinberg<br>R/A for Hy-Tech Thermal Solutions, LLC<br>1290 W. Eau Gallie Blvd.<br>Melbourne, FL 32935 | Hy-Tech Distributors, Inc.<br>P.O. Box 216<br>Melbourne, FL 32902 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin J. Mangan, Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
T:  302-252-4361
kmangan@wcsr.com

Raymond I. Geraldson, Jr., Esq.
Thad Chaloemtiarana, Esq.
Pattishall McAuliffe Newbury Hilliard & Geraldson LLP
311 South Wacker Drive, Ste. 5000
Chicago, IL 60606
T:  312-554-8000

an answer to the complaint which is served on you with this summons, within  30 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_____
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     Date                              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 85 (Delaware Rev. 7/00)  Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

## District of Delaware

| | |
|---|---|
| SWIMC, Inc., a Delaware corporation | NOTICE, CONSENT, AND ORDER OF REFERENCE — EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |
| Plaintiff | |
| V. | Case Number: |
| Hy-Tech Thermal Solutions, LLC and Hy-Tech Distributors, Inc. | |
| Defendant | |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____
United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed.R.Civ.P. 73.

_____        _____
Date                                          United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.