## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MACSHAR ENTERPRISES, LLC, | : |
| | : |
|       Plaintiff, | : |
| | : |
|       v. | : |
| | :   Civil Action No. |
| UNITED STATES POSTAL SERVICE, | : |
| CO POSTMASTER DORITA BARNS | : |
| 3911 CONCORD PIKE | : |
| WILMINGTON, DE 19803 | : |
| | : |
|       Defendant. | : |

### NOTICE OF REMOVAL BY DEFENDANT UNITED STATES POSTAL SERVICE

TO: The United States District Court for the District of Delaware:

PLEASE TAKE NOTICE THAT pursuant to Title 28 U.S.C. § 1446(a) and on behalf of the United States Postal Service, Colm F. Connolly, United States Attorney for the District of Delaware and Lesley F. Wolf, Assistant United States Attorney respectfully files this Notice of Removal and in support of such removal states as follows:

1.      On or about February 1, 2008, plaintiff Macshar Enterprises, LLC, through counsel, purportedly filed a lawsuit in Justice of the Peace Court of the State of Delaware in and for New Castle County (Court No. 13) against the above-named defendant, alleging *inter alia* defendant is a holdover tenant at 3911 Concord Pike, Wilmington, Delaware. A Copy of plaintiff's state court Complaint is attached as Exhibit A.

2.      The United States Postal Service, and agency of the United States, is the named defendant in the above-action.

3.      Accordingly, pursuant to 28 U.S.C. § 1442(a)(1) and 39 U.S.C. § 409(a), this

action may be removed to this Court and jurisdiction properly lies in this Court.

5. A copy of this Notice of Removal will be promptly filed in Justice of the Peace Court of the State of Delaware in and for New Castle County and served upon plaintiff's counsel, pursuant to Title 28 U.S.C. § 1446(d). See Exhibit B.

**WHEREFORE**, respectfully, the above-captioned civil action is removed from the Justice of the Peace Court of the State of Delaware in and for New Castle County (Court No. 13), to this Court.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Lesley F. Wolf
Assistant United States Attorneys
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

Dated: February 29, 2008

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR NEW CASTLE COUNTY
COURT NO. 13

COURT ADDRESS:  
1010 CONCORD AVE  
WILMINGTON DE 19802

CIVIL ACTION NO: JP13-08-001241

MACSHAR ENTERPRISES VS UNITED STATES POSTAL SERVIC

SYSTEM ID: @632226  
UNITED STATES POSTAL SERVICE  
CO POSTMASTER DORITA BARNS  
3911 CONCORD PIKE  
WILMINGTON DE 19803



### SUMMONS
### (FOR SUMMARY POSSESSION IN LANDLORD/TENANT ACTIONS)

WE COMMAND YOU to summon UNITED STATES POSTAL SERVICE to appear at the Justice of the Peace Court named above MARCH 4, 2008 at 08:30 AM to present evidence and give testimony regarding the claims stated in the attached Complaint.

IT IS SO ORDERED this 13th day of February, 2008.

_____Susan G_____ (SEAL)  
Justice of the Peace/Court Official

TO THE DEFENDANT(S):

**Failure to appear at the time and place specified may result in a default judgment against you** and prevent you from later raising a related claim or defense in another case. If you are a Defendant in a Landlord/Tenant case involving possession, you have the right to a trial by jury. To exercise this right you must notify the court named above in writing **within ten (10) days** after receiving this summons.

CONSTABLE NOTES:_____  
SERVED ON:_____(Date & Time)  
CONSTABLE:_____

Persons with disabilities should contact the Court 10 days prior to trial, if possible, to request reasonable accommodations. TDD telephone numbers of JP Courts for the hearing impaired can be obtained from the blue pages of your phone book (listed as "TT" under each court).

