IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>385 Washington Street<br>Saint Paul, Minnesota 55102,<br><br>   Plaintiff,<br><br>v.<br><br>GREEN PARK FINANCIAL, LP,<br>7501 Wisconsin Avenue, Suite 1200<br>Bethesda, MD  20814-6531<br><br>and<br><br>WOODLARK PROPERTIES III, LP,<br>WOODLARK ENTERPRISES, III, INC.,<br>55 Webster Avenue, Suite 103<br>New Rochelle, NY 10601<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

Plaintiff St. Paul Mercury Insurance Company, by its undersigned attorneys, brings this lawsuit against Green Park Financial, LP, Woodlark Properties III, LP, and Woodlark Enterprises, III, Inc., and states as follows:

## PARTIES

1. Plaintiff St. Paul Mercury Insurance Company ("St. Paul") is a Minnesota corporation with its principal place of business in St. Paul, Minnesota.

2. Defendant Green Park Financial, LP ("Green Park") is a D.C. limited partnership with its principal place of business in Bethesda, Maryland. Green Park regularly does business in Delaware.

3. Defendant Woodlark Properties III, LP is a Delaware limited partnership with its principal place of business in New York.

4. Defendant Woodlark Enterprises III, Inc. (collectively with Woodlark Properties III, LP "Woodlark") is a Delaware corporation with it principal place of business in New York.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states, and because the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a).

## THE POLICIES

7. St. Paul issued to Walker & Dunlop, Inc. a Commercial General Liability Protection Coverage Form ("the Primary Policy") and an Umbrella Excess Liability policy ("the Umbrella Policy") (collectively, "the Policies"), each numbered FS06803591, effective June 1, 2006, to June 1, 2007, on which Green Park is listed an additional named insured.

8. The Primary Policy incorporates an endorsement entitled "Financial Professional Services Exclusion Endorsement" which provides:

>  **Financial professional services.** We won't cover injury or damage or medical expenses that result from the performance of or failure to perform any financial professional service.
>
> **Financial professional service** means any financial activity or service, including any of the following activities or services:
>
> - Advisory or fiduciary services.
> - Lending, leasing, or mortgage operations.
> - Debiting, crediting, or accounting services.
> - Maintaining financial accounts or records.
> - Offering, selling, financing, or administering any insurance product.
> - Collecting, refunding, or failing to refund premiums, interest, fees, or other charges for any insurance product.
> - Acting as an assignee for the benefit of creditors.
> - Credit checking or reporting.
> - Tax planning, withholding, or advisory operations.
> - Escrow, electronic funds transfer, or trust operations.
> - The issuance or sale of bank or certified checks, letters of credit, money orders, or travelers checks.

9. The Primary Policy contains other terms, conditions, and exclusions affecting the coverage afforded by the policy.

10. The Umbrella Policy provides coverage above the limits of liability under the Primary Policy, but also subject to the Financial Professional Services Exclusion Endorsement and other terms, conditions, and exclusions affecting the coverage afforded by the policy.

## THE UNDERLYING ACTIONS

11. Civil Action Nos. 07-C-105, 07-C-138, 07-C-229, 07-C-486, 07-C-495, 07-C-597, 07-C-501, and 07-C-496 ("the Underlying Actions") were instituted against Woodlark and Alex Vence, Jr. ("Vence") in the Circuit Court of Cabell County, West Virginia.

12. The Underlying Actions seek to recover damages because of bodily injuries that occurred as a result of a fire on January 13, 2007, at the Emmons Jr. and Emmons Sr. apartment

building owned by Woodlark and managed by Vence in Huntington, West Virginia ("Emmons apartment fire").

13. Woodlark and Vence ("Third-Party Plaintiffs") filed a third-party complaint ("Third Party Complaint") against Green Park, seeking indemnity and/or contribution for any liability Third-Party Plaintiffs may be found to have in the Underlying Actions.

14. The Third Party Complaint alleges that Green Park participated in financing the purchase of the Emmons Jr. and Emmons Sr. apartment buildings by Woodlark, and in doing so was negligent in its recommendation of building inspectors and retention of appraisers. The Third Party Complaint alleges that Green Park was negligent with respect to its retention of building inspectors and appraisers.

## ST.. PAUL'S DEFENSE OF THE UNDERLYING ACTIONS

15. On April 18, 2007, Green Park first notified St. Paul of a potential claim against it in connection with the Emmons apartment fire.

16. On or about May 1, 2007, St. Paul agreed to investigate the matter under a full reservation of rights, and retained counsel to represent Green Park in connection with claims arising out of the Emmons apartment fire.

17. By letter dated January 2, 2008, St. Paul agreed to defend Green Park in the Underlying Actions pursuant to a reservation of rights.

18. St. Paul will defend Green Park in the Underlying Actions until the entry of a judgment declaring that it owes no such defense to Green Park.

## COUNT I – Declaratory Relief

19. St. Paul incorporates by reference all foregoing allegations of this Complaint as if fully set forth herein.

20. Third-Party Plaintiffs seek to recover from Green Park solely damages for injury that is excluded by the Financial Professional Services Exclusion.

21. Accordingly, St. Paul has no obligation to defend or indemnify Green Park with respect to the Underlying Actions.

22. Green Park contends that St. Paul is obligated to defend and indemnify it with respect the Underlying Actions.

23. An actual and justiciable controversy exists between Green Park and St. Paul with respect to St. Paul's defense and indemnity obligations.

