IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KWIKSET CORPORATION and )
NEWFREY LLC, )
 )
              Plaintiffs, )
 )    C.A. No.
      v. )
 )    DEMAND FOR JURY TRIAL
MASTER LOCK COMPANY LLC, )
 )
              Defendant. )
 )

## COMPLAINT

Plaintiffs Kwikset Corporation and Newfrey LLC, for their complaint against defendant Master Lock Company LLC, state the following:

1.      This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

## PARTIES

2.      Kwikset Corporation ("Kwikset") is a Delaware corporation with headquarters in Lake Forest, California.  Kwikset manufactures and sells, among other products, an extensive line of door hardware including locksets.

3.      Newfrey LLC ("Newfrey") is a Delaware limited liability company with its principal place of business in Newark, Delaware.

4.      Master Lock Company LLC ("Master Lock") is a Delaware limited liability company having a principal place of business in Oak Creek, Wisconsin.  Master Lock's agent for service of process in this judicial district is Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.  Master Lock sells a variety of

lock and door-hardware products throughout the United States including in this judicial district. Master Lock's products include re-keyable door locks that infringe the '813 patent.

## JURISDICTION AND VENUE

5.     Newfrey is the owner of title to United States Patent No. 6,973,813 B2 titled "Re-keyable Lock and Method," issued on December 13, 2005 (the "'813 patent," a copy of which is attached as Exhibit A to this complaint).

6.     Kwikset is the sole licensee of the '813 patent in the United States, and has sufficient exclusive rights in the '813 patent to sue for infringement with the title holder, Newfrey.

7.     Kwikset and Newfrey have standing to sue Master Lock for infringement of the '813 patent, and to recover damages for all infringement.

8.     This Court has exclusive jurisdiction over the subject matter of this complaint for patent infringement, pursuant to 28 U.S.C. §§ 1331 and 1338(a).

9.     Venue is proper in this judicial district under 28 U.S.C. § 1400(b). Master Lock is a Delaware LLC that resides in this judicial district and does business in this district. The products at issue in this suit are offered for sale to residents of this judicial district.

## PATENT INFRINGEMENT

10.     Master Lock has infringed the '813 patent by committing at least the following acts of infringement in the United States: using, making and/or importing, selling and offering for sale of re-keyable lock products that are covered by at least claims 21, 22 and 24 of the '813 patent. The Master Lock products that infringe the '813 patent include at least the "Master Lock Recodable Door Hardware" line of products with rekeyable lock cylinders that use a rekeying tool.

11.    Master Lock's infringement has injured Kwikset and Newfrey, and they are entitled to recover damages adequate to compensate for such infringement, but in no event less than a reasonable royalty.

12.    Kwikset and Newfrey have satisfied the marking and notice requirements of 35 U.S.C. § 287.

13.    Master Lock's infringement will continue to injure Kwikset and Newfrey, unless and until this Court enters an injunction prohibiting further infringement by importation, manufacture, use, sale and/or offer for sale of door hardware products within the scope of the '813 patent.

## <u>REQUEST FOR RELIEF</u>

WHEREFORE, Plaintiffs ask this Court to enter judgment against the defendant, and against any subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with the defendant, granting the following relief:

A.    An award of damages adequate to compensate Plaintiffs for the infringement that has occurred, but in no event less than a reasonable royalty, together with prejudgment interest from the date infringement began;

B.    Increased damages for willful infringement as provided by 35 U.S.C. § 284;

C.    A finding that this case is exceptional and an award to Plaintiffs of their attorneys' fees and costs as provided by 35 U.S.C. § 285;

D.    A permanent injunction prohibiting further infringement of U.S. Patent No. 6,973,813 B2; and

E.      Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable in this case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____

Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiffs*

*OF COUNSEL:*

Raymond P. Niro
Dean D. Niro
Patrick F. Solon
David J. Mahalek
Tahiti Arsulowicz
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL  60602
(312) 236-0733

March 25, 2008
2023122

EXHIBIT A

US006973813B2

(12) **United States Patent**
Erdely

(10) Patent No.: **US 6,973,813 B2**
(45) Date of Patent: **Dec. 13, 2005**

(54) **RE-KEYABLE LOCK AND METHOD**

(75) Inventor: **Edward Erdely**, Aliso Viejo, CA (US)

(73) Assignee: **Newfrey LLC**, Newark, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/729,555**

(22) Filed: **Dec. 5, 2003**

(65) **Prior Publication Data**

US 2005/0120765 A1      Jun. 9, 2005

(51) Int. Cl.⁷ .............................................. **E05B 27/00**
(52) U.S. Cl. ............................ **70/492**; 70/495; 70/377; 70/384; 70/419
(58) Field of Search ........................ 70/419, 492, 340, 70/377, 495, 382, 384

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,565,558 A | 12/1925 | Fremon | |
| 1,610,224 A * | 12/1926 | Dalboni et al. | ............... 70/382 |
| 1,965,889 A | 7/1934 | Gerald | |
| 2,139,842 A | 12/1938 | Miller | |
| 2,194,469 A | 3/1940 | Fremon | |
| 2,232,017 A | 2/1941 | Wilder | |
| 2,370,862 A | 3/1945 | Johnstone | |
| 2,391,832 A | 12/1945 | Johnstone | |
| 2,895,323 A | 7/1959 | Ernest | |
| 2,977,786 A | 4/1961 | Kendrick et al. | |
| 3,149,486 A | 9/1964 | Russell | |
| 3,183,692 A | 5/1965 | Check | |
| 3,190,093 A | 6/1965 | Schlage | |
| 3,320,781 A | 5/1967 | Hill | |
| 3,589,153 A | 6/1971 | Hill | |
| 3,687,262 A | 8/1972 | Hill | |

| | | | |
|---|---|---|---|
| 3,726,116 A | 4/1973 | Dimotta | |
| 3,728,880 A | 4/1973 | Falk | |
| 3,735,612 A | 5/1973 | Popvici | |
| 3,754,422 A * | 8/1973 | Stackhouse | .................. 70/492 |
| 3,910,083 A | 10/1975 | Burlingame | |
| 3,990,282 A | 11/1976 | Sorum | |
| 3,999,413 A * | 12/1976 | Raymond et al. | ............. 70/495 |
| 4,015,458 A | 4/1977 | Mercurio | |
| 4,069,694 A | 1/1978 | Raymond et al. | |
| 4,094,175 A | 6/1978 | Pechner | |
| 4,142,391 A | 3/1979 | Paig | |
| 4,320,639 A | 3/1982 | Kleefeldt et al. | |
| 4,372,139 A | 2/1983 | Laake | |
| 4,376,382 A * | 3/1983 | Raymond et al. | ............. 70/338 |
| 4,377,940 A | 3/1983 | Hucknall | |
| 4,393,673 A | 7/1983 | Widen | |
| 4,404,824 A * | 9/1983 | Hennessy | .................... 70/495 |

