IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action Number 08- |
| ONE 2000 ACURA TL, VIN # 19UUA5661YA063056, | : | |
| Defendant *in rem*. | : | |

**VERIFIED COMPLAINT *IN REM***

Plaintiff, United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

**NATURE OF THE ACTION**

1. This is an action to forfeit One 2000 Acura TL, VIN # 19UUA5661YA063056 (the "defendant *in rem*") for violations of 21 U.S.C. § 881(a).

**THE DEFENDANT *IN REM***

2. The defendant *in rem* was seized from an individual known to law enforcement and identified herein as J.S. on November 15, 2007, in Delaware. It is presently in the custody of the United States Marshal Service.

**JURISDICTION AND VENUE**

3. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a). This Court also has jurisdiction over this particular action under 21 U.S.C. § 881(a).

4. This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. 1355(b). Moreover, the Court will have control over the property through the service of an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5. Venue is proper in this district (a) pursuant to 28 U.S.C. §1355(b)(1) because some of the acts or omissions giving rise to the forfeiture occurred in this district; and (b) pursuant to 28 U.S.C. § 1395, because the property is located in this district.

## BASIS FOR FORFEITURE

6. The defendant *in rem* is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) because it is a conveyance which was used, or was intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances.

## FACTS

7. On or about October 30, 2007, a cooperating source ("CS") with the Drug Enforcement Administration ("DEA") was instructed by J.S. and an individual known to law enforcement and identified herein as M.B. to pick up cocaine and marijuana from a place outside of Delaware and deliver it to J.S. and M.B. inside of Delaware.

8. On November 15, 2007, the CS arrived in Delaware with about five kilograms of cocaine and about thirty-seven kilograms of marijuana. Law enforcement removed the actual drugs and replaced them with "sham" drugs.

9. The CS contacted M.B. and advised M.B. that the CS was ready to deliver the drugs.

10. Prior to meeting with the CS, M.B. met with J.S. so that J.S. could provide M.B. with

$3,000, which M.B. was to use to pay the CS for transporting the drugs. J.S. drove the defendant *in rem* to this meeting.

11. Later the same day, M.B. was arrested while attempting to take delivery of the drugs.

12. J.S. was also arrested the same day, pursuant to a warrant issued pursuant to an indictment returned by a grand jury in the District of South Carolina for a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846. J.S. admitted he was involved in the delivery of drugs by the CS to M.B. as described above.

13. After the arrest of J.S., law enforcement seized the defendant *in rem*. An inspection of the defendant *in rem* revealed a concealed compartment located in the trunk of the vehicle.

14. Upon information and belief, the concealed compartment was used to conceal controlled substances and/or the proceeds of controlled substance transactions.

**COUNT I**

15. Paragraphs 1 through 14 are incorporated herein by reference.

16. There is probable cause to believe that the defendant *in rem* is a conveyance which was used, or was intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances in violation of 21 U.S.C. § 841 *et seq*.

17. As a result of the foregoing, the defendant *in rem* is liable to condemnation and to forfeiture to the United States for its use, in accordance with 21 U.S.C. § 881(a)(4).

WHEREFORE, the Plaintiff requests that the Court issue a warrant and summons for the arrest and seizure of the defendant *in rem*, that notice of this action be given to all persons known or thought to have an interest in or right against the property; that the defendant *in rem* be forfeited and condemned to the United States of America; that the Plaintiff be awarded its costs and disbursements in this action and for such other and further relief as the Court deems proper and just.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

DATED: April 16, 2008

## VERIFICATION

I, Special Agent Eric Miller, hereby verify and declare under penalty of perjury that I am a Special Agent with the United States Drug Enforcement Administration ("DEA"), that I have read the foregoing Verified Complaint *in Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Eric Miller
Special Agent, DEA

%JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

United States of America

**DEFENDANTS**

One 2000 Acura TL,
Vin # 19UUA5661YA063056

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Lesley Frieder Wolf
Assistant United States Attorney
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, Delaware 19899-2046

Attorneys (If Known)
N/A

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[x] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for (For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [x]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [x] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | PROPERTY RIGHTS | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | [ ] 650 Airline Regs. | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / PERSONAL PROPERTY | [ ] 660 Occupational Safety/Health | [ ] 830 Patent | [ ] 810 Selective Service |
| | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other | [ ] 840 Trademark | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| | | | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 220 Foreclosure | [ ] 442 Employment | Habeas Corpus: | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act / FEDERAL TAX SUITS | |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 740 Railway Labor Act | |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | [ ] 871 IRS—Third Party 26 USC 7609 |
| | | [ ] 555 Prison Condition | | [ ] 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[x] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

21 USC 881 Civil forfeiture for drug trafficking

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  4/16/2008
SIGNATURE OF ATTORNEY OF RECORD  [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 08- |
| | : |
| ONE 2000 ACURA TL, VIN # | : |
| 19UUA5661YA063056, | : |
| | : |
| Defendant *in rem*. | : |

## WARRANT FOR ARREST IN REM AND SUMMONS

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified complaint of forfeiture has been filed on April 16, 2008, in the United States District Court for the District of Delaware, alleging that the defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. § 881(a);

YOU ARE, THEREFORE, HEREBY AUTHORIZED to arrest and seize defendant property, and use discretion and whatever means appropriate to protect and maintain said defendant property; and

You shall provide notice of this action to all persons thought to have an interest in or claim against the defendant property by providing such persons with a copy of this warrant and summons, and a copy of the verified complaint in rem, in a manner consistent with the principles of notice of an action in rem under the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure.

This warrant and summons provides notice that in order to avoid forfeiture of the property, any person claiming an interest in, or right against, the property must file a verified Statement of Interest or Right identifying the interest in, or right against, the property in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, except that in no event may such Statement of Interest or Right be filed later than 30 days after the date of service of the complaint or, as applicable, the date of final publication of notice of the filing of the complaint. In addition, any person having filed such a Statement of Interest or Right must also file an answer to the complaint not later than 20 days after the filing of the Statement, with a copy thereof sent to Assistant United States Attorney Lesley Frieder Wolf at 1007 Orange Street, Suite 700, P.O. Box 2046, Wilmington, Delaware 19899-2046.

Promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

This Warrant of Arrest in Rem and Summons is issued this____day of April 2008 by the Clerk of the United States District Court for the District of Delaware pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

_____
DEPUTY CLERK