IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. AND CELLTECH MANUFACTURING CA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> KV PHARMACEUTICAL COMPANY, <br><br> Defendant. | ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) ) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs UCB, Inc. and Celltech Manufacturing CA, Inc., for their complaint herein against Defendant KV Pharmaceutical Company, allege as follows:

### PARTIES

1. Plaintiff UCB, Inc. is a corporation incorporated under the laws of the State of Delaware, having its principal place of business at 1950 Lake Park Drive, Smyrna, Georgia 30080.

2. Plaintiff Celltech Manufacturing CA, Inc. (hereinafter "Celltech") is a corporation incorporated under the laws of the State of California, having its principal place of business at 3501 West Garry Avenue, Santa Ana, California 92704.

3. UCB, Inc. and Celltech are at times collectively referred to hereinafter as "Plaintiffs" or "UCB."

4. On information and belief, Defendant KV Pharmaceutical Company (hereinafter "Defendant" or "KV") is a corporation organized and existing under the laws of the State of Delaware, and having an office and place of business at 2503 S. Hanley Road, St. Louis, Missouri 63144.

**JURISDICTION AND VENUE**

5. This action arises under the Patent laws of the United States and the Food and Drug laws of the United States, Titles 35 and 21, United States Code. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over KV because it is incorporated in the State of Delaware. KV also does business and sells its generic pharmaceutical products in this District as well as throughout the United States.

7. Venue is proper in this Court under 28 U.S.C. §§ 1391(b) and (c), and 1400(b).

**CLAIM FOR RELIEF**

8. UCB realleges paragraphs 1-8 above, as if set forth specifically here.

9. United States Patent No. 6,344,215 ("the '215 patent"), entitled "Methylphenidate Modified Release Formulations," issued on February 5, 2002. The '215 patent claims, inter alia, a modified release formulation of methylphenidate hydrochloride. A true and correct copy of the '215 patent is attached hereto as Exhibit A.

10. Celltech has been and still is the owner of the entire right, title and interest in the '215 patent and has the right to sue for infringement of the '215 patent.

11. UCB holds an approved New Drug Application ("NDA") from the United States Food and Drug Administration ("FDA") for a methylphenidate hydrochloride formulation which it sells under the name METADATE CD®.

12. The FDA granted approval of NDA No. 21-259 to UCB, Inc. to sell capsules containing 10, 20, 30, 40, 50 and 60 mg of methylphenidate hydrochloride. The

capsules approved under UCB Inc.'s NDA are prescribed and sold in the United States under the tradename METADATE CD®.

13. On information and belief, KV has filed with the FDA an Abbreviated New Drug Application ("ANDA") No. 90-117 under the provisions of 21 U.S.C. § 355(j), seeking approval to engage in the commercial manufacture, use, and/or sale of generic methylphenidate hydrochloride capsules before the expiration of the '215 patent.

14. On information and belief, KV has included in its ANDA a notice of certification under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) that, in its opinion and to the best of its knowledge, its generic product does not infringe the '215 patent. UCB received a notice of certification on March 7, 2008.

15. KV has infringed the '215 patent under 35 U.S.C. § 271(e)(2)(A) by filing ANDA No. 90-117 seeking approval by the FDA to engage in the commercial manufacture, use, and/or sale of generic methylphenidate hydrochloride capsules before the expiration of the '215 patent.

16. KV's proposed methylphenidate hydrochloride capsules would, if approved and marketed, infringe the '215 patent.

17. On information and belief, KV is aware that its proposed methylphenidate hydrochloride capsules, if approved, will be made, used and/or sold in contravention of UCB's rights under the '215 patent.

18. UCB is entitled to full relief from KV's acts of infringement under 35 U.S.C. § 271(e)(4), including an Order by this Court that the effective date of any approval of KV's ANDA be a date that is not earlier than the expiration date for the '215 patent (currently October 27, 2020), or any other expiration of exclusivity to which UCB is or becomes entitled.

19. KV was aware of the existence of the '215 patent and, upon information and belief, was aware that the filing of its ANDA and certification with respect to the '215 patent constituted an act of infringement of that patent.

