IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE ) <br> INSURANCE COMPANY (as subrogee of ) <br> Bessie Jarrett) ) <br>   ) <br> Plaintiff ) <br>   ) <br> vs. ) <br>   ) <br> UNITED STATES OF AMERICA (U.S. ) <br> POST OFFICE) ) <br> & LESLIE RICH ) <br>   ) <br> Defendants. ) | C.A. No. |

## COMPLAINT

Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") by and through its undersigned attorney, hereby alleges and states as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1346, as it is an action in which a U.S. Government agency is a defendant.

2. Venue properly lies in this Court under 28 U.S.C. § 1391(e), as defendants reside within the District of Delaware and/or the events giving rise to the action occurred within the District of Delaware.

### The Parties

3. Plaintiff State Farm is an Illinois mutual insurance company collectively owned by its policyholders with its principal place of business in Bloomington, Illinois. State Farm is licensed and authorized to transact business in the State of Delaware.

1

4. On information and belief, defendant U.S. Postal Service ("U.S.") is a U.S. Government agency doing business in the State of Delaware and was the owner of the motor vehicle involved in this incident.

5. On information and belief, defendant Leslie Rich ("Rich"), is an adult individual, who at all times relevant to this Complaint, resided in the State of New Jersey and continues to reside in the State of New Jersey. Defendant Rich is subject to service of process in this jurisdiction pursuant to 10 *Del.C.* §§3104, 3112 in that Defendant Rich has consented to such service, or is deemed to have appointed the Secretary of State of the State of Delaware as their agent for acceptance of legal process in the State of Delaware.

## Factual Allegations Common To All Counts

6. On or about May 14, 2007, State Farm had in effect a valid contract of automobile insurance with Bessie Jarret, providing benefits in accordance with Delaware law and insuring against the risk of loss to a motor vehicle owned by Ms. Jarret.

7. On the aforesaid date, the motor vehicle insured by State Farm, hereafter referred to as the "insured vehicle", was involved in a collision with a motor vehicle owned by defendant U.S. and operated by defendant Rich in his capacity as agent, servant, workman, or employee of defendant U.S., hereafter referred to as the "defendant vehicle". At the time of the accident, defendants U.S. and/or Rich, by themselves, or through their agents, were transacting business in the state of Delaware or were performing work in the State of Delaware or were contracting to supply services in the state of Delaware when their acts and/or omissions caused tortious injury in the state of Delaware.

8. On the aforesaid date, the insured vehicle was traveling northbound on Market Street at or near the intersection with 42nd Street in Wilmington, Delaware. The Defendant was traveling westbound on 42nd Street. The Defendant failed to yield to oncoming traffic while turning left to go southbound on Market Street and struck the insured vehicle causing damages.

9. Defendant Rich was negligent and careless and the sole cause of this incident in that defendant Rich:

  a. when intending to turn left, failed to yield the right-of-way to other vehicles which approaching from the opposite direction which are so close as to constitute an immediate hazard in violation of 21 Del. C. § 4132;

  b. failed to yield the right-of-way to all vehicles approaching on the roadway to be entered or crossed in violation of 21 Del. C. § 4133;

  c. did not operate their vehicle with a speed calculated to avoid collision with another vehicle in violation of 21 Del. C. § 4168(a);

  d. operated their vehicle recklessly with willful or wanton disregard for the safety of persons or property in violation of 21 Del. C. § 4175(a);

  e. operated their vehicle in a careless or imprudent manner, disregarding the hazards created other motorists and merging traffic, and did not operate their vehicle in a reasonably and prudently safe manner with respect to those conditions in violation of 21 Del. C. § 4176(a);

  f. failed to give full time and attention to the operation of their vehicle or maintain a proper lookout while operating their vehicle in violation of 21 Del. C. § 4176(b);

  g. was otherwise negligent and/or violated local laws and the laws of the State of Delaware, including, but not limited to: 21 Del. C. § 4132, 21 Del. C. § 4133, 21 Del. C. § 4168(a), 21 Del. C. § 4175(a), 21 Del. C. § 4176(a) and 21 Del. C. § 4176(b).

10. Pursuant to the aforesaid policy of insurance, State Farm became liable for damages that arose out of this incident.

11. Due to this incident, expenses were incurred for damages to the insured vehicle, towing, storage and car rental.

12. At the time of this accident, the defendant was a self insured entity providing protection against the risk of loss in connection with the operation of the motor vehicle that was owned and/or operated by the defendants.

