**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **EDGECRAFT CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **C.A. No. 08-*** ** |
| **LUCKYMAN ENTERPRISE CO. LTD., d/b/a** | ) | |
| **LUCKYMAN ELECTRONIC CO. LTD., d/b/a** | ) | |
| **ZHUHAI LUCKYMAN ELECTRONIC CO.** | ) | |
| **LTD.,** | ) | |
| | ) | |
| **Defendant.** | | |

## COMPLAINT

Plaintiff Edgecraft Corporation ("Edgecraft") by its attorneys, for its complaint against

Defendant Luckyman Enterprise Co. Ltd., d/b/a Luckyman Electronic Co. Ltd., d/b/a Zhuhai

Luckyman Electronic Co. Ltd. ("Luckyman"), alleges as follows:

## NATURE OF THE ACTION

1.     This is an action for patent infringement pursuant to the patent laws of the United

States, 35 U.S.C. § 1 *et seq.* arising out of Luckyman's willful and deliberate infringement of

United States Letters Patent No. 5,611,726; United States Letters Patent No. 6,012,971; United

States Letters Patent No. 6,113,476; and United States Letters Patent No. 6,267,652 (collectively,

"the asserted patents").

## THE PARTIES

2.     Plaintiff Edgecraft Corporation is a corporation organized and existing under the

laws of the State of Delaware and maintains a place of business at 825 Southwood Road,

Avondale, PA 19311-9765.  Edgecraft is the assignee of the asserted patents.

3.      Defendant Luckyman Enterprise Co. Ltd., d/b/a Luckyman Electronic Co. Ltd., d/b/a Zhuhai Luckyman Electronic Co. Ltd. is a company organized and existing under the laws of China and maintains a place of business at 7/F Jianshe Building Number 1154, East Jiuzhou Boulevard, Zhuhai, Guangdong, P.R. China 519015.  Luckyman is in the business of manufacturing, distributing, and/or selling knife sharpening products in this District and elsewhere throughout the United States.

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction of this action, pursuant to 28 U.S.C. §§ 1331 and 1338, in that it involves substantial claims arising under the United States Patent Act, 35 U.S.C. § 1 *et seq*.

5.      The defendant is subject to personal jurisdiction in this District.

6.      Venue is proper in this District pursuant to the provisions of 28 U.S.C. §§ 1391(c), (d) and 1400(b).

## THE PATENTS

7.      On March 18, 1997, the United States Patent and Trademark Office issued United States Letters Patent No. 5,611,726 ("the '726 patent"), entitled "High Speed Precision Sharpening Apparatus," upon an application filed by Daniel D. Friel and Robert P. Bigliano. The '726 patent is assigned to Edgecraft.  A copy of the '726 patent is attached hereto as Exhibit A.  The '726 patent describes and claims a knife sharpening apparatus.

8.      On January 11, 2000, the United States Patent and Trademark Office issued United States Letters Patent No. 6,012,971 ("the '971 patent"), entitled "Sharpening Apparatus," upon an application filed by Daniel D. Friel, Sr., Daniel D. Friel, Jr., and Robert P. Bigliano.

2

The '971 patent is assigned to Edgecraft. A copy of the '971 patent is attached hereto as Exhibit B. The '971 patent describes and claims a knife sharpening apparatus.

9.     On September 5, 2000, the United States Patent and Trademark Office issued United States Letters Patent No. 6,113,476 ("the '476 patent"), entitled "Versatile Ultrahone Sharpener," upon an application filed by Daniel D. Friel, Sr., Daniel D. Friel, Jr., and Robert P. Bigliano. The '476 patent is assigned to Edgecraft. A copy of the '476 patent is attached hereto as Exhibit C. The '476 patent describes and claims a knife sharpening apparatus.

10.     On July 31, 2001, the United States Patent and Trademark Office issued United States Letters Patent No. 6,267,652 ("the '652 patent"), entitled "Versatile Ultrahone Sharpener," upon an application filed by Daniel D. Friel, Sr., Daniel D. Friel, Jr., and Robert P. Bigliano. The '652 patent is assigned to Edgecraft. A copy of the '652 patent is attached hereto as Exhibit D. The '652 patent describes and claims a knife sharpening apparatus.

## FACTUAL ALLEGATIONS

11.     Defendant Luckyman is engaged in manufacture, distribution, and/or sale of knife sharpeners.

12.     Luckyman manufacture, distributes, and/or sells an electric knife sharpener, Model Number KSO2 (hereinafter "Knife Sharpener KS02"). A description of Luckyman's Knife Sharpener KS02 is attached hereto as Exhibit E.

13.     Defendant Luckyman received prior notice from Edgecraft of the asserted patents and/or had prior knowledge of the asserted patents.

14.     Upon information and belief, the importation into the United States, and/or offer for sale, sale, or use within the United States, of certain knife sharpening products, including

3

Luckyman's Knife Sharpener KS02, infringes literally or under the doctrine of equivalents one or more claims of the asserted patents pursuant to 35 U.S.C. § 271.

### FIRST CLAIM FOR RELIEF: INFRINGEMENT
### OF THE '726 PATENT UNDER 35 U.S.C. § 271(a)

Edgecraft realleges paragraphs 1 through 14, above, as if fully set forth herein.

15.    This count arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*

16.    Upon information and belief, Luckyman's make, use, offer for sale and/or sale within the United States and/or its importation into the United States of certain knife sharpening products, including the Knife Sharpener KS02 product, infringes literally or under the doctrine of equivalents one or more claims of the '726 patent pursuant to 35 U.S.C. § 271(a).

17.    Upon information and belief, Luckyman's foregoing acts of infringement of the asserted patents were, and continue to be, willful and deliberate.

18.    Edgecraft is, and will continue to be, irreparably harmed if Luckyman is not enjoined from infringing one or more claims of the asserted patents.

19.    As a result of Luckyman's infringement, Edgecraft has suffered, and continues to suffer, monetary damages in an amount yet to be determined because of the above-described acts of infringement, and will continue to suffer damages in the future unless Luckyman's infringing activities are enjoined by this Court.

20.    Edgecraft is entitled to damages adequate to compensate for the infringement, but in no event less than a reasonable royalty.

### SECOND CLAIM FOR RELIEF: INFRINGEMENT
### OF THE '971 PATENT UNDER 35 U.S.C. § 271(a)

Edgecraft realleges paragraphs 1 through 14, above, as if fully set forth herein.

21.    This count arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*

22.     Upon information and belief, Luckyman's make, use, offer for sale and/or sale within the United States and/or its importation into the United States of certain knife sharpening products, including the Knife Sharpener KS02 product, infringes literally or under the doctrine of equivalents one or more claims of the '971 patent pursuant to 35 U.S.C. § 271(a).

23.     Upon information and belief, Luckyman's foregoing acts of infringement of the asserted patents were, and continue to be, willful and deliberate.

24.     Edgecraft is, and will continue to be, irreparably harmed if Luckyman is not enjoined from infringing one or more claims of the asserted patents.

25.     As a result of Luckyman's infringement, Edgecraft has suffered, and continues to suffer, monetary damages in an amount yet to be determined because of the above-described acts of infringement, and will continue to suffer damages in the future unless Luckyman's infringing activities are enjoined by this Court.

26.     Edgecraft is entitled to damages adequate to compensate for the infringement, but in no event less than a reasonable royalty.

### THIRD CLAIM FOR RELIEF: INFRINGEMENT
### OF THE '476 PATENT UNDER 35 U.S.C. § 271(a)

Edgecraft realleges paragraphs 1 through 14, above, as if fully set forth herein.

27.     This count arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

28.     Upon information and belief, Luckyman's make, use, offer for sale and/or sale within the United States and/or its importation into the United States of certain knife sharpening products, including the Knife Sharpener KS02 product, infringes literally or under the doctrine of equivalents one or more claims of the '476 patent pursuant to 35 U.S.C. § 271(a).

29.     Upon information and belief, Luckyman's foregoing acts of infringement of the asserted patents were, and continue to be, willful and deliberate.

30.    Edgecraft is, and will continue to be, irreparably harmed if Luckyman is not enjoined from infringing one or more claims of the asserted patents.

31.    As a result of Luckyman's infringement, Edgecraft has suffered, and continues to suffer, monetary damages in an amount yet to be determined because of the above-described acts of infringement, and will continue to suffer damages in the future unless Luckyman's infringing activities are enjoined by this Court.

32.    Edgecraft is entitled to damages adequate to compensate for the infringement, but in no event less than a reasonable royalty.

## FOURTH CLAIM FOR RELIEF: INFRINGEMENT
## OF THE '652 PATENT UNDER 35 U.S.C. § 271(a)

Edgecraft realleges paragraphs 1 through 14, above, as if fully set forth herein.

33.    This count arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

34.    Upon information and belief, Luckyman's make, use, offer for sale and/or sale within the United States and/or its importation into the United States of certain knife sharpening products, including the Knife Sharpener KS02 product, infringes literally or under the doctrine of equivalents one or more claims of the '652 patent pursuant to 35 U.S.C. § 271(a).

35.    Upon information and belief, Luckyman's foregoing acts of infringement of the asserted patents were, and continue to be, willful and deliberate.

36.    Edgecraft is, and will continue to be, irreparably harmed if Luckyman is not enjoined from infringing one or more claims of the asserted patents.

37.    As a result of Luckyman's infringement, Edgecraft has suffered, and continues to suffer, monetary damages in an amount yet to be determined because of the above-described acts of infringement, and will continue to suffer damages in the future unless Luckyman's infringing activities are enjoined by this Court.

38.    Edgecraft is entitled to damages adequate to compensate for the infringement, but in no event less than a reasonable royalty.

## PRAYER FOR RELIEF

**WHEREFORE**, Edgecraft requests the following relief:

A.    A judgment that Luckyman infringes the asserted patents;

B.    A judgment permanently enjoining Luckyman from further infringement of the asserted patents;

C.    An accounting for damages arising from Luckyman's acts of infringement, including profits made by Luckyman and lost by Edgecraft as a result of Luckyman's infringing activities;

D.    An award of damages pursuant to 35 U.S.C. § 284, including treble damages for willful infringement as provided by 35 U.S.C. § 284, with interest;

E.    A finding that this is an exceptional case and an order awarding reasonable attorneys fees to Edgecraft pursuant to 35 U.S.C. § 285;

F.    An award of costs and expenses in this action; and

G.    Such further and other relief as this Court may deem just and proper.

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**


DATED:  May 5, 2008                    By: /s/  Dana K. Hammond
                                         **Harold Pezzner (#479)**
                                         **Dana K. Hammond (#4869)**
                                         1007 North Orange Street
                                         P.O. Box 2207
                                         Wilmington, DE  19899-2207
                                         (302) 658-9141
                                         hpezzner@cblh.com
                                         dhammond@cblh.com

579125v1                               *Attorneys for Plaintiff.*

# **EXHIBIT A**

US005611726A

# United States Patent [19]

## Friel et al.

[11] **Patent Number:** **5,611,726**

[45] **Date of Patent:** **Mar. 18, 1997**

[54] **HIGH SPEED PRECISION SHARPENING APPARATUS**

[75] Inventors: **Daniel D. Friel**, Greenville; **Robert P. Bigliano**, Wilmington, both of Del.

[73] Assignee: **Edgecraft Corporation**, Avondale, Pa.

[21] Appl. No.: **431,497**

[22] Filed: **Apr. 28, 1995**

[51] Int. Cl.⁶ ........................................ **B24B 9/00**

[52] U.S. Cl. ........................... **451/177**; 451/259; 451/267; 451/282; 451/293

[58] **Field of Search** ..................................... 451/177, 178, 451/185, 192, 193, 259, 262, 263, 267, 282, 293, 548, 65

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,172,860 | 2/1916 | Aschburner | 451/549 |
| 2,841,926 | 7/1958 | Lebus | 451/451 |
| 3,332,173 | 7/1967 | McMaster et al. | 451/282 |
| 4,128,972 | 12/1978 | Charvat . | |
| 4,504,283 | 3/1985 | Charvat | 451/526 |
| 4,716,689 | 1/1988 | Friel | 451/282 |
| 4,807,399 | 2/1989 | Friel | 451/282 |
| 4,915,709 | 4/1990 | Andrew et al. | 451/259 |
| 5,018,310 | 5/1991 | Fierus et al. | 451/192 |
| 5,245,791 | 9/1993 | Bigliano et al. | 451/282 |

*Primary Examiner*—Bruce M. Kisliuk
*Assistant Examiner*—Thomas W. Lynch
*Attorney, Agent, or Firm*—Connolly & Hutz

[57] **ABSTRACT**

A high speed knife sharpening apparatus where the surface of a first rotating abrasive element is that of a truncated cone and forms a first facet with microgrooves and a microburr. A second stage is a novel composite cone shaped honing wheel made up of a micro abrasive imbedded in an epoxy matrix. The honing wheel refines the edge developed in the first stage, into an erect triangular shape with a radius of curvature, at the apex (edge), of typically several microns or less depending on the hardness of the knife steel. A unique blade holding system constrains the blade to a precisely defined angle relative to each of the grinding (first) and honing (second) stages. Proportionately larger grinding forces are developed for thicker knife blades, thus sharpening times are approximately the same over the common range of knives from small paring knives (6"); large chef's knives (10") up to kitchen cleavers.

**46 Claims, 7 Drawing Sheets**





**U.S. Patent**          Mar. 18, 1997          Sheet 2 of 7          5,611,726



*Fig.3.*

*Fig.7.*

*Fig.4.*

*Fig.6.*

*Fig.5.*





*Fig.11.*



*Fig.12.*

_Fig.13._



_Fig.14._

_Fig.15._



_Fig.17._

_Fig.16._



_Fig.16B._

_Fig.16A._



*Fig.18.*



*Fig.19.*



*Fig.20.*



*Fig.21.*





*Fig. 22.*

5,611,726

1

# HIGH SPEED PRECISION SHARPENING APPARATUS

## BACKGROUND OF THE INVENTION

This invention relates to knife and blade sharpeners of the type that use disk type sharpening members.

Household and commercial knife sharpeners incorporate high-speed cylindrical stones rotating at surface velocities of 2,000 feet per minute (U.S. Pat. No. 2,775,075.) These sharpeners generally leave a large burr (i.e. a curled-over edge of metal on the last unsharpened facet of the blade edge) and tend to overheat the edge. The presence of a sizeable burr is undesirable since it is ragged, non-uniform and creates a weak edge.

U.S. Pat. No. 4,627,194 describes sharpeners that overcame the problem of a large burr in a particular way by adding additional facets (typically 3) where each succeeding facet has a slightly larger included angle. Furthermore, each succeeding facet is formed with a finer grit until a very fine grit is used on the last (third) facet. Thus burrs never become large or excessive. This action, while producing a well formed strong edge takes more time than is desirable in commercial environments.

Prior art sharpeners that create large burrs require post treatment as with a steel rod or a cloth buffing wheel to align the burr. Sharpening steels and cloth wheels are time consuming and generally leave a weak edge that will need frequent resharpening.

Many of the prior art sharpeners of the household type provide poor control of the blade position and angle of the knife edge facet relative to the sharpening disk. U.S. Pat. No. 4,627,194 describes a magnetic hold down mechanism, but it is possible for the user to forcibly override the magnetic field. Other prior art sharpeners, used commercially, provide complex and unreliable clamping mechanisms to insure proper knife position and angle of the cutlery edge facet. Users find these cumbersome and difficult to use.

Another disadvantage of many prior art sharpeners is that they provide no control of the force of the grinding surface on the knife facet. Thus the speed of sharpening will vary depending on blade thickness. Furthermore, this lack of control can result in the user applying too much force, thus overheating the knife edge locally, degrading the edge temper or creating a nonuniform cutting edge.

## SUMMARY OF INVENTION

This invention provides a unique sharpener that can rapidly create edges better than razor sharp on a wide range of conventional blades. This is accomplished by a unique combination of one or more sharpening stages followed by a novel honing stage. Rigid cone shaped abrasive coated disks are used to create a first edge that has a geometry and a burr that can be suitably modified by the subsequent flexible cone shaped abrasive-loaded honing stage to create an ultra sharp and durable edge. It can be used on a variety of blades and is especially suited for knife blades.

Many disadvantages of prior art knife sharpeners are significantly reduced by the sharpening methods and apparatus of this invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side elevational view of a sharpening apparatus in accordance with this invention also showing the sharpening and honing blade sections both in place and removed;

2

FIG. 2 is a top plan view of the sharpening apparatus of FIG. 1;

FIG. 3 is an end elevational view of the sharpening apparatus of FIGS. 1 and 2;

FIG. 4 is a cross-sectional view taken through FIG. 1 along the line 4—4;

FIG. 5 is a cross-sectional view taken through FIG. 2 along the line 5—5;

FIG. 6 is a cross-sectional view taken through FIG. 2 along the line 6—6;

FIG. 7 is a graph showing the relationship between the spring length and the force against the disk;

FIG. 8 is a side elevational view showing a large knife being sharpened in the sharpening section of the apparatus of FIGS. 1–6;

FIG. 9 is a view similar to FIG. 8 showing the sharpening of a small knife;

FIG. 10 is a cross-sectional view taken through FIG. 9 along the line 10—10;

FIG. 11 is a cross-sectional view similar to FIG. 8 showing a large knife in the honing section of the apparatus of this invention;

FIG. 12 is an enlarged cross-sectional view of a portion of the honing section showing the removal of a burr from the knife;

FIG. 13 is an enlarged side elevational view showing a blade facet resulting from use of the sharpening section of the apparatus of this invention;

FIG. 14 is an end elevation view of the blade of FIG. 13;

FIG. 15 is a cross-sectional view taken along the line 15—15 of FIG. 14;

FIG. 16 is a cross-sectional view taken along the line 16—16 of FIG. 17;

FIG. 16A is an end elevational view showing a finished honed blade in accordance with this invention;

FIG. 16B is a perspective and cross-sectional view showing a finished honed blade edge in accordance with this invention;

FIG. 17 is an end elevational view showing the burr removed and the edge reshaped from a knife after being honed in the honing section of the apparatus of this invention;

FIG. 18 is a left end elevational view of the sharpening disk used in the apparatus of this invention;

FIG. 19 is a cross-sectional view taken through FIG. 18 along the line 19—19;

FIG. 20 is a left end elevational view of the honing disk used in the apparatus of this invention and also showing the path of movement of the knife;

FIG. 21 is a cross-sectional view taken through FIG. 20 along the line 21—21; and

FIG. 22 is a side elevational view of a modified form of apparatus in accordance with this invention showing plural sharpening sections.

## DETAILED DESCRIPTION

The sharpener (36) of this invention is shown in FIG. 1 and includes a first sharpening section or stage (7) and a honing stage (8). In the sharpening stage there are two abrasive coated truncated cone shaped disks (5,5) and in the honing stage there are two abrasive loaded truncated cone shaped disks (15,15). In both stages the disks are mounted

5,611,726

3

on slotted hubs (35) of FIG. 8 which are mounted on and rotated by a drive shaft (9). Pins (386) through the shaft (9) engage the slotted hubs which can slide on the shaft. Between each pair of disks is a spring (6) that provides a restraining force against the disks as they are displaced along its shaft during sharpening of the knife edge facets. The pins (9) serve to precisely locate the disk when at rest and to drive the hub mounted disks. In both the sharpening and honing stages the knife blade (4) is positioned against and along a knife guide surface to establish the sharpening angle and the knife edge is stabilized and guided by a small groove (37) cut in a tough, lubricous, and non abrasive edge guide (33), so as to establish a fixed and constant angle between the knife facet and the sharpening surface. In FIG. 1, the unique plastic hold down spring (1) generates a force to hold the knife against the blade guide surface (2). As the knife is drawn through the sharpener the knife edge cuts into and is stabilized, by the edge guide (33). Thus the knife is completely constrained in the plane of the knife guide surface as it is drawn through the sharpening stage against a rotating abrasive disk (5) of FIG. 8. The creation of a groove (37) in the edge guide (33) adds additional stability to the sharpening process but it is not essential to the operation of this invention. The blade (4) is held with adequate stability using the plastic spring (1) alone. In use to sharpen a conventional knife, the knife is pulled alternately and repeatedly through the left and right slots first in the sharpening stage and then in the honing stage until an exceptionally sharp edge is created.

The superior cutting edge formed by this invention depends upon the formation of a particular edge geometry in the sharpening stage or stages followed by a special honing action by an appropriately flexible abrasive-loaded honing disk. Both the sharpening and honing stages use cone shaped disks driven at appropriate speeds to accomplish their special functions and to create quickly an ultrasharp edge. Novel means is used in both sharpening and honing stages to stabilize the blade and control the sharpening angle. The sharpening disks (5,5) are commonly formed from metal about 1/16 inch thick in the shape of a truncated cone with its surface sloped at several degrees to the normal to the cone axis. The conical surface is coated with a layer of abrasives—preferably diamonds—that cut cleanly and with little heating.

The abrasive speed against the knife edge is controlled to eliminate blade detempering due to over-heating. The sharpening disk (5) and honing disk (15) rotate in a speed range of 1300 to 1600 rpm while the knife edge contacts the disks at a radius in the range of 0.5 to 0.9 inches, preferably about 0.75 inches. Thus, the linear abrasive speed is approximately between 750 and 400 feet per minute, well below the range of approximately 1000 feet per minute at which speed overheating could occur on the diamond coated sharpening disk (5).

FIG. 8 is an expanded view of the sharpening section showing the knife blade (4) in place between the plastic hold down spring (1) and the blade guide surface (2). The force of the plastic spring is sufficient to completely hold the knife against the knife guide surface so that the user need only pull the knife through the sharpener. As the knife is moved down toward the knife edge guide (33) it contacts the rigid rotating sharpening disk (5) and moves the sharpening disk along its axis (10) against a spring (6) toward the center of the sharpening stage until the knife edge facet physically contacts the knife edge guide (33). The edge of the knife forms a small groove (37) in the knife edge guide and becomes firmly fixed relative to the blade guide surface (2). The

4

correct angle, defined by the angle of the blade guide surface (2) is established and maintained ±0.5° throughout the entire length of the knife blade (4) as it is drawn through the knife sharpener (36).

The point of contact and the location of the subsequent groove (37) formed by the knife edge against the knife edge guide (33) will vary depending on the thickness of the knife (4) at its edge. Once a groove (37) is formed it will secure further the edge from lateral movement. Alternatively, the groove (37) can be preformed. Importantly, the material used to construct the knife edge guide (33) is selected to be non abrasive and to have high lubricity and high toughness. Surprisingly, high molecular weight polypropylene and ultra high molecular weight polyethylene which have the necessary lubricating and toughness proved not to damage the ultrafine edges created by the honing methods described herein. These materials were shown surprisingly to improve slightly the edge quality. The guides are designed so that they can be readily inverted to expose fresh areas and to be readily replaced when excessively worn. The discovery that these edge guides (33) can be used to act as a stop and a rest for the blade (4) without damaging the edges is important in that it allows the abrasives on the sharpening disk to move away from the edge (not into the edge). Any force or thrust that the moving abrasive imparts to the blade will tend to press the blade edge against this guide (33). Without these edge guides the knife would jam between the disk and the guide structure, unless the direction of disk rotation were reversed. The reverse rotation direction will create a very poor rolled edge in the sharpening section and cause the knife to cut into and destroy the honing disk.

The sharpening force is established by the displacement of spring (6) in FIG. 8 and is a function of the thickness of the blade (4) at the point of contact with the sharpening disk (5). FIG. 8 shows that a thick blade displaces the sharpening disk (5) more than a thin blade as in FIG. 9. FIG. 7 shows a typical relationship between displacement of the spring and force against the disk. The spring is designed to have an appropriate finite force at zero displacement of the disk. The preferred force range is approximately 0.6 to 1.4 pounds for both the sharpening and honing disks during the displacement of the disk of about 0.1 to 0.15 inches along the shaft.

Hold Down Spring

The hold down spring (1) of FIGS. 8 and 9 is an elongated inverted U shaped structure made of plastic such as polymerized methyl methacrylate (Lucite or Plexiglass brands for example) or a thin metal such as stainless steel. The arms (12) of the spring which are about 30–60 mils thick if plastic, extend downward from the shoulder section (30) of the inverted U shaped structure and in the absence of a knife in the sharpener rest against the lower portion of the knife guide plane (2) at the extremities of the arms as shown by the right arms in FIGS. 8, 9 and 11. When a knife is inserted between the knife guide surface (2) and the spring (1), the spring arm (12) will bend along its length as shown in FIGS. 8, 9 and 11 to conform at least in part to the shape of the blade face. The thickness of the spring material is carefully selected to bend adequately to provide conformity along the lower part of the blade face. The spring is designed so that in its normal (no knife inserted) position the end of the spring presses against the knife guide surfaces (2) providing an initial force. The spring is supported at its upper midpoint by the boss (20) of the structural support and held in position by a pin (18). More than one boss can be used along the length of the spring. The clearance between the hole in the spring (1) and the supporting boss (20) can be varied to allow the spring to tilt slightly about its horizontal axis or to

5,611,726

5

move laterally in order to accommodate a greater variety of knives of different thickness and to modify the spring action and consequent forces and conformity by the spring against the knife face. Preferably the spring is designed of a length to extend along most of the length of the knife guide plane from the front to the rear of the sharpening stages. A special configuration of this spring incorporates guard sections (31), shown in phantom in FIG. 1, that to a great extent cover the front and/or rear sections of the spring opening in order to limit accidental access of human fingers into the area of the sharpening and honing disks where injury could occur. The spring (1) can be molded either to an initial shape that closely conforms as molded to the knife guide surfaces or to an initial shape that requires that the arms be sprung toward each other significantly in order to fit against the knife guide surfaces. The latter has the advantage that it gives the spring a greater holding force against the blade face when it is inserted between the spring and knife guide surface. The latter proved to be a preferred geometry for molding as the added force gave greater stability to the blade.

