IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STREAMSERVE AB, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXSTREAM SOFTWARE, LLC and )<br>HEWLETT-PACKARD COMPANY, )<br>)<br>Defendants. ) | C.A. No. _____<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff StreamServe AB ("StreamServe"), by and through the undersigned attorneys, hereby files this complaint for patent infringement against Defendants Exstream Software LLC ("Exstream") and Hewlett-Packard Company ("HP"), requesting damages and injunctive relief based upon its personal knowledge as to its own facts and circumstances, and based upon information and belief as to the acts and circumstances of others.

## PARTIES

1. StreamServe is a Swedish corporation having its principal place of business at Karlavägen 108, SE-10451 Stockholm, Sweden.

2. Upon information and belief, Exstream is a Delaware limited liability company having its principal place of business at 810 Bull Lea Run, Lexington, Kentucky 40511. Exstream may be served with process by serving its registered agent, Corporation Service Company, 2711 Centerville Road Suite 400, Wilmington, Delaware 19808. Exstream manufactures for sale and/or sells in the United States, and in the District of Delaware, software for enterprise document automation.

3. Upon information and belief, HP is a Delaware corporation having its principal place of business at 3000 Hanover Street, Palo Alto, California 94304. HP may be served with process by serving its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. HP manufactures for sale and/or sells in the United States, and in the District of Delaware, software for enterprise document automation.

## JURISDICTION AND VENUE

4. This is an action for patent infringement under the patent laws of the United States, Title 35 of the United States Code, including (but not limited to) 35 U.S.C. § 271.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Exstream. Exstream is incorporated in Delaware and has conducted and continues to conduct business within this judicial district. Upon information and belief, Exstream has directly infringed, contributed to the infringement of, and/or actively induced infringement of, StreamServe's patent within this judicial district.

7. This Court has personal jurisdiction over HP. HP is incorporated in Delaware and has conducted and continues to conduct business within this judicial district. Upon information and belief, HP has directly infringed, contributed to the infringement of, and/or actively induced infringement of, StreamServe's patent within this judicial district.

8. Venue is proper in this Court under 28 U.S.C §§ 1391 and 1400(b) because Exstream and HP have committed acts of infringement in and are subject to personal jurisdiction in this judicial district.

## COUNT 1: PATENT INFRINGEMENT BY EXSTREAM

9. StreamServe incorporates paragraphs 1-8 as if fully set forth herein.

10. United States Patent No. 7,127,520 (the "'520 Patent"), entitled "Method and System for Transforming Input Data Streams," was duly and legally issued by the United States Patent and Trademark Office on October 24, 2006. A copy of the '520 Patent is attached hereto as Exhibit A.

11. StreamServe is the owner by valid assignment of the entire right, title, and interest in and to the '520 Patent and possesses all rights of recovery under the '520 Patent, including the right to recover damages for past infringement.

12. Upon information and belief, Exstream has been and is now making, using, selling, and offering for sale within the United States, or importing into the United States, products, including the Exstream Software by HP Dialogue software solution, that infringe and can be used to infringe claims of the '520 Patent.

13. Exstream has been contributing to the infringement of and/or actively inducing the infringement of the '520 Patent by others by, among other things, distributing or offering for sale products, including the Exstream Software by HP Dialogue software solution, and documentation that teaches third parties to use said products in a manner that directly infringes claims of the '520 Patent.

14. StreamServe has no adequate remedy at law against Exstream's acts of infringement and StreamServe will suffer irreparable harm unless Exstream is preliminarily and permanently enjoined from its infringement of the '520 Patent.

15. Exstream has had knowledge of the '520 Patent since at least October 30, 2006 and has not ceased its infringing activity. Exstream's infringement of the '520 Patent has been and continues to be willful and deliberate.

16. Exstream, by way of its infringing activity, has caused and continues to cause StreamServe to suffer damages in an amount to be determined at trial.

## COUNT 2: PATENT INFRINGEMENT BY HP

17. StreamServe incorporates paragraphs 1-16 as if fully set forth herein.

18. Upon information and belief, HP has been and is now making, using, selling, and offering for sale within the United States, or importing into the United States, products, including the Exstream Software by HP Dialogue software solution, that infringe and can be used to infringe claims of the '520 Patent.

19. HP has been and now is contributing to the infringement of and/or actively inducing the infringement of the '520 Patent by other by, among other things, distributing or offering for sale products, including the Exstream Software by HP Dialogue software solution, and documentation that teaches third parties to use said products in a manner that directly infringes claims of the '520 Patent.

20. StreamServe has no adequate remedy at law against HP's acts of infringement and StreamServe will suffer irreparable harm unless HP is preliminarily and permanently enjoined from its infringement of the '520 Patent.

21. HP has had knowledge of the '520 Patent since at least January 22, 2008 and has not ceased its infringing activity. HP's infringement of the '520 Patent has been and continues to be willful and deliberate.

