IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBBIE NELSON<br>Guardian ad Litem for KN, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL WILSON, individually, and as<br>agent employee of the State of Delaware,<br>and STATE OF DELAWARE<br>DEPARTMENT OF SERVICES FOR<br>CHILDREN, YOUTH, AND THEIR<br>FAMILIES, DIVISION OF YOUTH<br>REHABILITATIVE SERVICES,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C. A. No.<br><br><br>Jury Trial Demanded |

## COMPLAINT

This court has original jurisdiction over this matter that is brought to redress the depravation of rights, privileges, and immunities secured by the Constitution and laws of the United States pursuant to 28 U.S.C. § 1331 and § 1343. The federal issues involved arise under 42 U.S.C. § 1983. This court has supplemental jurisdiction over all other claims asserted herein and that are related to those over which original jurisdiction is conferred and are part if the same controversy, pursuant 28 U.S.C. § 1367(a).

## PARTIES

1.  Plaintiff, Debbie Nelson ("Ms. Nelson"), is the guardian ad litem for KN and is a citizen of the State of Delaware. Her address is 1403 North Rodney Street, Apt B, Wilmington, DE 19806.

2.  Plaintiff, KN, is a citizen of the State of Delaware. His address is 1403 North Rodney Street, Apt B, Wilmington, DE 19806.

1

3. Defendant, Daniel Wilson ("Defendant Wilson"), is an employee agent of the State of Delaware.

4. Defendant State of Delaware Department of Services for Children, Youth and Their Families, Division of Youth Rehabilitative Services ("Defendant Department") is autonomous entity with the powers to sue and be sued. Defendant Department is the employer and principal of Defendant Daniel Wilson and is responsible for his training, supervision, and conduct which constitute actions of Defendant Department, carried out on its behalf in furtherance of its goals and directions.

## THE EMPLOYMENT RELATIONSHIP BETWEEN DEFENDANTS

5. On July 7, 2007, the date that KN was assaulted by Defendant Wilson, Defendant Wilson was an employee and/or agent of Defendant Department and was acting on behalf of Defendant Department.

## THE ASSAULT OF KN

6. On July 7, 2007, KN was incarcerated at the Stevenson Center a facility managed Defendant Department.

7. Defendant Wilson entered the cell of KN and assaulted him by choking him around the neck.

8. This was witnessed by Ms. Weldon who was holding the cell door open for Defendant Wilson.

## KN'S INJURIES

9. As a result of the incident of July 7, 2007, at Defendant Department's facility, KN suffered severe emotional and mental injuries as well as the following physical injuries:

    (a) Subconjuntual hemorrhages bilaterally
    (b) Bruises to the left side of the neck
    (c) Bruises to the left side of the scalp
    (d) Damage to his jaw and neck
    (e) Eye injuries

## COUNT I
### (§1983 Claims Against Defendant Wilson)

10. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 9 herein.

11. On July 7, 2007, as aforementioned, Defendant Wilson, while acting as an agent of Defendant Department and acting under color of state law, assaulted KN without probable cause, and without reasonable belief that KN had committed crimes or some other action for which the assault was legal or appropriate.

12. KN took no action which constituted an offense or provided any justification or reason for Defendant Wilson to touch KN's person.

13. The acts of Defendant Wilson were done with the purpose and intent of depriving KN of his right to life and liberty without due process guaranteed by the 14th Amendment to the United States Constitution.

14. The purported reason for the actions of Defendant Wilson is that KN acted in a manner that required restraint and is a pretext to execute or justify his illegal conduct.

15. Defendant Wilson with the knowledge, agreement, and consent of employees and agents of Defendant Department has intentionally, willfully, maliciously, and with a reckless disregard of the truth created a version of the events of July 7, 2007 concerning KN which are not consistent with the actual occurrences in an attempt to blame KN for the Defendant's misconduct.

16. As a result and proximate cause of the acts of Defendant Wilson who was acting individually and under color of law, KN:

(a) Suffered great significant physical injury and mental and emotional distress, harm, anguish, shame and humiliation, and;

(b) Incurred medical expenses.

