**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BOUCHARD, MARGULES & FRIEDLANDER, PA, a Delaware professional corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No._____ |
| DAVID H. BROOKS, | ) ) | |
| Defendant. | ) ) | |

<u>**DEFENDANT'S NOTICE OF REMOVAL**</u>

Defendant David H. Brooks ("Brooks") files this Notice of Removal and respectfully shows as follows:

**Procedural Status**

Plaintiff filed its Complaint on May 23, 2008, under C.A. No. 08C-05-191 PLA in the Superior Court of the State of Delaware in and for New Castle County. The case has been pending in the Superior Court since it was filed.

**Timely Removal and Venue**

1.      Removal of this action is timely pursuant to 28 U.S.C. § 1446(b) because this Notice of Removal was filed 30 days after plaintiff filed its Complaint,  excluding Sunday June 22, 2008 pursuant to Fed. R. Civ. P. 6.  Venue is proper under 28 U.S.C. § 1446(a) because New Castle County, Delaware is within the jurisdiction of this Court.

**Grounds for Removal**

2.      Removal is proper under 28 U.S.C. §§ 1332(a) and 1441(a).  According to plaintiff, it is a Delaware professional corporation.  See Compl. ¶ 3.  Brooks is a citizen of the state of New York.  These are the only two parties to the action.  The amount in controversy exceeds $75,000, exclusive of interests and costs.  See Compl. ¶ 28.

**Notice to State Court**

3.      A copy of this Notice of Removal is being filed with the clerk of the state court in which the original action was filed, in the manner required by law.

**Additional Information**

4.      Pursuant to 28 U.S.C. § 1446(a), the specified information and documents are included as Exhibits A-D to this Notice.  A Civil Cover Sheet will be filed concurrently with this Notice of Removal pursuant to Local Rule 3.1.

**Prayer**

For these reasons, Brooks requests that this action be removed from the Superior Court of the State of Delaware in and for New Castle County to the United States District Court for the District of Delaware; that this Court take jurisdiction of this action to the exclusion of any further proceedings in the Delaware state court, in accordance with law; and that, after proper hearing or consideration, this Court assess the propriety of the pendency of this action in this District and State and dismiss, stay or transfer this matter to the proper court and forum, and provide to defendant Brooks all other relief to which he is entitled.

Of Counsel:

Herbert J. Stern
Stephen M. Plotnick
Stern & Kilcullen, LLC
75 Livingston Avenue
Roseland, New Jersey  07068
(973) 535-1900

Dated:  June 23, 2008

_/s/ A. Thompson Bayliss_
Kevin G. Abrams (#2375)
A. Thompson Bayliss (#4379)
Ian B. Barber (#5096)
Abrams & Laster LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
Bayliss@abramslaster.com
   _Attorneys for David H. Brooks_

## CERTIFICATE OF SERVICE

I, A. Thompson Bayliss, hereby certify that on June 23, 2008, I caused a copy of

*Defendant's Notice of Removal* to be served upon the following counsel of record via e-filing:

> Andre G. Bouchard (#2504)
> Bouchard, Margules & Friedlander, PA
> 222 Delaware Avenue, Suite 1400
> Wilmington, Delaware 19801

> */s/ A. Thompson Bayliss*
> A. Thompson Bayliss (#4379)

# EXHIBIT A

**EFiled: May 23 2008 2:13PM EDT**
**Transaction ID 19965683**
**Case No. 08C-05-191 PLA**

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, | ) | |
| P.A., a Delaware professional corporation, | ) | |
| | ) | C.A. No. _____ |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | AFFIDAVIT OF DEFENSE |
| | ) | PURSUANT TO 10 <u>DEL. C.</u> |
| DAVID H. BROOKS, | ) | §3901 DEMANDED |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Bouchard Margules & Friedlander, P.A. ("BMF") hereby alleges for its

Complaint as follows:

1.      Defendant David H. Brooks ("Brooks") is the founder and a former

director and officer of a publicly-traded Delaware corporation, Point Blank Systems, Inc.

("Point Blank"). As of November 2007, Brooks was defending lawsuits on multiple

fronts. In addition to being the subject of a criminal indictment in the Eastern District of

New York, Brooks had been sued by the United States Securities and Exchange

Commission for alleged civil violations of the federal securities laws. He also was a

defendant in shareholder class and derivative actions.

2.      In December 2007, Brooks retained BMF to represent him as Delaware

counsel in an action to be brought in the Delaware Court of Chancery seeking to have

Point Blank advance his legal fees and expenses incurred in defending the various

lawsuits filed against him. From December 5, 2007 through May 2, 2008, BMF

performed substantial legal services on Brooks' behalf, incurring over 500 hours of

attorney time. Brooks has failed to honor his obligation to pay BMF for the services

BMF rendered to him. Brooks currently owes BMF over $149,000 plus interest. BMF seeks collection of this amount.

### The Parties

3.　　Plaintiff BMF is a law firm that is organized as a Delaware professional corporation.

4.　　Defendant Brooks is an individual residing in New York City. He is currently under house arrest pending a criminal trial.

