IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL E. SEIDEL, : <br> : <br> Plaintiff, : <br> : Civil Action No.: _____ <br> v. : <br> : <br> MICHAEL J. ASTRUE, : <br> Commissioner, Social Security Administration, : <br> : <br> Defendant. : | |

## **COMPLAINT**

1.  The plaintiff, whose Social Security Account Number ends in the last four digits \*\*\*-\*\*-1504, and who is a resident of Greenwood, DE 19950, seeks judicial review pursuant to 42 U.S.C. 405(g) and 42 U.S.C. 1383(c) of an adverse decision of the defendant dated May 2, 2008, which has become final and bears the following caption:

| In the case of | Claim for |
|---|---|
| Daniel E. Seidel, <br> claimant | RSI (405)g <br> SSID Title XVI <br> \*\*\*-\*\*- 1504 |

2.  Plaintiff has exhausted administrative remedies.

WHEREFORE, plaintiff seeks a judgment for such relief as may be proper including costs and attorney's fees.

/s/ Paul G. Enterline    6/27/08
_____
Paul G. Enterline, Esquire
(DE Bar ID # 3051)
113 South Race Street
P.O. Box 826
Georgetown, DE  19947
(302) 856-9585
Attorney for Plaintiff