## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>POWERMATE CORPORATION<br><br>     Debtor. | Chapter 11<br>Case No. 08-10499-KG<br><br>(pending in the United States<br>Bankruptcy Court for the District of Delaware) |
| POWERMATE CORPORATION<br>f/k/a COLEMAN POWERMATE, INC.,<br>a Nebraska corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, Inc.,<br>a Delaware corporation, individually and<br>d/b/a SAM'S CLUB<br><br>     Defendant. | Adversary Proceeding No. _____<br><br>(Civil Action No. 08C-05-201-CHT pending in<br>the Superior Court of the State of Delaware in<br>and for New Castle County) |

## NOTICE OF REMOVAL

Wal-Mart Stores, Inc., doing business as Sam's Club ("Wal-Mart") files this Notice of Removal (the "Notice") pursuant to 28 U.S.C. § 1452, and respectfully represents as follows:

### JURISDICTION

1.      This Court has jurisdiction over this Notice pursuant to 28 U.S.C. §§ 1334 and 1452.

2.      Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409 in the United States District Court for the District of Delaware.

## BACKGROUND

3.     Wal-Mart is a party to a supplier agreement (the "Supplier Agreement"), dated May 18, 2005, with Coleman Powermate, Inc. ("Powermate").[2]  Pursuant to the Supplier Agreement, Powermate supplied gasoline powered generators and other products (collectively, the "Products") to Wal-Mart for sale at Sam's Club locations.[3]

4.     On or about September 26, 2006, Richard M. Morvan ("Morvan") filed a Complaint and Claim for Jury Trial in the Massachusetts state District Court (the "Massachusetts Lawsuit") naming Wal-Mart and Powermate as defendants.  The Massachusetts Lawsuit seeks damages from Wal-Mart and Powermate based on injuries allegedly sustained by Morvan as a result of his use of a generator manufactured by Powermate.

5.     On March 17, 2008 (the "Petition Date"), Powermate filed a voluntary petition under Chapter 11 (the "Bankruptcy Case") of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

6.     The filing of the Bankruptcy Case stayed the Massachusetts Lawsuit against Powermate pursuant to § 362(a) of the Bankruptcy Code.

7.     On May 27, 2008, Powermate filed a complaint against Wal-Mart (the "Delaware Lawsuit") in the Superior Court for the State of Delaware in and for New Castle County (the "State Court").  The Delaware Lawsuit seeks payment of $244,946.06 on account of invoices

---

[2] The parties to the Agreement are Coleman Powermate, Inc. and "Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, Wal-Mart Stores East, Inc., Wal-Mart Stores Texas, LP, Sam's West, Inc., Sam's East, Inc. and affiliates."

[3] The Supplier Agreement was rejected by order of the Bankruptcy Court on April 15, 2008.  Although the Supplier Agreement has been rejected, its terms will govern claims that accrued during the pre-petition period and the post-petition period that the Agreement was in effect.

allegedly delivered to Wal-Mart for deliveries of Product occurring before the Petition Date. Powermate is not seeking a jury trial in the Delaware Lawsuit.

8.      As provided by the summons signed by the Deputy Prothonotary of New Castle County, the Delaware Lawsuit complaint was served on Wal-Mart on June 12, 2008.

## REVOVABILITY

9.      Wal-Mart may remove the Delaware Lawsuit to this Court pursuant to 28 U.S.C. § 1452. Section 1452 states that "a party may remove any claim or cause of action in a civil action . . . to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under section 1334 of this title." 28 U.S.C. § 1452. The district court in the District of Delaware has jurisdiction over the Delaware Lawsuit as a "core proceeding" "arising under" or "arising in" the Powermate Bankruptcy Case. 28 U.S.C. § 1334(a).

10.     The Delaware Lawsuit, constitutes a core proceeding over which the bankruptcy court has subject matter jurisdiction. Section 157(b)(2) of title 28 of the United States Code provides a non-exclusive list of core proceedings. Applicable examples include:

(A)      matters concerning the administration of the estate;

(B)      allowance or disallowance of claims against the estate or exemptions from property of the estate, and estimate of claims or interests for the purposes of confirming a plan under chapter 11, 12, or 13 of title 11 but not the liquidation . . .

(E)      orders to turn over property of the estate;

(O)      other proceedings affecting the liquidation of assets of the estate or the adjustment of the debtor-creditor or the equity security holder relationship . . . .

28 U.S.C. 157(b)(2).

11.     Pursuant to the Supplier Agreement, Wal-Mart is entitled to indemnification from Powermate, including attorneys' fees, for losses incurred by Wal-Mart related to the sale of

Powermate's Product. This right to indemnification includes, but is not limited to, any damages and attorneys' fees incurred by Wal-Mart as a result of the Massachusetts Lawsuit. In addition, the Supplier Agreement provides Wal-Mart certain remedies including, but not limited to, the right to a full refund for Products that are returned to Wal-Mart by its customers. Therefore, any claim brought by Powermate is subject to setoff and/or recoupment for the costs incurred by Wal-Mart related to the sale of the Products.

12.    The adjudication of the setoff and/or recoupment rights is a matter that will affect the administration of Powermate's bankruptcy estate. Furthermore, any setoff rights that Wal-Mart may have will require the application of § 553 of the Bankruptcy Code. While § 553 does not create a right of setoff, the existence of both pre-petition and post-petition invoices raises setoff principles that are unique to bankruptcy.[4] In addition, if the claims by Powermate against Wal-Mart are less than the claims by Wal-Mart against Powermate (which Wal-Mart believes is the case), adjudication of the Delaware Lawsuit will have a direct effect on the amount of the claim that Wal-Mart will file in Powermate's Bankruptcy Case. Finally, a portion of Wal-Mart's claims against Powermate are contingent claims. In that case, the Bankruptcy Court may be required to estimate the amount of the claims under Bankruptcy Code § 502(c)(2). These issues fall squarely within the core jurisdictional parameters of 28 U.S.C. § 157(b)(2). See also In re Hughes-Bechtol, Inc., No. 3-88-02492, 1989 WL 222726, *12 (Bankr. S.D. Ohio Oct. 6, 1989) (holding that an action involving allegations of setoff was a core proceeding because the state court action "would directly affect, in whole or in part, the determination of the . . . parties' claim to a share in the distribution of the assets of this debtor's estate and result in the restructuring of

---

[4] While the Delaware Lawsuit refers only to pre-petition invoices, upon information and belief, post-petition invoices remain pending and unpaid.

the debtor-creditor relationship among these parties. Determinations such as these are at the core of federal bankruptcy power.") (internal quotation marks deleted).

13.     Even if this Court determines that the issues raised by the Delaware Lawsuit are not core proceedings arising under or arising in the Powermate Bankruptcy Case, the issues clearly are "related to" the Powermate Bankruptcy Case.  Bankruptcy Courts have non-exclusive jurisdiction over matters that relate to a case pending under the Bankruptcy Code.  28 U.S.C. § 1334(b).  A proceeding is related to a bankruptcy case "if the outcome of that proceeding could conceivably have an effect on the estate being administered in bankruptcy."  Stoe v. Flaherty, 436 F.3d 209, 216 (3d Cir. 2006) (quoting In re Pacor, Inc. v. Higgins, 743 F.2d 984, 994 (3d Cir. 1994)).  The standard under this test is broadly applied as provided by the Pacor court:

> [T]he proceeding need not necessarily be against the debtor or against the debtor's property.  An action is related to bankruptcy if the outcome would alter the debtor's rights, liabilities, options, or freedom of action (either positively or negatively) and which in any way impacts upon the handling and administration of the bankruptcy estate.

In re Pacor, Inc., 743 F.2d at 994.  Under this standard, jurisdiction lies for removal of the Delaware Lawsuit and Wal-Mart consents to entry of final orders and judgments by the bankruptcy judge.

14.     This Notice is timely filed pursuant to Rule 9027(a)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

15.     Concurrently with filing this Notice, Wal-Mart has served a copy of this Notice on Powermate and filed a copy of this Notice with the Clerk of the State Court.

16.     Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027(a)(1), this Notice is accompanied by **Exhibit A** containing copies of all the pleadings and process that were filed in the above-styled and numbered action prior to its removal from the State Court.

**WHEREFORE**, Wal-Mart gives notice that, pursuant to 28 U.S.C. § 1452, the Delaware

Court Lawsuit is hereby removed to this Court from the State Court.

Dated: Wilmington, Delaware
        July 14, 2008.

                                    Respectfully Submitted,

                                    _____
                                    POTTER ANDERSON & CORROON LLP
                                    Laurie Selber Siverstein (No. 2396)
                                    Jaime Luton White (No. 4936)
                                    1313 N. Market Street, 7th Floor
                                    Wilmington, Delaware 19899
                                    Telephone: (302) 984-6000
                                    Fax: (302) 658-1192

                                            -and-


                                    HAYNES AND BOONE, LLP
                                    Scott Everett
                                    Jason Binford
                                    901 Main Street, Suite 3100
                                    Dallas, Texas 75202
                                    Telephone: (214) 651-5000
                                    Facsimile: (214) 651-5940

                                    *Counsel to Wal-Mart Stores, Inc.*

# EXHIBIT A

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
06/17/2008
CT Log Number 513536781

|||||||||||||||||||||||||||||||||||||||||||||||||

| TO: | Kim Lundy |
|---|---|
| | Wal-Mart Stores, Inc. |
| | 702 SW 8th Street |
| | Bentonville, AR 72716 |

**RE:** **Process Served in Delaware**

**FOR:** Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Powermate Corporation, etc., Pltf. vs. Wal-Mart Stores, Inc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Information Statement, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | New Castle County: Superior Court, DE |
| | Case # 08C-05-201 |
| **NATURE OF ACTION:** | Monies Due and Owing - Materials Rendered - Seeking $244,946.06 |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/17/2008 at 11:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Curtis J. Crowther, Esquire |
| | Young, Conaway, Stargatt & Taylor, LLP |
| | 17th Floor, The Brandywine Building |
| | P.O. Box 391 |
| | Wilmington, DE 19899-0391 |
| | 302-571-6713 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight , 790035786761 |
| | Image SOP - Page(s): 2 |
| | Email Notification, Melanie McGrath-CT East |
| | CLS-VerificationEast@wolterskluwer.com |
| **SIGNED:** | The Corporation Trust Company |
| **PER:** | Scott LaScala |
| **ADDRESS:** | 1209 Orange Street |
| | Wilmington, DE 19801 |
| **TELEPHONE:** | 302-658-7581 |

**RECEIVED**

JUN 1 8 2008

Legal Intake By:

Page 1 of 1 / JW

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EFiled: May 27 2008 4:47PM EDT
Transaction ID 19987777
Case No. 08C-05-201 CHT

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| POWERMATE CORPORATION<br>f/k/a COLEMAN POWERMATE, INC.,<br>a Nebraska corporation, | )<br>)<br>) | |
| Plaintiff, | ) | C.A. No. _____ |
| | )<br>) | |
| v. | )<br>) | |
| WAL-MART STORES, INC.,<br>a Delaware corporation, individually and<br>d/b/a SAM'S CLUB, | )<br>)<br>) | |
| Defendant. | ) | |

IN SHERIFF'S HANDS
NEW CASTLE COUNTY
2008 JUN 13 PM 3: 06

## SUMMONS

THE STATE OF DELAWARE
TO THE SHERIFF OF NEW CASTLE COUNTY:

YOU ARE COMMANDED:

To summon the above-named defendant, WAL-MART STORES, INC., individually and d/b/a SAM'S CLUB, so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Curtis J. Crowther, Esquire and Monté T. Squire, Esquire, plaintiff's attorneys, whose address is Young, Conaway, Stargatt & Taylor, LLP, 17th Floor, The Brandywine Building, P.O. Box 391, Wilmington, Delaware, 19899-0391, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the complaint and of the affidavit of demand, if any has been filed by plaintiff.

SHARON D. AGNEW
Prothonotary

Per Deputy

Dated: 6/12/08

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve upon plaintiff's attorney named above an answer to the complaint

and, if an affidavit of demand has been filed, an affidavit of defense, judgment by default will be rendered against you for the relief demanded in the complaint or in the affidavit of demand, if any.

SHARON D. AGNEW
Prothonotary

Per Deputy

**SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)**

EFiled: May 27 2008 4:47PM EDT
Transaction ID 19987777
Case No. 08C-05-201 CHT

COUNTY:     <u>N</u>     K     S     CIVIL ACTION NUMBER: _____

Civil Case Code: <u>CDBT</u> _____     Civil Case Type: <u>Debt/Breach of Contract</u> _____

<center>(See Reverse Side For Code And Type)</center>

| CAPTION:<br><br>POWERMATE CORPORATION<br>f/k/a COLEMAN POWERMATE, INC.,<br>a Nebraska corporation,<br><div align=right>Plaintiff,</div><br>v.<br><br>WAL-MART STORES, INC.,<br>a Delaware corporation, individually and<br>d/b/a SAM'S CLUB,<br><div align=right>Defendant.</div> | NAME AND STATUS OF PARTY FILING DOCUMENT:<br><br><u>Powermate Corporation, Plaintiff</u><br><br>DOCUMENT TYPE: (E.G., COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br><u>Complaint, Praecipe, Summons</u><br>NON-ARBITRATION ☐          eFILE ☒<br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>ARBITRATION ☐   MEDIATION ☒   NEUTRAL ASSESSMENT ☐<br>DEFENDANT (CIRCLE ONE)     **ACCEPT     REJECT**<br>JURY DEMAND   YES ☐   NO ☒<br>TRACK ASSIGNMENT REQUESTED: (CIRCLE ONE)<br><br>EXPEDITED     STANDARD     COMPLEX |
| ATTORNEY NAME(S):<br>Curtis J. Crowther, Esquire<br>Monté T. Squire, Esquire<br><br>ATTORNEY ID(S):<br>No. 3238<br>No. 4764<br><br>FIRM NAME:<br>Young Conaway Stargatt & Taylor, LLP<br><br>ADDRESS:<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br><br>TELEPHONE NUMBER:<br>(302) 571-6713<br><br>FAX NUMBER:<br>(302) 576-3515<br><br>E-MAIL ADDRESS:<br>ccrowther@ycst.com<br>msquire@ycst.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br><br>EXPLAIN THE RELATIONSHIP(S):<br><br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br><br>(IF ADDITIONAL SPACE IS NEEDED PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR THE SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

<div align=right>Revised 9/2003</div>

EFiled: May 27 2008  4:47 [illegible] EDT
Transaction ID 19987777
Case No. 08C-05-201 CHT

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| POWERMATE CORPORATION | ) | |
| f/k/a COLEMAN POWERMATE, INC., | ) | |
| a Nebraska corporation, | ) | C.A. No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PURSUANT TO 10 *DEL. C.* § 3901** |
| | ) | **ALLEGATIONS OF THE COMPLAINT** |
| WAL-MART STORES, INC., | ) | **MUST BE ANSWERED BY AFFIDAVIT** |
| a Delaware corporation, individually and | ) | |
| d/b/a SAM'S CLUB, | ) | |
| | ) | |
| Defendant. | ) | |

## ALL ALLEGATIONS OF THE COMPLAINT MUST BE
## ANSWERED BY AFFIDAVIT PURSUANT TO 10 DEL. C. § 3901

## COMPLAINT

Plaintiff, Powermate Corporation f/k/a Coleman Powermate, Inc. ("Powermate"),

by and through its undersigned counsel, brings this action against defendant, Wal-Mart Stores,

Inc. ("Wal-Mart") individually and d/b/a Sam's Club (hereinafter collectively referred to as

"Defendant"). In support thereof, Powermate avers as follows:

1.    Plaintiff, Powermate, is a foreign corporation organized under the laws of

the State of Nebraska, with its principal place of business located at 3901 Liberty Street, Aurora,

Illinois 60504.

2.    Prior to voluntarily filing for chapter 11 bankruptcy on March 17, 2008,

Powermate was one of the world's leading manufacturers of portable and standby electric

generators, air compressors, air tools, pressure washers and accessories.

3.    Defendant, Wal-Mart Stores, Inc., is a Delaware corporation with its

principal offices in Bentonville, Arkansas.

4.      Defendant, Wal-Mart Stores, Inc., operates a wholly-owned subsidiary, division, segment or unit known as "Sam's Club" and transacts business under such name. At all times relevant hereto, Defendant Wal-Mart Stores, Inc. transacted business for itself and doing business as "Sam's Club."

5.      Defendant may be served with process by serving its registered agent: The Corporation Trust Company at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

6.      Powermate and the Defendant entered into a business relationship, wherein Powermate sold and delivered certain goods to Defendant for resale by Defendant in Defendant's retail stores and warehouse clubs. The sale of these goods by Powermate to Defendant was done "on credit," whereby invoices (the "Invoices") were presented to Defendant for payment in accordance with the invoice due dates. Copies of the Invoices are attached hereto and made a part hereof as Exhibit A.

7.      The goods represented by the Invoices were received by and accepted by Defendant.

8.      Defendant has failed and/or refused to pay the Invoices to Powermate.

9.      The total amount due to Powermate for the sale of such goods to Defendant is $244,946.06 and said amount remains unpaid. A true and accurate copy of Powermate's Invoice Summary totaling $244,946.06 is attached hereto and made a part hereof as Exhibit B.

2

## COUNT I

### (Debt Action)

10.     Powermate incorporates paragraphs 1 through 9 of this Complaint as though fully set forth herein.

11.     In the ordinary course of business, Powermate maintained a written record of the goods that it delivered to Defendant and the cost and due date for payment of such goods, to-wit:  the Invoice Summary and Invoices.

12.     The Invoices total $244,946.06 (the "Unpaid Amount") for Powermate's goods that were delivered to, and accepted by, Defendant, but for which Defendant has failed to remit payment, despite demand.

13.     Defendant is indebted to Powermate for the sum of $244,946.06 together with pre and post-judgment interest.

## COUNT TWO

### (Quantum Meruit)

14.     Powermate incorporates paragraphs 1 through 13 of this Complaint as though fully set forth herein.

15.     Powermate provided Defendant valuable goods over the course of the parties' relationship.

16.     Defendant was provided, and accepted, these goods pursuant to the parties' understanding in the course of their ongoing business relationship, and as evidenced by the Invoices.

17.     Defendant had reasonable notice that Powermate expected compensation for the goods.

3

18.     As a result, Defendant has benefited by Powermate's delivery of goods offered for retail sale by Defendant in an amount not less than $244,946.06.

## COUNT THREE

(Unjust Enrichment)

19.     Powermate incorporates paragraphs 1 through 18 of this Complaint as though fully set forth herein.

20.     Beginning no later than February 2008 and continuing through March 2008, Powermate provided goods at Defendant's request and with Defendant's knowledge and approval.

21.     The fair and reasonable value of the goods that Powermate sold and/or delivered to Defendant is $244,946.06.

22.     Defendant knowingly derived a benefit from the purchase of such goods, especially given that, upon information or belief, Defendant was able to resell such goods to its retail customers at a price substantially higher than the price that was to be paid to Powermate for such goods.

23.     Although Powermate has demanded payment for the goods, Defendant has failed to pay Powermate.

24.     If Defendant is not required to pay Powermate the full amount of $244,946.06, Defendant will be unjustly enriched.

4

WHEREFORE, Powermate demands: (a) judgment in its favor and against Defendant in the amount of $244,946.06; (b) an award of interest, both pre and post-judgment on the $244,946.06 at the legal rate, accruing since the respective dates of the outstanding invoices owed by Defendant; (d) costs, and (e) such other relief the Court deems just and appropriate.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Curtis J. Crowther (No. 3238)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899-0391
Telephone:  (302) 571-6600
Fax:  (302) 571-1253
ccrowther@ycst.com
msquire@ycst.com

Dated:  May 27, 2008

*Attorneys for Powermate Corporation*

5

EFiled: May 27 2008 4:47PM EDT
Transaction ID 19987777
Case No. 08C-05-201 CHT

# Exhibit A

```
                                ** EDI        INVOICE      1
                                ** REPRINT
                                                                    2/11/08

                                                                    072251
        WAL-MART DC 6040A-ASM DIS
        1010 PRODUCTION DRIVE                                       6651675
        364935110
        HOPE MILLS, NC  28348                                       3299833




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002


1201927803            2/11/08    1% 45 DAYS          00    USD   Prepaid


        NO PRETICKET
        ==========================================
        ==========================
        TRUCK#  01 FOR 364935110
        ==============================
        ==========================================
        ==============================
        ==========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        MUST ARRIVE BY 03/11/04
PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      30.000   30.000    .000  EA       1.47        44.10
        NO PRETICKET
        ==========================================
        ==========================
        TRUCK#  01 FOR 364935110
        ==============================
             Continued
```

```
                                           ** EDI        INVOICE       2
                                        ** REPRINT
                                                                        2/11/08

                                                                        072251
             WAL-MART DC 6040A-ASM DIS
             1010 PRODUCTION DRIVE                                      6651675
             364935110
             HOPE MILLS, NC  28348                                      3299833



             WAL-MART STORE, INC.
             HOME OFFICE
             INVOICE CONTROL DEPARTMENT
                    69
             BENTONVILLE, AR  72716-8002


 1201927803            2/11/08      1% 45 DAYS         00    USD   Prepaid        1Z66542W0347
```

```
             ============================================
             =============================
             ============================================
             ===========================
             IF MULTIPLE DESTINATIONS HAVE THE
             SAME SHIP DATE, PLEASE
             SHIP TO FURTHEST DESTINATION  FIRST
             AND CLOSEST DESTINATIONS
             LAST.
             =============================
```

|        | GST |      |      | INVOICE TOTAL |
|--------|-----|------|------|---------------|
| 44.10  | .00 | .00  | .00  | 44.10         |

```
                           INVOICE TOTAL      44.10                  2/11/08

                                                                     072251
                        Powermate Corporation
                        P.O. Box 930229                              6651675
                        Atlanta, GA 31193-0229
                                                                     3299833
```

```
                                      ** EDI      INVOICE      1
                                   ** REPRINT
                                                                    2/14/08

                                                                    072251
        WAL-MART DC 6031A-ASM DIS
        23701 WEST SOUTHERN AVE                                     6653403
        364935110
        BUCKEYE, AZ  85326                                          3300590




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002



  6801907985            2/14/08     1% 45 DAYS          00     USD   Prepaid


        NO PRETICKET
        ===========================================
        ===========================
        TRUCK# 01 FOR 364935110
        ===============================
        =============================================
        ===========================
        ===========================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
        MUST DELIVER BY

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     12.000   12.000   .000 EA       1.47        17.64
              NO PRETICKET
              ===========================================
              ===========================
              TRUCK# 01 FOR 364935110
              ===========================
                  Continued
```

```
                                        ** EDI      INVOICE      2
                                    ** REPRINT
                                                                      2/14/08

                                                                      072251
            WAL-MART DC 6031A-ASM DIS
            23701 WEST SOUTHERN AVE                                   6653403
            364935110
            BUCKEYE, AZ  85326                                        3300590



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                69
            BENTONVILLE, AR  72716-8002


6801907985            2/14/08      1% 45 DAYS        00     USD    Prepaid        1Z66542W0346


         ==================================
         =============================
         ==================================
         =============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================




                              GST                                   INVOICE TOTAL

   17.64                .00                   .00              .00              17.64


                         INVOICE TOTAL       17.64                     2/14/08

                                                                       072251
                         Powermate Corporation
                         P.O. Box 930229                               6653403
                         Atlanta, GA 31193-0229
                                                                       3300590
```

```
                              ** EDI      INVOICE      1
                         ** REPRINT
                                                          2/21/08

                                                          072251
       WAL-MART DC 6031A-ASM DIS
       23701 WEST SOUTHERN AVE                            6655301
       364935110
       BUCKEYE, AZ  85326                                 3301831



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
                69
       BENTONVILLE, AR  72716-8002


6801908187          2/21/08    1% 45 DAYS        00    USD    Prepaid


       NO PRETICKET
       =====================================
       ================================
       TRUCK# 01 FOR 364935110
       ================================
       =====================================
       ================================
       =====================================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ==================================
       MUST DELIVER BY
PA0650074   OIL GEN 1 QT SAE 30 SIX PACK        6.000    6.000     .000 EA        1.47         8.82
       NO PRETICKET
       =====================================
       =========================
       TRUCK# 01 FOR 364935110
       ==============================
            Continued
```

```
                                        ** EDI        INVOICE        2
                                    ** REPRINT
                                                                        2/21/08

                                                                        072251
            WAL-MART DC 6031A-ASM DIS
            23701 WEST SOUTHERN AVE                                     6655301
            364935110
            BUCKEYE, AZ  85326                                          3301831



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002
```

| 6801908187 | 2/21/08 | 1% 45 DAYS | 00 | USD | Prepaid | 1Z66542W0347 |
|---|---|---|---|---|---|---|

```
        =======================================
        ===========================
        =====================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 | 8.82 |

```
                        INVOICE TOTAL      8.82
                                                                    2/21/08

                                                                    072251
                        Powermate Corporation
                        P.O. Box 930229                             6655301
                        Atlanta, GA 31193-0229
                                                                    3301831
```

```
                                    ** EDI        INVOICE      1
                                 ** REPRINT
                                                                      2/21/08

                                                                      072251
        WAL-MART DC 6016A-ASM DIS
        3920 IH 35 NORTH                                              6655302
        364935110
        NEW BRAUNFELS, TX  78130                                      3301834



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


7901898719          2/21/08     1% 45 DAYS          00     USD   Prepaid


        NO PRETICKET
        ===========================================
        =========================
        TRUCK#  01 FOR 364935110
        ===========================================
        ===========================================
        ===========================================
        ===========================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===================================
        must arrive by

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000 EA        1.47        8.82
        NO PRETICKET
        ===========================================
        =========================
        TRUCK#  01 FOR 364935110
        ===========================================
              Continued
```

```
                                        ** EDI        INVOICE      2
                                  ** REPRINT
                                                                      2/21/08

                                                                      072251
            WAL-MART DC 6016A-ASM DIS
            3920 IH 35 NORTH                                          6655302
            364935110
            NEW BRAUNFELS, TX  78130                                  3301834



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002
```

| 7901898719 | 2/21/08 | 1% 45 DAYS | 00 | USD | Prepaid | 1Z66542W0348 |

```
        ===================================
        ============================
        ===================================
        ===================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|          |      | GST  |      |      | INVOICE TOTAL |
|----------|------|------|------|------|---------------|
| 8.82     | .00  |      | .00  | .00  | 8.82          |

```
                            INVOICE TOTAL      8.82
                                                              2/21/08

                                                              072251
            Powermate Corporation
            P.O. Box 930229                                   6655302
            Atlanta, GA 31193-0229
                                                              3301834
```

```
                                        ** EDI        INVOICE        1
                                     ** REPRINT
                                                                            2/21/08

          WAL-MART DC 6021A-ASH DIS                                         072251
          1005 SOUTH H STREET
          364935110                                                         6655304
          PORTERVILLE, CA  93257
                                                                            3301832



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                    69
          BENTONVILLE, AR  72716-8002


6951917862            2/21/08    1% 45 DAYS           00      USD    Prepaid


          NO PRETICKET
          =======================================
          =================================
          TRUCK#  01 FOR 364935110
          =======================================
          =======================================
          =================================
          =======================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          =================================

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK      12.000    12.000     .000  EA        1.47    17.64
           NO PRETICKET
           =======================================
           =================================
           TRUCK#  01 FOR 364935110
           =======================================
           =======================================
               Continued
```

```
                                        ** EDI      INVOICE      2
                                    ** REPRINT
                                                                    2/21/08

                                                                    072251
        WAL-MART DC 6021A-ASM DIS
        1005 SOUTH H STREET                                         6655304
        364935110
        PORTERVILLE, CA  93257                                      3301832


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


6951917862          2/21/08      1½ 45 DAYS         00    USD    Prepaid         1266542W0346


    ==========================
    ===================================
    ==========================
    IF MULTIPLE DESTINATIONS HAVE THE
    SAME SHIP DATE, PLEASE
    SHIP TO FURTHEST DESTINATION  FIRST
    AND CLOSEST DESTINATIONS
    LAST.
    =================================
```

|        | GST |     |     | INVOICE TOTAL |
|--------|-----|-----|-----|---------------|
| 17.64  | .00 | .00 | .00 | 17.64         |

```
                        INVOICE TOTAL      17.64
                                                                2/21/08

                        Powermate Corporation                   072251
                        P.O. Box 930229
                        Atlanta, GA 31193-0229                  6655304

                                                                3301832
```

```
                              ** EDI        INVOICE      1
                           ** REPRINT
                                                            2/21/08

                                                            072251
        WAL-MART DC 7036A-ASM DIS
        2226 FM 3013 SUITE 110                              6655305
        364935110
        SEALY, TX  77474                                    3301830


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


5951879752           2/21/08     1% 45 DAYS        00    USD   Prepaid


        NO PRETICKET
        =======================================
        ===============================
        TRUCK#  01 FOR 364935110
        =======================================
        ======================================
        ===============================
        ======================================
        =============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 EA | 1.47 | · | 8.82 |

```
                NO PRETICKET
        ======================================
        ===============================
        TRUCK#  01 FOR 364935110
        ======================================
        ======================================
            Continued
```

```
                                    ** EDI        INVOICE      2
                                 ** REPRINT
                                                              2/21/08

                                                              072251
        WAL-MART DC 7036A-ASM DIS
        2226 FM 3013 SUITE 110                                6655305
        364935110
        SEALY, TX  77474                                      3301830



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


  5951879752          2/21/08      1% 45 DAYS       00     USD   Prepaid          1Z66542W0348


        ==========================
        ===============================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 8.82 | .00 | .00 | | .00 | 8.82 |

```
                        INVOICE TOTAL        8.82            2/21/08

                                                            072251
                        Powermate Corporation
                        P.O. Box 930229                     6655305
                        Atlanta, GA 31193-0229
                                                            3301830
```

```
                                        ** EDI        INVOICE        1
                                     ** REPRINT
                                                                              2/21/08

                                                                           072251
              WAL-MART DC 6037A-ASM DIS
              2650 HWY 395 SOUTH                                           6655312
              364935110
              HERMISTON, OR  97838                                         3301826



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                     69
              BENTONVILLE, AR  72716-8002


  3151899053              2/21/08      1% 45 DAYS        00      USD    Prepaid


              NO PRETICKET
              ==================================
              ==========================
              TRUCK#  01 FOR 364935110
              ==================================
              ============================
              =========================
              ==================================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ==================================
              must arrive by

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK       24.000   24.000    .000  EA    1.47    35.28
              NO PRETICKET
              ===================================
              =========================
              TRUCK#  01 FOR 364935110
              ==========================
                 Continued
```

```
                                          ** EDI        INVOICE        2
                                       ** REPRINT
                                                                        2/21/08

                                                                        072251
            WAL-MART DC 6037A-ASM DIS
            2650 HWY 395 SOUTH
            364935110                                                   6655312
            HERMISTON, OR  97838
                                                                        3301826



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


3151899053              2/21/08      1% 45 DAYS          00    USD    Prepaid          1Z66542N0346


          =========================================
          ============================
          ========================================
          =========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
```

|                |            | GST       |        | INVOICE TOTAL |
|----------------|------------|-----------|--------|---------------|
| 35.28          | .00        | .00       | .00    | 35.28         |

```
                              INVOICE TOTAL      35.28                    2/21/08

                                                                          072251
                              Powermate Corporation
                              P.O. Box 930229                             6655312
                              Atlanta, GA 31193-0229
                                                                          3301826
```

```
                                               ** EDI        INVOICE      1
                                          ** REPRINT
                                                                              2/22/08

                                                                              072251
          WAL-MART DC 6094A-ASM DIS
          5841 SW REGIONAL AIRPORT BLVD                                       6655578
          364935110
          BENTONVILLE, AR  72712                                              3302081



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002



1251918832              2/22/08     1% 45 DAYS           00      USD   Prepaid



          NO PRETICKET
          =========================================
          ==========================
          TRUCK#  01 FOR 364935110
          ================================
          ===========================================
          ==========================
          ==========================================
          ===========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===================================
          MUST ARRIVE BY 03/06

PA065D074  OIL GEN 1 QT SAE 30 SIX PACK      6.000   6.000    .000 EA        1.47      8.82
           NO PRETICKET
           =========================================
           ===========================
           TRUCK#  01 FOR 364935110
           ==============================
                Continued
```

```
                                    ** EDI      INVOICE      2
                                 ** REPRINT
                                                             2/22/08

                                                             072251

        WAL-MART DC 6094A-ASM DIS
        5041 SW REGIONAL AIRPORT BLVD                        6655578
        364935110
        BENTONVILLE, AR  72712                               3302081



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


1251918832          2/22/08      1% 45 DAYS        00    USD   Prepaid        1Z66542W0347


        =====================================
        ================================
        =====================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
```

|        |        | GST  |      |      | INVOICE TOTAL |
|--------|--------|------|------|------|---------------|
| 8.82   | .00    | .00  |      | .00  | 8.82          |

```
                        INVOICE TOTAL      8.82                  2/22/08

                                                                 072251
                        Powermate Corporation
                        P.O. Box 930229                          6655578
                        Atlanta, GA 31193-0229
                                                                 3302081
```

```
                                    ** EDI        INVOICE      1
                                ** REPRINT
                                                                      3/17/08

                                                                      071881
        SAMS DISTRIBUTION CENTER 6499
        140 NORTH FLEET DRIVE                                         6661933
        364935630
        VILLA RICA, GA  30180                                         3304382



        SAM'S WHOLESALE CORP HDQTRS
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
        045129152
        BENTONVILLE, AR  72716-8002


 6499631609            3/17/08     1% 20 Days  Net       00    USD   Prepaid


        NO PRETICKET
        PALLETIZED VENDOR

PWC863000       PRESS WASH BLACK MAX 3000        248.000  248.000    .000  EA     369.18      91556.64
                NO PRETICKET
                PALLETIZED VENDOR
```

```
                        GST                                      INVOICE TOTAL
    91556.64                    .00              .00              .00              91556.64


                    INVOICE TOTAL      91556.64                   3/17/08

                                                                 071881
                    Powermate Corporation
                    P.O. Box 930229                              6661933
                    Atlanta, GA 31193-0229
                                                                 3304382
```

```
                                    ** EDI        INVOICE      1
                                 ** REPRINT
                                                                      2/25/08

                                                                      072251
        WAL-MART DC 7034A-ASM DIS
        4860 WHEATLEYS POND ROAD                                      6656247
        364935110
        SMYRNA, DE  19977                                             3302351



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002


2901908324            2/25/08     1% 45 DAYS            00    USD   Prepaid


        NO PRETICKET
        ==========================================
        ==========================================
        TRUCK# 01 FOR 364935110
        ==========================================
        ==========================================
        ==========================================
        ==========================================
        ==========================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==========================================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK       6.000    6.000      .000  EA       1.47         8.82
        NO PRETICKET
        ==========================================
        TRUCK# 01 FOR 364935110
        ==========================================
        ==========================================
            Continued
```

```
                                    ** EDI        INVOICE      2
                                  ** REPRINT
                                                                    2/25/08

                                                                    072251
        WAL-MART DC 7034A-ASM DIS
        4860 WHEATLEYS POND ROAD                                    6656247
        364935110
        SMYRNA, DE  19977                                           3302351



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


2901908324         2/25/08      1% 45 DAYS        00    USD   Prepaid      1266542W0347


     ===========================
     ==============================
     ===========================
     IF MULTIPLE DESTINATIONS HAVE THE
     SAME SHIP DATE, PLEASE
     SHIP TO FURTHEST DESTINATION  FIRST
     AND CLOSEST DESTINATIONS
     LAST.
     ===============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 | 8.82 |

