<u>**NOTICE TO COUNSEL**</u>:  Service of Process must be in accordance with Fed. R. Civ. 4(i) and 20 C.F.R. Part 423.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

<u>Mildred Quinones                              </u>
      (Plaintiff)

v.                                                  **Civil Action No.** <u>            </u>

<u>Michael Astrue                                   </u>
      (Commissioner of Social Security)
         (Defendant)

## COMPLAINT

1.  The Plaintiff, whose Social Security Account Number ends in the last four digits ***-**-4348 and who is a resident of Wilmington, Delaware seeks judicial review pursuant to 42 U.S.C. 405(g) of an adverse decision of the defendant which has become final and bears the following caption:

| In the case of | Claim for |
|---|---|
|  | Period of Disability, Disability Insurance |
| <u>Mildred Quinones                        </u> | <u>Benefits and Supplemental Security Income   </u> |
| Claimant |  |
|  |  |
| <u>                                                        </u> | <u>***-**-4348                                              </u> |
| Wage Earner | Social Security Number |

2.  Plaintiff has exhausted administrative remedies.

     WHEREFORE, Plaintiff seeks a judgement for such relief as may be proper including costs and attorney's fees.

<u>/s/ Gary Linarducci                          </u>      <u>/s/ Steven L. Butler                         </u>
Gary Linarducci, Esquire                       Steven L. Butler, Esquire
Creekwood Office Complex                Creekwood Office Complex
910 W. Basin Road, Suite 100            910 W. Basin Road, Suite 100
New Castle, DE  19720                     New Castle, DE 19720
(302) 325-2400                                 (302)325-2400
Bar ID No.: 740                               Bar ID No.: 4385

Dated: <u>July 16, 2008    </u>

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Mildred Quinones
27 Rossiter Circle
Newark, DE 19702

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  New Castle
(EXPECT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Gary C. Linarducci, Esquire
& Steven L. Butler, Esquire
Creekwood Office Complex
910 W. Basin Road, Suite 100
New Castle, DE  19720
(302) 325-2400

**DEFENDANTS**

Michael Astrue,
     Commissioner of Social Security

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
           TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Plaintiff appeals denial of Social Security benefits pursuant to 42 U.S.C. 405(g)

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Anitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lender | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | |
| ☐ 195 Contract Product Liability | | | | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☒ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| | | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | | ☐ 530 General | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 550 Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

Transferred from                                                                                                              Appeal to District Judge from

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellated Court
☐ 4 Reinstated or Reopened
☐ 5 another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Magistrated Judgment

**VII. REQUESTED IN COMPLAINT**     CHECK IF THIS IS A **CLASS ACTION**   ☐ UNDER F.R.C.P. 23     DEMAND $     CHECK YES only if demanded in complaint:   **JURY DEMAND:**   ☐ YES   ☒ NO

**VIII. RELATED CASES(S) IF ANY**    (See instructions):    JUDGE_____ DOCKET NUMBER_____

DATE                                                SIGNATURE OF ATTORNEY OF RECORD

July 16, 2008                             /s/ Gary Linarducci   /s/ Steven L. Butler

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
_____DISTRICT OF _____

SUMMONS IN A CIVIL CASE

Mildred Quinones

         **V.**                      CASE NUMBER:

Michael Astrue,
    Commissioner of Social Security

TO: (Name and address of defendant)

Michael B. Mukasey
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary C. Linarducci, Esquire
Creekwood Office Complex
910 W. Basin Road, Suite 100
New Castle, DE  19720

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
CLERK                                                                        DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | Date |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | Title |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____
_____

☐   Other (*specify*): _____
_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                         Date                                                Signature of Server

                                                                Creekwood Office Complex
                                                                910 W. Basin Road, Suite 100
                                                                New Castle, DE  19720
                                                                Address of Server

(1) As to who may serve a summon see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
_____DISTRICT OF_____

SUMMONS IN A CIVIL CASE

Mildred Quinones

**V.**  CASE NUMBER:

Michael Astrue,
    Commissioner of Social Security

TO: (Name and address of defendant)

General Counsel
The Social Security Administration
Office of Regional Counsel, Region III
P.O. Box 41777
Philadelphia, PA 19101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary C. Linarducci, Esquire
Creekwood Office Complex
910 W. Basin Road, Suite 100
New Castle, DE  19720

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK    DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | Date |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | Title |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant. Place where served: _____
_____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐     Returned unexecuted: _____
_____
_____
_____

☐     Other *(specify)*: _____
_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                                         Signature of Server

                                                                     Creekwood Office Complex
                                                                     910 W. Basin Road, Suite 100
                                                                     New Castle, DE  19720_____
                                                                     Address of Server

---

(1) As to who may serve a summon see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____DISTRICT OF _____

**SUMMONS IN A CIVIL CASE**

Mildred Quinones

      **V.**                     CASE NUMBER:

Michael Astrue
   Commissioner of Social Security

TO: (Name and address of defendant)

Colm Connolly
United States Attorney for the District of Delaware
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE  19899-2046

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary C. Linarducci, Esquire
Creekwood Office Complex
910 W. Basin Road, Suite 100
New Castle, DE  19720

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____                    _____
CLERK                                                                                                                    DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | Date |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | Title |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____
_____

☐   Other (*specify*): _____
_____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                            Date                                                        Signature of Server

Creekwood Office Complex
910 W. Basin Road, Suite 100
New Castle, DE  19720
Address of Server

_____
(1) As to who may serve a summon see Rule 4 of the Federal Rules of Civil Procedure.