Form: 6CF04          Produced By: Susan G          Date: 2/13/2008 9:53 AM

# IN THE JUSTICE OF THE PEACE COURT OF
# THE STATE OF DELAWARE, IN AND FOR NEW CASTLE COUNTY
# COURT NO. 13

COURT ADDRESS:  
1010 CONCORD AVE  
WILMINGTON DE 19802

CIVIL ACTION NO:   JP13-08-001241

### MACSHAR ENTERPRISES LLC, PLAINTIFF

------- VS -------

### UNITED STATES POSTAL SERVICE, DEFENDANT

**Plaintiff Parties:**  
PLAINTIFF  
SYSTEM ID: @632224  
MACSHAR ENTERPRISES LLC  
CO DONALD L GOUGE JR  
800 N KING ST   NO 303  
WILMINGTON, DE 19801

ATTORNEY FOR PLAINTIFF  
SYSTEM ID: 002234  
DONALD L GOUGE JR.  
800 KING STREET, SUITE 303  
P.O. BOX 1674  
WILMINGTON, DE 19801

**Defendant Parties:**  
DEFENDANT  
SYSTEM ID: @632226  
UNITED STATES POSTAL SERVICE  
CO POSTMASTER DORITA BARNS  
3911 CONCORD PIKE  
WILMINGTON, DE 19803

DEFENDANT  
SYSTEM ID: @632226  
UNITED STATES POSTAL SERVICE  
3204 CONCORD PIKE  
WILMINGTON, DE 19803

**Other Case Parties:**

Form: 6CF04                    Produced By: Susan G                    Date: 2/13/2008 9:53 AM

IN THE JUSTICE OF THE PEACE COURT OF
THE STATE OF DELAWARE, IN AND FOR New Castle COUNTY
COURT NO. 13

COURT ADDRESS
1010 Concord Avenue
Wilmington, DE 19802

CIVIL ACTION NO. _____

| PLAINTIFF(S) | VS. | DEFENDANT(S) |
|---|---|---|
| 1) Name MACSHAR ENTERPRISES, LLC | | 1) Name UNITED STATES POSTAL SERVICE |
| Address C/O DONALD L. GOUGE, JR. (#2234) | | Address 3911 Concord Pike |
| 800 N. KING STREET, #303 | | Wilmington, DE 19803 |
| Phone WILMINGTON, DE 19801 | | Phone c/o Postmaster Dorita Barns |
| 2) Name (302) 658-1800x2 | | 2) Name |
| Address | | Address |
| Phone | | Phone |

Plaintiff's Attorney, if any:
DONALD L. GOUGE, JR. (#2234)

Defendant's Attorney, if any:

Check One ___ Individual ✓ Corporation or other Artificial entity (see Supreme Court Rule 57)

Check One ___ Individual ✓ Corporation or other Artificial entity (see Supreme Court Rule 57)

Type of Service: (Check One)
Court Service ✓
Special Process Server ___

Rental Unit Address:
3204 Concord Pike
Wilmington, DE 19803

Type of Action: Debt ___ Trespass ___ Replevin ___ Summary Possession(Landlord/Tenant) ✓
Deficiency Judgment (6 Del. C. § 9-504) ___

COMPLAINT

1. Concise Statement of Facts: (Who, What, When, Where, How?)

The plaintiff landlord rented this commercial property to defendant tenant for use as a postal facility. The lease expired on January 31, 2008. The tenant remains in possession as a holdover tenant, subject to double the per diem rent. Plaintiff landlord seeks possession of the premises. Any rent due will be sought from the Court of Common Pleas, as it will exceed the jurisdictional limit of this Court. Notices to landlord are attached.

IN TRESPASS ACTIONS: The injury caused by the trespass must be described by Plaintiff in the statement of facts:

2. Relief Sought:
$ _____ Amount of money claimed. (Not including interest)
$ YES Pre Judgment Interest at ___ YES % legal rate or ___ % contractual rate beginning ___ (date).
$ YES Post Judgment Interest at the legal rate OR contractual rate of ___ %
$ 40.00 Court Costs.
$ YES Other   Attorney's Fees
   YES Possession
___ Return of personal property or $ ___ total value (Attach list of property stating description, number and value of items on 8 ½" x 11" paper)

Jury Trial Demanded (Possession Only): ___ Yes ___ No

TO: THE COURT OF THE JUSTICES OF THE PEACE
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding; or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process. I acknowledge, that unless a jury trial is demanded for summary possession (Landlord Tenant cases), I waive trial by jury of the claims in this complaint.