WHEREFORE, St. Paul respectfully requests that the Court enter judgment declaring that:

(a) St. Paul has no obligation to defend Green Park with respect to the Underlying Actions;

(b) St. Paul has no obligation to indemnify Green Park with respect to the Underlying Actions; and

(c) St. Paul is entitled to such other and further relief as justice may require.

**FOX ROTHSCHILD LLP**

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 1300
Wilmington, DE  19801
(302) 622-4200
*Attorneys for Plaintiff*
*St. Paul Mercury Insurance Company*

**OF COUNSEL:**
Lee H. Ogburn, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD  21202-3201
(410) 752-6030

Dated: March 11, 2008

JS 44   (Rev. 11/04)                 CIVIL COVER SHEET             APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
ST. PAUL MERCURY INSURANCE COMPANY

County of Residence of First Listed Plaintiff: **State of Minnesota**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
**SEE ATTACHED**

### DEFENDANTS
WOODLARK PROPERTIES III, LP,
WOODLARK ENTERPRISES, III, INC.
GREEN PARK FINANCIAL, LP

County of Residence of First Listed Defendant: **State of Delaware**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of the State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- [X] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholder's Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Tort to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/Accommodations
- [ ] 444 Welfare
- [ ] 445 Amer. w/ Disabilities – Employment
- [ ] 446 Amer. w/ Disabilities – Other
- [ ] 440 Other Civil Rights

**TORTS — PERSONAL INJURY**
- [ ] 362 Personal Injury – Med. Malpractice
- [ ] 365 Personal Injury – Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Leading
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
- Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airlines Reg.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt. Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdraw 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395 ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff Or Defendant)
- [ ] 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Stautues

### V. ORIGIN (Place an "X" in One Box Only)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332(a)

Brief Description of Cause: **DECLARATORY RELIEF**
Conversion for payment of check lacking necessary endorsement

### VII. REQUESTED IN COMPLAINT
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

### VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

WM1A 813328v1 03/11/08

Counsel for the Plaintiff St. Paul Mercury Insurance Company:

Neal J. Levitsky, Esquire
Seth A. Niederman, Esquire
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19801
Tel:  (302) 622-4238
Fax: (302) 656-8920

and

Lee H. Ogburn, Esquire
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, MD  21202-3201
Tel:  (410) 752-6030

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  DELAWARE

ST. PAUL MERCURY INSURANCE
COMPANY

        Plaintiff

V.

GREEN PARK FINANCIAL, LP,
WOODLARK PROPERTIES III, LP, and
WOODLARK ENTERPRISES, III, INC.

        Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: GREEN PARK FINANCIAL, LP
      7501 WISCONSIN AVENUE, SUITE 1200
      BETHESDA, MD  20814-6531

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Neal J. Levitsky, Esquire (No. 2092) | Lee H. Ogburn, Esquire |
| Seth A. Niederman, Esquire (No. 3821) | KRAMON & GRAHAM, P.A. |
| FOX ROTHSCHILD LLP | One South Street |
| Citizens Bank Center | Suite 2600 |
| 919 N. Market Street, Suite 1300 | Baltimore, MD  21202-3201 |
| Wilmington, DE  19801 | Tel:  (410) 752-6030 |
| Tel:  (302) 622-4238 | |
| Fax: (302) 656-8920 | |

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                             DATE

WM1A 815325v1 02/11/08
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

WM1A 813323v1 03/11/08

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   DELAWARE

ST. PAUL MERCURY INSURANCE
COMPANY
        Plaintiff

SUMMONS IN A CIVIL CASE

V.

GREEN PARK FINANCIAL, LP,
WOODLARK PROPERTIES III, LP, and
WOODLARK ENTERPRISES, III, INC.

CASE NUMBER:

        Defendants

TO: WOODLARK ENTERPRISES, III, INC.
     55 WEBSTER AVENUE
     SUITE 103
     NEW ROCHELLE, NY 10601

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Neal J. Levitsky, Esquire (No. 2092) | Lee H. Ogburn, Esquire |
| Seth A. Niederman, Esquire (No. 3821) | KRAMON & GRAHAM, P.A. |
| FOX ROTHSCHILD LLP | One South Street |
| Citizens Bank Center | Suite 2600 |
| 919 N. Market Street, Suite 1300 | Baltimore, MD 21202-3201 |
| Wilmington, DE 19801 | Tel: (410) 752-6030 |
| Tel: (302) 622-4238 | |
| Fax: (302) 656-8920 | |

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                      DATE

WM1A 815325v1 02/11/08

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☐   Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                          *Signature of Server*

                                                  _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

WM1A 813325v1 03/11/08

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  DELAWARE

ST. PAUL MERCURY INSURANCE
COMPANY

        Plaintiff

V.

GREEN PARK FINANCIAL, LP,
WOODLARK PROPERTIES III, LP,  and
WOODLARK ENTERPRISES, III, INC.

        Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO:  WOODLARK PROPERTIES III, LP
       55 WEBSTER AVENUE
       SUITE 103
       NEW ROCHELLE, NY  10601

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neal J. Levitsky, Esquire (No. 2092)
Seth A. Niederman, Esquire (No. 3821)
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19801
Tel:  (302) 622-4238
Fax: (302) 656-8920

Lee H. Ogburn, Esquire
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, MD  21202-3201
Tel:  (410) 752-6030

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                               DATE

(By) DEPUTY CLERK

WM1A 815324v1 02/11/08

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　Date　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

WM1A 813324v1 03/11/08