(Continued)

*Primary Examiner*—Suzanne Dino Barrett
(74) *Attorney, Agent, or Firm*—Harness, Dickey & Pierce, P.L.C.

(57) **ABSTRACT**

A re-keyable lock and method. The lock has locked and unlocked positions and includes a housing and a cylinder rotatably supported in the housing. The lock includes a plurality of wafer tumblers resiliently supported in corresponding channels formed in the cylinder. Each wafer tumbler includes a rider element selectively engaged with a base element in first and second engagement positions, wherein the first engagement position corresponds to a first key and the second engagement position corresponds to a second key. The lock also includes a re-keying mechanism such as a re-keying tool which is inserted in a re-keying slot when the lock is in the unlocked position to disengage the rider element from the corresponding base element in the first engagement position and to re-engage the rider element to the base element in the second engagement position.

**41 Claims, 7 Drawing Sheets**



**US 6,973,813 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,412,437 | A | 11/1983 | Smith |
| 4,440,009 | A | 4/1984 | Smith |
| 4,689,978 | A | 9/1987 | Drummond |
| 4,712,399 | A * | 12/1987 | Mattossovich ............... 70/495 |
| 4,712,401 | A | 12/1987 | Monahan |
| 4,712,402 | A | 12/1987 | Monahan |
| 4,729,231 | A | 3/1988 | Wu |
| 4,732,023 | A | 3/1988 | Shen |
| 4,741,188 | A | 5/1988 | Smith |
| 4,747,281 | A | 5/1988 | Monahan |
| 4,765,163 | A | 8/1988 | Trull et al. |
| 4,794,772 | A | 1/1989 | Falk et al. |
| 4,836,002 | A | 6/1989 | Monahan |
| 4,850,210 | A | 7/1989 | Adler et al. |
| 4,899,563 | A | 2/1990 | Martin |
| 4,909,053 | A | 3/1990 | Zipf, III et al. |
| 4,912,953 | A | 4/1990 | Wobig |
| 4,920,774 | A | 5/1990 | Martin |
| 4,942,749 | A | 7/1990 | Rabinow |
| 4,966,021 | A * | 10/1990 | Boag ........................... 70/383 |
| 4,996,856 | A | 3/1991 | Lin et al. |
| 5,010,753 | A | 4/1991 | Boris, Jr. |
| 5,024,071 | A | 6/1991 | Shafirkin |
| 5,038,589 | A | 8/1991 | Martin |
| 5,044,180 | A | 9/1991 | Lebrecht |
| 5,076,081 | A | 12/1991 | Boris, Jr. |
| 5,121,619 | A | 6/1992 | Martin |
| 5,174,136 | A | 12/1992 | Thwing |
| 5,209,088 | A | 5/1993 | Vaks |
| 5,211,044 | A | 5/1993 | Kim |
| 5,233,850 | A | 8/1993 | Schroeder |
| 5,325,690 | A | 7/1994 | Adler et al. |
| 5,428,978 | A | 7/1995 | Tsukano |
| 5,431,034 | A | 7/1995 | Fann et al. |
| 5,540,071 | A | 7/1996 | Reikher |
| 5,640,865 | A | 6/1997 | Widen |
| 5,704,234 | A | 1/1998 | Resch |
| 5,718,136 | A | 2/1998 | Aldieri et al. |
| 5,752,400 | A | 5/1998 | Kim |
| 5,765,417 | A * | 6/1998 | Bolton ........................ 70/495 |
| 5,781,181 | A | 7/1998 | Yanai et al. |
| 5,884,512 | A | 3/1999 | Wayne |
| 5,921,122 | A | 7/1999 | Lin |
| 5,921,123 | A | 7/1999 | Schwarzkopf et al. |
| 5,970,760 | A | 10/1999 | Shen |
| 5,979,200 | A | 11/1999 | Cliff |
| 6,029,484 | A | 2/2000 | Jetton |
| 6,047,577 | A | 4/2000 | Klimas |
| 6,076,386 | A | 6/2000 | Etchells et al. |
| 6,079,240 | A | 6/2000 | Shvarts |
| 6,119,495 | A * | 9/2000 | Loreti ........................ 70/340 |
| 6,134,928 | A | 10/2000 | Kang |
| 6,142,717 | A | 11/2000 | Staiger |
| 6,295,850 | B1 | 10/2001 | Anderson |
| 6,425,274 | B1 | 7/2002 | Laitala et al. |
| 6,516,643 | B1 | 2/2003 | Olshausen |
| 6,523,378 | B2 | 2/2003 | Kuo |
| 6,532,782 | B2 | 3/2003 | Chiu |
| 6,564,601 | B2 | 5/2003 | Hyatt Jr. |
| 6,776,017 | B2 | 8/2004 | Herdman |
| 2003/0037582 | A1 | 2/2003 | Edwards, Jr. et. al. |
| 2003/0084692 | A1 | 5/2003 | Herdman |
| 2003/0089149 | A1 | 5/2003 | Suzuki et al. |
| 2003/0154753 | A1 | 8/2003 | Dimig et al. |
| 2004/0069030 | A1 * | 4/2004 | Takadama .................... 70/495 |

* cited by examiner



FIG 1



**FIG 2**



**FIG 3**



FIG 4



FIG 5



FIG 6



FIG 7

US 6,973,813 B2

1

# RE-KEYABLE LOCK AND METHOD

## BACKGROUND OF THE INVENTION

Most common locks are pin-tumbler cylinder locks or wafer-tumbler cylinder locks. Each of these locks contains a cylinder or plug which rotates within a housing or shell. In the pin-tumbler locks, pin holes containing top and bottom pin tumblers extend transversely through both the cylinder and the housing, and may be crossing the shear line, i.e. the boundary between the cylinder and the housing. The pin tumblers slide up and down within the pin holes defining a locked position and an unlocked position. When a pin tumbler crosses the shear line, the pin tumbler interferes with the rotation of the cylinder and the cylinder remains locked. When the correct key is inserted in the lock, the bitting on the key contact the pin tumblers and force them to slide within their pin holes such that no pin crosses the shear line. The cylinder can then rotate within the housing when a torque is applied by the key to unlock the lock.