20. This is an exceptional case, and UCB is entitled to its costs and reasonable attorney fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the following relief:

A. A judgment that the '215 patent has been infringed by KV;

B. A judgment declaring that the effective date of any approval of KV's ANDA No. 90-117 under § 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j)) for KV's proposed methylphenidate hydrochloride capsules be no earlier than October 27, 2020, the expiration date of the '215 patent, or any later date of exclusivity to which UCB is or becomes entitled;

C. A permanent injunction against any infringement of the '215 patent by KV, its officers, agents, attorneys, and employees, and those acting in privity or concert with them;

D. Costs and expenses in this action, including reasonable attorney fees pursuant to 35 U.S.C. §285; and

E. Such other and further relief as this Court may deem proper.

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Karen Jacobs Louden*
                    Jack B. Blumenfeld (#1014)
                    Karen Jacobs Louden (#2881)
                    1201 North Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899-1347
                    (302) 658-9200
                    jblumenfeld@mnat.com
                    klouden@mnat.com

                    *Attorneys for Plaintiffs*
                        *UCB, Inc. and Celltech Manufacturing CA, Inc.*

*Of Counsel:*

Robert L. Baechtold
Scott K. Reed
Ha Kung Wong
FITZPATRICK, CELLA,
   HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

April 18, 2008
2297520

5

# EXHIBIT A

US006344215B1

(12) **United States Patent**
Bettman et al.

(10) Patent No.: **US 6,344,215 B1**
(45) Date of Patent: **Feb. 5, 2002**

(54) **METHYLPHENIDATE MODIFIED RELEASE FORMULATIONS**

(75) Inventors: **Marie J. Bettman**, Clayton; **Phillip J. Percel**, Troy; **Dan L. Hensley**, Huber Heights; **Krishna S. Vishnupad; Gopi M. Venkatesh**, both of Dayton, all of OH (US)

(73) Assignee: **Eurand America, Inc.**, Vandalia, OH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/697,803**

(22) Filed: **Oct. 27, 2000**

(51) Int. Cl.[7] .............. A61K 9/56; A61K 9/54; A61K 9/58; A61K 9/22; A61K 31/21
(52) U.S. Cl. .............. **424/459**; 424/458; 424/462; 424/468; 424/457; 424/451
(58) Field of Search .............. 424/451, 457, 424/458, 459, 462, 468

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,184,386 A | 5/1965 | Stephenson | 167/82 |
| 3,558,768 A | 1/1971 | Klippel | 424/21 |
| 4,752,470 A | 6/1988 | Mehta | 424/458 |
| 4,840,799 A | 6/1989 | Applegren et al. | 424/493 |
| 4,892,741 A | 1/1990 | Ohm et al. | 424/479 |
| 5,133,974 A | 7/1992 | Paradissis et al. | 424/480 |
| 5,837,284 A | * 11/1998 | Mehta et al. | 424/459 |
| 6,024,982 A | 2/2000 | Oshlack et al. | 424/476 |

* cited by examiner

Primary Examiner—Thurman K. Page
Assistant Examiner—Rachel M. Bennett
(74) Attorney, Agent, or Firm—Thompson Hine LLP

(57) **ABSTRACT**

A pharmaceutical MR (modified release) multiparticulate dosage form such as a capsule (once-a-day MR Capsule) of Methylphenidate indicated for the treatment of children with attention deficit hyperactivity disorder (ADHD), capable of delivering a portion of the dose for rapid onset of action and the remainder of the dose in a controlled manner for about 12 hours, is composed of a multitude of multicoated particles made of two populations of drug layered beads, IR (immediate release) and ER (extended release) Beads. The IR beads preferably are made by layering an aqueous solution comprising a drug and a binder on to non-pareil sugar spheres and then applying a seal coat to the drug coated cores. The ER Beads are made by applying an extended release coating of a water insoluble dissolution rate controlling polymer such as ethylcellulose to IR Beads. The MR Capsules are manufactured by filling IR and ER Beads in a proper ratio; the dose and the ratio required for an efficacious, cost effective and patient compliant treatment of children with ADHD were determined from extensive clinical investigations and in vitro- in vivo correlations performed as per FDA Guidelines, Guidance for Industry: Extended Release Oral Dosage Forms.