13. Pursuant to the aforesaid policy of insurance, the Common Law and governing statutes, State Farm is subrogated for all money paid and seeks recovery of these sums totaling $4,662.00.

**COUNT I**
**Negligence**
**(State Farm vs. defendant Rich)**

14. State Farm repeats and realleges paragraphs 1 through 13, as if set forth herein at length.

15. Defendant Rich is liable as the negligent driver.

WHEREFORE, State Farm demands judgment for $4,662.00 plus costs of this suit, pre-judgment and post-judgment interest and such other and further relief as this Court may deem just and proper.

## COUNT II
### Negligence
### (State Farm vs. defendant U.S.)

16. State Farm repeats and realleges paragraphs 1 through 15, as if set forth herein at length.

17. Defendant U.S. is liable under the doctrine of Respondeat Superior for the negligence of defendant Rich.

18. Defendant U.S. was negligent in entrusting this motor vehicle to someone who defendant U.S. knew or should have known was a dangerous, unlicensed, inexperienced or careless motor vehicle operator.

WHEREFORE, State Farm demands judgment for $4,662.00 plus costs of this suit, pre-judgment and post-judgment interest and such other and further relief as this Court may deem just and proper.

SHIELDS & HOPPE LLP

By: _/s/ Amanda L. H. Brinton_
    Amanda L. H. Brinton (#4523)
    521 North West Street
    Wilmington, DE 19801
    (302) 994 4049

*Attorney for Plaintiff State Farm Mutual Automobile Insurance Company*

Dated: April 23, 2008

JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

State Farm Mutual Automobile Insurance Company (as subrogee of Bessie Jarrett)

## DEFENDANTS

United States of America (U.S. Post Office) & Leslie Rich

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Amanda L. H. Brinton    302-994-4049
521 North West Street
Wilmington DE, 19801

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [x] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury— Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury— Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine / PERSONAL PROPERTY | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud / [ ] 371 Truth in Lending | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [x] 380 Other Personal Property Damage | [ ] 690 Other |  | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability |  | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS |  | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / Habeas Corpus: | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations / [ ] 530 General |  | FEDERAL TAX SUITS | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights / [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property |  / [ ] 550 Civil Rights |  |  |  |
|  |  / [ ] 555 Prison Condition |  |  |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from another district (specify)
- [ ] 6  Multidistrict Litigation
- [ ] 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Subrogation in relation to motor vehicle tort

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE 4/29/08

SIGNATURE OF ATTORNEY OF RECORD
*Amanda L H Brinton* (signature)

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# United States District Court

### District of Delaware

State Farm Mutual Automobile Insurance Company (as subrogee of Bessie Jarrett)

        Plaintiff,

V.

United States of America (U.S. Post Office) & Leslie Rich

        Defendants.

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:**

**TO:** (Name and Address of Defendant)

Leslie Rich
1763 Forest Drive
Williamstown, NJ 08094

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

DATE

BY DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

Signature of Server

Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

## District of Delaware

State Farm Mutual Automobile Insurance Company (as subrogee of Bessie Jarrett)

             Plaintiff,
v.

United States of America (U.S. Post Office) & Leslie Rich

             Defendants.

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:**

**TO:** (Name and Address of Defendant)

United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, Delaware 19899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

DATE

BY DEPUTY CLERK

Error! Unknown document property name.

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

Signature of Server

Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Error! Unknown document property name.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE )<br>INSURANCE COMPANY (as subrogee of )<br>Bessie Jarrett) )<br>)<br>      Plaintiff )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA (U.S. )<br>POST OFFICE) )<br>& LESLIE RICH )<br>)<br>      Defendants. ) | C.A. No. |

**PLAINTIFF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S**
<u>**RULE 7.1. DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff State Farm Mutual Automobile Insurance Company discloses that it has no parent corporation and no publicly held corporation that owns 10% or more of its stock.

                                                                                         SHIELDS & HOPPE LLP

                                              By: <u>/s/ *Amanda L. H. Brinton*</u>
                                                    Amanda L. H. Brinton (#4523)
                                                    521 North West Street
                                                    Wilmington, DE 19801
                                                    (302) 994 4049
                                                    abrinton@shieldsandhoppe.com

                                                    *Attorney for Plaintiff State Farm Mutual*
                                                    *Automobile Insurance Company*

Dated: April 23, 2008