The plastic hold down spring (1) is distorted more by a thicker blade than a thinner blade providing greater holding force of the blade against the knife guide surface (2). The hold down spring (1) shown in FIGS. 8, 9 and 11 is held in place at the top of the spring (1) with a snug fitting pin (18) in hole (19) through a support member (20), such as a boss. For thick knives, the flexible spring will change its shape significantly as shown in FIGS. 8, 9 and 11 to accommodate the knife. With a thick blade (4) the spring (1) will conform to the face of the blade along most of the arm length and with the thickest blades the shoulder section (30) of the spring (1) will contact the blade (4) providing a portion of the hold down force. With thicker blades the spring (1) will tilt slightly or move laterally until the opening in its midpoint is pushed tightly against support boss (20). More of the spring length is involved in the process, hence increasing the hold down force.

Creating the Knife Edge:

The method used in this invention to create the knife edge establishes a durable cutting edge with sharpness better than a conventional razor in less than 45 seconds for a knife not previously sharpened by the device of this invention and in less than 20 seconds when resharpening a knife previously sharpened by the device of this invention. This is extremely fast to achieve an edge of this ultra sharpness. Typically, a knife previously sharpened by this invention can be resharpened simply by passing it through the "honing" stage (8) of FIG. 1, to recreate the original sharpness. This resharpening can be repeated up to 5 times before the user will find it necessary to "resharpen" the knife in the sharpening stage, (7) of FIG. 1.

Sharpening Stage

Preferably the knife edge facet contacts the cone shaped sharpening disk at a point as shown along the line (A) of FIGS. 4 and 20 which is above the center line (B) of the disk a distance approximately 45–80% of the disk radius. The position of this line is selected in any event to produce nominally unidirectional grooves in the facet preferably at an angle of 20 or more degrees to the edge. (If contact were at line (B) along the diameter line of the disk the microgrooves would be perpendicular (90°) to the edge.) The knife is guided through the sharpening stage (7) of FIGS. 1 and 8 by the knife guide surface at an angle, such that the knife edge conforms approximately to the surface of the upper forward section of the truncated sharpening disk (5) and contacts the disk in that section. In this manner the abrasive surfaced sharpening disk (5) produces essentially

6

unidirectional microgrooves along the facet that extend to the edge and leave a microburr along the edge. The use of diamonds for the abrasive is especially desirable as it creates well defined microgrooves; other abrasives tend to smear out the grooves leaving grooves that are irregular in shape and spacing. Only the upper forward portion of the sharpening disk (FIGS. 8 and 18) contacts the knife facet. This is in contrast to teachings where the disk is flat and/or where the abrasive is moved in a direction that is into the edge.

The sharpening disk is made preferably by electroplating diamonds onto a thin metal truncated cone structure where the metal is about 0.030 inches thick. It can of course be thicker. Importantly diamonds are used as abrasives since they are extremely hard and durable and wear so little that they will maintain the shape of the conical disk on which they are plated for an extremely long time. This is in sharp contrast to abrasive stone, bonded alumina or bonded carborundum wheels that loose their shape and angular surface contour very rapidly at the point of contact with a blade in use. Such alternates will not work in a precise sharpener as described here where the angular relationships of the sharpening angle is highly critical for optimal performance and creation of the ultrasharp edge sought with this sharpener. Such solid abrasive wheels would be totally impractical for other reasons: they would heat the edge excessively, distempering the blade and create less well defined grooves across the facet. The use of diamond abrasives on a rigid substructure is essential to the optimal performance of this sharpener. The spring tension that presses the diamonds against the knife facet must be carefully chosen as described herein to optimize the sharpening rate and the groove formation.

The number of microgrooves formed in the sharpening stage along the first facets depends upon the rotational speed of the abrasive coated truncated cone disks, the abrasive grit size, the point of contact with disk, and the speed at which the user moves the knife across the sharpening disks. With the wheel speeds at 1300 to 1600 revolutions per minute and grit size of 140/170 and the point at which the knife contacts the disks, the spacing of grooves along the edge are on the order of 0.0005 to 0.005 inches apart, commonly about 0.001" apart. The burr size varies along the edge but is generally has a length less than 0.002", commonly its length is in the range of 0.0004 to 0.001 inch.

The projected path (A) of the knife edge across the disk surface (5), in FIGS. 4 and 18 is along a chord of the truncated cone, hence the path laid out on the surface of the cone is actually curved more or less parabolic in shape. The nominal knife path as shown in FIG. 10 is angled (H) at typically 2°–10° to the normal to the axis of rotation for the sharpening disk. An advantage of this design is that the knife contacts the abrasive cone surface more or less at a point or along a small line (approaching a point) which provides for more uniformly formed and angled microgrooves, than if the entire line of abrasives contacted the blade.

Throughout this disclosure the shape of the surface of the disk is referred to as that of a truncated cone. This is an optimal shape because it gives a surface of low curvature at the point where the knife edge contacts the abrasive. The low curvature that can be built into a low angle cone tends to extend the contact into a short line. The greater the curvature the smaller the contact line until it becomes close to a true point contact. Other curved surfaces such as large radius spheres, parabolic, elliptical surfaces, or special contours could be used. The cone shape tends to align well with the knife guide structures and allows the knife edge to contact the abrading surface near the front of the sharpener, allowing sharpening and honing closer to the handle of blades. Hence

5,611,726

7                                                                8

other shapes can be used in either the sharpening or honing stages although the cone is a near optimal shape.

In the sharpening stage or stages it is desirable to create a series of microgrooves (29) across the facets that extend to the cutting edge for example as shown in FIGS. 13 and 14. These grooves (29) are modified and sharpened further in the subsequent honing stage to create an ultra sharp edge modified to retain some of the microgrooved structure but leave an edge as in FIG. 17 that has what chefs call "bite"—that is an edge that will easily start a cut on food or other material. The character or "feel" of the knife edge can be adjusted by controlling the depth and number of grooves per inch and by the extent of subsequent honing. Depending on the selected diamond grit sizes from 100 grit to 600 grit one can create edges that "feel" substantially different under a variety of cutting applications. A grit size of $^{140}/_{170}$ gives an edge that is preferred by many of the professional chefs. The sharpening stage is designed to form an edge with microgrooves (29) running down the facet (19) in FIGS. 13–14 to the edge, and simultaneously the burr (11) of FIGS. 14 and 15 is also formed along the edge. The word burr is used to describe an extension at the edge often inconsistent in shape that deviates from the geometric extension of a cross section of the last facet bevel angle adjacent to the edge. The burr (11) generated by the sharpening station is shown in magnified cross section in FIG. 15 and is a distorted geometric extension of the facet (19) last exposed to the grinding surface. After the burr is formed in the sharpening station (7) of FIG. 1, the knife is placed in the honing station (8) of FIG. 1, where the burr (11) comes in contact with the unique honing disk (15) of FIG. 11. The knife guide surface in the honing stage is set at a slightly larger angle to the vertical (several degrees larger) than that of the previous sharpening stage. In the sharpening stage each of the two knife guide surfaces are tilted back from the vertical between 15 to 25 degrees, the specific angle V of FIG. 11 being selected with reference to subsequent sharpening in the honing stage. Commonly the guide surfaces are inclined 20° to the vertical, making it possible to place a facet on each side of the edge thus creating two facets that meet at approximately 40° apart at the edge. In the sharpening stage the surface of each abrasive coated truncated cone is inclined to the normal to the cone drive axis by approximately 2–10 degrees. Commonly these are inclined 2 degrees. See angle C, FIG. 10.

It is common to incline the knife edge about 3° to horizontal, shown as angle K, in FIG. 4 down in the front of the sharpening stage and above the horizontal in the rear to make it more comfortable to the user and to induce the user to comfortably rest the edge on the edge guide in the front of that stage. There is also an edge guide at the rear of each knife guide surface that can be used to rest and assist in guiding the blade. Further the horizontal axis of each of the knife guide surfaces (horizontal axis as used here is defined as a horizontal line lying on the face of these guide surfaces) in the sharpening stage is also tilted relative to the normal to the drive shaft axis of the truncated cone disks by an angular amount angle H, in FIG. 10 approximately equal to the angular tilt angle C, in FIG. 10 of the surface on the truncated cone (5) relative to the normal to its drive shaft axis. These angular relationships allow the edge of the blade (4) as it is guided by the knife guide surface to pass over the upper front quadrant of the truncated cone shaped disk (5) along a line that is above the center of the disk and that crosses the disk more or less parallel to a line drawn on the surface of the conical disk tilted like the knife edge angle K, in FIG. 4 some 3° from the horizontal, as shown in FIG. 4 and FIG. 18.

These complex angular relationships insure that the knife edge in both stages will contact the conical abrading surface at a point along the prescribed line A on the upper front quadrant (upper right quadrant of FIGS. 18 and 20) of the disk. The knife edge does not contact the disk in the upper rear quadrant. Because of the ultrasharp edge created by this sharpener during honing it is critical that the knife edge be in contact with the honing wheel only at points where the surface of the honing wheel is moving away from the edge. It would be disastrous if the ultrasharp edge being formed were to contact the wheel at any point where the abrasive moved into the edge. The sharp edge would promptly shave off the surface of the honing disk and destroy both the disk and the edge being formed.

Honing Stage

The honing disk (15) is designed to flex at (14), FIG. 12, the point of contact with the burr (11). The small grain size of the abrasive particles (13), typically 5 microns, micro machine the face of the burr (11) left by the sharpening stage and with continued contact with that disk the burr will be removed leaving a small facet along the edge where the burr formerly existed. Repeated honing on both facets micro grinds the burr to create a profile (16) as for example shown in FIGS. 16 and 17. This typically leaves a new small facet whose bevel face has a height (h) typically on the order of 10 microns and a radius of curvature(r) at the edge on the order of several microns. The angle of the initial larger facets previously created by the sharpening stage is less than the angle of the secondary microfacet created by the honing disk surface. The angular relationships in the honing stage described below insure that the protruding burr will contact the honing disk first and hence be selectively removed by the localized high pressure applied by the abrasive surface. The edge shapes shown in FIGS. 13–17 are only one example of the edge serration and burr geometries that can be created depending on the abrasive size, the force of the disk restraining spring, and other variables. The groove spacing may not be as regular as shown in FIGS. 13, 14 and 15 depending on the speed and consistency with which the knife is pulled across the sharpening and on irregulation of the abrasive coating. It is not uncommon to see a longer burr on the edge after the sharpening stage that extends along the edge a distance equal to many microgrooves. With sufficient honing the burr is largely removed and an extremely sharp edge is retained with interspersed remnants of the microgrooves. A cross section elevational view, in FIG. 16 shows a burr free edge with small microfacets created by the honing disk below the main facet at the edge.

In the honing stage the knife guide surfaces are preferably tilted back angle V, in FIG. 11 from the vertical several degrees more than in the sharpening stage. For example, if the vertical tilt in the sharpening stage is 20 degrees, the tilt angle V in the honing stage commonly might be about 22½ degrees. The angular range depending on the angle selected in the sharpening stages will be in the range of 17 to 27 degrees. The surfaces of the abrasive loaded truncated cone disks of the honing stages like the sharpening stage will be angled, angle C, (FIG. 10), in the range of 2°–10°. However for example if the sharpening stage cones are angled at 2°, it is preferable that the surfaces of the honing disks be angled at a larger angle of about 7° to the normal to the drive axis of the honing disks.

As in the sharpening stage it is preferable to incline, angle K, the knife edge about 3° to the horizontal in the honing stage for the same reasons.

However, the horizontal axis of each of the knife guide surfaces in the honing stage would be tilted relative to the

5,611,726

9

normal to the drive shaft axis of the truncated cone disks by an angular amount, angle H of FIG. 10, approximately equal to the angular tilt, angle C, of the surface of the truncated cone relative to its normal to its drive shaft axis. Consequently that horizontal axis of each guide surface would be tilted about 7° for this example. It would in any event be tilted with an angle H on the order of 2–10 degrees.

These angular relationships insure the knife edge will contact the conical abrading surface at a point along the upper front quadrant (upper right quadrant as shown in FIG. 20) of that disk, similar to the contact point on the sharpening disk.

The angle of the blade facets created in the sharpening stage will be slightly larger than the vertical angle, angle V, established by the knife guide surfaces. For example if the knife guides vertical angle is 20°, if the cone surface angle C is 2° and if the knife guides are tilted 2° in the horizontal, angle H, the angle formed on the blade facet will be between 20° and 22°, the exact angle depending on the particular location of the point of contact of the knife edge with the disk surface. Similarly in the honing stage with the knife guide surfaces at 22½ degrees to the vertical, the cone surface at 7° as defined above, and the knife guides set at 7° to the horizontal, the new small facet at the edge will be between 22½ and 29½°. However, because of the flexibility of the disk that allows the disk to distort and conform in part to the shape of the major facet established in the sharpening stage, the angle of the new small facet is more indefinite. It will in any case be larger than 20° for this example.

Referring to FIG. 15, the burr (11) that remains along the edge after the sharpening stage is a bent structure (as shown in FIG. 15) that is bent away from the center axis of the blade in a direction away from the last side of the blade that encountered the abrasive coated sharpening disk. In FIG. 15 the burr (11) is bent to the right indicating the last abrasive coated sharpening disk surface was abrading the left facet of the edge structure shown in FIG. 15. When that blade is placed in the honing stage and the burr on the right side encounters the abrasive loaded honing disk, that disk will begin to remove the extended burr and after several passes across that disk, it is abraded back to its root. On alternate passes through the honing slot, the other honing disk abrades the other side (left in FIG. 15) of the facet creating a micro-facet there that at first will be at a slightly larger angle to the blade axis than the original facet created in the sharpening stage as described above. Because of the absence of the burr on the left side of the blade of FIG. 15, a new micro-facet will be formed by the honing disk faster on the left side of the edge than on the right side where the burr existed and consequently more metal had to be removed. However, with repeated passes of the blade through each of the slots in the honing stage, the micro-facets will be formed along each side of the edge in a reasonably symmetrical manner.

With continued honing microfacets are first formed on the ridges of the microgrooves and subsequently microfacets will be created along the valleys of the microgrooves. At that point any edge serrations have been largely removed. FIG. 16B is a perspective view along the edge after repeated honing when well formed microfacets have been created along the sides of the edge. The line of intersection of the grooves on the first facet with the microfacet leaves a fluted structure along the facet surfaces. These flutes have sharp boundaries where they intersect the microfacets and these flutes enter into the cutting action if the food or material being cut either compresses or distorts a distance of 5 to 20 microns and comes into contact with these boundaries

10

before severing. This novel micro structure adds to the effective sharpness and cutting ability of the "edge" and the apparent "bite" of the blade.

The method used in this invention to precisely control the geometric polishing and shaping of the burr makes it possible for the unskilled person to consistently reproduce the same high quality edge sharpness time after time. This control is achieved through the precisely formed edge geometry created in the sharpening stage or stages and, by the unique composition and physical properties of the honing disk. The flexible abrasive loaded disk, FIGS. 11 and 12, is a thicker supported truncated cone shape whose surface rotates down past the knife edge. The abrasive surface like the sharpening stage moves across and away from the edge—not into the edge. The knife blade (4) is placed between the knife guide (2) and the hold down spring (1) and moved downward as its edge makes an initial contact with the conical honing disk and until the knife edge contacts and forms a groove (37) in the knife edge guide (33). See FIGS. 8–9. Then in like fashion to the action of stage 1, the knife is firmly positioned at a fixed angle against the honing disks ±0.5 degrees and pulled successively across the left and right disks to hone the edge.

The mechanical and abrasive properties of the honing disk derives from the composition of the epoxy matrix, the solids content and particle size. A two component epoxy system is prepared with a given ratio of monomer to hardener and cured at a temperature (typically 120° C.) for a time (typically 4 hours) to give the flexibility needed. The solids content (typically 5 micron particles of aluminum oxide typically 74% by weight) and the physical characteristic such as hardness and flexibility of the epoxy matrix will determine the polishing speed and the quality of the final edge. It is important that the conical honing disk have a closely controlled flexibility, stiff enough to retain its geometry at rest but sufficiently flexible to conform to the facet face and to the mildly serrated edge structure previously created by Stage 1. This conformity insures that a gentle abrasive action takes place to remove the burr and to polish the roots of the removed burrs as shown in FIG. 16 and 17. The honing action further polishes the raised portion of the serrations along the edge.

Construction and Properties of the Honing Disks:

The honing disks (15) necessary to successfully create the ultra sharp edges as described herein must have highly unique physical properties. The disks must be only mildly abrasive in order to avoid excessive abrasion and destruction of the relatively sharp edges and the microgrooves created by the sharpening stage. The disks must, however, be sufficiently abrasive to remove the burr previously formed by the sharpening stage in a reasonably short time—for example one would like to complete the necessary honing section with only a few pulls across each of the right and left honing disks. Further the disks must be fabricated so their surfaces will not load-up with the swarf—which is the fine metal dust removed from the knife by the abrasive. It is important too that the disks not heat up excessively and that they retain adequate physical stiffness, that is not become too flexible from the heat of sharpening. It is desirable that they retain their physical properties over many years, that is the organic content should not oxidize or continue to cross-link and polymerize over its reasonable life time. If the honing disks become stiffer in time they can in use damage the edge. The grit size must be carefully selected. It has been shown that grit sizes above about 25 micron are too aggressive and injure the edge. Consequently successful honing as described in this invention requires careful selection of the

5,611,726

11

organic binder, the abrasive, the abrasive size, the ratio of abrasive and organic components, the disk size, thickness and speed, and the pressure during sharpening against the knife edge. Successful honing requires that the disk have appropriate physical properties, flexibility, resiliency, stiffness, appropriate abrasiveness, that is metal removal rates, thermal properties (heat generation) an adequate but not too high ablating rate, little to no aging of its properties. Attempts to use conventional buffing means to improve the edge created by Stage 1 proved unsuccessful. Cloth wheels and fibrous wheels tend to be extremely nonuniform in their action on the edge. They must be coated frequently with a manually applied adhering abrasive which is an impractical practice for a commercial sharpener. The fabric, cloth and fibrous wheels have the major disadvantage that their non-uniform structure and nonuniform abrasive actions makes them totally unpredictable and inconsistent so that they periodically destroy the fine edge that one would like to create. Wheels made of leather and porous polyurethane materials (such as Corfram®) were impractical because they "load-up" with the sharpening debris. Hence their performance too is unpredictable and inconsistent rending them unsatisfactory for a commercial sharpener. An important advantage of the optimal compositions for the honing disks as described here is that they are homogeneous and nonfibrous, hence very uniform in composition and physical properties throughout the disk. They provide a predictable, consistent, smooth and uninterrupted action to allow precision angular honing at predictable angles with precisely and consistently the optimum angular relationship to the facet formed by the sharpening stage. The amount of pressure and effectiveness of the abrasive action for a honing disk must be the same day in and day out to provide consistently well formed microfacets and an ultrasharp edge. It is extremely easy to over abrade and destroy the edge or to have a structure that quickly glazes over and fails to sharpen at all.

The physical properties of the disks must fall within a narrow range in order to assure optimum removal of the burr formed in the sharpening stage and to form the small microfacet along the edge. A wide variety of organic materials were evaluated each with a range of abrasive particle size and content by weight. Rubber based wheels proved impractical in that they "loaded-up" rapidly and wore rapidly if loaded lightly with abrasive. When loaded with larger amounts of abrasive they abraded the edge too fast and damaged the edge. Polyurethanes noted for toughness proved too tough and did not ablate enough to expose fresh abrasive surfaces.

A wide variety of epoxy resins were evaluated with a wide range of different abrasives of different grit sizes. Only one class of epoxy proved satisfactory. The large number of commonly available and conventional epoxies proved impractical because of either excessive brittleness, excessive "loading-up" and glazing over their surfaces with the sharpening debris, tending to age and change properties with age, excessive softening as they heated during sharpening, or inadequate resiliency and flexibility.

An optimum epoxy composition was acquired from Masterbond Corporation that is composed largely of: Polyoxypropyleneamines which are aliphatic polyether primary and di- and tri-functional amines derived from propylene oxide adducts of diols and triols. This is a two part system which is mixed to create the above described chemistry. This material loaded with the proper amount of abrasive is cast into molds giving a product essentially free of strain and low in shrinkage.

This is special composition 37-3EC formulated especially for this application. It proved to have the necessary flex-

12

ibility, durability, and hardness, and importantly when formulated with the appropriate quantity of abrasive it ablates fast enough to avoid "loading" and to keep fresh abrasive exposed on the surface but it does not ablate so fast that it shortens the life of the disks appreciably.

A variety of abrasives were tested. Carborundum proved less effective than aluminum oxide (alumina) in removing metal. Diamonds were effective but very expensive. The optimum grit size of aluminum oxide proved to be in the range of 5 to 12 microns. Satisfactory weight ratios of the alumina grit and epoxy were within the range of 1 to 4 parts alumina for 1 part of epoxy. Lower concentrations of abrasives were impractically slow. With higher concentrations the bonding strength of the epoxy was inadequate and cracks resulted with use. Aluminum oxide and diamonds are the preferred abrasives.

For this optimal composition of abrasive loaded epoxy the optimal disk thickness was in the range of approximately 0.08 inch to 0.125 inch at the edge of a disk two inches in diameter. This thickness gave good flexibility and conformity while maintaining the necessary abrasiveness, toughness, durability, and rubber like properties to maintain its shape over long periods of use. It softens slightly as it warms in use but not enough to interfere with its effectiveness.

The cure rate of the optimal abrasive loaded epoxy is reasonable and practical. The mixed abrasive and epoxy resin sets to its final properties in 1 to 2 hours at 212° F. but if cured for 4 hours at 220°–230° F. its properties do not change significantly during the subsequent 3 years. It was found that other epoxy mixtures that cure too slowly for example over several days will continue to change their properties over years making them impractical for this application.

The physical properties of this optimal composition of abrasive and epoxy are difficult to measure by standard procedures. It has a unique combination of "hardness", compressibility, and elasticity that can, however be characterized using a conventional Wilson Rockwell Hardness Tester. A method of characterizing this unique material is described below:

The test method uses a standard Wilson Rockwell tester equipped with a 7/8" diameter steel ball to compress under the ball a sample of this material 2×2 inches and 3/8" thick first with a standard minor weight of 10 Kilograms and then with a major weight of 60 Kilograms. The ball is lowered onto the sample first under the load of the minor weight and an initial rest height of the ball is indicated as the zero point. The major weight is then applied to the ball and the distance that the ball penetrates below the zero point (change in height) is noted as $D_1$. The major weight is removed while the minor weight remains and the remaining amount of penetration is reduced. The remaining amount of depression below its original zero point is recorded as D2. With this procedure a sample of the optimum material of this invention in less than 30 seconds compressed 229 divisions (0.0183 inches) on the Rockwell Hardness Tester when the major weight was applied. This is $D_1$. When that major load was removed the remaining depression $D_2$ was 140 divisions (0.0112 inches). The recovery, R, equals $D_1-D_2/D_1=0.39$ or 39%. With all weights removed this material returned to more than 98% of its original thickness within 30 minutes. Compositions with lighter abrasive loading recovered faster to the original thickness after this test. The recovery R as defined above and the subsequent recovery of the disks to their original shape are critically important properties for the optimum performance of these disks. Samples representative of satisfactory compositions for the abrasive loaded disks were tested as shown below:

5,611,726

**13**

| Sample # | % Solids in Epoxy 37-3EC | R % Recovery | D₂ Remaining* Depression (with 10 Kg) Divisions |
|---|---|---|---|
| 1 | 78% | 31 | 155 |
| 2 | 74% | 39 | 140 |
| 3 | 50% | 75 | |

*1 Division equals 0.00008 inches of Depression.

There is a relatively narrow range of properties that gives satisfactory performance using 5 micron grit. The optimum composition is in an even narrower range of 65–75% using the 5 micron grit. This demonstrates the criticalness of the composition and the resulting physical properties.

The typical values stated here produce satisfactory sharpness and cutting characteristics desired by the professional chef.

Satisfactory cutting edges have been produced with honing disks made by adding abrasive particles of a size within the range 1–20 microns approximately 40% to 80% by weight in the epoxy mixture. Within these ranges it is preferable to use smaller particles in the upper portion of the range of abrasive loading.

If the abrasive solids content exceeds the upper limit, the hardness of the honing disk makes it too aggressive giving an edge less sharp than desired, while a disk softer than the lower limit will increase the time required to obtain a satisfactory edge and the disk tends to load-up and glaze-over in use.

This range of solids content and particle size of the honing disk can be used to cover a variety of applications from honing heavy shop tools to fine craft knives. The typical range cited in this application has been found to produce a knife edge that is extraordinarily sharp and because of its precise edge geometry the edge will stay sharp longer in use. Other prior art methods either leave a weakened burr along the edge or create a dull edge. The specific designs of the sharpening and honing stages in combination create a unique highly sharp yet durable edge.

Other

A further object of this invention is to provide a unique multistage sharpener that will meet the sanitary requirements of a professional kitchen by permitting the sharpening portion (24) (including sharpening and honing stages) of the device to be easily and quickly removed for cleaning. FIG. 1 illustrates how this is accomplished. The entire sharpening section (25) may be disengaged from the motor drive section (25) by pushing the release button (26) (FIGS. 3 and 6) and sliding the sharpening section (24) away from the motor section, as shown in phantom. An automatically engaging and disengaging coupling (23) of suitable structure may be used, in part attached to the motor drive section and in part to the sharpening section, coupled for example by a splined rubber connecting sleeve. This sort of a flexible splined coupling compensates for as much as ¹⁄₁₆" misalignment between the sharpening section and the motor section. As shown in FIG. 5 the flexible coupling (23) and the splines (22) affixed to both the motor/drive shaft and to the shaft of the sharpening portion (24) engage and disengage slidingly. Release button (26) is spring biased for engagement/disengagement with a pawl (21) as shown in FIG. 6. Both the sharpening and honing disks and knife blade guides are attached to a common rigid supporting structure within the entire sharpening section (24) so that their relationship is undisturbed when the sharpening section is periodically removed for cleaning and then replaced in position to the motor drive section.

**14**

It is to be understood that although the invention has been particularly described with respect to a single sharpening section and a single honing section, the invention may also be practiced where there is more than one sharpening and/or honing sections. FIG. 22, for example, illustrates a sharpener having two sharpening sections 7 and one honing section 8. Where more than one section is used the angles should progressively increase from one section to another.