22. HP, by way of its infringing activity, has caused and continues to cause StreamServe to suffer damages in an amount to be determined at trial.

### PRAYER FOR RELIEF

WHEREFORE, StreamServe prays for the following relief:

    A. A judgment in favor of StreamServe that Exstream has infringed, directly and indirectly by way of inducement and/or contributory infringement, literally and/or under the doctrine of equivalents, claims of the '520 Patent;

    B. A judgment in favor of StreamServe that HP has infringed, directly and indirectly by way of inducement and/or contributory infringement, literally and/or under the doctrine of equivalents, claims of the '520 Patent;

    C. A permanent injunction, enjoining Exstream and its officers, directors, agents, servants, employees, affiliates, divisions, branches, subsidiaries, parents and all others acting in concert or privity with any of them from infringing, inducing the infringement of, or contributing to the infringement of the '520 Patent;

    D. A permanent injunction, enjoining HP and its officers, directors, agents, servants, employees, affiliates, divisions, branches, subsidiaries, parents and all others acting in concert or privity with any of them from infringing, inducing the infringement of, or contributing to the infringement of the '520 Patent;

    E. An award to StreamServe of the damages to which it is entitled under 35 U.S.C. § 284 for Exstream's past infringement and any continuing or future infringement up until the date Exstream is finally and permanently enjoined from further infringement, including both compensatory damages and treble damages for willful infringement;

    F. An award to StreamServe of the damages to which it is entitled under 35 U.S.C. § 284 for HP's past infringement and any continuing or future infringement up until the date HP is finally and permanently enjoined from further infringement, including both compensatory damages and treble damages for willful infringement;

    G.    A declaration that this is an "exceptional" case within the meaning of 35 U.S.C. § 285, entitling StreamServe to an award of its attorney's fees, expenses, and costs;

    H.    A judgment and order requiring Exstream to pay StreamServe the costs incurred in bringing this action (including all disbursements), as well as attorney's fees as provided by 35 U.S.C. § 285;

    I.    A judgment and order requiring HP to pay StreamServe the costs incurred in bringing this action (including all disbursements), as well as attorney's fees as provided by 35 U.S.C. § 285;

    J.    An award to StreamServe of pre-judgment and post-judgment interest on damages; and

    K.    Such other and further relief in law or in equity to which StreamServe may be justly entitled.

## JURY TRIAL DEMAND

StreamServe respectfully demands a trial by jury of any and all issues triable of right before a jury.

John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

Of Counsel:
Robert M. Isackson
Rodger A. Sadler
Joseph A. Sherinsky
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Dated: June 9, 2008

- 6 -

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

STREAMSERVE AB

**DEFENDANT(S)**

EXSTREAM SOFTWARE, LLC, HEWLETT-PACKARD COMPANY.

(b) County Of Residence Of First Listed Plaintiff:
(Except In U.S. Plaintiff Cases)

County Of Residence Of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) Attorneys (Firm Name, Address, And Telephone Number)
John W. Shaw (No. 3362), Monté T. Squire (No. 4764)
Young Conaway Stargatt & Taylor, LLP, The Brandywine Building,
1000 West Street, 17th Floor, Wilmington, DE 19801

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place An X In One Box For Plaintiff And One Box For Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in This State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**V. NATURE OF SUIT** (Place An X In One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury - Med Malpractice<br>☐ 365 Personal Injury - Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL ROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 U.S.C. 881<br>☐ 630 Liquor Laws<br>☐ 640 R R & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl Ret Inc Security Act | ☐ 422 Appeal 28 U.S.C. 158<br>☐ 423 Withdrawal 28 U.S.C. 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 U.S.C. 7609 | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates, etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 U.S.C. 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>Habeas Corpus<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | | | |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.):

Brief description of cause:
35 U.S.C. §§ 271 et seq., action for patent infringement

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐ YES ☒ NO  DEMAND $ _____  Check YES only if demanded in complaint  JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)  JUDGE: _____  DOCKET NUMBER: _____

DATE: 6-9-08

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

## Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. (a) **Plaintiffs - Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) **Attorneys.** Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)."

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

V. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI. **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C. Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STREAMSERVE AB,<br><br>    Plaintiff,<br><br>v.<br><br>EXSTREAM SOFTWARE, LLC and<br>HEWLETT-PACKARD COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No.: _____<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>) |

### PLAINTIFF'S RULE 7.1 DISCLOSURE

Plaintiff hereby makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

Streamserve AB ("Streamserve") has no parent organization and no publicly held corporation owns 10% or more of its stock.

*/s/ signature/*

John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

Of Counsel:
Robert M. Isackson
Rodger A. Sadler
Joseph A. Sherinsky
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
(212) 506-5000

Dated: June 9, 2008