## COUNT II
### (§1983 Claim Against Defendant Department)

17. Plaintiff herby re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 17 herein.

18. At all times relevant to the action, Defendant Wilson was an employee and/or agent of Department of Services for Children, Youth and Their Families, Division of Youth Rehabilitative Services and was acting for and on behalf of Defendant Department. Defendant Department knew or should have known, of actions of its employee whose actions were within the Defendant Department's supervision and control.

19. Defendant Department showed a deliberate indifference to the well being and constitutional rights and welfare of KN.

20. By acts and/or omission of Defendant Department, an atmosphere was created conducive to the aforesaid illegal and unconstitutional actions of Defendant Wilson and which demonstrated the complete disregard by Defendant Wilson of a risk known or which should have been known and deliberate indifference to the constitutional rights and welfare of Mr. Wilson.

21. Defendant Department knew or should have known that Defendant Wilson together with other employees or agents of Defendant Department have created a version of the events of July 7, 2007 which is not consistent with the actual occurrences in order to cover up all the Defendant's misconduct.

22. The acts of Defendant Wilson were pursuant to a custom or policy of Defendant Department which, as a result of the aforesaid acts and/or omissions of Defendant Department:

(a) Suffered great significant physical injury and mental and emotional distress, harm, anguish, shame and humiliation, and;

(b) Incurred medical expenses.

## COUNT III
### (§1983 Claim Against Defendant Department)

23. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 23 herein.

24. Defendant Department is the employer of Defendant Wilson and at all times relevant he was acting as the agent and/or employee and under its supervision and control.

25. Defendant Department is responsible for the supervising and training of all of its employees and/or agents including Defendant Wilson.

26. Defendant Department's negligent, intentional willful and/or wanton failure to adequately train and/or supervise its employees and/or agents, specifically Defendant Wilson, was the cause of the illegal and unconstitutional actions taken against KN by Defendant Wilson and constitutes illegal, unconstitutional actions and deliberate indifference to the welfare and constitutional rights of Mr. Wilson and others.

27. As a direct and proximate result of the aforesaid actions, inactions and/or omissions by Defendant Department, KN:

(a) Suffered great significant physical injury and mental and emotional distress, harm, anguish, shame and humiliation, and;

(b) Incurred medical expenses.

## COUNT IV
### (State Law Assault Claim Against Defendant Wilson)

28. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 28.

29. On July 7, 2007, Defendant Wilson was acting as an agent for Defendant Department.

30. Defendant Wilson acting in the course of his agency as aforementioned, without justification or provocation, violently attacked KN by choking him.

31. KN was unable to protect himself from the assault and excessive force used against him by Defendant Wilson, and was unarmed and did not, at any time, offer any resistance to Defendant Wilson.

32. As a result of the violent, wrongful, unlawful, and intentional misconduct of Defendant Wilson, acting within the scope of his agency as aforementioned, KN suffered serious, permanent, disabling injuries including: subconjuntual hemorrhages bilaterally; bruises to the left side of the neck; bruises to the left side of the scalp; damage to his jaw and neck; and Arnold – Chiriai I Malformation. WHEREFORE, Plaintiff KN demands judgment against Defendant Wilson holding Defendant Wilson liable to him.

## COUNT V
### (Intentional Infliction of Emotional Distress Claim Against Defendant Wilson)

33. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 33 herein.

34. At all time relevant, Defendant Wilson was an agent and/or employee of Defendant Department.

35. At all times relevant, Defendant Wilson was acting within the scope of his agency and/or employment.

36. Defendant Wilson acting within the scope of his agency or employment as aforesaid, acted maliciously and with intent to cause Plaintiff mental distress and injury, and without any justification, instigated a course of events which caused the assault of KN and in fact caused him to suffer severe and permanent mental and emotional anguish and distress.

WEREFORE, Plaintiff KN demands judgment against Defendant Wilson, holding him liable for compensatory and punitive damages.