### BMF Provides Legal Services for Mr. Brooks

5.　　In late November 2007, BMF was contacted by an attorney with McDermott Will & Emery, LLP ("MWE"), a prominent law firm. MWE was serving as Brooks' criminal defense counsel, and was coordinating Brooks' legal position in various other matters. MWE asked BMF to represent Brooks in bringing an action in the Delaware Court of Chancery to seek advancement of legal fees Brooks was incurring in various criminal and civil actions arising from his former role as a director and officer of Point Blank (the "Delaware Advancement Action").

6.　　At the time BMF was being asked to represent him, Brooks was in jail pending trial on the criminal matters, and certain of his assets were frozen by order of the United States District Court for the Southern District of New York. As a consequence, arrangements for BMF's retention to represent Brooks were handled through MWE.

7.　　The terms of BMF's engagement are documented in an engagement letter, dated December 6, 2007, attached hereto as Exhibit A (the "Engagement Letter"). The Engagement Letter recites that BMF was being engaged to represent Brooks in connection with an advancement action to be filed on his behalf in the Delaware Court of

2

Chancery. It further provides, among other things, that BMF required a $60,000 retainer, that BMF would be compensated on an hourly basis, and that failure to pay invoices within 30 days of receipt would result in interest accruing at the rate of 1% per month on balances outstanding more than 30 days.

8.     MWE advised BMF that Brooks had approved the retention of BMF on the terms set forth in the Engagement Letter. Because Brooks' funds were frozen, the $60,000 retainer was provided by one of his attorneys. Brooks was subsequently released from jail under a bail agreement that gave him a measure of control over his assets.

9.     Beginning on or about December 5, 2007, through May 2, 2008, BMF performed various legal services for Brooks in connection with the Delaware Advancement Action including, but not limited to:  investigating, drafting and filing a complaint in the Delaware Court of Chancery; drafting and filing a motion for summary judgment and supporting brief; drafting and filing an amended complaint; propounding and responding to discovery demands; drafting and filing various motions and responses to motions; and preparing for and attending various court hearings.

10.     On a monthly basis, BMF submitted invoices for the worked it performed on behalf of Brooks. Specifically, invoices for legal services rendered and out-of-pocket expenses incurred on Brooks' behalf were issued on or about the following dates in the following amounts: January 3, 2008 ($53,608.89), February 6, 2008 ($29,193.86), March 10, 2008 ($54,769.39), April 3, 2008 ($47,305.23) and May 6, 2008 ($22,229.11). (Exhibit B) In addition, BMF has been billed an additional $2,076.95 by a third party for services rendered on behalf of Brooks (Exhibit C), which BMF has paid.

3

11.     These invoices reflect the detail for over 500 hours in attorney time incurred on Brooks' behalf. Other than the initial $60,000 retainer BMF received from MWE, BMF has received no payment for any of the services reflected in any of these invoices. As of May 6, 2008, the date of the final invoice issued, the outstanding balance owed, excluding interest, was $149,183.43.

### Brooks Affirms His Desire to be Represented by BMF

12.     On or about March 13, 2008, BMF was advised that differences had arisen between Brooks and MWE over Brooks' failure to pay MWE's legal bills. Later that day, the BMF attorney with principal responsibility for the Brooks representation received a call from Brooks and members of Stern & Kilcullen, a New Jersey law firm ("S&K"). Brooks advised the BMF attorney that MWE was no longer representing him, that he had retained K&S in its place, and that he wanted BMF to continue representing him as Delaware counsel in the Delaware Advancement Action.

13.     The BMF attorney met with principals of K&S the following day. K&S advised BMF that BMF would continue in its role as Delaware counsel in the Delaware advancement case.

### Brooks Refuses to Pay His Legal Bills

14.     After MWE was replaced by K&S, BMF asked K&S to inquire when Brooks intended to pay his bills and bring his account current. K&S gave assurances that it would raise the subject with Brooks and would assist BMF in getting paid. Despite repeated requests, however, Brooks continued to disregard his obligation to pay the invoices previously submitted by BMF.

4

15.    On April 27, 2008, after weeks of oral and written inquiries, BMF emailed K&S, again asking when BMF would be paid its outstanding invoices and advising K&S that BMF "will have a problem if there is not an acceptable answer." On May 2, 2008, K&S advised BMF that Brooks had retained new Delaware counsel to represent him in the Delaware Advancement Action. BMF thereafter made further efforts to resolve its fee dispute with Brooks amicably, but Brooks has simply refused to pay any of BMF's outstanding invoices.

16.    Neither Brooks nor any of his attorneys have ever questioned any of charges set forth in any of BMF's invoices or any aspect of the services provided by BMF on Brooks' behalf.

17.    On May 12, 2008, the Court of Chancery entered an Order permitting the substitution of new counsel for BMF in the Delaware Advancement Action. BMF no longer represents Brooks.

### Jury Demand and Affidavit of Defense Demanded

18.    BMF demands a trial by jury of this action.

19.    An affidavit of defense is demanded pursuant to 10 *Del. C.* § 3901.

### COUNT I
### (Breach of Contract)

20.    BMF repeats and realleges the foregoing allegations as if fully set forth here.

21.    Brooks agreed to engage BMF to perform legal services on his behalf pursuant to the terms set forth in the Engagement Letter.

22.    BMF submitted monthly invoices to Brooks.

23.    Brooks breached the terms of the Engagement Letter by refusing to pay any of the bills rendered by BMF for services performed on his behalf. Brooks owes BMF $149,183.43 plus interest at the rate of 1% per month.