```
                              INVOICE TOTAL      8.82
                                                                    2/25/08

                                                                    072251
                            Powermate Corporation
                            P.O. Box 930229                          6656247
                            Atlanta, GA 31193-0229
                                                                    3302351
```

```
                                          ** EDI          INVOICE       1
                                       ** REPRINT
                                                                            2/27/08

                                                                            072251
         WAL-MART DC 6017A-ASM DIS
         2108 EAST TIPTON STREET                                            6657322
         364935110
         SEYMOUR, IN  47274                                                 3302851



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                  69
         BENTONVILLE, AR  72716-8002


 2151908951              2/27/08      1% 45 DAYS           00    USD    Prepaid


         NO PRETICKET
         ============================================
         ===========================
         TRUCK#  01 FOR 364935110
         ===================================
         ==========================================================
         =============================
         ============================================
         ==========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ====================================
 PA0650074  OIL GEN 1 QT SAE 30 SIX PACK         6.000   6.000    .000  EA      1.47       8.82
         NO PRETICKET
         ============================================
         ===========================
         TRUCK#  01 FOR 364935110
         =================================
         =======================================
              Continued
```

```
                                      ** EDI        INVOICE      2
                                 ** REPRINT
                                                                    2/27/08

                                                                    072251
        WAL-MART DC 6017A-ASM DIS
        2108 EAST TIPTON STREET                                     6657322
        364935110
        SEYMOUR, IN  47274                                          3302851



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


 2151908951            2/27/08      1% 45 DAYS        00    USD   Prepaid         1266542W0348


        =========================
        =======================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|        |      | GST  |      | INVOICE TOTAL |
|--------|------|------|------|---------------|
| 8.82   | .00  | .00  | .00  | 8.82          |

```
                       INVOICE TOTAL      8.82
                                                            2/27/08

                                                            072251
               Powermate Corporation
               P.O. Box 930229                              6657322
               Atlanta, GA 31193-0229
                                                            3302851
```

```
                                            ** EDI        INVOICE      1
                                        ** REPRINT

                                                                        2/28/08

                                                               072251
        WAL-MART DC 6035A-ASM DIS
        3220 NEVADA TERRACE                                    6657943
        364935110
        OTTAWA, KS  66067                                      3303385



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


3751889839              2/28/08      1% 45 DAYS          00    USD   Prepaid


        NO PRETICKET
        ======================================
        ===================================
        TRUCK# 01 FOR 364935110
        ==================================
        ===================================
        ===========================
        ===================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
        MUST DELIVER BY 03/04/04

PM0105000   GEN POWERMATE 5000              3.000    3.000    .000  EA     417.89      1253.67
        NO PRETICKET
        ======================================
        ============================
        TRUCK# 01 FOR 364935110
        ============================
            Continued
```

```
                                              ** EDI         INVOICE        2
                                           ** REPRINT
                                                                             2/28/08

                                                                             072251
              WAL-MART DC 6035A-ASM DIS
              3220 NEVADA TERRACE                                            6657943
              364935110
              OTTAWA, KS  66067                                              3303385



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                      69
              BENTONVILLE, AR  72716-8002


  3751889839            2/28/08     1% 45 DAYS        00    USD   Prepaid        060465378X


         ===================================
         ===========================
         ===================================
         ==========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ================================



                         GST                                      INVOICE TOTAL

   1253.67            .00              .00              .00            1253.67


                 INVOICE TOTAL      1253.67                       2/28/08

                                                                 072251
                 Powermate Corporation
                 P.O. Box 930229                                 6657943
                 Atlanta, GA 31193-0229
                                                                 3303385
```

```
                                  ** EDI        INVOICE       1
                                ** REPRINT
                                                                    2/28/08

                                                                    072251
          WAL-MART DC 6036A-ASM DIS
          14863 FM 645 UNIT A                                        6658005
          364935110
          PALESTINE, TX  75803                                       3303117



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                   69
          BENTONVILLE, AR  72716-8002


0601928311            2/28/08    1% 45 DAYS          00    USD   Prepaid


          NO PRETICKET
          ===============================================
          =========================
          TRUCK# 01 FOR 364935110
          =================================
          =========================================
          =========================
          ===========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          =====================================

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000   .000  EA    1.47    17.64
          NO PRETICKET
          ===============================================
          =========================
          TRUCK# 01 FOR 364935110
          =================================
          =========================================
               Continued
```

```
                                            ** EDI        INVOICE        2
                                         ** REPRINT
                                                                         2/28/08

                                                                         072251

        WAL-MART DC 6036A-ASM DIS
        14863 FM 645 UNIT A                                              6658005
        364935110
        PALESTINE, TX  75803                                             3303117



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


0601928311              2/28/08     1% 45 DAYS         00    USD  Prepaid         1266542W0344


        ==========================
        ===============================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 17.64 | .00 | .00 | .00 | 17.64 |

```
                        INVOICE TOTAL     17.64                2/28/08

                                                               072251
                        Powermate Corporation
                        P.O. Box 930229                        6658005
                        Atlanta, GA 31193-0229
                                                               3303117
```

```
                                     ** EDI      INVOICE      1
                                  ** REPRINT
                                                                         2/28/08

                                                                         072251
        WAL-MART DC 7036A-ASM DIS
        2226 FM 3013 SUITE 110                                           6658007
        364935110
        SEALY, TX  77474                                                 3303123




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002



5951879955              2/28/08      1% 45 DAYS          00    USD   Prepaid



        NO PRETICKET
        ===================================
        =================*==========
        TRUCK# 01 FOR 364935110
        ===================================
        ===================================
        ==========================
        ===================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK       18.000    18.000     .000 EA       1.47       26.46
            NO PRETICKET
            ===================================
            ==========================
            TRUCK# 01 FOR 364935110
            ===================================
            ===================================
                Continued
```

```
                                        ** EDI        INVOICE      2
                                    ** REPRINT
                                                                      2/28/08

                                                                      072251
            WAL-MART DC 7036A-ASM DIS
            2226 FM 3013 SUITE 110                                    6658007
            364935110
            SEALY, TX  77474                                          3303123



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                    69
            BENTONVILLE, AR  72716-8002


  5951879955          2/28/08      1% 45 DAYS       00    USD   Prepaid        1Z66542W0348


        ==========================
      ==============================
      ==========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 26.46 | .00 | .00 | .00 |  | 26.46 |

```
                            INVOICE TOTAL      26.46                    2/28/08

                                                                        072251
                            Powermate Corporation
                            P.O. Box 930229                              6658007
                            Atlanta, GA 31193-0229
                                                                        3303123
```

```
                                          ** EDI        INVOICE       1
                                        ** REPRINT
                                                                          2/28/08

                                                                          072251
         WAL-MART DC 6021A-ASM DIS
         1005 SOUTH H STREET                                              6658008
         364935110
         PORTERVILLE, CA  93257                                           3303125



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                  69
         BENTONVILLE, AR  72716-8002


  6951918068          2/28/08      1% 45 DAYS          00     USD   Prepaid


         NO PRETICKET
         ==============================
         ==============================
         TRUCK# 01 FOR 364935110
         ==============================
         ==============================
         ====================
         ==============================
         ======================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    24.000   24.000    .000  EA     1.47      35.28
         NO PRETICKET
         ==============================
         ==============================
         TRUCK# 01 FOR 364935110
         ==============================
         ==============================
              Continued
```

```
                                        ** EDI      INVOICE      2
                                     ** REPRINT
                                                                     2/28/08

                                                                     072251
        WAL-MART DC 6021A-ASM DIS
        1005 SOUTH H STREET                                          6658008
        364935110
        PORTERVILLE, CA  93257                                       3303125



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002
```

| 6951918068 | 2/28/08 | 1% 45 DAYS | 00 | USD | Prepaid | 1Z66542W0347 |
|---|---|---|---|---|---|---|

```
        ================================
        ====================================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 35.28 | .00 | .00 | .00 | 35.28 |

```
                        INVOICE TOTAL        35.28            2/28/08

                                                             072251
                        Powermate Corporation
                        P.O. Box 930229                       6658008
                        Atlanta, GA 31193-0229
                                                             3303125
```

```
                                      ** EDI        INVOICE      1
                               ** REPRINT
                                                                      2/28/08

                                                                     072251
       WAL-MART DC 6031A-ASM DIS
       23701 WEST SOUTHERN AVE                                       6658009
       364935110
       BUCKEYE, AZ  85326                                            3303124



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
             69
       BENTONVILLE, AR  72716-8002


 6801908392           2/28/08    1% 45 DAYS         00      USD   Prepaid



       NO PRETICKET
       =========================================
       ===========================
       TRUCK# 01 FOR 364935110
       =========================================
       =============================
       =========================================
       =========================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ==============================
       MUST DELIVER BY
 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    18.000   18.000    .000 EA      1.47        26.46
             NO PRETICKET
       ==============================
       =========================
       TRUCK# 01 FOR 364935110
       ==============================
             Continued
```

```
                                    ** EDI      INVOICE      2
                                 ** REPRINT
                                                              2/28/08

                                                              072251

          WAL-MART DC 6031A-ASM DIS                           6658009
          23701 WEST SOUTHERN AVE
          364935110                                           3303124
          BUCKEYE, AZ  85326



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002


 6801908392          2/28/08    1% 45 DAYS       00    USD   Prepaid        1Z66542W0346


        =====================================
        =============================
        ====================================
        ========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
```

| | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 26.46 | .00 | .00 | .00 | 26.46 |

```
                          INVOICE TOTAL      26.46           2/28/08

                                                             072251
                          Powermate Corporation
                          P.O. Box 930229                    6658009
                          Atlanta, GA 31193-0229
                                                             3303124
```

```
                                    ** EDI        INVOICE      1
                                 ** REPRINT
                                                                        2/28/08

                                                                        072251
        WAL-MART DC 6068A-ASM DIS
        221 LOIS RD                                                     6658011
        364935110
        SANGER, TX  76266                                               3303122


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              89
        BENTONVILLE, AR  72716-8002


5401918358          2/28/08      1½ 45 DAYS         00     USD   Prepaid


        NO PRETICKET
        ==========================================
        =========================================
        TRUCK# 01 FOR 364935110
        =========================================
        =========================================
        ==============================
        =========================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
        cancel date

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    6.000    6.000      .000 EA    1.47    8.82
        NO PRETICKET
        =========================================
        ===========================
        TRUCK# 01 FOR 364935110
        ===============================
            Continued
```

```
                                    ** EDI        INVOICE      2
                                 ** REPRINT
                                                                   2/28/08

                                                                   072251
        WAL-MART DC 6068A-ASM DIS
        221 LOIS RD                                                6658011
        364935110
        SANGER, TX  76266                                          3303122



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


5401918358          2/28/08      1% 45 DAYS        00    USD  Prepaid        1Z66542W0348


        ===================================
        ============================
        ===================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 | 8.82 |

|  | INVOICE TOTAL | 8.82 |  | 2/28/08 |
|---|---|---|---|---|
|  |  |  |  | 072251 |
|  | Powermate Corporation |  |  | 6658011 |
|  | P.O. Box 930229 |  |  |  |
|  | Atlanta, GA 31193-0229 |  |  | 3303122 |

```
                                          ** EDI        INVOICE        1
                                        ** REPRINT
                                                                              2/28/08

                                                                              072251
         WAL-MART DC 6037A-ASM DIS
         2650 HWY 395 SOUTH                                                   6658012
         364935110
         HERMISTON, OR  97838                                                 3303119



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002



 3151899259              2/28/08      1½ 45 DAYS          00     USD   Prepaid


         NO PRETICKET
         ===================================
         ===============================
         TRUCK#  01 FOR 364935110
         ================================
         ====================================
         ===============================
         ==================================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ===============================
         must arrive by

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK        6.000     6.000      .000 EA     1.47       8.82
             NO PRETICKET
             ================================
             =========================
             TRUCK#  01 FOR 364935110
             =========================
                 Continued
```

```
                                    ** EDI        INVOICE      2
                                 ** REPRINT
                                                                    2/28/08

                                                                    072251
         WAL-MART DC 6037A-ASM DIS
         2650 HWY 395 SOUTH                                         6658012
         364935110
         HERMISTON, OR  97838                                       3303119



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
               69
         BENTONVILLE, AR  72716-8002


 3151899259            2/28/08      1% 45 DAYS        00    USD   Prepaid        1Z66542W4860


      ===================================
      ===================================
      ===================================
      ===================================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ===================================
```

```
                        GST                                      INVOICE TOTAL
   8.82           .00              .00              .00                   8.82

                  INVOICE TOTAL      8.82                        2/28/08

                  Powermate Corporation                          072251
                  P.O. Box 930229
                  Atlanta, GA 31193-0229                          6658012

                                                                  3303119
```

```
                                        ** EDI        INVOICE      1
                                   ** REPRINT
                                                                        2/28/08

                                                                        072251
       WAL-MART DC 6016A-ASM DIS
       3920 IH 35 NORTH                                                 6658013
       364935110
       NEW BRAUNFELS, TX  78130                                         3303126


       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
            69
       BENTONVILLE, AR  72716-8002


 7901898918           2/28/08      1% 45 DAYS        00    USD   Prepaid


       NO PRETICKET
       ==================================
       ==================================
       TRUCK# 01 FOR 364935110
       ==================================
       ==================================
       ==================================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ==================================
       must arrive by

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000 EA    1.47     8.82
             NO PRETICKET
             ==================================
             ==================================
             TRUCK# 01 FOR 364935110
             ==================================
                Continued
```

```
                                      ** EDI        INVOICE      2
                                      ** REPRINT
                                                                    2/28/08

        WAL-MART DC 6016A-ASM DIS                                   072251
        3920 IH 35 NORTH
        364935110                                                   6658013
        NEW BRAUNFELS, TX  78130
                                                                    3303126



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


7901898918          2/28/08      1% 45 DAYS        00    USD  Prepaid        1266542W0347


        ===================================
        ============================
        =================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

```
                        GST                                  INVOICE TOTAL
   8.82           .00              .00              .00              8.82

                        INVOICE TOTAL      8.82
                                                             2/28/08
                        Powermate Corporation                072251
                        P.O. Box 930229
                        Atlanta, GA 31193-0229               6658013
                                                             3303126
```

```
                                              ** EDI        INVOICE        1
                                           ** REPRINT
                                                                              2/28/08

            WAL-MART DC 6019A-ASM DIS                                        072251
            7504 EAST CROSSROADS BOULEVARD
            364935110                                                       6658026
            LOVELAND, CO  80538
                                                                            3303121



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


  5301899001              2/28/08       1% 45 DAYS          00      USD    Prepaid


            NO PRETICKET
            ===================================
            ==============================
            TRUCK# 01 FOR 364935110
            ==============================
            ===================================
            ==========================
            ===================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===============================
  PM0105000  GEN POWERMATE 5000           1.000   1.000    .000 EA    417.89      417.89
            NO PRETICKET
            ===================================
            =============================
            TRUCK# 01 FOR 364935110
            ===============================
            =================================
                Continued
```

** EDI        INVOICE        2
** REPRINT

2/28/08

WAL-MART DC 6019A-ASM DIS                                    072251
7504 EAST CROSSROADS BOULEVARD
364935110                                                    6658026
LOVELAND, CO  80538
                                                             3303121


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002


5301899001          2/28/08      1% 45 DAYS        00    USD    Prepaid          00316234665


========================
============================================
=========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
=================================


                                 GST                                            INVOICE TOTAL
417.89              .00              .00                    .00                       417.89


                    INVOICE TOTAL      417.89

                    Powermate Corporation                   2/28/08
                    P.O. Box 930229
                    Atlanta, GA 31193-0229                   072251

                                                             6658026

                                                             3303121

```
                                          ** EDI        INVOICE        1
                                       ** REPRINT
                                                                              2/28/08

                WAL-MART DC 7026A-ASM DIS                                      072251
                945 NORTH STATE ROAD 138
                364935110                                                      6658042
                GRANTSVILLE, UT  84029
                                                                              3303120



                WAL-MART STORE, INC.
                HOME OFFICE
                INVOICE CONTROL DEPARTMENT
                     69
                BENTONVILLE, AR  72716-8002
```

```
 3651908281            2/28/08      1% 45 DAYS          00     USD   Prepaid
```

```
          NO PRETICKET
          ===================================
          =========================
          TRUCK# 01 FOR 364935110
          ==================================
          ===================================
          ===========================
          ==================================
          ============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===============================
```

```
 PM0105000    GEN POWERMATE 5000              4.000   4.000    .000 EA    417.89    1671.56
              NO PRETICKET
              ===================================
              ===========================
              TRUCK# 01 FOR 364935110
              ===============================
              ===================================
                Continued
```

```
                                            ** EDI        INVOICE      2
                                          ** REPRINT
```

2/28/08

WAL-MART DC 7026A-ASM DIS                                              072251
945 NORTH STATE ROAD 138
364935110                                                              6658042
GRANTSVILLE, UT  84029
                                                                       3303120

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002

3651908281          2/28/08      1% 45 DAYS          00     USD    Prepaid          0604655054

```
=========================
=================================
======================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
===============================
```

                                     GST                                      INVOICE TOTAL

1671.56              .00                 .00                   .00                  1671.56

                          INVOICE TOTAL       1671.56
                                                                            2/28/08

                     Powermate Corporation                                  072251
                     P.O. Box 930229
                     Atlanta, GA 31193-0229                                  6658042

                                                                            3303120

```
                                              ** EDI        INVOICE        1
                                          ** REPRINT
                                                                                  3/06/08

              WAL-MART 2197                                              072251
              2016 MILLENIUM BLVD
              CORTLAND, OH  44410                                        6659852

                                                                        3304796


              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                   69
              BENTONVILLE, AR  72716-8002


0121970016              3/06/08      1% 45 DAYS           00      USD    Prepaid


PM0105000     GEN POWERMATE 5000           8.000    8.000      .000  EA      417.89      3343.12
```

```
                               GST                                    INVOICE TOTAL

    3343.12             .00                 .00              .00            3343.12


                         INVOICE TOTAL      3343.12
                                                                        3/06/08
                     Powermate Corporation
                     P.O. Box 930229                                    072251
                     Atlanta, GA 31193-0229
                                                                        6659852

                                                                        3304796
```

```
                                            ** EDI        INVOICE        1
                                         ** REPRINT
                                                                              3/06/08

                                                                             072251
        WAL-MART DC 6037A-ASM DIS
        2650 HWY 395 SOUTH                                                   6659902
        364935110
        HERMISTON, OR  97838                                                 3304390



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


  3151899465              3/06/08      1½ 45 DAYS           00    USD  Prepaid


        NO PRETICKET
        ==========================================
        ==========================
        TRUCK# 01 FOR 364935110
        ==================================
        ==========================================
        =======================
        ==========================================
        ========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
        must arrive by

 PA0650074    OIL GEN 1 QT SAE 30 SIX PACK        6.000    6.000     .000  EA        1.47        8.82
 PM0105000    GEN POWERMATE 5000                  3.000    3.000     .000  EA      417.89     1253.67
              NO PRETICKET
              ==================================
              =========================
              TRUCK# 01 FOR 364935110
                  Continued
```

```
                                         ** EDI        INVOICE       2
                                      ** REPRINT
                                                                          3/06/08

                                                                          072251

              WAL-MART DC 6037A-ASM DIS                                    6659902
              2650 HWY 395 SOUTH
              364935110                                                    3304390
              HERMISTON, OR  97838



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                     69
              BENTONVILLE, AR  72716-8002


  3151899465              3/06/08    1% 45 DAYS        00    USD   Prepaid          0604658033



         ===============================
         =======================================
         ===========================
         =======================================
         ============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ===============================
```

|            |            | GST        |            |            | INVOICE TOTAL |
|------------|------------|------------|------------|------------|---------------|
| 1262.49    | .00        | .00        |            | .00        | 1262.49       |

```
                              INVOICE TOTAL     1262.49                    3/06/08

                                                                          072251
                              Powermate Corporation
                              P.O. Box 930229                              6659902
                              Atlanta, GA 31193-0229
                                                                          3304390
```

```
                                            ** EDI        INVOICE        1
                                          ** REPRINT
                                                                              3/06/08

                                                                              072251

          WAL-MART DC 7036A-ASM DIS                                           6659907
          2226 FM 3013 SUITE 110
          364935110                                                           3304392
          SEALY, TX  77474




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002



  4706860156            3/06/08      1% 45 DAYS            00      USD   Prepaid



          NO PRETICKET
          ==========================================
          ===========================
          TRUCK#  01 FOR 364935110
          ==============================
          ==========================================
          ==========================
          ==========================================
          ===========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION   FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===============================

  PA0650074     OIL GEN 1 QT SAE 30 SIX PACK     12.000   12.000    .000 EA       1.47      17.64
                NO PRETICKET
                =================================
                ===========================
                TRUCK#  01 FOR 364935110
                ==============================
                ==================================
                    Continued
```

** EDI        INVOICE        2
** REPRINT

3/06/08

072251

WAL-MART DC 7036A-ASM DIS
2226 FM 3013 SUITE 110                                                              6659907
364935110
SEALY, TX  77474                                                                    3304392


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
          69
BENTONVILLE, AR  72716-8002


4706860156            3/06/08      1% 45 DAYS          00      USD    Prepaid        1Z66542W0348


===================
=====================================
=========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
=============================

                                   GST                                        INVOICE TOTAL

17.64              .00              .00                    .00                       17.64


                        INVOICE TOTAL    17.64            .               3/06/08

                                                                          072251
                        Powermate Corporation
                        P.O. Box 930229                                    6659907
                        Atlanta, GA 31193-0229
                                                                           3304392

```
                                        ** EDI        INVOICE        1
                                      ** REPRINT
                                                                          3/06/08

                                                                          072251
              WAL-MART DC 6012A-ASM DIS
              3100 NORTH I-27                                             6659908
              364935110
              PLAINVIEW, TX  79072                                        3304395



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                     69
              BENTONVILLE, AR  72716-8002
```

```
7801889927              3/06/08      1% 45 DAYS          00      USD   Prepaid
```

```
              NO PRETICKET
              ====================================
              =========================
              TRUCK# 01 FOR 364935110
              ===============================
              ====================================
              ========================
              ====================================
              ========================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ================================
              must arrive by date
```

```
PA0650074     OIL GEN 1 QT SAE 30 SIX PACK       12.000   12.000    .000  EA      1.47      17.64
              NO PRETICKET
              ====================================
              =========================
              TRUCK# 01 FOR 364935110
              =============================
                    Continued
```

```
                                    ** EDI        INVOICE        2
                                 ** REPRINT
                                                                    3/06/08

                                                                    072251
        WAL-MART DC 6012A-ASM DIS
        3100 NORTH I-27                                             6659908
        364935110
        PLAINVIEW, TX  79072                                        3304395



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


7801889927            3/06/08    1% 45 DAYS        00    USD  Prepaid        1Z66542W0348


        ============================================
        ===================================
        ===========================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 17.64 | .00 | .00 | .00 | 17.64 |

```
                              INVOICE TOTAL     17.64              3/06/08

                                                                    072251
                        Powermate Corporation
                        P.O. Box 930229                             6659908
                        Atlanta, GA 31193-0229
                                                                    3304395
```

```
                                          ** EDI        INVOICE      1
                                       ** REPRINT
                                                                              3/06/08

                                                                              072251
        WAL-MART DC 6026A-ASM DIS
        10817 HWY 99W                                                         6659921
        364935110
        RED BLUFF, CA  96080                                                  3304389



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


2101899289           3/06/08      1% 45 DAYS          00     USD   Prepaid


        NO PRETICKET
        ==================================
        ==============================
        TRUCK# 01 FOR 364935110
        ==================================
        ====================================
        ===========================
        ====================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
        SPECIAL INSTRUCTIONS
        PA0650039 included in carton of
        PM0422505.02 and not to be included
        in BOL piece count.

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      18.000   18.000    .000  EA      1.47      26.46
        NO PRETICKET
        ==================================
              Continued
```

```
                                    ** EDI        INVOICE      2
                                  ** REPRINT
                                                                     3/06/08

                                                                     072251

           WAL-MART DC 6026A-ASM DIS
           10817 HWY 99W                                             6659921
           364935110
           RED BLUFF, CA  96080                                      3304389



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                   69
           BENTONVILLE, AR  72716-8002


 2101899289            3/06/08      1½ 45 DAYS          DD    USD   Prepaid        1Z66542W0348



           =============================
           TRUCK#  01 FOR 364935110
           =================================
           =======================================
           ==========================
           =======================================
           =========================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ==============================



               Continued
```

```
                                        ** EDI        INVOICE        3
                                    ** REPRINT
                                                                          3/06/08

                                                                          072251

            WAL-MART DC 6026A-ASM DIS
            10817 HWY 99W                                                 6659921
            364935110
            RED BLUFF, CA  96080                                          3304389



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


  2101899289            3/06/08      1% 45 DAYS        00    USD   Prepaid        1Z66542W0348
```

|  | | GST | | INVOICE TOTAL |
|---|---|---|---|---|
| 26.46 | .00 | .00 | .00 | 26.46 |

```
                            INVOICE TOTAL     26.46                    3/06/08

                                                                       072251
                            Powermate Corporation
                            P.O. Box 930229                             6659921
                            Atlanta, GA 31193-0229
                                                                       3304389
```

```
                              ** EDI        INVOICE     1
                              ** REPRINT
                                                             3/06/08

                                                             072251
     WAL-MART DC 6016A-ASM DIS
     3920 IH 35 NORTH                                        6659925
     364935110
     NEW BRAUNFELS, TX  78130                                3304396



     WAL-MART STORE, INC.
     HOME OFFICE
     INVOICE CONTROL DEPARTMENT
           69
     BENTONVILLE, AR  72716-8002


7901899127           3/06/08     1% 45 DAYS       00   USD   Prepaid


     NO PRETICKET
     =====================================
     ===========================
     TRUCK# 01 FOR 364935110
     =====================================
     =====================================
     =====================================
     =====================================
     IF MULTIPLE DESTINATIONS HAVE THE
     SAME SHIP DATE, PLEASE
     SHIP TO FURTHEST DESTINATION  FIRST
     AND CLOSEST DESTINATIONS
     LAST.
     ==============================
     must arrive by

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK      6.000   6.000   .000 EA      1.47      8.82
     NO PRETICKET
     =================================
     ===========================
     TRUCK# 01 FOR 364935110
     =============================
          Continued
```

```
                                        ** EDI      INVOICE      2
                                    ** REPRINT
                                                                    3/06/08

                                                                    072251

        WAL-MART DC 6016A-ASM DIS
        3920 IH 35 NORTH                                            6659925
        364935110
        NEW BRAUNFELS, TX  78130                                    3304396




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


7901899127         3/06/08     1% 45 DAYS        00    USD   Prepaid        1%66542W0346


        ===================================
        ==========================
        ===================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 | 8.82 |

```
                        INVOICE TOTAL     8.82              3/06/08

                                                            072251
                        Powermate Corporation
                        P.O. Box 930229                     6659925
                        Atlanta, GA 31193-0229
                                                            3304396
```

```
                                          ** EDI        INVOICE        1
                                       ** REPRINT
                                                                           3/06/08

                                                                           072251
            WAL-MART DC 6021A-ASM DIS                                      6659926
            1005 SOUTH H STREET
            364935110                                                      3304394
            PORTERVILLE, CA  93257



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                     69
            BENTONVILLE, AR  72716-8002


 6951918275               3/06/08      1% 45 DAYS          00     USD   Prepaid



            NO PRETICKET
            =========================================
            =============================
            TRUCK# 01 FOR 364935110
            ===================================
            ========================================
            ============================
            ========================================
            ===============================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ================================

 PA0650074  OIL GEN 1 QT SAE 30 SIX PACK     6.000     6.000    .000  EA       1.47       8.82
            NO PRETICKET
            ========================================
            =============================
            TRUCK# 01 FOR 364935110
            ==================================
            ========================================
                Continued
```

```
                                      ** EDI        INVOICE      2
                                   ** REPRINT
                                                                      3/06/08

                                                                      072251
        WAL-MART DC 6021A-ASM DIS
        1005 SOUTH H STREET                                           6659926
        364935110
        PORTERVILLE, CA  93257                                        3304394



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
           69
        BENTONVILLE, AR  72716-8002
```

| 6951918275 | 3/06/08 | 1½ 45 DAYS | 00 | USD | Prepaid | 1Z66542W0347 |

```
        =========================
        ======================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 | 8.82 |

```
                        INVOICE TOTAL      8.82               3/06/08

                                                              072251
                        Powermate Corporation
                        P.O. Box 930229                       6659926
                        Atlanta, GA 31193-0229
                                                              3304394
```

```
                                         ** EDI        INVOICE     1
                                      ** REPRINT
                                                                        3/06/08

                                                                        072251
              WAL-MART DC 6019A-ASM DIS
              7504 EAST CROSSROADS BOULEVARD                            6659947
              364935110
              LOVELAND, CO  80538                                       3304393


              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


  5301899203              3/06/08      1% 45 DAYS        00      USD    Prepaid


              NO PRETICKET
              ======================================
              ==============================
              TRUCK# 01 FOR 364935110
              ==============================
              =====================================
              =======================
              ===================================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ==============================
  PM0105000   GEN POWERMATE 5000                1.000    1.000     .000  EA        417.89       417.89
              NO PRETICKET
              ==================================
              ==================
              TRUCK# 01 FOR 364935110
              ==============================
              ====================================
                  Continued
```

```
                                       ** EDI       INVOICE      2
                                     ** REPRINT
                                                                        3/06/08

                                                                        072251
            WAL-MART DC 6019A-ASM DIS
            7504 EAST CROSSROADS BOULEVARD                              6659947
            364935110
            LOVELAND, CO  80538                                         3304393



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


  5301899203          3/06/08    1% 45 DAYS          00     USD   Prepaid        5565576


       ===========================
     ======================================
     ===========================
     IF MULTIPLE DESTINATIONS HAVE THE
     SAME SHIP DATE, PLEASE
     SHIP TO FURTHEST DESTINATION  FIRST
     AND CLOSEST DESTINATIONS
     LAST.
     ==============================
```

|  | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 417.89 | .00 | .00 | .00 | 417.89 |

```
                              INVOICE TOTAL     417.89                  3/06/08

                                                                        072251
                          Powermate Corporation
                          P.O. Box 930229                               6659947
                          Atlanta, GA 31193-0229
                                                                        3304393
```

```
                                           ** EDI        INVOICE        1
                                       ** REPRINT
                                                                          3/07/08

                                                                          072251
              WAL-MART DC 6024A-ASM DIS
              3920 SOUTHWEST BLVD.                                         6660238
              364935110
              GROVE CITY, OH  43123                                       3301653



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                        69
              BENTONVILLE, AR  72716-8002


  2901927544              3/07/08      1% 45 DAYS          00      USD  Prepaid


              NO PRETICKET
              ======================================
              =========================
              TRUCK#  01 FOR 364935110
              ============================
              ==========================
              ===========================
              ===========================
              =======================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ============================
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 EA | 1.47 | 8.82 |
| PM0105000 | GEN POWERMATE 5000 | 3.000 | 3.000 | .000 EA | 417.89 | 1253.67 |
| PM0102500 | GEN POWERMATE 2500 | 2.000 | 2.000 | .000 EA | 244.12 | 488.24 |

```
              NO PRETICKET
              =====================================
              =========================
              TRUCK#  01 FOR 364935110
                  Continued
```

```
                                    ** EDI        INVOICE      2
                                 ** REPRINT
                                                                      3/07/08

                                                                      072251
          WAL-MART DC 6024A-ASM DIS
          3920 SOUTHWEST BLVD.                                        6660238
          364935110
          GROVE CITY, OH  43123                                       3301653



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002


2901927544           3/07/08       1% 45 DAYS        00    USD   Prepaid         00316233907


       =================================
       ===================================
       ==========================
       ===================================
       =========================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ==============================
```

| | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 1750.73 | .00 | .00 | .00 | 1750.73 |

```
                              INVOICE TOTAL      1750.73                   3/07/08

                                                                          072251
                              Powermate Corporation
                              P.O. Box 930229                              6660238
                              Atlanta, GA 31193-0229
                                                                          3301653
```

```
                                        ** EDI      INVOICE      1
                                      ** REPRINT
                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6025A-ASM DIS
        6140 3M DRIVE                                                 6660239
        364935110
        MENOMONIE, WI  54751                                          3301656



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
            69
        BENTONVILLE, AR  72716-8002


  8001936666          3/07/08      1½ 45 DAYS           00    USD  Prepaid


        NO PRETICKET
        =====================================
        =========================
        TRUCK# 01 FOR 364935110
        =====================================
        =========================
        =====================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =====================================
        cancel date 02/11/04

  PM0102500   GEN POWERMATE 2500          1.000   1.000   .000 EA   244.12      244.12
              NO PRETICKET
        =====================================
        =========================
        TRUCK# 01 FOR 364935110
        =========================
              Continued
```

```
                                    ** EDI        INVOICE      2
                                  ** REPRINT
                                                              3/07/08

                                                              072251
       WAL-MART DC 6025A-ASM DIS
       6140 3M DRIVE                                          6660239
       364935110
       MENOMONIE, WI  54751                                    3301656



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
              69
       BENTONVILLE, AR  72716-8002


 B001936666          3/07/08       1% 45 DAYS           00    USD   Prepaid        00316233949


       =========================================
       ===========================
       ===========================================
       ============================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ==============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 244.12 | .00 | .00 | .00 |  | 244.12 |

```
                              INVOICE TOTAL     244.12                3/07/08

                                                                      072251
                       Powermate Corporation
                       P.O. Box 930229                                6660239
                       Atlanta, GA 31193-0229
                                                                      3301656
```

```
                                            ** EDI        INVOICE      1
                                         ** REPRINT
                                                                           3/07/08

                                                                           072251

            WAL-MART DC 6036A-ASM DIS
            14863 FM 645 UNIT A                                            6660240
            364935110
            PALESTINE, TX  75803                                           3301825


            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


  0601928108              3/07/08      1½ 45 DAYS          00     USD   Prepaid


            NO PRETICKET
            ====================================
            ====================================
            TRUCK# 01 FOR 364935110
            ====================================
            ====================================
            ====================================
            ====================================
            ====================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FORTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ====================================

  PM0102500  GEN POWERMATE 2500           2.000    2.000      .000 EA      244.12      488.24
            NO PRETICKET
            ====================================
            ====================================
            TRUCK# 01 FOR 364935110
            ====================================
            ====================================
               Continued
```

```
                                        ** EDI        INVOICE       2
                                     ** REPRINT
                                                                           3/07/08

                                                                           072251
            WAL-MART DC 6036A-ASM DIS
            14863 FM 645 UNIT A                                            6660240
            364935110
            PALESTINE, TX  75803                                           3301825



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


   0601928108            3/07/08        1% 45 DAYS          00      USD    Prepaid           00316233980


            ==========================
            ==================================
            ==========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 488.24 | .00 | .00 | .00 |  | 488.24 |

```
                           INVOICE TOTAL      488.24                        3/07/08

                                                                            072251
                        Powermate Corporation
                        P.O. Box 930229                                     6660240
                        Atlanta, GA 31193-0229
                                                                            3301825
```