February 1, 2008
Date

_____ #2234
Plaintiff or Plaintiff's Attorney

J.P. Civ Form No. 1 (Rev 3/00)

Doc. No.02-13-95-05-01

**HEIMAN, GOUGE & KAUFMAN, LLP**
ATTORNEYS AT LAW
800 KING STREET, SUITE 303
P.O. BOX 1674
WILMINGTON, DELAWARE 19899-1674

HENRY A. HEIMAN*  
DONALD L. GOUGE, JR.  
SUSAN E. KAUFMAN**  

*ALSO ADMITTED IN NEW YORK  
**ALSO ADMITTED IN PENNSYLVANIA

TELEPHONE: 302-658-1800  
FAX: 302-658-1473

January 4, 2008

United States Postal Service
P.O. Box 27497
Greensboro, NC 27498-1103
Attention: Geoffrey Gregg

    RE:    Talleyville Branch (096820-008)
             Lease 3204 Concord Pike, Wilmington, DE 19803

Dear Mr. Gregg:

    If you will recall from my correspondence dated November 30, 2007, I am the attorney for Macshar Enterprises, LLC, your landlord (copy attached).

    As you know, your current lease expires on January 31, 2008. Since I have not heard from you, I expect that you will vacate the above noted premises by the close of business on January 31, 2008. If you remain, I will be forced to obtain legal possession of the premises and double the per diem rent. Let me know if you have any questions.

                                        Very truly yours,

                                        DONALD L. GOUGE, JR.

C: Macshar Enterprises, LLC

cert. mailing

Muni

```
              RODNEY SQUARE STATION
              WILMINGTON, Delaware
                   19801998
                3379300501 -0096
01/04/2008      (800)275-8777        11:43:11 AM

                    Sales Receipt
                    Sale   Unit       Final
Product             Qty    Price      Price
Description
                                      $0.41
GREENSBORO NC 27498
Zone-4 First-Class
Letter
  0.50 oz.
                                      $0.41
    Issue PVI:
                                      $1.05
Certificate          1     $1.05
of Mailing                            $1.05
MIDDLETOWN DE 19709
Zone-1 First-Class
Large Env
  3.00 oz.
                                      $1.14
    Issue PVI:
                                      $1.14
Certificate          1     $1.05
of Mailing                            $1.05

Total:                                $3.65

Paid by:                              $5.00
Cash
Change Due:                          -$1.35

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000400969316
Clerk: 04

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
          Thank you for your business.
*****************************************
*****************************************
              HELP US SERVE YOU BETTER

       Go to: http://gx.gallup.com/pos

          TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE

              YOUR OPINION COUNTS
*****************************************
*****************************************




                   Customer Copy
```

**CERTIFICATE OF MAILING**

U.S. POSTAL SERVICE
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE--POSTMASTER

Received From:

HEIMAN, GOUGE & KAUFMAN
ATTORNEYS AT LAW
800 KING STREET, SUITE 303
P.O. BOX 1674
WILMINGTON, DELAWARE 19899-1674

Don

One piece of ordinary mail addressed to:

USPS - PO Box 27497
Geensboro, NC
27498

ATTN - Geoffrey Gregg

S Form 3817, Mar. 1989

[postmark: JAN 04 2008 RODNEY SQUARE STATION WILMINGTON DE 19801]

[postage stamp: U.S. POSTAGE PAID WILMINGTON, DE JAN 04, 08 AMOUNT 1.05]

**HEIMAN, GOUGE & KAUFMAN, LLP**
ATTORNEYS AT LAW
800 KING STREET, SUITE 303
P.O. BOX 1674
WILMINGTON, DELAWARE 19899-1674

HENRY A. HEIMAN*
DONALD L. GOUGE, JR.
SUSAN E. KAUFMAN**

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

Counsel

TELEPHONE: 302-658-1800
FAX: 302-658-1473

November 30, 2007

United States Postal Service
P.O. Box 27497
Greensboro, NC 27498-1103
Attention: Geoffrey Gregg

RE: Talleyville Branch (096820-008)
Lease 3204 Concord Pike, Wilmington, DE 19803

Dear Mr. Gregg:

I am the attorney for Macshar Enterprises, LLC, your landlord.