Wafer-tumbler locks have wafer-shaped tumblers which slide up and down within channels that extend from the cylinder to the housing. The wafer tumblers are spring loaded so that they can extend out of the cylinder and into a locking slot within the housing, thereby preventing rotation of the cylinder relative to the housing in a locked position. The center of each of the wafer tumblers has an opening for receiving a key. The correct key moves the wafer tumblers out of the locking slot, such that torque applied to the cylinder rotates the cylinder within the housing and unlocks of the lock.

To avoid or reduce the costs of changing or re-keying locks in office and apartment buildings, for example, several types of re-keyable locks that do not require disassembly have been developed for pin-tumbler locks, see, for example, U.S. Pat. Nos. 4,412,850 and 5,233,850. Simple and cost-effective re-keyable locks for wafer tumbler systems are still needed.

## SUMMARY

One embodiment of the invention provides a re-keyable lock and method. The lock has locked and unlocked positions and may include a housing and a cylinder rotatably supported in the housing and having a plurality of channels. The lock includes a plurality of wafer tumblers resiliently supported in the corresponding channels. Each wafer tumbler has a rider element selectively engaged with a base element in first and second engagement positions, wherein the first engagement position corresponds to a first key and the second engagement position corresponds to a second key. The lock also includes a re-keying slot on a face of the cylinder such that a re-keying tool can be inserted in the slot when the cylinder is in a learn position to disengage each rider element from the corresponding base element in the first engagement position to enable re-engaging the rider element to the base element in the second engagement position. In this manner, the lock may be re-keyed without disassembly of the cylinder assembly.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the accompanying Figures, there are shown present embodiments of the invention wherein like reference numerals are employed to designate like parts and wherein:

FIG. 1 is an exploded perspective view of an embodiment of a lock according to the present invention;

2

FIG. 2 is an exploded perspective view of a longitudinal section of the lock of FIG. 1;

FIG. 3 is an assembled perspective view of a longitudinal section of the lock of FIG. 1;

FIG. 4 is a sectional view of the lock showing an embodiment of a first wafer tumbler in a locked and engaged position;

FIG. 5 is a sectional view of the lock showing the first wafer tumbler of FIG. 4 in an unlocked and disengaged position;

FIG. 6 is a sectional view of the lock showing an embodiment of a second wafer tumbler in a locked and engaged position; and

FIG. 7 is a sectional view of the lock showing the second wafer tumbler of FIG. 6 in an unlocked and disengaged position.

## DETAILED DESCRIPTION OF THE INVENTION

Referring now to the drawings for the purpose of illustrating the invention without limiting the same, it is to be understood that standard components or features that are within the purview of an artisan of ordinary skill and do not contribute to the understanding of the various embodiments of the invention are omitted from the drawings to enhance clarity and are not described. In addition, it will be appreciated that the characterizations of various components and orientations described herein as being "vertical" or "horizontal", "right" or "left", "side", "top" or "bottom", are relative characterizations only based upon the particular position or orientation of a given component for a particular application.

FIG. 1 is an exploded view of an embodiment of a re-keyable lock 100 according to the invention. The lock 100 includes a cylinder 102, which rotates in a housing 104. The cylinder 102 has a plurality of first channels 106 as best see in FIGS. 2 and 4. The first channels 106 are sized to receive a first set of wafer tumblers 108. Each first wafer tumbler 108 includes a base element 110 and a rider element 112. As presently preferred, each base element 110 is a substantially flat plate that has an opening 114 that allows a key 120 to be inserted into the lock 100. In one embodiment, the base element 110 may have a lower portion 122, which may be U-shaped and have two legs 124 as best seen in FIG. 4. The legs 124 may be received in corresponding cavities 126 that extend from the corresponding first channel 106. The base element 110 is resiliently supported in the corresponding first channel 106 by any resilient mechanism, such as, for example, by two springs or coils 128 that are received in the cavities 126. The springs 128 bias the base element 110 toward the housing 104 and away from the cavities 126 to a "locked position", shown in FIG. 4, in which the cylinder 102 cannot turn relative to the housing 104, as is explained below.

Each base element 110 includes a plurality of engagement formations, such as slots or tabs, 130. Each rider element 112 may have an open frame that is supported on a corresponding base element 110. The rider element 112 includes a top portion 134, an engagement arm 136, and a support arm 138. The engagement arm 136 includes one or more engagement formations, such as tabs or slots, 132, that are engagable with one of the engagement formations 130 of the base element 110. The support arm 138 may contact a portion of the base element 110 providing additional stability for the rider element 112. The top portion 134 of the rider element 112 may be biased by the spring-loaded base

US 6,973,813 B2

3

element **110** into a locking slot **140** in the housing **104**, thereby locking the lock **100** and preventing the cylinder **102** from rotating relative to the housing **104**. The locking slot **140** is appropriately sized and shaped to receive the upper portion **134** of the rider element **112** in the locked position.