**9 Claims, 4 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4

US 6,344,215 B1

# METHYLPHENIDATE MODIFIED RELEASE FORMULATIONS

## BACKGROUND OF THE INVENTION

Methylphenidate Hydrochloride, a scheduled II controlled substance, is currently marketed as a mild central nervous system (CNS) stimulant and the drug of choice for treatment of ADD and ADHA in children. The drug is well absorbed throughout the gastrointestinal tract. However, it has an extremely short half-life, which necessitates a multi-dose treatment regimen for conventional (immediate release) dosage forms such as currently available 5, 10, and 20 mg tablets. Due to high $C_{max}$, oral administration of 10 and 20 mg Ritalin® is reported to result in notable side effects such as anorexia, weight loss, dizziness, etc. Furthermore, it requires the hyperactive children to be dosed in school thus causing hardship to school authorities as well as parents. The drawback of methylphenidate is that it also produces a euphoric effect when administered intravenously or through inhalation, thus presenting a high potential for substance abuse. Sustained release formulations for once-a-day dosing, such as 20 mg Ritalin SR® tablets currently available from Novartis and Geneva (generic version), were developed with the objective of providing efficacy for 8 hours, thereby improving compliance and reducing the incidence of diversion. However, there are reports which strongly suggest that the sustained release formulations exhibit a slower onset of action/efficacy compared to the immediate release dosage forms (W.E. Pelham et al., "Sustained Release And Standard Methylphenidate Effects On Cognitive And Social Behavior In Children With Attention Deficit Disorder," Pediatrics, Vol. 80, pp 491–501 (1987)).

Recently, OROS® (methylphenidate HCl) has been approved by FDA. It is a new osmotic controlled release once-a-day oral dosage form with a drug overcoat, that is designed to deliver a portion of the dose for rapid onset of action and deliver the remainder of the dose in a controlled manner for about 10 hours. The manufacturing cost of this complicated dosage form is expected to be very high and hence resulting in a high cost of treatment. Hence, there is a dire need to develop modified release dosage forms with moderate cost of goods and having not only a rapid onset of action but also with a significantly longer duration of action.

U.S. Pat. No. 5,908,850 assigned to Celgene Corporation discloses a method for treating children with the above disability to be treated using a sustained release dosage form containing d-threo-methylphenidate or pharmaceutically acceptable salts thereof thus minimizing hyperactivity and side effects. However, it does not address how it avoids dosing in school, thereby minimizing potential drug abuse.

It has been amply demonstrated that by administering two-bead capsule dosage forms manufactured in accordance with the present invention, therapeutically efficacious plasma concentrations can be achieved for rapid onset of action and maintained for over a 12-hour period, thus eliminating the need to dose children in the school.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide a method for manufacturing pharmaceutically elegant multi-particulate dosage forms based on the Difficaps® technology, having two types of bead populations—one immediate release (IR) Bead and the other extended release (ER) Bead. The IR Bead is designed to release all of the dose over a short period of time, preferably within 30 minutes to act as a bolus dose for rapid onset of action. In contrast, the ER Bead is designed to release the remainder of the total dose as a desired profile over a 12-hour period when dissolution tested in water by USP Apparatus 2 (Paddles @ 50 rpm). Testing to determine in vitro/in vivo correlations can be conducted to predict desirable profiles which can be expected to maintain blood levels of the active agent within a desired therapeutic range over an extended period of time. Another objective is to provide a novel multi-particulate dosage form in order to minimize side effects and eliminate the need to dose children with ADD and ADHD in the school, the release rates from ER Beads and the ratio of IR to ER Beads being determined based on the in vitro/in vivo correlations and efficacy study results obtained.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a graph showing the mean plasma concentration profile for various dosage forms described in example 2;

FIG. 2 is a graph showing the mean methylphenidate plasma concentrations versus time profiles for the dosage forms described in example 4;

FIG. 3 is a graphical representation of the stability data for modified release methylphenidate hydrochloride capsules, 20 mg (30 IR/70 ER Beads) at 30° C./60% RH; and

FIG. 4 is a graphical representation of the stability data for modified release methyphenidate hydrochloride capsules, 20 mg (30 IR/70 ER Beads) at 40° C./75% RH.