What is claimed is:

1. A sharpener for blades with an elongated cutting edge and with facets adjacent to each side of the cutting edge, comprising at least one disk having an exposed abrasive coated surface, said disk being mounted on a shaft for rotation about a horizontal axis to move said abrasive coated surface across and away from the cutting edge when the blade is moved into contact with said surface, a blade guide surface juxtaposed said disk, said blade guide surface being at a predetermined vertical angle relative to a vertical line normal to said axis of rotation of said disk, said blade guide surface being in a plane which intersects said abrasive coated surface to function as an angular guide for the blade when the blade is placed against said blade guide surface to dispose the blade in contact with said abrasive coated surface, an edge guide disposed at said disk, said edge guide providing a location of contact with the blade as the blade is moved into contact with said abrasive coated surface, said location of contact being forward of said abrasive coated surface, and said edge guide having an exposed surface for said location of contact which is made of a non-abrasive material capable of having a groove formed therein to receive the cutting edge and both of the facets of the blade with the groove in and across said edge guide to provide a guide track for the blade edge to cooperate with said angular guide as the blade is moved across said rotating abrasive coated surface to properly dispose the blade against said abrasive coated surface.

2. The sharpener of claim 1 wherein there are two side by side of said disks rotatably driven by a motor drive assembly, and said abrasive coated surface of each of said disks being of truncated cone shape.

3. The sharpener of claim 2 wherein said blade guide surface is disposed for placing the blade into contact with said abrasive coated surface at a radial distance in the range of 0.5 to 0.9 inches from said axis, and said motor drive assembly being capable of imparting a linear velocity to said abrasive coated surface at approximately 450 to 700 feet per minute.

4. The sharpener of claim 2 wherein said edge guide is disposed at both of said side by side disks whereby the same edge guide provides locations of contact for a blade contacting either of said disks.

5. The sharpener of claim 1 including a rear edge guide disposed remote from said edge guide for providing a contact surface rearward of said abrasive coated surface.

6. The sharpener of claim 1 wherein said edge guide is made of a material which is tough and lubricous.

7. The sharpener of claim 6 wherein said edge guide is made of a polypropylene material.

8. The sharpener of claim 6 wherein said edge guide is made of a polyethylene material.

9. The sharpener of claim 1 wherein said angular guide and said edge guide cooperate to dispose the cutting edge for contact with said disk on the upper front quadrant of said disk near the front edge of said disk to ensure a sharpening of the blade close to a handle for the blade.

10. The sharpener of claim 1 wherein said abrasive coated surface has a grit size in the range of about 100 to 600 grit.

5,611,726

15

11. The sharpener of claim 1 wherein there are two of said disks on said shaft separated from each other by a spring arrangement which urges said disks away from each other, and said spring arrangement applying a force in the range of 0.6 to 1.4 pounds for a displacement of 0.1 to 0.15 inches of said disks along said shaft.

12. The sharpener of claim 11 wherein said disk is a rigid disk in a sharpening section of said sharpener, said sharpener further including a honing section, at least one flexible disk mounted on a shaft for rotation about a horizontal axis in said honing section, said flexible disk having an exposed abrasive coated surface, a blade guide surface in said honing section being at a predetermined vertical angle relative to a vertical line normal to the axis of rotation of said disk, a second edge guide being disposed at said flexible disk in said honing section, and one of said edge guides being in each of said sharpening section and said honing section.

13. The sharpener of claim 12 wherein there is a set of two side by side of said rigid disks in said sharpening section, a set of two side by side of said flexible disks being in said honing section, an inverted U-shaped spring member being in at least one of said sharpening section and said honing section, said spring member having cantilevered resilient arms and an intermediate connecting portion, said connecting portion being mounted over said set of disks, and each of said arms of said spring member extending downwardly generally along a portion of a respective one of said disks.

14. The sharpener of claim 13 wherein one of said spring members is provided in each of said sharpening section and said honing section over a respective set of said disks.

15. A sharpener for blades with an elongated cutting edge and with facets adjacent to each side of the cutting edge, comprising at least one truncated cone shaped disk having an abrasive coated surface, said disk being mounted on a shaft for rotation about a horizontal axis to move said abrasive coated surface across and away from the cutting edge when the blade is moved into contact with said surface, a blade guide surface juxtaposed said disk, said blade guide surface being at a predetermined vertical angle relative to a vertical line normal to said axis of rotation of said disk, said disk having an active area for being contacted by the blade, said disk being flexible in said active area to allow said disk to flex and bend under repeated loading and to flex at the point of contact when contacted by a burr on the cutting edge, and said abrasive coated surface composed of an abrasive loaded epoxy system.

16. The sharpener of claim 15 wherein said flexible disk is in a honing section of said sharpener, said sharpener further including a sharpening section, said sharpening section having at least one rigid disk with an abrasive coated surface, said rigid disk being mounted on a shaft for rotation about a horizontal axis to move said abrasive coated surface across and away from the cutting edge when the blade is moved into contact with said abrasive coated surface to create microgrooves along the cutting edge, and said flexible disk of said honing section comprising means for modifying the microgrooves and resulting burrs along the cutting edge.

17. The sharpener of claim 15 wherein there are two side by side of said disks rotatably driven by a motor drive assembly, and said abrasive coated surface of each of said disks being of truncated cone shape.

18. The sharpener of claim 17 wherein said blade guide surface is disposed for causing a point of contact of the blade with said abrasive coated surface at a radial distance in the range of 0.5 to 0.9 inches of said axis, and said motor drive assembly being capable of imparting a linear velocity of said abrasive coated surface at about 450–700 feet per minute.

16

19. The sharpener of claim 15 wherein said disk has a thickness in the range of about 0.08 to 0.125 inches at the circumference of said disk.

20. The sharpener of claim 15 wherein said epoxy system is a polyoxypropyleneamine based epoxy.

21. The sharpener of claim 15 wherein said flexible disk is made of a material having a recovery in the range of 31 to 75% and a remaining depression of 140–155 divisions as measured on a Wilson Rockwell Tester using a ⅞ inch diameter steel ball with a minor weight of 10 kilograms and a major weight of 60 kilograms.

22. The sharpener of claim 15 wherein said abrasive coated surface contains abrasive particles on the order of 50 to 75% by weight in a flexible polymeric material that ablates sufficiently in use whereby abrasive particles remain exposed to the cutting edge and said abrasive coated surface is prevented from becoming glazed over with metal particles removed in the sharpening process.

23. The sharpener of claim 15 wherein said abrasive coated surface contains abrasive particles in the range of 50 to 75% by weight in an epoxy resin system composed largely of polyoxypropyleneamines which are the aliphatic polyether primary and di- and tri-functional amines derived from polypropylene oxide adducts of diols and triols.

24. The sharpener of claim 15 wherein said abrasive coated surface contains abrasive particles in the size range of 1 to 20 microns embedded in a flexible polymeric material.

25. The sharpener of claim 15 wherein an edge guide is disposed at said disk, said edge guide providing a location of contact with the blade as the blade is moved into contact with said abrasive coated surface, said location of contact being forward of said abrasive coated surface, and said edge guide having an exposed surface for said location of contact which is made of a non-abrasive material capable of having a groove formed therein to receive the cutting edge and both of the facets of the blade with the groove in and across said edge guide to provide a guide track for the blade as the blade is moved across said rotating abrasive coated surface.

26. The sharpener of claim 25 wherein said flexible disk is in a honing section of said sharpener, said sharpener including a sharpening section, a rigidly mounted disk in said sharpening section having an abrasive coated surface, and a blade guide surface in said sharpening section in a plane which intersects said abrasive coated surface of said rigidly mounted disk to function as a guide for the blade when the blade is placed against said blade guide surface to dispose the blade against said abrasive coated surface of said rigidly mounted disk.

27. The sharpener of claim 26 wherein there is a set of two side by side of said rigidly mounted disks in said sharpening section, a set of two side by side of said flexible disks being in said honing section, an inverted U-shaped spring member being in at least one of said sharpening section and said honing section, said spring member having cantilevered resilient arms and an intermediate connecting portion, said connecting portion being mounted over said set of disks, and each of said arms of said spring member extending downwardly generally along a portion of a respective one of said disks.

28. The sharpener of claim 27 wherein one of said spring members is provided in each of said sharpening section and said honing section.

29. In a sharpener for a blade with an elongated cutting edge, said sharpener including an upstanding sharpening assembly having an abrasive surface on each side of said sharpening assembly, an elongated blade guide surface juxtaposed each of said abrasive surfaces to guide the blade

5,611,726

17

along and into contact with said abrasive surface, the improvement being in a spring assembly, said spring assembly including an inverted elongated U-shaped spring member, said spring having downwardly extending cantilevered resilient arms connected to an upper intermediate connecting portion, said connecting portion being directly over said sharpening assembly, said arms extending downwardly generally along a portion of said sharpener assembly on each side of said sharpener assembly, each of said arms extending downwardly between one of said blade guide surfaces and said sharpening assembly to create a resilient angled slot between said arm and said blade guide surface directed toward its juxtaposed abrasive surface, and each of said arms being of sufficient length and shape to be sufficiently close to said blade guide surface when no blade is in said slot to assure a blade is contacted by an arm and a blade guide surface when a blade is in said slot and is moved into contact with said abrasive surface.

**30.** The sharpener of claim 29 wherein said arms extend substantially the entire length of said blade guide surfaces, and said arm contacting said blade guide surface when no blade is in said slot.

**31.** The sharpener of claim 29 including a guard member extending downwardly from said connecting portion generally perpendicular to said arms to limit access to said sharpening assembly during conditions of non-use.

**32.** The sharpener of claim 29 including mounting means mounting said spring member to permit said spring member to move laterally and to pivot angularly about said mounting means for accommodating the shape of the blade being sharpened.

**33.** A sharpener for blades comprising support structure, a motor drive assembly and a sharpening module mounted to said support structure, said sharpening module containing a plurality of abrasive coated disks, said disks being axially mounted on a shaft assembly in said module for rotation on said shaft assembly, said motor drive assembly being external of said module, said motor drive assembly having a motor driven axially rotatable shaft, a coupling unit detachably coupling said motor driven shaft to said shaft assembly for selectively rotating said disks when said motor drive assembly is activated, said coupling unit selectively coupling and uncoupling said motor driven shaft to said shaft assembly in response to a manually operable actuating member, said manually operable actuating member having a first position which physically restrains relative motion of said motor drive assembly and said module with respect to each other to prevent separation of said module from said motor drive assembly, and said manually operable actuating member having a second position which allows unobstructed separation of said module from said motor drive assembly to disengage said module from said motor drive assembly and from said support structure for permitting removal of said module from said support structure for allowing cleaning of said module independently of and separate from said motor drive assembly.

**34.** The sharpener of claim 33 wherein said coupling unit is a splined coupling.

**35.** The sharpener of claim 34 wherein said manually operable actuating member is a spring biased pawl.

**36.** The sharpener of claim 33 wherein said sharpening module includes a sharpening section and a honing section, said sharpening section having a set of abrasive coated disks, and said honing section having a set of abrasive coated disks.

**37.** The sharpener of claim 36 wherein said disks of said sharpening section are rigid disks, and said disks of said honing section being flexible disks.

18

**38.** The sharpener of claim 37 wherein each of said disks in each of said sharpening section and said honing section is provided with a blade guide surface disposed at a predetermined vertical angle relative to a vertical line normal to the axis of rotation of its said disk, said disks in at least one of said sharpening section and said honing section being provided with an edge guide having a location of contact forward of said disks, and said edge guide having a blade contact surface made of a non-abrasive material capable of having a groove formed therein to receive the cutting edge of the blade to provide a guide track for the blade as the blade is moved across said abrasive coated disks.

**39.** The sharpener of claim 38 wherein said disks in each of said sharpening section and said honing section are provided with said edge guide.

**40.** The sharpener of claim 38 including an inverted elongated U-shaped spring member in at least one of said sharpening section and said honing section, said spring member having downwardly extending cantilevered resilient arms connected to an intermediate connecting portion, said connecting portion being disposed directly over said disks, each of said arms extending downwardly generally along a portion a respective one of said disks, and each of said arms extending downwardly between said blade guide surface and its adjacent disk to create a resilient angled slot between said arm and said blade guide surface.

**41.** The sharpener of claim 40 wherein each of said sharpening section and said honing section is provided with said spring member.

**42.** The sharpener of claim 41 wherein each of said sharpening section and said honing section is provided with said edge guide.

**43.** The sharpener of claim 33 wherein said module includes a sharpening section and a honing section, each of said sharpening section and said honing section having a set of abrasive coated disks, said disks in said sharpening section being rigid, and said disks in said honing section being flexible.

**44.** The sharpener of claim 43 wherein each of said disks in each of said sharpening section and said honing section is provided with a blade guide surface disposed at a predetermined vertical angle relative to a vertical line normal to the axis of rotation of said disks, said disks in at least one of said sharpening section and said honing section being provided with an edge guide having a point of contact forward of said disks, and said edge guide having a blade contact surface made of a non-abrasive material capable of having a groove formed therein to receive the cutting edge of the blade to provide a guide track for the blade as the blade is moved across said abrasive coated disk.

**45.** The sharpener of claim 44 including an inverted elongated U-shaped spring member in at least one of said sharpening section and said honing section, said spring member having downwardly extending cantilevered resilient arms connected to an intermediate connecting portion, said connecting portion being disposed directly over said disks, each of said arms extending downwardly generally along a portion of said disk, and each of said arms extending downwardly between said blade guide surface and its adjacent disk to create a resilient angled slot between said arm and said blade guide surface.

**46.** The sharpener of claim 45 wherein each of said sharpening section and said honing section is provided with said spring member.

* * * * *

# **EXHIBIT B**

US006012971A

## United States Patent [19]

Friel, Sr. et al.

[11] **Patent Number:** **6,012,971**

[45] **Date of Patent:** **Jan. 11, 2000**

[54] **SHARPENING APPARATUS**

[75] Inventors: **Daniel D. Friel, Sr.**, Greenville, Del.;
**Daniel D. Friel, Jr.**, Kennett Square,
Pa.; **Robert P. Bigliano**, Wilmington,
Del.

[73] Assignee: **Edgecraft Corporation**, Avondale, Pa.

[21] Appl. No.: **09/039,128**

[22] Filed: **Mar. 13, 1998**

### Related U.S. Application Data

[60] Provisional application No. 60/040,766, Mar. 14, 1997.

[51] Int. Cl.[7] ........................................... **B24B 1/00**
[52] U.S. Cl. ...................... **451/45**; 51/298; 51/295;
451/282; 451/293; 451/541; 451/548
[58] Field of Search ....................... 451/45, 57, 58,
451/65, 178, 185, 193, 192, 262, 263, 267,
282, 293, 321, 322, 349, 548, 541; 51/295,
298

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,172,860 | 2/1916 | Aschburner . |
| 2,841,926 | 7/1958 | Lebus . |
| 3,332,173 | 7/1967 | McMaster et al. . |
| 4,128,972 | 12/1978 | Charvat . |

| | | |
|---|---|---|
| 4,504,283 | 3/1985 | Charvat . |
| 4,716,689 | 1/1988 | Friel . |
| 4,807,399 | 2/1989 | Friel . |
| 4,915,709 | 4/1990 | Andrew et al. . |
| 5,005,319 | 4/1991 | Friel ........................... 451/45 X |
| 5,018,310 | 5/1991 | Fierus et al. . |
| 5,245,791 | 9/1993 | Bigliano et al. . |
| 5,390,431 | 2/1995 | Friel ............................... 451/45 |
| 5,582,535 | 12/1996 | Friel ............................... 451/45 |
| 5,611,726 | 3/1997 | Friel et al. ...................... 451/177 |

### FOREIGN PATENT DOCUMENTS

0 417 004   3/1991   European Pat. Off. .

*Primary Examiner*—Timothy V. Eley
*Attorney, Agent, or Firm*—Connolly Bove Lodge & Hutz

[57] **ABSTRACT**

An abrasive material contains abrasive particles in the range of 50 to 80% by weight in an olefinic thermalplastic resin system which is based on ethylene copolymer. The material may be incorporated on a substrate structure to be used as a stropping or honing material or may be shaped by an injection molding process or may be injection molded over a rigid insert or molded over a rigid wheel or disk inserted in the mold. The material may be used for polishing and finishing of crystalline materials, ceramics, silicon and semi-conductor wafers.

**16 Claims, 8 Drawing Sheets**







*Fig.3.*

*Fig.7.*

*Fig.4.*

*Fig.6.*

*Fig.5.*



_Fig.8._

_Fig.9._

_Fig.10._



*Fig.11.*

*Fig.12.*





*Fig.18.*



*Fig.19.*



*Fig.20.*



*Fig.21.*



_Fig. 22._



*Fig.23.*

*Fig.24.*

*Fig.25.*

*Fig.26.*

*Fig.27.*



*Fig.28.*

6,012,971

1

**SHARPENING APPARATUS**

CROSS-REFERENCE TO RELATED
APPLICATION

This application is based upon provisional application
Ser. No. 60/040,766 filed Mar. 14, 1997.

BACKGROUND OF THE INVENTION

The present invention relates to variations of techniques
described in U.S. Pat. No. 5,611,726. Reference is also made
to Ser. No. 08/889,768 filed Jul. 8, 1997 and to Ser. No.
08/466,451 filed Jun. 6, 1995, and its parent applications Ser.
No. 08/391,250 filed Feb. 21, 1995, Ser. No. 08/055,856
filed Apr. 10, 1993, now U.S. Pat. No. 5,390,431 as well as
U.S. Pat. No. 5,404,679. All of the details of these patents
and applications are incorporated herein by reference
thereto.

U.S. Pat. No. 5,611,726 ('726 patent) describes unique
blade sharpeners that incorporate honing materials to
create highly sharp yet durable knife edges. That patent
described the importance of obtaining optimum physical
properties of the honing material. It must have sufficient
flexibility, yet when physically distorted in use it must be
able to recover its original physical shape. If the honing
disks are too stiff they will damage the knife edge. The grit
size must be selected to be sufficiently aggressive but not so
aggressive as to injure the edge.

Attempts by the inventors to use known conventional
abrasive systems proved unsuccessful in attempts to repro-
ducibly create highly sharp and durable knife edges. Suc-
cessful honing requires that the material incorporating the
abrasives have the appropriate physical properties,
flexibility, resilience, stiffness, thermal properties and an
adequate but not too high ablating rate with little to no aging
of its properties.

Attempts to use conventional buffing means proved
unsuccessful. Cloth and fibrous wheels tested by the inven-
tors proved to be nonuniform and had to be recoated
frequently with abrasives in order to retain their effective-
ness. They are unpredictable and inconsistent. Wheels of
leather and porous polyurethane materials (such as
Corfam®) were impractical as they "load up" with sharp-
ening debris and were unpredictable and inconsistent in
performance.

The inventors reported in the '726 patent details of their
search for materials that can be formed into precise shapes
that will if distorted recover to their original shape and be
homogeneous in properties. Angular control, important in
knife sharpening, relies on precise shapes for the abrasive
and honing materials that contact the knife edge. It was
shown that a satisfactory material falls within a narrow
range of physical properties for their performance.

Rubbers and polyurethanes that incorporate abrasives
proved to be impractical in that they loaded-up too rapidly
or that they were too tough to ablate adequately. A wide
variety of epoxy-like materials proved unsatisfactory
because of excessive brittleness, excessive "loading-up" and
glazing over of their surfaces. They also tended to change
properties with age, softened when heated or were not
sufficiently flexible. However, as disclosed in the '726 patent
the inventors found an optimum epoxy composition com-
posed largely of polyoxypropylene amines which are ali-
phatic poly ether primary and di-and tri-functional amines
derived from propylene oxide abducts of diols and triols.
This material has the necessary flexibility, durability and

2

recovery properties to make a good honing material. It has
the necessary conformity as molded while maintaining the
necessary abrasiveness when loaded, it has toughness, dura-
bility and adequate rubber-like properties to maintain its
shape over long periods of use.

While this optimum material performs well, it must be
formed into final shape by a long, tedious and expensive
casting process that sets the final properties in 1–2 hours at
212° F. but requires added curing of 4 hours at 220–230° F.
to stabilize its properties for a period of years.

Conventional methods of characterizing this finished
epoxy material proved impractical. It was found however,
that a modified Wilson Rockwell tester equipped with a
special ⅞" diameter smooth steel ball did give very repro-
ducible measurements that correlated with those properties
of this material essential to its intended use for knife
sharpening.

This method is described below:

The test method uses a standard Wilson Rockwell tester
equipped with a ⅞" diameter steel ball to compress under the
ball a sample of this material 2×2 inches and ⅜" thick first
with a standard minor weight of 10 Kilograms and then with
a major weight of 60 Kilograms. The ball is lowered onto the
sample first under the load of the minor weight and an initial
rest height of the ball is indicated as the zero point. The
major weight is then applied to the ball and the distance that
the ball penetrates below the zero point (change in height) is
noted as $D_1$. The major weight is removed while the minor
weight remains and the remaining amount of penetration is
reduced. The remaining amount of depression below its
original zero point is recorded as $D_2$. With this procedure a
sample of the optimum epoxy material of this invention in
less than 30 seconds compressed 229 divisions (0.0183
inches) on the Rockwell Hardness Tester when the major
weight was applied. This is $D_1$. When that major load was
removed the remaining depression $D_2$ was 140 divisions
(0.0112 inches). The recovery, R, equal

$$\frac{D_1 - D_2}{D_1} = 0.39 \text{ or } 39\%.$$

With all weights removed this material returned to more than
98% of its original thickness within 30 minutes. Composi-
tions with lighter abrasive loading of the unique epoxy
material recovered faster to the original thickness after this
test. The recovery R as defined above and the subsequent
recovery of the disks to their original shape are critically
important properties for the optimum performance of these
disks.

Samples representative of satisfactory compositions for the
epoxy abrasive loaded disks were tested as shown below:

| Sample # | % Abrasive Solids in Epoxy 37-3EC | R % Recovery | $D_2$ Remaining* Depression (with 10 Kg) Divisions |
|---|---|---|---|
| 1 | 78% | 31 | 155 |
| 2 | 74% | 39 | 140 |
| 3 | 50% | 75 | |

*1 Division equals 0.00008 inches of Depression.

As reported in the '726 patent, this represents a relatively
narrow range of properties that gives satisfactory perfor-
mance using 5 micron grit. The optimum composition is in
an even narrower range of 65–75% using the 5 micron grit.
This demonstrates the criticality of the composition and the
resulting physical properties.

6,012,971

3

The typical values stated above produced satisfactory sharpness and cutting characteristics desired by the professional chef.

Satisfactory cutting edges were produced with honing disks made by adding abrasive particles of a size within the range 1–20 microns approximately 40% to 80% by weight in the epoxy mixture. Within these ranges it is preferable to use smaller particles in the upper portion of the range of abrasive loading.

While the epoxy based composition provided the unique properties needed for good honing as described in the '726 patent, the epoxy material must be produced as described only by a slow casting process.

## SUMMARY OF THE INVENTION

The inventors undertook the search for other polymer systems that would not require casting but might be processable by other means such as in an injection molding process, yet provide the unique balance of physical properties shown earlier to be essential to good honing.

Surprisingly a family of satisfactory injection moldable materials were found within the polyolefin family which is not known for toughness.

An abrasive loaded material in accordance with the invention has a recovery in the range of 30–60% with the remaining depressions being 50 to 155 divisions measured on a Wilson Rockwell Tester using a ⅛ inch diameter ball with a minor weight of 10 kg and a major weight of 60 kg.

The invention provides a honing structure for fine edge or serrated blade with adjacent facets on each side of the cutting edge. The honing structure includes a motor drive and two juxtapositioned knife guide edges set at a predetermined angle relative to a vertical line normal to the axis of rotation of one of two adjacent flexible truncated cone shaped abrasive loaded disks. The disks are driven on their axis by the motor drive to move the surface of the abrasive coated disks across and away from the cutting edge when the blade is moved into contact with the surface. The point of contact is established and controlled by the position of the knife edge guide. One guide is forward of the point of contact with each of the abrasive coated surfaces and the other guide is beyond the point of contact with each of the abrasive coated surfaces. The edges guides are positioned to engage the cutting edge. The flexible abrasive-loaded truncated cone disks contain abrasive particles in the range of 50–80% by weight in an olefinic thermalplastic resin which is based on ethylene-copolymer.

The invention also involves a stropping pad which consists of a rigid substrate covered with stropping material containing 50–80% by weight of abrasive particles in a size range of 1 to 25 microns embedded in an authentic thermoplastic resin system based on an ethylene copolymer.

## THE DRAWINGS

FIG. 1 is a side elevational view of a sharpening apparatus in accordance with this invention also showing the sharpening and honing blade sections both in place and removed;

FIG. 2 is a top plan view of the sharpening apparatus of FIG. 1;

FIG. 3 is an end elevational view of the sharpening apparatus of FIGS. 1 and 2;

FIG. 4 is a cross-sectional view taken through FIG. 1 along the line 4—4;

FIG. 5 is a cross-sectional view taken through FIG. 2 along the line 5—5;

4

FIG. 6 is a cross-sectional view taken through FIG. 2 along the line 6—6;

FIG. 7 is a graph showing the relationship between the spring length and the force against the disk;

FIG. 8 is a side elevational view showing a large knife being sharpened in the sharpening section of the apparatus of FIGS. 1–6;

FIG. 9 is a view similar to FIG. 8 showing the sharpening of a small knife;

FIG. 10 is a cross-sectional view taken through FIG. 9 along the line 10—10;

FIG. 11 is a cross-sectional view similar to FIG. 8 showing a large knife in the honing section of the apparatus of this invention;

FIG. 12 is an enlarged cross-sectional view of a portion of the honing section showing the removal of a burr from the knife;

FIG. 13 is an enlarged side elevational view showing a blade facet resulting from use of the sharpening section of the apparatus of this invention;

FIG. 14 is an end elevation view of the blade of FIG. 13;

FIG. 15 is a cross-sectional view taken along the line 15—15 of FIG. 14;

FIG. 16 is a cross-sectional view taken along the line 16—16 of FIG. 17;

FIG. 16A is an end elevational view showing a finished honed blade in accordance with this invention;

FIG. 16B is a perspective and cross-sectional view showing a finished honed blade edge in accordance with this invention;

FIG. 17 is an end elevational view showing the burr removed and the edge reshaped from a knife after being honed in the honing section of the apparatus of this invention;

FIG. 18 is a left end elevational view of the sharpening disk used in the apparatus of this invention;

FIG. 19 is a cross-sectional view taken through FIG. 18 along the line 19—19;

FIG. 20 is a left end elevational view of the honing disk used in the apparatus of this invention and also showing the path of movement of the knife;

FIG. 21 is a cross-sectional view taken through FIG. 20 along the line 21—21;

FIG. 22 is a side elevational view of a modified form of apparatus in accordance with this invention showing plural sharpening sections.