## COUNT VI
### (State Law *Prima Facie* Tort Claim Against

Defendant Wilson)

37. Plaintiff hereby re-alleges and incorporates by reference the allegations contained in paragraphs 1 through 37 herein.

38. Defendant Wilson, acting in the course of their employment and agency of Defendant Department committed a *prima facie* tort by intentionally, maliciously, and without justification harming KN by instigating a course of events which led to the illegal assault of KN.

39. Defendant Wilson's intentional and malicious conduct was a proximate cause of KN's suffering, *inter alia*, mental and emotional distress and both temporary and permanent physical injuries rendering him liable for compensatory and punitive damages.

WHEREFORE, Plaintiff KN demands judgment against Defendant Wilson holding him liable for compensatory and punitive damages.

WHEREFORE, Plaintiffs demand judgment against all Defendants jointly and severally for compensatory and punitive damages, including costs and attorney fees pursuant to 42 U.S.C. § 1988, and such other relief as is just and appropriate as determined by a jury.

LEO J. BOYLE

Leo J. Boyle, Bar ID 1024
5197 W. Woodmill Drive, Suite 26
Woodmill Corporate Center
Wilmington DE 19808
(302)994 – 1300
ljboyle@verizon.net
Attorney for Plaintiffs

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff: **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Sussex**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Leo J. Boyle, Attorney at Law, 5197 W. Woodmill Drive, Suite 26, Woodmill Corporate Center, Wilmington, DE 19808  302-994-1300

Attorneys (If Known)
Attorney General of Delaware
James Maxwell, Deputy Attorney General

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**28 U.S.C. Sections 1331 & 1343**

Brief description of cause:
**Employee assaulted minor.**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ **$125,000.00**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE **6/18/08**   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## PLAINTIFF'S VERIFICATION

I, the undersigned Plaintiff, do hereby verify that the information contained in the attached documents are true and correct to the best of my information, knowledge, and belief.

_Debbie Nelson_
**DEBBIE NELSON** as Guardian ad Litem for
~~MMMMMMMM~~ KN

Wp51/clients/Nelson/Verfication Page

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBBIE NELSON<br>Guardian ad Litem for<br>KN<br><br>    Plaintiffs,<br><br>    v.<br><br>DANIEL WILSON, individually, and as<br>agent employee of the State of Delaware,<br>and STATE OF DELAWARE<br>DEPARTMENT OF SERVICES FOR<br>CHILDREN, YOUTH, AND THEIR<br>FAMILIES, DIVISION OF YOUTH<br>REHABILITATIVE SERVICES,<br><br>    Defendants. | § § § § § § § § § § § § § § § § | C. A. No.<br><br>Jury Trial Demanded |

**PRAECIPE**

TO:   Clerk of the Court
       U.S. District Court Delaware
       844 King Street
       Lockbox 18
       Wilmington, DE 19801

       **PLEASE ISSUE A SUMMONS** along with a copy of the Complaint, pursuant to 28 U.S.C §1331 & 1343:

Daniel Wilson<br>
Stevenson House Detention Center<br>
750 North DuPont Highway<br>
Milford, DE 19963

                                                                _/s/ Leo J. Boyle_
                                                               LEO J. BOYLE (Bar ID #1024)
                                                               5197 W. Woodmill Drive, Suite 26
                                                                Woodmill Corporate Center
                                                                Wilmington, DE. 19808
                                                                (302) 994-1300
                                                                Attorney for Plaintiffs

Dated: <u>June 18, 2008</u>
Wp51/clients/Nelson/Pleadings/Praecipe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBBIE NELSON, Guardian ad Litem for KN § § § <br> Plaintiffs, § § <br> v. § <br> § Civil Acton No._____ <br> DANIEL WILSON, individually, and as § <br> agent employee of the State of Delaware, § <br> and STATE OF DELAWARE § <br> DEPARTMENT OF SERVICES FOR § Jury Trial Demanded <br> CHILDREN, YOUTH, AND THEIR § <br> FAMILIES, DIVISION OF YOUTH § <br> REHABILITATIVE SERVICES, § <br> § <br> Defendants. § | |