## COUNT II
### (Unjust Enrichment)

24.    BMF repeats and realleges the foregoing allegations as if fully set forth here and pleads this cause of action for unjust enrichment in the alternative to Count I.

25.    Brooks received the benefit of legal services he knew that BMF was performing on his behalf in connection with the Delaware Advancement Action;

26.    BMF submitted monthly invoices to Brooks. The amounts billed by BMF represent fair and reasonable compensation for the services rendered.

27.    BMF has been impoverished by Brooks unjustified refusal to pay the invoices submitted to him in a timely manner;

28.    Brooks owes BMF $149,183.43 plus interest at the rate of 1% per month.

WHEREFORE, Plaintiff BMF seeks judgment:

(a)    awarding damages in the amount of $149,183.43 ;

(b)    awarding interest accruing at a rate of 1% per month on all overdue amounts from the date such amounts were first incurred through the date of payment;

(c)    awarding the costs of this litigation, including reasonable attorneys fees; and

(d)    granting such other relief as the Court may deem just.

BOUCHARD MARGULES & FRIEDLANDER,
P.A.

/s/ Andre G. Bouchard
Andre G. Bouchard (#2504)
Joel Friedlander (#[])
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500

Attorneys for Plaintiff Bouchard Margules &
Friedlander, P.A.

Dated: May 23, 2008

EFiled:  May 23 2008  2:13PM EDT
Transaction ID 19965683
Case No. 08C-05-191 PLA

# EXHIBIT A

## BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD

DIRECT DIAL
(302) 573-3510
ABOUCHARD@BMF-LAW.COM

December 6, 2007

Via E-Mail

Mr. David H. Brooks
c/o Michael S. Sommer, Esquire
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York  10173-1922

Re:    Advancement Litigation

Dear Mr. Brooks:

This letter confirms that you have retained this firm to represent you in connection with an action to be filed in the Delaware Court of Chancery seeking advancement of certain fees and expenses from Point Bank Solutions, Inc., a Delaware corporation, formerly known as DHB Industries, Inc. (the "Company"). We understand that we will be working on this matter in collaboration with your counsel at McDermott Will & Emery LLP.

By way of disclosure,

**REDACTED**

In handling this matter, we will bill at hourly rates, as in effect at the time services are rendered. These rates presently range from $285 to $525 per hour. My rate is $525 per hour. The firm also bills separately for reasonable out-of-pocket expenses. Included within such expenses are items such as travel expenses, filing fees, court reporter fees, photocopying,

{BMF-W0075929.3}

Mr. David H. Brooks
December 6, 2007
Page 2

postage, delivery charges, long distance telephone charges, computerized legal research and staff overtime (non-attorney) to the extent directly attributable to services performed on your behalf.

In order to undertake this representation, the firm will require a retainer of $60,000. This is an evergreen retainer. We will bill periodically but not less than monthly, with the understanding that the bills will be paid within 30 days of receipt, thereby replenishing the retainer to its full amount each month. We will keep the unearned portion of the retainer in our firm's escrow account. At the conclusion of the representation, we will return any unused portion of the retainer. In the event that a balance remains outstanding at any time for more than 30 days, interest will be charged on such amount at the rate of one percent per month. For purposes of sending the retainer, our wire transfer instructions are as follows:

> Bouchard Margules & Friedlander, P.A. Escrow Account
> Wilmington Trust Company
> 1100 North Market Street
> Wilmington, DE 19890
> ABA:            0311 00092
> Account No.:    2710-9926
> Notice To:   Ms. M. Rosemary McGarry

At the conclusion of our representation, we will afford you the opportunity to take possession of the files relating to this matter. We reserve the right to make copies from these files for own records and to discard all documents relating to this representation in the event you do not elect to obtain these files at such time.

If the terms of this agreement are acceptable, please sign this letter in the manner indicated below and return an executed copy to me. If you have any questions, please feel free to contact me at your convenience.

Sincerely,

Andre G. Bouchard

**ACKNOWLEDGED AND AGREED:**

**DAVID H. BROOKS**

_____

Date: _____

{BMF-W0075929.3}

# EXHIBIT B

BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

Page: 1
01/03/2008

Brooks
Daniel N. Jocelyn
McDermott Will & Emery LLP
340 Madison Avenue
New York NY 10017

Client I.D.    787-00
Statement No:    368782

**For Services Rendered through 12/31/2007**
**Payments received after 01/03/2008 are not included in this statement.**

Fees

| Date | | Hours |
|------|------|------|
| 12/05/2007 | | 3.75 |
| 12/06/2007 | | 6.50 |
| 12/07/2007 | | 3.50 |
| 12/08/2007 | | 0.75 |
| 12/09/2007 | REDACTED | 1.50 |
| 12/10/2007 | | |
| | | 4.75 |
| 12/11/2007 | | 0.20 |
| 12/14/2007 | | 0.50 |
| 12/17/2007 | | 1.10 |
| 12/18/2007 | | 0.40 |
| 12/20/2007 | | 1.00 |
| 12/26/2007 | | 0.25 |
| Andre G. Bouchard, Partner | | 24.20   12,705.00 |