```
                                    ** EDI        INVOICE      1
                                 ** REPRINT
                                                                    3/07/08

                                                                   072251
          WAL-MART DC 6068A-ASM DIS
          221 LOIS RD                                              6660241
          364935110
          SANGER, TX  76266                                       3301829


          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


   5401918156            3/07/08      1% 45 DAYS        00     USD   Prepaid


          NO PRETICKET
          ==========================================
          ==========================
          TRUCK#  01 FOR 364935110
          ==========================================
          =========================================
          ==========================
          =========================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==================================
          cancel date

  PM0102500    GEN POWERMATE 2500          1.000    1.000    .000 EA      244.12      244.12
               NO PRETICKET
               ===================================
               ==========================
               TRUCK#  01 FOR 364935110
               ==========================
                  Continued
```

```
                                    ** EDI        INVOICE        2
                                  ** REPRINT
                                                                          3/07/08

                                                                          072251
        WAL-MART DC 6068A-ASM DIS
        221 LOIS RD                                                       6660241
        364935110
        SANGER, TX  76266                                                 3301829



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


5401918156            3/07/08      1% 45 DAYS         00     USD   Prepaid          00316238035


        ======================================
        ==========================
        ================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 244.12 | .00 | .00 | | .00 | | 244.12 |

```
                      INVOICE TOTAL      244.12
                                                                          3/07/08

                      Powermate Corporation                              072251
                      P.O. Box 930229
                      Atlanta, GA 31193-0229                              6660241

                                                                          3301829
```

```
                                            ** EDI        INVOICE        1
                                         ** REPRINT
                                                                              3/07/08

                                                                             072251

         WAL-MART DC 6012A-ASM DIS
         3100 NORTH I-27                                                 .   6660242
         364935110
         PLAINVIEW, TX  79072                                                3301833




         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                   69
         BENTONVILLE, AR  72716-8002



 7801889521              3/07/08   ·  1% 45 DAYS           00     USD    Prepaid



         NO PRETICKET
         =========================================
         =========================
         TRUCK#  01 FOR 364935110
         =================================
         =================================
         =========================
         =================================
         =========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         =================================
         must arrive by date

 PA0650074    OIL GEN 1 QT SAE 30 SIX PACK     30.000   30.000   .000 EA      1.47       44.10
 PMD105000    GEN POWERMATE 5000                1.000    1.000   .000 EA    417.89      417.89
 PMD102500    GEN POWERMATE 2500                5.000    5.000   .000 EA    244.12     1220.60
              NO PRETICKET
         ==========================================
         ==========================
              Continued
```

```
                                        ** EDI        INVOICE      2
                                    ** REPRINT
                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6012A-ASM DIS
        3100 NORTH I-27                                               6660242
        364935110
        PLAINVIEW, TX  79072                                          3301833



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002


7801889521            3/07/08      1% 45 DAYS          00    USD   Prepaid        00316233840


        TRUCK# 01 FOR 364935110
        ===============================
        ===================================
        ======================
        ====================================
        ========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================



        Continued
```

```
                                          ** EDI        INVOICE        3
                                        ** REPRINT
                                                                          3/07/08

                                                                          072251
        WAL-MART DC 6012A-ASM DIS
        3100 NORTH I-27                                                    6660242
        364935110
        PLAINVIEW, TX  79072                                              3301833



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


7801889521            3/07/08      1% 45 DAYS         00    USD   Prepaid          00316233840
```

```
                              GST                                         INVOICE TOTAL
  1682.59              .00              .00                    .00                 1682.59


                       INVOICE TOTAL       1682.59                        3/07/08

                                                                          072251
                       Powermate Corporation
                       P.O. Box 930229                                    6660242
                       Atlanta, GA 31193-0229
                                                                          3301833
```

```
                                          ** EDI        INVOICE       1
                                       ** REPRINT
                                                                        3/07/08

                                                                        072251
              WAL-MART DC 6092A-ASM DIS
              3110 ILLINOIS HWY 89                                      6660243
              364935110
              SPRING VALLEY, IL  61362                                  3300336



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


  1051937306            3/07/08    1% 45 DAYS          00     USD    Prepaid


              NO PRETICKET
              ======================================
              ======================================
              TRUCK# 01 FOR 364935110
              ======================================
              ======================================
              ======================================
              ======================================
              ======================================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ======================================
  PM0105000   GEN POWERMATE 5000           4.000     4.000    .000 EA       417.89      1671.56
  PM0102500   GEN POWERMATE 2500           3.000     3.000    .000 EA       244.12       732.36
              NO PRETICKET
              ======================================
              ======================================
              TRUCK# 01 FOR 364935110
              ======================================
                  Continued
```

```
                                          ** EDI      INVOICE     2
                                        ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6092A-ASM DIS
        3110 ILLINOIS HWY 89                                            6660243
        364935110
        SPRING VALLEY, IL  61362                                        3300336



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


  1051937306            3/07/08    1% 45 DAYS        00    USD   Prepaid      00316235076


        ================================
        ============================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 2403.92 | .00 | .00 | .00 | | 2403.92 |

```
                        INVOICE TOTAL      2403.92                    3/07/08

                                                                     072251
                        Powermate Corporation
                        P.O. Box 930229                              6660243
                        Atlanta, GA 31193-0229
                                                                     3300336
```

```
                                          ** EDI        INVOICE      1
                                       ** REPRINT
                                                                        3/07/08

                                                                        072251
              WAL-MART DC 6092A-ASM DIS
              3110 ILLINOIS HWY 89                                      6660244
              364935110
              SPRING VALLEY, IL  61362                                  3302850


              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


  1051937706             3/07/08     1½ 45 DAYS         00      USD   Prepaid


              NO PRETICKET
              ===================================
              ===================================
              TRUCK# 01 FOR 364935110
              ===================================
              ===================================
              ===================================
              ===================================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ===================================

  PM0102500   GEN POWERMATE 2500           3.000    3.000    .000 EA    244.12       732.36
              NO PRETICKET
              ===================================
              ===================================
              TRUCK# 01 FOR 364935110
              ===================================
              ===================================
                  Continued
```

```
                                          ** EDI        INVOICE      2
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
         WAL-MART DC 6092A-ASM DIS
         3110 ILLINOIS HWY 89                                           6660244
         364935110
         SPRING VALLEY, IL  61362                                       3302850



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                  69
         BENTONVILLE, AR  72716-8002


  1051937706            3/07/08      1% 45 DAYS        00    USD  Prepaid       00316235050


      ==========================
      ===================================
      ==========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ===================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 732.36 | .00 | .00 | | .00 | 732.36 |

```
                          INVOICE TOTAL      732.36                3/07/08

                                                                   072251
                    Powermate Corporation
                    P.O. Box 930229                                6660244
                    Atlanta, GA 31193-0229
                                                                   3302850
```

```
                                        ** EDI      INVOICE      1
                                     ** REPRINT
                        ,                                            3/07/08

                                                                     072251
        WAL-MART DC 6009A-ASM DIS
        1501 MAPLE LEAF ROAD                                         6660245
        364935110
        MOUNT PLEASANT, IA  52641                                    3302856



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


8801917718            3/07/08   ·  1½ 45 DAYS        00    USD   Prepaid


        NO PRETICKET
        ===========================================
        ===========================
        TRUCK# 01 FOR 364935110
        ===========================
        =============================================
        ===========================
        =============================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
PM0102500   GEN POWERMATE 2500          1.000    1.000    .000 EA     244.12        244.12
        NO PRETICKET
        ==================================
        ==========================
        TRUCK# 01 FOR 364935110
        =============================================
        =============================================
            Continued
```

```
                                          ** EDI       INVOICE      2
                                       ** REPRINT
                                                                        3/07/08

                                                                        072251
         WAL-MART DC 6009A-ASM DIS
         1501 MAPLE LEAF ROAD                                           6660245
         364935110
         MOUNT PLEASANT, IA  52641                                      3302856



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                  69
         BENTONVILLE, AR  72716-8002


  8801917718            3/07/08      1% 45 DAYS          00     USD   Prepaid           00316233808



         *===========================
         ============================
         ===========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 244.12 | .00 | .00 | | .00 | 244.12 |

```
                              INVOICE TOTAL      244.12                    3/07/08

                                                                           072251
                         Powermate Corporation
                         P.O. Box 930229                                   6660245
                         Atlanta, GA 31193-0229
                                                                           3302856
```

```
                                      ** EDI        INVOICE       1
                                   ** REPRINT
                                                                    3/07/08

                                                                   072251
       WAL-MART DC 6017A-ASM DIS
       2108 EAST TIPTON STREET                                     6660247
       364935110
       SEYMOUR, IN  47274                                          3301652



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
            69
       BENTONVILLE, AR  72716-8002


  2151908752            3/07/08    1% 45 DAYS          00     USD   Prepaid


       NO PRETICKET
       ==================================
       ==================================
       TRUCK# 01 FOR 364935110
       ==================================
       ==================================
       ==================================
       ==================================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ==================================

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK       18.000   18.000    .000  EA        1.47        26.46
  PM0105000   GEN POWERMATE 5000                  1.000    1.000    .000  EA      417.89       417.89
  PM0102500   GEN POWERMATE 2500                  5.000    5.000    .000  EA      244.12      1220.60
              NO PRETICKET
              ==================================
              ==================================
              TRUCK# 01 FOR 364935110
                  Continued
```

```
                                        ** EDI        INVOICE      2
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6017A-ASM DIS
        2108 EAST TIPTON STREET                                         6660247
        364935110
        SEYMOUR, IN  47274                                              3301652


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


 2151908752          3/07/08      1% 45 DAYS        00    USD   Prepaid      00316233873


      ================================
      ===================================
      ===========================
      ==============================
      ==========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ==============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1664.95 | .00 | .00 | .00 |  | 1664.95 |

```
                        INVOICE TOTAL      1664.95                    3/07/08

                                                                      072251
                     Powermate Corporation
                     P.O. Box 930229                                  6660247
                     Atlanta, GA 31193-0229
                                                                      3301652
```

```
                                    ** EDI        INVOICE      1
                                  ** REPRINT
                                                                    3/07/08

              WAL-MART DC 6024A-ASM DIS                             072251
              3920 SOUTHWEST BLVD.
              364935110                                             6660248
              GROVE CITY, OH  43123
                                                                    3300338



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                     69
              BENTONVILLE, AR  72716-8002


 2901927346            3/07/08     1% 45 DAYS       00      USD   Prepaid


              NO PRETICKET
              ==========================================
              ==========================
              TRUCK#  01 FOR 364935110
              ==========================================
              ==========================================
              ======================
              ==========================================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              =================================
 PA0650074    OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000    .000 EA       1.47      17.64
 PM0105000    GEN POWERMATE 5000               1.000    1.000    .000 EA     417.89     417.89
 PM0102500    GEN POWERMATE 2500               4.000    4.000    .000 EA     244.12     976.48
              NO PRETICKET
              ==========================================
              ==========================
              TRUCK#  01 FOR 364935110
                  Continued
```

```
                                    ** EDI        INVOICE      2
                                  ** REPRINT
                                                                3/07/08

                                                                072251
        WAL-MART DC 6024A-ASM DIS
        3920 SOUTHWEST BLVD.                                    6660248
        364935110
        GROVE CITY, OH  43123                                   3300338



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


2901927346          3/07/08     1% 45 DAYS        00    USD   Prepaid        00316233915


        ===============================
        ==================================
        ============================
        ===================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1412.01 | .00 | .00 | .00 | | 1412.01 |

```
                        INVOICE TOTAL       1412.01
                                                                3/07/08

                                                                072251
                        Powermate Corporation
                        P.O. Box 930229                         6660248
                        Atlanta, GA 31193-0229
                                                                3300338
```

```
                                          ** EDI        INVOICE        1
                                       ** REPRINT
                                                                           3/07/08

                                                                           072251
              WAL-MART DC 6069A-ASM DIS
              1200 MATLOCK DRIVE                                           6660249
              364935110
              ST. JAMES, MO  65559                                         3302082



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


 1551899328              3/07/08       1% 45 DAYS          00    USD   Prepaid


              NO PRETICKET
              ============================================
              ============================================
              TRUCK#  01 FOR 364935110
              ============================================
              ============================================
              ============================================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ============================================
              MUST ARRIVE BY 03/06/04

 PA0650074    OIL GEN 1 QT SAE 30 SIX PACK      12.000   12.000   .000  EA    1.47      17.64
 PM0102500    GEN POWERMATE 2500                15.000   15.000   .000  EA  244.12    3661.80
              NO PRETICKET
              ============================================
              ============================================
              TRUCK#  01 FOR 364935110
                 Continued
```

```
                                        ** EDI       INVOICE      2
                                   ** REPRINT
                                                                           3/07/08

                                                                          072251
         WAL-MART DC 6069A-ASM DIS
         1200 MATLOCK DRIVE                                               6660249
         364935110
         ST. JAMES, MO  65559                                             3302082



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                   69
         BENTONVILLE, AR  72716-8002


1551899328              .3/07/08    1% 45 DAYS          OD    USD   Prepaid          00316235084


      =================================
      ====================================
      ==========================
      ======================================
      ===========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ================================
```

|  | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 3679.44 | .00 | .00 | .00 | 3679.44 |

```
                              INVOICE TOTAL     3679.44
                                                                          3/07/08

                          Powermate Corporation                          072251
                          P.O. Box 930229
                          Atlanta, GA 31193-0229                          6660249

                                                                          3302082
```

```
                                        ** EDI       INVOICE      1
                                        ** REPRINT

                                                                   3/07/08

         WAL-MART DC 6092A-ASM DIS                                 072251
         3110 ILLINOIS HWY 89
         364935110                                                 6660250
         SPRING VALLEY, IL  61362
                                                                   3301651



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002


  1051937507          3/07/08      1% 45 DAYS        00     USD   Prepaid



         NO PRETICKET
         =======================================
         =========================
         TRUCK#  01 FOR 364935110
         =======================================
         ===================================
         =========================
         =======================================
         =========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         =============================

  PM0102500    GEN POWERMATE 2500      2.000    2.000    .000 EA     244.12    488.24
               NO PRETICKET
               =======================================
               =========================
               TRUCK#  01 FOR 364935110
               =======================================
               =========================
                  Continued
```

```
                                            ** EDI         INVOICE        2
                                        ** REPRINT
                                                                            3/07/08

                                                                            072251
            WAL-MART DC 6092A-ASM DIS
            3110 ILLINOIS HWY 89                                            6660250
            364935110
            SPRING VALLEY, IL  61362                                        3301651



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


  1051937507             3/07/08      1% 45 DAYS          00     USD  Prepaid        00316235068


        ===========================
        ====================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 488.24 | .00 | .00 | .00 | 488.24 |

```
                            INVOICE TOTAL       488.24                  3/07/08

                                                                        072251
                        Powermate Corporation
                        P.O. Box 930229                                 6660250
                        Atlanta, GA 31193-0229
                                                                        3301651
```

```
                                        ** EDI          INVOICE        1
                                    ** REPRINT
                                                                          3/07/08

          WAL-MART DC 6036A-ASM DIS                                       072251
          14863 FM 645 UNIT A
          364935110                                                       6660251
          PALESTINE, TX  75803
                                                                          3300585


          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


   0601927905           3/07/08      1% 45 DAYS         00     USD    Prepaid


          NO PRETICKET
          =======================================
          ================================
          TRUCK# 01 FOR 364935110
          =======================================
          ================================
          =======================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
   PM0102500   GEN POWERMATE 2500          2.000   2.000    .000  EA    244.12      488.24
               NO PRETICKET
          =======================================
          ================================
          TRUCK# 01 FOR 364935110
          =======================================
          ================================
               Continued
```

```
                                       ** EDI        INVOICE      2
                                    ** REPRINT
                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6036A-ASM DIS
        14863 FM 645 UNIT A                                           6660251
        364935110
        PALESTINE, TX  75803                                          3300585



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                  69
        BENTONVILLE, AR  72716-8002
```

0601927905            3/07/08        1% 45 DAYS         00     USD   Prepaid              00316233988

```
        =======================
        ==================================
        =======================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 488.24 | .00 | .00 | .00 |  | 488.24 |

```
                        INVOICE TOTAL     488.24              3/07/08

                                                              072251
                        Powermate Corporation
                        P.O. Box 930229                       6660251
                        Atlanta, GA 31193-0229
                                                              3300585
```

```
                                        ** EDI        INVOICE      1
                                        ** REPRINT
                                                                            3/07/08

                                                                            072251
        WAL-MART DC 6035A-ASM DIS
        3220 NEVADA TERRACE                                                 6660252
        364935110
        OTTAWA, KS  66067                                                   3299563



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


3751889223            3/07/08    1% 45 DAYS           00    USD   Prepaid


        NO PRETICKET
        ==================================
        ==========================
        TRUCK#  01 FOR 364935110
        ==================================
        ==================================
        ==========================
        ==================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        MUST DELIVER BY 03/04/04

PM0102500    GEN POWERMATE 2500          1.000    1.000    .000  EA    244.12      244.12
        NO PRETICKET
        ==================================
        ==========================
        TRUCK#  01 FOR 364935110
        ==========================
            Continued
```

```
                                         ** EDI        INVOICE      2
                                       ** REPRINT

                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6035A-ASM DIS
        3220 NEVADA TERRACE                                           6660252
        364935110
        OTTAWA, KS  66067                                             3299563



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


 3751889223            3/07/08      1½ 45 DAYS        00     USD   Prepaid        00316233931


        =====================================
        ==============================
        =====================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|            |        | GST    |        |        | INVOICE TOTAL |
|------------|--------|--------|--------|--------|---------------|
| 244.12     | .00    | .00    |        | .00    | 244.12        |

```
                          INVOICE TOTAL      244.12
                                                                      3/07/08

                                                                      072251
                          Powermate Corporation
                          P.O. Box 930229                             6660252
                          Atlanta, GA 31193-0229
                                                                      3299563
```

```
                                        ** EDI        INVOICE        1
                                     ** REPRINT
                                                                          3/07/08

                                                                         072251
        WAL-MART DC 6069A-ASM DIS
        1200 MATLOCK DRIVE                                               6660253
        364935110
        ST. JAMES, MO  65559                                            3299561



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002



 1551898913              3/07/08    1% 45 DAYS         00     USD   Prepaid



        NO PRETICKET
        ==================================
        ==================================
        TRUCK#  01 FOR 364935110
        ==================================
        ==================================
        ==================================
        ==================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
        MUST ARRIVE BY 03/06/04

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     6.000   6.000    .000 EA        1.47      8.82
 PM0102500   GEN POWERMATE 2500               2.000   2.000    .000 EA      244.12    488.24
             NO PRETICKET
             ==================================
             ==================================
             TRUCK#  01 FOR 364935110
                  Continued
```

```
                                    ** EDI        INVOICE        2
                                  ** REPRINT
                                                                       3/07/08

                                                                       072251
        WAL-MART DC 6069A-ASM DIS
        1200 MATLOCK DRIVE                                             6660253
        364935110
        ST. JAMES, MO  65559                                           3299561



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


  1551898913          3/07/08       1% 45 DAYS        00    USD   Prepaid        00316235027


        ==============================
        ===================================
        =========================
        ===========================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 497.06 | .00 | .00 | .00 | 497.06 |

```
                        INVOICE TOTAL      497.06                    3/07/08

                                                                     072251
                        Powermate Corporation
                        P.O. Box 930229                              6660253
                        Atlanta, GA 31193-0229
                                                                     3299561
```

```
                                        ** EDI          INVOICE        1
                                      ** REPRINT
                                                                        3/07/08

                                                                        072251
          WAL-MART DC 6012A-ASM DIS
          3100 NORTH I-27                                               6660254
          364935110
          PLAINVIEW, TX  79072                                          3300592




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002



  7801889314              3/07/08      1½ 45 DAYS          00     USD   Prepaid


          NO PRETICKET
          ============================================
          ============================
          TRUCK# 01 FOR 364935110
          ================================
          ================================================
          ===================================
          ===========================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
          must arrive by date
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0105000 | GEN POWERMATE 5000 | 1.000 | 1.000 | .000 | EA | 417.89 | 417.89 |
| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 | EA | 244.12 | 244.12 |

```
          NO PRETICKET
          ========================================
          ==========================
              Continued
```

```
                                        ** EDI      INVOICE     2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251
            WAL-MART DC 6012A-ASM DIS
            3100 NORTH I-27                                             6660254
            364935110
            PLAINVIEW, TX  79072                                        3300592



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


  7801889314           3/07/08      1% 45 DAYS          00     USD   Prepaid          00316233857


            TRUCK# 01 FOR 364935110
            ===============================
            ===================================
            ==========================
            ===================================
            =========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===============================




            Continued
```

```
                                        ** EDI        INVOICE       3
                                     ** REPRINT
                                                                         3/07/08

                                                                         072251
          WAL-MART DC 6012A-ASM DIS
          3100 NORTH I-27                                                6660254
          364935110
          PLAINVIEW, TX  79072                                           3300592



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002



  7801889314            3/07/08      1½ 45 DAYS         00    USD   Prepaid           00316233857
```

```
                            GST                                        INVOICE TOTAL
  679.65              .00              .00              .00                   679.65


                         INVOICE TOTAL      679.65                      3/07/08

                                                                       072251
                      Powermate Corporation
                      P.O. Box 930229                                  6660254
                      Atlanta, GA 31193-0229
                                                                       3300592
```

```
                                    ** EDI        INVOICE       1
                                    ** REPRINT
                                                                          3/07/08

                                                                          072251
        WAL-MART DC 6036A-ASM DIS
        14863 FM 645 UNIT A                                               6660255
        364935110
        PALESTINE, TX  75803                                              3299331


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


0601927699              3/07/08    1% 45 DAYS          00     USD   Prepaid


        NO PRETICKET
        ==================================
        ==================================
        TRUCK#  01 FOR 364935110
        ==================================
        ==================================
        ==================================
        ==================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
PA0650074  OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000  EA        1.47       8.82
PM0102500  GEN POWERMATE 2500                1.000    1.000    .000  EA      244.12     244.12
        NO PRETICKET
        ==================================
        ==========================
        TRUCK#  01 FOR 364935110
        ==========================
           Continued
```

```
                                        ** EDI      INVOICE      2
                                    ** REPRINT
                                                                    3/07/08

                                                                    072251
            WAL-MART DC 6036A-ASM DIS
            14863 FM 645 UNIT A                                     6660255
            364935110
            PALESTINE, TX  75803                                    3299331



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


0601927699           3/07/08      1% 45 DAYS         00    USD   Prepaid        00316233923


        ====================================
        ================================
        ====================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|       |     | GST |     | INVOICE TOTAL |
|-------|-----|-----|-----|---------------|
| 252.94 | .00 | .00 | .00 | 252.94 |

```
                        INVOICE TOTAL     252.94            3/07/08

                        Powermate Corporation               072251
                        P.O. Box 930229
                        Atlanta, GA 31193-0229              6660255

                                                            3299331
```

```
                                          ** EDI        INVOICE      1
                                       ** REPRINT
                                                                         3/07/08

                                                                         072251
        WAL-MART DC 6043A-ASM DIS
        492 JONESVILLE ROAD                                              6660256
        364935110
        COLDWATER, MI  49036                                             3302853



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


 3201918308            3/07/08     1% 45 DAYS           00     USD   Prepaid


        NO PRETICKET
        ===========================================
        ===========================
        TRUCK# 01 FOR 364935110
        ==================================
        ===================================
        =========================
        ===================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

| Item | Description | | | | | | |
|------|-------------|------|------|------|----|------|--------|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0105000 | GEN POWERMATE 5000 | 4.000 | 4.000 | .000 | EA | 417.89 | 1671.56 |
| PM0102500 | GEN POWERMATE 2500 | 7.000 | 7.000 | .000 | EA | 244.12 | 1708.84 |

```
        NO PRETICKET
        ========================================
        =========================
        TRUCK# 01 FOR 364935110
            Continued
```

```
                                        ** EDI       INVOICE      2
                                     ** REPRINT
                                                                    3/07/08

                                                                    072251
          WAL-MART DC 6043A-ASM DIS
          492 JONESVILLE ROAD                                       6660256
          364935110
          COLDWATER, MI  49036                                      3302853



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002


 3201918308          3/07/08     1% 45 DAYS      00     USD   Prepaid       00316235043



        ======================================
        =========================================
        =============================
        =========================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 3398.04 | .00 | .00 | .00 | 3398.04 |

```
                              INVOICE TOTAL      3398.04                    3/07/08

                                                                            072251
                              Powermate Corporation
                              P.O. Box 930229                               6660256
                              Atlanta, GA 31193-0229
                                                                            3302853
```

```
                                              ** EDI        INVOICE        1
                                        ** REPRINT
                                                                               3/07/08

                                                                               072251
            WAL-MART DC 6043A-ASM DIS
            492 JONESVILLE ROAD                                                6660267
            364935110
            COLDWATER, MI  49036                                               3299062



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                      69
            BENTONVILLE, AR  72716-8002


3201917716              3/07/08      1% 45 DAYS            00      USD   Prepaid


            NO PRETICKET
            ==========================================
            ============================
            TRUCK# 01 FOR 364935110
            ============================
            ==========================================
            ============================
            ==========================================
            ============================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ============================
PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     12.000    12.000     .000 EA       1.47      17.64
PM0102500   GEN POWERMATE 2500               10.000    10.000     .000 EA     244.12    2441.20
            NO PRETICKET
            ==========================================
            ============================
            TRUCK# 01 FOR 364935110
            ============================
                 Continued
```

```
                                    ** EDI      INVOICE      2
                                ** REPRINT
                                                                3/07/08

                                                                072251
        WAL-MART DC 6043A-ASM DIS
        492 JONESVILLE ROAD                                     6660267
        364935110
        COLDWATER, MI  49036                                    3299062



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


3201917716           3/07/08    1% 45 DAYS         00    USD   Prepaid          00316233972


        =====================================
        =========================
        =====================================
        ========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 2458.84 | .00 | .00 | .00 | 2458.84 |

```
                        INVOICE TOTAL    2458.84                     3/07/08

                                                                    072251
                        Powermate Corporation
                        P.O. Box 930229                             6660267
                        Atlanta, GA 31193-0229
                                                                    3299062
```

```
                                        ** EDI        INVOICE      1
                                     ** REPRINT
                                                                          3/07/08

                                                                          072251
           WAL-MART DC 6017A-ASM DIS
           2108 EAST TIPTON STREET                                        6660268
           364935110
           SEYMOUR, IN  47274                                             3300337



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                   69
           BENTONVILLE, AR  72716-8002


  2151908556            3/07/08     1½ 45 DAYS          00      USD   Prepaid


           NO PRETICKET
           ===================================
           ===========================
           TRUCK#  01 FOR 364935110
           ===========================
           ===================================
           ===========================
           ===================================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ===============================
  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     6.000     6.000     .000  EA        1.47        8.82
  PM0105000   GEN POWERMATE 5000               1.000     1.000     .000  EA      417.89      417.89
  PM0102500   GEN POWERMATE 2500              10.000    10.000     .000  EA      244.12     2441.20
           NO PRETICKET
           ===================================
           ===========================
           TRUCK#  01 FOR 364935110
                Continued
```

```
                                          ** EDI      INVOICE      2
                                       ** REPRINT
                                                                        3/07/08

                                                                        072251
              WAL-MART DC 6017A-ASM DIS
              2108 EAST TIPTON STREET                                   6660268
              364935110
              SEYMOUR, IN  47274                                        3300337



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


  2151908556              3/07/08     1½ 45 DAYS        00    USD   Prepaid        00316233881
```

```
              ================================
              ================================
              ========================
              ===========================
              ========================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ===============================
```

```
                               GST                                  INVOICE TOTAL
  2867.91              .00                  .00                  .00          2867.91


                       INVOICE TOTAL     2867.91                     3/07/08

                                                                     072251
                       Powermate Corporation
                       P.O. Box 930229                               6660268
                       Atlanta, GA 31193-0229
                                                                     3300337
```

```
                                          ** EDI        INVOICE        1
                                      ** REPRINT
                                                                            3/07/08

                                                                            072251
            WAL-MART DC 6069A-ASM DIS
            1200 MATLOCK DRIVE                                               6660269
            364935110
            ST. JAMES, MO  65559                                            3300865



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


  1551899124            3/07/08    1% 45 DAYS        00    USD   Prepaid


            NO PRETICKET
            ===============================
            ===============================
            TRUCK#  01 FOR 364935110
            ===============================
            ===============================
            ===============================
            ===============================
            ===============================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===============================
            MUST ARRIVE BY 03/06/04

  PA0650074  OIL GEN 1 QT SAE 30 SIX PACK     6.000    6.000   .000  EA     1.47      8.82
  PM0102500  GEN POWERMATE 2500              16.000   16.000   .000  EA   244.12   3905.92
            NO PRETICKET
            ===============================
            ===============================
            TRUCK#  01 FOR 364935110
                Continued
```

```
                                                ** EDI          INVOICE        2
                                              · ** REPRINT
                                                                                    3/07/08

                                                                                    072251
              WAL-MART DC 6069A-ASM DIS
              1200 MATLOCK DRIVE                                                    6660269
              364935110
              ST. JAMES, MO  65559                                                 3300865



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


 1551899124              3/07/08      1½ 45 DAYS          00      USD    Prepaid           00316235001


         ================================
        ==================================
        =========================
        =================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 3914.74 | .00 | .00 | .00 | 3914.74 |

```
                              INVOICE TOTAL     3914.74

                                                                         3/07/08

                              Powermate Corporation                      072251
                              P.O. Box 930229
                              Atlanta, GA 31193-0229                      6660269

                                                                         3300865
```

```
                                          ** EDI        INVOICE      1
                                      ** REPRINT
                                                                        3/07/08

                                                                       072251
                WAL-MART DC 6043A-ASM DIS
                492 JONESVILLE ROAD                                    6660270
                364935110
                COLDWATER, MI  49036                                   3301654



                WAL-MART STORE, INC.
                HOME OFFICE
                INVOICE CONTROL DEPARTMENT
                     69
                BENTONVILLE, AR  72716-8002


   3201918113              3/07/08     1% 45 DAYS         00      USD   Prepaid


                NO PRETICKET
                ======================================
                ================================
                TRUCK# 01 FOR 364935110
                ======================================
                ======================================
                ==========================
                ======================================
                ===========================
                IF MULTIPLE DESTINATIONS HAVE THE
                SAME SHIP DATE, PLEASE
                SHIP TO FURTHEST DESTINATION  FIRST
                AND CLOSEST DESTINATIONS
                LAST.
                ==============================
   PA0650074    OIL GEN 1 QT SAE 30 SIX PACK      6.000    6.000    .000  EA      1.47          8.82
   PM0105000    GEN POWERMATE 5000                3.000    3.000    .000  EA    417.89       1253.67
   PM0102500    GEN POWERMATE 2500                3.000    3.000    .000  EA    244.12        732.36
                NO PRETICKET
                ======================================
                ==============================
                TRUCK# 01 FOR 364935110
                    Continued
```

```
                                      ** EDI        INVOICE      2
                                   ** REPRINT
```

3/07/08

072251

WAL-MART DC 6043A-ASM DIS
492 JONESVILLE ROAD                                         6660270
364935110
COLDWATER, MI  49036                                        3301654


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002


3201918113          3/07/08      1½ 45 DAYS          00    USD   Prepaid          00316233956


```
=================================
=====================================
=======================
=====================================
=============================
```
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
```
=================================
```


|        |        | GST    |        |        | INVOICE TOTAL |
|--------|--------|--------|--------|--------|---------------|
| 1994.85 | .00   | .00    | .00    |        | 1994.85       |


INVOICE TOTAL    1994.85                          3/07/08

                                                  072251
Powermate Corporation
P.O. Box 930229                                   6660270
Atlanta, GA 31193-0229
                                                  3301654

```
                                              ** EDI        INVOICE      1
                                          ** REPRINT

                                                                          3/07/08

                                                                         072251
            WAL-MART DC 6017A-ASM DIS
            2108 EAST TIPTON STREET                                       6660271
            364935110
            SEYMOUR, IN  47274                                            3299060


            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


  2151908356            3/07/08    1½ 45 DAYS          00      USD    Prepaid


            NO PRETICKET
            ==================================
            =========================
            TRUCK#  01 FOR 364935110
            ==================================
            ====================================
            =========================
            ==================================
            =========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==================================

  PA0650074    OIL GEN 1 QT SAE 30 SIX PACK    6.000   6.000    .000  EA       1.47       8.82
  PM0105000    GEN POWERMATE 5000              1.000   1.000    .000  EA     417.89     417.89
  PM0102500    GEN POWERMATE 2500              3.000   3.000    .000  EA     244.12     732.36
               NO PRETICKET
            ==================================
            =========================
            TRUCK#  01 FOR 364935110
                Continued
```

```
                                        ** EDI        INVOICE      2
                                      ** REPRINT
                                                                    3/07/08

                                                                    072251
        WAL-MART DC 6017A-ASM DIS
        2108 EAST TIPTON STREET                                     6660271
        364935110
        SEYMOUR, IN  47274                                          3299060




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



2151908356          3/07/08      1% 45 DAYS        00    USD  Prepaid        00316233832


        ==============================
        ================================
        =======================
        ==================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1159.07 | .00 | .00 | .00 | 1159.07 |

```
                        INVOICE TOTAL      1159.07

                                                                    3/07/08

                                                                    072251
                        Powermate Corporation
                        P.O. Box 930229                             6660271
                        Atlanta, GA 31193-0229
                                                                    3299060
```

```
                                          ** EDI       INVOICE      1
                                          ** REPRINT
                                                                         3/07/08

                                                                         072251
            WAL-MART DC 6027A-ASM DIS
            300 WAL-MART DRIVE                                           6660273
            ST RT 970
            364935110                                                    3298562
            WOODLAND, PA  16881



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


5601917651              3/07/08    1% 45 DAYS          00      USD    Prepaid


            NO PRETICKET
            ============================================
            ==========================
            TRUCK# 01 FOR 364935110
            ===================================
            ==========================
            ============================
            =========================================
            ============================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ============================
            MUST DELVIER BY 03/05/04

PM0102500   'GEN POWERMATE 2500          2.000    2.000     .000  EA        244.12        488.24
            NO PRETICKET
            ========================================
            =========================
            TRUCK# 01 FOR 364935110
            ==============================
                Continued
```

```
                                           ** EDI        INVOICE        2
                                         ** REPRINT
                                                                          3/07/08

                                                                          072251
        WAL-MART DC 6027A-ASM DIS
        300 WAL-MART DRIVE                                                6660273
        ST RT 970
        364935110                                                         3298562
        WOODLAND, PA  16881


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

```
5601917651           3/07/08      1% 45 DAYS          00     USD    Prepaid            0604657328
```

```
        =====================================
        =======================================
        =====================================
        =====================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =====================================
```

```
                        GST                                               INVOICE TOTAL
  488.24              .00                  .00                  .00              488.24


                  INVOICE TOTAL      488.24                            3/07/08

                                                                       072251
                  Powermate Corporation
                  P.O. Box 930229                                      6660273
                  Atlanta, GA 31193-0229
                                                                       3298562
```

```
                                        ** EDI        INVOICE        1
                                      ** REPRINT

                                                                        3/07/08

                                                                        072251
          WAL-MART DC 6070A-ASM DIS
          220 WAL-MART DRIVE                                            6660274
          364935110
          SHELBY, NC  28150                                             3301658