Your current lease expires on January 31, 2008. Pursuant to your lease, there are NO renewal options. As such, the USPS must vacate the premises by January 31, 2008. If you remain beyond January 31, 2008, the USPS will be considered a holdover tenant and subject to double the per diem rent as permitted by the Delaware Landlord Tenant Code.

I have enclosed an offer for a new lease by your landlord, dated November 5, 2007. This offer will remain open until 11:59 p.m. on December 15, 2007. Please feel free to contact me or my client directly.

Very truly yours,

DONALD L. GOUGE, JR.

Enclosure
C: Macshar Enterprises, LLC



```
              RODNEY SQUARE STATION
              WILMINGTON, Delaware
                   198019998
              3379300801 -0093
11/30/2007     (800)275-8777      11:29:21 AM

                  Sales Receipt
Product          Sale   Unit           Final
Description      Qty    Price          Price

EAST ORANGE NJ 07017                   $0.75
Zone-2 First-Class
Letter
  2.90 oz.
  Nonmach First-Class                  $0.17
  Return Rcpt (Green Card)             $2.15
  Registered                           $9.50
    Insured Value :       $0.00
    Article Value :       $0.00
    Label #:        RA906755101US
  Customer Postage                    -$13.05
    Subtotal:                           $0.00
GREENSBORO NC 27498                    $0.41
Zone-4 First-Class
Letter
  0.70 oz.
                                     ========
  Issue PVI:                           $0.41

Certificate       1     $1.05          $1.05
of Mailing
                                     --------
Total:                                 $1.46

Paid by:
Cash                                   $2.00
Change Due:                           -$0.54

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000702531038
Clerk: 21

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
************************************
************************************
         HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

         YOUR OPINION COUNTS
************************************
************************************


                              Customer Copy
```

## JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE IN AND FOR NEW CASTLE COUNTY

MACSHAR ENTERPRISES, LLC, :
: 
      Plaintiff, :
:
v. :
: Civil Action No. JP13-08-001241
UNITED STATES POSTAL SERVICE, :
CO POSTMASTER DORITA BARNS :
3911 CONCORD PIKE :
WILMINGTON, DE 19803 :
:
      Defendant. :

### NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on February 29, 2008, Defendant, United States Postal Service, in the above-titled action, by and through undersigned counsel, Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, filed in the office of the Clerk of the United States District Court for the District of Delaware at Wilmington, Delaware, a Notice of Removal and a copy of this Notice of Filing of Notice of Removal of the above-titled action to the said United States District Court. A copy of the Notice of Removal is attached hereto and is being filed with the Court of Common Pleas of the State of Delaware in and for New Castle County which filing effects the Removal.

Accordingly, pursuant to 28 U.S.C. §§ 1442(a) and §1446(d), the above-titled action may proceed no further in state court unless and until the case is remanded.

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

BY: _____
                                      Lesley F. Wolf
                                      Assistant United States Attorneys
                                      The Nemours Building
                                      1007 Orange Street, Suite 700
                                      P.O. Box 2046
                                      Wilmington, Delaware 19899-2046
                                      (302) 573-6277

Dated: February 29, 2008

## CERTIFICATE OF SERVICE

I, **MAUREEN R. DAVIS**, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on **February 29, 2008**, I served the foregoing:

**NOTICE OF REMOVAL**

by delivering a copy of said documents via First Class United States Mail, postage prepaid to counsel at the following address:

**Donald L. Gouge, Jr., Esquire**
800 King Street, Suite 303
P. O. Box 1674
Wilmington, DE 19801
(302) 652-3611

_____
Maureen R. Davis
Legal Assistant