The engagement slots **130** of the base element **110** are spaced at distances that correspond to standard sizes of bitting **133** in the key **120**. As is well-known in the art, the sequence of bitting sizes determines the proper key for a lock. Conventionally, each bitting size is designated by an integer number. For a lock with seven wafer tumblers, for example, a sequence of seven digits determines the locking combination of the key. The sequence "1212121", for example, includes three bittings of size **2** and four bittings of size **1**. By way of example, when the rider element **112** is provided with one engagement tab **132**, and the base element **110** is provided with six engagement slots **130**, each wafer tumbler **108** may assume any one of six positions corresponding to six different bitting numbers. When the rider element **112** is provided with two tabs **132** for six engagement slots **130**, then each first wafer tumbler **108** may assume any one of five positions corresponding to five different bitting numbers. In the embodiment shown in FIG. **4**, the rider element **112** is provided with three engagement tabs **132** for the six engagement slots **130** of the base element **110**, and therefore the first wafer tumblers **108** for this embodiment may assume any one of four positions corresponding to four different bitting numbers. In general, the number of different bitting numbers available for each wafer tumbler **108** is determined by the number of available positions in which the engagement tabs **132** can be placed into the engagement slots **130**. Assuming that the number of slots N2 is greater than the number of tabs N1, the number of available positions equals N2−N1+1.

It should be appreciated that the shapes of the engagement tabs **132** and the engagement slots **132** do not have to be rectangular, as is shown in the embodiment of FIG. **4**. Other shapes, including curves and straight lines may also be used. Furthermore, the placement of the engagement tabs **132** and engagement slots **130** may be interchanged, i.e., the engagement tabs **132** may be placed in the base element **110** and engagement slots **130** may be placed in the rider element **112**. A periodic pattern of tabs **132** alternating with slots **130** may also be used in both the engagement arm **136** and the base element **110**, as shown in FIG. **4**.

As presently preferred, the engagement arm **136** is a flexible element that includes a flange **142** extending from an end **144** that is adjacent to the tabs **132**. By exerting a force against the flange **142**, the engagement tabs **132** of the rider element **112** may be disengaged from the engagement slots **130** of the base element **110** to allow re-keying the lock **100** as is described below.

The cylinder **102** includes a face **146** having a keyway **148** and a re-keying slot **150**. The re-keying slot **150** may be sized to receive a re-keying tool **152**. The re-keying tool **152** is a long rod, which, when inserted into the re-keying slot **150**, pushes against the flange **146** and the base element **110** causing the engagement arm **136** to deflect, and thereby prying the engagement tabs **132** out of the engagement slots **130**. The re-keying slot **150** may be positioned relative to cylinder **102** such that the re-keying tool **152** may engage the flange **142** when the original correct key **120** is inserted in the keyway **148** to rotate the cylinder **102** into an position as shown in FIG. **5**. In the unlocked position, each wafer tumbler **108** may be completely received in the corresponding first cylinder channel **106**, i.e. all the top portions **136** are disengaged from and are out of the first locking slot **140** of

4

the housing **104**, such that there is no interference in the rotation of the cylinder **102** relative to the housing **104**.

The re-keying slot **150** may have, for example, a T-shaped cross-section and the tool **152** may also have a T-shaped cross-section. The flange **154** of the tool **152** may push against base element **110**, while the web **156** of the tool **152** pushes against the flange **142** of the rider element **112**, thereby disengaging the rider element **112** from the base element **110**. The re-keying tool **152** is preferably tapered along its length to facilitate disengagement of the rider elements **112** from the base elements **110**. While the present invention has been described with reference to a re-keying tool which is separable from the lock **100**, one skilled in the art will recognize that similar structure which is integral with the lock could be utilized to provide the described re-keying function.

The lock **100** is re-keyed by the following procedure. Initially, the rider elements **112** are engaged with the base elements **110** in a first engagement position that corresponds to a first key **120**, e.g., the original unlocking key **120**, as shown in FIG. **4**. The first key **120** is inserted in the keyway **148** and the cylinder **102** is rotated to unlock the lock **100** as shown in FIG. **4**, thereby placing the lock **100** in a learn mode. In this state, the lock **100** may be re-keyed by insert in the re-keying tool **152** in the re-keying slot **150** such that the engagement arm **136** of the rider element **112** is disengaged from the base element **110**. The first key **120** can be removed and a second key inserted in the keyway **148**. The tool **152** is then removed, forcing the rider elements **112** to engage the base elements **104** in a second engagement position that is determined by the bitting **133** of the second key, thereby re-keying the lock **100** for the second key.

As illustrated in the Figures, the lock **100** includes a second set of wafer tumblers **108***a* received in corresponding second channels **106***a* in the cylinder **102**. The second wafer tumblers **108***a* are similar to first wafer tumblers **108** described above and thus their description will not be repeated. Elements of the second wafer tumblers **108***a* corresponding to similar elements of the first wafer tumblers **108** are indicated by the same reference numbers followed by the letter "a". For example, each second wafer tumbler **108***a* may include a rider element **112***a* and a base element **110***a*, etc. As best seen in FIG. **2**, the second channels **106***a* are interlaced with the first channels **106** and the first and second wafer tumblers **108**, **108***a* are positioned such that the engagement arms **136**, **136***a* are on opposite sides relative to the keyway **148** of the lock **100**. As an example, seven first wafer tumblers **108** and six second wafer tumblers **108***a* are shown in the embodiment of FIG. **1**. However, one skilled in the art will recognize that the number and location of wafer tumblers in a given lock may vary depending on the requirements of the particular application.

The rider elements **112***a* of the second wafer tumblers **108***a* are disengaged from the corresponding base elements **110***a* by inserting a second re-keying tool **152***a* through a second re-keying slot **150***a* on the face **146** of the cylinder **102** in the unlocked position as seen in FIGS. **6** and **7**. It will be appreciated that the engagement positions of the second rider elements **112***a* on the second base elements **110***a* are not dictated by, and thus are independent of the engagement positions of the rider elements **112** on the base elements **110**. Accordingly, the unlocking keys may have either symmetric or non-symmetric bitting **133**.

In one embodiment, the first and second base elements **110**, **110***a* and the first and second rider elements **112**, **112***a* may have tapered thickness to facilitate inserting the key **120** in the openings **114**,**114***a* of the first and second base

US 6,973,813 B2

5

elements, respectively, and inserting the re-keying tools **152, 152a** in the corresponding re-keying slots **150, 150a** as best seen in FIGS. **4–7**.