## DETAILED DESCRIPTION OF THE INVENTION

The active core of the novel dosage form of the present invention may be comprised of an inert particle such as a commercially available non-pareil sugar sphere. Methylphenidate is layered on the sugar spheres from an aqueous solution of the drug and a binder such as polyvinylpyrrolidone (PVP). "Methylphenidate" as used herein includes all optical isomers of the compound and all pharmaceutically acceptable salts thereof. The drug layered beads are provided with up to 4%, preferably up to 2% w/w seal coat using a film-former, such as hydroxypropylmethylcellulose (HPMC) (e.g., Opadry Clear) to produce IR Beads.

ER Beads are produced by coating IR Beads with a solution or an aqueous dispersion of a dissolution rate controlling polymer thereby forming an extended release membrane coating on the IR bead. Examples of dissolution rate controlling polymers include, but are not limited to, ethylcellulose (e.g., Aquacoat® ECD-30), neutral copolymers based on ethylacrylate and methylmethacrylate, and copolymers of acrylic and methacrylic acid esters having quaternary ammonium groups. The membrane coated beads are also typically seal coated with HPMC to produce Extended Release (ER) Beads. The IR and ER Beads are filled into hard gelatin capsules at predetermined ratios to produce modified release (MR) Beads. Ratios found to provide desirable release profiles ranges from about 10IR/90ER to 50IR/50ER, preferably from 20IR/80ER to 40IR/60ER, and most preferably at a ratio of 30IR/70ER.

The amount of drug layered on the core (sugar sphere) can be varied widely. A typical dose is expected to be from about 10 to 40 mg of active drug. IR beads typically will account for about 20 to 40% of the dose. Due to limitations in accurately dosing small fill weights into capsules in a two-bead capsule filling equipment, the drug content in the drug layered beads may range from 5 to 20% w/w. Those skilled in the art will be able to select an appropriate amount of drug for coating onto the core to achieve the desired

3

dosage. Generally, the dissolution rate controlling polymeric coatings on the active core particle vary from 5 to 25%, preferably from 5 to 20% and more preferably from 5 to 10% by weight based on the total weight of the coated particle, depending on the coating materials and solvents selected.

The thickness of the membrane layer or the type of polymer selected depends on the desired release profile, and is optimized for achieving a desired in vitro release profile, which is predicted based on the in vitro/in vivo correlations and efficacy study results. Preferably, the release profile provides an immediate bolus of drug and extended release of the drug at a relatively constant rate for an extended period of time (over 12 hours or more). The unit dosage form according to the present invention may comprise one bead population, which provides only an extended release profile. Alternately, it may consist of an IR bead population that provides a short-duration (sustained release) bolus component of the dose by optionally coating IR Beads with a mixture of water insoluble and water soluble polymers at a ratio of 95/5 to 70/30.

The invention also provides a method of manufacturing a modified release methylphenidate dosage form having a mixture of two bead populations which comprises the steps of:

1. coating an inert particle such as a non-pareil seed with methylphenidate and a polymeric binder to form IR Beads, which may be present in the unit dosage form to act as a bolus dose;
2. coating said particle with a plasticized solution or suspension of a water insoluble polymer or a mixture of water soluble and water insoluble polymers and curing at high temperatures (e.g., 50°–70° C.) for 4 to 12 hours, to form extended release (ER) Beads; and
3. filling into hard gelatin capsules beads of (1) and/or (2) at a ratio of 20 IR/80 SR to 40 IR/60 SR Beads, each capsule containing 10 to 40 mg methylphenidate hydrochloride.

An aqueous or a pharmaceutically acceptable solvent medium may be used for preparing drug containing core particles. The type of film forming binder that is used to bind the water soluble drug to the inert sugar sphere is not critical but usually water soluble, alcohol soluble or acetone/water soluble binders are used. Binders such as polyvinylpyrrolidone (PVP), polyethylene oxide, hydroxypropyl methylcellulose (HPMC), hydroxypropyl cellulose (HPC), polysaccharides such as dextran, corn starch may be used at concentrations of 0.5 to 5 weight %. The drug substance may be present in this coating formulation up to 55 weight %, preferably up to about 40% weight %, and most preferably up to about 20% weight, depending on the viscosity of the coating formulation.