FIG. 23 is a cross-sectional view in elevation showing a molded disk in accordance with this invention being used for sharpening a knife;

FIG. 24 is a front elevational view of a disk in accordance with this invention;

FIG. 25 is a cross sectional view taken through FIG. 24 along the line 25—25;

FIG. 26 is a perspective view of a stropping pad in accordance with this invention;

FIG. 27 is a perspective view of a molded disk in accordance with this invention; and

FIG. 28 is a perspective view of a polishing wheel in accordance with this invention.

## DETAILED DESCRIPTION

The sharpener 36 of this invention is shown in FIG. 1 and includes a first sharpening section or stage 7 and a honing

6,012,971

5

stage 8. In the sharpening stage there are two abrasive coated truncated cone shaped disks 5,5 and in the honing stage there are two abrasive loaded truncated cone shaped disks 15,15. In both stages the disks are mounted on slotted hubs 35 of FIG. 8 which are mounted on and rotated by a drive shaft 9. Pins 86 through the shaft 9 engage the slotted hubs which can slide on the shaft. Between each pair of disks is a spring 6 that provides a restraining force against the disks as they are displaced along its shaft during sharpening of the knife edge facets. The pins 9 serve to precisely locate the disk when at rest and to drive the hub mounted disks. In both the sharpening and honing stages the knife blade 4 is positioned against and along a knife guide surface to establish the sharpening angle and the knife edge is stabilized and guided by a small groove 37 cut in a tough, lubricous, and non abrasive edge guide 33, so as to establish a fixed and constant angle between the knife facet and the sharpening surface. In FIG. 1, the unique plastic hold down spring 1 generates a force to hold the knife against the blade guide surface 2. As the knife is drawn through the sharpener the knife edge cuts into and is stabilized, by the edge guide 33. Thus the knife is completely constrained in the plane of the knife guide surface as it is drawn through the sharpening stage against a rotating abrasive disk 5 of FIG. 8. The creation of a groove 37 in the edge guide 33 adds additional stability to the sharpening process but it is not essential to the operation of this invention. The blade 4 is held with adequate stability using the plastic spring 1 alone. In use to sharpen a conventional knife, the knife is pulled alternately and repeatedly through the left and right slots first in the sharpening stage and then in the honing stage until an exceptionally sharp edge is created.

The superior cutting edge formed by this invention depends upon the formation of a particular edge geometry in the sharpening stage or stages followed by a special honing action by an appropriately flexible abrasive-loaded honing disk. Both the sharpening and honing stages use cone shaped disks driven at appropriate speeds to accomplish their special functions and to create quickly an ultrasharp edge. Novel means is used in both sharpening and honing stages to stabilize the blade and control the sharpening angle. The sharpening disks 5,5 are commonly formed from metal about 1/16 inch thick in the shape of a truncated cone with its surface sloped at several degrees to the normal to the cone axis. The conical surface is coated with a layer of abrasives—preferably diamonds—that cut cleanly and with little heating.

The abrasive speed against the knife edge is controlled to eliminate blade detempering due to over-heating. The sharpening disk 5 and honing disk 15 rotate in a speed range of 1300 to 1600 rpm while the knife edge contacts the disks at a radius in the range of 0.5 to 0.9 inches, preferably about 0.75 inches. Thus, the linear sharpening speed is approximately between 750 and 400 feet per minute, well below the range of approximately 1000 feet per minute at which speed overheating could occur on the diamond coated sharpening disk 5.

FIG. 8 is an expanded view of the sharpening section showing the knife blade 4 in place between the plastic hold down spring 1 and the blade guide surface 2. The force of the plastic spring is sufficient to completely hold the knife against the knife guide surface so that the user need only pull the knife through the sharpener. As the knife is moved down toward the knife edge guide 33 it contacts the rigid rotating sharpening disk 5 and moves the sharpening disk along its axis 10 against a spring 6 toward the center of the sharpening stage until the knife edge facet physically contacts the knife

6

edge guide 33. The edge of the knife forms a small groove 37 in the knife edge guide and becomes firmly fixed relative to the blade guide surface 2. The correct angle, defined by the angle of the blade guide surface 2 is established and maintained ±0.5° throughout the entire length of the knife blade 4 as it is drawn through the knife sharpener 36.

The point of contact and the location of the subsequent groove 37 formed by the knife edge against the knife edge guide 33 will vary depending on the thickness of the knife 4 at its edge. Once a groove 37 is formed it will secure further the edge from lateral movement. Alternatively, the groove 37 can be preformed. Importantly, the material used to construct the knife edge guide 33 is selected to be non abrasive and to have high lubricity and high toughness. Surprisingly, high molecular weight polypropylene and ultra high molecular weight polyethylene which have the necessary lubricating and toughness proved not to damage the ultrafine edges created by the honing methods described herein. These materials were shown surprisingly to improve slightly the edge quality. The guides are designed so that they can be readily inverted to expose fresh areas and to be readily replaced when excessively worn. The discovery that these edge guides 33 can be used to act as a stop and a rest for the blade 4 without damaging the edges is important in that it allows the abrasives on the sharpening disk to move away from the edge not into the edge. Any force or thrust that the moving abrasive imparts to the blade will tend to press the blade edge against this guide 33. Without these edge guides the knife would jam between the disk and the guide structure, unless the direction of disk rotation were reversed. The reverse rotation direction will create a very poor rolled edge in the sharpening section and cause the knife to cut into and destroy the honing disk.

The sharpening force is established by the displacement of spring 6 in FIG. 8 and is a function of the thickness of the blade 4 at the point of contact with the sharpening disk 5. FIG. 8 shows that a thick blade displaces the sharpening disk 5 more than a thin blade as in FIG. 9. FIG. 7 shows a typical relationship between displacement of the spring and force against the disk. The spring is designed to have an appropriate finite force at zero displacement of the disk. The preferred force range is approximately 0.6 to 1.4 pounds for both the sharpening and honing disks during the displacement of the disk of about 0.1 to 0.15 inches along the shaft.

Hold Down Spring

The hold down spring 1 of FIGS. 8 and 9 is an elongated inverted U shaped structure made of plastic such as polymerized methyl methacrylate (Lucite or Plexiglass brands for example) or a thin metal such as stainless steel. The arms 12 of the spring which are about 30–60 mils thick if plastic, extend downward from the shoulder section 30 of the inverted U shaped structure and in the absence of a knife in the sharpener rest against the lower portion of the knife guide plane 2 at the extremities of the arms as shown by the right arms in FIGS. 8, 9 and 11. When a knife is inserted between the knife guide surface 2 and the spring 1, the spring arm 12 will bend along its length as shown in FIGS. 8, 9 and 11 to conform at least in part to the shape of the blade face. The thickness of the spring material is carefully selected to bend adequately to provide conformity along the lower part of the blade face. The spring is designed so that in its normal (no knife inserted) position the end of the spring presses against the knife guide surfaces 2 providing an initial force. The spring is supported at its upper midpoint by the boss 20 of the structural support and held in position by a pin 18. More than one boss can be used along the length of the spring. The clearance between the hole in the spring

6,012,971

7

1 and the supporting boss 20 can be varied to allow the spring to tilt slightly about its horizontal axis or to move laterally in order to accommodate a greater variety of knives of different thickness and to modify the spring action and consequent forces and conformity by the spring against the knife face. Preferably the spring is designed of a length to extend along most of the length of the knife guide plane from the front to the rear of the sharpening stages. A special configuration of this spring incorporates guard sections 31, shown in phantom in FIG. 1, that to a great extent cover the front and/or rear sections of the spring opening in order to limit accidental access of human fingers into the area of the sharpening and honing disks where injury could occur. The spring 1 can be molded either to an initial shape that closely conforms as molded to the knife guide surfaces or to an initial shape that requires that the arms be sprung toward each other significantly in order to fit against the knife guide surfaces. The latter has the advantage that it gives the spring a greater holding force against the blade face when it is inserted between the spring and knife guide surface. The latter proved to be a preferred geometry for molding as the added force gave greater stability to the blade.

The plastic hold down spring 1 is distorted more by a thicker blade than a thinner blade providing greater holding force of the blade against the knife guide surface 2. The hold down spring 1 shown in FIGS. 8, 9 and 11 is held in place at the top of the spring 1 with a snug fitting pin 18 in hole 19 through a support member 20, such as a boss. For thick knives, the flexible spring will change its shape significantly as shown in FIGS. 8, 9 and 11 to accommodate the knife. With a thick blade 4 the spring 1 will conform to the face of the blade along most of the arm length and with the thickest blades the shoulder section 30 of the spring 1 will contact the blade 4 providing a portion of the hold down force. With thicker blades the spring 1 will tilt slightly or move laterally until the opening in its midpoint is pushed tightly against support boss 20. More of the spring length is involved in the process, hence increasing the hold down force.

Creating the Knife Edge:

The method used in this invention to create the knife edge establishes a durable cutting edge with sharpness better than a conventional razor in less than 45 seconds for a knife not previously sharpened by the device of this invention and in less than 20 seconds when resharpening a knife previously sharpened by the device of this invention. This is extremely fast to achieve an edge of this ultra sharpness. Typically, a knife previously sharpened by this invention can be resharpened simply by passing it through the "honing" stage 8 of FIG. 1, to recreate the original sharpness. This resharpening can be repeated up to 5 times before the user will find it necessary to "resharpen" the knife in the sharpening stage, 7 of FIG. 1.

Sharpening Stage

Preferably the knife edge facet contacts the cone shaped sharpening disk at a point as shown along the line A of FIGS. 4 and 20 which is above the center line B of the disk a distance approximately 45–80% of the disk radius. The position of this line is selected in any event to produce nominally unidirectional grooves in the facet preferably at an angle of 20 or more degrees to the edge. (If contact were at line B along the diameter line of the disk the microgrooves would be perpendicular 90° to the edge.) The knife is guided through the sharpening stage 7 of FIGS. 1 and 8 by the knife guide surface at an angle, such that the knife edge conforms approximately to the surface of the upper forward section of the truncated sharpening disk 5 and contacts the disk in that section. In this manner the abrasive surfaced sharpening disk

8

5 produces essentially unidirectional microgrooves along the facet that extend to the edge and leave a microburr along the edge. The use of diamonds for the abrasive is especially desirable as it creates well defined microgrooves; other abrasives tend to smear out the grooves leaving grooves that are irregular in shape and spacing. Only the upper forward portion of the sharpening disk (FIGS. 8 and 18) contacts the knife facet. This is in contrast to teachings where the disk is flat and/or where the abrasive is moved in a direction that is into the edge.

The sharpening disk is made preferably by electroplating diamonds onto a thin metal truncated cone structure where the metal is about 0.030 inches thick. It can of course be thicker. Importantly diamonds are used as abrasives since they are extremely hard and durable and wear so little that they will maintain the shape of the conical disk on which they are plated for an extremely long time. This is in sharp contrast to abrasive stone, bonded alumina or bonded carborundum wheels that loose their shape and angular surface contour very rapidly at the point of contact with a blade in use. Such alternates will not work in a precise sharpener as described here where the angular relationships of the sharpening angle is highly critical for optimal performance and creation of the ultrasharp edge sought with this sharpener. Such solid abrasive wheels would be totally impractical for other reasons: they would heat the edge excessively, detempering the blade and create less well defined grooves across the facet. The use of diamond abrasives on a rigid substructure is essential to the optimal performance of this sharpener. The spring tension that presses the diamonds against the knife facet must be carefully chosen as described herein to optimize the sharpening rate and the groove formation.

The number of microgrooves formed in the sharpening stage along the first facets depends upon the rotational speed of the abrasive coated truncated cone disks, the abrasive grit size, the point of contact with disk, and the speed at which the user moves the knife across the sharpening disks. With the wheel speeds at 1300 to 1600 revolutions per minute and grit size of 140/170 and the point at which the knife contacts the disks, the spacing of grooves along the edge are on the order of 0.0005 to 0.005 inches apart, commonly about 0.001" apart. The burr size varies along the edge but is generally has a length less than 0.002", commonly its length is in the range of 0.0004 to 0.001 inch.

The projected path A of the knife edge across the disk surface 5, in FIGS. 4 and 18 is along a chord of the truncated cone, hence the path laid out on the surface of the cone is actually curved more or less parabolic in shape. The nominal knife path as shown in FIG. 10 is angled H at typically 2–10° to the normal to the axis of rotation for the sharpening disk. An advantage of this design is that the knife contacts the abrasive cone surface more or less at a point or along a small line (approaching a point) which provides for more uniformly formed and angled microgrooves, than if the entire line of abrasives contacted the blade.

Throughout this disclosure the shape of the surface of the disk is referred to as that of a truncated cone. This is an optimal shape because it gives a surface of low curvature at the point where the knife edge contacts the abrasive. The low curvature that can be built into a low angle cone tends to extend the contact into a short line. The greater the curvature the smaller the contact line until it becomes close to a true point contact. Other curved surfaces such as large radius spheres, parabolic, elliptical surfaces, or special contours could be used. The cone shape tends to align well with the knife guide structures and allows the knife edge to contact the abrading surface near the front of the sharpener, allowing

6,012,971

9

sharpening and honing closer to the handle of blades. Hence other shapes can be used in either the sharpening or honing stages although the cone is a near optimal shape.

In the sharpening stage or stages it is desirable to create a series of microgrooves 29 across the facets that extend to the cutting edge for example as shown in FIGS. 13 and 14. These grooves 29 are modified and sharpened further in the subsequent honing stage to create an ultra sharp edge modified to retain some of the microgrooved structure but leave an edge as in FIG. 17 that has what chefs call "bite"—that is an edge that will easily start a cut on food or other material. The character or "feel" of the knife edge can be adjusted by controlling the depth and number of grooves per inch and by the extent of subsequent honing. Depending on the selected diamond grit sizes from 100 grit to 600 grit one can create edges that "feel" substantially different under a variety of cutting applications. A grit size of 140/170 gives an edge that is preferred by many of the professional chefs. The sharpening stage is designed to form an edge with microgrooves 29 running down the facet 19 in FIGS. 13–14 to the edge, and simultaneously the burr 11 of FIGS. 14 and 15 is also formed along the edge. The word burr is used to describe an extension at the edge often inconsistent in shape that deviates from the geometric extension of a cross section of the last facet bevel angle adjacent to the edge. The burr 11 generated by the sharpening station is shown in magnified cross section in FIG. 15 and is a distorted geometric extension of the facet 19 last exposed to the grinding surface. After the burr is formed in the sharpening station 7 of FIG. 1, the knife is placed in the honing station 8 of FIG. 1, where the burr 11 comes in contact with the unique honing disk 15 of FIG. 11. The knife guide surface in the honing stage is set at a slightly larger angle to the vertical several degrees larger than that of the previous sharpening stage. In the sharpening stage each of the two knife guide surfaces are tilted back from the vertical about 15 to 25 degrees, the specific angle V of FIG. 11 being selected with reference to subsequent sharpening in the honing stage. Commonly the guide surfaces are inclined 20° to the vertical, making it possible to place a facet on each side of the edge thus creating two facets that meet at approximately 40° apart at the edge. In the sharpening stage the surface of each abrasive coated truncated cone is inclined to the normal to the cone drive axis by approximately 2 degrees. See angle C, FIG. 10.

It is common to incline the knife edge about 3° to the horizontal, shown as angle K, in FIG. 4 down in the front of the sharpening stage and above the horizontal in the rear to make it more comfortable to the user and to induce the user to comfortably rest the edge on the edge guide in the front of that stage. There is also an edge guide at the rear of each knife guide surface that can be used to rest and assist in guiding the blade. Further the horizontal axis of each of the knife guide surfaces (horizontal axis as used here is defined as a horizontal line lying on the face of these guide surfaces) in the sharpening stage is also tilted relative to the normal to the drive shaft axis of the truncated cone disks by an angular amount angle H, in FIG. 10 approximately equal to the angular tilt angle C, in FIG. 10 of the surface on the truncated cone 5 relative to the normal to its drive shaft axis. These angular relationships allow the edge of the blade 4 as it is guided by the knife guide surface to pass over the upper front quadrant of the truncated cone shaped disk 5 along a line that is above the center of the disk and that crosses the disk more or less parallel to a line drawn on the surface of the conical disk tilted like the knife edge angle K, in FIG. 4 some 3° from the horizontal, as shown in FIG. 4 and FIG. 18.

10

These complex angular relationships insure that the knife edge in both stages will contact the conical abrading surface at a point along the prescribed line A on the upper front quadrant (upper right quadrant) of FIGS. 18 and 20 of the disk. The knife edge does not contact the disk in the upper rear quadrant. Because of the ultrasharp edge created by this sharpener during honing it is critical that the knife edge be in contact with the honing wheel only at points where the surface of the honing wheel is moving away from the edge. It would be disastrous if the ultrasharp edge being formed were to contact the wheel at any point where the abrasive moved into the edge. The sharp edge would promptly shave off the surface of the honing disk and destroy both the disk and the edge being formed.

Honing Stage

The honing disk 15 is designed to flex at 14, FIG. 12, the point of contact with the burr 11. The small grain size of the abrasive particles 13, typically 5 microns, micro machine the face of the burr 11 left by the sharpening stage and with continued contact with that disk the burr will be removed leaving a small facet along the edge where the burr formerly existed. Repeated honing on both facets micro grinds the burr to create a profile 16 as for example shown in FIGS. 16 and 17. This typically leaves a new small facet whose bevel face has a height h typically on the order of 10 microns and a radius of curvature® at the edge on the order of several microns. The angle of the initial larger facets previously created by the sharpening stage is less than the angle of the secondary microfacet created by the honing disk surface. The angular relationships in the honing stage described below insure that the protruding burr will contact the honing disk first and hence be selectively removed by the localized high pressure applied by the abrasive surface. The edge shapes shown in FIGS. 13–17 are only one example of the edge serration and burr geometries that can be created depending on the abrasive size, the force of the disk restraining spring, and other variables. The groove spacing may not be as regular as shown in FIGS. 13, 14 and 17 depending on the speed and consistency with which the knife is pulled across the sharpening and on irregulation of the abrasive coating. It is not uncommon to see a longer burr on the edge after the sharpening stage that extends along the edge a distance equal to many microgrooves. With sufficient honing the burr is largely removed and an extremely sharp edge is retained with interspersed remnants of the microgrooves. A cross section elevational view, in FIG. 16 shows a burr free edge with small microfacets created by the honing disk below the main facet at the edge.

In the honing stage the knife guide surfaces are preferably tilted back angle V, FIG. 11 from the vertical several degrees more than in the sharpening stage. For example, if the vertical tilt in the sharpening stage is 20 degrees, the tilt angle V in the honing stage commonly might be about 22½ degrees. The angular range depending on the angle selected in the sharpening stages will be in the range of 17 to 27 degrees. The surfaces of the abrasive loaded truncated cone disks of the honing stages like the sharpening stage will be angled, angle C, FIG. 10, in the range of 2–10°. However for example if the sharpening stage cones are angled at 2°, it is preferable that the surfaces of the honing disks be angled at a larger angle of about 7° to the normal to the drive axis of the honing disks.

As in the sharpening stage it is preferable to incline, angle K, the knife edge about 3° to the horizontal in the honing stage for the same reasons.

However, the horizontal axis of each of the knife guide surfaces in the honing stage would be tilted relative to the

6,012,971

11

normal to the drive shaft axis of the truncated cone disks by an angular amount, angle H of FIG. 10, approximately equal to the angular tilt, angle C, of the cone surface of the truncated cone relative to its normal to its drive shaft axis. Consequently that horizontal axis of each guide surface would be tilted about 7° for this example. It would in any event be tilted with an angle H on the order of 2–10 degrees.

These angular relationships insure the knife edge will contact the conical abrading surface at a point along the upper front quadrant (upper right quadrant) as shown in FIG. 20 of that disk, similar to the contact point on the sharpening disk.

The angle of the blade facets created in the sharpening stage will be slightly larger than the vertical angle, angle V, established by the knife guide surfaces. For example if the knife guides vertical angle is 20°, if the cone surface angle C is 2° and if the knife guides are tilted 2° in the horizontal, angle H, the angle formed on the blade facet will be between 20 and 22°, the exact angle depending on the particular location of the point of contact of the knife edge with the disk surface. Similarly in the honing stage with the knife guide surfaces at 22½ degrees to the vertical, the cone surface at 70 as defined above, and the knife guides set at 7° to the horizontal, the new small facet at the edge will be between 22½ and 29½°. However, because of the flexibility of the disk that allows the disk to distort and conform in part to the shape of the major facet established in the sharpening stage, the angle of the new small facet is more indefinite. It will in any case be larger than 20° for this example.

Referring to FIG. 15, the burr 11 that remains along the edge after the sharpening stage is a bent structure (as shown) in FIG. 15 that is bent away from the center axis of the blade in a direction away from the last side of the blade that encountered the abrasive coated sharpening disk. In FIG. 15 the burr 11 is bent to the right indicating the last abrasive coated sharpening disk surface was abrading the left facet of the edge structure shown in FIG. 15. When that blade is placed in the honing stage and the burr on the right side encounters the abrasive loaded honing disk, that disk will begin to remove the extended burr and after several passes across that disk, it is abraded back to its root. On alternate passes through the honing slot, the other honing disk abrades the other side (left in FIG. 15) of the facet creating a micro-facet there that at first will be at a slightly larger angle to the blade axis than the original facet created in the sharpening stage as described above. Because of the absence of the burr on the left side of the blade of FIG. 15, a new micro-facet will be formed by the honing disk faster on the left side of the edge than on the right side where the burr existed and consequently more metal had to be removed. However, with repeated passes of the blade through each of the slots in the honing stage, the micro-facets will be formed along each side of the edge in a reasonably symmetrical manner.

With continued honing microfacets are first formed on the ridges of the microgrooves and subsequently microfacets will be created along the valleys of the microgrooves. At that point any edge serrations have been largely removed. FIG. 16B is a perspective view along the edge after repeated honing when well formed microfacets have been created along the sides of the edge. The line of intersection of the grooves on the first facet with the microfacet leaves a fluted structure along the facet surfaces. These flutes have sharp boundaries where they intersect the microfacets and these flutes enter into the cutting action if the food or material being cut either compresses or distorts a distance of 5 to 20 microns and comes into contact with these boundaries

12

before severing. This novel micro structure adds to the effective sharpness and cutting ability of the "edge" and the apparent "bite" of the blade.

The method used in this invention to precisely control the geometric polishing and shaping of the burr makes it possible for the unskilled person to consistently reproduce the same high quality edge sharpness time after time. This control is achieved through the precisely formed edge geometry created in the sharpening stage or stages and, by the unique composition and physical properties of the honing disk. The flexible abrasive loaded disk, FIGS. 11 and 12, is a thicker supported truncated cone shape whose surface rotates down past the knife edge. The abrasive surface like the sharpening stage moves across and away from the edge—not into the edge. The knife blade 4 is placed between the knife guide 2 and the hold down spring 1 and moved downward as its edge makes an initial contact with the conical honing disk and until the knife edge contacts and forms a groove 37 in the knife guide disk 33. See FIGS. 8–9. Then in like fashion to the action of stage 1, the knife is firmly positioned at a fixed angle against the honing disks ±0.5 degrees and pulled successively across the left and right disks to hone the edge.

The mechanical and abrasive properties of the honing disk derives from the composition of the epoxy matrix, the solids content and particle size. A two component epoxy system is prepared with a given ratio of monomer to hardener and cured at a temperature (typically 120° C.) for a time (typically 4 hours) to give the flexibility needed. The solids content (typically 5 micron particles of aluminum oxide typically 74% by weight) and the physical characteristic such as hardness and flexibility of the epoxy matrix will determine the polishing speed and the quality of the final edge. It is important that the conical honing disk have a closely controlled flexibility, stiff enough to retain its geometry at rest but sufficiently flexible to conform to the facet face and to the mildly serrated edge structure previously created by Stage 1. This conformity insures that a gentle abrasive action takes place to remove the burr and to polish the roots of the removed burrs as shown in FIG. 16 and 17. The honing action further polishes the raised portion of the serrations along the edge.

Construction and Properties of the Honing Disks:

The honing disks 15 necessary to successfully create the ultra sharp edges as described herein must have highly unique physical properties. The disks must be only mildly abrasive in order to avoid excessive abrasion and destruction of the relatively sharp edges and the microgrooves created by the sharpening stage. The disks must, however, be sufficiently abrasive to remove the burr previously formed by the sharpening stage in a reasonably short time—for example one would like to complete the necessary honing section with only a few pulls across each of the right and left honing disks. Further the disks must be fabricated so their surfaces will not load-up with the swarf—which is the fine metal dust removed from the knife by the abrasive. It is important too that the disks not heat up excessively and that they retain adequate physical stiffness, that is not become too flexible from the heat of sharpening. It is desirable that they retain their physical properties over many years, that is the organic content should not oxidize or continue to cross-link and polymerize over its reasonable life time. If the honing disks become stiffer in time they can in use damage the edge. The grit size must be carefully selected. It has been shown that grit sizes above about 25 micron are too aggressive and injure the edge. Consequently successful honing as described in this invention requires careful selection of the

6,012,971

13

organic binder, the abrasive, the abrasive size, the ratio of abrasive and organic components, the disk size, thickness and speed, and the pressure during sharpening against the knife edge. Successful honing requires that the disk have appropriate physical properties, flexibility, resiliency, stiffness, appropriate abrasiveness, that is metal removal rates, thermal properties (heat generation) an adequate but not too high ablating rate, little to no aging of its properties. Attempts to use conventional buffing means to improve the edge created by Stage 1 proved unsuccessful. Cloth wheels and fibrous wheels tend to be extremely nonuniform in their action on the edge. They must be coated frequently with a manually applied adhering abrasive which is an impractical practice for a commercial sharpener. The fabric, cloth and fibrous wheels have the major disadvantage that their non-uniform structure and nonuniform abrasive actions makes them totally unpredictable and inconsistent so that they periodically destroy the fine edge that one would like to create. Wheels made of leather and porous polyurethane materials (such as Corfram®) were impractical because they "load-up" with the sharpening debris. Hence their performance too is unpredictable and inconsistent rending them unsatisfactory for a commercial sharpener. An important advantage of the optimal compositions for the honing disks as described here is that they are homogeneous and nonfibrous, hence very uniform in composition and physical properties throughout the disk. They provide a predictable, consistent, smooth and uninterrupted action to allow precision angular honing at predictable angles with precisely and consistently the optimum angular relationship to the facet formed by the sharpening stage. The amount of pressure and effectiveness of the abrasive action for a honing disk must be the same day in and day out to provide consistently well formed microfacets and an ultrasharp edge. It is extremely easy to over abrade and destroy the edge or to have a structure that quickly glazes over and fails to sharpen at all.