Summons in a Civil Action

To:
Daniel Wilson
Stevenson House Detention Center
750 North DuPont Highway
Milford, DE  19963

A lawsuit has been file against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, who name and address are:

Leo J. Boyle<br>
Attorney at Law<br>
5197 W. Woodmill Drive, Suite 26<br>
Woodmill Corporate Center<br>
Wilmington, DE  19808-4067

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

 

                                                 _____
                                                      Name of clerk of court

Date: _____        _____
                                                                                        Deputy clerk' signature

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on
_____ by:

    (1) personally delivered a copy of each to the individual at this place.

    _____

    _____.

    (2) Leaving a copy of each at the individual's dwelling or usual place of abode with
    _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: _____

                                                _____
                                                Server's Signature

                                                _____
                                                Printed name and title

                                                _____
                                                Server's address

Wp51/clients/Nelson/Pleadings/United States District Court Summons for State of DE Dept of Services for Children

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBBIE NELSON<br>Guardian ad Litem for<br>KN<br><br>    Plaintiffs,<br><br>    v.<br><br>DANIEL WILSON, individually, and as<br>agent employee of the State of Delaware,<br>and STATE OF DELAWARE<br>DEPARTMENT OF SERVICES FOR<br>CHILDREN, YOUTH, AND THEIR<br>FAMILIES, DIVISION OF YOUTH<br>REHABILITATIVE SERVICES,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§ | C. A. No.<br><br><u>Jury Trial Demanded</u> |

**PRAECIPE**

TO:    Clerk of the Court
         U.S. District Court Delaware
         844 King Street
         Lockbox 18
         Wilmington, DE 19801

       **PLEASE ISSUE A SUMMONS** along with a copy of the Complaint, pursuant to 10 <u>Del. C.</u> §3103:

       Attorney General Joseph R. Biden, III
       Department of Justice
       Carvel State Office Building
       820 North French Street
       Wilmington, DE 19801

                                                          /s/ Leo J. Boyle
                                           **LEO J. BOYLE** (Bar ID #1024)
                                           5197 W. Woodmill Drive, Suite 26
                                           Woodmill Corporate Center
                                           Wilmington, DE. 19808
                                           (302) 994-1300
                                           Attorney for Plaintiffs

Dated: <u>June 19, 2008</u>
Wp51/clients/Nelson/Pleadings/Praecipe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEBBIE NELSON, Guardian ad Litem for KN §§§§§ <br><br>    Plaintiffs, §§§§§ <br><br>    v. §§§§§ <br><br>DANIEL WILSON, individually, and as agent employee of the State of Delaware, and STATE OF DELAWARE DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH, AND THEIR FAMILIES, DIVISION OF YOUTH REHABILITATIVE SERVICES, §§§§§§§§§§§ <br><br>    Defendants. § | Civil Acton No._____ <br><br><br>Jury Trial Demanded |

Summons in a Civil Action

To:
    Attorney General Joseph R. Biden, III
    Department of Justice
    Carvel State Office Building
    820 North French Street
    Wilmington, DE 19801

A lawsuit has been file against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, who name and address are:

                      Leo J. Boyle
                      Attorney at Law
           5197 W. Woodmill Drive, Suite 26
              Woodmill Corporate Center
               Wilmington, DE 19808-4067

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                 _____
                                                                                 Name of clerk of court

Date: _____
                                                                                 _____
                                                                                 Deputy clerk' signature

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ by:

    (1) personally delivered a copy of each to the individual at this place.

    _____

    _____.

    (2) Leaving a copy of each at the individual's dwelling or usual place of abode with

    _____

    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____.