Brooks

Page: 2
01/03/2008
Client I.D.    787-00
Statement No:    368782

| | Hours | |
|---|---|---|
| 12/07/2007 | 4.70 | |
| 12/09/2007 | 2.20 | |
| 12/10/2007 | 3.10 | |
| 12/14/2007 | 1.30 | |
| 12/18/2007 | 1.30 | |
| | 2.10 | |
| 12/19/2007 | 3.20 | |
| 12/20/2007 | 5.90 | |
| 12/21/2007 | 1.40 | |
| 12/24/2007 | 4.20 | |
| 12/26/2007 | 3.70 | |
| 12/27/2007 | 1.10 | |
| 12/28/2007 | 2.10 | |

**REDACTED**

David J. Margules, Partner         36.30    19,057.50

| | Hours | |
|---|---|---|
| 12/05/2007 | 9.45 | |
| 12/06/2007 | 8.20 | |
| 12/07/2007 | 1.60 | |
| 12/08/2007 | 1.25 | |
| 12/10/2007 | 5.10 | |
| 12/11/2007 | 7.10 | |
| 12/12/2007 | | |

**REDACTED**

· Brooks

Page: 3
01/03/2008
Client I.D.      787-00
Statement No:    368782

|  |  | Hours |  |
|---|---|---|---|
|  |  | 6.80 |  |
| 12/14/2007 |  | 4.40 |  |
| 12/15/2007 | **REDACTED** | 2.10 |  |
| 12/17/2007 |  |  |  |
|  |  | 9.50 |  |
| 12/18/2007 |  | 0.80 |  |
| 12/20/2007 |  |  |  |
|  |  | 3.90 |  |
| 12/21/2007 |  | 4.60 |  |
| 12/27/2007 |  | 1.30 |  |
| 12/28/2007 |  |  |  |
|  |  | 4.00 |  |
| Sean M. Brennecke, Associate |  | 70.10 | 19,277.50 |
|  |  |  |  |
| **For Professional Services Rendered** |  | 130.60 | 51,040.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Andre G. Bouchard, Partner | 24.20 | $525.00 | $12,705.00 |
| David J. Margules, Partner | 36.30 | 525.00 | 19,057.50 |
| Sean M. Brennecke, Associate | 70.10 | 275.00 | 19,277.50 |

### Expenses

| | |
|---|---|
| Photocopy charges | 628.50 |
| Filing fee | 423.00 |
| Processor fee | 70.00 |
| Courier fee | 57.50 |
| Online legal research. | 1,389.89 |
| Total Expenses Thru 12/31/2007 | 2,568.89 |
| **Total Current Fees and Expenses** | 53,608.89 |
| Balance Due | $53,608.89 |
| **Please Remit** | $53,608.89 |

Please remit to:
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400, Wilmington, DE 19801
Federal I.D. No. 51-0373906

## BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION

SUITE 1400

222 DELAWARE AVENUE

WILMINGTON, DELAWARE 19801

(302) 573-3500

FAX (302) 573-3501

Page: 1

02/06/2008

Brooks

Daniel N. Jocelyn

McDermott Will & Emery LLP

340 Madison Avenue

New York NY 10017

Client I.D.    787-00

Statement No:    368825

### For Services Rendered through 01/31/2008
### Payments received after 02/06/2008 are not included in this statement.

Fees

| | | Hours | |
|---|---|---|---|
| 01/02/2008 | | 0.20 | |
| 01/10/2008 | | 0.25 | |
| 01/11/2008 | | 0.35 | |
| 01/28/2008 | | 0.20 | |
| 01/30/2008 | | 0.65 | |
| | | 1.65 | 866.25 |
| 01/02/2008 | | 0.30 | |
| 01/09/2008 | REDACTED | 0.90 | |
| 01/10/2008 | | 0.60 | |
| 01/11/2008 | | 0.70 | |
| 01/14/2008 | | 1.70 | |
| 01/15/2008 | | 3.30 | |
| 01/16/2008 | | 0.40 | |
| 01/18/2008 | | 1.10 | |
| 01/22/2008 | | 1.20 | |

Brooks

Page: 2
02/06/2008
Client I.D.      787-00
Statement No:    368825

|  | | Hours | |
|---|---|---|---|
| 01/23/2008 | | 1.90 | |
| 01/24/2008 | | 0.70 | |
| 01/25/2008 | | 1.10 | |
| 01/27/2008 | | 3.10 | |
| 01/28/2008 | REDACTED | 4.30 | |
| 01/29/2008 | | 4.10 | |
| 01/30/2008 | | 5.10 | |
| 01/31/2008 | | 6.20 | |
|  | David J. Margules, Partner | 36.70 | 19,267.50 |
| 01/11/2008 | | 0.70 | |
|  | | 0.70 | 227.50 |
| 01/02/2008 | | 0.70 | |
| 01/09/2008 | | 0.20 | |
| 01/14/2008 | REDACTED | 0.60 | |
| 01/15/2008 | | 0.20 | |
| 01/16/2008 | | 2.30 | |
| 01/18/2008 | | 2.40 | |
| 01/22/2008 | | 2.10 | |
| 01/23/2008 | | 0.30 | |
| 01/25/2008 | | 1.10 | |
| 01/28/2008 | | 3.20 | |
| 01/29/2008 | | | |