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002



  9752003145              3/07/08      1% 45 DAYS        00     USD   Prepaid



          NO PRETICKET
          =========================================
          =========================
          TRUCK# 01 FOR 364935110
          =============================
          ============================================
          ============================
          =========================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===============================
          TRUCK 4

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      18.000   18.000   .000 EA      1.47    26.46
  PMD102500   GEN POWERMATE 2500                 1.000    1.000   .000 EA    244.12   244.12
              NO PRETICKET
          =========================================
          =============================
          TRUCK# 01 FOR 364935110
                Continued
```

```
                                    ** EDI        INVOICE      2
                                    ** REPRINT
                                                                  3/07/08

                                                                  072251
          WAL-MART DC 6070A-ASM DIS
          220 WAL-MART DRIVE                                      6660274
          364935110
          SHELBY, NC  28150                                       3301658



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                    69
          BENTONVILLE, AR  72716-8002


  9752003145          3/07/08      1½ 45 DAYS        00    USD   Prepaid        0604655238


        ====================================
        ======================================
        ===========================
        =========================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 270.58 | .00 | .00 | .00 | 270.58 |

```
                              INVOICE TOTAL     270.58                3/07/08

                                                                      072251
                          Powermate Corporation
                          P.O. Box 930229                             6660274
                          Atlanta, GA 31193-0229
                                                                      3301658
```

```
                                          ** EDI        INVOICE        1
                                       ** REPRINT
                                                                          3/07/08

                                                                          072251
             WAL-MART DC 6010A-ASN DIS
             690 HIGHWAY 206                                              6660275
             364935110
             DOUGLAS, GA  31533                                          3298563



             WAL-MART STORE, INC.
             HOME OFFICE
             INVOICE CONTROL DEPARTMENT
                   69
             BENTONVILLE, AR  72716-8002


7352030971              3/07/08      1% 45 DAYS          00     USD   Prepaid


             NO PRETICKET
             ==================================
             ==================================
             TRUCK# 01 FOR 364935110
             ==================================
             ==================================
             ==================================
             ==================================
             IF MULTIPLE DESTINATIONS HAVE THE
             SAME SHIP DATE, PLEASE
             SHIP TO FURTHEST DESTINATION  FIRST
             AND CLOSEST DESTINATIONS
             LAST.
             ==================================

PM0102500    GEN POWERMATE 2500           6.000    6.000      .000  EA     244.12     1464.72
             NO PRETICKET
             ==================================
             ==================================
             TRUCK# 01 FOR 364935110
             ==================================
             ==================================
                 Continued
```

```
                                        ** EDI       INVOICE      2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251
              WAL-MART DC 6010A-ASM DIS
              690 HIGHWAY 206                                            6660275
              364935110
              DOUGLAS, GA  31533                                        3298563



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


 7352030971            3/07/08     1% 45 DAYS        00     USD   Prepaid        0604656567


        ============================
        ========================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
```

```
                              GST                                 INVOICE TOTAL

 1464.72              .00             .00              .00              1464.72


                        INVOICE TOTAL    1464.72                      3/07/08

                                                                      072251
                     Powermate Corporation
                     P.O. Box 930229                                  6660275
                     Atlanta, GA 31193-0229
                                                                      3298563
```

```
                                      ** EDI        INVOICE      1
                                   ** REPRINT
                                                                           3/07/08

                                                                          072251
          WAL-MART DC 6039A-ASM DIS
          1659 POTTERTOWN RD
          364935110                                                       6660277
          MIDWAY, TN  37809
                                                                          3301657



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002


8651889368            3/07/08       1½ 45 DAYS          00     USD   Prepaid


          NO PRETICKET
          ==========================================
          ==========================================
          TRUCK# 01 FOR 364935110
          ==========================================
          ==========================================
          ==========================================
          ==========================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
PA0650074 OIL GEN 1 QT SAE 30 SIX PACK      24.000    24.000      .000  EA       1.47        35.28
PM0105000 GEN POWERMATE 5000                 4.000     4.000      .000  EA     417.89      1671.56
PM0102500 GEN POWERMATE 2500                 9.000     9.000      .000  EA     244.12      2197.08
          NO PRETICKET
          ==========================================
          ===================
          TRUCK# 01 FOR 364935110
             Continued
```

```
                                      ** EDI      INVOICE      2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251
          WAL-MART DC 6039A-ASM DIS
          1659 POTTERTOWN RD                                            6660277
          364935110
          MIDWAY, TN  37809                                             3301657



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002


 8651889368            3/07/08      1% 45 DAYS         00     USD   Prepaid        0604657465


      ==============================
      ===================================
      ===========================
      ===================================
      =========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 3903.92 | .00 | .00 | .00 | 3903.92 |

```
                        INVOICE TOTAL      3903.92
                                                                        3/07/08

                                                                        072251
                    Powermate Corporation
                    P.O. Box 930229                                     6660277
                    Atlanta, GA 31193-0229
                                                                        3301657
```

```
                                         ** EDI        INVOICE       1
                                         ** REPRINT
                                                                         3/07/08

                                                                      072251

        WAL-MART DC 6020A-ASM DIS
        4224 KETTERING ROAD                                           6660282
        364935110
        BROOKSVILLE, FL  34602                                        3298561



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


 5601869266              3/07/08      1½ 45 DAYS          00     USD   Prepaid


        NO PRETICKET
        ===========================================
        ===========================
        TRUCK# 01 FOR 364935110
        ================================
        ================================
        ================================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    6.000    6.000    .000 EA      1.47       8.82
PM0102500   GEN POWERMATE 2500              1.000    1.000    .000 EA    244.12     244.12
        NO PRETICKET
        ================================
        =================================
        TRUCK# 01 FOR 364935110
        =================================
             Continued
```

```
                                    ** EDI        INVOICE      2
                                   ** REPRINT
                                                                  3/07/08

                                                                  072251
        WAL-MART DC 6020A-ASM DIS
        4224 KETTERING ROAD                                       6660282
        364935110
        BROOKSVILLE, FL  34602                                    3298561



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


5601869266          3/07/08     1% 45 DAYS         00    USD   Prepaid        0604656704


        ==================================
        ==========================
        =================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 252.94 | .00 | .00 | .00 | | 252.94 |

```
                     INVOICE TOTAL      252.94                    3/07/08

                     Powermate Corporation                        072251
                     P.O. Box 930229
                     Atlanta, GA 31193-0229                       6660282

                                                                  3298561
```

```
                                        ** EDI        INVOICE      1
                                   .  ** REPRINT

                                                                    3/07/08

         WAL-MART DC 6038A-ASM DIS                                  072251
         8827D OLD RIVER RD
         364935110                                                  6660284
         MARCY, NY  13403
                                                                    3298560



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002



  4751936493          3/07/08      1% 45 DAYS         00    USD    Prepaid


         NO UNITS AVAILABLE INVOICED ZERO $
         ===============================
         TRUCK# 01 FOR 364935110
         ================================================
         ===========================================
         ==========================
         =================================================
         ===========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ================================
         CXL DATE 03/07/04

  PM0102500   GEN POWERMATE 2500             4.000    4.000   .000 EA    244.12     976.48
         NO UNITS AVAILABLE INVOICED ZERO $
         ===========================
         TRUCK# 01 FOR 364935110
         ==================================
         =============================================
         ===========================
             Continued
```

```
                                          ** EDI        INVOICE       2
                                        ** REPRINT
                                                                              3/07/08

                                                                              072251
              WAL-MART DC 6038A-ASM DIS
              8827D OLD RIVER RD
              364935110                                                        6660284
              MARCY, NY  13403
                                                                              3298560



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                      69
              BENTONVILLE, AR  72716-8002


   4751936493            3/07/08      1% 45 DAYS        00      USD   Prepaid           060465741X


           ==================================
           ========================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ================================
```

|                | GST |     |     |          | INVOICE TOTAL |
|----------------|-----|-----|-----|----------|---------------|
| 976.48         | .00 | .00 | .00 |          | 976.48        |

```
                           INVOICE TOTAL     976.48
                                                                              3/07/08

                                                                              072251
              Powermate Corporation
              P.O. Box 930229                                                 6660284
              Atlanta, GA 31193-0229
                                                                              3298560
```

```
                                        ** EDI        INVOICE       1
                                      ** REPRINT
                                                                          3/07/08

                                                                       072251
          WAL-MART DC 6011A-ASM DIS
          2200 MANUFACTURERS BOULEVARD
          364935110                                                    6660289
          BROOKHAVEN, MS  39601
                                                                       3302086



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


   9506717290          3/07/08     1% 45 DAYS          00     USD   Prepaid


          NO PRETICKET
          =====================================
          ===========================
          TRUCK# 01 FOR 364935110
          ===============================
          ===================================
          ===========================
          ===============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===============================
          MUST ARRIVE BY 03/07/04

   PA0650074   OIL GEN 1 QT SAE 30 SIX PACK       36.000   36.000   .000  EA      1.47     52.92
   PM0102500   GEN POWERMATE 2500                  1.000    1.000   .000  EA    244.12    244.12
               NO PRETICKET
          ====================================
          =========================
          TRUCK# 01 FOR 364935110
               Continued
```

```
                                            ** EDI      INVOICE      2
                                        ** REPRINT
                                                                         3/07/08

                                                                         072251
        WAL-MART DC 6011A-ASM DIS
        2200 MANUFACTURERS BOULEVARD                                     6660289
        364935110
        BROOKHAVEN, MS  39601                                            3302086



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


 9506717290        3/07/08      1% 45 DAYS        00    USD   Prepaid       0604656740


        =================================
        ===================================
        =========================
        =====================================
        =============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================



                            GST                                    INVOICE TOTAL
    297.04          .00              .00              .00               297.04


                    INVOICE TOTAL    297.04                            3/07/08

                                                                       072251
                    Powermate Corporation
                    P.O. Box 930229                                     6660289
                    Atlanta, GA 31193-0229
                                                                       3302086
```

```
                                        ** EDI      INVOICE      1
                                     ** REPRINT

                                                                    3/07/08

                                                        072251
          WAL-MART DC 6048A-ASM DIS
          3022 HWY 743                                  6660291
          364935110
          OPELOUSAS, LA  70570                           3302083


          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                    69
          BENTONVILLE, AR  72716-8002


  1901927196            3/07/08      1½ 45 DAYS        00    USD    Prepaid


          NO PRETICKET
          ========================================
          ==================================
          TRUCK#  01 FOR 364935110
          ========================================
          ========================================
          ==============================
          ========================================
          ==============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==================================
  PAD650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000   6.000   .000 EA    1.47      8.82
  PM0102500   GEN POWERMATE 2500                1.000   1.000   .000 EA  244.12    244.12
              NO PRETICKET
          ========================================
          ===========================
          TRUCK#  01 FOR 364935110
          ==============================
                  Continued
```

```
                                        ** EDI        INVOICE      2
                                        ** REPRINT
                                                                      3/07/08

           WAL-MART DC 6048A-ASM DIS                                  072251
           3022 HWY 743
           364935110                                                  6660291
           OPELOUSAS, LA  70570
                                                                      3302083



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                  69
           BENTONVILLE, AR  72716-8002


  1901927196           3/07/08      1% 45 DAYS        00    USD   Prepaid          0604657474
```

```
           =============================================
           =============================
           ==========================================
           ========================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ==================================
```

```
                                  GST                                    INVOICE TOTAL
     252.94              .00                    .00              .00            252.94


                          INVOICE TOTAL       252.94
                                                                      3/07/08
                       Powermate Corporation                          072251
                       P.O. Box 930229
                       Atlanta, GA 31193-0229                          6660291

                                                                      3302083
```

```
                                           ** EDI        INVOICE      1
                                         ** REPRINT
                                                                          3/07/08

                  WAL-MART DC 6038A-ASM DIS                               072251
                  8827D OLD RIVER RD
                  364935110                                               6660299
                  MARCY, NY  13403
                                                                          3301110


                  WAL-MART STORE, INC.
                  HOME OFFICE
                  INVOICE CONTROL DEPARTMENT
                       69
                  BENTONVILLE, AR  72716-8002


    4751936881              3/07/08      1% 45 DAYS          00     USD   Prepaid


                  NO PRETICKET
                  ===================================
                  =============================
                  TRUCK#  01 FOR 364935110
                  ===================================
                  =============================
                  =============================
                  ===================================
                  IF MULTIPLE DESTINATIONS HAVE THE
                  SAME SHIP DATE, PLEASE
                  SHIP TO FURTHEST DESTINATION  FIRST
                  AND CLOSEST DESTINATIONS
                  LAST.
                  =============================
                  CXL DATE 03/07/04
    PM0102500     GEN POWERMATE 2500            8.000    8.000     .000 EA      244.12        1952.96
                  NO PRETICKET
                  ===================================
                  =============================
                  TRUCK#  01 FOR 364935110
                  ===================================
                      Continued
```

```
                                        ** EDI      INVOICE      2
                                     ** REPRINT
                                                                        3/07/08

            WAL-MART DC 6038A-ASM DIS                                    072251
            8827D OLD RIVER RD
            364935110                                                    6660299
            MARCY, NY  13403
                                                                        3301110



            WAL-MART STORE, INC.                               i
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                    69
            BENTONVILLE, AR  72716-8002


  4751936881            3/07/08      1½ 45 DAYS          00    USD  Prepaid          0604657391


        ============================================
        ===============================
        =================================
        =======================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|                   | GST      |          |          | INVOICE TOTAL |
| 1952.96           | .00      | .00      | .00      | 1952.96       |

```
                            INVOICE TOTAL    1952.96

                                                                        3/07/08
                    Powermate Corporation
                    P.O. Box 930229                                      072251
                    Atlanta, GA 31193-0229
                                                                        6660299

                                                                        3301110
```

```
                                             ** EDI       INVOICE       1
                                          ** REPRINT
                                                                                3/07/08

                                                                       072251
       WAL-MART DC 6070A-ASM DIS
       220 WAL-MART DRIVE                                              6660302
       364935110
       SHELBY, NC  28150                                               3302857


       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
            69
       BENTONVILLE, AR  72716-8002


  9752003343            3/07/08      1% 45 DAYS        00     USD   Prepaid


       NO PRETICKET
       ==========================================
       =================================
       TRUCK# 01 FOR 364935110
       ==========================================
       ==========================================
       ==========================================
       ==========================================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ==================================
       TRUCK 4

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000   .000  EA       1.47       17.64
  PM0105000   GEN POWERMATE 5000               1.000    1.000   .000  EA     417.89      417.89
  PM0102500   GEN POWERMATE 2500               8.000    8.000   .000  EA     244.12     1952.96
              NO PRETICKET
              ===========================================
              ===========================
              Continued
```

```
                                        ** EDI      INVOICE      2
                                     ** REPRINT
                                                                            3/07/08

                                                                            072251
        WAL-MART DC 6070A-ASM DIS
        220 WAL-MART DRIVE                                                  6660302
        364935110
        SHELBY, NC  28150                                                   3302857



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


9752003343           3/07/08      1% 45 DAYS          00     USD   Prepaid          0604655229


        TRUCK#  01 FOR 364935110
        ==================================
        ==================================
        =========================
        ==================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

        Continued

```
                                        ** EDI        INVOICE      3
                                      ** REPRINT
                                                                          3/07/08

                                                                          072251
            WAL-MART DC 6070A-ASM DIS
            220 WAL-MART DRIVE                                            6660302
            364935110
            SHELBY, NC  28150                                             3302857



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


   9752003343            3/07/08      1% 45 DAYS      00     USD   Prepaid           0604655229
```

```
                                        GST                                    INVOICE TOTAL
   2388.49              .00                    .00                    .00               2388.49

                              INVOICE TOTAL    2388.49                         3/07/08

                                                                               072251
                              Powermate Corporation
                              P.O. Box 930229                                  6660302
                              Atlanta, GA 31193-0229
                                                                               3302857
```

```
                                        ** EDI        INVOICE        1
                                     ** REPRINT
                                                                          3/07/08

                                                                          072251
      WAL-MART DC 6054A-ASM DIS
      385 CALLAWAY CHURCH ROAD                                            6660306
      364935110
      LA GRANGE, GA  30241                                                3301107



      WAL-MART STORE, INC.
      HOME OFFICE
      INVOICE CONTROL DEPARTMENT
             69
      BENTONVILLE, AR  72716-8002


   2401917872            3/07/08     1% 45 DAYS         00      USD   Prepaid


      NO PRETICKET
      =====================================
      =========================
      TRUCK#  01 FOR 364935110
      =================================
      ========================================
      =========================
      ========================================
      =========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ================================
      TRUCK # 3
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 | EA | 1.47 | 8.82 |
| PM0102500 | GEN POWERMATE 2500 | 2.000 | 2.000 | .000 | EA | 244.12 | 488.24 |

```
      NO PRETICKET
      =================================
      =========================
      TRUCK#  01 FOR 364935110
         · Continued
```

```
                                          ** EDI        INVOICE      2
                                          ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6054A-ASM DIS
        385 CALLAWAY CHURCH ROAD                                        6660306
        364935110
        LA GRANGE, GA  30241                                            3301107



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


 2401917872          3/07/08      1% 45 DAYS       00     USD   Prepaid      060465818X


        ==============================
        =================================
        =========================
        ========================================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================


                         GST                                    INVOICE TOTAL
     497.06              .00              .00            .00              497.06


                  INVOICE TOTAL      497.06
                                                                3/07/08

                                                                072251
                  Powermate Corporation
                  P.O. Box 930229                               6660306
                  Atlanta, GA 31193-0229
                                                                3301107
```

```
                                    ** EDI         INVOICE        1
                                    ** REPRINT
                                                                        3/07/08

       WAL-MART DC 6080A-ASM DIS                                        072251
       300 VETERANS DRIVE
       364935110                                                        6660308
       TOBYHANNA, PA  18466
                                                                        3301106



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
            69
       BENTONVILLE, AR  72716-8002



  2101984906            3/07/08      1½ 45 DAYS        00     USD    Prepaid



       NO PRETICKET
       =====================================
       =========================
       TRUCK#  01 FOR 364935110
       ====================================
       ===================================
       ==================================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       =================================
  PM0102500   GEN POWERMATE 2500        3.000    3.000    .000 EA     244.12      732.36
             NO PRETICKET
             =================================
             ======================
             TRUCK#  01 FOR 364935110
             ===============================
             =================================
                Continued
```

```
                                        ** EDI        INVOICE        2
                                        ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6080A-ASM DIS
        300 VETERANS DRIVE                                              6660308
        364935110
        TOBYHANNA, PA  18466                                            3301106



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



 2101984906            3/07/08     1% 45 DAYS        00    USD   Prepaid          0604658244


        =========================
        ===================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 732.36 | .00 | .00 | .00 | 732.36 |

|  | INVOICE TOTAL | 732.36 |  |
|---|---|---|---|

```
                                                                        3/07/08

                                                                        072251
        Powermate Corporation
        P.O. Box 930229                                                 6660308
        Atlanta, GA 31193-0229
                                                                        3301106
```

```
                                       ** EDI       INVOICE      1
                                   ** REPRINT
```

                                                                      3/07/08

                                                                      072251

          WAL-MART DC 6023A-ASM DIS
          21504 COX ROAD                                             6660309
          364935110
          SUTHERLAND, VA  23885                                      3301105


          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                    69
          BENTONVILLE, AR  72716-8002


   1801927404            3/07/08     1½ 45 DAYS        00     USD   Prepaid


          NO PRETICKET
          =====================================
          =====================================
          TRUCK# 01 FOR 364935110
          =====================================
          =====================================
          =====================================
          =====================================
          =====================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          =====================================
          CKL DATE 03/10/04
          =====================================

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PM0105000 | GEN POWERMATE 5000 | 3.000 | 3.000 | .000 | EA | 417.89 | 1253.67 |
| PM0102500 | GEN POWERMATE 2500 | 3.000 | 3.000 | .000 | EA | 244.12 | 732.36 |

          NO PRETICKET
          =====================================
          =====================================
          TRUCK# 01 FOR 364935110
               Continued

```
                                      ** EDI      INVOICE       2
                                     ** REPRINT
                                                                      3/07/08

                                                                      072251
         WAL-MART DC 6023A-ASM DIS
         21504 COX ROAD                                               6660309
         364935110
         SUTHERLAND, VA  23885                                        3301105



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                  69
         BENTONVILLE, AR  72716-8002


 1801927404              3/07/08      1% 45 DAYS         00    USD   Prepaid              0604657346


         ================================
         ================================================
         =============================
         ================================================
         =============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1986.03 | .00 | .00 | .00 | 1986.03 |

```
                             INVOICE TOTAL     1986.03
                                                                      3/07/08

                                                                      072251
                         Powermate Corporation
                         P.O. Box 930229                              6660309
                         Atlanta, GA 31193-0229
                                                                      3301105
```

```
                                              ** EDI        INVOICE        1
                                           ** REPRINT
                                                                          3/07/08

        WAL-MART DC 6039A-ASM DIS                                         072251
        1659 FOTTERTOWN RD
        364935110                                                         6660310
        MIDWAY, TN  37809
                                                                          3302855



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


 8651889571            3/07/08       1% 45 DAYS        00     USD   Prepaid


        NO PRETICKET
        ===================================
        ===========================
        TRUCK# 01 FOR 364935110
        ===================================
        ================================
        ===========================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ============================
PA0650074  OIL GEN 1 QT SAE 30 SIX PACK      6.000   6.000    .000 EA        1.47      8.82
PM0105000  GEN POWERMATE 5000                1.000   1.000    .000 EA      417.89    417.89
PM0102500  GEN POWERMATE 2500                4.000   4.000    .000 EA      244.12    976.48
        NO PRETICKET
        ==============================
        ==========================
        TRUCK# 01 FOR 364935110
             Continued
```

```
                                    ** EDI        INVOICE        2
                                  ** REPRINT
                                                                   3/07/08

        WAL-MART DC 6039A-ASM DIS                                  072251
        1659 POTTERTOWN RD
        364935110                                                  6660310
        MIDWAY, TN  37809
                                                                   3302855


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


8651889571            3/07/08      1% 45 DAYS      00    USD   Prepaid        0604657456


        ==================================
        ======================================
        =============================
        ========================================
        =======================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1403.19 | .00 | | .00 | .00 | 1403.19 |

```
                          INVOICE TOTAL      1403.19
                                                                   3/07/08

                       Powermate Corporation                       072251
                       P.O. Box 930229
                       Atlanta, GA 31193-0229                       6660310

                                                                   3302855
```

```
                                         ** EDI        INVOICE        1
                                      ** REPRINT

                                                                        3/07/08

                                                                       072251
          WAL-MART DC 6040A-ASM DIS
          1010 PRODUCTION DRIVE                                        6660311
          364935110
          HOPE MILLS, NC  28348                                        3301104




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                   69
          BENTONVILLE, AR  72716-8002




1201928002              3/07/08      1½ 45 DAYS          00    USD  Prepaid



          NO PRETICKET
          ==================================
          ==============================
          TRUCK#  01 FOR 364935110
          ==================================
          ================================
          ==========================
          ==============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION   FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
          MUST ARRIVE BY 03/11/04
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 18.000 | 18.000 | .000 | EA | 1.47 | 26.46 |
| PM0105000 | GEN POWERMATE 5000 | 1.000 | 1.000 | .000 | EA | 417.89 | 417.89 |
| PM0102500 | GEN POWERMATE 2500 | 4.000 | 4.000 | .000 | EA | 244.12 | 976.48 |

```
          NO PRETICKET
          =====================================
          ============================
                Continued
```

```
                                          ** EDI        INVOICE      2
                                        ** REPRINT
                                                                        3/07/08

                                                                        072251
           WAL-MART DC 6040A-ASM DIS
           1010 PRODUCTION DRIVE                                        6660311
           364935110
           HOPE MILLS, NC  28348                                        3301104




           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                 69
           BENTONVILLE, AR  72716-8002


1201928002            3/07/08      1% 45 DAYS        00    USD   Prepaid          0604657501


           TRUCK#  01 FOR 364935110
           ==================================
           ==================================
           ===========================
           ==============================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ==============================




           Continued
```

```
                                    ** EDI        INVOICE        3
                                  ** REPRINT
                                                                        3/07/08

        WAL-MART DC 6040A-ASM DIS                                       072251
        1010 PRODUCTION DRIVE
        364935110                                                       6660311
        HOPE MILLS, NC  28348
                                                                        3301104



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


 1201928002            3/07/08      1% 45 DAYS      00    USD   Prepaid        0604657501
```

```
                              GST                                       INVOICE TOTAL
  1420.83               .00                 .00                .00              1420.83


                         INVOICE TOTAL      1420.83
                                                                        3/07/08

                         Powermate Corporation                         072251
                         P.O. Box 930229
                         Atlanta, GA 31193-0229                         6660311

                                                                        3301104
```

```
                                        ** EDI       INVOICE      1
                                      ** REPRINT

                                                                      3/07/08

          WAL-MART DC 7038A-ASM DIS                                   072251
          4009 SOUTH JENKINS RD
          364935110                                                   6660312
          FT PIERCE, FL  34981
                                                                      3302359



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                   69
          BENTONVILLE, AR  72716-8002


 9706784381              3/07/08      1½ 45 DAYS        00     USD   Prepaid


          NO PRETICKET
          =====================================
          ============================
          TRUCK#  01 FOR 364935110
          ===============================
          =========================
          ================================
          ==============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
 PA0650074  OIL GEN 1 QT SAE 30 SIX PACK       6.000    6.000    .000  EA       1.47      8.82
 PM0102500  GEN POWERMATE 2500                 1.000    1.000    .000  EA     244.12    244.12
            NO PRETICKET
          ================================
          ===========================
          TRUCK#  01 FOR 364935110
          ===========================
               Continued
```

```
                                        ** EDI        INVOICE      2
                                    ** REPRINT
                                                                        3/07/08

            WAL-MART DC 7038A-ASM DIS                                   072251
            4009 SOUTH JENKINS RD
            364935110                                                   6660312
            FT PIERCE, FL  34981
                                                                        3302359



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


  9706784381          3/07/08     1% 45 DAYS        00     USD   Prepaid      060465653X
```

```
          ===============================
          ===========================
          =============================
          ========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
```

```
                              GST                                  INVOICE TOTAL
   252.94             .00                .00              .00             252.94

                          INVOICE TOTAL    252.94
                                                                   3/07/08
                      Powermate Corporation                        072251
                      P.O. Box 930229
                      Atlanta, GA 31193-0229                        6660312

                                                                   3302359
```

```
                                          ** EDI        INVOICE      1
                                       ** REPRINT

                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6030A-ASM DIS
        42-D FREETOWN ROAD
        364935110                                                     6660313
        RAYMOND, NH  03077
                                                                      3302358



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



  9001984532              3/07/08      1% 45 DAYS          00   USD   Prepaid


        NO PRETICKET
        ==========================================
        =============================
        TRUCK# 01 FOR 364935110
        ==========================================
        =============================
        ==============================
        ==========================================
        ==
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===================================
        cxl date 03/09/04

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK        6.000    6.000    .000  EA        1.47        8.82
  PM0105000   GEN POWERMATE 5000                  6.000    6.000    .000  EA      417.89     2507.34
  PM0102500   GEN POWERMATE 2500                  5.000    5.000    .000  EA      244.12     1220.60
              NO PRETICKET
        ==========================================
        ==========================
              Continued
```

```
                                          ** EDI        INVOICE      2
                                       ** REPRINT
                                                                           3/07/08

            WAL-MART DC 6030A-ASM DIS                                      072251
            42-D FREETOWN ROAD
            364935110                                                      6660313
            RAYMOND, NH  03077
                                                                          3302358



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002


9001984532              3/07/08        1% 45 DAYS          00    USD   Prepaid        0604657364


            TRUCK#  01 FOR 364935110
            ======================================
            ======================================
            ===========================
            =================================
            ==========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==============================



            Continued
```

```
                                        ** EDI      INVOICE      3
                                      ** REPRINT
                                                                          3/07/08

        WAL-MART DC 6030A-ASM DIS                                         072251
        42-D FREETOWN ROAD
        364935110                                                         6660313
        RAYMOND, NH  03077
                                                                          3302358



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


9001984532              3/07/08      1% 45 DAYS          00    USD  Prepaid         0604657364
```

```
                                GST                                   INVOICE TOTAL
   3736.76              .00                .00                .00                3736.76

                            INVOICE TOTAL      3736.76
                                                                      3/07/08

                        Powermate Corporation                         072251
                        P.O. Box 930229
                        Atlanta, GA 31193-0229                         6660313

                                                                      3302358
```

```
                                        ** EDI        INVOICE      1
                                      ** REPRINT
                                                                      3/07/08

        WAL-MART DC 7045A-ASM DIS                                    072251
        6004 WALTON WAY
        364935110                                                    6660314
        MT. CRAWFORD, VA  22841
                                                                     3302352



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002



 3001869846          3/07/08      1% 45 DAYS        00    USD   Prepaid


        NO PRETICKET
        ===================================
        ==============================
        TRUCK#  01 FOR 364935110
        ===================================
        ===================================
        ==============================
        ===================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      18.000   18.000    .000 EA      1.47      26.46
 PM0102500   GEN POWERMATE 2500                 3.000    3.000    .000 EA    244.12     732.36
             NO PRETICKET
        ===================================
        ==========================
        TRUCK#  01 FOR 364935110
        ===================================
             Continued
```

```
                                              ** EDI        INVOICE        2
                                            ** REPRINT
                                                                              3/07/08

            WAL-MART DC 7045A-ASM DIS                                         072251
            6004 WALTON WAY
            364935110                                                         6660314
            MT. CRAWFORD, VA  22841
                                                                              3302352



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


3001869846              3/07/08      1% 45 DAYS         00     USD   Prepaid        0604656659
```

IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.

```
                              GST                                       INVOICE TOTAL
   758.82              .00                  .00                 .00                758.82


                       INVOICE TOTAL        758.82

                                                                        3/07/08
                    Powermate Corporation
                    P.O. Box 930229                                     072251
                    Atlanta, GA 31193-0229
                                                                        6660314

                                                                        3302352
```

```
                                    ** EDI        INVOICE      1
                                  ** REPRINT

                                                                3/07/08

         WAL-MART DC 7035A-ASM DIS                              072251
         18245 NW 115 AVENUE
         364935110                                              6660315
         ALACHUA, FL  32615
                                                                3302353



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
               69
         BENTONVILLE, AR  72716-8002


  4401849198          3/07/08     1% 20 Days  Net      00      USD   Prepaid


         NO PRETICKET
         ==========================================
         =================================
         TRUCK#  01 FOR 364935110
         ============================================
         ==================================================
         ============================================
         ===================================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         =================================

  PA0650074  OIL GEN 1 QT SAE 30 SIX PACK       6.000     6.000   .000  EA      1.47       8.82
  PM0102500  GEN POWERMATE 2500                 1.000     1.000   .000  EA    244.12     244.12
             NO PRETICKET
         =========================================
         ===============================
         TRUCK#  01 FOR 364935110
         =======================================
             Continued
```

```
                              ** EDI         INVOICE      2
                              ** REPRINT
                                                              3/07/08

        WAL-MART DC 7035A-ASM DIS                            072251
        18245 NW 115 AVENUE
        364935110                                            6660315
        ALACHUA, FL  32615
                                                             3302353



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


4401849198          3/07/08     1% 20 Days  Net      00    USD   Prepaid          0604656576


       ============================================
       ==============================
       ====================================
       ============================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ==============================
```

```
                            GST                                      INVOICE TOTAL
   252.94              .00              .00              .00              252.94
```

```
                       INVOICE TOTAL      252.94
                                                              3/07/08

                   Powermate Corporation                      072251
                   P.O. Box 930229
                   Atlanta, GA 31193-0229                      6660315

                                                              3302353
```

```
                                    ** EDI         INVOICE        1
                                 ** REPRINT
                                                                    3/07/08

                                                                 072251
        WAL-MART DC 6054A-ASM DIS
        385 CALLAWAY CHURCH ROAD
        364935110                                                6660316
        LA GRANGE, GA  30241
                                                                 3302350



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
            69
        BENTONVILLE, AR  72716-8002


 2401918070            3/07/08      1% 45 DAYS          00    USD   Prepaid


        NO PRETICKET
        ================================
        ================================
        TRUCK#  01 FOR 364935110
        ================================
        ================================
        ================================
        ================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
        TRUCK # 3

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK     6.000    6.000   .000  EA      1.47       8.82
PM0102500  GEN POWERMATE 2500               1.000    1.000   .000  EA    244.12     244.12
        NO PRETICKET
        ================================
        ================================
        TRUCK#  01 FOR 364935110
            Continued
```

```
                                        ** EDI        INVOICE       2
                                      ** REPRINT
                                                                         3/07/08

       WAL-MART DC 6054A-ASM DIS                                         072251
       385 CALLAWAY CHURCH ROAD
       364935110                                                         6660316
       LA GRANGE, GA  30241
                                                                         3302350



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
              69
       BENTONVILLE, AR  72716-8002


 2401918070            3/07/08      1% 45 DAYS        00    USD  Prepaid            0604658170
```

IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.