From the above description, it will be appreciated that the invention provides a versatile, cost-effective and convenient re-keyable lock **100**. Many combinations of first and second wafer tumblers **108, 108a** are possible. Many sequences of engagement formations **130, 132** are also available and may be selected for each wafer tumbler **108, 108a**. Therefore, a great number of new keys may be provided for re-keying the same lock **100** without ever having to disassemble it.

Whereas particular embodiments of the invention have been described herein for the purpose of illustrating the invention and not for the purpose of limiting the same, it will be appreciated by those of ordinary skill in the art that numerous variations of the details, materials and arrangement of parts may be made within the principle and scope of the invention without departing from the spirit of the invention. The preceding description, therefore, is not meant to limit the scope of the invention. Rather the scope of the invention is to be determined only by the appended claims and their equivalents.

What is claimed is:

**1**. A re-keyable lock comprising:

a cylinder rotatably supported in a housing between a locked position and an unlocked position, said cylinder having a longitudinal slot and a transverse channel;

a locking mechanism including a wafer tumbler resiliently supported in said transverse channel and positionable therein between an engaged position wherein said wafer tumbler engages said housing and a disengaged position wherein said wafer tumbler disengages said housing, said wafer tumbler including a base element having an opening formed therethrough which is at least partially aligned with said longitudinal slot, a rider element positionable within said transverse channel relative to said base element and a coupling element integral with the rider element and positionable between a first position wherein said base element is coupled to said rider element and a second position wherein said base element is uncoupled from said rider element, wherein said coupling element comprises a flexible element biased to couple said base element and said rider element, said flexible element being deflectable to uncouple said base element and said rider element; and

a re-keying mechanism operable when said cylinder is in said unlocked position to move said coupling element from said first position to said second position for repositioning said rider element relative to said base element such that the lock is re-keyed.

**2**. The lock of claim **1**, wherein said rider element selectively engages a plurality of engagement formations in said base element, each of said plurality of engagement formations corresponding to a bitting size.

**3**. The lock of claim **2**, wherein each of said plurality of engagement formations comprise a tab.

**4**. The lock of claim **2**, wherein each of said plurality of engagement formations comprise a slot.

**5**. The lock of claim **1**, wherein said locking mechanism further comprises a plurality of wafer tumblers, each of said plurality of wafer tumblers resiliently supported in one of a plurality of transverse channels formed in said cylinder.

**6**. A re-keyable lock comprising:

a cylinder rotatable supported in a housing between a locked position and an unlocked position, said cylinder having a longitudinal slot and a transverse channel;

6

a locking mechanism including a wafer tumbler resiliently supported in said transverse channel and positionable therein between an engaged position wherein said wafer tumbler engages said housing and a disengaged position wherein said wafer tumbler disengages said housing, said wafer tumbler including a base element having an opening formed therethrough which is at least partially aligned with said longitudinal slot, a rider element positionable within said transverse channel relative to said base element and a coupling element integral with the rider element and positionable between a first position wherein said base element is coupled to said rider element and a second position wherein said base element is uncoupled from said rider element, and

a re-keying mechanism operable when said cylinder is in said unlocked position to move said coupling element from said first position to said second position for repositioning said rider element relative to said base element such that the lock is re-keyed, wherein said re-keying mechanism having a re-keying element positionable relative to said wafer tumbler within said cylinder to engage said coupling element, said re-keying element including a re-keying tool insertable into a re-keying slot formed in said cylinder to deflect said flexible element.

**7**. The lock of claim **6**, wherein said re-keying slot is T-shaped.

**8**. The lock of claim **6**, wherein said re-keying tool is tapered.

**9**. A re-keyable lock comprising:

a cylinder rotatable supported in a housing between a locked position and an unlocked position, said cylinder having a longitudinal slot and a transverse channel;

a locking mechanism including a wafer tumbler resiliently supported in said transverse channel and positionable therein between an engaged position wherein said wafer tumbler engages said housing and a disengaged position wherein said wafer tumbler disengages said housing, said wafer tumbler including a base element having an opening formed therethrough which is at least partially aligned with said longitudinal slot, a rider element positionable within said transverse channel relative to said base element and a coupling element integral with the rider element and positionable between a first position wherein said base element is coupled to said rider element and a second position wherein said base element is uncoupled from said rider element, wherein said base element comprises a first body portion and a pair of legs extending therefrom, said pair of legs being received in a mating portion of said transverse channel;

a pair of springs disposed in said mating portion of said transverse channel and engaging said pair of legs to bias said locking mechanism into said engaged position; and

a re-keying mechanism operable when said cylinder is in said unlocked position to move said coupling element from said first position to said second position for repositioning said rider element relative to said base element such that the lock is re-keyed.

**10**. A re-keyable lock comprising:

a cylinder rotatable supported in a housing between a locked position and an unlocked position, said cylinder having a longitudinal slot and a transverse channel;

a locking mechanism including a wafer tumbler resiliently supported in said transverse channel and positionable

US 6,973,813 B2

7

8

therein between an engaged position wherein said wafer tumbler engages said housing and a disengaged position wherein said wafer tumbler disengages said housing, said wafer tumbler including a base element having an opening formed therethrough which is at least partially aligned with said longitudinal slot, a rider element positionable within said transverse channel relative to said base element and a coupling element integral with the rider element and positionable between a first position wherein said base element is coupled to said rider element and a second position wherein said base element is uncoupled from said rider element, wherein said base element includes a first body portion and a pair of legs extending therefrom, said pair of legs being received in a mating portion of said transverse channel, and wherein said rider element includes a pair of arms extending from a second body portion, said pair of arms capturing said first body portion therebetween; and

a re-keying mechanism operable when said cylinder is in said unlocked position to move said coupling element from said first position to said second position for repositioning said rider element relative to said base element such that the lock is re-keyed.