Dissolution rate controlling polymers suitable for incorporating in the formulation for producing ER Beads are selected from the group consisting of ethylcellulose (or e.g., Aquacoat® ECD-30), neutral copolymers based on ethylacrylate and methylmethacrylate, copolymers of acrylic and methacrylic acid esters having quaternary ammonium groups, polyvinyl acetate/crotonic acid copolymer and combinations thereof.

Dissolution rate controlling polymers used in forming the membranes are usually plasticized. Representative examples of plasticizers that may be used to plasticize the membranes include triacetin, tributyl citrate, triethyl citrate, acetyl tri-n-butyl citrate diethyl phthalate, castor oil, dibutyl sebacate, acetylated monoglycerides and the like or mixtures thereof.

4

The plasticizer may comprise about 3 to 30 wt. % and more typically about 10 to 25 wt. % based on the polymer. The plasticizer is selected based on the total solids in the coating system (dissolved or dispersed) and depends on the polymer or polymers and the nature of the coating medium. Generally, this will be between 5 and 40 weight percent based on the total weight of the coating system.

The release characteristics of the IR Beads can optionally be further modified to provide a short duration (sustained release) bolus dose. The IR Beads in this embodiment are coated with a mixture of a water insoluble polymer such as ethylcellulose and a water soluble polymer such as low molecular weight HPMC, HPC, methylcellulose, polyethylene glycol (PEG) at a thickness of from 1 weight % up to 5 weight % depending on the solvent or latex dispersion based coating formulation used. The water insoluble polymer to water soluble polymer ratio may typically vary from 95:5 to 70:30.

The following non-limiting examples illustrate the dosage formulations in accordance with the invention.

EXAMPLES

Modified Release (MR) Capsules of Methylphenidate Hydrochloride, a ADD or ADHD drug, consist of a mixture of two sets of beads: The first set is referred to as immediate release (IR) Beads. IR Beads are designed to provide a loading or bolus dose by releasing all of the methylphenidate hydrochloride within the first hour, preferably within the first 30 minutes. The second set is referred to as the Extended Release (ER) Beads. ER Beads are designed to release methylphenidate slowly over a period of 10–12 hours.

In a preferred embodiment, IR Beads are prepared by adding methylphenidate HCl to an aqueous binder solution, preferably a PVP solution. Sugar spheres are coated with the drug solution and then dried. The drug containing particles are coated with a sealcoat of HPMC (Opadry Clear) to form IR Beads in accordance with the invention. Release characteristics of the IR Beads can be modified by optionally coating IR Beads with a blend of a water soluble polymer such as HPMC and a water insoluble polymer such as ethylcellulose.

The ER Beads are produced by applying a layer of extended release membrane coating (with a dissolution rate controlling polymer such as ethylcellulose) and then a seal coat on IR Beads. The two sets of beads when filled into capsule shells at an appropriate ratio will produce the target in vitro release profile which in turn will result in plasma concentrations required to provide rapid onset of action and efficacy over several hours in school going children with ADD or ADHD.

Example 1

Methylphenidate HCl (200 g) was slowly added to an aqueous solution (about 15% solids) of polyvinylpyrrolidone (10 g Povidone K-30) and mixed well. 25–30 mesh sugar spheres (770 g) were coated with the drug solution in a Versa Glatt fluid bed granulator. The drug containing pellets were dried, and a sealcoat of Opadry Clear (20 g) was first applied to produce IR Beads. ER Beads are produced by taking IR Beads and coating with the dissolution rate controlling polymer. A plasticized ethylcellulose coating was applied to the methylphenidate particles (893 g) by spraying Aquacoat® ECD-30 (233 g) and dibutyl sebacate (16.8 g). An outer seal coating formulation (20 g) of Opadry was sprayed onto the coated active particles. The coated

| | 5 | | | | 6 | |
|---|---|---|---|---|---|---|

particles were cured at 60° C. for 12 hours so that polymer particles coalesce to form a smooth membrane on ER Beads.