The physical properties of the disks must fall within a narrow range in order to assure optimum removal of the burr formed in the sharpening stage and to form the small microfacet along the edge. A wide variety of organic materials were evaluated each with a range of abrasive particle size and content by weight. Rubber based wheels proved impractical in that they "loaded-up" rapidly and wore rapidly if loaded lightly with abrasive. When loaded with larger amounts of abrasive they abraded the edge too fast and damaged the edge. Polyurethanes noted for toughness proved too tough and did not ablate enough to expose fresh abrasive surfaces.

A wide variety of epoxy resins were evaluated with a wide range of different abrasives of different grit sizes. Only one class of epoxy proved satisfactory. The large number of commonly available and conventional epoxies proved impractical because of either excessive brittleness, excessive "loading-up" and glazing over their surfaces with the sharpening debris, tending to age and change properties with age, excessive softening as they heated during sharpening, or inadequate resiliency and flexibility.

An optimum epoxy composition was acquired from Masterbond Corporation that is composed largely of: Polyoxypropyleneamines which are aliphatic polyether primary and di- and tri-functional amines derived from propylene oxide adducts of diols and triols. This is a two part system which is mixed to create the above described chemistry. This material loaded with the proper amount of abrasive is cast into molds giving a product essentially free of strain and low in shrinkage.

This is special composition 37-3EC formulated especially for this application. It proved to have the necessary

14

flexibility, durability, and hardness, and importantly when formulated with the appropriate quantity of abrasive it ablates fast enough to avoid "loading" and to keep fresh abrasive exposed on the surface but it does not ablate so fast that it shortens the life of the disks appreciably.

A variety of abrasives were tested. Carborundum proved less effective than aluminum oxide (alumina) in removing metal. Diamonds were effective but very expensive. The optimum grit size of aluminum oxide proved to be in the range of 5 to 12 microns. Satisfactory weight ratios of the alumina grit and epoxy were within the range of 1 to 4 parts alumina for 1 part of epoxy. Lower concentrations of abrasives were impractically slow. With higher concentrations the bonding strength of the epoxy was inadequate and cracks resulted with use. Aluminum oxide and diamonds are the preferred abrasives.

For this optimal composition of abrasive loaded epoxy the optimal disk thickness was in the range of approximately 0.08 inch to 0.125 inch at the edge of a disk two inches in diameter. This thickness gave good flexibility and conformity while maintaining the necessary abrasiveness, toughness, durability, and rubber like properties to maintain its shape over long periods of use. It softens slightly as it warms in use but not enough to interfere with its effectiveness.

The cure rate of the optimal abrasive loaded epoxy is reasonable and practical. The mixed abrasive and epoxy resin sets to its final properties in 1 to 2 hours at 212° F. but if cured for 4 hours at 220–230° F. its properties do not change significantly during the subsequent 3 years. It was found that other epoxy mixtures that cure too slowly for example over several days will continue to change their properties over years making them impractical for this application.

The physical properties of this optimal composition of abrasive and epoxy are difficult to measure by standard procedures. It has a unique combination of "hardness", compressibility, and elasticity that can, however be characterized using a conventional Wilson Rockwell Hardness Tester. A method of characterizing this unique material is described below:

The test method uses a standard Wilson Rockwell tester equipped with a ⅞ "diameter steel ball to compress under the ball a sample of this material 2×2 inches and ⅜" thick first with a standard minor weight of 10 Kilograms and then with a major weight of 60 Kilograms. The ball is lowered onto the sample first under the load of the minor weight and an initial rest height of the ball is indicated as the zero point. The major weight is then applied to the ball and the distance that the ball penetrates below the zero point (change in height) is noted as $D_1$. The major weight is removed while the minor weight remains and the remaining amount of penetration is reduced. The remaining amount of depression below its original zero point is recorded as D2. With this procedure a sample of the optimum material of this invention in less than 30 seconds compressed 229 divisions (0.0183 inches) on the Rockwell Hardness Tester when the major weight was applied. This is $D_1$. When that major load was removed the remaining depression $D_2$ was 140 divisions (0.0112 inches). The recovery, R, equals $D_{1-D+hd\ 2}/D+hd\ 1=0.39$ or 39%. With all weights removed this material returned to more than 98% of its original thickness within 30 minutes. Compositions with lighter abrasive loading recovered faster to the original thickness after this test. The recovery R as defined above and the subsequent recovery of the disks to their original shape are critically important properties for the optimum performance of these disks. Samples representa-

6,012,971

tive of satisfactory compositions for the abrasive loaded disks were tested as shown below:

| Sample # | % Solids in Epoxy 37-3EC Divisions | R % Recovery | $D_2$ Remaining* Depression (with 10 Kg) |
|---|---|---|---|
| 1 | 78% | 31 | 155 |
| 2 | 74% | 39 | 140 |
| 3 | 50% | 75 | |

*1 Division equals 0.00008 inches of Depression.

There is a relatively narrow range of properties that gives satisfactory performance using 5 micron grit. The optimum composition is in an even narrower range of 65–75% using the 5 micron grit. This demonstrates the criticalness of the composition and the resulting physical properties.

The typical values stated here produce satisfactory sharpness and cutting characteristics desired by the professional chef.

Satisfactory cutting edges have been produced with honing disks made by adding abrasive particles of a size within the range 1–20 microns approximately 40% to 80% by weight in the epoxy mixture. Within these ranges it is preferable to use smaller particles in the upper portion of the range of abrasive loading.

If the abrasive solids content exceeds the upper limit, the hardness of the honing disk makes it too aggressive giving an edge less sharp than desired, while a side softer than the lower limit will increase the time required to obtain a satisfactory edge and the disk tends to load-up and glaze-over in use.

This range of solids content and particle size of the honing disk can be used to cover a variety of applications from honing heavy shop tools to fine craft knives. The typical range cited in this application has been found to produce a knife edge that is extraordinarily sharp and because of its precise edge geometry the edge will stay sharp longer in use. Other prior art methods either leave a weakened burr along the edge or create a dull edge. The specific designs of the sharpening and honing stages in combination create a unique highly sharp yet durable edge.

Other

A further object of this invention is to provide a unique multistage sharpener that will meet the sanitary requirements of a professional kitchen by permitting the sharpening portion 24 (including sharpening and honing stages) of the device to be easily and quickly removed for cleaning. FIG. 1 illustrates how this is accomplished. The entire sharpening section 24 may be disengaged from the motor drive section 25 by pushing the release button 26 (FIGS. 3 and 6) and sliding the sharpening section 24 away from the motor section, as shown in phantom. An automatically engaging and disengaging coupling 23 of suitable structure may be used, in part attached to the motor drive section and in part to the sharpening section, coupled for example by a splined rubber connecting sleeve. This sort of a flexible splined coupling compensates for as much as $\frac{1}{16}$ misalignment between the sharpening section and the motor section. As shown in FIG. 5 the flexible coupling 23 and the splines 22 affixed to both the motor/drive shaft and to the shaft of the sharpening portion 24 engage and disengage slidingly. Release button 26 is spring biased for engagement/ disengagement with a pawl 21 as shown in FIG. 6. Both the sharpening and honing disks and knife blade guides are attached to a common rigid supporting structure within the entire sharpening section 24 so that their relationship is undisturbed when the sharpening section is periodically

removed for cleaning and then replaced in position to the motor drive section.

It is to be understood that although the invention has been particularly described with respect to a single sharpening section and a single honing section, the invention may also be practiced where there is more than one sharpening and/or honing sections. FIG. 22, for example, illustrates a sharpener having two sharpening sections 7 and one honing section 8. Where more than one section is used the angles should progressively increase from one section to another.

As described above, and as illustrated, each of the truncated cone shape abrasive loaded disks has an abrasive coated outer surface. The disks are driven on their axes by the motor drive to move the outer surface of each disk across and away from the cutting edge when the blade is moved into contact with the outer surface of each disk. The point of contact is established and controlled by the position of the knife edge guides with one guide being forward of the point of contact with each of the abrasive coated outer surfaces and with the other guide being beyond the point of contact with each of the abrasive coated outer surfaces. This results from the guide surfaces being juxtapositioned to the rotating disks with each guide surface set at a predetermined vertical angle relative to a vertical line normal to the axis of rotation of one of the disks.

What the inventors have discovered is a unique group of materials that can be heavily loaded with suitable abrasives yet surprisingly can be injection molded to create another novel honing and stropping material. This same material was shown to have a wide range of applications including use in sharpening apparatus and polishing of metallic, crystalline, ceramic and semiconductor materials.

A wide range and variety of injection moldable materials including high molecular weight polyvinyl alcohols, ethylene vinyl acetates, polyvinyl chlorides, copolyester elastomers and urethanes were investigated but found to be either too rigid, too rubbery, not abatable, or easily glazed over in use. Unexpectedly certain polyolefin elastomers when loaded with 50 to 80% abrasive maintained sufficient elasticity yet were sufficiently ablative to function well as honing materials. One polymer of this class is Engage®—an ethylene alpha-olefin polymer—available from DuPont-Dow elastomers. Olefinic thermoplastic resin based on such ethylene copolymers and loaded with a range of abrasive loadings as described proved to be very effective and exhibited properties as determined by the Wilson Hardness tester method as described above that were essentially a duplicate of those created with the castable epoxy materials disclosed earlier.

Although loadings of 50 to 80% function reasonably well, the optimum abrasive-loaded olefinic material had the following composition and properties as determined by the Wilson Hardness tester.

| % Abrasive Solids in Olefinic Material | $D_1$ (60 Kg) Divisions | Remaining Depression (with 10 Kg) $D_2$ Divisions | % Recovery R |
|---|---|---|---|
| 76% | 217 | 147 | 32% |

This optimum material like the epoxy (described in the '726 patent) returned to more than 98% of its original thickness within 30 minutes after the load was removed. It molded well in a standard injection molding machine and performed well in the honing disk configuration described in the parent application.

6,012,971

17

Further it was found that materials of this composition are sufficiently flexible and abrasive that it performed surprisingly well as a manual stropping material when molded as a flat plate. In order for a material to function well as a manual stropping pad it must be flexible enough to partially conform to the knife edge but not be so rigid that it tends to "wipe out" the edge as it is pulled across the pad surface. In a manual stropping operation, there is usually little or poor control of the stropping angle and conformity of the angle of the blade edge to the stropping pad can only be adequately achieved if the stropping pad surface is flexible enough and soft enough to conform at least in part to the edge geometry. The pad must however be sufficiently abrasive to remove any micro burr running along the blade edge and to provide a residual polish to the edge facets. Surprisingly this injection moldable olefinic material performs well as tested in a range of stropping pad constructions.

Because this unique material can be molded into shapes and formed in conventional injection molding equipment, even though it is heavily loaded with abrasive, it can be molded readily into very flat plates. It is possible also to insert mold the material around or over metal plates and rigid shapes that act as a rigid support for this flexible material. By this means the general conformity shape or planarity of the surface can be established and maintained while the material has sufficient flexibility to conform locally in part to delicate knife edges as they are stropped across the surface. This conformity is illustrated in FIG. 23.

It was shown further that these abrasive loaded materials with 50 to 80% abrasive performed well for polishing crystal surfaces, ceramics, and semiconductor materials. The material is easily injection molded as flat pads, shaped into wheels and disks, or insert molded over rigid mandrels as honing or stropping wheel and axially driven rotating disks.

In FIG. 23, this novel material 113 for disk 115 is used to place an ultrasharp edge on a knife 104 which has a burr 111 along its edge which is shown deforming the abrasive loaded material 113 as shown at location 114. The knife is commonly held approximately at a slightly larger angle than the facet angle V (FIG. 23) so that the facet rests in part on the face of the material. In honing and stropping operations only light pressure need be applied to the knife edge as it is moved across or along the surface of the stropping material 113.

When used in the powered sharpener described in the '726 patent this new material is preferably insert molded onto a hub-like substrate structure 129 made of plastic or metal into cone shaped disks 115 or similar geometries as shown in FIG. 24. The disk can be molded over the hub-like structure or it can be premolded and attached otherwise by adhesive or clamping means. Spring 106 provides a restraining force against disk 115 on shaft 109. Preferably the knife edge facet contacts the cone shaped disk 115 at a point along the line A above the center line B and in the upper right quadrant of the disk. FIG. 25 shows the cone angle C. The disk 115 and FIG. 25 is used as described in the '726 patent.

In a manual stropping pad such as shown in FIG. 26 this new material 113 is secured to or molded onto a rigid metal or plastic plate 125, generally flat, which can take any of a variety of shapes for special applications. If plate 125 is flat the general surface conformation of the honing material 113 can also be flat as preferred in most stropping applications. If desired the support plate can be surfaced also on its underside 126 with a second abrasive material of the same composition or it can be coated with a more aggressive abrasive such as larger particles or diamonds to act as a sharpening "stone" that can be a useful companion to the stropping material in order to permit sharpening before stropping.

18

This new material has been successfully formed into polishing pads and polishing disks for semiconductors, crystalline materials and the like. For use with semiconductors and crystalline materials a variety of abrasives such as alumina, diamonds, earth oxides can be used depending on the nature of material being abraded. FIG. 27 shows one configuration where this new material can be injection molded into disk form that then is adhesively attached to a rigid disk 127. The material 113 can also be attached to a rigid disk by an insert molding process. Where desired the material can be attached by these means to flexible supporting disks and structures. FIG. 28 illustrates this material 113 molded or applied over the circumference of a polishing wheel 128.

What is claimed is:

1. In a method of making a sharpening member, the improvement being in applying or attaching an abrasive material to a substrate structure, and the abrasive material containing 50–80% by weight of abrasive particles in an olefinic thermoplastic resin system which is based on ethylene copolymer.

2. The method of claim 1 wherein the abrasive particles are in the range of 1 to 25 microns.

3. The method of claim 1 wherein the support is a rigid substrate and the abrasive material is a stopping material so as to create a stropping pad.

4. The method of claim 1 wherein the abrasive material is used for polishing and finishing materials selected from the group consisting of crystalline materials, ceramics, silicon and semi-conductor wafers.

5. The method of claim 1 wherein the abrasive material is formed and shaped by an injection molding process.

6. The method of claim 1 wherein the abrasive material is injection molded over a rigid insert.

7. The method of claim 1 wherein the abrasive material is molded over a rigid wheel or disk inserted in the mold.

8. A honing, stropping and polishing abrasive-loaded material for abrading the edge of knives, fine edge or serrated tools, and surfaces of metals, crystals, ceramics and semiconductors where the said material has a Recovery R in the range of 30–60% and whose remaining depression is 50 to 155 divisions measured on a Wilson Rockwell Tester using a ⅞" diameter steel ball with a minor weight of 10 Kilograms and a major weight of 60 Kilograms.

9. A honing structure for fine edge or serrated blades with an elongated cutting edge and with facets adjacent to the cutting edge comprising a motor drive for rotating two flexible truncated cone shaped abrasive loaded disks, each of said disks having an abrasive coated outer surface, two juxtapositioned knife guide surfaces each set at a predetermined vertical angle relative to a vertical line normal to the axis of rotation of one of said two adjacent flexible truncated cone shaped abrasive loaded disks, said disks being driven on their axis by said motor drive to move said outer surface of each of said abrasive loaded disks across and away from the cutting edge when the blade is moved into contact with said outer surface, the point of said contact being established and controlled by the position of knife edge guides with one guide forward of the point of said contact with each of said abrasive coated outer surfaces and the other guide being beyond the point of contact with each of said abrasive coated outer surfaces, said knife edge guides being made of a tough and non-abrasive material that is imprinted by the cutting edge, said edge guides positioned to engage said cutting edge, said flexible truncated cone abrasive loaded truncated cone disks containing abrasive particles in the range of 50–80% by weight in an olefinic thermoplastic resin system which is based on ethylene copolymer.

6,012,971

19

**10.** The honing structure according to claim **9** wherein said disks contains 50–80% by weight of abrasive particles in the range of 1 to 25 microns embedded in the said olefinic thermoplastic resin system.

**11.** A stropping pad consisting of a rigid substrate covered with a stropping material containing 50–80% by weight of abrasive particles in the size range of 1 to 25 microns embedded in an olefinic thermoplastic resin system based on an ethylene copolymer.

**12.** An abrasive material for polishing and finishing of crystalline materials, ceramics, silicon, and semiconductor wafers consisting of an olefinic thermoplastic resin system based on an ethylene copolymer loaded with 50–80% by weight of abrasive particles.

**13.** An abrasive material according to claim **12** where said abrasive loaded olefinic thermoplastic resin based on an ethylene copolymer is formed and shaped by an injection molding process.

20

**14.** An abrasive material according to claim **12** where said abrasive loaded olefinic thermoplastic resin based on an ethylene copolymer is injection molded over a rigid insert.

**15.** An abrasive material according to claim **14** of where said abrasive loaded olefinic thermoplastic resin based on an ethylene copolymer is molded over a rigid wheel or disc inserted in the mold.

**16.** A flexible abrasive disk for blade sharpening consisting of abrasive particles in the range of 50 to 75% by weight in a polymeric resin system that has a recovery in the range of 31 to 75% and a remaining depression of 140–155 divisions as measured on a Wilson Rockwell Test using a 7/8" diameter steel ball with a minor weight of 10 kilograms and a major weight of 60 kilograms.

\* \* \* \* \*

# **EXHIBIT C**

US006113476A

# United States Patent [19]

## Friel, Sr. et al.

[11] Patent Number: 6,113,476

[45] Date of Patent: Sep. 5, 2000

[54] **VERSATILE ULTRAHONE SHARPENER**

[75] Inventors: **Daniel D Friel, Sr.**, Greenville, Del.;
**Daniel D Friel, Jr.**, Kenneth Square,
Pa.; **Robert P. Bigliano**, Wilmington,
Del.

[73] Assignee: **EdgeCraft Corp.**, Avondale, Pa.

[21] Appl. No.: **09/226,569**

[22] Filed: **Jan. 7, 1999**

**Related U.S. Application Data**

[60] Provisional application No. 60/070,760, Jan. 8, 1998.

[51] Int. Cl.[7] ....................................................... B24B 7/00
[52] U.S. Cl. .......................... 451/177; 451/259; 451/267;
451/282; 451/293
[58] Field of Search .............................. 451/45, 177, 185,
451/65, 192, 193, 259, 262, 263, 267, 282,
293, 548

[56]                    **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,172,860 | 2/1916 | Aschburner . |
| 2,841,926 | 7/1958 | Lebus . |
| 3,332,173 | 7/1967 | McMaster et al. . |
| 4,182,972 | 1/1980 | Kaneno et al. . |
| 4,504,283 | 3/1985 | Charvat . |
| 4,627,194 | 12/1986 | Friel . |
| 4,716,689 | 1/1988 | Friel . |
| 4,807,399 | 2/1989 | Friel . |
| 4,897,965 | 2/1990 | Friel . |
| 4,915,709 | 4/1990 | Andrew et al. . |
| 5,005,319 | 4/1991 | Friel . |
| 5,018,310 | 5/1991 | Fierus et al. . |
| 5,245,791 | 9/1993 | Bigliano et al. . |
| 5,611,726 | 3/1997 | Friel et al. . |

*Primary Examiner*—David H. Banks
*Attorney, Agent, or Firm*—Connolly, Bove, Lodge & Hutz
LLP

[57]                    **ABSTRACT**

A versatile ultrahoned sharpener includes a stop assembly
which contains an inner hardened structure such as being
made from metal or ceramic to serve as a positive limiting
stop if the knife being sharpened cuts excessively into the
plastic stop assembly of the sharpener. The sharpener also
includes a manually actuated abrasive surfaced unit for
cleaning or shaping the surface of at least one of the
sharpening wheels in the sharpener. The sharpener further
includes various bearing structures for effectively mounting
the motor driven shaft which rotates the abrasive coated
disks of the sharpener.

**11 Claims, 7 Drawing Sheets**







Fig. 2.



*Fig.3.*



_Fig. 4._

_Fig. 16._

_Fig. 5._

Cut1
Cut2
Cut3

*Fig.6.*



*Fig.7.*



*Fig.8.*





*Fig.9.*

*Fig.10.*

*Fig.11.*



*Fig.12.*



*Fig.13.*



*Fig.14.*



*Fig.15.*

6,113,476

1

## VERSATILE ULTRAHONE SHARPENER

### CROSS-REFERENCE TO RELATED APPLICATION

This application is based upon provisional application Ser. No. 60/070,760 filed Jan. 8, 1998.

### BACKGROUND OF INVENTION

Previous sharpeners disclosed in U.S. Pat. No. 5,611,726, U.S. Pat. No. 4,627,194, U.S. Pat. No. 4,897,965 and U.S. Pat. No. 5,005,319 describe a variety of sharpeners for knives and related tools and products where sharp edges are required.

U.S. Pat. No. 5,611,726 (marketed as a commercial sharpener) describes a two stage high speed sharpener particularly designed for applications where the user wants an extremely sharp edge with a measurable amount of "bite" on the resulting knife edge. This type of edge is particularly desired by commercial users.

### SUMMARY OF INVENTION

The new and improved sharpener described here is much more versatile than any of the referenced sharpeners in that it allows the user with only one sharpener to select the type of edge he wishes to create. With this unique design one can create an ultrasharp edge with either substantial "bite", a barely perceptible "bite", or with an ultrasmooth edge with no bite. This is made possible by a unique three stage system that incorporates two stages each with cone shaped disks preferably of metal coated with abrasives which preferably are selected diamond abrasives and a third stage with cone shaped flexible stropping disks—composed of the novel abrasive loaded polymeric materials described in U.S. Pat. No. 5,611,726 or application Ser. No. 09/039,128 filed Mar. 13, 1998 and its provisional application Ser. No. 60/040,766. All of the details of said patent and applications are incorporated herein by reference thereto. In each stage the right and left facets forming the knife edge are sharpened alternately while the sharpening angle is controlled in each stage by two precision knife guides and springs, preferably elastomeric plastic springs as described in U.S. Pat. No. 5,611,726, to insure firm contact of the knife blade with the precision guides. The sharpening angle is increased in each successive stage in order to insure more effective sharpening and to create multi-beveled facets that will stay sharp longer. The magnetic based guides as described in U.S. Pat. Nos. 4,627,194; 4,716,689 and 4,897,965 also may be used to control the angle of the knife blade and hence the sharpening angle. All of the details of these patents are incorporated herein by reference thereto. For optimum results with this new sharpener the grit size of the abrasives used in each stage must be selected carefully. Other novel features disclosed here are precision stop-bars to control the position of the blade on the abrasive disks, motor mounting and shaft supporting means to permit the use of extended shafts to support multiple sharpening disks, and means to reshape and clean the sharpening disks after extended use.

The ability to rapidly create edges with a selected degree of "bite" or to eliminate the bite altogether and create an ultra smooth edge depends on the three stage design and on the use of a stropping disk of the optimum flexibility and with optimal loading of abrasive within a given range of abrasive particle size. While a variety of abrasive materials may be embedded in the stropping disks, alumina (alumina oxide) or Carborundum is preferred. Diamond grits also may be used in these stropping disks.

2

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front elevation view of a versatile ultrahone sharpener in accordance with this invention showing three (3) stages, two of which have rigid conical shaped abrasive surfaces for sharpening and the third is a conical flexible honing/polishing stage;

FIG. 2 is a view similar to FIG. 1 showing the spring removed from the first and second stages;

FIG. 3 is a cross-sectional elevational view of the versatile ultrahone sharpener of FIGS. 1–2 with the outer cover removed and the spring guides removed from the inner enclosure thereby showing the supporting structure for the motor drive;

FIG. 4 is a top plan view of a portion of the sharpener shown in FIGS. 1–3 showing the drive shaft and its bearing structures;

FIG. 5 is a top plan view showing a portion of the sharpener shown in FIG. 4 of one set of bearing structure;

FIG. 6 is an end elevational view in section of a portion of the sharpener shown in FIGS. 1–5;

FIG. 7 is a side elevational view of the inner enclosure in the sharpener shown in FIGS. 1–5;

FIG. 8 is a top plan view of the stop member shown in FIGS. 6–7;

FIG. 9 is a side elevational view partly in section of the third sharpening stage of the sharpener shown in FIGS. 1–4 showing the cleaning and shaping unit;

FIG. 10 is an end elevational view of the cleaning and shaping unit shown in FIG. 9;

FIG. 11 is a bottom plan view of the cleaning and shaping unit shown in FIGS. 9–10;

FIGS. 12–15 are side elevational views partly in section showing different phases of operation of the sharpener shown in FIGS. 1–4; and

FIG. 16 is a perspective view of a portion of a knife blade showing the affects of being sharpened by the sharpener of FIGS. 1–4.

### DETAILED DESCRIPTION

With this new sharpener (12) shown in FIG. 1, the knife (8) shown in Stage 2 is pulled successively along each of the two knife guides (7) in each stage. The knife guides which control the sharpening angle may be different in each stage. The knife is pressed and steadied against each guide by a flexible plastic spring (14) shown in FIG. 1 which covers each stage. The knife edge facet is moved into contact with cone shaped abrasive disks (5) and (6) of FIGS. 2–3 which can be displaced laterally by the pressure of the blade facet which is opposed by the force of a compression spring (15) of FIG. 3 located between the disks (5) and (6). By allowing the abrasive wheel to displace laterally along the motor shaft (16), the sharpening pressure is accurately controlled and the opportunity of gouging the knife edge is minimized.