Date: _____

                                            _____
                                            Server's Signature

                                            _____
                                            Printed name and title

                                            _____
                                            Server's address

Wp51/clients/Nelson/Pleadings/United States District Court Summons for Daniel Wilson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBBIE NELSON<br>Guardian ad Litem for KN, ~~[redacted]~~<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL WILSON, individually, and as agent employee of the State of Delaware, and STATE OF DELAWARE DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH, AND THEIR FAMILIES, DIVISION OF YOUTH REHABILITATIVE SERVICES,<br><br>Defendants, | § § § § § § § § § § § § § § § § § | C. A. No.<br><br><br>Jury Trial Demanded |

## PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM

1. Plaintiff, Debbie Nelson, have a cause of action on behalf of the plaintiff, Kyle Nelson, in the above-captioned action.

2. Plaintiff, Debbie Nelson, requests the Court to appoint Plaintiff, Debbie Nelson, as Guardians Ad Litem for the Plaintiff, ~~[redacted]~~ KN,

3. The Affidavit of Leo J. Boyle is attached hereto.

*/s/ Debbie Nelson*
DEBBIE NELSON

*/s/ Leo J. Boyle*
LEO J. BOYLE, ESQUIRE
5197 W. Woodmill Drive, Suite 26
Woodmill Corporate Center
Wilmington, DE 19808
(302) 994-1300
Attorney for Plaintiffs

Dated: June 3, 2008
Wp51/clients/Nelson /Petiton for Guardian Ad Litem

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBBIE NELSON<br>Guardian ad Litem for KN,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DANIEL WILSON, individually, and as<br>agent employee of the State of Delaware,<br>and STATE OF DELAWARE<br>DEPARTMENT OF SERVICES FOR<br>CHILDREN, YOUTH, AND THEIR<br>FAMILIES, DIVISION OF YOUTH<br>REHABILITATIVE SERVICES,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br>C. A. No.<br><br><br>Jury Trial Demanded |

## AFFIDAVIT

**STATE OF DELAWARE**　　　　)
　　　　　　　　　　　　　　　　) SS.
**COUNTY OF NEW CASTLE**　　)

　　　　I, Leo J. Boyle, counsel for the Plaintiffs in the above-captioned matter, being duly sworn, deposes and states that:

　　　　1.　　I have or will immediately file an action in this Court on behalf of the Plaintiffs against the above-named Defendant for injuries sustained by Plaintiff, KN, in a personal injury matter that occurred on July 7, 2007. Plaintiff was assaulted by an employee of the Stevenson House in Milford, Delaware.

　　　　2.　　Plaintiff, Debbie Nelson is the mother of Plaintiff, KN, a minor, and is the likely persons to act as Guardians Ad Litem for Plaintiff, KN.

　　　　3.　　I request the Court to enter an Order appointing Plaintiff, Debbie Nelson, as Guardians Ad Litem for Plaintiff, KN to pursue the above-captioned action.

*[signature: Leo J. Boyle]*
LEO J. BOYLE (BA-2 ID # 1024)
5197 W. Woodmill Drive, Suite 26
Woodmill Corporate Center
Wilmington, DE 19808
(302) 994-1300
Attorney for Plaintiffs

Date: 6/17/08

SWORN TO, SUBSCRIBED AND ACKNOWLEDGED before me, a Notary Public, for the State and County aforesaid, this 17 day of June, 2008.

*[signature: Cynthia L. Stafford]*
NOTARY PUBLIC

CYNTHIA L. STAFFORD
Notary Public - State of Delaware
My Comm. Expires March 17, 2011

Wp51/clientsNelson/Petition for Guardian Ad Litem

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBBIE NELSON<br>Guardian ad Litem for KN,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL WILSON, individually, and as agent employee of the State of Delaware, and STATE OF DELAWARE DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH, AND THEIR FAMILIES, DIVISION OF YOUTH REHABILITATIVE SERVICES,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C. A. No.<br><br><br>Jury Trial Demanded |

## ORDER

**NOW, TO-WIT,** this _____ day of _____, 2008 on reading the attached Petition for Appointment of Guardian Ad Litem, it is hereby Ordered that Plaintiff, Debbie Nelson, is appointed as Guardians Ad Litem for Plaintiff, KN, for the purpose of bringing the above-stated action.

_____ J.

Wp51/clients/Nelson /Petition for Guardian Ad Litem