Brooks

Page: 3
02/06/2008
Client I.D.    787-00
Statement No:    368825

| | | Hours | |
|---|---|---|---|
| | | 2.30 | |
| 01/30/2008 | REDACTED | | |
| | | 5.80 | |
| 01/31/2008 | | | |
| | | 6.20 | |
| | Sean M. Brennecke, Associate | 27.40 | 7,809.00 |
| | **For Professional Services Rendered** | 66.45 | 28,170.25 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Andre G. Bouchard, Partner | 1.65 | $525.00 | $866.25 |
| David J. Margules, Partner | 36.70 | 525.00 | 19,267.50 |
| Evan O. Williford, Associate | 0.70 | 325.00 | 227.50 |
| Sean M. Brennecke, Associate | 27.40 | 285.00 | 7,809.00 |

### Expenses

| | |
|---|---|
| Telephone/Facsimile | 2.92 |
| Photocopy charges | 380.10 |
| Filing fee | 225.50 |
| Courier fee | 27.00 |
| Vendor Charges | 388.09 |
| Total Expenses Thru 02/05/2008 | 1,023.61 |
| **Total Current Fees and Expenses** | 29,193.86 |
| Balance Owed as of Last Invoice | $53,608.89 |
| Total Payments Received Since Last Invoice Thru 01/31/2008 | -53,608.89 |
| Balance Due | $29,193.86 |

Your Retainer Account balance is $6,391.11

**Please Remit**                                                    $29,193.86

Please remit to:
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400, Wilmington, DE 19801
Federal I.D. No. 51-0373906

BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

Page: 1
03/10/2008

Brooks
Daniel N. Jocelyn
McDermott Will & Emery LLP
340 Madison Avenue
New York NY 10017

Client I.D.      787-00
Statement No:    368872

**For Services Rendered through 02/29/2008**
**Payments received after 03/10/2008 are not included in this statement.**

Fees

| | | Hours | |
|---|---|---|---|
| 02/01/2008 | REDACTED | 0.35 | |
| | | 0.35 | 183.75 |
| 02/01/2008 | | 2.00 | |
| 02/08/2008 | | 0.50 | |
| | | 1.50 | |
| 02/10/2008 | | 0.20 | |
| 02/11/2008 | | 1.25 | |
| 02/12/2008 | | 3.00 | |
| | | 0.20 | |
| 02/13/2008 | | 2.00 | |
| 02/14/2008 | | 1.25 | |
| 02/15/2008 | | 0.40 | |
| 02/19/2008 | | | |
| | | 12.30 | 6,457.50 |
| 02/01/2008 | | 7.90 | |
| 02/03/2008 | | 0.20 | |
| 02/04/2008 | | 2.30 | |

Brooks

Page: 2
03/10/2008
Client I.D.    787-00
Statement No:    368872

|  |  | Hours |  |
|---|---|---|---|
| 02/06/2008 | REDACTED | 2.10 |  |
| 02/07/2008 |  | 0.30 |  |
| 02/08/2008 |  | 0.20 |  |
| 02/09/2008 |  | 0.20 |  |
| 02/10/2008 |  | 0.40 |  |
| 02/11/2008 |  |  |  |
| 02/12/2008 |  | 0.20 |  |
| 02/13/2008 |  | 1.40 |  |
| 02/15/2008 |  | 0.10 |  |
| 02/18/2008 |  | 1.10 |  |
| 02/21/2008 |  | 2.40 |  |
| 02/22/2008 |  | 1.30 |  |
| 02/25/2008 |  | 1.60 |  |
| 02/26/2008 |  | 2.60 |  |
| 02/27/2008 |  | 2.10 |  |
| 02/28/2008 |  | 4.10 |  |
| 02/29/2008 |  | 3.10 |  |

David J. Margules, Partner                            33.60    17,640.00

| 02/01/2008 | REDACTED | 7.10 |
|---|---|---|
| 02/04/2008 |  | 2.00 |
| 02/05/2008 |  | 0.30 |
| 02/06/2008 |  | 0.20 |

| | | Hours |
|---|---|---|
| 02/07/2008 | | 2.70 |
| 02/08/2008 | | 6.00 |
| 02/09/2008 | | 7.80 |
| 02/10/2008 | | 8.20 |
| 02/11/2008 | | 8.10 |
| 02/12/2008 | **REDACTED** | 7.20 |
| 02/13/2008 | | 7.10 |
| 02/14/2008 | | 6.40 |
| 02/15/2008 | | 7.90 |
| 02/25/2008 | | 0.60 |
| 02/26/2008 | | 3.50 |
| 02/27/2008 | | 5.30 |
| 02/28/2008 | | 8.60 |
| 02/29/2008 | | 2.80 |

Sean M. Brennecke, Associate            91.80     26,163.00

**For Professional Services Rendered**            138.05     50,444.25

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Andre G. Bouchard, Partner | 0.35 | $525.00 | $183.75 |
| Joel E. Friedlander, Partner | 12.30 | 525.00 | 6,457.50 |
| David J. Margules, Partner | 33.60 | 525.00 | 17,640.00 |
| Sean M. Brennecke, Associate | 91.80 | 285.00 | 26,163.00 |

### Expenses

| | |
|---|---|
| Telephone/Facsimile | 0.52 |
| Photocopy charges | 741.75 |
| Outside Photocopy Charges | 559.40 |