```
                                        GST                                 INVOICE TOTAL
   252.94              .00              .00              .00                     252.94

                              INVOICE TOTAL     252.94
                                                                         3/07/08
                       Powermate Corporation                             072251
                       P.O. Box 930229
                       Atlanta, GA 31193-0229                            6660316

                                                                         3302350
```

```
                                        ** EDI        INVOICE      1
                                     ** REPRINT

                                                                        3/07/08

            WAL-MART DC 6010A-ASM DIS                          072251
            690 HIGHWAY 206
            364935110                                          6660317
            DOUGLAS, GA  31533
                                                               3302357



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


 7352031575           3/07/08      1% 45 DAYS        00    USD   Prepaid


            NO PRETICKET
            ===================================
            ===========================
            TRUCK# 01 FOR 364935110
            ===================================
            ===========================
            ===========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===========================
 PA0650074  OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000     .000  EA      1.47     17.64
 PM0102500  GEN POWERMATE 2500               4.000    4.000     .000  EA    244.12    976.48
            NO PRETICKET
            ===================================
            ===========================
            TRUCK# 01 FOR 364935110
            ===========================
                Continued
```

```
                                      ** EDI        INVOICE        2
                                   ** REPRINT
```

3/07/08

WAL-MART DC 6010A-ASM DIS                                  072251
690 HIGHWAY 206
364935110                                                  6660317
DOUGLAS, GA  31533
                                                           3302357

WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
         69
BENTONVILLE, AR  72716-8002

7352031575          3/07/08      1% 45 DAYS        00    USD   Prepaid          0604656630

```
============================================
=========================================
============================================
==========================
```
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
```
==============================
```

|          |          | GST      |          |          | INVOICE TOTAL |
| -------- | -------- | -------- | -------- | -------- | ------------- |
| 994.12   | .00      |          | .00      | .00      | 994.12        |

INVOICE TOTAL        994.12

                                                           3/07/08

Powermate Corporation                                      072251
P.O. Box 930229
Atlanta, GA 31193-0229                                     6660317

                                                           3302357

```
                                        ** RDI        INVOICE       1
                                        ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 6080A-ASM DIS                                       6660318
        300 VETERANS DRIVE
        364935110                                                       3302349
        TOBYHANNA, PA  18466



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


 2101985097              3/07/08      1% 45 DAYS        00    USD   Prepaid


        NO PRETICKET
        ========================================
        ==========================
        TRUCK#  01 FOR 364935110
        =====================================
        =========================================
        =============================
        ==========================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================

 PM0102500    GEN POWERMATE 2500          4.000    4.000    .000  EA       244.12       976.48
              NO PRETICKET
        ======================================
        ============================
        TRUCK#  01 FOR 364935110
        ===============================
        ==================================
              Continued
```

```
                                        ** EDI        INVOICE        1
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251

       WAL-MART DC 6020A-ASM DIS                                        6660319
       4224 KETTERING ROAD
       364935110                                                        3302355
       BROOKSVILLE, FL  34602



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
                69
       BENTONVILLE, AR  72716-8002


 5601869867          3/07/08      1% 45 DAYS          00      USD   Prepaid


       NO PRETICKET
       ==============================================
       ================================
       TRUCK# 01 FOR 364935110
       ==============================================
       ==========================
       ================================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ================================

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    30.000    30.000    .000  EA        1.47       44.10
 PM0102500   GEN POWERMATE 2500               5.000     5.000    .000  EA      244.12     1220.60
             NO PRETICKET
       ==============================================
       =============================
       TRUCK# 01 FOR 364935110
       ==============================
             Continued
```

```
                                            ** EDI        INVOICE      2
                                        ** REPRINT
                                                                          3/07/08

                                                                          072251

            WAL-MART DC 6080A-ASM DIS                                     6660318
            300 VETERANS DRIVE
            364935110                                                     3302349
            TOBYHANNA, PA  18466


            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                    69
            BENTONVILLE, AR  72716-8002


 2101985097              3/07/08     1½ 45 DAYS        00    USD  Prepaid       0604658235


          ==================================
          =======================================
          ===============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 976.48 | .00 | .00 | .00 | | 976.48 |

```
                          INVOICE TOTAL     976.48                  3/07/08

                                                                    072251
                          Powermaté Corporation
                          P.O. Box 930229                           6660318
                          Atlanta, GA 31193-0229
                                                                    3302349
```

```
                                    ** EDI        INVOICE      2
                                 ** REPRINT
                                                                      3/07/08

                                                                      072251

          WAL-MART DC 6020A-ASM DIS                                   6660319
          4224 KETTERING ROAD
          364935110                                                   3302355
          BROOKSVILLE, FL  34602




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002
```

```
5601869867            3/07/08     1% 45 DAYS         00    USD   Prepaid         0604657272
```

```
          =====================================
          =============================
          ====================================
          ==========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
```

```
                             GST                                   INVOICE TOTAL

  1264.70              .00              .00              .00              1264.70


                      INVOICE TOTAL    1264.70                      3/07/08

                                                                   072251
                      Powermate Corporation
                      P.O. Box 930229                              6660319
                      Atlanta, GA 31193-0229
                                                                   3302355
```

```
                                      ** EDI        INVOICE        1
                                   ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 6040A-ASM DIS                                       6660320
        1010 PRODUCTION DRIVE
        364935110                                                       3302347
        HOPE MILLS, NC  28348




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002



1201928196              3/07/08       1% 45 DAYS        00     USD   Prepaid



        NO PRETICKET
        ==========================================
        ==========================
        TRUCK#  01 FOR 364935110
        =============================
        ==============================================
        ===========================
        ==============================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        MUST ARRIVE BY 03/11/04
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0102500 | GEN POWERMATE 2500 | 5.000 | 5.000 | .000 | EA | 244.12 | 1220.60 |

```
        NO PRETICKET
        ===========================================
        ===========================
        TRUCK#  01 FOR 364935110
              Continued
```

```
                                        ** EDI        INVOICE       2
                                     ** REPRINT
                                                                      3/07/08

                                                                      072251

            WAL-MART DC 6040A-ASM DIS                                 6660320
            1010 PRODUCTION DRIVE
            364935110                                                 3302347
            HOPE MILLS, NC  28348



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


 1201928196          3/07/08    1% 45 DAYS       00    USD   Prepaid       0604657492
```

```
            ===================================
            ======================================
            =============================
            =================================
            ========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ===============================
```

```
                             GST                                  INVOICE TOTAL

 1238.24              .00              .00              .00               1238.24


                       INVOICE TOTAL     1238.24                      3/07/08

                                                                     072251
                     Powermate Corporation
                     P.O. Box 930229                                 6660320
                     Atlanta, GA 31193-0229
                                                                     3302347
```

```
                                        ** EDI        INVOICE         1
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6027A-ASM DIS
        300 WAL-MART DRIVE                                              6660321
        ST RT 970
        364935110                                                       3302356
        WOODLAND, PA  16881



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


  5601918253              3/07/08    1% 45 DAYS        00      USD    Prepaid



        NO PRETICKET
        ==================================
        ==========================
        TRUCK# 01 FOR 364935110
        ==================================
        ==================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        MUST DELVIER BY 03/05/04

 PA0650074    OIL GEN 1 QT SAE 30 SIX PACK     12.000   12.000   .000  EA      1.47       17.64
 PM0105000    GEN POWERMATE 5000                1.000    1.000   .000  EA    417.89      417.89
 PM0102500    GEN POWERMATE 2500                3.000    3.000   .000  EA    244.12      732.36
              NO PRETICKET
        ==================================
        =========================
            Continued
```

```
                                           ** EDI      INVOICE       2
                                      ** REPRINT
                                                                          3/07/08

                                                                          072251

            WAL-MART DC 6027A-ASM DIS                                     6660321
            300 WAL-MART DRIVE
            ST RT 970
            364935110                                                     3302356
            WOODLAND, PA  16881



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


5601918253              3/07/08      1% 45 DAYS         00     USD   Prepaid          0604657290


            TRUCK# 01 FOR 364935110
            ===================================
            ===================================
            ===========================
            ===================================
            ==========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==============================
```

Continued

```
                                    ** EDI        INVOICE      3
                                  ** REPRINT
                                                                    3/07/08

                                                                    072251

        WAL-MART DC 6027A-ASM DIS                                   6660321
        300 WAL-MART DRIVE
        ST RT 970                                                   3302356
        364935110
        WOODLAND, PA  16881



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

| 5601918253 | 3/07/08 | 1¼ 45 DAYS | 00 | USD | Prepaid | 0604657290 |
|---|---|---|---|---|---|---|

```
                              GST                              INVOICE TOTAL

  1167.89              .00            .00              .00            1167.89


                         INVOICE TOTAL     1167.89               3/07/08

                                                                 072251
                         Powermate Corporation
                         P.O. Box 930229                         6660321
                         Atlanta, GA 31193-0229
                                                                 3302356
```

```
                                          ** EDI      INVOICE      1
                                        ** REPRINT
                                                                          3/07/08

                                                                          072251
        WAL-MART DC 6023A-ASM DIS
        21504 COX ROAD                                                    6660322
        364935110
        SUTHERLAND, VA  23885                                             3302348



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002


1801927596            3/07/08      1% 45 DAYS           00      USD   Prepaid


        NO PRETICKET
        =====================================
        ===========================
        TRUCK# 01 FOR 364935110
        =================================
        =======================================
        ======================
        ===============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        CKL DATE 03/10/04

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000    .000  EA      1.47     17.64
PM0105000   GEN POWERMATE 5000               1.000    1.000    .000  EA    417.89    417.89
PM0102500   GEN POWERMATE 2500               3.000    3.000    .000  EA    244.12    732.36
        NO PRETICKET
        =====================================
        ========================
              Continued
```

```
                                        ** EDI        INVOICE        2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251

            WAL-MART DC 6023A-ASM DIS                                   6660322
            21504 COX ROAD
            364935110                                                   3302348
            SUTHERLAND, VA  23885




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                    69
            BENTONVILLE, AR  72716-8002


  1801927596            3/07/08       1½ 45 DAYS        00    USD   Prepaid      0604657337


            TRUCK# 01 FOR 364935110
            =====================================
            =========================================
            =========================
            ======================================
            ===========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ======================================
```

Continued

```
                                              ** EDI        INVOICE        3
                                           ** REPRINT
                                                                        3/07/08

                                                                        072251

              WAL-MART DC 6023A-ASM DIS                                 6660322
              21504 COX ROAD
              364935110                                                 3302348
              SUTHERLAND, VA  23885



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


  1801927596           3/07/08        1% 45 DAYS         00    USD   Prepaid          0604657337
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1167.89 | .00 | .00 | .00 | | 1167.89 |

```
                                   INVOICE TOTAL      1167.89                    3/07/08

                                                                                072251
                                   Powermate Corporation
                                   P.O. Box 930229                               6660322
                                   Atlanta, GA 31193-0229
                                                                                3302348
```

```
                                    ** EDI      INVOICE      1
                                 ** REPRINT
                                                               3/07/08

                                                               072251

        WAL-MART DC 6038A-ASM DIS                              6660323
        8827D OLD RIVER RD
        364935110                                              3302354
        MARCY, NY  13403




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


  4751937076          3/07/08    1½ 45 DAYS        00    USD  Prepaid



        NO PRETICKET
        ==========================================
        ======================================
        TRUCK#  01 FOR 364935110
        ======================================
        ======================================
        ============================
        ======================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        CXL DATE 03/07/04

  PA0650074    OIL GEN 1 QT SAE 30 SIX PACK   12.000   12.000    .000  EA      1.47    17.64
  PM0102500    GEN POWERMATE 2500             5.000    5.000     .000  EA    244.12  1220.60
               NO PRETICKET
               ===============================
               ============================
               TRUCK#  01 FOR 364935110
                   Continued
```

```
                                        ** EDI        INVOICE      2
                                     ** REPRINT
                                                                          3/07/08

                                                                          072251

              WAL-MART DC 6038A-ASM DIS                                   6660323
              8827D OLD RIVER RD
              364935110                                                   3302354
              MARCY, NY  13403



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


 4751937076              3/07/08      1% 45 DAYS         00    USD  Prepaid         0604657447


         ================================
         ====================================
         ===============================
         =========================================
         ==========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ===============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1238.24 | .00 | .00 | .00 | | 1238.24 |

```
                              INVOICE TOTAL      1238.24                   3/07/08

                                                                          072251
                              Powermate Corporation
                              P.O. Box 930229                              6660323
                              Atlanta, GA 31193-0229
                                                                          3302354
```

```
                                              ** EDI       INVOICE        1
                                          ** REPRINT
                                                                                    3/07/08

                                                                                    072251

              WAL-MART DC 6066A-ASM DIS                                             6660363
              694 CRENSHAW BLVD
              364935110                                                             3300340
              HOPKINSVILLE, KY  42240




              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                      69
              BENTONVILLE, AR  72716-8002


 6301879495              3/07/08         1% 45 DAYS              0D      USD    Prepaid


              NO PRETICKET
              =========================================
              ===============================
              TRUCK#  01 FOR J64935110
              ==============================
              =====================================
              ===========================
              ======================================
              ===========================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ==============================

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK          12.000   12.000    .000  EA       1.47      17.64
 PM0102500   GEN POWERMATE 2500                      4.000    4.000    .000  EA     244.12     976.48
              NO PRETICKET
              ======================================
              ==============================
              TRUCK#  01 FOR 364935110
              ==============================
                     Continued
```

```
                                              ** EDI        INVOICE      2
                                          ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 6066A-ASM DIS                                       6660363
        694 CRENSHAW BLVD
        364935110
        HOPKINSVILLE, KY  42240                                         3300340



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002
```

6301879495            3/07/08     1% 45 DAYS            00      USD    Prepaid            0604656511

```
        ============================================
        ============================
        ============================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 994.12 | .00 | .00 | .00 |  | 994.12 |

INVOICE TOTAL     994.12                           3/07/08

                                                   072251

Powermate Corporation                             6660363
P.O. Box 930229
Atlanta, GA 31193-0229                            3300340

```
                                        ** EDI        INVOICE      1
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 7026A-ASM DIS                                       6660364
        945 NORTH STATE ROAD 138
        364935110                                                       3301827
        GRANTSVILLE, UT  84029




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
            69
        BENTONVILLE, AR  72716-8002
```

| 3651908098 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid |
|---|---|---|---|---|---|

```
        NO PRETICKET
        =======================================
        =========================
        TRUCK#  01 FOR 364935110
        =======================================
        =======================================
        =========================
        =======================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
```

| PM0105000 | GEN POWERMATE 5000 | 1.000 | 1.000 | .000 | EA | 417.89 | 417.89 |
| PM0102500 | GEN POWERMATE 2500 | 2.000 | 2.000 | .000 | EA | 244.12 | 488.24 |

```
                     NO PRETICKET
        =======================================
        =========================
        TRUCK#  01 FOR 364935110
        =============================
             Continued
```

```
                                    ** EDI        INVOICE      2
                                 ** REPRINT
                                                              3/07/08

                                                              072251

        WAL-MART DC 7026A-ASM DIS                             6660364
        945 NORTH STATE ROAD 138
        364935110                                             3301827
        GRANTSVILLE, UT  84029



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

3651908098            3/07/08     1% 45 DAYS         00    USD   Prepaid          0604656612

```
        ============================================
        ============================
        ============================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  | | GST | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 906.13 | .00 | .00 | .00 | | 906.13 |

                        INVOICE TOTAL     906.13              3/07/08

                                                              072251

                        Powermate Corporation                6660364
                        P.O. Box 930229
                        Atlanta, GA 31193-0229               3301827

```
                                    ** EDI        INVOICE        1
                                ** REPRINT
                                                                      3/07/08

                                                                      072251
         WAL-MART DC 6018A-ASM DIS                                    6660366
         2103 SOUTH MAIN
         364935110                                                    3302085
         SEARCY, AR  72143



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                69
         BENTONVILLE, AR  72716-8002
```

```
 6151917844          3/07/08      1% 45 DAYS        00    USD   Prepaid
```

```
         NO PRETICKET
         =====================================
         =====================================
         TRUCK#  01 FOR 364935110
         =====================================
         =====================================
         =====================================
         =====================================
         =====================================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         =====================================
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 18.000 | 18.000 | .000 | EA | 1.47 | 26.46 |
| PM0105000 | GEN POWERMATE 5000 | 6.000 | 6.000 | .000 | EA | 417.89 | 2507.34 |
| PM0102500 | GEN POWERMATE 2500 | 4.000 | 4.000 | .000 | EA | 244.12 | 976.48 |

```
         NO PRETICKET
         =====================================
         =====================================
         TRUCK#  01 FOR 364935110
             Continued
```

```
                              ** EDI      INVOICE      2
                         ** REPRINT
                                                           3/07/08

                                                           072251

        WAL-MART DC 6018A-ASM DIS                          6660366
        2103 SOUTH MAIN
        364935110
        SEARCY, AR  72143                                  3302085



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002
```

6151917844              3/07/08    1½ 45 DAYS         00    USD   Prepaid          0604656713


```
        ================================
        =======================================
        ===========================
        ======================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 3510.28 | .00 | .00 | .00 |  | 3510.28 |

```
                        INVOICE TOTAL     3510.28              3/07/08

                                                               072251
                        Powermate Corporation
                        P.O. Box 930229                        6660366
                        Atlanta, GA 31193-0229
                                                               3302085
```

```
                                    ** E)I        INVOICE        1
                                  ** REPRINT
                                                                        3/07/08

                                                                        072251

         WAL-MART DC 7026A-ASM DIS                                      6660367
         945 NORTH STATE ROAD 138
         364935110                                                      3300588
         GRANTSVILLE, UT  84029



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002


  3651907908          3/07/08     1% 45 DAYS        00      USD   Prepaid


         NO PRETICKET
         =========================================
         ============================
         TRUCK# 01 FOR 364935110
         ===============================
         =================================================
         ============================
         ==============================================
         ============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ===============================

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      18.000    18.0)0     .000 EA        1.47      26.46
  PM0105000   GEN POWERMATE 5000                 1.000     1.0)0     .000 EA      417.89     417.89
              NO PRETICKET
              =====================================
              ============================
              TRUCK# 01 FOR 364935110
              ===============================
                    Continued
```

```
                                    ** EDI      INVOICE      2
                                 ** REPRINT
                                                              3/07/08

                                                              072251

        WAL-MART DC 7026A-ASM DIS                             6660367
        945 NORTH STATE ROAD 138
        364935110                                             3300588
        GRANTSVILLE, UT  84029



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


 3651907908          3/07/08     1% 45 DAYS       00    USD  Prepaid    0604656621



        ======================================
        =============================
        ======================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 444.35 | .00 | .00 | .00 | | 444.35 |

```
                          INVOICE TOTAL     444.35              3/07/08

                                                                072251
                          Powermate Corporation
                          P.O. Box 930229                        6660367
                          Atlanta, GA 31193-0229
                                                                3300588
```

```
                                        ** E)I       INVOICE        1
                                      ** REPRINT
                                                                              3/07/08

                                                                              072251
        WAL-MART DC 6094A-ASM DIS
        5841 SW REGIONAL AIRPORT BLVD                                         6660368
        364935110
        BENTONVILLE, AR  72712                                                3300864



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             63
        BENTONVILLE, AR  72716-8002


1251918628          3/07/08     1% 45 DAYS        00      USD   Prepaid


     NO PRETICKET
     ===============================
     ===========================
     TRUCK# 01 FOR 364935110
     =============================
     ===============================
     ==========================
     ==============================
     =========================
     IF MULTIPLE DESTINATIONS HAVE THE
     SAME SHIP DATE, PLEASE
     SHIP TO FURTHEST DESTINATION  FIRST
     AND CLOSEST DESTINATIONS
     LAST.
     ==============================
     MUST ARRIVE BY 03/06
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 | EA | 1.47 | 8.82 |
| PM0105000 | GEN POWERMATE 5000 | 1.000 | 1.000 | .000 | EA | 417.89 | 417.89 |
| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 | EA | 244.12 | 244.12 |

```
     NO PRETICKET
     =====================================
     ==========================
          Continued
```

```
                              ** EDI        INVOICE      2
                           ** REPRINT
                                                              3/07/08

                                                              072251

        WAL-MART DC 6094A-ASM DIS                             6660368
        5841 SW REGIONAL AIRPORT BLVD
        364935110                                             3300864
        BENTONVILLE, AR  72712



        WAL-MART STORE, INC.
      . HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


1251918628          3/07/08    1% 45 DAYS       00    USD   Prepaid        0604658253


        TRUCK# 01 FOR 364935110
        ====================================
        ========================================
        ===========================
        ========================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===================================
```

        Continued

** EDI        INVOICE        3
** REPRINT

3/07/08

072251

WAL-MART DC 6094A-ASM DIS                                  6660368
5841 SW REGIONAL AIRPORT BLVD
364935110
BENTONVILLE, AR  72712                                     3300864


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
      69
BENTONVILLE, AR  72716-8002


1251918628          3/07/08    1% 45 DAYS        00    USD    Prepaid        0604658253


                            GST                                      INVOICE TOTAL

670.83              .00              .00              .00                    670.83


                        INVOICE TOTAL      670.83                    3/07/08

                                                                     072251
                        Powermate Corporation
                        P.O. Box 930229                              6660368
                        Atlanta, GA 31193-0229
                                                                     3300864

```
                                      ** E)I        INVOICE        1
                                   ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 6006A-ASM DIS                                       6660369
        2200 7TH AVENUE SOUTHWEST
        364935110                                                       3300867
        CULLMAN, AL  35055



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002
```

| | | | | | | |
|---|---|---|---|---|---|---|
| 4706708088 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid | |

```
        NO PRETICKET
        ==========================================
        ==========================================
        TRUCK# 01 FOR 364935110
        ==========================================
        ==========================================
        ==============================
        ==========================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
        MUST ARRIVE BY 03/06/04
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0105000 | GEN POWERMATE 5000 | 1.000 | 1.000 | .000 | EA | 417.89 | 417.89 |
| PM0102500 | GEN POWERMATE 2500 | 3.000 | 3.000 | .000 | EA | 244.12 | 732.36 |

```
        NO PRETICKET
        ==========================================
        ==========================
            Continued
```

```
                                        ** E)I        INVOICE .      2
                                   ** REPRINT
                                                                          3/07/08

                                                                          072251

           WAL-MART DC 6006A-ASM DIS                                      6660369
           2200 7TH AVENUE SOUTHWEST
           364935110                                                      3300867
           CULLMAN, AL  35055



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                   69
           BENTONVILLE, AR  72716-8002


 4706708088              3/07/08      1% 45 DAYS          OD    USD   Prepaid        0604656695


      TRUCK# 01 FOR 364935110
      ===============================       .
      ===============================
      ===========================
      =============================
      ===========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ===============================



           Continued
```

```
                                        ** EDI         INVOICE        3
                                     ** REPRINT
                                                                          3/07/08

                                                                          072251

              WAL-MART DC 6006A-ASM DIS                                   6660369
              2200 7TH AVENUE SOUTHWEST
              364935110                                                    3300867
              CULLMAN, AL  35055



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                   69
              BENTONVILLE, AR  72716-8002


  4706708088            3/07/08      1½ 45 DAYS         00    USD   Prepaid          0604656695
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1167.89 | .00 | .00 | .00 | 1167.89 |

```
                                 INVOICE TOTAL     1167.89                   3/07/08

                                                                            072251
                                 Powermate Corporation
                                 P.O. Box 930229                             6660369
                                 Atlanta, GA 31193-0229
                                                                            3300867
```

```
                                              ** EDI       INVOICE      1
                                          ** REPRINT
                                                                            3/07/08

                                                                            072251

        WAL-MART DC 6027A-ASM DIS                                           6660370
        300 WAL-MART DRIVE
        ST RT 970                                                           3301112
        364935110
        WOODLAND, PA  16881



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                   69
        BENTONVILLE, AR  72716-8002
```

| 5601918049 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid |

```
        NO PRETICKET
        ===================================
        ===============================
        TRUCK#  01 FOR 364935110
        ===============================
        ================================
        ===========================
        ===============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        MUST DELVIER BY 03/05/04
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0102500 | GEN POWERMATE 2500 | 3.000 | 3.000 | .000 | EA | 244.12 | 732.36 |

```
                    NO PRETICKET
        ===============================
        =========================
        TRUCK#  01 FOR 364935110
              Continued
```

```
                                       ** EDI        INVOICE      2
                                   ** REPRINT
                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6027A-ASM DIS
        300 WAL-MART DRIVE                                            6660370
        ST RT 970
        364935110                                                     3301112
        WOODLAND, PA  16881



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


 5601918049           3/07/08       1% 45 DAYS          00    USD   Prepaid        060465730X



        ===============================
        ===============================
        ============================
        ===============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 750.00 | .00 | .00 | .00 | | 750.00 |

```
                              INVOICE TOTAL      750.00              3/07/08

                                                                      072251
                              Powermate Corporation
                              P.O. Box 930229                         6660370
                              Atlanta, GA 31193-0229
                                                                      3301112
```

```
                                    ** E)I        INVOICE       1
                                  ** REPRINT
                                                                     3/07/08

                                                                     072251
        WAL-MART DC 6030A-ASM DIS
        42-D FREETOWN ROAD                                           6660371
        364935110
        RAYMOND, NH  03077                                           3301114




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                   69
        BENTONVILLE, AR  72716-8002



9001984347              3/07/08      1% 45 DAYS        00     USD   Prepaid


    NO PRETICKET
    ====================================
    ====================================
    TRUCK#  01 FOR 364935110
    ====================================
    ====================================
    ====================================
    ====================================
    ====================================
    IF MULTIPLE DESTINATIONS HAVE THE
    SAME SHIP DATE, PLEASE
    SHIP TO FURTHEST DESTINATION  FIRST
    AND CLOSEST DESTINATIONS
    LAST.
    ====================================
    cxl date 03/09/04
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 | EA | 1.47 | 8.82 |
| PM0105000 | GEN POWERMATE 5000 | 1.000 | 1.000 | .000 | EA | 417.89 | 417.89 |
| PM0102500 | GEN POWERMATE 2500 | 7.000 | 7.000 | .000 | EA | 244.12 | 1708.84 |

```
    NO PRETICKET
    ====================================
    ====================================
          Continued
```

```
                                      ** EDI       INVOICE        2
                                   ** REPRINT
                                                                    · 3/07/08

                                                                     072251

        WAL-MART DC 6030A-ASM DIS                                    6660371
        42-D FREETOWN ROAD
        364935110                                                    3301114
        RAYMOND, NH  03077



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


9001984347              3/07/08      1% 45 DAYS       00     USD    Prepaid            0604657373


        TRUCK#  01 FOR 364935110
        =====================================
        ============================================
        ==============================
        ============================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ======================================
```

Continued

```
                              ** EDI        INVOICE      3
                           ** REPRINT
                                                              3/07/08

                                                              072251

        WAL-MART DC 6030A-ASM DIS                             6660371
        42-D FREETOWN ROAD
        364935110
        RAYMOND, NH  03077                                    3301114




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



 9001984347              3/07/08     1% 45 DAYS        00    USD   Prepaid              0604657373
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 2135.55 | .00 | .00 | | .00 | 2135.55 |

```
                          INVOICE TOTAL      2135.55                    3/07/08

                                                                        072251
                       Powermate Corporation
                       P.O. Box 930229                                  6660371
                       Atlanta, GA 31193-0229
                                                                        3301114
```

```
                                      ** EI I        INVOICE        1
                                   ** REPRINT
                                                                         3/07/08

                                                                         072251
          WAL-MART DC 6048A-ASM DIS
          3022 HWY 743                                                   6660372
          364935110
          OPELOUSAS, LA  70570                                           3299562



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


  1901926820              3/07/08      1% 45 DAYS          00    USD   Prepaid


          NO PRETICKET
          ==================================
          ==========================
          TRUCK# 01 FOR 364935110
          ==============================
          ===========================================
          ==========================
          ===========================================
          ==========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47   | 17.64  |
| PM0102500 | GEN POWERMATE 2500           | 1.000  | 1.000  | .000 | EA | 244.12 | 244.12 |

```
          NO PRETICKET
          ===========================================
          ==========================
          TRUCK# 01 FOR 364935110
          ==============================
             Continued
```

```
                                            ** RI I        INVOICE        2
                                         ** REPRINT
                                                                               3/07/08

                                                                               072251
              WAL-MART DC 6048A-ASM DIS
              3022 HWY 743                                                      6660372
              364935110
              OPELOUSAS, LA  70570                                              3299562



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                   69
              BENTONVILLE, AR  72716-8002


1901926820              3/07/08      1% 45 DAYS        00    USD    Prepaid           0604657483


         =====================================
         ============================
         =====================================
         ============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================
```

|            |          | GST  .   |      |      | INVOICE TOTAL |
|------------|----------|----------|------|------|---------------|
| 261.76     | .00      | .00      | .00  |      | 261.76        |

```
                              INVOICE TOTAL      261.76                  3/07/08

                                                                        072251
                              Powermate Corporation
                              P.O. Box 930229                           6660372
                              Atlanta, GA 31193-0229
                                                                        3299562
```

```
                                        ** E)I        INVOICE        1
                                    ** REPRINT
                                                                           3/07/08

                                                                           072251

        WAL-MART DC 6066A-ASM DIS                                          6660373
        694 CRENSHAW BLVD
        364935110                                                          3301655
        HOPKINSVILLE, KY  42240



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


6301879699            3/07/08      1% 45 DAYS         00      USD   Prepaid


        NO PRETICKET
        ======================================
        TRUCK# 01 FOR 364935110
        ======================================
        ======================================
        ======================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ======================================
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0105000 | GEN POWERMATE 5000 | 2.000 | 2.000 | .000 | EA | 417.89 | 835.78 |
| PM0102500 | GEN POWERMATE 2500 | 10.000 | 10.000 | .000 | EA | 244.12 | 2441.20 |

```
        NO PRETICKET
        ======================================
        TRUCK# 01 FOR 364935110
              Continued
```

```
                                        ** EDI        INVOICE       2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6066A-ASM DIS
        694 CRENSHAW BLVD                                               6660373
        364935110
        HOPKINSVILLE, KY  42240                                         3301655




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


6301879699              3/07/08    1% 45 DAYS           00    USD  Prepaid            0604656558



       ================================
       ======================================
       =============================
       =======================================
       ============================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       =================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 3294.62 | .00 | .00 | .00 | | 3294.62 |

```
                          INVOICE TOTAL      3294.62                 3/07/08

                                                                     072251
                          Powermate Corporation
                          P.O. Box 930229                            6660373
                          Atlanta, GA 31193-0229
                                                                     3301655
```

```
                                        ** EDI       INVOICE      1
                                   ** REPRINT
                                                                      3/07/08

                                                                      072251

    WAL-MART DC 6066A-ASM DIS                                         6660374
    694 CRENSHAW BLVD
    364935110                                                         3299063
    HOPKINSVILLE, KY  42240



    WAL-MART STORE, INC.
    HOME OFFICE
    INVOICE CONTROL DEPARTMENT
         69
    BENTONVILLE, AR  72716-8002


6301879294          3/07/08       1% 45 DAYS         00     USD    Prepaid


    NO PRETICKET
    =====================================
    =====================================
    TRUCK# 01 FOR 364935110
    =====================================
    =====================================
    =====================================
    =====================================
    IF MULTIPLE DESTINATIONS HAVE THE
    SAME SHIP DATE, PLEASE
    SHIP TO FURTHEST DESTINATION  FIRST
    AND CLOSEST DESTINATIONS
    LAST.
    =====================================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    6.000    6.000    .000  EA      1.47     8.82
PM0105000   GEN POWERMATE 5000              2.000    2.000    .000  EA    417.89   835.78
            NO PRETICKET
            =====================================
            =====================================
            TRUCK# 01 FOR 364935110
            =====================================
                  Continued
```

```
                                                  ** DI         INVOICE        2
                                                ** REPRIN!
                                                                                        3/07/08

                                                                                        072251
                        WAL-MART DC 6066A-ASM DIS
                        694 CRENSHAW BLVD                                                6660374
                        364935110
                        HOPKINSVILLE, KY  42240                                          3299063



                        WAL-MART STORE, INC.
                        HOME OFFICE
                        INVOICE CONTROL DEPARTMENT
                             69
                        BENTONVILLE, AR  72716-8002


6301879294               3/07/08      1% 45 DAYS          00     USD   Prepaid          0604656520


            ===================================
            ===============================
            =================================
            =====================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            =============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 844.60 | .00 | .00 | .00 |  | 844.60 |

```
                        INVOICE TOTAL      844.60                        3/07/08

                                                                         072251
                        Powermate Corporation
                        P.O. Box 930229                                  6660374
                        Atlanta, GA 31193-0229
                                                                         3299063
```

```
                                        ** IDI          INVOICE      1
                                      ** REPRINT

                                                                        3/07/08

                                                                        072251
          WAL-MART DC 6039A-ASM DIS
          1659 POTTERTOWN RD                                            6660375
          364935110
          MIDWAY, TN  37809                                             3299064



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002



   8651888950           3/07/08        1% 45 DAYS         00    USD   Prepaid


          NO PRETICKET
          ===================================
          ================================
          TRUCK# 01 FOR 364935110
          ===============================
          =================================
          ==============================
          ================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===============================
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 | EA | 1.47 | 8.82 |
| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 | EA | 244.12 | 244.12 |

```
          NO PRETICKET
          ==================================
          ========================
          TRUCK# 01 FOR 364935110
          ===========================
              Continued
```

```
                                    ** EDI      INVOICE       2
                                ** REPRINT
                                                                    3/07/08

                                                                    072251
        WAL-MART DC 6039A-ASM DIS
        1659 POTTERTOWN RD                                          6660375
        364935110
        MIDWAY, TN  37809                                           3299064




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
            69
        BENTONVILLE, AR  72716-8002


8651888950        3/07/08      1% 45 DAYS         00      USD   Prepaid        0604657438


        ========================================
        =================================
        ========================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 252.94 | .00 | .00 | .00 | 252.94 |

```
                        INVOICE TOTAL      252.94                  3/07/08

                                                                   072251
                        Powermate Corporation
                        P.O. Box 930229                            6660375
                        Atlanta, GA 31193-0229
                                                                   3299064
```

```
                                          ** EDI        INVOICE        1
                                       ** REPRINT
                                                                              3/07/08

                                                                              072251
        WAL-MART DC 6094A-ASM DIS
        5841 SW REGIONAL AIRPORT BLVD                                         6660376
        364935110
        BENTONVILLE, AR  72712                                                3299560



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


1251918421           3/07/08      1% 45 DAYS          00      USD    Prepaid


        NO PRETICKET
        ==============================
        ==============================
        TRUCK# 01 FOR 364935110
        ==============================
        ==============================
        ==============================
        ==============================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        MUST ARRIVE BY 03/06

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     6.000    6.000    .000  EA     1.47      8.82
PM0102500   GEN POWERMATE 2500               1.000    1.000    .000  EA   244.12    244.12
        NO PRETICKET
        ==============================
        ==============================
        TRUCK# 01 FOR 364935110
             Continued
```

```
                                    ** IDI        INVOICE        2
                               ** REPRINT
                                                                    3/07/08

                                                                    072251
        WAL-MART DC 6094A-ASM DIS
        5841 SW REGIONAL AIRPORT BLVD                               6660376
        364935110
        BENTONVILLE, AR  72712                                      3299560



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
            69
        BENTONVILLE, AR  72716-8002


1251918421            3/07/08     1% 45 DAYS        00    USD   Prepaid        0604658161



        ===============================
        =======================================
        =========================------
        =======================================
        ==========================------
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|        |      |  GST  |      |      | INVOICE TOTAL |
|--------|------|-------|------|------|---------------|
| 252.94 | .00  |  .00  | .00  |      | 252.94        |

```
                            INVOICE TOTAL      252.94                3/07/08

                                                                     072251
                            Powermate Corporation
                            P.O. Box 930229                          6660376
                            Atlanta, GA 31193-0229
                                                                     3299560
```

```
                                    ** EDI       INVOICE      1
                                  ** REPRINT
                                                                    3/07/08

                                                                    072251
        WAL-MART DC 6039A-ASM DIS
        1659 POTTERTOWN RD                                          6660377
        364935110
        MIDWAY, TN  37809                                           3300341



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


8651889159           3/07/08      1% 45 DAYS          00     USD   Prepaid


        NO PRETICKET
        ===================================
        ===========================
        TRUCK# 01 FOR 364935110
        ================================
        ======================================
        ============================
        ===================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     6.000    6.000    .000 EA        1.47        8.82
PM0105000   GEN POWERMATE 5000               1.000    1.000    .000 EA      417.89      417.89
PM0102500   GEN POWERMATE 2500              14.000   14.000    .000 EA      244.12     3417.68
        NO PRETICKET
        ==================================
        =========================
        TRUCK# 01 FOR 364935110
            Continued
```

```
                                    ** EDI        INVOICE        2
                                  ** REPRINT
                                                                    3/07/08

                                                                    072251

        WAL-MART DC 6039A-ASM DIS                                   6660377
        1659 POTTERTOWN RD
        364935110
        MIDWAY, TN  37809                                           3300341


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002
```

8651889159            3/07/08        1% 45 DAYS         00    USD    Prepaid          0604657429

```
        ===================================
        ========================================
        ==============================
        =======================================
        ============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|                |         GST        |          |          | INVOICE TOTAL |
|----------------|--------------------|----------|----------|---------------|
| 3844.39        | .00                | .00      | .00      | 3844.39       |

                          INVOICE TOTAL     3844.39                    3/07/08

                                                                       072251

                          Powermate Corporation                        6660377
                          P.O. Box 930229
                          Atlanta, GA 31193-0229
                                                                       3300341