**11.** A re-keyable lock comprising:

a cylinder rotatably supported in a housing between a locked position and an unlocked position, said cylinder having a longitudinal slot, a first set of transverse channels and a second set of transverse channels opposingly interlaced with said first set of transverse channels;

a locking mechanism including:

a first set of wafer tumblers resiliently supported in said first set of transverse channels and positionable therein between an engaged position wherein said first set of wafer tumblers engage said housing and a disengaged position wherein said first set of wafer tumblers disengage said housing; and

a set of second wafer tumblers resiliently supported in said second set of transverse channels and positionable therein between an engaged position wherein said second set of wafer tumblers engage said housing and a disengaged position wherein said second set of wafer tumblers disengage said housing;

each wafer tumbler of said first and second sets of wafer tumblers including a base element having an opening formed therethrough which is at least partially aligned with said longitudinal slot, a rider element positionable within said transverse channel relative to said base element and a coupling element integral with the rider element and positionable between a first position wherein said base element is coupled to said rider element and a second position wherein said base element is uncoupled from said rider element, wherein said coupling element includes a flexible element biased to couple said base element and said rider element, said flexible element being deflectable to uncouple said base element and said rider element; and

a re-keying mechanism operable when said cylinder is in said unlocked position to move said coupling element from said first position to said second position for repositioning said rider element relative to said base element such that the lock is re-keyed.

**12.** The lock of claim **11**, wherein said rider element selectively engages a plurality of engagement formations in said base element, each of said plurality of engagement formations corresponding to a bitting size.

**13.** The lock of claim **12**, wherein each of said plurality of engagement formations comprise a tab.

**14.** The lock of claim **12**, wherein each of said plurality of engagement formations comprise a slot.

**15.** A re-keyable lock comprising:

a cylinder rotatable supported in a housing between a locked position and an unlocked position, said cylinder having a longitudinal slot, a first set of transverse channels and a second set of transverse channels opposingly interlaced with said first set of transverse channels;

a locking mechanism including:

a first set of wafer tumblers resiliently supported in said first set of transverse channels and positionable therein between an engaged position wherein said first set of wafer tumblers engage said housing and a disengaged position wherein said first set of wafer tumblers disengage said housing; and

a set of second wafer tumblers resiliently supported in said second set of transverse channels and positionable therein between an engaged position wherein said second set of wafer tumblers engage said housing and a disengaged position wherein said second set of wafer tumblers disengage said housing;

each wafer tumbler of said first and second sets of wafer tumblers including a base element having an opening formed therethrough which is at least partially aligned with said longitudinal slot, a rider element positionable within said transverse channel relative to said base element and a coupling element integral with the rider element and positionable between a first position wherein said base element is coupled to said rider element and a second position wherein said base element is uncoupled from said rider element; and

a re-keying mechanism operable when said cylinder is in said unlocked position to move said coupling element from said first position to said second position for repositioning said rider element relative to said base element such that the lock is re-keyed, said re-keying mechanism having a re-keying element positionable relative to said wafer tumbler within said cylinder to engage said coupling element, and said re-keying element includes a re-keying tool insertable into a re-keying slot formed in said cylinder to deflect said flexible element.

**16.** The lock of claim **15**, wherein said re-keying slot is T-shaped.

**17.** The lock of claim **15**, wherein said re-keying tool is tapered.

**18.** A re-keyable lock comprising:

a cylinder rotatably supported in a housing between a locked position and an unlocked position, said cylinder having a longitudinal slot, a first set of transverse channels and a second set of transverse channels opposingly interlaced with said first set of transverse channels;

a locking mechanism including:

a first set of wafer tumblers resiliently supported in said first set of transverse channels and positionable therein between an engaged position wherein said first set of wafer tumblers engage said housing and a disengaged position wherein said first set of wafer tumblers disengage said housing; and

a set of second wafer tumblers resiliently supported in said second set of transverse channels and position-able therein between an engaged position wherein

said second set of wafer tumblers engage said housing and a disengaged position wherein said second set of wafer tumblers disengage said housing;

each wafer tumbler of said first and second sets of wafer tumblers including a base element having an opening formed therethrough which is at least partially aligned with said longitudinal slot, a rider element positionable within said transverse channel relative to said base element and a coupling element integral with the rider element and positionable between a first position wherein said base element is coupled to said rider element and a second position wherein said base element is uncoupled from said rider element, wherein said base element comprises a first body portion and a pair of legs extending therefrom, said pair of legs being received in a mating portion of said transverse channels;

a pair of springs disposed in said mating portion of said transverse channel and engaging said pair of legs to bias said locking mechanism into said engaged position; and

a re-keying mechanism operable when said cylinder is in said unlocked position to move said coupling element from said first position to said second position for repositioning said rider element relative to said base element such that the lock is re-keyed.

19. A re-keyable lock comprising:

a cylinder rotatable supported in a housing between a locked position and an unlocked position, said cylinder having a longitudinal slot, a first set of transverse channels and a second set of transverse channels opposingly interlaced with said first set of transverse channels;

a locking mechanism including:

  a first set of wafer tumblers resiliently supported in said first set of transverse channels and positionable therein between an engaged position wherein said first set of wafer tumblers engage said housing and a disengaged position wherein said first set of wafer tumblers disengage said housing; and

  a set of second wafer tumblers resiliently supported in said second set of transverse channels and positionable therein between an engaged position wherein said second set of wafer tumblers engage said housing and a disengaged position wherein said second set of wafer tumblers disengage said housing;

  each wafer tumbler of said first and second sets of wafer tumblers including a base element having an opening formed therethrough which is at least partially aligned with said longitudinal slot, a rider element positionable within said transverse channel relative to said base element and a coupling element integral with the rider element and positionable between a first position wherein said base element is coupled to said rider element and a second position wherein said base element is uncoupled from said rider element, wherein said base element comprises a first body portion and a pair of legs extending therefrom, said pair of legs being received in a mating portion of said transverse channels, wherein said rider element includes a pair of arms extending from a second body portion, said pair of arms capturing said first body portion therebetween; and

a re-keying mechanism operable when said cylinder is in said unlocked position to move said coupling element from said first position to said second position for repositioning said rider element relative to said base element such that the lock is re-keyed.