The IR and ER Beads were then filled into hard gelatin capsules using an MG Capsule Filling Machine with dual bead filling hoppers. Three clinical batches, Methylphenidate HCl MR Capsules, 25 mg (20 IR/80 ER Beads), 25 mg (30 IR/70 ER Beads) and 25 mg (40 IR/60 ER Beads), were manufactured, tested, and released for pilot biostudies. The dissolution profiles of these capsules are presented in Table 1 showing increasing release rates with increasing IR Bead fraction in the finished capsule.

TABLE 1

Dissolution Data for Example 1

| Time, hours | (20 IR/80 ER Beads) | (30 IR/70 ER Beads) | (40:IR/60 ER Beads) |
|---|---|---|---|
| 0.0 | 0.0 | 0.0 | 0.0 |
| 1.0 | 24.5% | 31.6% | 42.1% |
| 2.0 | 29.8% | 37.4% | 48.3% |
| 4.0 | 57.8% | 59.0% | 66.3% |
| 8.0 | 79.2% | 76.3% | 83.5% |
| 12.0 | 89.1% | 84.6% | 88.2% |

Example 2

In order to evaluate the bioavailability of the pilot clinical supplies manufactured as described in Example 1 and to establish in vitro-in vivo correlations, a randomized, open-labelled, six-period crossover biostudy was conducted in 24 healthy subjects, of which 18 subjects completed the study. Treatment regimens included a single oral dose of (A) one 10 mg Ritalin® IR tablet, (B) one 10 mg Ritalin IR tablet at 0 and 4 hours, (C) one 20 mg Ritalin® SR tablet, (D) one 25 mg MR Capsule (20 IR/80 ER Beads), (E) one 25 mg MR Capsule (30 IR/70 ER Beads), and (F) one 25 mg MR Capsule (40 IR/60 ER Beads). Pharmacokinetic assessments were made by measuring serial plasma methylphenidate concentrations after administration of each formulation. Each of the treatments administered resulted in a unique mean plasma concentration profile (FIG. 1). Treatments A, B, and C appeared to have similar elimination rate processes. In contrast, treatments D, E, and F appeared to have similar but slower elimination rate processes, implying that the methylphenidate elimination rate following the administration of Treatments D, E, and F is limited by the release rate from the MR capsule. Based on the study results, the Treatment F met the bioequivalence confidence interval requirements with Treatment C, the 20 mg methylphenidate SR formulation, suggesting the need for a faster release rate from the dosage form manufactured in accordance with the present invention.

Example 3

Methylphenidate HCl (1,168.4 g) was slowly added to a solution of polyvinylpyrrolidone (58.4 g Povidone K-30) in 7,536 g of purified water and mixed well. 25–30 mesh sugar spheres (4,500 g) were coated with the drug solution in a Glatt fluid bed granulator GPCG 5. The drug containing pellets were dried, and a sealcoat of Opadry Clear (121.7 g) in 1,400 g purified water was first applied. The dissolution rate controlling polymer coating was applied to the active particles (4,500 g) by spraying a dispersion of Aquacoat ECD (1,187.4 g) and dibutyl sebacate (85.5 g) in 199.5 g purified water. An outer seal coating formulation (Opadry) (101.8 g) in 1,170.7 g purified water was sprayed onto the coated active particles. The coated particles were cured at 60° C. for 12 hours so that the polymers were coalesced to produce ER Beads.

An IR Bead batch (Batchsize: 5,535.6 g) at 10% drug load was also prepared by following the above procedure. Methylphenidate MR Capsules, 20 mg (30 IR/70 ER) Batch (6000 size #3 capsules), containing 6.0 mg of IR Beads and 14 mg of ER Beads were manufactured using MG2 Futura capsule filling equipment. Similarly, Methylphenidate HCl MR Capsules, 20 mg (40 IR/60 ER Beads) Batch, were manufactured.