A unique knife stop assembly (13) shown in FIGS. 6–8 is provided that limits downward travel of the knife blade as it is sharpened and firmly establishes the position of the knife edge on the cone shaped abrasive disks. The stop can be made of plastic member (17) that contains an inner hardened metal structure (18) that serves as a positive limiting stop if the knife cuts excessively into the plastic stop assembly. When during the sharpening process and after contact with the abrasive surface the knife edge is brought to rest by the knife stop assembly (13), that portion of the knife edge in contact with the abrasive cone wheel is optimally positioned

6,113,476

3

on the conical surface. The internal metal structure (18) of the knife stop-assembly provides a firm limiting stop against a strike face (1) which is an integral part of the metal stop-bar that prevents further cutting into the stop assembly and prevents the knife blade from cutting ultimately into the drive hubs (19) of FIG. 3 of the abrasive wheels. Thus the sharpening occurs along an effective portion of the abrasive wheel surface.

The metal structure within the plastic stop assembly can be made of any hardened material including ceramics preferably harder than the knife blade itself. Importantly, the angular relationship of the strike face of the hardened material with the edge facet being created in successive stages must be such that the knife edge itself does not come in cutting contact with the hardened material. The angle of the facet that is formed by any one stage is controlled and established by the angle of the knife guide and by the added angle created by the conical abrasive surface. The latter is directly related to the slope of the conical surface and the position of blade contact on the cone surface. The strike face (1) of the hardened metal surface within the knife stop assembly of a given stage can be vertical (90° to the horizontal) so long as the angle of the knife guide in that stage is less than the angle of the facets created in the stage preceding stage in which the knife is being sharpened.

The unique relationship of the angle of the knife guide, the angle of the abrasive surface and the strike face of the hardened stop is further detailed in FIGS. 12–15 and described later in this application. In the sharpener (12) this type of stop assembly (13) is used only forward of the disk. A simple stop-bar (43) shown in FIGS. 3 and 6 is used rearward of the disk. Stop-bar (43) is simply a rugged vertical plastic support bar molded as part of the base. In general this takes far less abuse during sharpening and thus does not need the added protection of the metal stop-bar. The metal bar could of course be used here also.

FIG. 1 shows the sharpener (12) which has a main detachable closure cover (21) which rests on a base (22) that houses a power switch (23) to control motor (24) shown in FIG. 3.

FIG. 2 shows the sharpener (12) with the main closure (21) broken away. An inner detachable enclosure (25) supported by base (22) incorporates knife guides (7) and the stop bar assembly (13), as well as spring covers (14), only one of which is shown. FIG. 1, however, illustrates a spring cover (14) for each of the three stages.

FIG. 3 shows the sharpener (12) with the inner enclosure (25) in place but with the spring covers (14) removed. When the inner enclosure (25) is removed, this then exposes the disks (5) and (6) mounted on hubs (19) that are driven by shaft (16) of motor assembly (24). One end of shaft (16) contains an affixed bearing assembly (26) that rests in a bearing support structure (27). FIG. 3, as well as FIGS. 9–11, shows also a wheel cleaning and shaping unit (28) that contains abrasive pads (29) that can be brought into contact with either of the two disks (5) or (6) in the right stage to clean and reshape those disks if and when necessary.

A further feature incorporated as part of sharpener (12) is the unique means or unit (28) of FIGS. 9–11 of shaping and cleaning the surface of the soft and flexible abrasive stropping/polishing disks so that their shape and angular configuration can be maintained during their use and lifetime in this type sharpener. This means serves importantly also to remove metal particles that may become embedded in the soft abrasive surface while sharpening or to remove food and foreign substances that may become coated on that surface during the course of sharpening soiled knives.

4

Another unique feature is described herein to support the drive motor and its extended motor shaft where the shaft supports a number of sharpening or honing disks in such a manner as to reduce the resulting friction and stresses on the motor bearings from the forces involved in sharpening. This is accomplished with a bearing assembly (26) shown FIG. 3 mounted on the shaft that rests in a preformed socket (23) in support post (27) in combination with specially designed mounting sockets (30 and 31) on the base (22) into which fits special bosses (32) attached to the motor assembly (24) as also shown in FIGS. 4–5.

Other novel features of this new sharpener are described in further descriptions below.

Reference is made to the earlier U.S. Pat. No. 5,611,726 and the pending applications for background discussions on certain methodology and techniques involved in sharpeners of this type.

Three-Stage Ultrahone Sharpener

The inventors learned that further refinements of a sharpener using two rigid stages with truncated conical abrasive coated disks in combination with one or more stages of flexible stropping/polishing disks of truncated conical shape created a sharpener of unexpected versatility and one capable of producing with high reliability and reproducibility edges of exceptional sharpness and durability.

A preferred embodiment of this sharpener, shown in FIG. 1, is designed to sharpen in three stages identified by bold Numbers 1, 2 and 3 from left to right. The sharpener (12) is enclosed with a detachable main cover (21) that rests on a base (22). On the front is a switch (23) to power a motor (24) of FIG. 3. Inside the main cover is a detachable sharpening module cover (25) of FIG. 2 that structurally supports the six knife guide planes (7), stop bar (13), and the three sets of plastic springs (14), only one set of which is shown. Spring covers (14) have arms that extend along the knife guide plane to steady the blade (8) of FIG. 1 as it moves between these springs and the guide planes while being sharpened. The knife guides in each stage are set at carefully controlled angles relative to the vertical, that angle being larger for each of the two guides (7) in each successive stage. In each of the first two stages there are two truncated rigid conical disks (5) of FIG. 3 coated with abrasives, preferably diamond of carefully selected grits. In the third stage there is a pair of truncated conical flexible disks (6) that contain abrasive particles embedded in a flexible plastic matrix that has optimum elastomeric characteristics as determinable in a modified Rockwell hardness test which is described in the referenced U.S. application and in U.S. Pat. No. 5,611,726.

This three stage sharpener with appropriate grit sizes in Stages 1 and 2 provides unique means of producing ultra sharp edges that can either: (a) retain a "bite" which can be sharpened to be an aggressive or a mild bite depending on the intended use of the blade; or (b) be essentially defect free and smooth with remarkable sharpness. A range of grit sizes can be used but it was found that the optimum sizes for most edges are 120–140 diamond grit in Stage 1 and 240–270 diamond grit in Stage 2. With other than diamonds the optimum grit sizes would be somewhat larger. Grits of this size produced the most durable edges. The flexible disks (6) of Stage 3 must be made of a material with suitable physical properties such as the special epoxy-based or polyolefin-based resins loaded with abrasive particle as described in the referenced U.S. Pat. No. 5,611,726 and applications. An abrasive material such as aluminum oxide of particle size ranging from 1 to 20 microns is loaded into the appropriate

6,113,476

5

resin in the range of 40 to 80% by weight. The resulting disks must have the necessary abrasiveness, toughness, and elastomeric properties to quickly remove any burr from the knife edge and simultaneously hone and polish but not damage the ultra fine edge being created.

The sharpener (12) contains a unique stop-bar assembly (13) of FIGS. 2 and 6–8 which snaps onto the front of the sharpening module cover (25) of FIGS. 6 and 7. The stop-bar assembly (13) is shown in place in FIG. 2. The stop-bar assembly (13) of FIGS. 6–8 consists of the plastic stop-bar member (17) and the metal stop-bar (18) with holes that snap over pins (44) of the plastic member (17) as illustrated in FIG. 7. The plastic stop-bar member (17) has six snap-arms (34) of FIG. 8 extending therefrom that are designed to snap around vertical supports (35) of FIGS. 6–7 which are part of the structure on the inner surface of the sharpening module cover (25). The snap arms (34) are designed to retain the stop-bar assembly (13) securely in place on the sharpening module cover (25). The stop-bar assembly (13) is designed to serve as a rest and stop for the edge of blade. This also positions the edge on an optimum portion of the conical surface of sharpening or stropping disks as described in U.S. Pat. No. 5,611,726 and the referenced U.S. applications. The unique metal stop-bar serves to limit damage to the plastic stop-bar member (17) if excessive pressure is used in sharpening and one cuts substantially into the plastic stop-bar (17). The metal stop-bar (18) made of a hardened metal or other hard material provides a positive stop, specially designed as described later herein so as not to damage the sharpened edge.

The motor assembly (24) of FIG. 3 includes metal stack plates (36) onto which is fastened two bearing assemblies (33) that contain integral precision bosses (32) and provide the bearings to support the drive shaft (16) on which are mounted the six truncated cone sharpening and stropping disks (5) and (6). At the end of the shaft (16) is mounted a ball bearing assembly (26) that fits with close tolerance around the shaft and with tight tolerance into socket (23) FIGS. 3–4 which is an integral part of support (27) FIG. 8 which in turn is an integral part of the sharpener's rigid base (22). The motor shaft (16) thus supported on one end by this ball bearing assembly (26) and on the other by a sliding fit into the two precision motor bearing assemblies (33) (which are part of the motor assembly), is captured in the horizontal plane by an in-line 3 bearing, configuration. The shaft end is free to move up vertically within the socket (23) but it is restrained from moving downward by the bottom configuration of socket (23) whose inner shape matches the outer configuration of the shaft and the bearing assembly (26). Thus any downward or lateral thrust on the sharpening disks that would cause the shaft to move down or horizontally is resisted by the close tolerance for clearance of the bearing assembly (26) within the socket (23). A unique motor mounting arrangement was discovered that avoids placing stress in the horizontal plane on the two motor bearings that fit closely around shaft (16). In this arrangement the motor is supported by the precision bosses (32) that fit snugly into precision sockets (30 and 31) of FIGS. 3–5 that are integral parts of the plastic base (22). For reasons of manufacturing convenience each of the bearing assemblies has two of the precision bosses (32) cast thereto in such a way that regardless of which end of the motor a bearing assembly may be bolted, one of the precision bosses thereon will be below the bearing assembly and fit into one of the precision sockets (30 and 31). Precision socket (30) is elongated along in the direction parallel to the axis of the shaft by about 0.050" and precision socket (31) is elongated transverse to the long axis

6

of the shaft by about 0.050". The motor shaft (16) is free to slide linearly within each of the bearing assemblies and the motor assembly therefore can slide linearly along the shaft. Thus if the motor shaft is captured by virtue of the snug fit of the bearing assembly (26) into the base socket (23), the motor assembly can be slid along the axis of its shaft (16) until the rear boss (32) fits into the rear elongated socket (30). The elongation of socket (30) allows the rear bearing assembly and its boss (32) to be slid forward or rearward until the forward boss (32) drops into the forward elongated socket (31). If for any reason the dimensional distance between the rear and front bosses (32) varies slightly from motor to motor, the elongation of socket (30) accommodates the variation. Likewise if for any reason the axial alignment of the two bosses (32) is not perfectly parallel to the motor shaft, the transverse elongation of the forward socket (31) will accommodate that variation. The bosses (32) otherwise fit snugly with a clearance tolerance of only a few thousandths of an inch within the narrow dimension of each socket. Because of this unique design, the motor shaft is not subjected to any lateral stress within its three bearings, and hence it rotates freely with no added friction. It is important that the sharpener base (22) be dimensionally stable and molded or otherwise constructed to tight tolerances so that the shaft and its bearing assembly (26) passes through socket (27) with no downward thrust on the socket because of misalignment or lack of tolerance control. Overall tolerances must be held within a few thousandths of an inch. If necessary the height of socket (30) or (31) can be adjusted so that under no load the drive shaft and its bearing assembly (26) clear the bottom of the base socket (34) with only a few thousandths of an inch clearance. At the same time the close horizontal clearance between the shaft and the socket (34) prevents lateral movement of the shaft greater than a few thousandths of an inch. This unique motor and shaft mounting arrangement permits a longer than normal shaft length on one side of the motor and the attachment of a plurality of sharpening stages.

While a number of different arrangements of sharpening and stropping disks on the motor shaft is possible, the three stage geometry described here proved remarkably fast and efficient sharpening most knives with only one pull through each of the six slots visible in FIGS. 1, 2 and 3. The knife to be sharpened is pulled alternately through the left and right slots in any stage in order to balance and match the facets being formed on each side of the edge. As needed to accomplish the desired result, added pairs of pulls can be made in any stage. The conical disks (5) and (6) of FIG. 3 are each supported by a mounting hub (19) that is free to slide on the shaft (16). Each hub is slotted as described in referenced patents and applications and each hub is positioned laterally against a pin (37) that fits slidingly into the slot (38) by the action of a compression spring (15) mounted on the shaft between each pair of disks. The compression force on each of these springs (15) is carefully selected to optimize the sharpening performance. To sharpen, the blade (8) is inserted between an angled guide (7) FIGS. 1–3 and the flexible spring (14) so that the knife blade moves down the guide until it contacts the conical abrasive covered surface of a disk (5). The spring (14) holds the blade securely against the guide structure (7) as the blade is pulled thru the slot making contact along the blade edge with the abrasive disks. In this configuration the motor drives the disks for example at rotational speeds up to 3600 RPM as powered by 60 Hertz, or at 2500 RPM if powered at 50 Hertz. The shaft is restrained from making any significant axial motion by the bearing assembly (26) whose location on

6,113,476

7

the shaft is secured by close fitting C-clips riding in grooves on each side of that assembly. Each individual disk (5) or (6) is free, however, to slide away from the pin (37) as caused by the lateral pressure of the blade as it is being sharpened against the abrasive disk. The pin which is press fitted into a hole in the shaft transfers the shaft's rotational torque to each disk. The disk is able to move laterally along the shaft as necessary to accommodate the thickness of the blade while its edge is being sharpened, yet the spring (15) assures spring pressure is always maintained between the blade facet and the moving abrasive surface.

As an alternate design not shown, but described in earlier patents of the applicants are magnetic guides used to hold the blade against the physical guides. These are an alternative to the flexible spring (14) design described above.

By careful selection of the surface speed of the abrasive surface of the disk surface where contact is made with the edge facet, by optimizing the grit size in each stage, and by optimizing the sharpening force controlled by springs (15) an extremely unique and versatile sharpener was developed. This sharpener has the ability to create a variety of fine (non-serrated) edges that have controlled amounts of "bite" which can be optimized in degree and type for each cutting task. Disks of approximately 1.9" diameter and a surface shaped as a truncated cone, incorporated in each stage, are similar in size and cross-section to those described in U.S. Pat. No. 5,611,726. The height of the front stop-bar assembly (13) FIGS. 2 and 6–7 and a rear stop-bar (43) of FIG. 3 on which the knife edge rests behind and in front of the abrasive wheel surface is selected so that the knife edge facet is positioned so that it contacts the upper front quadrant of the abrasive disk surface as it is being sharpened. The rotational direction in each stage is such that the abrasive surface moves away from the edge. With the described arrangement the optimum abrasive surface speeds were found to be surprisingly higher than previously believed practical and the spring forces on the facet during sharpening was found to be lower than previously thought to be practical. The combination of surface speeds up to 1800 feet/minute with spring tensions of between 0.3–0.6 lbs. in Stages 1 and 2 proved highly efficient with no evidence of heating of the fine edge being sharpened. Diamond abrasives used in Stage 1 ideally are on the order of 100–200 grit and in Stage 2 on the order of 200–300 grit. For reasons described below, diamonds are the preferred abrasive for these stages but other abrasive materials could be used with less effective results.

Aluminum oxide grits are used in the Stage 3 disks (6) ranging from 1 to 20 microns embedded in the appropriate aforementioned resins. The spring force used with the Stage 3 disks ranges from 0.6 to 1.6 lbs., but optimally is about 1.2 lbs. These disks also are about 1.9" in diameter.

It was discovered and described in U.S. Pat. No. 5,611,726, Column 6, lines 2–6 as follows: "The use of diamonds for the abrasive is especially desirable a it creates well defined microgrooves." It continues Column 9, lines 55 to Column 10 line 3 as follows: "With continued honing, microfacets are first formed on the ridges of the microgrooves and subsequently microfacets will be created along the valleys of the microgrooves. At that point any edge serrations have been largely removed. FIG. 16B is a perspective view along the edge after repeated honing when well formed microfacets have been created along the sides of the edge. the line of intersections of the grooves on the first facet with the microfacet leaves a fluted structure along the facet surfaces. These flutes have sharp boundaries where they intersect the microfacets and these flutes enter into the

8

cutting action if food or material being cut either compresses or distorts a distance of 5 to 20 microns and comes into contact with these boundaries before severing". This novel micro structure adds to the effective sharpness and cutting ability of the "edge" and the apparent "bite" of the blade. This phenomena contributes importantly to the ability of this new three-stage sharpener to prepare edges of varying "bite" that can be tailored for each specific cutting need.

FIG. 16 illustrates schematically the nature of the edge and facets created by sharpening a blade (8) successively in Stages 1, 2 and 3. In Stage 1 with a sharpening angle of say 19°, larger microgrooves are created across the facet that would extend to the edge. In Stage 2 with a sharpening angle of say 21°, smaller microgrooves are formed across the lower portion of the facet adjacent to the edge, removing the larger microgrooves previously formed on that portion of the facet. In Stage 3, the stropping/polishing material removes the burr left along the edge by Stage 2 and polishes the lowest portion of the facet immediately along the edge. This removes some of the smaller microgrooves and begins to polish the boundaries of those microgrooves forming sharp microflutes where the polishing overlaps the grooves and along the ridges of the microgrooves where polishing occurs. If more polishing occurs the polished area grows and more of the microgrooves are removed.

By sharpening in Stage 1 and then in Stage 3 the same phenomena occurs but the microgrooves and resulting microflutes along the lower portion of the facet are increased in size and effectiveness. This creates an edge structure ideal for fibrous foods such as meat and certain vegetable that benefits from the greater resulting "bite." Clearly the more stropping and polishing that is done in Stage 3 the less "bite" remains and an edge is created ideal for smooth cutting of vegetables such as tomatoes or for very thin slices of certain foods. For cutting of other materials such as wood, some find it optimal to sharpen in Stages 1 and then in Stage 2 before Stage 3 in order to leave smaller microflutes along the lower portion of the facet than if one sharpened only in Stage 1 and then in Stage 3. Clearly this arrangement and choice of grits in Stages 1 and 2 together with the efficient stropping action in Stage 3 provides a very versatile sharpener which gives the user a wide range of choices for edges with varying amounts of "bite", including no discernable "bite" when that is preferable.

### Unique Stop-Bar Design

The position of stop bars relative to the sharpening disks is important to insure that the knife edge facet contacts the optimal area of the sharpening and stropping disks. The use of two stop bars one beyond the disk contact area and one in front of that area as described in U.S. Pat. No. 5,611,726 can precisely establish the line along which the knife edge travels. In order to avoid having the knife edge cut seriously into the stop-bar, and thus lose control of where the edge will contact the abrasive disks, a unique means was discovered that limits the extent of cutting into the stop-bar. This means is a hardened metal or ceramic bar (18) of FIGS. 7, 8 and FIGS. 12–15 with vertical or nearly vertical strike faces (1) that will be contacted by the knife edge facet or by the shoulder where the edge facet meets the face of the blade. The vertical or nearly vertical strike faces (1) on the metal bar are designed so that the sharpened edge itself will not strike the face or cut into it. This metal bar can be exposed or for cosmetic purposes it can be enclosed in a plastic member (17) of FIGS. 6–8. In the later case, the metal bar becomes a fully effective stop only when the plastic member has been cut into sufficiently so that the knife edge facet

6,113,476

**9**

makes contact with it. Generally the stop-bar (18) will have a number of "vertical" strike faces (1), one for each knife guide.

In the sharpener (12) the sharpening angles are progressively larger in each succeeding stage. For example, in Stage 1 the angle A of each knife guide (7) may be 19° as illustrated in FIG. 12. In Stages 2 and 3 the guide angles B and C are for purposes of illustration shown as 21° and 23° respectively. The angle D, FIG. 12, at the surfaces of the conical abrasive disks (5) in Stages 1 and 2 where the knife edge facet contacts those disks is about 2.75° from the vertical. Thus as illustrated in FIG. 12, the angle of the facet formed at the blade edge by the abrasive action in Stage 1 is the total of angles A and D, i.e. angle E which is 21.75°.

When the blade which has been sharpened in Stage 1 is moved to Stage 2 which has a guide angle B of 21° (slightly less than 21.75°), the otherwise (3) of the facet (2) where the facet meets the blade face, will strike the vertical strike face (1) of stop-bar (18) as shown in FIG. 13. In order to prevent the edge from cutting into a vertical strike face (1) of stop-bar (18) the angle B of the Stage 2 knife guide must be less than the sum of the angle A of the preceding Stage 1 knife guide plus the angle D added by the slope of the conical shaped abrasive surface of Stage 1. The strike face (1) of the stop-bar (18) does not have to be vertical as in FIG. 13 but can set at a lesser angle if the angular relationship so requires. For example if one wishes to by pass Stage 2 and moves the sharpened blade from Stage 1 to Stage 3 (with angles A and C of 19° and 23° respectively), the facet angle E of 21.75° generated in Stage 1 is less than 23° and hence the edge itself would strike the face (1) in Stage 3 if that strike face is set vertical at 90° as shown in FIG. 14. However, if the stop-bar strike face (1) is constructed 88° to the vertical as in FIG. 15 (a two degree change) shoulder (3) of the Stage 1 facet will strike the face, thus protecting the edge. Hence the angle of the strike face (1) of the stop-bar can be adjusted so that the edge is protected at the same time that the strike face serves as a positive stop as it contacts the shoulder of the knife edge facet. Stated mathematically the edge is protected in a subsequent stage if the sum of the knife guide angle and the angle (relative to the vertical) of the abrasive surface at the edge contact point in the preceding Stage is greater than the sum of the knife guide angle and the strike face angle F in the subsequent stages (as in FIG. 15) less 90°. The example of FIG. 15, 21.75°>23°+88°−90° or 21.75°>21°. This protects the edge itself.

This design of a stop-bar that will stop the blade, without damaging the edge is unique and is practical where precision guide angles are inherent in the sharpener design.

In the sharpener (12) the stop-bar angles F are 90° in Stage 1, 90° in Stage 2, and 88° in Stage 3 when the blade guides are set respectively at 19, 21 and 23°. The angle D added by the conical surfaces of disks (5) of Stages 1 and 2 is 2.75°. The conical angle of the Stage 3 stropping disks (67) is commonly set about 4°. As the knife is moved from Stage 1 and sharpened in Stage 2, the angle of the facets will be increased from 21.75° to 23.75°. As that angle increases there is added protection and the vertical strike face continues to be adequate. If that edge were then moved to Stage 3, with knife guides at 23° a vertical strike face would be adequate, however, an angle F of 88° is necessary if the blade will on occasion be moved from Stage 1 to Stage 3. This change to 88° for Stage 3 in this configuration is preferred because Stage 3 uses a flexible mildly abrasive disk which will modify the entering facet angle only slowly.

If the angle of the strike face of the stop is selected to be just slightly less than the angle of the facet being created, the

**10**

stop face can act cooperatively with the sharpening process and reduce or straighten any burr remaining along the knife edge on that side of the edge adjacent to the stop. In general, however, the burr being formed in the subject Stage as a blade is pulled along a knife guide will be located along the edge away from the abrasive surface and away from the face of the stop contacted. To the extent that the stop straightens any residual burr on that side of the edge facing the stop it makes the sharpening process more efficient when the adjacent facet is subsequently sharpened.

The hardened metal stop described above can be used alone or imbedded within a plastic "bar" that acts as the knife stop until the plastic is cut sufficiently by usage to expose the metal structure to the knife edge facets. Cosmetically this is a more acceptable arrangement, but the presence of the internal metal stop prevents destruction of the otherwise plastic stop or housing as a result of repetitive cutting by the blade as it is repetitively sharpened.

A surprising discovery during this study was that it is possible to design such hardened stops with uniquely and carefully selected angles (related to the guide angles and the angle of abrasive surfaces) so as to avoid damage to the knife edge as it is being sharpened in single stage or multistage sharpeners such as described here.

### Novel Shaping and Cleaning Tool

A further feature of the invention is a unique means or unit for shaping and cleaning the surface of the soft and flexible abrasive stropping wheel so that the shape and angular configuration of the wheel can be maintained more effective during its use and lifetime of this type sharpener. This new means or unit (28) of FIGS. 3 and 9–11 also serves importantly to remove any metal particles from the soft abrasive surface that may become embedded in that surface during its use in sharpening.

Soft stropping wheels can lose their shape when the regular and repetitive contact of the blade is greater on certain areas of the abrasive surface. Some portions of the disk surface will therefore wear and erode faster than other portions of the wheel as a result of use. This leads to irregular sharpening or loss of sharpening efficiency.

To maintain the contour of the conical shaped abrasive stropping disks (6) described here, a pair of diamond coated pads (29) of FIGS. 3 and 9 are used. It was surprising to find that diamond abrasives could remove the surface of the elastomeric plastic based abrasive wheels so effectively. The mechanism described below proved very effective and the abrasive diamond surface did not clog as the plastic abrasive wheel was shaped. This proved to be a novel means to obtain and maintain a precise conical contour and to remove the sharpening debris.

The arrangement shown in FIGS. 3 and 9–11 employs a sled-like mechanism (28) that can be moved into contact with the abrasive cone shaped disks (6) along a line radius of their conical surface. The sled (28) can be moved either left or right by a suitable mechanism such as a leveraged control arm (39) that has an externally accessible actuating end (47) in FIGS. 10 and 11. When a pad (29), coated with diamonds, contacts the conical surface of disks (6) along a radius it removes irregularities on the surface and removes any metal particles or foreign material that tend to glaze the conical disks. Only minimal manual pressure need be applied to "true" the conical disk. While other abrasives may be used, preferably the abrasive pad is coated with diamonds.

The abrasive loaded conical disks (6) can be resurfaced by moving the pivoted manually actuated control arm (39) that

6,113,476

| 11 | 12 |

rides in a yoke (40) under the sled (28) on which the abrasive pads (29) are mounted in an upright fashion as shown in FIGS. 3 and 9. Spring arms (41) that are molded onto the plastic control arm (39) act against pins (42) mounted to base (22) to cause the arm and sled to return to a position centered under the two disks 6 in Stage 3. The lever which terminates in actuating button (47) at the rear of the sharpener base pivots about pin (46) and can be moved left or right to clean either the left or right disk.