Brooks

Page: 4
03/10/2008
Client I.D.      787-00
Statement No:    368872


| | |
|---|---|
| Filing fee | 214.00 |
| Courier fee | 28.00 |
| Vendor Charges | 2,553.47 |
| Court Reporting Fees | 228.00 |
| Total Expenses Thru 02/29/2008 | 4,325.14 |

| | |
|---|---|
| **Total Current Fees and Expenses** | 54,769.39 |
| Balance Owed as of Last Invoice | $29,193.86 |
| Total Payments Received Since Last Invoice Thru 03/07/2008 | -6,391.11 |
| Balance Due | $77,572.14 |
| **Please Remit** | $77,572.14 |

## BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

Brooks
Kevin M. Kilcullen, Esq
Stern & Kilcullen, LLC
75 Livingston Avenue
Roseland NJ 07068

Page: 1
04/03/2008
Client I.D.      787-00
Statement No:     368918

**For Services Rendered through 03/31/2008**
**Payments received after 04/03/2008 are <u>not</u> included in this statement.**

Fees

| | | Hours |
|---|---|---|
| 03/03/2008 | REDACTED | 0.90 |
| 03/04/2008 | | 1.30 |
| 03/05/2008 | | 0.20 |
| 03/06/2008 | | 0.20 |
| 03/10/2008 | | 1.40 |
| 03/12/2008 | | 2.10 |
| 03/13/2008 | | 3.90 |
| 03/14/2008 | | 3.90 |
| 03/16/2008 | | 0.40 |
| 03/17/2008 | | 1.90 |
| 03/18/2008 | | 0.90 |
| 03/19/2008 | | 1.10 |

Brooks

Page: 2
04/03/2008
Client I.D.    787-00
Statement No:    368918

| Date | | Hours |
|---|---|---|
| 03/20/2008 | REDACTED | |
| | | 3.20 |
| 03/21/2008 | | 0.30 |
| | | 1.10 |
| 03/24/2008 | | |
| | | 2.90 |
| 03/25/2008 | | |
| | | 6.10 |
| 03/26/2008 | | |
| | | 2.70 |
| 03/27/2008 | | |
| | | 5.90 |
| 03/28/2008 | | |
| | | 7.10 |
| 03/31/2008 | | |
| | | 0.70 |

David J. Margules, Partner                    48.20    25,305.00

| Date | | |
|---|---|---|
| 03/03/2008 | | 3.20 |
| 03/04/2008 | | |
| | | 1.30 |
| 03/05/2008 | | 0.30 |
| 03/06/2008 | REDACTED | 0.50 |
| 03/10/2008 | | |
| | | 8.10 |
| 03/11/2008 | | |
| | | 3.60 |
| 03/12/2008 | | 2.30 |
| 03/13/2008 | | |
| | | 2.50 |
| 03/14/2008 | | |
| | | 3.70 |

Brooks

| | | Hours | |
|---|---|---|---|
| 03/17/2008 | | 1.50 | |
| 03/18/2008 | | 5.30 | |
| 03/19/2008 | | 7.80 | |
| 03/20/2008 | REDACTED | 5.70 | |
| 03/21/2008 | | 3.20 | |
| 03/24/2008 | | 2.30 | |
| 03/25/2008 | | 4.30 | |
| 03/26/2008 | | 5.70 | |
| 03/27/2008 | | 1.00 | |
| 03/28/2008 | | 0.50 | |
| 03/31/2008 | | 0.20 | |
| | Sean M. Brennecke, Associate | 63.00 | 17,955.00 |
| 03/19/2008 | REDACTED | 1.30 | |
| | Legal Assistant | 1.30 | 117.00 |
| | **For Professional Services Rendered** | 112.50 | 43,377.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| David J. Margules, Partner | 48.20 | $525.00 | $25,305.00 |
| Sean M. Brennecke, Associate | 63.00 | 285.00 | 17,955.00 |
| Legal Assistant | 1.30 | 90.00 | 117.00 |

### Expenses

| | |
|---|---|
| Telephone/Facsimile | 1.33 |
| Photocopy charges | 495.75 |
| Travel expense | 151.45 |
| Facsimile costs | 0.20 |
| Fedex | 26.07 |
| Filing fee | 2,237.00 |
| Processor fee | 110.00 |
| Courier fee | 16.50 |
| Vendor Charges | 468.01 |

Brooks

Page: 4
04/03/2008
Client I.D.       787-00
Statement No:     368918

| | |
|---|---|
| Court Reporting Fees | 421.92 |
| Total Expenses Thru 03/31/2008 | 3,928.23 |
| **Total Current Fees and Expenses** | 47,305.23 |
| Balance Owed as of Last Invoice | $77,572.14 |
| Balance Due | $124,877.37 |
| **Please Remit** | $124,877.37 |

Please remit to:
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400, Wilmington, DE 19801
Federal I.D. No. 51-0373906

# BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

Brooks
Kevin M. Kilcullen, Esq
Stern & Kilcullen, LLC
75 Livingston Avenue
Roseland NJ 07068