```
                                        ** EDI        INVOICE      1
                                        ** REPRINT
                                                                        3/07/08

                                                                        072251

              WAL-MART DC 6006A-ASM DIS                                 6660378
              2200 7TH AVENUE SOUTHWEST
              364935110                                                 3299564
              CULLMAN, AL  35055



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                      69
              BENTONVILLE, AR  72716-8002



  4706707883              3/07/08      1% 45 DAYS          00      USD  Prepaid


              NO PRETICKET
              =======================================
              =======================================
              TRUCK#  01 FOR 364935110
              =======================================
              =======================================
              =======================================
              =======================================
              =======================================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION  FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              =======================================
              MUST ARRIVE BY 03/06/04

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    6.000    6.000    .000  EA      1.47       8.82
  PM0102500   GEN POWERMATE 2500              4.000    4.000    .000  EA    244.12     976.48
              NO PRETICKET
              =======================================
              =======================================
              TRUCK#  01 FOR 364935110
                   Continued
```

```
                                        ** EDI       INVOICE      2
                                     ** REPRINT
                                                              3/07/08

                                                              072251

        WAL-MART DC 6006A-ASM DIS                             6660378
        2200 7TH AVENUE SOUTHWEST
        364935110                                             3299564
        CULLMAN, AL  35055



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002


 4706707883          3/07/08      1% 45 DAYS       00     USD   Prepaid         060465664X


        ===================================
        ===================================
        ==========================
        ===================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

| | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 985.30 | .00 | .00 | .00 | 985.30 |

```
                             INVOICE TOTAL       985.30              3/07/08

                                                                     072251

                             Powermate Corporation                   6660378
                             P.O. Box 930229
                             Atlanta, GA 31193-0229                   3299564
```

```
                                            ** EDI        INVOICE      1
                                        ** REPRINT
                                                                         3/07/08

                                                                         072251

        WAL-MART DC 6018A-ASM DIS                                        6660379
        2103 SOUTH MAIN
        364935110                                                        3300868
        SEARCY, AR  72143



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                  69
        BENTONVILLE, AR  72716-8002
                      .
```

6151917643                 3/07/08    1% 45 DAYS           00    USD   Prepaid

```
        NO PRETICKET
        ====================================
        ============================
        TRUCK# 01 FOR 364935110
        ================================
        =============================
        =============================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 18.000 | 18.000 | .000 EA | 1.47 | 26.46 |
| PM0105000 | GEN POWERMATE 5000 | 5.000 | 5.000 | .000 EA | 417.89 | 2089.45 |
| PM0102500 | GEN POWERMATE 2500 | 12.000 | 12.000 | .000 EA | 244.12 | 2929.44 |

```
        NO PRETICKET
        =====================================
        ==========================
        TRUCK# 01 FOR 364935110
             Continued
```

```
                                    ** EDI        INVOICE      2
                                  ** REPRINT
                                                                    3/07/08

                                                                    072251

            WAL-MART DC 6018A-ASM DIS                               6660379
            2103 SOUTH MAIN
            364935110                                               3300868
            SEARCY, AR  72143



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002
```

```
6151917643              3/07/08      1% 45 DAYS        00    USD   Prepaid              0604656722
```

```
            ============================
            ==================================
            =========================
            ==================================
            ==========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==============================
```

```
                         GST                                    INVOICE TOTAL

   5045.35             .00                .00                .00          5045.35


                         INVOICE TOTAL      5045.35                    3/07/08

                                                                       072251

                         Powermate Corporation                        6660379
                         P.O. Box 930229
                         Atlanta, GA 31193-0229                        3300868
```

```
                                        ** EDI        INVOICE      1
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251
        WAL-MART DC 6006A-ASM DIS
        2200 7TH AVENUE SOUTHWEST                                       6660380
        364935110
        CULLMAN, AL  35055                                              3302084



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


4706708286              3/07/08     1% 45 DAYS          00      USD   Prepaid


        NO PRETICKET
        =========================================
        ========================================
        TRUCK# 01 FOR 364935110
        ========================================
        ========================================
        ==============================
        ========================================
        =============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
        MUST ARRIVE BY 03/06/04

PM0105000  GEN POWERMATE 5000          1.000    1.000    .000  EA      417.89     417.89
PM0102500  GEN POWERMATE 2500          4.000    4.000    .000  EA      244.12     976.48
           NO PRETICKET
        ========================================
        ========================================
        TRUCK# 01 FOR 364935110
             Continued
```

```
                                    ** EDI        INVOICE        2
                                 ** REPRINT
                                                                         3/07/08

                                                                         072251

         WAL-MART DC 6006A-ASM DIS                                       6660380
         2200 7TH AVENUE SOUTHWEST
         364935110                                                       3302084
         CULLMAN, AL   35055



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002


 4706708286            3/07/08     1% 45 DAYS        00    USD  Prepaid        0604656686



         =================================
         =====================================
         ===========================
         =====================================
         ==============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1394.37 | .00 | .00 | .00 | 1394.37 |

```
                          INVOICE TOTAL    1394.37                    3/07/08

                                                                      072251
                          Powermate Corporation
                          P.O. Box 930229                             6660380
                          Atlanta, GA 31193-0229
                                                                      3302084
```

```
                                      ** EDI        INVOICE        1
                                   ** REPRINT
                                                              3/07/08

                                                              072251

       WAL-MART DC 6038A-ASM DIS                              6660381
       8827D OLD RIVER RD
       364935110                                              3299838
       MARCY, NY  13403



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
            69
       BENTONVILLE, AR  72716-8002


 4751936683              3/07/08      1% 45 DAYS         00      USD   Prepaid


       NO PRETICKET
       ================================
       ========================
       TRUCK# 01 FOR 364935110
       ===============================
       ================================
       =======================
       ================================
       ====================
       ================================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ================================
       CXL DATE 03/07/04

 PA0650074  OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000     .000  EA        1.47      17.64
 PM0102500  GEN POWERMATE 2500               4.000    4.000     .000  EA      244.12     976.48
            NO PRETICKET
            ================================
            ========================
            TRUCK# 01 FOR 364935110
                 Continued
```

```
                                    ** EDI       INVOICE      2
                                 ** REPRINT
                                                               3/07/08

                                                               072251

        WAL-MART DC 6038A-ASM DIS                              6660381
        8827D OLD RIVER RD
        364935110                                              3299838
        MARCY, NY  13403



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


4751936683           3/07/08     1% 45 DAYS        00    USD  Prepaid           0604657400


        ==========================================
        ==========================================
        ===============================
        ==========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION   FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 994.12 | .00 | .00 | .00 | 994.12 |

```
                            INVOICE TOTAL      994.12              3/07/08

                                                                   072251
                            Powermate Corporation
                            P.O. Box 930229                         6660381
                            Atlanta, GA 31193-0229
                                                                   3299838
```

```
                                    ** EDI        INVOICE        1
                                    ** REPRINT
                                                                      3/07/08

                                                                      072251

       WAL-MART DC 6030A-ASM DIS                                      6660382
       42-D FREETOWN ROAD
       364935110                                                      3299842
       RAYMOND, NH  03077



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
            69
       BENTONVILLE, AR  72716-8002


9001984163              3/07/08      1% 45 DAYS          00    USD  Prepaid


       NO PRETICKET
       ========================================
       ========================================
       TRUCK# 01 FOR 364935110
       ========================================
       ========================================
       ========================================
       ========================================
       ========================================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ========================================
       cxl date 03/09/04
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0102500 | GEN POWERMATE 2500 | 4.000 | 4.000 | .000 | EA | 244.12 | 976.48 |

```
       NO PRETICKET
       ========================================
       ========================================
       TRUCK# 01 FOR 364935110
            Continued
```

```
                                         ** IDI        INVOICE      2
                                    ** REPRINT
                                                                         3/07/08

                                                                         072251

          WAL-MART DC 6030A-ASM DIS                                      6660382
          42-D FREETOWN ROAD
          364935110
          RAYMOND, NH  03077                                             3299842



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002
```

| 9001984163 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid | 0604657382 |

```
          ======================================
          ========================================
          =============================
          ========================================
          ============================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 994.12 | .00 | .00 | .00 | 994.12 |

```
                          INVOICE TOTAL     994.12                    3/07/08

                                                                      072251
                          Powermate Corporation
                          P.O. Box 930229                             6660382
                          Atlanta, GA 31193-0229
                                                                      3299842
```

```
                                        ** EOI      INVOICE        1
                                     ** REPRINT
                                                                     3/07/08

                                                                     072251

       WAL-MART DC 6070A-ASM DIS                                     6660384
       220 WAL-MART DRIVE
       364935110                                                     3300342
       SHELBY, NC  28150



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
             69
       BENTONVILLE, AR  72716-8002
```

| 9752002942 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid |
|------------|---------|------------|----|-----|---------|

```
       NO PRETICKET
       =======================================
       ====================
       TRUCK# 01 FOR 364935110
       ================================
       ===========================
       =======================================
       ======================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ===============================
       TRUCK 4
```

| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 EA | 244.12 | 244.12 |
|-----------|--------------------|-------|-------|---------|--------|--------|

```
             NO PRETICKET
       ===============================
       =========================
       TRUCK# 01 FOR 364935110
       ===============================
             Continued
```

```
                                    ** EDI        INVOICE      2
                                    ** REPRINT
                                                                  3/07/08

                                                                  072251

        WAL-MART DC 6070A-ASM DIS                                 6660384
        220 WAL-MART DRIVE
        364935110                                                 3300342
        SHELBY, NC  28150



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002
```

| 9752002942 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid | 0604655247 |

```
        ==========================================
        ==========================
        ==========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =============================
```

|   | GST |   |   | INVOICE TOTAL |
|---|---|---|---|---|
| 244.12 | .00 | .00 | .00 | 244.12 |

```
                              INVOICE TOTAL     244.12              3/07/08

                                                                   072251
                              Powermate Corporation
                              P.O. Box 930229                       6660384
                              Atlanta, GA 31193-0229
                                                                   3300342
```

```
                              ** EDI        INVOICE       1
                              ** REPRINT
                                                                3/07/08

                                                                072251
        WAL-MART DC 6037A-ASM DIS
        2650 HWY 395 SOUTH                                      6660385
        364935110
        HERMISTON, OR  97838                                    3300587



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


3151898856            3/07/08      1% 45 DAYS          00      USD    Prepaid


        NO PRETICKET
        =========================================
        ===========================
        TRUCK# 01 FOR 364935110
        =================================
        =========================================
        =========================================
        =========================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
        must arrive by

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    12.000    12.000    .000  EA      1.47     17.64
PM0102500   GEN POWERMATE 2500               1.000     1.000    .000  EA    244.12    244.12
        NO PRETICKET
        =========================================
        ===========================
        TRUCK# 01 FOR 364935110
            Continued
```

```
                                   ** EDI        INVOICE        2
                                   ** REPRINT
                                                                        3/07/08

                                                                        072251

          WAL-MART DC 6037A-ASM DIS                                     6660385
          2650 HWY 395 SOUTH
          364935110
          HERMISTON, OR  97838                                          3300587



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002


 3151898856            3/07/08     1% 45 DAYS          00    USD   Prepaid      0604657355



          =================================
          =====================================
          =============================
          =======================================
          =========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION   FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 261.76 | .00 | .00 | | .00 | 261.76 |

```
                          INVOICE TOTAL      261.76              3/07/08

                                                                 072251

                          Powermate Corporation                 6660385
                          P.O. Box 930229
                          Atlanta, GA 31193-0229                 3300587
```

```
                                         ** EDI       INVOICE       1
                                      ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 6027A-ASM DIS                                       6660386
        300 WAL-MART DRIVE
        ST RT 970                                                       3299840
        364935110
        WOODLAND, PA  16881



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


5601917847              3/07/08       1½ 45 DAYS           00      USD   Prepaid


        NO PRETICKET
        ======================================
        ==============================
        TRUCK#  01 FOR 364935110
        ==============================
        ======================================
        ==============================
        ======================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        MUST DELVIER BY 03/05/04

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK      12.000    12.000    .000  EA         1.47      17.64
PM0102500  GEN POWERMATE 2500                 1.000     1.000    .000  EA       244.12     244.12
           NO PRETICKET
        ======================================
        ==========================
        TRUCK#  01 FOR 364935110
            Continued
```

```
                                           ** EDI        INVOICE       2
                                        ** REPRINT
                                                                            3/07/08

                                                                            072251

             WAL-MART DC 6027A-ASM DIS                                      6660386
             300 WAL-MART DRIVE
             ST RT 970
             364935110                                                      3299840
             WOODLAND, PA  16881



             WAL-MART STORE, INC.
             HOME OFFICE
             INVOICE CONTROL DEPARTMENT
                   69
             BENTONVILLE, AR  72716-8002



 5601917847              3/07/08      1% 45 DAYS        00    USD   Prepaid        0604657319



         =================================
         =======================================
         ============================
         =======================================
         ============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         =================================
```

|  | | GST | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 261.76 | .00 | .00 | | .00 | 261.76 |

```
                              INVOICE TOTAL      261.76                     3/07/08

                                                                           072251
                           Powermate Corporation
                           P.O. Box 930229                                 6660386
                           Atlanta, GA 31193-0229
                                                                           3299840
```

```
                                   ** EDI       INVOICE      1
                                ** REPRINT
                                                               3/07/08

                                                               072251

      WAL-MART DC 7038A-ASM DIS                                6660498
      4009 SOUTH JENKINS RD
      364935110
      FT PIERCE, FL  34981                                     3298564



      WAL-MART STORE, INC.
      HOME OFFICE
      INVOICE CONTROL DEPARTMENT
            69
      BENTONVILLE, AR  72716-8002


9706783810            3/07/08     1% 45 DAYS        00    USD  Prepaid


      NO PRETICKET
      =========================================
      =========================
      TRUCK#  01 FOR 364935110
      ================================
      =========================================
      ===========================
      =========================================
      ===========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ============================

PA0650192   KIT GEN ACC 20A CORD          9.000    9.000    .000  EA      25.88     232.92
PA0650074   OIL GEN 1 QT SAE 30 SIX PACK 12.000   12.000    .000  EA       1.47      17.64
PM0102500   GEN POWERMATE 2500            1.000    1.000    .000  EA     244.12     244.12
            NO PRETICKET
            =========================================
            =========================
            TRUCK#  01 FOR 364935110
                 Continued
```

```
                                       ** EDI        INVOICE      2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 7038A-ASM DIS                                       6660498
        4009 SOUTH JENKINS RD
        364935110
        FT PIERCE, FL  34981                                            3298564



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002
```

| 9706783810 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid | 0604656549 |
|---|---|---|---|---|---|---|

```
        ======================================
        ======================================
        ======================================
        ======================================
        ======================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ======================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 494.68 | .00 | .00 | .00 | | 494.68 |

```
                              INVOICE TOTAL     494.68                  3/07/08

                                                                        072251
                              Powermate Corporation
                              P.O. Box 930229                           6660498
                              Atlanta, GA 31193-0229
                                                                        3298564
```

```
                                        ** EDI      INVOICE      1
                                   ** REPRINT
                                                                           3/07/08

                                                                           072251

        WAL-MART DC 6020A-ASM DIS                                          6660499
        4224 KETTERING ROAD
        364935110                                                          3299839
        BROOKSVILLE, FL  34602




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002



5601869465              3/07/08      1% 45 DAYS          00      USD   Prepaid


        NO PRETICKET
        =================================
        ==========================
        TRUCK#  01 FOR 364935110
        ===============================
        =====================================
        ==========================
        =============================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
PA0650192    KIT GEN ACC 20A CORD          3.000    3.000    .000  EA        25.88        77.64
PA0650074    OIL GEN 1 QT SAE 30 SIX PACK  6.000    6.000    .000  EA         1.47         8.82
PM0102500    GEN POWERMATE 2500            1.000    1.000    .000  EA       244.12       244.12
             NO PRETICKET
             =================================
             ==========================
             TRUCK#  01 FOR 364935110
                Continued
```

```
                                        ** EDI       INVOICE      2
                                     ** REPRINT
                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6020A-ASM DIS
        4224 KETTERING ROAD                                           6660499
        364935110
        BROOKSVILLE, FL  34602                                        3299839




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002



5601869465           3/07/08     1% 45 DAYS         00    USD   Prepaid        0604657281



        ==============================
        ==============================
        =========================
        ==============================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 330.58 | .00 | .00 | .00 | 330.58 |

```
                        INVOICE TOTAL      330.58                 3/07/08

                                                                  072251
                        Powermate Corporation
                        P.O. Box 930229                           6660499
                        Atlanta, GA 31193-0229
                                                                  3299839
```

```
                                        ** EDI        INVOICE       1
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
             WAL-MART DC 6018A-ASM DIS
             2103 SOUTH MAIN                                            6660500
             364935110
             SEARCY, AR  72143                                         3299565



             WAL-MART STORE, INC.
             HOME OFFICE
             INVOICE CONTROL DEPARTMENT
                     69
             BENTONVILLE, AR  72716-8002


  6151917443           3/07/08     1% 45 DAYS        00      USD    Prepaid


             NO PRETICKET
             ===================================
             TRUCK#  01 FOR 364935110
             ===================================
             ===================================
             ===================================
             ===================================
             IF MULTIPLE DESTINATIONS HAVE THE
             SAME SHIP DATE, PLEASE
             SHIP TO FURTHEST DESTINATION  FIRST
             AND CLOSEST DESTINATIONS
             LAST.
             ===================================

  PM0102500  GEN POWERMATE 2500         1.000    1.000    .000  EA    244.12       244.12
             NO PRETICKET
             ===================================
             ===================================
             TRUCK#  01 FOR 364935110
             ===================================
             ===================================
                 Continued
```

```
                                        ** EDI        INVOICE       2
                                    ** REPRINT
                                                                      3/07/08

                                                                      072251
            WAL-MART DC 6018A-ASM DIS
            2103 SOUTH MAIN                                           6660500
            364935110
            SEARCY, AR  72143                                         3299565




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002



 6151917443              3/07/08     1½ 45 DAYS        00     USD  Prepaid       0604656731


            ==========================
            ==========================================
            ==========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 244.12 | .00 | .00 | .00 | 244.12 |

```
                           INVOICE TOTAL     244.12                   3/07/08

                                                                      072251
                        Powermate Corporation
                        P.O. Box 930229                                6660500
                        Atlanta, GA 31193-0229
                                                                       3299565
```

```
                                      ** EDI        INVOICE        1
                                  ** REPRINT

                                                                      3/07/08

                                                                      072251
        WAL-MART DC 6011A-ASM DIS
        2200 MANUFACTURERS BOULEVARD                                  6660501
        364935110
        BROOKHAVEN, MS  39601                                         3299566


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
            69
        BENTONVILLE, AR  72716-8002


9506716900              3/07/08     1% 45 DAYS           00      USD   Prepaid


        NO PRETICKET
        ================================================
        ==================================
        TRUCK#  01 FOR 364935110
        ======================================
        =====================================
        =================================
        ===================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
        MUST ARRIVE BY 03/07/04

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    18.000   18.000    .000  EA       1.47     26.46
PM0102500   GEN POWERMATE 2500               4.000    4.000    .000  EA     244.12    976.48
        NO PRETICKET
        ================================
        =====================
        TRUCK#  01 FOR 364935110
            Continued
```

```
                                        ** EDI        INVOICE      2
                                      ** REPRINT
```

3/07/08

072251

WAL-MART DC 6011A-ASM DIS
2200 MANUFACTURERS BOULEVARD                                    6660501
364935110
BROOKHAVEN, MS  39601                                           3299566


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002


9506716900           3/07/08      1½ 45 DAYS        00    USD   Prepaid        0604656677


```
=============================
============================
==========================
========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
===============================
```


| | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 1002.94 | .00 | .00 | .00 | 1002.94 |


INVOICE TOTAL      1002.94                                     3/07/08

072251

Powermate Corporation                                          6660501
P.O. Box 930229
Atlanta, GA 31193-0229                                         3299566

```
                                    ** EDI       INVOICE        1
                                 ** REPRINT

                                                              3/07/08

WAL-MART DC 6023A-ASM DIS                                      072251
21504 COX ROAD
364935110                                                     6660502
SUTHERLAND, VA  23885
                                                              3299834



WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002



1801927217           3/07/08      1% 45 DAYS          00     USD   Prepaid



NO PRETICKET
=======================================
========================
TRUCK# 01 FOR 364935110
=======================================
=======================================
========================
=======================================
========================
=======================================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
=======================================
CKL DATE 03/10/04
```

| | | | | | |
|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 EA | 1.47 | 17.64 |
| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 EA | 244.12 | 244.12 |

```
             NO PRETICKET
=======================================
========================
TRUCK# 01 FOR 364935110
    Continued
```

```
                                        **  EDI        INVOICE       2
                                      ** REPRINT
                                                                           3/07/08

        WAL-MART DC 6023A-ASM DIS                                          072251
        21504 COX ROAD
        364935110                                                          6660502
        SUTHERLAND, VA  23885
                                                                           3299834


        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                   69
        BENTONVILLE, AR  72716-8002


1801927217            3/07/08      1% 45 DAYS          00     USD   Prepaid            0604657263


        ================================
        ====================================
        ===========================
        =====================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

```
                               GST                                      INVOICE TOTAL
    261.76            .00                    .00                .00              261.76


                        INVOICE TOTAL     261.76
                                                                           3/07/08

                     Powermate Corporation                                 072251
                     P.O. Box 930229
                     Atlanta, GA 31193-0229                                 6660502

                                                                           3299834
```

```
                                        ** EDI      INVOICE      1
                                   ** REPRINT
                                                                    3/07/08

                                                                    072251
        WAL-MART DC 6054A-ASM DIS
        385 CALLAWAY CHURCH ROAD                                    6660503
        364935110
        LA GRANGE, GA  30241                                        3299835



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002



2401917675            3/07/08     1% 45 DAYS          00    USD    Prepaid



        NO PRETICKET
        ===================================
        ===================================
        TRUCK#  01 FOR 364935110
        ===================================
        ===================================
        ===================================
        ===================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===================================
        TRUCK # 3

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK    12.000   12.000   .000  EA     1.47      17.64
PM0102500   GEN POWERMATE 2500               4.000    4.000   .000  EA   244.12     976.48
            NO PRETICKET
            ===================================
            ===================================
            TRUCK#  01 FOR 364935110
                Continued
```

```
                                        ** EDI        INVOICE        2
                                   ** REPRINT
                                                                           3/07/08

                                                                           072251

            WAL-MART DC 6054A-ASM DIS
            385 CALLAWAY CHURCH ROAD                                       6660503
            364935110
            LA GRANGE, GA  30241                                           3299835



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002


2401917675            3/07/08      1% 45 DAYS          00     USD   Prepaid          0604658199


       ==============================
      ================================
      ==========================
      ===============================
      ==========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ==============================
```

|            |  GST |       |       | INVOICE TOTAL |
|------------|------|-------|-------|---------------|
| 994.12     | .00  | .00   | .00   | 994.12        |

```
                         INVOICE TOTAL       994.12                    3/07/08

                                                                       072251
                         Powermate Corporation
                         P.O. Box 930229                               6660503
                         Atlanta, GA 31193-0229
                                                                       3299835
```

```
                                        ** EDI       INVOICE      1
                                   ** REPRINT
                                                                       3/07/08

                                                                       072251
        WAL-MART DC 7035A-ASM DIS
        18245 NW 115 AVENUE                                            6660504
        364935110
        ALACHUA, FL  32615                                             3301109



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                69
        BENTONVILLE, AR  72716-8002


4401849010          3/07/08    1% 20 Days  Net       00      USD   Prepaid


        NO PRETICKET
        =======================================
        ===========================
        TRUCK# 01 FOR 364935110
        ===============================
        ==============================================
        ===========================
        ==============================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===========================================
```

| Item | Description | | | | | | |
|------|-------------|------|------|------|----|--------|--------|
| PA0650192 | KIT GEN ACC 20A CORD | 3.000 | 3.000 | .000 | EA | 25.88 | 77.64 |
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 18.000 | 18.000 | .000 | EA | 1.47 | 26.46 |
| PM0102500 | GEN POWERMATE 2500 | 2.000 | 2.000 | .000 | EA | 244.12 | 488.24 |

```
        NO PRETICKET
        =========================================
        ============================
        TRUCK# 01 FOR 364935110
            Continued
```

```
                                          ** EDI        INVOICE      2
                                        ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 7035A-ASM DIS                                       6660504
        18245 NW 115 AVENUE
        364935110                                                       3301109
        ALACHUA, FL  32615



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


4401849010            3/07/08      1% 20 Days  Net      00     USD   Prepaid           0604656585


        ==================================
        =======================================
        ==========================
        ======================================
        =======================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 592.34 | .00 | .00 | .00 | 592.34 |

```
                              INVOICE TOTAL      592.34                    3/07/08

                                                                           072251

                         Powermate Corporation                            6660504
                         P.O. Box 930229
                         Atlanta, GA 31193-0229                            3301109
```

```
                                        ** EDI        INVOICE        1
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 6011A-ASM DIS                                       6660505
        2200 MANUFACTURERS BOULEVARD
        364935110                                                       3300869
        BROOKHAVEN, MS  39601




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-B002


  9506717096           3/07/08      1% 45 DAYS           00      USD   Prepaid


        NO PRETICKET
        =====================================
        =========================
        TRUCK# 01 FOR 364935110
        ================================
        =======================================
        =========================
        ====================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
        MUST ARRIVE BY 03/07/04

  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK     24.000   24.000   .000  EA      1.47       35.28
  PM0102500   GEN POWERMATE 2500                3.000    3.000   .000  EA    244.12      732.36
              NO PRETICKET
              =====================================
              =========================
              TRUCK#  01 FOR 364935110
                 Continued
```

```
                                    ** EDI        INVOICE      2
                                  ** REPRINT
                                                                    3/07/08

                                                                    072251

        WAL-MART DC 6011A-ASM DIS                                   6660505
        2200 MANUFACTURERS BOULEVARD
        364935110                                                   3300869
        BROOKHAVEN, MS  39601



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


9506717096          3/07/08     1% 45 DAYS          00    USD  Prepaid      060465675X


        ================================
        ========================================
        ===========================
        =====================================
        ==================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 767.64 | .00 | .00 | .00 | 767.64 |

```
                            INVOICE TOTAL      767.64              3/07/08

                                                                   072251
                        Powermate Corporation
                        P.O. Box 930229                            6660505
                        Atlanta, GA 31193-0229
                                                                   3300869
```

```
                                    ** EDI        INVOICE      1
                                 ** REPRINT
```

3/07/08

072251

WAL-MART  5400                                                    6660506
8827 C SOUTH OLD RIVER ROAD
MARCY, NY  13403                                                  3298558


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002


4206840108            3/07/08        1½ 20 Days  Net        00      USD    Prepaid


```
==============================IF
MULTIPLE DESTINATIONS HAVE
THE SAME SHIP DATE, PLEASE    SHIP
TO FURTHEST DESTINATION
FIRST AND CLOSEST DESTINATIONSLAST.
==============================SUPPLI
ER WILL SHIP ALL
MERCHANDISE IN ACCORDANCE WITHTHE
CURRENT SHIPPING AND
ROUTING INSTRUCTIONS,
WAL-MARTSTORES, INC. (THE "ROUTING
INSTRUCTIONS"). THE CURRENT
ROUTING INSTRUCTIONS ARE
AVAILABLE ON RETAIL LINK.
SUPPLIER IS LIABLE FOR THE
EXCESS TRANSPORTATION COST IF THE
DESIGNATED ROUTING IS NOT
FOLLOWED. IF THE SUPPLIER HAS A
QUESTION CONCERNING THE
ROUTING SELECTED, SUPPLIER    MUST
CALL COMPANY S TRAFFIC
DEPARTMENT BEFORE RELEASING    THE
SHIPMENT.
      Continued
```

```
                                              ** EDI       INVOICE        2
                                         ** REPRINT
                                                                             3/07/08

                                                                             072251

                    WAL-MART  5400                                           6660506
                    8827 C SOUTH OLD RIVER ROAD
                    MARCY, NY  13403                                         3298558



                    WAL-MART STORE, INC.
                    HOME OFFICE
                    INVOICE CONTROL DEPARTMENT
                         69
                    BENTONVILLE, AR  72716-8002
```

| 4206840108 | 3/07/08 | 1% 20 Days | Net | 00 | USD | Prepaid | 0604656603 |
|---|---|---|---|---|---|---|---|

```
                    ===============================PLEASE
                     SHIP TO THE FOLLOWING
                    WALMART.COM. FC#5400      8827C
                    OLD RIVER RD
                    MARCY, NY 13403
                    315.765.2125
```

| PM0102500 | GEN POWERMATE 2500 | 30.000 | 30.000 | .000 | EA | 244.12 | 7323.60 |
|---|---|---|---|---|---|---|---|

```
                    ===============================IF
                    MULTIPLE DESTINATIONS HAVE
                    THE SAME SHIP DATE, PLEASE    SHIP
                    TO FURTHEST DESTINATION
                    FIRST AND CLOSEST DESTINATIONSLAST.
                    ===============================SUPPLI
                    ER WILL SHIP ALL
                    MERCHANDISE IN ACCORDANCE WITHTHE
                    CURRENT SHIPPING AND
                    ROUTING INSTRUCTIONS,
                    WAL-MARTSTORES, INC. (THE "ROUTING
                    INSTRUCTIONS"). THE CURRENT
                    ROUTING INSTRUCTIONS ARE
                    AVAILABLE ON RETAIL LINK.
                    SUPPLIER IS LIABLE FOR THE
                         Continued
```

```
                                          ** EDI        INVOICE       3
                                     ** REPRINT
                                                                          3/07/08

                                                                          072251

          WAL-MART  5400                                                  6660506
          8827 C SOUTH OLD RIVER ROAD
          MARCY, NY  13403                                                3298558




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


4206840108            3/07/08    1% 20 Days  Net       00     USD   Prepaid        0604656603


          EXCESS TRANSPORTATION COST IF THE
          DESIGNATED ROUTING IS NOT
          FOLLOWED. IF THE SUPPLIER HAS A
          QUESTION CONCERNING THE
          ROUTING SELECTED, SUPPLIER    MUST
          CALL COMPANY S TRAFFIC
          DEPARTMENT BEFORE RELEASING   THE
          SHIPMENT.
          ================================PLEASE
          . SHIP TO THE FOLLOWING
          WALMART.COM. PC#5400         8827C
          OLD RIVER RD
          MARCY, NY 13403
          315.765.2125
```

          Continued

```
                                    ** EDI        INVOICE      4
                                 ** REPRINT
                                                              3/07/08

                                                              072251

        WAL-MART  5400                                        6660506
        8827 C SOUTH OLD RIVER ROAD
        MARCY, NY  13403                                      3298558



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


4206840108           3/07/08      1% 20 Days  Net      00    USD   Prepaid           0604656603
```

|  | | GST | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 7323.60 | .00 | .00 | .00 | | 7323.60 |

```
                              INVOICE TOTAL      7323.60                  3/07/08

                                                                         072251

                              Powermate Corporation                      6660506
                              P.O. Box 930229
                              Atlanta, GA 31193-0229                      3298558
```

```
                                              ** EDI      INVOICE       1
                                         ** REPRINT
                                                                         3/07/08

                                                                        072251

          WAL-MART  5400
          8827 C SOUTH OLD RIVER RD                                     6660507
          MARCY, NY  13403
                                                                        3301169




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                      69
          BENTONVILLE, AR  72716-8002
```

4206840203              3/07/08        1% 20 Days  Net        00      USD    Prepaid

```
          =============================>IF
          MULTIPLE DESTINATIONS HAVE
          THE SAME SHIP DATE, PLEASE    SHIP
          TO FURTHEST DESTINATION
          FIRST AND CLOSEST DESTINATIONSLAST.
          =============================>SUPPLI
          ER WILL SHIP ALL
          MERCHANDISE IN ACCORDANCE WITHTHE
          CURRENT SHIPPING AND
          ROUTING INSTRUCTIONS,
          WAL-MARTSTORES, INC. (THE "ROUTING
          INSTRUCTIONS"). THE CURRENT
          ROUTING INSTRUCTIONS ARE
          AVAILABLE ON RETAIL LINK.
          SUPPLIER IS LIABLE FOR THE
          EXCESS TRANSPORTATION COST IF THE
          DESIGNATED ROUTING IS NOT
          FOLLOWED. IF THE SUPPLIER HAS A
          QUESTION CONCERNING THE
          ROUTING SELECTED, SUPPLIER    MUST
          CALL COMPANY S TRAFFIC
          DEPARTMENT BEFORE RELEASING   THE
          SHIPMENT.
              Continued
```

```
                                    ** EDI        INVOICE        2
                                 ** REPRINT
                                                                      3/07/08

                                                                      072251

           WAL-MART  5400                                             6660507
           8827 C SOUTH OLD RIVER RD
           MARCY, NY  13403                                           3301169



           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                69
           BENTONVILLE, AR  72716-8002
```

| 4206840203 | 3/07/08 | 1% 20 Days  Net | 00 | USD | Prepaid | 0604656594 |

```
           ===============================PLEASE
            SHIP TO THE FOLLOWING
           WALMART.COM. FC#5400        8827C
           OLD RIVER RD
           MARCY, NY 13403
           315.765.2125
```

| PM0102500 | GEN POWERMATE 2500 | 45.000 | 45.000 | .000 EA | 244.12 | 10985.40 |

```
           ===============================IF
           MULTIPLE DESTINATIONS HAVE
           THE SAME SHIP DATE, PLEASE    SHIP
           TO FURTHEST DESTINATION
           FIRST AND CLOSEST DESTINATIONSLAST.
           ===============================SUPPLI
           ER WILL SHIP ALL
           MERCHANDISE IN ACCORDANCE WITHTHE
           CURRENT SHIPPING AND
           ROUTING INSTRUCTIONS,
           WAL-MARTSTORES, INC. (THE "ROUTING
           INSTRUCTIONS"). THE CURRENT
           ROUTING INSTRUCTIONS ARE
           AVAILABLE ON RETAIL LINK.
           SUPPLIER IS LIABLE FOR THE
                Continued
```

```
                                      ** EDI        INVOICE        3
                                  ** REPRINT
                                                                      3/07/08

                                                                      072251

          WAL-MART  5400                                              6660507
          8827 C SOUTH OLD RIVER RD
          MARCY, NY  13403                                            3301169




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                 69
          BENTONVILLE, AR  72716-8002


  4206840203            3/07/08     1% 20 Days  Net        00    USD   Prepaid        0604656594


          EXCESS TRANSPORTATION COST IF THE
          DESIGNATED ROUTING IS NOT
          FOLLOWED. IF THE SUPPLIER HAS A
          QUESTION CONCERNING THE
          ROUTING SELECTED, SUPPLIER    MUST
          CALL COMPANY S TRAFFIC
          DEPARTMENT BEFORE RELEASING   THE
          SHIPMENT.
          ===============================PLEASE
           SHIP TO THE FOLLOWING
          WALMART.COM. FC#5400         8827C
          OLD RIVER RD
          MARCY, NY 13403
          315.765.2125




               Continued
```

```
                                            ** EDI        INVOICE       4
                                       ** REPRINT
                                                                              3/07/08

                                                                              072251

          WAL-MART  5400                                                      6660507
          8827 C SOUTH OLD RIVER RD
          MARCY, NY  13403                                                    3301169




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                   69
          BENTONVILLE, AR  72716-8002


 4206840203              3/07/08      1% 20 Days  Net        00    USD   Prepaid            0604656594
```

```
                               GST                                      INVOICE TOTAL

   10985.40              .00                   .00                 .00                10985.40


                            INVOICE TOTAL     10985.40                       3/07/08

                                                                            072251
                            Powermate Corporation
                            P.O. Box 930229                                  6660507
                            Atlanta, GA 31193-0229
                                                                            3301169
```

```
                                        ** EDI        INVOICE        1
                                     ** REPRINT
                                                                        3/07/08

                                                                        072251
         WAL-MART DC 7045A-ASM DIS
         6004 WALTON WAY                                                6660508
         364935110
         MT. CRAWFORD, VA  22841                                        3299836



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                69
         BENTONVILLE, AR  72716-8002


3001869450            3/07/08     1½ 45 DAYS        00      USD   Prepaid


         NO PRETICKET
         ===================================
         ===========================
         TRUCK# 01 FOR 364935110
         ===========================
         ===========================
         ===========================
         ===================================
         ===========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ===========================
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 | EA | 244.12 | 244.12 |