20. A re-keyable lock comprising:

a cylinder rotatably supported in a housing, said cylinder having a longitudinal key slot and a plurality of transverse channels;

a locking mechanism positionable between an unlocked position and a locked position, said locking mechanism including a plurality of wafer tumblers resiliently supported in a corresponding one of said plurality of transverse channels, each of said plurality of wafer tumblers including a rider element selectively engagable with a base element in a first engagement position corresponding to a first key and a second engagement position corresponding to a second key, wherein each of said plurality of wafer tumblers includes a first set of wafer tumblers opposingly interlaced with a second set of wafer tumblers; and

a re-keying tool insertable in a re-keying slot centrally offset from the longitudinal key slot, the re-keying tool operable when said locking mechanism is in said unlocked position to disengage each rider element from each base element in said first engagement position and engage each rider element to each base element in said second engagement position, wherein said re-keying tool is associated with said first set of wafer tumblers and a second re-keying tool is insertable in a second re-keying slot and is associated with said second set of wafer tumblers.

21. A re-keyable lock comprising:

a cylinder rotatable supported in a housing between a locked position and an unlocked position, said cylinder having a longitudinal slot and a transverse channel;

a locking mechanism including a wafer tumbler resiliently supported in said transverse channel and positionable therein between an engaged position wherein said wafer tumbler engages said housing and a disengaged position wherein said wafer tumbler disengages said housing, said wafer tumbler including a base element having an opening formed therethrough which is at least partially aligned with said longitudinal slot, a rider element positionable within said transverse channel relative to said base element and a coupling element positionable between a first position wherein said base element is coupled to said rider element and a second position wherein said base element is uncoupled from said rider element, said rider element comprising a pair of arms, said pair of arms capturing a body portion of said base element therebetween; and

a re-keying mechanism operable when said cylinder is in said unlocked position to move said coupling element from said first position to said second position for repositioning said rider element relative to said base element such that the lock is re-keyed.

22. The lock of claim 21, wherein said base element comprises a pair of legs extending from said body portion, said pair of legs being received in a mating portion of said transverse channel.

23. The lock of claim 22, further comprising a pair of springs disposed in said mating portion of said transverse channel and engaging said pair of legs to bias said locking mechanism into said engaged position.

24. The re-keyable lock of claim 21 wherein said re-keying mechanism comprises a re-keying element positionable relative to said wafer tumbler within said cylinder to engage said coupling element.

US 6,973,813 B2

11

**25**. A re-keyable lock comprising:
a cylinder rotatably supported in a housing between a
locked position and an unlocked position, said cylinder
having a longitudinal slot, a first set of transverse
channels and a second set of transverse channels oppos-
ingly interlaced with said first set of transverse chan-
nels;
a locking mechanism including:
a first set of wafer tumblers resiliently supported in said
first set of transverse channels and positionable
therein between an engaged position wherein said
first set of wafer tumblers engage said housing and a
disengaged position wherein said first set of wafer
tumblers disengage said housing; and
a set of second wafer tumblers resiliently supported in
said second set of transverse channels and position-
able therein between an engaged position wherein
said second set of wafer tumblers engage said hous-
ing and a disengaged position wherein said second
set of wafer tumblers disengage said housing;
each wafer tumbler of said first and second sets of
wafer tumblers including a base element having an
opening formed therethrough which is at least par-
tially aligned with said longitudinal slot, a rider
element positionable within said transverse channel
relative to said base element and a coupling element
positionable between a first position wherein said
base element is coupled to said rider element and a
second position wherein said base element is
uncoupled from said rider element, said rider ele-
ment comprising a pair of arms, said pair of arms
capturing a body portion of said base element ther-
ebetween; and
a re-keying mechanism operable when said cylinder is in
said unlocked position to move said coupling element
from said first position to said second position for
repositioning said rider element relative to said base
element such that the lock is re-keyed.

**26**. The lock of claim **25**, wherein said base element
comprises a pair of legs extending from said body portion,
said pair of legs being received in a mating portion of said
transverse channel.

**27**. The lock of claim **26**, further comprising a pair of
springs disposed in said mating portion of said transverse
channel and engaging said pair of legs to bias said locking
mechanism into said engaged position.

**28**. The re-keyable lock of claim **25** wherein said re-
keying mechanism comprises a re-keying element position-
able relative to said wafer tumbler within said cylinder to
engage said coupling element.

**29**. A re-keyable lock comprising:
a cylinder rotatable supported in a housing, said cylinder
having a longitudinal key slot and a transverse channel;
a locking mechanism positionable between an unlocked
position and a locked position, said locking mechanism
including a wafer tumbler resiliently supported in said
transverse channel, said wafer tumbler including a rider
element selectively engagable with a base element in a
first engagement position corresponding to a first key
and a second engagement position corresponding to a
second key; and
a re-keying slot centrally offset from the longitudinal
key slot and operable for accessing said rider ele-
ment when said locking mechanism is in said
unlocked position to disengage said rider element
from said base element in said first engagement
position and engage said rider element to said base

12

element in said second engagement position,
wherein said rider, wherein said coupling element
includes a flexible element biased to couple said base
element and said rider element, said flexible element
being deflectable to uncouple said base element and
said rider element.

**30**. The lock of claim **29**, wherein said locking mechanism
further comprises a plurality of wafer tumblers, each of said
plurality of wafer tumblers resiliently supported in one of a
plurality of transverse channels formed in said cylinder.

**31**. The lock of claim **30**, wherein each of said plurality
of wafer tumblers comprises a first set of wafer tumblers
opposingly interlaced with a second set of wafer tumblers.

**32**. The lock of claim **29**, wherein said rider element
selectively engages a plurality of engagement formations in
said base element, each of said plurality of engagement
formations corresponding to a bitting size.

**33**. The lock of claim **32**, wherein each of said plurality
of engagement formations comprise a tab.

**34**. The lock of claim **32**, wherein each of said plurality
of engagement formations comprise a slot.

**35**. The lock of claim **29**, further comprising a re-keying
tool insertable into said re-keying slot.

**36**. A re-keyable lock comprising:
a cylinder rotatably supported in a housing, said cylinder
having a longitudinal key slot and a transverse channel;
a locking mechanism positionable between an unlocked
position and a locked position, said locking mechanism
including a wafer tumbler resiliently supported in said
transverse channel, said wafer tumbler including a rider
element selectively engagable with a base element in a
first engagement position corresponding to a first key
and a second engagement position corresponding to a
second key; and
a re-keying slot centrally offset from the longitudinal key
slot and operable for accessing said rider element when
said locking mechanism is in said unlocked position to
disengage said rider element from said base element in
said first engagement position and engage said rider
element to said base element in said second engage-
ment position, wherein said re-keying slot is T-shaped.