TABLE 2

Dissolution Data for Example 3

| Time, hours | (30 IR/70 ER Beads) | (40 IR/60 ER Beads) |
|---|---|---|
| 0.0 | 0.0 | 0.0 |
| 1.0 | 33.4% | 41.3% |
| 2.0 | 44.9% | 50.9% |
| 4.0 | 66.2% | 69.6% |
| 8.0 | 87.1% | 89.2% |
| 12.0 | 97.1% | 98.0% |

Example 4

A randomized six-way crossover study in 24 healthy children with ADHD (Protocol MAI 1001-02) was performed using 20 mg MR Capsules (30 IR/70 ER Beads and 40 IR/60 ER Beads of Example 3) and 2×20 mg dosed to children in the fed condition in comparison with Ritalin IR 10 mg dosed twice. The plasma profiles were obtained in a randomized, two-double-blind, crossover comparison of IR bid and placebo in stage 1 and two doses of two MR capsules in stage 2 in 24 healthy children. Children received MR capsules (30 IR/70 ER and 40 IR/60 ER Beads of Example 3, single and double doses) and one dosing regimen of Ritalin IR tablets (10 mg bid). Mean methylphenidate Plasma concentrations versus Time profiles are presented in FIG. 2. A level A correlation was established between the in vitro release and in vivo absorption with a correlation coefficient of $r^2=0.98$ and a slope of almost 1, as per the FDA guidelines, Guidance for Industry: Extended Release Oral Dosage Forms.

Example 5

Methylphenidate HCl (11.7 kg) was slowly added to an aqueous solution of polyvinylpyrrolidone (500 g Povidone K-30) and mixed well. 25–30 mesh sugar spheres (38.5 kg) were coated with the drug solution in a fluid bed equipment, Fluid Air FA 0300. The drug containing pellets were dried, and a sealcoat of Opadry Clear (2% w/w) in purified water was first applied. The dissolution rate controlling polymer coating was applied to the active particles (8.6% w/w) by spraying a dispersion of Aquacoat ECD and dibutyl sebacate. An outer seal coat of Opadry Clear (2% w/w) was applied onto the coated active particles. The coated particles were cured at 60° C. for 12 hours so that the polymers were coalesced to produce ER Beads. An IR Bead batch (Batchsize:50.4 kg) at about 10% drug load was also prepared by following the above procedure. Methylphenidate MR Capsules, 20 mg in size #3 capsules, containing 6.0 mg of IR Beads and 14 mg of ER Beads were manufactured using an MG Futura capsule filling equipment. Similarly, Methylphenidate HCl MR Capsules, 10 mg (30 IR/70 ER Beads) and 30 mg (30 IR/70 ER Beads), were also manufactured. The initial and up to 18-month stability data at 30°

7

C./60% RH and up to 6-month stability data at 40° C./75% RH for MR Capsules, 20 mg, are presented, respectively, in FIGS. 3 and 4. Both 10 and 30 mg capsule products at the ratio of 30 IR/70 ER Beads have also demonstrated to be physically and chemically stable.

Example 6

Methylphenidate HCl (2,336.8 g) was slowly added to an aqueous solution of polyvinylpyrrolidone (116.8 g Povidone K-30) in 14,072 g of purified water and mixed well. 25–30 mesh sugar spheres (9,000 g) were coated with the drug solution in a Glatt fluid bed granulator GPCG 5. The drug containing pellets were dried, and a sealcoat of Opadry Clear (243.4 g) in 2,800 g purified water was first applied. The dissolution rate controlling polymer coating was applied to the active particles (9,500 g) by spraying a solution of ethylcellulose and diethyl phthalate in 98/2 acetone/water. The coated ER Beads were cured at 60° C. for 4 hours. IR Beads were prepared by following above procedure. The IR and ER Beads were filled into capsules at a ratio of 30 IR/70 ER Beads.

While the invention has been described in detail with respect to specific embodiments thereof, it will be apparent that numerous modifications and variations are possible without departing from the scope of the invention as defined by the following claims.

What is claimed is:

1. A modified release methylphenidate hydrochloride capsule comprising immediate release (IR) and extended release (ER) methylphenidate-containing beads wherein the immediate release beads are present in an amount of about 20 to 40 percent and the extended release beads are present in an amount of about 60 to 80 percent and the total amount of methylphenidate hydrochloride present is about 10 to 40 mg; further wherein the immediate release beads are made up of a core particle coated with a layer of a methylphenidate-containing water soluble film-forming composition and the extended release beads are made up of a core particle layered with a methylphenidate-containing water soluble film-forming composition which is further coated with a dissolution rate controlling polymer in an amount up to 20 percent, and when the immediate release and the extended release beads are mixed in the amounts shown in the following table and tested using USP apparatus 2 at 50 rpm in 500 ml water, the mixed beads release methylphenidate approximately in the percentages shown in the following table based on the total methylphenidate:

8

| Time, hours | (20 IR/80 ER Beads) | (30 IR/70 ER Beads) | (40 IR/60 ER Beads) | (30 IR/70 ER Beads) | (40 IR/60 ER Beads) |
|---|---|---|---|---|---|
| 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 1.0 | 24.5% | 31.6% | 42.1% | 33.4% | 41.3% |
| 2.0 | 29.8% | 37.4% | 48.3% | 44.9% | 50.9% |
| 4.0 | 57.8% | 59.0% | 66.3% | 66.2% | 69.6% |
| 8.0 | 79.2% | 76.3% | 83.5% | 87.1% | 89.2% |
| 12.0 | 89.1% | 84.6% | 88.2% | 97.1% | 98.0% |

2. The capsule of claim 1 wherein the dissolution rate controlling polymer is ethylcellulose.

3. The capsule of claim 2 wherein the methylphenidate containing film-forming composition is a composition of polyvinylpyrrolidone.

4. The capsule of claim 3 wherein, when mixed in the amount shown in the following table, the immediate release and the extended release beads release the methylphenidate in the percentages shown in the following table.

| Time, hours | (30 IR/70 ER Beads) | (40 IR/60 ER Beads) |
|---|---|---|
| 0.0 | 0.0 | 0.0 |
| 1.0 | 33.4% | 41.3% |
| 2.0 | 44.9% | 50.9% |
| 4.0 | 66.2% | 69.6% |
| 8.0 | 87.1% | 89.2% |
| 12.0 | 97.1% | 98.0% |

5. The capsule of claim 4 wherein the dissolution rate controlling polymer is a plasticized dissolution rate controlling water insoluble ethylcellulose formulation wherein the plasticizer is selected from the group of dibutyl sebacate, triethyl citrate, diethyl phthalate, tributyl citrate, triacetin and mixtures thereof.

6. The capsule of claim 5 wherein the immediate release and extended release beads are further coated with a seal coat in an amount up to about 4%.

7. The capsule of claim 6 wherein the seal coat is hydroxypropylmethylcellulose.

8. The capsule of claim 1 wherein the immediate release and extended release beads are mixed in the ratios shown in the table in claim 1 and release methylphenidate approximately in the percentages shown in the table in claim 1.

9. The capsule of claim 4 wherein the immediate release and extended release beads are mixed in the ratios shown in the table in claim 4 and release methylphenidate approximately in the percentages shown in the table in claim 4.

* * * * *

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UCB, Inc. and Celltech Manufacturing CA, Inc.

### DEFENDANTS
KV Pharmaceutical Company

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jack B. Blumenfeld, MORRIS, NICHOLS, ARSHT & TUNNELL LLP,
1201 North Market Street, P.O. Box 1347,
Wilmington, DE 19899-1347, (302) 658-9200

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract |  |  | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |  |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  |  |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 271
Brief description of cause:
Patent infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE April 18, 2008
SIGNATURE OF ATTORNEY OF RECORD
/s/ signature

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

_____ District of **DELAWARE**

UCB, Inc. and Celltech Manufacturing
CA, Inc.,

      Plaintiffs,

    v.

KV Pharmaceutical Company,

      Defendant.

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER:**

TO:    KV Pharmaceutical Company.
        c/o The Corporation Trust Company
        1209 Orange Street
        Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within **(20) twenty** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                          *Signature of Server*

                                   _____
                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UCB, INC. AND CELLTECH MANUFACTURING CA, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. _____ ) ) |
| KV PHARMACEUTICAL COMPANY, | ) ) ) |
| Defendant. | ) |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiffs state that Celltech Manufacturing CA, Inc. is a wholly-owned subsidiary of UCB, Inc. UCB Holdings, Inc. owns 100% of the voting stock of UCB, Inc.; and UCB, SA, which is publicly traded, owns 100% of UCB Holdings, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiffs
   UCB, Inc. and Celltech Manufacturing CA, Inc.*

*Of Counsel:*
Robert L. Baechtold
Scott K. Reed
Ha Kung Wong
FITZPATRICK, CELLA,
   HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100

April 18, 2008