The three stage sharpener (12) thus provides a unique means of producing ultra sharp edges that either retain a measure of "bite" or are essentially defect free. By sharpening only in Stages 1 and 3 a measure of "bite" is created and retained. By sharpening successfully in Stages 1, 2 and 3 the edge can become incredibly sharp and essentially burr free and defect free. Diamond abrasives are preferably used in Stages 1 and 2. A variety of grit sizes can be used but the optimum sizes for the most durable edges are about 120–140 diamonds grit in Stage 1 and 240–270 grit diamonds in Stage 2. Stage 3, the stropping stage has a conical shaped surface made of alumina grit embedded in a polyolefin based extrudable resin as described in referenced patents and pending applications. The total guide angles in these stages can vary, but optimally are about 38°, 42°, and 46°, respectively. The conical surfaced abrasive wheels can have a variety of cone angles but optimally are between 1° and 4°.

What is claimed is:

1. A stop-bar for use in a knife sharpener to limit by direct contact the travel of an elongated knife blade edge with facets formed at a sharpening angle to a blade axis adjacent to each side of a cutting edge, said bar including a contact member having a strike face set at a predetermined angle to a vertical axis to provide a positive stop for the blade, said angle being of a magnitude to insure contact with a face of the edge facet or with a junction point between the facet and the blade, thus protecting the edge itself from damage as advancement of the blade is stopped by contact with said contact member, said contact member being mounted to a support member to form a two layer laminate, and said contact member being made of a hardened material to limit mechanical wear and damage to said support member by the blade as the blade contacts said contact member.

2. The stop-bar of claim 1, in combination with a sharpener, said sharpener being a multiple staged sharpener wherein said sharpening angle for the facets is different in successive sharpening stages, said stop-bar having more than one said strike face, each strike face set at a predetermined angle to the vertical, each said angle being of a magnitude to insure that contact with the strike face is made by the face of the facet or by the junction point between the facet and the blade, thus insuring that the edge created in one of said multiple stages is not damaged as advancement of the knife is stopped by the said stop-bar in a subsequent stage.

3. The stop-bar of claim 2 wherein said support member is a plastic member that is attachable to said sharpener by means of mating mechanical structures on said plastic member and said sharpener.

4. In a knife sharpener with at least one axially driven abrasive surfaced sharpening wheel, the improvement being in a manually actuated abrasive surfaced unit to clean or shape the surface of at least one said sharpening wheel when said abrasive surfaced unit is brought into contact with the abrasive surface of said sharpening wheel.

5. The knife sharpener of claim 4 wherein at least one of said sharpening wheels is flexible.

6. The knife sharpener of claim 4 where said sharpener contains at least two flexible wheels each with an abrasive coated surface in the shape of truncated cones, said manually actuated abrasive surfaces unit contains two abrasive surfaces each of which is located normally a small distance from said cone shaped surfaces such that when actuated can be caused to move selectively into contact with either of said abrasive coated surfaces of said flexible wheels in order to clean or shape said abrasive coated surfaces of said flexible wheels.

7. The knife sharpener of claim 6 where the two abrasive surfaces of said manually actuated abrasive surfaced unit are covered with diamond abrasives.

8. In a knife sharpener having at least one sharpening stage with an abrasive surface member mounted in said sharpening stage, said sharpening stage including a knife guide having a guide surface disposed at an angle to said abrasive surface of said member for orienting an elongated knife blade edge with facets formed at a sharpening angle to a blade axis adjacent to each side of a cutting edge, the improvement being in a stop-bar mounted in said sharpening stage to limit by direct contact a travel of the knife blade, said stop-bar having a strike face at a location which crosses a plane of said guide surface and set at a predetermined angle to a vertical axis to provide a positive stop for the blade, said angle being of a magnitude and said strike face being located with respect to said abrasive surface member and to said guide surface so as to insure contact of the blade with said stop-bar on the same side of the blade that is being sharpened by said abrasive surface member whereby while one portion of the facet is being sharpened another portion of the same facet is in contact with said stop-bar.

9. The sharpener of claim 8 wherein said strike face is made of a hardened material to minimize mechanical wear and damage to said stop-bar by the blade as the blade contacts said stop-bar.

10. The sharpener of claim 9 wherein said sharpener is a multiple staged sharpener having successive sharpening stages, said stop-bar having more than one said strike face, each strike face set at a predetermined angle to the vertical axis which may differ from the predetermined angle of the other of said strike faces in said successive sharpening stages, and said abrasive surface member being a rotatably mounted abrasive surface disk.

11. The sharpener of claim 9 wherein said strike face is mounted within a plastic member that is attached to a portion of said sharpener by means of mating mechanical structures on said plastic member and said portion of said sharpener.

*    *    *    *    *

# **EXHIBIT D**

US006267652B1

(12) **United States Patent**
Friel, Sr. et al.

(10) Patent No.: **US 6,267,652 B1**
(45) Date of Patent: **\*Jul. 31, 2001**

(54) **VERSATILE ULTRAHONE SHARPENER**

(75) Inventors: **Daniel D. Friel, Sr.**, Greenville, DE (US); **Daniel D. Friel, Jr.**, Kennett Square, PA (US); **Robert P. Bigliano**, Wilmington, DE (US)

(73) Assignee: **Edgecraft Corp.**, Avondale, PA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/641,463**

(22) Filed: **Aug. 18, 2000**

**Related U.S. Application Data**

(62) Division of application No. 09/226,569, filed on Jan. 7, 1999, now Pat. No. 6,113,476.

(60) Provisional application No. 60/070,760, filed on Jan. 8, 1998.

(51) Int. Cl.$^7$ ........................................... B24B 7/00

(52) U.S. Cl. ........................... 451/177; 451/259; 451/282; 451/293

(58) Field of Search ............................ 451/45, 177, 185, 451/65, 192, 193, 259, 262, 263, 267, 282, 293, 548

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,113,476 \* 9/2000 Friel, Sr. et al. ..................... 451/177

\* cited by examiner

*Primary Examiner*—Derris H. Banks
(74) *Attorney, Agent, or Firm*—Connolly, Bove, Lodge & Hutz LLP

(57) **ABSTRACT**

A versatile ultrahoned sharpener includes a stop assembly which contains an inner hardened structure such as being made from metal or ceramic to serve as a positive limiting stop if the knife being sharpened cuts excessively into the plastic stop assembly of the sharpener. The sharpener also includes a manually actuated abrasive surfaced unit for cleaning or shaping the surface of at least one of the sharpening wheels in the sharpener. The sharpener further includes various bearing structures for effectively mounting the motor driven shaft which rotates the abrasive coated disks of the sharpener.

**12 Claims, 7 Drawing Sheets**







_Fig.2._





*Fig.4.*

*Fig.5.*

*Fig.16.*



*Fig.6.*

*Fig.7.*

*Fig.8.*



*Fig.9.*

*Fig.10.*



*Fig.11.*



*Fig.12.*



*Fig.13.*



*Fig.14.*



*Fig.15.*

US 6,267,652 B1

1

## VERSATILE ULTRAHONE SHARPENER

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a division of application Ser. No. 09/226,569, filed Jan. 7, 1999, now U.S. Pat. No. 6,113,476, which is based upon provisional application Ser. No. 60/070, 760 filed Jan. 8, 1998.

### BACKGROUND OF INVENTION

Previous sharpeners disclosed in U.S. Pat. Nos. 5,611, 726, 4,627,194, 4,897,965 and 5,005,319 describe a variety of sharpeners for knives and related tools and products where sharp edges are required.

U.S. Pat. No. 5,611,726 (marketed as a commercial sharpener) describes a two stage high speed sharpener particularly designed for applications where the user wants an extremely sharp edge with a measurable amount of "bite" on the resulting knife edge. This type of edge is particularly desired by commercial users.

### SUMMARY OF INVENTION

The new and improved sharpener described here is much more versatile than any of the referenced sharpeners in that it allows the user with only one sharpener to select the type of edge he wishes to create. With this unique design one can create an ultrasharp edge with either substantial "bite", a barely perceptible "bite", or with an ultrasmooth edge with no bite. This is made possible by a unique three stage system that incorporates two stages each with cone shaped disks preferably of metal coated with abrasives which preferably are dedicated diamond abrasives and a third stage with cone shaped flexible stropping disks—composed of the novel abrasive loaded polymeric materials described in U.S. Pat. No. 5,611,726 or application Ser. No. 09/039,128 filed Mar. 13, 1998 and its provisional application Ser. No. 60/040,766. All of the details of said patent and applications are incorporated herein by reference thereto. In each stage the right and left facets forming the knife edge are sharpened alternately while the sharpening angle is controlled in each stage by two precision knife guides and springs, preferably elastomeric plastic springs as described in U.S. Pat. No. 5,611, 726, to insure firm contact of the knife blade with the precision guides. The sharpening angle is increased in each successive stage in order to insure more effective sharpening and to create multi-beveled facets that will stay sharp longer. The magnetic based guides as described in U.S. Pat. Nos. 4,627,194; 4,716,689 and 4,897,965 also may be used to control the angle of the knife blade and hence the sharpening angle. All of the details of these patents are incorporated herein by reference thereto. For optimum results with this new sharpener the grit size of the abrasives used in each stage must be selected carefully. Other novel features disclosed here are precision stop-bars to control the position of the blade on the abrasive disks, motor mounting and shaft supporting means to permit the use of extended shafts to support multiple sharpening disks, and means to reshape and clean the sharpening disks after extended use.

The ability to rapidly create edges with a selected degree of "bite" or to eliminate the bite altogether and create an ultra smooth edge depends on the three stage design and on the use of a stropping disk of optimum flexibility and with optimal loading of abrasive within a given range of abrasive particle size. While a variety of abrasive materials may be embedded in the stropping disks, alumina (alumina

2

oxide) or Carborundum is preferred. Diamond grits also may be used in these stropping disks.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front elevation view of a versatile ultrahone sharpener in accordance with this invention showing three (3) stages, two of which have rigid conical shaped abrasive surfaces for sharpening and the third is a conical flexible honing/polishing stage;

FIG. 2 is a view similar to FIG. 1 showing the spring removed from the first and second stages;

FIG. 3 is a cross-sectional elevational view of the versatile ultrahone sharpener of FIGS. 1–2 with the outer cover removed and the spring guides removed from the inner enclosure thereby showing the supporting structure for the motor drive;

FIG. 4 is a top plan view of a portion of the sharpener shown in FIGS. 1–3 showing the drive shaft and its bearing structures;

FIG. 5 is a top plan view showing a portion of the sharpener shown in FIG. 4 of one set of bearing structure;

FIG. 6 is an end elevational view in section of a portion of the sharpener shown in FIGS. 1–5;

FIG. 7 is a side elevational view of the inner enclosure in the sharpener shown in FIGS. 1–5;

FIG. 8 is a top plan view of the stop member shown in FIGS. 6–7;

FIG. 9 is a side elevational view partly in section of the third sharpening stage of the sharpener shown in FIGS. 1–4 showing the cleaning and shaping unit;

FIG. 10 is an end elevational view of the cleaning and shaping unit shown in FIG. 9;

FIG. 11 is a bottom plan view of the cleaning and shaping unit shown in FIGS. 9–10;

FIGS. 12–15 are side elevational views partly in section showing different phases of operation of the sharpener shown in FIGS. 1–4; and

FIG. 16 is a perspective view of a portion of a knife blade showing the affects of being sharpened by the sharpener of FIGS. 1–4.

### DETAILED DESCRIPTION

With this new sharpener (12) shown in FIG. 1, the knife (8) shown in Stage 2 is pulled successively along each of the two knife guides (7) in each stage. The knife guides which control the sharpening angle may be different in each stage. The knife is pressed and steadied against each guide by a flexible plastic spring (14) shown in FIG. 1 which covers each stage. The knife edge facet is moved into contact with cone shaped abrasive disks (5) and (6) of FIGS. 2–3 which can be displaced laterally by the pressure of the blade facet which is opposed by the force of a compression spring (15) of FIG. 3 located between the disks (5) and (6). By allowing the abrasive wheel to displace laterally along the motor shaft (16), the sharpening pressure is accurately controlled and the opportunity for gouging the knife edge is minimized.

A unique knife stop assembly (13) shown in FIGS. 6–8 is provided that limits downward travel of the knife blade as it is sharpened and firmly establishes the position of the knife edge on the cone shaped abrasive wheel. The stop can be made of plastic member (17) that contains an inner hardened metal structure (18) that serves as a positive limiting stop if the knife cuts excessively into the plastic stop assembly. When during the sharpening process and after contact with

US 6,267,652 B1

3

the abrasive surface the knife edge is brought to rest by the knife stop assembly (13), that portion of the knife edge in contact with the abrasive cone wheel is optimally positioned on the conical surface. The internal metal structure (18) of the knife stop-assembly provides a firm limiting stop against a strike face (1) which is an integral part of the metal stop-bar that prevents further cutting into the stop assembly and prevents the knife blade from cutting ultimately into the drive hubs (19) of the abrasive wheels. Thus the sharpening occurs along an effective portion of the abrasive wheel surface.

The metal structure within the plastic stop assembly can be made of any hardened material including ceramics preferably harder than the knife blade itself. Importantly, the angular relationship of the strike face of the hardened material with the edge facet being created in successive stages must be such that the knife edge itself does not come in cutting contact with the hardened material. The angle of the facet that is formed by any one stage is controlled and established by the angle of the knife guide and by the added angle created by the conical abrasive surface. The latter is directly related to the slope of the conical surface and the position of blade contact on the cone surface. The strike face (1) of the hardened metal surface within the knife stop assembly of a given stage can be vertical (90° to the horizontal) so long as the angle of the knife guide in that stage is less than the angle of the facets created in the stage preceding stage in which the knife is being sharpened.

The unique relationship of the angle of the knife guide, the angle of the abrasive surface and the strike face of the hardened stop is further detailed in FIGS. 12–15 and described later in this application. In the sharpener (12) this type of stop assembly (13) is used only forward of the disk. A simple stop-bar (43) shown in FIGS. 3 and 6 is used rearward of the disk. Stop-bar (43) is simply a rugged vertical plastic support bar molded as part of the base. In general this takes far less abuse during sharpening and thus does not need the added protection of the metal stop-bar. The metal bar could of course be used here also.

FIG. 1 shows the sharpener (12) which has a main detachable closure cover (21) which rests on a base (22) that houses a power switch (23) to control motor (24) shown in FIG. 3.

FIG. 2 shows the sharpener (12) with the main closure (21) broken away. An inner detachable enclosure (25) supported by base (22) incorporates knife guides (7) and the stop bar assembly (13), as well as spring covers (14), only one of which is shown. FIG. 1, however, illustrates a spring cover (14) for each of the three stages.

FIG. 3 shows the sharpener (12) with the inner enclosure (25) in place but with the spring covers (14) removed. When the inner enclosure (25) is removed, this then exposes the disks (5) and (6) mounted on hubs (19) that are driven by shaft (16) of motor assembly (24). One end of shaft (16) contains an affixed bearing assembly (26) that rests in a bearing support structure (27). FIG. 3, as well as FIGS. 9–11, shows also a wheel cleaning and shaping unit (28) that contains abrasive pads (29) that can be brought into contact with either of the two disks (6) in the right stage to clean and reshape those disks if and when necessary.

A further feature incorporated as part of sharpener (12) is the unique means or unit (28) of FIGS. 9–11 of shaping and cleaning the surface of the soft and flexible abrasive stropping/polishing disks so that their shape and angular configuration can be maintained during their use and lifetime in this type sharpener. This means serves importantly

4

also to remove metal particles that may become embedded in the soft abrasive surface while sharpening or to remove food and foreign substances that may become coated on that surface during the course of sharpening soiled knives.

Another unique feature is described herein to support the drive motor and its extended motor shaft where the shaft supports a number of sharpening or honing disks in such a manner as to reduce the resulting friction and stresses on the motor bearings from the forces involved in sharpening. This is accomplished with a bearing assembly (26) shown FIG. 3 mounted on the shaft that rests in a preformed socket (23) in support post (27) in combination with specially designed mounting sockets (30 and 31) on the base (22) into which fits special bosses (32) attached to the motor assembly (24) as also shown in FIGS. 4–5.

Other novel features of this new sharpener are described in further descriptions below.

Reference is made to the earlier U.S. Pat. No. 5,611,726 and the pending applications for background discussions on certain methodology and techniques involved in sharpeners of this type.

Three-Stage Ultrahone Sharpener

The inventors learned that further refinements of a sharpener using two rigid stages with truncated conical abrasive coated disks in combination with one or more stages of flexible stropping/polishing disks of truncated conical shape created a sharpener of unexpected versatility and one capable of producing with high reliability and reproducibility edges of exceptional sharpness and durability.

A preferred embodiment of the sharpener, shown in FIG. 1, is designed to sharpen in three stages identified by bold Numbers 1, 2 and 3 from left to right. The sharpener (12) is enclosed with a detachable main cover (21) that rests on a base (22). On the front is a switch (23) to power a motor (24) of FIG. 3. Inside the main cover is a detachable sharpening module cover (25) of FIG. 2 that structurally supports the six knife guide planes (7), stop bar (13), and the three sets of plastic springs (14), only one set of which is shown. Spring covers (14) have arms that extend along the knife guide plane to steady the blade (8) of FIG. 1 as it moves between these springs and the guide planes while being sharpened. The knife guides in each stage are set at carefully controlled angles relative to the vertical, that angle being larger for each of the two guides (7) in each successive stage. In each of the first two stages there are two truncated rigid conical disks (5) of FIG. 3 coated with abrasives, preferably diamond of carefully selected grits. In the third stage there is a pair of truncated conical flexible disks (6) that contain abrasive particles embedded in a flexible plastic matrix that has optimum elastomeric characteristics as determinable in a modified Rockwell hardness test which is described in the referenced U.S. application and in U.S. Pat. No. 5,611,726.

This three stage sharpener with appropriate grit sizes in Stages 1 and 2 provides unique means of producing ultra sharp edges that can either: (a) retain a "bite" which can be sharpened to be an aggressive or a mild bite depending on the intended use of the blade; or (b) be essentially defect free and smooth with remarkable sharpness. A range of grit sizes can be used but it was found that the optimum sizes for most edges are 120–140 diamond grit in Stage 1 and 240–270 diamond grit in Stage 2. With other than diamonds the optimum grit sizes would be somewhat larger. Grits of this size produced the most durable edges. The flexible disks (6) of Stage 3 must be made of a material with suitable physical properties such as the special epoxy-based or polyolefin-

5

based resins loaded with abrasive particle as described in the referenced U.S. Pat. No 5,611,726 and applications. An abrasive material such as aluminum oxide of particle size ranging from 1 to 20 microns is loaded into the appropriate resin in the range of 40 to 80% by weight. The resulting disks must have the necessary abrasiveness, toughness, and elastomeric properties to quickly remove any burr from the knife edge and simultaneously hone and polish but not damage the ultra fine edge being created.

The sharpener (12) contains a unique stop-bar assembly (13) of FIGS. 2 and 6–8 which snaps onto the front of the sharpening module cover (25) of FIGS. 6 and 7. The stop-bar assembly (13) is shown in place in FIG. 2. The stop-bar assembly (13) of FIGS. 6–8 consists of the plastic stop-bar member (17) and the metal stop-bar (18) with holes that snap over pins (44) of the plastic member (17) as illustrated in FIG. 7. The plastic stop-bar member (17) has six snap-arms (34) of FIG. 8 extending therefrom that are designed to snap around vertical supports (35) of FIGS. 6–7 which are part of the structure on the inner surface of the sharpening module cover (25). The snap arms (34) are designed to retain the stop-bar assembly (13) securely in place on the sharpening module cover (25). The stop-bar assembly (13) is designed to serve as a rest and stop for the edge of blade. This also positions the edge on an optimum portion of the conical surface of sharpening or stropping disks as described in U.S. Pat. No. 5,611,726 and the referenced U.S. applications. The unique metal stop-bar serves to limit damage to the plastic stop-bar member (17) if excessive pressure is used in sharpening and one cuts substantially into the plastic stop-bar (17). The metal stop-bar (18) made of a hardened metal or other hard material provides a positive stop, specially designed as described later herein so as not to damage the sharpened edge.

The motor assembly (24) of FIG. 3 includes metal stack plates (36) onto which is fastened two bearing assemblies (33) that contain integral precision bosses (32) and provide the bearings to support the drive shaft (16) on which are mounted the six truncated cone sharpening and stropping disks (5) and (6). At the end of the shaft (16) is mounted a ball bearing assembly (26) that fits with close tolerance around the shaft and with tight tolerance into socket (23) FIGS. 3–4 which is an integral part of support (27) FIG. 8 which in turn is an integral part of the sharpener's rigid base (22). The motor shaft (16) thus supported on one end by this ball bearing assembly (26) and on the other by a sliding fit into the two precision motor bearing assemblies (33) (which are part of the motor assembly), is captured in the horizontal plane by an in-line 3 bearing, configuration. The motor end is free to move up vertically within the socket (23) but it is restrained from moving downward by the bottom configuration of socket (23) whose inner shape matches the outer configuration of the shaft and the bearing assembly (26). Thus any downward or lateral thrust on the sharpening disks that would cause the shaft to move down or horizontally is resisted by the close tolerance for clearance of the bearing assembly (26) within the socket (23). A unique motor mounting arrangement was discovered that avoids placing stress in the horizontal plane on the two motor bearings that fit closely around shaft (16). In this arrangement the motor is supported by the precision bosses (32) that fit snugly into precision sockets (30 and 31) of FIGS. 3–5 that are integral parts of the plastic base (22). For reasons of manufacturing convenience each of the bearing assemblies has two of the precision bosses (32) cast thereto in such a way that regardless of which end of the motor a bearing assembly may be bolted, one of the precision bosses thereon will be below the

6

bearing assembly and fit into one of the precision sockets (30 and 31). Precision socket (30) is elongated along in the direction parallel to the axis of the shaft by about 0.050" and precision socket (31) is elongated transverse to the long axis of the shaft by about 0.050". The motor shaft (16) is free to slide linearly within each of the bearing assemblies and the motor assembly therefore can slide linearly along the shaft. Thus if the motor shaft is captured by virtue of the snug fit of the bearing assembly (26) into the base socket (23), the motor assembly can be slid along the axis of its shaft (16) until the rear boss (32) fits into the rear elongated socket (30). The elongation of socket (30) allows the rear bearing assembly and its boss (32) to be slid forward or rearward until the forward boss (32) drops into the forward elongated socket (31). If for any reason the dimensional distance between the rear and front bosses (32) varies slightly from motor to motor, the elongation of socket (30) accommodates the variation. Likewise if for any reason the axial alignment of the two bosses (32) is not perfectly parallel to the motor shaft, the transverse elongation of the forward socket (31) will accommodate that variation. The bosses (32) otherwise fit snugly with a clearance tolerance of only a few thousandths of an inch within the narrow dimension of each socket. Because of this unique design, the motor shaft is not subjected to any lateral stress within its three bearings, and hence it rotates freely with no added friction. It is important that the sharpener base (22) be dimensionally stable and molded or otherwise constructed to tight tolerances so that the shaft and its bearing assembly (26) passes through socket (27) with no downward thrust on the socket because of misalignment or lack of tolerance control. Overall tolerances must be held within a few thousandths of an inch. If necessary the height of socket (30) or (31) can be adjusted so that under no load the drive shaft and its bearing assembly (26) clear the bottom of the base socket (34) with only a few thousandths of an inch clearance. At the same time the close horizontal clearance between the shaft and the socket (34) prevents lateral movement of the shaft greater than a few thousandths of an inch. This unique motor and shaft mounting arrangement permits a longer than normal shaft length on one side of the motor and the attachment of a plurality of sharpening stages.

While a number of different arrangements of sharpening and stropping disks on the motor shaft is possible, the three stage geometry described here proved remarkably fast and efficient sharpening most knives with only one pull through each of the six slots visible in FIGS. 1, 2 and 3. The knife to be sharpened is pulled alternately through the left and right slots in any stage in order to balance and match the facets being formed on each side of the edge. As needed to accomplish the desired result, added pairs of pulls can be made in any stage. The conical disks (5) and (6) of FIG. 3 are each supported by a mounting hub (19) that is free to slide on the shaft (16). Each hub is slotted as described in referenced patents and applications and each hub is positioned laterally against a pin (37) that fits slidingly into the slot (38) by the action of a compression spring (15) mounted on the shaft between each pair of disks. The compression force on each of these springs (15) is carefully selected to optimize the sharpening performance. To sharpen, the blade (8) is inserted between an angled guide (7) FIGS. 1–3 and the flexible spring (14) so that the knife blade moves down the guide until it contacts the conical abrasive covered surface of a disk (5). The spring (14) holds the blade securely against the guide structure (7) as the blade is pulled thru the slot making contact along the blade edge with the abrasive disks. In this configuration the motor drives the

US 6,267,652 B1

7

disks for example at rotational speeds up to 3600 RPM as powered by 60 Hertz, or at 2500 RPM if powered at 50 Hertz. The shaft is restrained from making any significant axial motion by the bearing assembly (26) whose location on the shaft is secured by close fitting C-clips riding in grooves on each side of that assembly. Each individual disk (5) or (6) is free, however, to slide away from the pin (37) as caused by the lateral pressure of the blade as it is being sharpened against the abrasive disk. The pin which is press fitted into a hole in the shaft transfers the shaft's rotational torque to each disk. The disk is able to move laterally along the shaft as necessary to accommodate the thickness of the blade while its edge is being sharpened, yet the spring (15) assures spring pressure is always maintained between the blade facet and the moving abrasive surface.

As an alternate design not shown, but described in earlier patents of the applicants are magnetic guides used to hold the blade against the physical guides. These are an alternative to the flexible spring (14) design described above.