Page: 1
05/06/2008
Client I.D.      787-00
Statement No:    368957

**For Services Rendered through 05/05/2008**
**Payments received after 05/06/2008 are not included in this statement.**

### Fees

| Date | | Hours |
|------|---|------|
| 04/01/2008 | | 0.30 |
| 04/03/2008 | | 0.30 |
| 04/04/2008 | | 0.60 |
| 04/07/2008 | | 1.40 |
| 04/08/2008 | | 2.40 |
| 04/09/2008 | REDACTED | 0.30 |
| 04/10/2008 | | 0.70 |
| 04/11/2008 | | 2.10 |
| 04/13/2008 | | 3.10 |
| 04/14/2008 | | 2.10 |
| 04/15/2008 | | 1.10 |
| 04/17/2008 | | 0.40 |
| 04/22/2008 | | 0.30 |
| 04/25/2008 | | 0.10 |

Brooks

| Date | | Hours | |
|------|------|------|------|
| 04/28/2008 | REDACTED | 0.20 | |
| 05/02/2008 | | 0.10 | |
| | David J. Margules, Partner | 15.50 | 8,137.50 |
| 04/01/2008 | | . | |
| | | 0.70 | |
| 04/02/2008 | | 2.00 | |
| 04/03/2008 | | 1.60 | |
| 04/04/2008 | | 1.00 | |
| 04/07/2008 | | 0.90 | |
| 04/08/2008 | | 0.40 | |
| 04/09/2008 | | | |
| | | 5.40 | |
| 04/10/2008 | | 2.30 | |
| 04/11/2008 | REDACTED | 0.40 | |
| 04/14/2008 | | 0.60 | |
| 04/15/2008 | | 3.15 | |
| 04/16/2008 | | 2.85 | |
| 04/17/2008 | | 3.15 | |
| 04/23/2008 | | 4.95 | |
| 04/24/2008 | | 6.75 | |
| 04/28/2008 | | 1.40 | |
| 04/29/2008 | | 1.30 | |
| 05/01/2008 | | 0.20 | |
| | Sean M. Brennecke, Associate | 39.05 | 11,129.25 |
| | **For Professional Services Rendered** | 54.55 | 19,266.75 |

Brooks

Page: 3
05/06/2008
Client I.D.    787-00
Statement No:    368957

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| David J. Margules, Partner | 15.50 | $525.00 | $8,137.50 |
| Sean M. Brennecke, Associate | 39.05 | 285.00 | 11,129.25 |

Expenses

| | |
|---|---|
| Telephone/Facsimile | 9.47 |
| Photocopy charges | 636.75 |
| Postage | 5.33 |
| Travel expense | 759.43 |
| Facsimile costs | 1.70 |
| Outside Photocopy Charges | 468.38 |
| Fedex | 145.40 |
| Courier fee | 6.50 |
| Vendor Charges | 929.40 |
| Total Expenses Thru 05/05/2008 | 2,962.36 |
| **Total Current Fees and Expenses** | 22,229.11 |
| Balance Owed as of Last Invoice | $124,877.37 |
| Balance Due | $147,106.48 |
| **Please Remit** | $147,106.48 |

Please remit to:
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400, Wilmington, DE 19801
Federal I.D. No. 51-0373906

# EXHIBIT C

# GRUHIN & GRUHIN, P.A.

### COUNSELLORS AT LAW
60 ROUTE 46 EAST
FAIRFIELD, NEW JERSEY 07004

TELEPHONE (973) 227-9300
TELECOPIER (973) 227-3900

May 13, 2008

Sean M. Brennecke, Esq.
Bouchard Margules & Friedlander
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Re:   <u>Brooks v. Point Blank Solutions</u>

Dear Mr. Brennecke:

Enclosed find this firm's billing statement reflecting all time expended on your behalf through April 30, 2008 in connection with the above-referenced matter.

Kindly see to the prompt satisfaction of this invoice.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

GRUHIN & GRUHIN, P.A.

By: _____
PAUL J. LINKER

PJL/gg
Enclosure

08-3800.01\Brennecke\5-8-08Billing

# Gruhin & Gruhin, P.A.
60 Route 46 East
Fairfield, New Jersey 07004

Telephone:    (973) 227-9300          Telecopier:    (973) 227-3900

Sean M. Brennecke, Esq.                                              May 13, 2008
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801                        Client No.:      083800
                                                  Matter No.:      bouchard
                                                  Invoice No.:     2487

FOR ALL PROFESSIONAL LEGAL SERVICES RENDERED THROUGH APRIL 30, 2008 ON
YOUR FIRM'S BEHALF IN CONNECTION WITH THE MATTER ENTITLED BROOKS V. POINT
BLANK SOLUTIONS

| Date | | | |
|---|---|---|---|
| 03/25/08 | PJL | | 0.30 |
| 03/28/08 | PJL | | 1.20 |
| 03/31/08 | PJL | | 0.90 |
| | | REDACTED | |
| 04/01/08 | PJL | | 0.80 |
| 04/03/08 | PJL | | 0.20 |
| 04/04/08 | PJL | | 0.50 |
| 04/07/08 | PJL | | 0.30 |

Sean M. Brennecke, Esq.
Bouchard, Margules & Friedlander, P.A.