```
         NO PRETICKET
         ===================================
         ===========================
         TRUCK# 01 FOR 364935110
         ===========================
              Continued
```

```
                                      ** EDI       INVOICE      2
                                 ** REPRINT
                                                                        3/07/08

                                                                        072251

         WAL-MART DC 7045A-ASM DIS                                      6660508
         6004 WALTON WAY
         364935110                                                      3299836
         MT. CRAWFORD, VA  22841



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                 69
         BENTONVILLE, AR  72716-8002


3001869450              3/07/08    1% 45 DAYS        00    USD   Prepaid        0604656668



      =====================================
      ==============================
      =====================================
      =========================
      IF MULTIPLE DESTINATIONS HAVE THE
      SAME SHIP DATE, PLEASE
      SHIP TO FURTHEST DESTINATION  FIRST
      AND CLOSEST DESTINATIONS
      LAST.
      ==============================
```

|  | | GST | | | INVOICE TOTAL |
|---|---|---|---|---|---|
| 261.76 | .00 | .00 | | .00 | 261.76 |

```
                           INVOICE TOTAL      261.76                    3/07/08

                                                                        072251
                           Powermate Corporation
                           P.O. Box 930229                              6660508
                           Atlanta, GA 31193-0229
                                                                        3299836
```

```
                                        ** EDI        INVOICE        1
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251

        WAL-MART DC 6043A-ASM DIS                                       6660513
        492 JONESVILLE ROAD
        364935110                                                       3300339
        COLDWATER, MI   49036




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



  3201917913              3/07/08      1% 45 DAYS        00      USD   Prepaid


        NO PRETICKET
        ====================================
        ===============================
        TRUCK# 01 FOR 364935110
        ===============================
        ====================================
        ===========================
        ====================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================

  PM0105000   GEN POWERMATE 5000      10.000   10.000    .000  EA     417.89    4178.90
  PM0102500   GEN POWERMATE 2500      17.000   17.000    .000  EA     244.12    4150.04
              NO PRETICKET
        ====================================
        ==========================
        TRUCK# 01 FOR 364935110
        ==============================
                   Continued
```

```
                                        ** EDI        INVOICE      2
                                     ** REPRINT
                                                                      3/07/08

                                                                      072251

        WAL-MART DC 6043A-ASM DIS
        492 JONESVILLE ROAD                                           6660513
        364935110
        COLDWATER, MI  49036                                          3300339



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-9002


3201917913          3/07/08      1% 45 DAYS       .      00    USD   Prepaid          00316233964



        ====================================
        ============================
        ====================================
        ========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 8328.94 | .00 | .00 | | .00 | 8328.94 |

```
                          INVOICE TOTAL      8328.94                 3/07/08

                                                                     072251

                     Powermate Corporation
                     P.O. Box 930229                                 6660513
                     Atlanta, GA 31193-0229
                                                                     3300339
```

```
                                                    ** EDI        INVOICE        1
                                                  ** REPRINT
                                                                                     3/07/08

                                                                                     072251
              WAL-MART DC 6024A-ASM DIS
              3920 SOUTHWEST BLVD.                                                    6660516
              364935110
              GROVE CITY, OH  43123                                                  3299061


              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                      69
              BENTONVILLE, AR  72716-8002


  2901927153              3/07/08     1% 45 DAYS        00      USD    Prepaid


              NO PRETICKET
              =========================================
              ============================
              TRUCK# 01 FOR 364935110
              ============================
              ===============================
              ============================
              ==============================
              ============================
              IF MULTIPLE DESTINATIONS HAVE THE
              SAME SHIP DATE, PLEASE
              SHIP TO FURTHEST DESTINATION   FIRST
              AND CLOSEST DESTINATIONS
              LAST.
              ============================
  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK   6.000    6.000    .000 EA    1.47      8.82
  PM0102500   GEN POWERMATE 2500             5.000    5.000    .000 EA  244.12   1220.60
              NO PRETICKET
              =========================================
              =====================
              TRUCK# 01 FOR 364935110
              ============================
                    Continued
```

```
                                        ** EDI        INVOICE      2
                                     ** REPRINT
                                                                      3/07/08

                                                                      072251

        WAL-MART DC 6024A-ASM DIS                                     6660516
        3920 SOUTHWEST BLVD.
        364935110                                                     3299061
        GROVE CITY, OH  43123



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


2901927153          3/07/08     1½ 45 DAYS        00    USD   Prepaid        00316233865


        ======================================
        ==========================
        =======================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1229.42 | .00 | .00 | .00 |  | 1229.42 |

```
                        INVOICE TOTAL    1229.42                     3/07/08

                                                                     072251
                        Powermate Corporation
                        P.O. Box 930229                              6660516
                        Atlanta, GA 31193-0229
                                                                     3299061
```

```
                                    ** EDI        INVOICE        1
                                ** REPRINT
                                                                        3/07/08

                                                                        072251

          WAL-MART DC 6024A-ASM DIS
          3920 SOUTHWEST BLVD.                                          6660517
          364935110
          GROVE CITY, OH  43123                                         3302852



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002


2901927744            3/07/08     1% 45 DAYS          00      USD   Prepaid


          NO PRETICKET
          ===========================================
          ===========================
          TRUCK#  01 FOR 364935110
          ===============================
          ===============================================
          ===========================
          ===============================================
          ===========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 EA | 1.47 | 17.64 |
| PM0102500 | GEN POWERMATE 2500 | 1.000 | 1.000 | .000 EA | 244.12 | 244.12 |

```
          NO PRETICKET
          ===============================================
          ===========================
          TRUCK#  01 FOR 364935110
          ===============================
                  Continued
```

```
                                        ** EDI        INVOICE        2
                                    ** REPRINT
                                                                        3/07/08

                                                                        072251

            WAL-MART DC 6024A-ASM DIS                                   6660517
            3920 SOUTHWEST BLVD.
            364935110
            GROVE CITY, OH  43123                                       3302852




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                    69
            BENTONVILLE, AR  72716-8002
```

| 2901927744 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid | 00316233899 |

```
        =================================================
        ==============================
        =================================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 261.76 | .00 | .00 | .00 | 261.76 |

```
                            INVOICE TOTAL     261.76                    3/07/08

                                                                        072251

                        Powermate Corporation                          6660517
                        P.O. Box 930229
                        Atlanta, GA 31193-0229
                                                                        3302852
```

```
                                    ** EDI        INVOICE       1
                                ** REPRINT
                                                                  3/07/08

                                                                  072251

         WAL-MART DC 6019A-ASM DIS                                6660533
         7504 EAST CROSSROADS BOULEVARD
         364935110                                                3300589
         LOVELAND, CO  80538



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                 69
         BENTONVILLE, AR  72716-8002


 5301898610           3/07/08      1% 45 DAYS          00     USD   Prepaid


         NO PRETICKET
         ===========================================
         ===========================
         TRUCK# 01 FOR 364935110
         ===================================
         ============================
         ===========================
         ===================================
         ===========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         =================================
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 | EA | 1.47 | 8.82 |
| PM0105000 | GEN POWERMATR 5000 | 1.000 | 1.000 | .000 | EA | 417.89 | 417.89 |
| PM0102500 | GEN POWERMATE 2500 | 3.000 | 3.000 | .000 | EA | 244.12 | 732.36 |

```
                     NO PRETICKET
                     ============================================
                     ===========================
                     TRUCK# 01 FOR 364935110
                         Continued
```

```
                                         ** EDI        INVOICE       2
                                      ** REPRINT
                                                                        3/07/08

                                                                        072251

          WAL-MART DC 6019A-ASM DIS                                     6660533
          7504 EAST CROSSROADS BOULEVARD
          364935110                                                     3300589
          LOVELAND, CO  80538



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002
```

| 5301898610 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid | 5565511 |

```
          =================================
          ==========================================
          ===========================
          =======================================
          ===========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 1159.07 | .00 | .00 | .00 |  | 1159.07 |

```
                          INVOICE TOTAL      1159.07              3/07/08

                                                                  072251

                   Powermate Corporation                          6660533
                   P.O. Box 930229
                   Atlanta, GA 31193-0229                          3300589
```

```
                                          ** EDI        INVOICE      1
                                       ** REPRINT
                                                                              3/07/08

                                                                              072251
             WAL-MART DC 6019A-ASM DIS
             7504 EAST CROSSROADS BOULEVARD                                   6660534
             364935110
             LOVELAND, CO  80538                                              3299332



             WAL-MART STORE, INC.
             HOME OFFICE
             INVOICE CONTROL DEPARTMENT
                      69
             BENTONVILLE, AR  72716-8002


  5301898414              3/07/08      1% 45 DAYS          00     USD   Prepaid


             NO PRETICKET
             =====================================
             =========================
             TRUCK#  01 FOR 364935110
             =========================
             =====================================
             =========================
             =====================================
             =========================
             IF MULTIPLE DESTINATIONS HAVE THE
             SAME SHIP DATE, PLEASE
             SHIP TO FURTHEST DESTINATION  FIRST
             AND CLOSEST DESTINATIONS
             LAST.
             =========================
  PM0105000  GEN POWERMATE 5000          1.000   1.000    .000  EA   417.89    417.89
  PM0102500  GEN POWERMATE 2500          1.000   1.000    .000  EA   244.12    244.12
             NO PRETICKET
             =====================================
             =========================
             TRUCK#  01 FOR 364935110
             =========================
                  Continued
```

```
                                                    ** EDI        INVOICE      2
                                                  ** REPRINT
                                                                              3/07/08

                                                                              072251

        WAL-MART DC 6019A-ASM DIS
        7504 EAST CROSSROADS BOULEVARD                                        6660534
        364935110
        LOVELAND, CO  80538                                                   3299332



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002
```

| 5301898414 | 3/07/08 | 1% 45 DAYS | 00 | USD | Prepaid | 5565511 |
|---|---|---|---|---|---|---|

```
        ================================
        ===========================
        ================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 662.01 | .00 | .00 | .00 |  | 662.01 |

```
                            INVOICE TOTAL      662.01                3/07/08

                                                                     072251

            Powermate Corporation                                    6660534
            P.O. Box 930229
            Atlanta, GA 31193-0229                                   3299332
```

```
                                    ** EDI      INVOICE      1
                                  ** REPRINT
                                                              3/07/08

                                                             072251
        WAL-MART DC 6019A-ASM DIS
        7504 EAST CROSSROADS BOULEVARD                       6660535
        364935110
        LOVELAND, CO  80538                                  3301828



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002



5301898802           3/07/08      1% 45 DAYS        00    USD   Prepaid


        NO PRETICKET
        =========================================
        ============================
        TRUCK#  01 FOR 364935110
        =====================================
        =======================
        =====================================
        =====================================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================

PM0105000   GEN POWERMATE 5000        1.000   1.000    .000 EA   417.89    417.89
PM0102500   GEN POWERMATE 2500        5.000   5.000    .000 EA   244.12   1220.60
        NO PRETICKET
        =========================================
        ============================
        TRUCK#  01 FOR 364935110
        =============================
            Continued
```

```
                                    ** EDI      INVOICE      2
                              ** REPRINT
                                                                  3/07/08

                                                                  072251

        WAL-MART DC 6019A-ASM DIS                                 6660535
        7504 EAST CROSSROADS BOULEVARD
        364935110                                                 3301828
        LOVELAND, CO  80538




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002



 5301898802          3/07/08      1½ 45 DAYS        00    USD   Prepaid        5565511



        ==========================================
        =========================
        ==========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 1638.49 | .00 | .00 | .00 | 1638.49 |

```
                    INVOICE TOTAL      1638.49              3/07/08

                                                           072251
                    Powermate Corporation
                    P.O. Box 930229                        6660535
                    Atlanta, GA 31193-0229
                                                           3301828
```

```
                                      ** EDI        INVOICE        1
                                   ** REPRINT
                                                                        3/11/08

                                                                        072251

       WAL-MART DC 7045A-ASM DIS                                        6660781
       6004 WALTON WAY
       364935110                                                        3301108
       MT. CRAWFORD, VA  22841


       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
             69
       BENTONVILLE, AR  72716-8002


 3001869648           3/11/08      1% 45 DAYS          00      USD   Prepaid


       NO PRETICKET
       ==========================================
       ============================
       TRUCK#  01 FOR 364935110
       =============================
       =============================
       ==========================
       =============================
       ============================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       =============================
```

| | | | | | | |
|---|---|---|---|---|---|---|
| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 24.000 | 24.000 | .000 | EA | 1.47 | 35.28 |
| PM0105000 | GEN POWERMATE 5000 | 5.000 | 5.000 | .000 | EA | 417.89 | 2089.45 |
| PM0102500 | GEN POWERMATE 2500 | 7.000 | 7.000 | .000 | EA | 244.12 | 1708.84 |

```
                  NO PRETICKET
                  =============================
                  =========================
                  TRUCK#  01 FOR 364935110
                      Continued
```

```
                                    ** EDI        INVOICE        2
                                ** REPRINT
                                                                    3/11/08

                                                                    072251

        WAL-MART DC 7045A-ASM DIS                                   6660781
        6004 WALTON WAY
        364935110                                                   3301108
        MT. CRAWFORD, VA  22841




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002
```

| 3001869648 | 3/11/08 | 1% 45 DAYS | 00 | USD | Prepaid | 00316234160 |

```
        ========================================
        =============================================
        =============================
        ===========================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION   FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
```

|  |  | GST |  |  | INVOICE TOTAL |
| 3833.57 | .00 | .00 | .00 | | 3833.57 |

```
                            INVOICE TOTAL    3833.57          3/11/08

                                                             072251
                        Powermate Corporation
                        P.O. Box 930229                       6660781
                        Atlanta, GA 31193-0229
                                                             3301108
```

```
                                        ** EDI       INVOICE      1
                                      ** REPRINT
                                                                           3/11/08

                                                                           072251

        WAL-MART DC 6010A-ASM DIS                                          6660934
        690 HIGHWAY 206
        364935110                                                         3301113
        DOUGLAS, GA  31533



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


7352031376            3/11/08      1% 45 DAYS        OO     USD   Prepaid


        NO PRETICKET
        ===========================================
        ===============================
        TRUCK#  01 FOR 364935110
        ===============================
        ===========================================
        ==========================
        ===========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK        6.000    6.000    .000 EA         1.47         8.82
PM0102500   GEN POWERMATE 2500                  2.000    2.000    .000 EA       244.12       488.24
            NO PRETICKET
            ===========================================
            ==========================
            TRUCK#  01 FOR 364935110
            ===============================
                Continued
```

```
                                    ** EDI        INVOICE      2
                                 ** REPRINT
                                                                    3/11/08

                                                                    072251

        WAL-MART DC 6010A-ASM DIS                                   6660934
        690 HIGHWAY 206
        364935110                                                   3301113
        DOUGLAS, GA  31533



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


7352031376              3/11/08      1% 45 DAYS        00    USD   Prepaid          0604655155



        ===================================
        ===========================
        ===================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|        |        | GST    |        |        | INVOICE TOTAL |
|--------|--------|--------|--------|--------|---------------|
| 497.06 | .00    | .00    | .00    |        | 497.06        |

```
                              INVOICE TOTAL      497.06                3/11/08

                                                                       072251

                              Powermate Corporation                    6660934
                              P.O. Box 930229
                              Atlanta, GA 31193-0229                    3301113
```

```
                                    ** EDI        INVOICE      1
                                  ** REPRINT
                                                                    3/11/08

                                                                    072251
        WAL-MART DC 7035A-ASM DIS
        18245 NW 115 AVENUE                                         6660935
        364935110
        ALACHUA, FL  32615                                          3299837



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
                 69
        BENTONVILLE, AR  72716-8002
```

| 4401848822 | 3/11/08 | 1% 20 Days Net | 00 | USD | Prepaid |

```
        NO PRETICKET
        ======================================
        ================================
        TRUCK#  01 FOR 364935110
        ==================================
        =========================================
        =============================
        =====================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ================================
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 12.000 | 12.000 | .000 | EA | 1.47 | 17.64 |
| PM0102500 | GEN POWERMATE 2500 | 2.000 | 2.000 | .000 | EA | 244.12 | 488.24 |

```
        NO PRETICKET
        ======================================
        =========================
        TRUCK#  01 FOR 364935110
        =============================
            Continued
```

```
                                          ** EDI        INVOICE      2
                                       ** REPRINT
                                                                         3/11/08

                                                                         072251

        WAL-MART DC 7035A-ASM DIS                                        6660935
        18245 NW 115 AVENUE
        364935110
        ALACHUA, FL  32615                                               3299837




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


4401848822  .          3/11/08      1% 20 Days  Net       00     USD   Prepaid        0604655806


        ==================================
        ==========================
        ==================================
        ===========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 505.88 | .00 | .00 | .00 | | 505.88 |

```
                          INVOICE TOTAL      505.88            3/11/08

                                                               072251

                          Powermate Corporation                6660935
                          P.O. Box 930229
                          Atlanta, GA 31193-0229               3299837
```

```
                                        ** EDI        INVOICE      1
                                     ** REPRINT
                                                                   3/11/08

                                                                   072251

            WAL-MART DC 6020A-ASM DIS                              6660936
            4224 KETTERING ROAD
            364935110                                              3301111
            BROOKSVILLE, FL  34602




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                   69
            BENTONVILLE, AR  72716-8002



  5601869670          3/11/08      1% 45 DAYS        00     USD   Prepaid



            NO PRETICKET
            =========================================
            =========================
            TRUCK#  01 FOR 364935110
            =================================
            =========================================
            =========================
            =========================================
            =========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            =================================
  PA0650192   KIT GEN ACC 20A CORD           3.000    3.000    .000  EA        25.88       77.64
  PA0650074   OIL GEN 1 QT SAE 30 SIX PACK  36.000   36.000    .000  EA         1.47       52.92
  PM0102500   GEN POWERMATE 2500             3.000    3.000    .000  EA       244.12      732.36
            NO PRETICKET
            =========================================
            =========================
            TRUCK#  01 FOR 364935110
               Continued
```

```
                                          ** EDI        INVOICE       2
                                        ** REPRINT
                                                                              3/11/08

                                                                              072251
              WAL-MART DC 6020A-ASM DIS
              4224 KETTERING ROAD                                             6660936
              364935110
              BROOKSVILLE, FL  34602                                          3301111




              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    65
              BENTONVILLE, AR  72716-8002



 5601869670              3/11/08      1% 45 DAYS        00    USD   Prepaid        060466027X


         ======================================
         ======================================
         ============================
         ======================================
         ============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ================================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 862.92 | .00 | .00 | .00 | 862.92 |

```
                                    INVOICE TOTAL      862.92                  3/11/08

                                                                              072251
                                    Powermate Corporation
                                    P.O. Box 930229                            6660936
                                    Atlanta, GA 31193-0229
                                                                              3301111
```

```
                                        ** EDI        INVOICE        1
                                    ** REPRINT
                                                                          3/11/08

                                                                          072251

       WAL-MART DC 6010A-ASM DIS                                          6660937
       690 HIGHWAY 206
       364935110                                                          329984i
       DOUGLAS, GA  31533




       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
            69
       BENTONVILLE, AR  72716-8002
```

| 7352031175 | 3/11/08 | 1% 45 DAYS | 00 | USD | Prepaid |
|---|---|---|---|---|---|

```
       NO PRETICKET
       ====================================
       ====================================
       TRUCK#  01 FOR 364935110
       ====================================
       ====================================
       ============================
       ====================================
       ========================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ====================================
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 | EA | 1.47 | 8.82 |
| PM0102500 | GEN POWERMATE 2500 | 3.000 | 3.000 | .000 | EA | 244.12 | 732.36 |

```
                NO PRETICKET
       ====================================
       ============================
       TRUCK#  01 FOR 364935110
       ============================
                Continued
```

```
                                      ** EDI      INVOICE      2
                                   ** REPRINT
                                                                           3/11/08

                                                                           072251
            WAL-MART DC 6010A-ASM DIS
            690 HIGHWAY 206                                                 6660937
            364935110
            DOUGLAS, GA  31533                                             3299841


            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                69
            BENTONVILLE, AR  72716-8002


7352031175            3/11/08      1% 45 DAYS        00     USD   Prepaid        0604655137
```

```
            =====================================
            ============================
            =====================================
            ========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ============================
```

```
                             GST                                      INVOICE TOTAL
   741.18              .00              .00              .00               741.18


                             INVOICE TOTAL     741.18                  3/11/08

                                                                       072251
                             Powermate Corporation
                             P.O. Box 930229                           6660937
                             Atlanta, GA 31193-0229
                                                                       3299841
```

```
                                      ** EDI        INVOICE      1
                                    ** REPRINT
                                                                     3/12/08

                                                                     072251

         WAL-MART DC 6009A-ASM DIS
         1501 MAPLE LEAF ROAD                                        6661149
         364935110
         MOUNT PLEASANT, IA  52641                                   3305460



         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
                 69
         BENTONVILLE, AR  72716-8002



  8801918105           3/12/08      1% 45 DAYS          00     USD   Prepaid



         NO PRETICKET
         ==================================
         ==========================
         TRUCK# 01 FOR 364935110
         ==============================
         ==========================
         ======================================
         ==========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ===============================

  PM0105000   GEN POWERMATE 5000           1.000    1.000    .000 EA      417.89        417.89
              NO PRETICKET
              ======================================
              =========================
              TRUCK# 01 FOR 364935110
              ======================================
              ======================================
                 Continued
```

```
                                        ** EDI        INVOICE      2
                                    ** REPRINT
                                                                        3/12/08

                                                                        072251
          WAL-MART DC 6089A-ASM DIS
          1501 MAPLE LEAF ROAD                                          6661149
          364935110
          MOUNT PLEASANT, IA  52641                                     3305460




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


  8801918105            3/12/08      1½ 45 DAYS        00    USD   Prepaid          00319258273



          =========================
          ===================================
          =========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ==================================
```

|  |  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|---|
| 417.89 | .00 | .00 | .00 |  | 417.89 |

```
                              INVOICE TOTAL      417.89                  3/12/08

                                                                        072251
                          Powermate Corporation
                          P.O. Box 930229                               6661149
                          Atlanta, GA 31193-0229
                                                                        3305460
```

```
                                         ** EDI       INVOICE      1
                                       ** REPRINT
                                                                        3/13/08

                                                                        072251

            WAL-MART DC 7036A-ASM DIS                                   6661526
            2226 FM 3013 SUITE 110
            364935110                                                   3305701
            SEALY, TX  77474




            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                 69
            BENTONVILLE, AR  72716-8002



 4706860355            3/13/08       1% 45 DAYS         00    USD   Prepaid



            NO PRETICKET
            ======================================
            ======================================
            TRUCK#  01 FOR 364935110
            ===================================
            ======================================
            ===========================
            ======================================
            ==========================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ================================

 PA0650074  OIL GEN 1 QT SAE 30 SIX PACK        12.000   12.000    .000  EA        1.47        17.64
            NO PRETICKET
            ======================================
            =========================
            TRUCK#  01 FOR 364935110
            ============================
            =======================================
                Continued
```

```
                                           ** EDI        INVOICE      2
                                        ** REPRINT
                                                                          3/13/08

                                                                          072251

           WAL-MART DC 7036A-ASM DIS                                      6661526
           2226 FM 3013 SUITE 110
           364935110
           SEALY, TX  77474                                               3305701




           WAL-MART STORE, INC.
           HOME OFFICE
           INVOICE CONTROL DEPARTMENT
                 69
           BENTONVILLE, AR  72716-8002
```

| 4706860355 | 3/13/08 | 1% 45 DAYS | 00 | USD | Prepaid | 1Z66542W0347 |

```
           ================================
           ================================================
           ================================
           IF MULTIPLE DESTINATIONS HAVE THE
           SAME SHIP DATE, PLEASE
           SHIP TO FURTHEST DESTINATION  FIRST
           AND CLOSEST DESTINATIONS
           LAST.
           ================================
```

| | | GST | | | | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 17.64 | .00 | | .00 | | .00 | 17.64 |

```
                          INVOICE TOTAL      17.64                        3/13/08

                                                                          072251

                     Powermate Corporation                                6661526
                     P.O. Box 930229
                     Atlanta, GA 31193-0229                                3305701
```

```
                                          ** EDI      INVOICE      1
                                       ** REPRINT
                                                                      3/13/08

                                                                    072251

        WAL-MART DC 6031A-ASM DIS                                   6661527
        23701 WEST SOUTHERN AVE
        364935110                                                   3305704
        BUCKEYE, AZ  85326



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


 6801908798           3/13/08      1% 45 DAYS          00     USD   Prepaid


        NO PRETICKET
        ===================================
        ==========================
        TRUCK# 01 FOR 364935110
        ==============================
        ==========================
        =====================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
        MUST DELIVER BY

 PA0650074    OIL GEN 1 QT SAE 30 SIX PACK      36.000   36.000    .000  EA        1.47        52.92
        NO PRETICKET
        =====================================
        ==========================
        TRUCK# 01 FOR 364935110
        ==============================
              Continued
```

```
                                         ** EDI        INVOICE        2
                                    ** REPRINT
                                                                        3/13/08

                                                                        072251
         WAL-MART DC 6031A-ASM DIS
         23701 WEST SOUTHERN AVE                                        6661527
         364935110
         BUCKEYE, AZ  85326                                             3305704


         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002
```

```
6801908798          3/13/08    1% 45 DAYS        00    USD   Prepaid        1Z66542W0346
```

```
         ======================================
         ================================
         ======================================
         ============================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ==============================
```

```
                              GST                                  INVOICE TOTAL

    52.92              .00              .00              .00                52.92


                        INVOICE TOTAL      52.92                    3/13/08

                                                                   072251
                        Powermate Corporation
                        P.O. Box 930229                            6661527
                        Atlanta, GA 31193-0229
                                                                   3305704
```

```
                                        ** EDI        INVOICE      1
                                      ** REPRINT
                                                                        3/13/08

                                                                        072251

        WAL-MART DC 6016A-ASM DIS                                       6661528
        3920 IH 35 NORTH
        364935110                                                       3305707
        NEW BRAUNFELS, TX  78130



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002


 7901899332              3/13/08      1% 45 DAYS          00    USD  Prepaid


        NO PRETICKET
        ======================================
        ===================================
        TRUCK# 01 FOR 364935110
        ===================================
        ======================================
        ===============================
        =====================================
        ==============================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==================================
        must arrive by

 PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      12.000   12.000    .000  EA         1.47      17.64
             NO PRETICKET
             ======================================
             ===================================
             TRUCK# 01 FOR 364935110
             ===================================
                   Continued
```

```
                                      ** EDI      INVOICE      2
                                   ** REPRINT
```
3/13/08

072251

WAL-MART DC 6016A-ASM DIS                                        6661528
3920 IH 35 NORTH
364935110
NEW BRAUNFELS, TX  78130                                         3305707


WAL-MART STORE, INC.
HOME OFFICE
INVOICE CONTROL DEPARTMENT
        69
BENTONVILLE, AR  72716-8002


7901899332            3/13/08     1½ 45 DAYS        00    USD   Prepaid            1Z6654220346


```
========================================
========================
========================================
========================
IF MULTIPLE DESTINATIONS HAVE THE
SAME SHIP DATE, PLEASE
SHIP TO FURTHEST DESTINATION  FIRST
AND CLOSEST DESTINATIONS
LAST.
================================
```

| | GST | | | INVOICE TOTAL |
|---|---|---|---|---|
| 17.64 | .00 | .00 | .00 | 17.64 |

INVOICE TOTAL      17.64                              3/13/08

                                                     072251

Powermate Corporation                                6661528
P.O. Box 930229
Atlanta, GA 31193-0229                               3305707

```
                                          ** EDI        INVOICE       1
                                          ** REPRINT
                                                                         3/13/08

                                                                         072251

          WAL-MART DC 6021A-ASM DIS                                      6661529
          1005 SOUTH H STREET
          364935110                                                      3305705
          PORTERVILLE, CA  93257




          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                69
          BENTONVILLE, AR  72716-8002
```

| 6951918476 | | 3/13/08 | 1% 45 DAYS | | 00 | USD | Prepaid | | |
|---|---|---|---|---|---|---|---|---|---|

```
          NO PRETICKET
          ===================================
          =====================================
          TRUCK# 01 FOR 364935110
          =====================================
          =====================================
          ===========================
          =====================================
          ==========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          =================================
```

| PA0650074 | OIL GEN 1 QT SAE 30 SIX PACK | 6.000 | 6.000 | .000 EA | 1.47 | 8.82 |
|---|---|---|---|---|---|---|

```
          NO PRETICKET
          ====================================
          =====================
          TRUCK# 01 FOR 364935110
          ===================================
          =================================
              Continued
```

```
                                              ** EDI        INVOICE      2
                                          ** REPRINT
                                                                              3/13/08

                                                                              072251

        WAL-MART DC 6021A-ASM DIS                                             6661529
        1005 SOUTH H STREET
        364935110                                                             3305705
        PORTERVILLE, CA  93257




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


  6951918476            3/13/08      1% 45 DAYS        00     USD   Prepaid         1266542W0347


        ==========================
        ==========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
```

|        |        | GST  |      |      | INVOICE TOTAL |
|--------|--------|------|------|------|---------------|
| 8.82   | .00    | .00  |      | .00  | 8.82          |

```
                                 INVOICE TOTAL      8.82                    3/13/08

                                                                           072251

                                 Powermate Corporation                     6661529
                                 P.O. Box 930229
                                 Atlanta, GA 31193-0229                     3305705
```

```
                                    ** EDI       INVOICE      1
                                  ** REPRINT
                                                                    3/13/08

                                                                    072251

        WAL-MART DC 6037A-ASM DIS                                   6661530
        2650 HWY 395 SOUTH
        364935110                                                   3305699
        HERMISTON, OR  97838



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
             69
        BENTONVILLE, AR  72716-8002


3151899669           3/13/08      1% 45 DAYS         00    USD   Prepaid


        NO PRETICKET
        ========================================
        ==========================
        TRUCK#  01 FOR 364935110
        ========================================
        ==========================
        ========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ==============================
        must arrive by

PA0650074   OIL GEN 1 QT SAE 30 SIX PACK      6.000     6.000    .000 EA       1.47    8.82
            NO PRETICKET
            ========================================
            ==========================
            TRUCK#  01 FOR 364935110
            ==============================
                 Continued
```

```
                                    ** EDI       INVOICE      2
                                  ** REPRINT
                                                                  3/13/08

                                                                  072251

         WAL-MART DC 6037A-ASM DIS
         2650 HWY 395 SOUTH                                       6661530
         364935110
         HERMISTON, OR  97838                                     3305699




         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002
```

| 3151899669 | 3/13/08 | 1% 45 DAYS | 00 | USD | Prepaid | 1Z66542W0347 |

```
         ===================================
         =====================================
         =====================================
         ===========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ============================
```

|  | GST |  |  | INVOICE TOTAL |
|---|---|---|---|---|
| 8.82 | .00 | .00 | .00 | 8.82 |

```
                          INVOICE TOTAL     8.82                  3/13/08

                                                                  072251
                          Powermate Corporation
                          P.O. Box 930229                          6661530
                          Atlanta, GA 31193-0229
                                                                   3305699
```

```
                                      ** EDI        INVOICE        1
                                   ** REPRINT
                                                                       3/13/08

                                                                       072251
        WAL-MART DC 6012A-ASM DIS
        3100 NORTH I-27                                                6661537
        364935110
        PLAINVIEW, TX  79072                                          3305706



        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
               69
        BENTONVILLE, AR  72716-8002


7852060134              3/13/08      1% 45 DAYS         00     USD   Prepaid


        NO PRETICKET
        ========================================
        ========================================
        TRUCK# 01 FOR 364935110
        =================================
        ========================================
        ==========================
        ========================================
        ==========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        =================================
        must arrive by date

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK      12.000    12.000     .000  EA        1.47        17.64
PM0105000  GEN POWERMATE 5000                 1.000     1.000     .000  EA      417.89       417.89
           NO PRETICKET
           ========================================
           ========================
           TRUCK# 01 FOR 364935110
                Continued
```

```
                                              ** EDI        INVOICE       2
                                          ** REPRINT
                                                                            3/13/08

                                                                            072251
            WAL-MART DC 6012A-ASM DIS
            3100 NORTH I-27                                                  6661537
            364935110
            PLAINVIEW, TX  79072                                            3305706



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                  69
            BENTONVILLE, AR  72716-8002


 7852060134            3/13/08      1% 45 DAYS         00    USD   Prepaid        0604658922


        =============================
        ================================
        =========================
        ================================
        =========================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===============================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 435.53 | .00 | .00 | .00 | 435.53 |

```
                                  INVOICE TOTAL     435.53                   3/13/08

                                                                            072251
                            Powermate Corporation
                            P.O. Box 930229                                 6661537
                            Atlanta, GA 31193-0229
                                                                            3305706
```

```
                                      ** EDI        INVOICE       1
                                    ** REPRINT
                                                                        3/13/08

                                                                        072251
          WAL-MART DC 6026A-ASM DIS
          10817 HWY 99W                                                 6661543
          364935110
          RED BLUFF, CA  96080                                          3303118



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002



2101899085            3/13/08      1% 45 DAYS          00      USD    Prepaid


          NO PRETICKET
          =====================================
          =====================================
          TRUCK# 01 FOR 364935110
          =====================================
          =====================================
          =============================
          =====================================
          ==========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ===============================
          SPECIAL INSTRUCTIONS
          PA0650039 included in carton of
          PM0422505.02 and not to be included
          in BOL piece count.