**37**. A re-keyable lock comprising:
a cylinder rotatably supported in a housing, said cylinder
having a longitudinal key slot and a transverse channel;
a locking mechanism positionable between an unlocked
position and a locked position, said locking mechanism
including a wafer tumbler resiliently supported in said
transverse channel, said wafer tumbler including a rider
element selectively engagable with a base element in a
first engagement position corresponding to a first key
and a second engagement position corresponding to a
second key, wherein said base element comprises a first
body portion and a pair of legs extending therefrom,
said pair of legs being received in a mating portion of
said transverse channel; a pair of springs disposed in
said mating portion of said transverse channel and
engaging said pair of legs to bias said locking mecha-
nism into said engaged position; and
a re-keying slot centrally offset from the longitudinal key
slot and operable for accessing said rider element when
said locking mechanism is in said unlocked position to
disengage said rider element from said base element in
said first engagement position and engage said rider
element to said base element in said second engage-
ment position.

US 6,973,813 B2

13

14

**38**. The lock of claim **37**, wherein said rider element comprises a pair of arms extending from a second body portion, said pair of arms capturing said first body portion therebetween.

**39**. A method for in-situ re-keying of a lock, the method comprising:

inserting a first key into a key hole of a lock cylinder;

rotating said lock cylinder relative to a housing with said first key to put the lock into a learn position;

accessing a re-keying slot of said lock cylinder, said re-keying slot being centrally offset from said key hole;

uncoupling a first element of a wafer tumbler from a second element of said wafer tumbler;

replacing said first key with a second key such that said first element is re-positioned relative to said second element;

biasing a flexible element interposed between said first element and said second element to couple said first element to said second element of said wafer tumbler;

rotating said lock cylinder to a locked position with said second key; and

removing said second key.

**40**. The method of claim **39**, wherein uncoupling includes deflecting said flexible element to uncouple said first element from said second element.

**41**. The method of claim **39**, wherein accessing includes inserting a re-keying tool into the re-keying slot.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 6,973,813 B2                          Page 1 of 2
APPLICATION NO. : 10/729555
DATED                : December 13, 2005
INVENTOR(S)      : Edward Erdely

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title Page,
Item [56] **References Cited**, U.S. PATENT DOCUMENTS, Patent No. 3,735,612,
"Popvici" should read -- Popovici --.

Item [56] **References Cited**, U.S. PATENT DOCUMENTS, page 2,
  "5,781,181 A  7/1998      Yanai et al" should be
-- 5,791,181, A  8/1998      Sperber et al. --.

Item [56] **References Cited**, FOREIGN PATENT DOCUMENTS,
insert the following:
-- FOREIGN PATENT DOCUMENTS

  EP    0157967 10/1985
  EP    0210037  1/1987
  EP    0872615 10/1998
  WO    WO9314290      7/1993
  WO    WO9736072      10/1997 --.

Column 5,
Line 65, "rotatable" should be -- rotatably --.

Column 6,
Lines 32 and 63, "rotatable" should be -- rotatably --.

Column 8,
Line 6, "rotatable" should be -- rotatably --.

Column 9,
Line 28, "rotatable" should be -- rotatably --.

Column 11,
Line 52, "rotatable" should be -- rotatably --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 6,973,813 B2                          Page 2 of  2
APPLICATION NO. : 10/729555
DATED                  : December 13, 2005
INVENTOR(S)       : Edward Erdely

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

<u>Column 12,</u>
Line 2, after "rider" insert -- element includes a coupling element, --.

Signed and Sealed this

Ninth Day of January, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

KWIKSET CORPORATION and NEWFREY LLC

### DEFENDANTS

MASTER LOCK COMPANY LLC

**(b)** County of Residence of First Listed Plaintiff
    (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
    (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
    LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Thomas C. Grimm, Esq., MORRIS, NICHOLS, ARSHT & TUNNELL LLP,
1201 North Market Street, P.O. Box 1347,
Wilmington, DE 19899-1347, (302) 658-9200

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☒ 3   Federal Question
    (U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity
    (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)     and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product |     Med. Malpractice | ☐ 625 Drug Related Seizure |     28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |     Liability | ☐ 365 Personal Injury - |     of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & |     Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
|     & Enforcement of Judgment |     Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' |     Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent |     Corrupt Organizations |
| ☐ 152 Recovery of Defaulted |     Liability |     Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|     Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** |     Safety/Health | | ☐ 490 Cable/Sat TV |
|     (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment |     Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
|     of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) |     Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle |     Property Damage |     Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract |     Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |     12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal |     Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |     Injury | |     & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment |     Sentence | ☐ 791 Empl. Ret. Inc. |     or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** |     Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land |     Accommodations | ☐ 530 General | |     26 USC 7609 |     Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | |     Under Equal Access |
| |     Employment | ☐ 550 Civil Rights | | |     to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| |     Other | | | |     State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 35 U.S.C. 271

Brief description of cause:   Patent infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE       DOCKET NUMBER

DATE   3/25/08

SIGNATURE OF ATTORNEY OF RECORD   _Thomas Grimm / BSS_

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____
                                                              Delaware

KWIKSET CORPORATION and NEWFREY LLC,

                Plaintiffs,

          V.

  MASTER LOCK COMPANY LLC,

              Defendant.

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

    MASTER LOCK COMPANY LLC

    c/o Corporation Service Company

    2711 Centerville Road, Suite 400

    Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Thomas C. Grimm, Esquire

    Morris, Nichols, Arsht & Tunnell LLP

    1201 N. Market Street

    P.O. Box 1347

    Wilmington, DE  19899-1347

    (302) 658-9200

an answer to the complaint which is served on you with this summons, within   Twenty (20)   days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____             _____

CLERK                           DATE

_____

(By) DEPUTY CLERK

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____      _____
                              Date                              *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.