By careful selection of the surface speed of the abrasive surface of the disk surface where contact is made with the edge facet, by optimizing the grit size in each stage, and by optimizing the sharpening force controlled by springs (15) an extremely unique and versatile sharpener was developed. This sharpener has the ability to create a variety of fine (non-serrated) edges that have controlled amounts of "bite" which can be optimized in degree and type for each cutting task. Disks of approximately 1.9" diameter and a surface shaped as a truncated cone, incorporated in each stage, are similar in size and cross-section to those described in U.S. Pat. No. 5,611,726. The height of the front stop-bar assembly (13) FIGS. 2 and 6–7 and a rear stop-bar (43) of FIG. 3 on which the knife edge rests behind and in front of the abrasive wheel surface is selected so that the knife edge facet is positioned so that it contacts the upper front quadrant of the abrasive disk surface as it is being sharpened. The rotational direction in each stage is such that the abrasive surface moves away from the edge. With the described arrangement the optimum abrasive surface speeds were found to be surprisingly higher than previously believed practical and the spring forces on the facet during sharpening was found to be lower than previously thought to be practical. The combination of surface speeds up to 1800 feet/minute with spring tensions of between 0.3–0.6 lbs. in Stages 1 and 2 proved highly efficient with no evidence of heating of the fine edge being sharpened. Diamond abrasives used in Stage 1 ideally are on the order of 100–200 grit and in Stage 2 on the order of 200–300 grit. For reasons described below, diamonds are the preferred abrasive for these stages but other abrasive materials could be used with less effective results.

Aluminum oxide grits are used in the Stage 3 disks (6) ranging from 1 to 20 microns embedded in the appropriate aforementioned resins. The spring force used with the Stage 3 disks ranges from 0.6 to 1.6 lbs., but optimally is about 1.2 lbs. These disks also are about 1.9" in diameter.

It was discovered and described in U.S. Pat. No. 5,611,726, Column 6, lines 2–6 as follows: "The use of diamonds for the abrasive is especially desirable a it creates well defined microgrooves." It continues Column 9, lines 55 to Column 10 line 3 as follows: "With continued honing, microfacets are first formed on the ridges of the microgrooves and subsequently microfacets will be created along the valleys of the microgrooves. At that point any edge serrations have been largely removed. FIG. 16B is a perspective view along the edge after repeated honing when well formed microfacets have been created along the sides

8

of the edge. The line of intersections of the grooves on the first facet with the microfacet leaves a fluted structure along the facet surfaces. These flutes have sharp boundaries where they intersect the microfacets and these flutes enter into the cutting action if food or material being cut either compresses or distorts a distance of 5 to 20 microns and comes into contact with these boundaries before severing". This novel micro structure adds to the effective sharpness and cutting ability of the "edge" and the apparent "bite" of the blade. This phenomena contributes importantly to the ability of this new three-stage sharpener to prepare edges of varying "bite" that can be tailored for each specific cutting need.

FIG. 16 illustrates schematically the nature of the edge and facets created by sharpening a blade (8) successively in Stages 1, 2 and 3. In Stage 1 with a sharpening angle of say 19°, larger microgrooves are created across the facet that would extend to the edge. In Stage 2 with a sharpening angle of say 21°, smaller microgrooves are formed across the lower portion of the facet adjacent to the edge, removing the larger microgrooves previously formed on that portion of the facet. In Stage 3, the stropping/polishing material removes the burr left along the edge by Stage 2 and polishes the lowest portion of the facet immediately along the edge. This removes some of the smaller microgrooves and begins to polish the boundaries of those microgrooves forming sharp microflutes where the polishing overlaps the grooves and along the ridges of the microgrooves where polishing occurs. If more polishing occurs the polished area grows and more of the microgrooves are removed.

By sharpening in Stage 1 and then in Stage 3 the same phenomena occurs but the microgrooves and resulting microflutes along the lower portion of the facet are increased in size and effectiveness. This creates an edge structure ideal for fibrous foods such as meat and certain vegetable that benefits from the greater resulting "bite." Clearly the more stropping and polishing that is done in Stage 3 the less "bite" remains and an edge is created ideal for smooth cutting of vegetables such as tomatoes or for very thin slices of certain foods. For cutting of other materials such as wood, some find it optimal to sharpen in Stages 1 and then in Stage 2 before Stage 3 in order to leave smaller microflutes along the lower portion of the facet than if one sharpened only in Stage 1 and then in Stage 3. Clearly this arrangement and choice of grits in Stages 1 and 2 together with the efficient stropping action in Stage 3 provides a very versatile sharpener which gives the user a wide range of choices for edges with varying amounts of "bite", including no discernable "bite" when that is preferable.

Unique Stop-Bar Design

The position of stop bars relative to the sharpening disks is important to insure that the knife edge facet contacts the optimal area of the sharpening and stropping disks. The use of two stop bars one beyond the disk contact area and one in front of that area as described in U.S. Pat. No. 5,611,726 can precisely establish the line along which the knife edge travels. In order to avoid having the knife edge cut seriously into the stop-bar, and thus lose control of where the edge will contact the abrasive disks, a unique means was discovered that limits the extent of cutting into the stop-bar. This means is a hardened metal or ceramic bar (18) of FIGS. 7, 8 and FIGS. 12–15 with vertical or nearly vertical strike faces (1) that will be contacted by the knife edge facet or by the shoulder where the edge facet meets the face of the blade. The vertical or nearly vertical strike faces (1) on the metal bar are designed so that the sharpened edge itself will not strike the face or cut into it. This metal bar can be exposed

US 6,267,652 B1

9

10

or for cosmetic purposes it can be enclosed in a plastic member (17) of FIGS. 6–8. In the later case, the metal bar becomes a fully effective stop only when the plastic member has been cut into sufficiently so that the knife edge facet makes contact with it. Generally the stop-bar (18) will have a number of "vertical" strike faces (1), one for each knife guide.

In the sharpener (12) the sharpening angles are progressively larger in each succeeding stage. For example, in Stage 1 the angle A of each knife guide (7) may be 19° as illustrated in FIG. 12. In Stages 2 and 3 the guide angles B and C are for purposes of illustration shown as 21° and 23° respectively. The angle D, FIG. 12, at the surfaces of the conical abrasive disks (5) in Stages 1 and 2 where the knife edge facet contacts those disks is about 2.75° from the vertical. Thus as illustrated in FIG. 12, the angle of the facet formed at the blade edge by the abrasive action in Stage 1 is the total of angles A and D, i.e. angle E which is 21.75°.

When the blade which has been sharpened in Stage 1 is moved to Stage 2 which has a guide angle B of 21° (slightly less than 21.750°), the shoulder (3) of the facet (2) where the facet meets the blade face, will strike the vertical strike face (1) of stop-bar (18) as shown in FIG. 13. In order to prevent the edge from cutting into a vertical strike face (1) of stop-bar (18) the angle B of the Stage 2 knife guide must be less than the sum of the angle A of the preceding Stage 1 knife guide plus the angle D added by the slope of the conical shaped abrasive surface of Stage 1. The strike face (1) of the stop-bar (18) does not have to be vertical as in FIG. 13 but can set at a lesser angle if the angular relationship so requires. For example if one wishes to by pass Stage 2 and moves the sharpened blade from Stage 1 to Stage 3 (with angles A and C of 19° and 23° respectively), the facet angle E of 21.75° generated in Stage 1 is less than 23° and hence the edge itself would strike the face (1) in Stage 3 if that strike face is set vertical at 90° as shown in FIG. 14. However, if the stop-bar strike face (1) is constructed 88° to the vertical as in FIG. 15 (a two degree change) shoulder (3) of the Stage 1 facet will strike the face, thus protecting the edge. Hence the angle of the strike face (1) of the stop-bar can be adjusted so that the edge is protected at the same time that the strike face serves as a positive stop as it contacts the shoulder of the knife edge facet. Stated mathematically the edge is protected in a subsequent stage if the sum of the knife guide angle and the angle (relative to the vertical) of the abrasive surface at the edge contact point in the preceding Stage is greater than the sum of the knife guide angle and the strike face angle F in the subsequent stages (as in FIG. 15) less 90°. For the example of FIG. 15, 21.75°>23°+88°–90° or 21.75°>21°. This protects the edge itself.

This design of a stop-bar that will stop the blade, without damaging the edge is unique and is practical where precision guide angles are inherent in the sharpener design.

In the sharpener (12) the stop-bar angles F are 90° in Stage 1, 90° in Stage 2, and 88° in Stage 3 when the blade guides are set respectively at 19, 21 and 23°. The angle D added by the conical surfaces of disks (5) of Stages 1 and 2 is 2.750°. The conical angle of the Stage 3 stropping disks (67) is commonly set about 4°. As the knife is moved from Stage 1 and sharpened in Stage 2, the angle of the facets will be increased from 21.75° to 23.75°. As that angle increases there is added protection and the vertical strike face continues to be adequate. If that edge were then moved to Stage 3, with knife guides at 23° a vertical strike face would be adequate, however, an angle F of 88° is necessary if the blade will on occasion be moved from Stage 1 to Stage 3. This change to 88° for Stage 3 in this configuration is preferred because Stage 3 uses a flexible mildly abrasive disk which will modify the entering facet angle only slowly.

If the angle of the strike face of the stop is selected to be just slightly less than the angle of the facet being created, the stop face can act cooperatively with the sharpening process and reduce or straighten any burr remaining along the knife edge on that side of the edge adjacent to the stop. In general, however, the burr being formed in the subject Stage as a blade is pulled along a knife guide will be located along the edge away from the abrasive surface and away from the face of the stop contacted. To the extent that the stop straightens any residual burr on that side of the edge facing the stop it makes the sharpening process more efficient when the adjacent facet is subsequently sharpened.

The hardened metal stop described above can be used alone or imbedded within a plastic "bar" that acts as the knife stop until the plastic is cut sufficiently by usage to expose the metal structure to the knife edge facets. Cosmetically this is a more acceptable arrangement, but the presence of the internal metal stop prevents destruction of the otherwise plastic stop or housing as a result of repetitive cutting by the blade as it is repetitively sharpened.

A surprising discovery during this study was that it is possible to design such hardened stops with uniquely and carefully selected angles (related to the guide angles and the angle of abrasive surfaces) so as to avoid damage to the knife edge as it is being sharpened in single stage or multistage sharpeners such as described here.

Novel Shaping and Cleaning Tool

A further feature of the invention is a unique means or unit for shaping and cleaning the surface of the soft and flexible abrasive stropping wheel so that the shape and angular configuration of the wheel can be maintained effective during its use and lifetime of this type sharpener. This new means or unit (28) of FIGS. 3 and 9–11 also serves importantly to remove any metal particles from the soft abrasive surface that may become embedded in that surface during its use in sharpening.

Soft stropping wheels can lose their shape when the regular and repetitive contact of the blade is greater on certain areas of the abrasive surface. Some portions of the disk surface will therefore wear and erode faster than other portions of the wheel as a result of use. This leads to irregular sharpening or loss of sharpening efficiency.

To maintain the contour of the conical shaped abrasive stropping disks (6) described here, a pair of diamond coated pads (29) of FIGS. 3 and 9 are used. It was surprising to find that diamond abrasives could remove the surface of the elastomeric plastic based abrasive wheels so effectively. The mechanism described below proved very effective and the abrasive diamond surface did not clog as the plastic abrasive wheel was shaped. This proved to be a novel means to obtain and maintain a precise conical contour and to remove the sharpening debris.

The arrangement shown in FIGS. 3 and 9–11 employs a sled-like mechanism (28) that can be moved into contact with the abrasive cone shaped disks (6) along a line radius of their conical surface. The sled (28) can be moved either left or right by a suitable mechanism such as a leveraged control arm (39) that has an externally accessible actuating end (47) in FIGS. 10 and 11. When a pad (29), coated with diamonds, contacts the conical surface of disks (6) along a radius it removes irregularities on the surface and removes any metal particles or foreign material that tend to glaze the conical disks. Only minimal manual pressure need be

US 6,267,652 B1

11

applied to "true" the conical disk. While other abrasives may be used, preferably the abrasive pad is coated with diamonds.

The abrasive loaded conical disks (6) can be resurfaced by moving the pivoted manually actuated control arm (39) that rides in a yoke (40) under the sled (28) on which the abrasive pads (29) are mounted in an upright fashion as shown in FIGS. 3 and 9. Spring arms (41) that are molded onto the plastic control arm (39) act against pins (42) mounted to base (22) to cause the arm and sled to return to a position centered under the two disks 6 in Stage 3. The lever which terminates in actuating button (47) at the rear of the sharpener base pivots about pin (46) and can be moved left or right to clean either the left or right disk.

The three stage sharpener (12) thus provides a unique means of producing ultra sharp edges that either retain a measure of "bite" or are essentially defect free. By sharpening only in Stages 1 and 3 a measure of "bite" is created and retained. By sharpening successfully in Stages 1, 2 and 3 the edge can become incredibly sharp and essentially burr free and defect free. Diamond abrasives are preferably used in Stages 1 and 2. A variety of grit sizes can be used but the optimum sizes for the most durable edges are about 120–140 diamonds grit in Stage 1 and 240–270 grit diamonds in Stage 2. Stage 3, the stropping stage has a conical shaped surface made of alumina grit embedded in a polyolefin based extrudable resin as described in referenced patents and pending applications. The total guide angles in these stages can vary, but optimally are about 38°, 42°, and 46°, respectively. The conical surfaced abrasive wheels can have a variety of cone angles but optimally are between 1° and 4°.

What is claimed is:

1. A sharpener for blades with an elongated cutting edge with facets adjacent to each side of the cutting edge, comprising at least one rigid disk having an exposed abrasive coated surface and at least one flexible disk having an abrasive surface, each of said disks mounted on a shaft for rotation about a horizontal axis to move said surfaces across and away from the cutting edge when the blade is moved into contact with said surface, a blade guide surface juxtaposed each of said disks, said blade guide surfaces being at a predetermined vertical angle relative to a vertical line normal to said axis of rotation of said disks, said blade guide surfaces being in a plane which intersects said abrasive coated surface to function as an angular guide for the blade when the blade is placed against said blade guide surface to dispose the blade in contact with said abrasive coated surface, an edge stop-bar disposed forward of said abrasive surfaces and a second edge stop-bar disposed rearward of said abrasive surfaces, said edge stop-bars providing a location of contact with the blade edge as the blade moves into contact with each of said abrasive surfaces and cooperates with said angular guides to dispose the blade edge facet against said abrasive surface as the blade is moved across said rotating abrasive surface.

2. The sharpener of claim 1 wherein there are two side by side of said rigid disks with abrasive coated surfaces and two side by side of said flexible disks with abrasive surfaces driven rotationally by a motor drive assembly.

3. The sharpener of claim 2 wherein there are a first and a second pair of side by side of said rigid disks with abrasive coated surfaces and one pair of side by side of said flexible disks with abrasive coated surfaces.

4. The sharpener of claim 3 wherein the shape of said surface of said rigid and flexible disks is a truncated cone.

12

5. The sharpener of claim 4 where the first of said pair of rigid disks are coated with diamonds of grit size approximately 100 to 200, the second of said pair of rigid disks are coated with diamonds of grit size approximately 200–300, and said pair of said flexible disks contain abrasive particles in the range of 1 to 20 microns embedded 40 to 80% by weight in a flexible plastic material.

6. The sharpener of claim 5 where said flexible disks have a recovery in the range of 31 to 75% and a remaining depression of 140–155 divisions as measured on a Wilson Rockwell Tester using a ⅛" diameter steel ball to create the depression with a minor weight of 10 kilograms and a major weight of 60 kilograms.

7. The sharpener of claim 5 wherein the surface speed of said disks at their circumference driven rotationally on said shaft by the said motor drive is on the order of 900–1800 feet per minute, said first and said second pair of said disks on said shaft are separated from each other by a spring arrangement which urges said disks away from each other, said spring arrangement applying a force in the range of 0.3 to 0.6 lbs. for displacements up to 0.15 inches of said disks on said shaft, said pair of flexible disks being separated from each other by a spring arrangement which urges said disks away from each other, and said spring arrangement applying a force in the range of 0.6 to 1.6 lbs. for displacement of 0.15 inches of said disks on said shaft.

8. The sharpener of claim 5 wherein said blade guide surfaces for the first said pair of rigid abrasive coated disks are about 19° to the vertical, said blade guide surfaces for the second said pair of rigid abrasive coated disks are about 21° to the vertical, and said blade guide surfaces for said pair of said flexible abrasive surfaced disks are about 23° to the vertical.

9. The sharpener of claim 3 wherein an inverted U-shaped spring member is centrally mounted over at least one of said first and second pair of side-by-side disks, said spring member having an intermediate connecting portion with attached resilient arms extending downwardly generally along said guide planes and along a portion of said disks, and said spring member serving to stabilize the blade as it moves along said guide planes.

10. The sharpener of claim 3 wherein a magnetic member is incorporated as part of said blade guide surface to stabilize the blade as it moves along said guide planes.

11. A knife sharpener with a motor drive means supported on the base of said sharpener, said drive means consisting of a motor with an integral drive shaft extending from the front end of said motor slidingly supported within two close-fitting bearings mounted one on each end of said motor, a bearing attached and rigidly positioned at a point along said drive shaft, said bearing supported and restrained from horizontal motion transverse to the axis of the shaft by a close fitting socket supported from the base, and two mounting bosses one under each end of motor integral to the motor that mate into and are fastened into two close fitting elongated sockets supported by the base to drive one or more sharpening wheels mounted along the length of said shaft.

12. The knife sharpener of claim 11 wherein the two said mounting bosses integral to the motor are cylindrical with a diameter only a few thousands of an inch less than the width of the close fitting elongated sockets supported by the base, one socket being elongated in a direction nominally parallel to the axis of the shaft, and the other socket elongated nominally transverse to the axis of the shaft.

* * * * *

# **EXHIBIT E**

# Electric Knife Sharpener

# Owner's Manual

# Model: KS02

# P/N: 44073







**WARNING:** This manual contains important safety and operating instructions for knife sharpener. Before using it, read this manual.

## SAVE THIS MANUAL FOR FUTURE REFERENCE

# Knife sharpener-Operating Instructions

Before using the Knife sharpener for the first time please make sure to read carefully and thoroughly through these operating instructions and the safety advice and familiarize yourself completely with the functions of the device. You will find it useful to open out the page showing the figures illustrating the Knife sharpener and its operation. Be careful to keep these notes and if necessary pass them on to a third party.

## Proper use

- This device is intended exclusively for sharpening normal household knives. The knife must be clean of all food, fat and foreign materials from knife before sharpening or re-sharpening. If soiled, wash the blade before sharpening. Make sure the knife is clean and dry.
- Any other use or modification to the equipment shall be considered as improper use and could give rise to considerable dangers.

## Features



1. power-cord and plug
2. up-cover
3. stage "1"
4. stage "2"

5. stage "3"
6. "on/off" switch
7. bottom housing
8. foot support

Nominal voltage:120V~ 60Hz

Power rating:   80W, KB20min

## Important safety rules

1. The Knife sharpener must be connected to a 120V AC electrical supply only.

2. Always pull the plug out of the socket before you clean the Knife sharpener or if it becomes faulty or when you have finished using it. To disconnect the device from the electrical supply, never pull the plug out using the cord, always pull directly on the plug.

3. **Indoor use only**. Never immerse the device in water and do not expose the device to rain or moisture. If the device should fall into water first pull the plug out of the socket and only then remove the device from the water. Afterwards have the Knife sharpener examined by an authorized service center before you use it again.

4. Do not use the Knife sharpener if your hands are wet or if you are standing on a wet floor. Do not use the Knife sharpener if it is wet or moist.

5. The Knife sharpener is designed exclusively for domestic use and not for commercial purposes.

6. Set up and store the Knife sharpener out of reach of children.

7. Do not leave the Knife sharpener unattended if it can be switched on and operated.

8. Always ensure that the Knife sharpener is safely set up or installed before you start to use it

9. Do not use the Knife sharpener if it is damaged in any way. Have the Knife sharpener immediately repaired at an authorized service center or other suitably qualified repairer.

10. Make sure that only clean, dry knife blades are inserted in the Knife Sharpener. The knife Sharpener is designed to sharpen kitchen knives, pocket knives, and most sports knives. Do not attempt to sharpen scissors, axe blades or any blade that do not fit freely in the slots.

11. Properly sharpened knives are very sharp. Handle with extreme care. Do not cut toward any part of your fingers, hand or body. Do not run finger along edge of blade. store knives in a safe manner with cutting edge away from you.

12. Use the Knife sharpener with the supplied accessories only.

13. No claims for damages will be accepted if they result from improper or incorrect use of the Knife sharpener.

14. Switch off the Knife sharpener before removing knife.

15. If the supply cord is damaged, it must be repaired by a qualified service agent  in order to avoid a hazard.

2

## Before first use

Take the Knife sharpener carefully out of its packaging. Remove all the packaging material and keep it together with the packaging. Clean the Knife. It must be clean and dry before inserting into the Knife Sharpener.

## Setting up the Knife sharpener
## Specific safety advice on the location of the Knife sharpener

1. Never set the Knife sharpener up on a hot surface or near an open flame.
2. Make sure that the electrical cord does not pass over hot, wet or sharp edged objects.
3. Do not allow the electrical cord to become kinked or trapped and do not wind it around the Knife sharpener.
   - Set the Knife sharpener on a flat, non-slip surface close to an electrical socket.
   - Unwind the required length of cord and Insert the plug into the socket.

## Sharpening
## Specific safety advice for sharpening and handling the Knife sharpener

## Running the Knife sharpener

By pushing the switch to "I" or "II", the grinder will run. Stopping continuous operation: Move the switch into the "O" position and wait until the grinder comes to a complete standstill.

This Knife Sharpener is designed to sharpen knives with straight or serrated blades. For precision sharpening, follow the instructions below.

**Note: Before sharpening any knives, make sure they are clean and dry.**

Sharpening Stage 1 should be used for very dull straight edge blades. Note: Do not sharpen serrated edge blades in Sharpening Stage 1.

Sharpening Stage 2 should be used for straight edge blades that are not too dull or as a second step for blades that have already been sharpened in Sharpening Stage 1. Note: Do not sharpen serrated edge blades in Sharpening Stage 2.

Sharpening Stage 3 is used for sharpening serrated edge blades and as the final step for sharpening straight edge blades that have already been sharpened in Stage 1 or 2.

1. Place the Knife Sharpener on a flat, level surface.
2. Plug the Knife Sharpener into a 120V AC electrical outlet.
3. Position the unit with the Power Switch on the middle side.
4. Turn the Power Switch "I" or "II". The Motor will start.
5. If the blade is very dull, begin with Sharpening Stage 1. If the blade is reasonably sharp, skip Sharpening Stage 1 and proceed to Sharpening Stage 2.
6. Hold the knife handle firmly and slide the blade into the left slot in Sharpening Stage 1 as close to the bolster or handle as possible. Press down with just enough pressure to contact the diamond sharpening disk (added pressure will not aid or speed the sharpening process). Pull the knife toward you with a slow even motion. Do not twist or rock the blade. If the blade is curved, lift the handle slightly as you approach the tip of the knife to keep the blade approximately parallel to the table or counter surface. Repeat this procedure one time utilizing the right sharpening slot of Sharpening Stage 1.
7. It should take approximately 2-3 seconds to pull a 6 inch blade through each sharpening slot, 4 seconds for an 8 inch blade and 6 second for longer blades.
8. Proceed to Sharpening Stage 2.


Sharpening Stage 2

9. Hold the knife handle firmly and slide the blade into the left slot in Sharpening Stage 2 as close to the bolster or handle as possible. Press down with just enough pressure to contact the diamond sharpening disk (added pressure will not aid or speed the Sharpening process). Pull the knife toward you with a slow even motion. Do not twist or rock the blade. If the blade is curved, lift the handle slightly as you approach the tip of the knife. Keep the handle slightly lifted as you approach the tip of the knife to keep the blade approximately parallel to the table or counter surface. Repeat this procedure one time utilizing the right sharpening slot of Sharpening Stage 2.
10. It should take approximately 2-3 seconds to pull a 6 inch blade through each sharpening Slot, 4 seconds for an 8 inch blade and 6 seconds for longer blades.
11. To avoid over sharpening, visually examine the cutting edge of the blade to determine if a burr exists before proceeding to Stage 3. If the blade has a burr, one side of the blade will appear smooth while the other will have a rough and bent appearance.
    **CAUTION: To avoid personal injury, do not run your finger along the Edge of the blade.**
12. If a burr is present proceed to Sharpening Stage 3.

4

Sharpening Stage 3

13. In general, only one or two pulls on each side of the knife in Sharpening Stage 3 will be necessary to obtain a razor sharp edge.

14. Hold the knife handle firmly and slide the blade into the left slot in Sharpening Stage 3, as close to the bolster or handle as possible. Press down with just enough pressure to contact the diamond sharpening disk (added pressure will not aid or speed the sharpening process). Pull the knife toward you with a slow even motion. Do not twist or rock the blade. Repeat this procedure one time utilizing the right sharpening slot of Sharpening Stage 3.

*Note: more pulls in Stage 3 will further refine the edge, creating an edge particularly desirable for gourmet preparations. Fewer pulls in Stage 3 may be preferable if you will be cutting fibrous foods.*

## Cleaning
### Important safety advice for cleaning the Knife sharpener
This KS02 Knife Sharpener requires little maintenance. It contains no user-serviceable parts. Any service requiring disassembly must be performed by a qualified appliance repair technician.
*CAUTION: Do not immerse Cord or Plug in water or any other liquid.*

## Cleaning
1. Unplug the Knife Sharpener before cleaning.
2. Wipe the exterior with a soft, damp cloth. Dry thoroughly. Never immerse the bottom housing, Cord or Plug in water or any other liquid.
3. Do not use steel wool, scouring pads, or abrasive cleaners as they will damage the finish.
4. The Magnetic Catch Plate is centrally located on the underside of the bottom housing. Periodically lift out the Magnetic Catch Plate and discard any filings that may have collected by wiping it with a damp paper towel. Shake out any remaining filings and reinstall the Magnetic Catch Plate.



MAGNETIC CATCH PLATE    MAGNET

Made in China

☙JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Edgecraft Corporation | Luckyman Enterprise Co. Ltd. d/b/a Luckyman Electronic Co. Ltd., d/b/a Zhuhai Luckyman Electronic Co. Ltd. |

**(b)** County of Residence of First Listed Plaintiff **New Castle County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Harold Pezzner, Dana K. Hammond, Connolly Bove Lodge & Hutz, 1007 North Orange Street, Wilmington, DE 19899 (302) 888-6237

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. 271
Brief description of cause:
Action for Patent Infringement

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ amount to be determined ; injunction sought

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions) JUDGE _____ DOCKET NUMBER _____

DATE
05/05/2008

SIGNATURE OF ATTORNEY OF RECORD
*Dana K. Hammond*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____