May 13, 2008
Page    2

| | | | | |
|---|---|---|---|---|
| 04/08/08  PJL | REDACTED | | | 0.50 |

| | | | |
|---|---|---|---|
| Totals | | 4.70 | $1,880.00 |

DISBURSEMENTS

| | | |
|---|---|---|
| Filing Fees | 30.00 | |
| Messenger Service | 60.00 | |
| Telecopier, Photocopy, Postage, Telephone | 25.00 | |
| Process Of Service | 81.95 | |
| Totals | | $196.95 |

| | |
|---|---|
| Total Fees, Disbursements | $2,076.95 |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$2,076.95** |

Tax ID Number  22-3405456

# EXHIBIT B

EFiled: May 23 2008 2:13PM EDT
Transaction ID 19965683
Case No. 08C-05-191 PLA

**SUPERIOR COURT**
**CIVIL CASE INFORMATION STATEMENT (CIS)**

COUNTY:    (N)    K    S        CIVIL ACTION NUMBER:_____

| | |
|---|---|
| Caption:<br><br>**BOUCHARD MARGULES & FRIEDLANDER,**<br>**P.A., a Delaware professional**<br>**corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID H. BROOKS,**<br><br>Defendant | Civil Case Code: **CDBT**_____<br><br>Civil Case Type: **DEBT/BREACH OF CONTRACT**<br>(SEE REVERSE SIDE FOR CODE AND TYPE)<br><br>Name and Status of Party filing document:<br>**BOUCHARD MARGULES & FRIEDLANDER,**<br>**PLAINTIFFS**<br><br>Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)<br>**COMPLAINT**<br><br>JURY DEMAND:   YES __X__   No _____ |

| | |
|---|---|
| ATTORNEY NAME(S):<br><br>**Andre G. Bouchard**<br>ATTORNEY ID(S):<br><br>**#2504**<br>FIRM NAME:<br><br>**Bouchard Margules & Friedlander**<br>ADDRESS:<br><br>**222 Delaware Avenue, Suite 1400**<br><br>**Wilmington, DE   19801**<br>TELEPHONE NUMBER:<br><br>**302-573-3500**<br>FAX NUMBER:<br><br>**302-573-3501**<br>E-MAIL ADDRESS:<br><br>**abouchard@bmf-law.com** | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:<br><br>**N/A**<br><br><br>EXPLAIN THE RELATIONSHIP(S):<br><br><br><br><br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br><br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

Revised 3/2008

# EXHIBIT C

EFiled: May 23 2008 2:13PM EDT
Transaction ID 19965683
Case No. 08C-05-191 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR NEW CASTLE COUNTY

BOUCHARD MARGULES & FRIEDLANDER, )
P.A., a Delaware professional corporation, )
                                   )   C.A. No. _____
                   Plaintiff, )
                                   )
                                   )
                  v. )
                                   )
DAVID H. BROOKS, )
                                   )
                   Defendant. )

## PRAECIPE

To:    Prothonotary
        Superior Court
        New Castle County Courthouse
        500 North King Street
        Wilmington, Delaware 19801

PLEASE ISSUE a summons to the Sheriff of Kent County, State of Delaware, to effect

service on David H. Brooks, 200 East 64th Street, Apartment 19A, New York, NY by serving the

Delaware Secretary of State, 401 Federal Street, Suite 3, Dover, DE 19901, pursuant to 10 Del.

C. § 3104 (c).

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Andre G. Bouchard
Andre G. Bouchard (#2504)
Joel Friedlander (#3163)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500

Attorneys for Plaintiff
Bouchard Margules & Friedlander, P.A.

Dated: May 23, 2008

# EXHIBIT D

EFiled: May 23 2008 2:13PM EDT
Transaction ID 19965683
Case No. 08C-05-191 PLA

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A., a Delaware professional corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. _____ |
| v. | ) ) ) | |
| DAVID H. BROOKS, | ) ) | |
| Defendant. | ) ) | |

## SUMMONS

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF KENT COUNTY.**
**YOU ARE COMMANDED:**

To summon defendant *David H. Brooks,* **200 East 64th Street, Apartment 19A, New York, NY, by serving the Delaware Secretary of State, 401 Federal Street, Suite 3, Dover, DE 19901 pursuant to 10 Del. C. § 3104 (c),** so that within 20 days after service hereof upon it, exclusive of the day of service, it shall serve upon Andre G. Bouchard, Esquire, plaintiffs' attorney, whose address is Bouchard Margules & Friedlander, P.A., 222 Delaware Avenue, Suite 1400, Wilmington, DE 19801, an answer to the Complaint.

To serve upon defendant a copy hereof and of the Complaint.

DATED: _____, 2008

_____
Prothonotary

_____
*Per Deputy*

**TO THE ABOVE NAMED DEFENDANTS:**
In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiffs' attorney named above an answer to the Complaint, judgment by default will be rendered against you for the relief demanded in the Complaint.

_____
Prothonotary

_____
*Per Deputy*

JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

BOUCHARD, MARGULES & FRIEDLANDER, PA

**(b)** County of Residence of First Listed Plaintiff   NEW CASTLE
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
BOUCHARD MARGULES & FRIEDLANDER, PA; 222 DELAWARE AVENUE, SUITE 1400, WILMINGTON, DE 19801; (302)573-3500

## DEFENDANTS

DAVID H. BROOKS

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
A. THOMPSON BAYLISS; ABRAMS & LASTER LLP; 20 MONTCHANIN ROAD; SUITE 200, WILMINGTON, DE 19807; (302)778-1000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. SECTIONS 1332(a) and 1441(a)

Brief description of cause:
BREACH OF CONTRACT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE
06/23/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____