PA0650074  OIL GEN 1 QT SAE 30 SIX PACK      18.000    18.000    .000  EA       1.47      26.46
PM0102500  GEN POWERMATE 2500                 1.000     1.000    .000  EA     244.12     244.12
           NO PRETICKET
                 Continued
```

```
                                        ** EDI      INVOICE      2
                                     ** REPRINT
                                                                        3/13/08

                                                                        072251
          WAL-MART DC 6026A-ASM DIS
          10817 HWY 99W                                                 6661543
          364935110
          RED BLUFF, CA  96080                                          3303118



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
               69
          BENTONVILLE, AR  72716-8002


2101899085              3/13/08    1½ 45 DAYS        00    USD  Prepaid         0604658913


          ====================================
          =========================
          TRUCK#  01 FOR 364935110
          =========================
          ====================================
          ==========================
          ====================================
          =========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================


              Continued
```

```
                                        ** EDI        INVOICE      3
                                      ** REPRINT
                                                                        3/13/08

                                                                        072251
              WAL-MART DC 6026A-ASM DIS
              10817 HWY 99W                                             6661543
              364935110
              RED BLUFF, CA  96080                                      3303118



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                   69
              BENTONVILLE, AR  72716-8002


 2101899085            3/13/08      1½ 45 DAYS         00    USD   Prepaid        0604658913
```

|  | | GST | | INVOICE TOTAL |
|---|---|---|---|---|
| 270.58 | .00 | .00 | .00 | 270.58 |

```
                            INVOICE TOTAL     270.58                  3/13/08

                                                                      072251
                            Powermate Corporation
                            P.O. Box 930229                            6661543
                            Atlanta, GA 31193-0229
                                                                      3303118
```

```
                                          ** EDI       INVOICE      1
                                        ** REPRINT
                                                                        3/13/08

                                                                        072251
            WAL-MART DC 7026A-ASM DIS
            945 NORTH STATE ROAD 138                                    6661564
            364935110
            GRANTSVILLE, UT  84029                                      330570D



            WAL-MART STORE, INC.
            HOME OFFICE
            INVOICE CONTROL DEPARTMENT
                69
            BENTONVILLE, AR  72716-8002


 3651908665              3/13/08    1% 45 DAYS          00     USD   Prepaid


            NO PRETICKET
            ======================================
            =========================
            TRUCK# 01 FOR 364935110
            ======================================
            ======================================
            ======================================
            ======================================
            IF MULTIPLE DESTINATIONS HAVE THE
            SAME SHIP DATE, PLEASE
            SHIP TO FURTHEST DESTINATION  FIRST
            AND CLOSEST DESTINATIONS
            LAST.
            ================================

 PA0650074  OIL GEN 1 QT SAE 30 SIX PACK     24.000    24.000   .000  EA       1.47       35.28
 PM0105000  GEN POWERMATE 5000                4.000     4.000   .000  EA     417.89     1671.56
            NO PRETICKET
            =================================
            =========================
            TRUCK# 01 FOR 364935110
            =================================
                Continued
```

```
                                          ** EDI      INVOICE       2
                                        ** REPRINT
                                                                        3/13/08

                                                                        072251
              WAL-MART DC 7026A-ASM DIS
              945 NORTH STATE ROAD 138                                  6661564
              364935110
              GRANTSVILLE, UT  84029                                    3305700



              WAL-MART STORE, INC.
              HOME OFFICE
              INVOICE CONTROL DEPARTMENT
                    69
              BENTONVILLE, AR  72716-8002


  3651908665            3/13/08     1% 45 DAYS        00    USD  Prepaid        0604658830


        ==================================
        =======================
        ==================================
        =======================
        IF MULTIPLE DESTINATIONS HAVE THE
        SAME SHIP DATE, PLEASE
        SHIP TO FURTHEST DESTINATION  FIRST
        AND CLOSEST DESTINATIONS
        LAST.
        ===========================
```

|          |     |   GST   |      |     | INVOICE TOTAL |
|----------|-----|---------|------|-----|---------------|
| 1706.84  | .00 |   .00   | .00  |     |      1706.84  |

```
                          INVOICE TOTAL    1706.84                   3/13/08

                                                                     072251
                          Powermate Corporation
                          P.O. Box 930229                            6661564
                          Atlanta, GA 31193-0229
                                                                     3305700
```

```
                                        ** EDI        INVOICE      1
                                      ** REPRINT
                                                                          3/13/08

                                                                          072251

       WAL-MART DC 6066A-ASM DIS                                          6661566
       694 CRENSHAW BLVD
       364935110
       HOPKINSVILLE, KY  42240                                           3302854



       WAL-MART STORE, INC.
       HOME OFFICE
       INVOICE CONTROL DEPARTMENT
             69
       BENTONVILLE, AR  72716-8002


 6301879899           3/13/08    1% 45 DAYS         00     USD   Prepaid


       NO PRETICKET
       =======================================
       =============================
       TRUCK#  01 FOR 364935110
       ==================================
       =======================================
       ====================================
       =======================================
       ===================
       IF MULTIPLE DESTINATIONS HAVE THE
       SAME SHIP DATE, PLEASE
       SHIP TO FURTHEST DESTINATION  FIRST
       AND CLOSEST DESTINATIONS
       LAST.
       ===============================

 PA0650074    OIL GEN 1 QT SAE 30 SIX PACK       6.000   6.000    .000  EA       1.47       8.82
 PM0102500    GEN POWERMATE 2500                 3.000   3.000    .000  EA     244.12     732.36
              NO PRETICKET
       =======================================
       ===========================
       TRUCK#  01 FOR 364935110
       ==============================
             Continued
```

```
                                    ** EDI        INVOICE      2
                                ** REPRINT
                                                                   3/13/08

                                                                   072251
          WAL-MART DC 6066A-ASM DIS
          694 CRENSHAW BLVD                                        6661566
          364935110
          HOPKINSVILLE, KY  42240                                  3302854



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002


6301879899              3/13/08      1% 45 DAYS         00    USD  Prepaid        060465884X


          ================================================
          ================================================
          ================================================
          ================================================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          ================================================
```

|  |  | GST |  | INVOICE TOTAL |
|---|---|---|---|---|
| 741.18 | .00 | .00 | .00 | 741.18 |

```
                          INVOICE TOTAL      741.18                3/13/08

                                                                   072251
                          Powermate Corporation
                          P.O. Box 930229                          6661566
                          Atlanta, GA 31193-0229
                                                                   3302854
```

```
                                          ** EDI        INVOICE        1
                                      ** REPRINT
                                                                          3/13/08

                                                                          072251
          WAL-MART DC 6094A-ASM DIS
          5841 SW REGIONAL AIRPORT BLVD                                   6661569
          364935110
          BENTONVILLE, AR  72712                                          3303382



          WAL-MART STORE, INC.
          HOME OFFICE
          INVOICE CONTROL DEPARTMENT
                  69
          BENTONVILLE, AR  72716-8002



  1251919033            3/13/08      1% 45 DAYS          00      USD    Prepaid



          NO PRETICKET
          =======================================
          =======================================
          TRUCK#  01 FOR 364935110
          =======================================
          =======================================
          =======================================
          =========================
          =======================================
          =========================
          IF MULTIPLE DESTINATIONS HAVE THE
          SAME SHIP DATE, PLEASE
          SHIP TO FURTHEST DESTINATION  FIRST
          AND CLOSEST DESTINATIONS
          LAST.
          =======================================
          MUST ARRIVE BY 03/06

  PA0650074    OIL GEN 1 QT SAE 30 SIX PACK    18.000   18.000    .000  EA      1.47       26.46
  PM0105000    GEN POWERMATE 5000               4.000    4.000    .000  EA    417.89     1671.56
  PM0102500    GEN POWERMATE 2500               9.000    9.000    .000  EA    244.12     2197.08
          NO PRETICKET
          =======================================
          =========================
              Continued
```

```
                                    ** EDI        INVOICE       2
                                ** REPRINT
                                                            3/13/08

                                                            072251
         WAL-MART DC 6094A-ASM DIS
         5841 SW REGIONAL AIRPORT BLVD
         364935110                                          6661569
         BENTONVILLE, AR  72712                             3303382


         WAL-MART STORE, INC.
         HOME OFFICE
         INVOICE CONTROL DEPARTMENT
              69
         BENTONVILLE, AR  72716-8002


1251919033          3/13/08    1% 45 DAYS        00    USD   Prepaid        0604658821


         TRUCK# 01 FOR 364935110
         ==========================================
         ==========================================
         =============================
         =======================================
         ==========================
         IF MULTIPLE DESTINATIONS HAVE THE
         SAME SHIP DATE, PLEASE
         SHIP TO FURTHEST DESTINATION  FIRST
         AND CLOSEST DESTINATIONS
         LAST.
         ================================



              Continued
```

```
                                        ** EDI       INVOICE      3
                                     ** REPRINT
                                                                        3/13/08

                                                                        072251
        WAL-MART DC 6094A-ASM DIS
        5841 SW REGIONAL AIRPORT BLVD                                   6661569
        364935110
        BENTONVILLE, AR  72712                                          3303382




        WAL-MART STORE, INC.
        HOME OFFICE
        INVOICE CONTROL DEPARTMENT
              69
        BENTONVILLE, AR  72716-8002



 1251919033            3/13/08     1½ 45 DAYS         00    USD   Prepaid        0604658821
```

```
                            GST                                         INVOICE TOTAL

 3895.10                .00                 .00                   .00            3895.10


                         INVOICE TOTAL     3895.10                      3/13/08

                      Powermate Corporation                             072251
                      P.O. Box 930229
                      Atlanta, GA 31193-0229                             6661569

                                                                        3303382
```

EFiled: May 27 2008 4:47PM EDT
Transaction ID 19987777
Case No. 08C-05-201 CHT

# Exhibit B

SAM'S CLUB
CORP HEADQUARTERS
BENTONVILLE, AR 72716-8022

Powermate
Domestic A/R Aging Report
May 9, 2008

Vendor# 364935

| Cust. # | Cust. Name | Total | Current | 0-15 | 16-30 | 31-60 | 61-90 | 91-120 | >120 | Date | Due Date | Ref. # | Type | SOP/Redmon | RC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 801906 | SAM'S CLUB HIERARCHY | 44.10 | - | - | - | 44.10 | - | - | - | 2/11/2008 | 3/27/2008 | 6851675 | IN | 1201927603 | |
| 801906 | SAM'S CLUB HIERARCHY | 17.64 | - | - | - | 17.64 | - | - | - | 2/14/2008 | 3/30/2008 | 6853403 | IN | 8801907985 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | - | 8.82 | - | - | - | 4/6/2008 | 6853301 | IN | 8801908187 | | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | - | 8.82 | - | - | - | 2/21/2008 | 4/6/2008 | 6853302 | IN | 7901698719 | |
| 801906 | SAM'S CLUB HIERARCHY | 17.64 | - | - | - | 17.64 | - | - | - | 2/21/2008 | 4/6/2008 | 6853304 | IN | 5951917882 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | - | 8.82 | - | - | - | 2/21/2008 | 4/6/2008 | 6853305 | IN | 5951979752 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | - | 8.82 | - | - | - | 2/21/2008 | 6555312 | IN | 3151899053 | | |
| 801906 | SAM'S CLUB HIERARCHY | 35.28 | - | - | - | 35.28 | - | - | - | 2/22/2008 | 4/7/2008 | 6856578 | IN | 1251918632 | |
| 801906 | SAM'S CLUB HIERARCHY | 35.28 | - | - | - | 35.28 | - | - | - | 2/22/2008 | 4/7/2008 | 6856578 | IN | 2801900134 | |
| 801906 | SAM'S CLUB HIERARCHY | 91,555.64 | - | - | - | 91,555.64 | - | - | - | 3/1/2008 | 6856603 | IN | 0496061609 | | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | - | 8.82 | - | - | - | 2/25/2008 | 4/10/2008 | 6858922 | IN | 2161900629 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | - | 8.82 | - | - | - | 2/27/2008 | 6857322 | IN | 2151900831 | | |
| 801906 | SAM'S CLUB HIERARCHY | 1,253.67 | - | - | 1,253.67 | - | - | - | - | 2/28/2008 | 6857943 | IN | 3751898839 | | |
| 801906 | SAM'S CLUB HIERARCHY | 17.64 | - | - | 17.64 | - | - | - | - | 2/28/2008 | 4/13/2008 | 6858005 | IN | 0601928311 | |
| 801906 | SAM'S CLUB HIERARCHY | 28.46 | - | - | 28.46 | - | - | - | - | 2/28/2008 | 4/13/2008 | 6858007 | IN | 5951979905 | |
| 801906 | SAM'S CLUB HIERARCHY | 35.28 | - | - | 35.28 | - | - | - | - | 2/28/2008 | 4/13/2008 | 6858009 | IN | 6351918005 | |
| 801906 | SAM'S CLUB HIERARCHY | 28.46 | - | - | 28.46 | - | - | - | - | 2/28/2008 | 4/13/2008 | 6658009 | IN | 6801903922 | |
| 801906 | SAM'S CLUB HIERARCHY | 28.46 | - | - | 28.46 | - | - | - | - | 2/28/2008 | 4/13/2008 | 6658011 | IN | 5401918356 | |
| 801906 | SAM'S CLUB HIERARCHY | 17.64 | - | - | 17.64 | - | - | - | - | 2/28/2008 | 4/13/2008 | 6659012 | IN | 3151899259 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | 8.82 | - | - | - | - | 2/28/2008 | 4/13/2008 | 6659013 | IN | 7801899918 | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | 8.82 | - | - | - | - | 3/3/2008 | 6659010 | IN | 5201918901 | | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | 8.82 | - | - | - | - | 4/13/2008 | 6659281 | IN | 3851918281 | | |
| 801906 | SAM'S CLUB HIERARCHY | 417.89 | - | - | 417.89 | - | - | - | - | 4/13/2008 | 6659006 | IN | 0131907016 | | |
| 801906 | SAM'S CLUB HIERARCHY | 8.82 | - | - | 8.82 | - | - | - | - | 4/13/2008 | 6658852 | IN | 3151899465 | | |
| 801906 | SAM'S CLUB HIERARCHY | 3,343.12 | - | - | 3,343.12 | - | - | - | - | 3/6/2008 | 6659907 | IN | 4700800156 | | |
| 801906 | SAM'S CLUB HIERARCHY | 1,871.55 | - | - | 1,871.55 | - | - | - | - | 3/6/2008 | 4/20/2008 | 6659007 | IN | 3151899454 | |
| 801906 | SAM'S CLUB HIERARCHY | 1,262.49 | - | - | 1,262.49 | - | - | - | - | 3/5/2008 | 4/20/2008 | 6659907 | IN | 2101899289 | |
| 801906 | SAM'S CLUB HIERARCHY | 244.12 | - | - | 244.12 | - | - | - | - | 3/8/2008 | 4/20/2008 | 6659921 | IN | 2101899289 | |
| 801906 | SAM'S CLUB HIERARCHY | 488.24 | - | - | 488.24 | - | - | - | - | 3/6/2008 | 4/20/2008 | 6659925 | IN | 7801899127 | |
| 801906 | SAM'S CLUB HIERARCHY | 244.12 | - | - | 244.12 | - | - | - | - | 3/7/2008 | 4/20/2008 | 6659926 | IN | 6951918275 | |
| 801906 | SAM'S CLUB HIERARCHY | 244.12 | - | - | 244.12 | - | - | - | - | 3/6/2008 | 4/20/2008 | 6659947 | IN | 5301899203 | |
| 801906 | SAM'S CLUB HIERARCHY | 1,582.59 | - | - | 1,582.59 | - | - | - | - | 3/7/2008 | 4/21/2008 | 6660238 | IN | 2901927544 | |
| 801906 | SAM'S CLUB HIERARCHY | 2,403.92 | - | - | 2,403.92 | - | - | - | - | 3/7/2008 | 4/21/2008 | 6660239 | IN | 2901927044 | |
| 801906 | SAM'S CLUB HIERARCHY | 417.89 | - | - | 417.89 | - | - | - | - | 3/7/2008 | 6660239 | IN | 0601935660 | | |
| 801906 | SAM'S CLUB HIERARCHY | 1,750.73 | - | - | 1,750.73 | - | - | - | - | 3/7/2008 | 4/21/2008 | 6660240 | IN | 0601928108 | |
| 801906 | SAM'S CLUB HIERARCHY | 244.12 | - | - | 244.12 | - | - | - | - | 3/7/2008 | 4/21/2008 | 6660241 | IN | 6401918156 | |
| 801906 | SAM'S CLUB HIERARCHY | 244.12 | - | - | 244.12 | - | - | - | - | 3/7/2008 | 4/21/2008 | 6660242 | IN | 7801899521 | |
| 801906 | SAM'S CLUB HIERARCHY | 488.24 | - | - | 488.24 | - | - | - | - | 3/7/2008 | 4/21/2008 | 6660243 | IN | 1051927308 | |
| 801906 | SAM'S CLUB HIERARCHY | 1,664.95 | - | - | 1,664.95 | - | - | - | - | 3/7/2008 | 4/21/2008 | 6660245 | IN | 1051927708 | |
| 801906 | SAM'S CLUB HIERARCHY | 732.36 | - | - | 732.36 | - | - | - | - | 3/7/2008 | 4/21/2008 | 6660247 | IN | 8801917718 | |
| 801906 | SAM'S CLUB HIERARCHY | 244.12 | - | - | 244.12 | - | - | - | - | 4/21/2008 | 6660245 | IN | 2151927946 | | |
| 801906 | SAM'S CLUB HIERARCHY | 1,412.01 | - | - | 1,412.01 | - | - | - | - | 4/21/2008 | 6660247 | IN | 2901927846 | | |
| 801906 | SAM'S CLUB HIERARCHY | 1,412.01 | - | - | 1,412.01 | - | - | - | - | 4/21/2008 | 6660249 | IN | 1551899328 | | |
| 801906 | SAM'S CLUB HIERARCHY | 3,679.44 | - | - | 3,679.44 | - | - | - | - | 4/21/2008 | 6660250 | IN | 1051937507 | | |
| 801906 | SAM'S CLUB HIERARCHY | 488.24 | - | - | 488.24 | - | - | - | - | 4/21/2008 | 6660251 | IN | 0601927905 | | |
| 801906 | SAM'S CLUB HIERARCHY | 488.24 | - | - | 488.24 | - | - | - | - | | | | | | |

| Store | Description | Amount | Amount | Date | Type | Reference |
|---|---|---|---|---|---|---|
| 801906 | SAMS CLUB HIERARCHY | 244.12 | 244.12 | 3/7/2008 | IN | 6660252 | 3751889223 |
| 801906 | SAMS CLUB HIERARCHY | 497.06 | 497.06 | 3/7/2008 | IN | 6660253 | 1551889913 |
| 801906 | SAMS CLUB HIERARCHY | 678.85 | 678.85 | 3/7/2008 | IN | 6660254 | 7861889314 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 3/7/2008 | IN | 6660255 | 6601927699 |
| 801906 | SAMS CLUB HIERARCHY | 3,398.04 | 3,398.04 | 3/7/2008 | IN | 6660256 | 3201918308 |
| 801906 | SAMS CLUB HIERARCHY | 2,458.84 | 2,458.84 | 3/7/2008 | IN | 6660257 | 3201917716 |
| 801906 | SAMS CLUB HIERARCHY | 2,887.31 | 2,887.31 | 4/21/2008 | IN | 6660288 | 2161908556 |
| 801906 | SAMS CLUB HIERARCHY | 3,914.74 | 3,914.74 | 4/21/2008 | IN | 6660289 | 1551809124 |
| 801906 | SAMS CLUB HIERARCHY | 1,994.85 | 1,994.85 | 4/21/2008 | IN | 6660290 | 3201916113 |
| 801906 | SAMS CLUB HIERARCHY | 1,159.07 | 1,159.07 | 4/21/2008 | IN | 6660274 | 2151908585 |
| 801906 | SAMS CLUB HIERARCHY | 488.24 | 488.24 | 4/21/2008 | IN | 6660275 | 6601917255 |
| 801906 | SAMS CLUB HIERARCHY | 270.58 | 270.58 | 4/21/2008 | IN | 6660276 | 7332030971 |
| 801906 | SAMS CLUB HIERARCHY | 1,464.72 | 1,464.72 | 4/21/2008 | IN | 6660277 | 6651889368 |
| 801906 | SAMS CLUB HIERARCHY | 3,903.92 | 3,903.92 | 4/21/2008 | IN | 6660278 | 6601869268 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 4/21/2008 | IN | 6660284 | 4751936493 |
| 801906 | SAMS CLUB HIERARCHY | 976.48 | 976.48 | 4/21/2008 | IN | 6660291 | 9506717290 |
| 801906 | SAMS CLUB HIERARCHY | 297.04 | 297.04 | 4/21/2008 | IN | 6660289 | 1501927195 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 4/21/2008 | IN | 6660302 | 4751936081 |
| 801906 | SAMS CLUB HIERARCHY | 1,982.96 | 1,982.96 | 4/21/2008 | IN | 6660301 | 9752030343 |
| 801906 | SAMS CLUB HIERARCHY | 2,398.49 | 2,398.49 | 4/21/2008 | IN | 6660284 | 2401917872 |
| 801906 | SAMS CLUB HIERARCHY | 497.06 | 497.06 | 4/21/2008 | IN | 6660302 | 1501924404 |
| 801906 | SAMS CLUB HIERARCHY | 732.36 | 732.36 | 4/21/2008 | IN | 6660306 | 1801924404 |
| 801906 | SAMS CLUB HIERARCHY | 1,986.03 | 1,986.03 | 4/21/2008 | IN | 6660310 | 8651889571 |
| 801906 | SAMS CLUB HIERARCHY | 1,403.19 | 1,403.19 | 4/21/2008 | IN | 6660309 | 12019288002 |
| 801906 | SAMS CLUB HIERARCHY | 1,420.83 | 1,420.83 | 4/21/2008 | IN | 6660311 | 9767943B1 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 4/21/2008 | IN | 6660313 | 9001984532 |
| 801906 | SAMS CLUB HIERARCHY | 3,738.76 | 3,738.76 | 4/21/2008 | IN | 6660314 | 3001889846 |
| 801906 | SAMS CLUB HIERARCHY | 758.82 | 758.82 | 4/21/2008 | IN | 6660315 | 4401849198 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 4/21/2008 | IN | 6660316 | 3001889987 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 4/21/2008 | IN | 6660317 | 7352031575 |
| 801906 | SAMS CLUB HIERARCHY | 94.12 | 94.12 | 4/21/2008 | IN | 6660318 | 2401918070 |
| 801906 | SAMS CLUB HIERARCHY | 976.48 | 976.48 | 4/21/2008 | IN | 6660319 | 6601918253 |
| 801906 | SAMS CLUB HIERARCHY | 1,284.70 | 1,284.70 | 4/21/2008 | IN | 6660321 | 1801927596 |
| 801906 | SAMS CLUB HIERARCHY | 1,167.89 | 1,167.89 | 4/21/2008 | IN | 6660322 | 5601918253 |
| 801906 | SAMS CLUB HIERARCHY | 1,167.89 | 1,167.89 | 4/21/2008 | IN | 6660323 | 4751937078 |
| 801906 | SAMS CLUB HIERARCHY | 1,238.24 | 1,238.24 | 4/21/2008 | IN | 6660324 | 6301879495 |
| 801906 | SAMS CLUB HIERARCHY | 1,238.24 | 1,238.24 | 4/21/2008 | IN | 6660904 | 3659109098 |
| 801906 | SAMS CLUB HIERARCHY | 994.12 | 994.12 | 4/21/2008 | IN | 6660363 | 5151977244 |
| 801906 | SAMS CLUB HIERARCHY | 908.13 | 908.13 | 4/21/2008 | IN | 6660904 | 3651907908 |
| 801906 | SAMS CLUB HIERARCHY | 3,510.28 | 3,510.28 | 4/21/2008 | IN | 6660364 | 1251918628 |
| 801906 | SAMS CLUB HIERARCHY | 444.35 | 444.35 | 4/21/2008 | IN | 6660367 | 4708700808 |
| 801906 | SAMS CLUB HIERARCHY | 670.48 | 670.48 | 4/21/2008 | IN | 6660369 | 4708700808 |
| 801906 | SAMS CLUB HIERARCHY | 1,167.89 | 1,167.89 | 4/21/2008 | IN | 6660368 | 5601918049 |
| 801906 | SAMS CLUB HIERARCHY | 750.00 | 750.00 | 4/21/2008 | IN | 6660389 | 9001924047 |
| 801906 | SAMS CLUB HIERARCHY | 261.76 | 261.76 | 4/21/2008 | IN | 6660372 | 1901928820 |
| 801906 | SAMS CLUB HIERARCHY | 2,135.55 | 2,135.55 | 4/21/2008 | IN | 6660373 | 6301879989 |
| 801906 | SAMS CLUB HIERARCHY | 3,284.62 | 3,284.62 | 4/21/2008 | IN | 6660377 | 8651889247 |
| 801906 | SAMS CLUB HIERARCHY | 844.60 | 844.60 | 4/21/2008 | IN | 6660375 | 8651889850 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 4/21/2008 | IN | 6660372 | 1251919421 |
| 801906 | SAMS CLUB HIERARCHY | 252.94 | 252.94 | 4/21/2008 | IN | 6660377 | 6301879294 |
| 801906 | SAMS CLUB HIERARCHY | 3,844.39 | 3,844.39 | 4/21/2008 | IN | 6660378 | 8651889159 |
| 801906 | SAMS CLUB HIERARCHY | 985.30 | 985.30 | 4/27/2008 | IN | 6660375 | 6301879683 |
| 801906 | SAMS CLUB HIERARCHY | 5,045.35 | 5,045.35 | 4/27/2008 | IN | 6660379 | 4708700868 |
| 801906 | SAMS CLUB HIERARCHY | 1,394.37 | 1,394.37 | 4/27/2008 | IN | 6660380 | 5151917643 |

| Account | Description | Amount 1 | Amount 2 | Amount 3 | Amount 4 | Amount 5 | Date | Type | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 801906 | SAMS CLUB HIERARCHY | 994.12 | - | 994.12 | - | - | 3/7/2008 | IN | 4751939583 |
| 801906 | SAMS CLUB HIERARCHY | 994.12 | - | 994.12 | - | - | 3/7/2008 | IN | 9001994163 |
| 801906 | SAMS CLUB HIERARCHY | 244.12 | - | 244.12 | - | - | 3/7/2008 | IN | 9752002042 |
| 801906 | SAMS CLUB HIERARCHY | 281.76 | - | 281.76 | - | - | 3/7/2008 | IN | 3151939855 |
| 801906 | SAMS CLUB HIERARCHY | 281.76 | - | 281.76 | - | - | 3/7/2008 | IN | 5601917847 |
| 801906 | SAMS CLUB HIERARCHY | 494.68 | - | 494.68 | - | - | 3/7/2008 | IN | 9708783810 |
| 801906 | SAMS CLUB HIERARCHY | 494.68 | - | 494.68 | - | - | 3/7/2008 | IN | 5601909465 |
| 801906 | SAMS CLUB HIERARCHY | 330.58 | - | 330.58 | - | - | 3/7/2008 | IN | 6151917443 |
| 801906 | SAMS CLUB HIERARCHY | 244.12 | - | 244.12 | - | - | 4/21/2008 | IN | 9505716900 |
| 801906 | SAMS CLUB HIERARCHY | 1,002.94 | - | 1,002.94 | - | - | 4/21/2008 | IN | 1801927217 |
| 801906 | SAMS CLUB HIERARCHY | 281.76 | - | 281.76 | - | - | 4/21/2008 | IN | 2401917675 |
| 801906 | SAMS CLUB HIERARCHY | 281.76 | - | 281.76 | - | - | 4/21/2008 | IN | 4401949010 |
| 801906 | SAMS CLUB HIERARCHY | 592.34 | - | 592.34 | - | - | 4/21/2008 | IN | 9505717098 |
| 801906 | SAMS CLUB HIERARCHY | 592.34 | - | 592.34 | - | - | 4/21/2008 | IN | 3001919450 |
| 801905 | SAMS CLUB HIERARCHY | 767.64 | - | 767.64 | - | - | 3/7/2008 | IN | 4206840203 |
| 801905 | SAMS CLUB HIERARCHY | 767.64 | - | 767.64 | - | - | 3/7/2008 | IN | 3001869450 |
| 801905 | SAMS CLUB HIERARCHY | 7,323.60 | - | 7,323.60 | - | - | 3/7/2008 | IN | 3201917013 |
| 801905 | SAMS CLUB HIERARCHY | 10,985.40 | - | 10,985.40 | - | - | 3/7/2008 | IN | 2901927153 |
| 801905 | SAMS CLUB HIERARCHY | 281.76 | - | 281.76 | - | - | 3/7/2008 | IN | 2901927744 |
| 801905 | SAMS CLUB HIERARCHY | 281.76 | - | 281.76 | - | - | 3/7/2008 | IN | 5301898810 |
| 801905 | SAMS CLUB HIERARCHY | 8,328.94 | - | 8,328.94 | - | - | 3/7/2008 | IN | 5301898414 |
| 801905 | SAMS CLUB HIERARCHY | 8,328.94 | - | 8,328.94 | - | - | 3/7/2008 | IN | 5301898802 |
| 801905 | SAMS CLUB HIERARCHY | 1,229.42 | - | 1,229.42 | - | - | 3/7/2008 | IN | 3001989648 |
| 801905 | SAMS CLUB HIERARCHY | 1,229.42 | - | 1,229.42 | - | - | 3/7/2008 | IN | 7352031878 |
| 801906 | SAMS CLUB HIERARCHY | 281.76 | - | 281.76 | - | - | 3/7/2008 | IN | 7352031175 |
| 801906 | SAMS CLUB HIERARCHY | 281.76 | - | 281.76 | - | - | 3/7/2008 | IN | 5601989070 |
| 801906 | SAMS CLUB HIERARCHY | 1,159.07 | - | 1,159.07 | - | - | 4/21/2008 | IN | 5601989070 |
| 801906 | SAMS CLUB HIERARCHY | 1,159.07 | - | 1,159.07 | - | - | 4/21/2008 | IN | 7352031175 |
| 801906 | SAMS CLUB HIERARCHY | 662.01 | - | 662.01 | - | - | 4/12/2008 | IN | 8801918105 |
| 801906 | SAMS CLUB HIERARCHY | 1,838.49 | - | 1,838.49 | - | - | 4/12/2008 | IN | 4706860395 |
| 801906 | SAMS CLUB HIERARCHY | 1,838.49 | - | 1,838.49 | - | - | 4/25/2008 | IN | 6801908798 |
| 801906 | SAMS CLUB HIERARCHY | 3,833.57 | - | 3,833.57 | - | - | 4/25/2008 | IN | 7801899332 |
| 801906 | SAMS CLUB HIERARCHY | 3,833.57 | - | 3,833.57 | - | - | 3/11/2008 | IN | 8691918476 |
| 801906 | SAMS CLUB HIERARCHY | 497.06 | - | 497.06 | - | - | 3/11/2008 | IN | 3151899669 |
| 801905 | SAMS CLUB HIERARCHY | 497.06 | - | 497.06 | - | - | 4/25/2008 | IN | 7852000914 |
| 801905 | SAMS CLUB HIERARCHY | 505.88 | - | 505.88 | - | - | 4/25/2008 | IN | 2101918063 |
| 801905 | SAMS CLUB HIERARCHY | 505.88 | - | 505.88 | - | - | 3/11/2008 | IN | 2101918865 |
| 801905 | SAMS CLUB HIERARCHY | 862.92 | - | 862.92 | - | - | 3/11/2008 | IN | 3451918685 |
| 801905 | SAMS CLUB HIERARCHY | 862.92 | - | 862.92 | - | - | 3/12/2008 | IN | 6301879999 |
| 801905 | SAMS CLUB HIERARCHY | 741.18 | 17.64 | 741.18 | - | - | 3/12/2008 | IN | 1251919033 |
| 801906 | SAMS CLUB HIERARCHY | 741.18 | - | 741.18 | - | - | 4/28/2008 | IN | |
| 801906 | SAMS CLUB HIERARCHY | 417.89 | 52.92 | 417.89 | - | - | 4/28/2008 | IN | |
| 801906 | SAMS CLUB HIERARCHY | 417.89 | - | 417.89 | - | - | 4/25/2008 | IN | |
| 801906 | SAMS CLUB HIERARCHY | 17.64 | 17.64 | - | - | - | 4/25/2008 | IN | |
| 801906 | SAMS CLUB HIERARCHY | 17.64 | - | - | - | - | 3/13/2008 | IN | |
| 801906 | SAMS CLUB HIERARCHY | 52.92 | 8.82 | - | - | - | 3/13/2008 | IN | |
| 801906 | SAMS CLUB HIERARCHY | 52.92 | - | - | - | - | 3/13/2008 | IN | |
| 801905 | SAMS CLUB HIERARCHY | 17.64 | 435.53 | - | - | - | 3/13/2008 | IN | |
| 801905 | SAMS CLUB HIERARCHY | 17.64 | - | - | - | - | 3/13/2008 | IN | |
| 801905 | SAMS CLUB HIERARCHY | 8.82 | 270.58 | - | - | - | 3/13/2008 | IN | |
| 801905 | SAMS CLUB HIERARCHY | 8.82 | - | - | - | - | 4/27/2008 | IN | |
| 801905 | SAMS CLUB HIERARCHY | 435.53 | 1,706.84 | - | - | - | 4/27/2008 | IN | |
| 801905 | SAMS CLUB HIERARCHY | 435.53 | - | - | - | - | 4/27/2008 | IN | |
| 801906 | SAMS CLUB HIERARCHY | 270.58 | 741.18 | - | - | - | 4/27/2008 | IN | |
| 801906 | SAMS CLUB HIERARCHY | 270.58 | - | - | - | - | 4/27/2008 | IN | |
| 801906 | SAMS CLUB HIERARCHY | 1,706.84 | 3,895.10 | - | - | - | 4/27/2008 | IN | |
| 801906 | SAMS CLUB HIERARCHY | 1,706.84 | | | | | | | |
| 801906 | SAMS CLUB HIERARCHY | 741.18 | | | | | | | |
| 801906 | SAMS CLUB HIERARCHY | 741.18 | | | | | | | |
| 801906 | SAMS CLUB HIERARCHY | 3,895.10 | | | | | | | |
| | | 244,945.06 | 7,155.07 | 146,075.59 | 91,715.40 | | | | |

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

POWERMATE CORPORATION f/k/a COLEMAN POWERMATE, INC.

## DEFENDANTS

WAL-MART STORES, INC.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Curtis J. Crowther
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, Delaware  19801     (302) 571-6755

Attorneys (If Known)

Laurie Selber Silverstein (#2396)/Jaime Luton  (#4936)
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, Delaware  19801     (302) 984-6000

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med. Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Notice of Removal from Superior Court to Bankruptcy Court

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23     DEMAND $ _____     CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE  Kevin Gross     DOCKET NUMBER  Bankr. No. 08-10498

DATE
07/14/2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>POWERMATE CORPORATION<br><br>    Debtor. | Chapter 11<br>Case No. 08-10499-KG<br><br>(pending in the United States<br>Bankruptcy Court for the District of Delaware) |
| POWERMATE CORPORATION<br>f/k/a COLEMAN POWERMATE, INC.,<br>a Nebraska corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, Inc.,<br>a Delaware corporation, individually and<br>d/b/a SAM'S CLUB<br><br>    Defendant. | Adversary Proceeding No. _____<br><br>(Civil Action No. 08C-05-201-CHT pending in<br>the Superior Court of the State of Delaware in<br>and for New Castle County) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of July, 2008, a true and correct copy of the foregoing document was served (i) via United States first class mail, postage prepaid, upon the parties listed below; and (ii) via e-mail upon the parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

**VIA FIRST CLASS MAIL**
Curtis J. Crowther, Esquire
Monté T. Squire, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

Jaime Luton White (No. 4936)
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 7th Floor
Wilmington, DE 19899
Telephone: (302) 984-6000
Fax: (302) 658-1192
jwhite@potteranderson.com