IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

SUN MICROSYSTEMS, INC.

      Plaintiff,

v.

VERSATA, INC.

      Defendant.

C. A. No. _____

**JURY TRIAL DEMANDED**

## COMPLAINT

Plaintiff, Sun Microsystems, Inc., for its Complaint against Defendant Versata, Inc. alleges as follows:

### THE PARTIES

1.     Plaintiff, Sun Microsystems, Inc. ("Sun"), is a Delaware corporation with its principal place of business in Santa Clara, California.

2.     On information and belief, Defendant Versata, Inc. is a Delaware corporation with its principal place of business in Austin, Texas.

### JURISDICTION

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, in that this is a civil action for patent infringement arising under the Patent Laws of the United States, Title 35, United States Code. This Court has personal jurisdiction over Defendant by virtue of, among other things, its incorporation in Delaware.

**VENUE**

4.     Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400 in that Defendant is incorporated in the state of Delaware and thus resides in the District of Delaware.

**COUNT ONE**

**(Infringement of U.S. Patent No. 5,727,203)**

5.     The averments of paragraphs 1-4 are incorporated herein by reference.

6.     This claim is made under the provisions of the patent laws of the United States 35 U.S.C. §§ 271 *et seq.*

7.     Sun is the current assignee, and the sole and exclusive owner of all right, title and interest in U.S. Patent No. 5,727,203 (the "'203 patent"), entitled "Methods and Apparatus for Managing a Database in a Distributed Object Operating Environment Using Persistent and Transient Cache." The '203 patent was duly and legally issued by the United States Patent and Trademark Office ("PTO") on March 10, 1998. A copy of the '203 patent is attached hereto as Exhibit A.

8.     Upon information and belief, in violation of 35 U.S.C. § 271, Defendant has been and currently is, directly and indirectly infringing the '203 patent by making, using, offering for sale, selling, and/or marketing Versata Logic Suite and Business Rules Management System and components thereof (collectively the "Accused Products") and/or inducing users of the Accused Products to infringe or contributing to the infringement by users of the Accused Products by supplying the Accused Products.

9.     As a direct and proximate result of Defendant's infringement of the '203 patent, Sun has suffered and will continue to suffer serious irreparable injury and damages in an amount not yet determined for which Sun is entitled to relief.

10.    As a direct and proximate result of Defendant's infringement of the '203 patent, Sun will continue to suffer serious irreparable injury unless Defendant's infringement of the '203 patent is enjoined.

## COUNT TWO

### (Infringement of U.S. Patent No. 6,076,092)

11.    The averments of paragraphs 1-10 are incorporated herein by reference.

12.    This claim is made under the provisions of the patent laws of the United States 35 U.S.C. §§ 271 *et seq.*

13.    Sun is the current assignee, and the sole and exclusive owner of all right, title and interest in U.S. Patent No. 6,076, 092 (the "'092 patent"), entitled "System and Process for Providing Improved Database Interfacing Using Query Objects." The '092 patent was duly and legally issued on June 13, 2000. A copy of the '092 patent is attached hereto as Exhibit B.

14.    Upon information and belief, in violation of 35 U.S.C. § 271(a), Defendant has been and currently is, directly and indirectly infringing the '092 patent by making, using, offering for sale, selling, and/or marketing Versata Logic Suite and Business Rules Management System and components thereof (collectively the "Accused Products") and/or inducing users of the Accused Products to infringe or contributing to the infringement by users of the Accused Products by supplying the Accused Products.

15.    As a direct and proximate result of Defendant's  infringement of the '092 patent, Sun has suffered and will continue to suffer serious irreparable injury and damages in an amount not yet determined for which Sun is entitled to relief.

16.    As a direct and proximate result of Defendant's infringement of the '092 patent, Sun will continue to suffer serious irreparable injury unless Defendant's infringement of the '092 patent is enjoined.

## COUNT THREE

### (Infringement of U.S. Patent No. 6,912,520)

17.    The averments of paragraphs 1-16 are incorporated herein by reference.

18.    This claim is made under the provisions of the patent laws of the United States 35 U.S.C. §§ 271 *et seq.*

19.    Sun is the current assignee, and the sole and exclusive owner of all right, title and interest in U.S. Patent No. 6,912,520 (the "'520 patent"), entitled "System and Method for Providing a Persistent Object Framework for Managing Persistent Objects." The '520 patent was duly and legally issued on June 28, 2005. A copy of the '520 patent is attached hereto as Exhibit C.

20.    Upon information and belief, in violation of 35 U.S.C. § 271(a), Defendant has been and currently is, directly and indirectly infringing the '520 patent by making, using, offering for sale, selling, and/or marketing Versata Logic Suite and Business Rules Management System and components thereof (collectively the "Accused Products") and/or inducing users of the Accused Products to infringe or contributing to the infringement by users of the Accused Products by supplying the Accused Products.

21.    As a direct and proximate result of Defendant's  infringement of the '520 patent, Sun has suffered and will continue to suffer serious irreparable injury and damages in an amount not yet determined for which Sun is entitled to relief.

22.    As a direct and proximate result of Defendant's infringement of the '520 patent,

Sun will continue to suffer serious irreparable injury unless Defendant's infringement of the '520 patent is enjoined.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Sun respectfully requests that this Court enter judgment in its favor and against Defendant and grant the following relief:

A.    A judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of the '203, '092 and '520 patents in violation of 35 U.S.C. §§271 (a), (b), and (c);

B.    A preliminary and permanent injunction, pursuant to 35 U.S.C. § 283, enjoining Defendant and their officers, agents, servants, employees, attorneys and all persons in active concert or participation with them, from any further acts of infringement, inducement of infringement, or contributory infringement of the '203, '092 and '520 patents;

C.    A judgment, pursuant to 35 U.S.C. § 284, awarding Sun damages adequate to compensate Sun for Defendant's  infringement of the '203, '092 and '520 patents, in an amount to be determined at trial, but in no event less than a reasonable royalty;

D.    A judgment, pursuant to 35 U.S.C. § 284, awarding to Sun interest on the damages and its costs incurred in this action;

E.    An award of pre-judgment and post-judgment interest and costs to Sun in accordance with 35 U.S.C. § 284;

F.    An order, pursuant to 35 U.S.C. § 285, finding that this is an exceptional case and awarding to Sun its reasonable attorneys' fees incurred in this action; and,

G.    Such other and further relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Sun demands trial by jury on all issues and causes of action properly tried by jury,

pursuant to Federal Rule of Civil Procedure 38.


OF COUNSEL:

Darryl M. Woo
Charlene M. Morrow
Saina Shamilov
Salam R. Baqleh
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Dated: August 11, 2008

William J. Wade (#704)
Anne Shea Gaza (#4093)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com


Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.

# EXHIBIT A

US005727203A

# United States Patent [19]

## Hapner et al.

[11] **Patent Number:** 5,727,203

[45] **Date of Patent:** Mar. 10, 1998

[54] **METHODS AND APPARATUS FOR MANAGING A DATABASE IN A DISTRIBUTED OBJECT OPERATING ENVIRONMENT USING PERSISTENT AND TRANSIENT CACHE**

[75] Inventors: **Mark W. Hapner**, San Jose; **Roderic G. Cattell**, Los Altos, both of Calif.

[73] Assignee: **Sun Microsystems, Inc.**, Mountain View, Calif.

[21] Appl. No.: **414,119**

[22] Filed: **Mar. 31, 1995**

[51] Int. Cl.⁶ ................................................ G06F 17/30
[52] U.S. Cl. ...................... 395/614; 395/608; 395/618; 395/705
[58] Field of Search ...................... 364/200; 395/425, 395/600, 700, 474, 250, 650, 608, 472, 614, 705

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,989,132 | 1/1991 | Mellender et al | 364/200 |
| 5,025,370 | 6/1991 | Koegel et al | 364/200 |
| 5,057,996 | 10/1991 | Cutler et al | 364/200 |
| 5,247,669 | 9/1993 | Abraham et al | 395/650 |
| 5,261,069 | 11/1993 | Wilkinson et al | 395/472 |
| 5,313,629 | 5/1994 | Abraham et al | 395/600 |
| 5,396,630 | 3/1995 | Banda et al | 395/700 |
| 5,437,027 | 7/1995 | Bannon et al | 395/614 |
| 5,452,447 | 9/1995 | Nelson et al | 395/650 |
| 5,493,728 | 2/1996 | Solton et al | 395/250 |
| 5,504,895 | 4/1996 | Kurosawa et al | 395/650 |
| 5,542,078 | 7/1996 | Martel et al | 395/600 |
| 5,542,088 | 7/1996 | Jennings, Jr et al | 395/614 |
| 5,553,267 | 9/1996 | Herlihy | 395/474 |
| 5,557,793 | 9/1996 | Koerber | 395/614 |
| 5,560,005 | 9/1996 | Hoover et al | 395/600 |
| 5,615,362 | 3/1997 | Jensen et al | 395/614 |

### OTHER PUBLICATIONS

Liedtke, J. "A Short Note on Implementing Thread Exclusiveness and Address Space Locking", Operating Systems Review, vol. 28, No. 3, pp. 38–42, Jul. 1, 1994.

Rothermel, Kurt "An Open Commit Protocol Preserving Consistency in the Presence of Commission Failures", Distributed Computing Systems, 1993 International Conference, pp. 168–177, 1993.

Petzold, Charles "Installing Traffic Lights Under Windows NT", PC Magazine, vol. 12, No. 16, pp 339–334, Sep. 28, 1993.

Jacquemot et al "Cool: The Chorus CORBA Compliant Framework", COMPCON Spring '94 IEEE Computer Society International Conference, pp. 132–141, 1994.

Chapin, Susan et al "Security for the Common Object Request Broker Architecture (CORBA)", pp. 21–30, 1994.

Al–Salqant et al. "MediaWare: A Distributed Multimedia Environment with Interoperability", pp 128–137, 1995.

(List continued on next page.)

*Primary Examiner*—Thomas G. Black
*Assistant Examiner*—Charles L. Rones
*Attorney, Agent, or Firm*—Hickman Beyer & Weaver, LLP

[57] **ABSTRACT**

A variety of methods and apparatus for managing a database in a object oriented environment are disclosed. According to the present invention, a database is provided which includes a database cache and a persistent database portion. Clients of the database are able to write quickly and asynchronously to the database cache, which may be located in transient memory such as random access memory. In order to maintain consistency between the state of the client and the state in the database, the data in the database cache must be written to the persistent database portion. In preferred embodiments a time commit thread executing in a computer process will, in single operations performed at predetermined intervals and when predetermined conditions are met, commit the data in the database cache into the persistent database portion. Thus through the strategies of the present invention, a single client database can have multiple clients. Clients of the database may be a variety of computer entities which require a mechanism for maintaining persistent state. In particular, objects are contemplated. In an apparatus embodiment of the present invention, a computer system having a central processing unit, a transient memory, a persistent memory, and a database is disclosed.

**40 Claims, 9 Drawing Sheets**



5,727,203

Page 2

## OTHER PUBLICATIONS

Adler, Richard M., "Emerging Standards for Component Software", pp. 68–77, 1995.

Dogas et al. "A Multidatabase System Implementation on CORBA", pp. 2–11, Jul. 1996.

Svedlow et al. "Tactics: A CORBA–Based Distributed Processing Infrastructure", Digital Avionics Systems, 1995 Conference, pp. 293–298.

Habbash et al. "Towards an Efficient Management of Objects in a Distributed Environment", Databases in Parallel and Distributed Systems, 1990 Symp., pp. 181–190.

Nicol et al. "Object Orientation in Heterogenous Distributed Computing Systems", IEEE Computing Magazine, pp. 57–67, Jun. 1993.

Black et al. "Implementing Location Independent Invocation", The 9th Annual International Conference on Distributed Computing Systems, IEEE Computer Society Press, pp. 550–559, Jun. 5, 1989.



*Fig. 1*

U.S. Patent          Mar. 10, 1998          Sheet 2 of 9          5,727,203



_Fig. 2_



*Fig. 4*

*Fig. 3*

200



206   202   204

*Fig. 5*

250



260   252   254   258

*Fig. 6*

300



306   302

*Fig. 7*

350



356   352   354

*Fig. 8*



Fig. 9



*Fig. 10*



*Fig. 11*

U.S. Patent         Mar. 10, 1998         Sheet 8 of 9         5,727,203



*Fig. 12*



*Fig. 13*

5.727.203

## 1

# METHODS AND APPARATUS FOR MANAGING A DATABASE IN A DISTRIBUTED OBJECT OPERATING ENVIRONMENT USING PERSISTENT AND TRANSIENT CACHE

## BACKGROUND OF THE INVENTION

The present invention relates to the fields of distributed computing systems, client server computing and object-oriented programming. More specifically, the present invention teaches methods and apparatus for managing a database within a distributed object operating environment.

Object oriented programming methodologies have received increasing attention over the past several years in response to the growing tendency for software developed using traditional programming methods to be delivered late and over budget. This stems from the fact that traditional programming techniques that emphasize procedural models and "linear" code tend to be difficult to design and maintain in many circumstances. Generally, large programs created using traditional methods are "brittle." That is, even small changes can effect numerous elements of the programming code. Thus, minor changes made to the software in response to user demands can require major redesign and rewriting of the entire program.

Object oriented programming strategies tend to avoid these problems because object methodologies focus on manipulating data rather than procedures; thus providing the programmer with a more intuitive approach to modeling real world problems. In addition objects encapsulate related data and procedures so as to hide that information from the remainder of the program by allowing access to the data and procedures only through the object's interface. Hence changes to the data and/or procedures of the object are relatively isolated from the remainder of the program. This provides code that is more easily maintained as compared to code written using traditional methods, as changes to an object's code do not affect the code in the other objects. In addition, the inherent modular nature of objects allows individual objects to be reused in different programs. Thus, programmers can develop libraries of "tried and true" objects that can be used over and over again in different applications. This increases software reliability while decreasing development time, as reliable programming code may be used repeatedly.

A more recent advance in the field of object oriented methodologies has been the implementation of distributed object operating environments over computers interconnected via a computer network. As used herein, the term "distributed object" or "object " refers to an encapsulated package of code and data that can be manipulated by operation through an interface. Thus, distributed objects will be seen by those skilled in the art of object oriented programming (OOP) as including the basic properties that define traditional programming objects. However, distributed objects differ from traditional programming objects by the inclusion of two important features. First, distributed objects are multilingual. That is, the interfaces of distributed objects are defined using an interface definition language (IDL) that can be mapped to a variety of different programming languages. One such interface definition language is Object Management Group's IDL. Second, distributed objects are location-independent, i.e., distributed objects can be located anywhere in a network. This contrasts sharply with traditional programming objects which typically exist in a single address space.

## 2

Distributed objects can be object clients or object servers, depending upon whether they are sending requests to other objects or replying to requests from clients. In a distributed object operating environment, requests and replies are made through an Object Request Broker (ORB) that is aware of the locations and status of the objects. One architecture which is suitable for implementing such an ORB is provided by the Common Object Request Broker Architecture (CORBA) specification. The CORBA specification was developed by the Object Management Group (OMG) to define the distributed computing environment world in terms of objects in a distributed client-server environment, where server objects are capable of providing services to clients requesting the service. In the following discussion, the terms "object" and "distributed object" will be used interchangeably.

As will be appreciated by those skilled in the art, objects may be broken down (figuratively) into two components: code and state. Code is essentially the executable computer instructions by which the object operates. State is thus the remaining portion of the object such as data which is not code. In general, most objects require some type of persistence strategy for maintaining their state. In explanation, a persistence strategy is the mechanism by which objects manage their state, enabling objects to systematically perform operations on their state such as reading, writing, deleting, and changing. By way of example, a document object will need a persistence strategy to maintain its text in some type of permanent, mass storage device

In prior solutions, objects were required to implement their own persistent storage mechanism or rely on a multiple client database implemented by their host computer operating system. (Note that databases are by definition persistent.) In the first persistence strategy, each object maintains its own, distinct database. As a result, each object needs code specifically directed towards database management, code which is otherwise not related to the purpose of the object and thus an undue burden on the programmer. Furthermore, as will be appreciated by those skilled in the art, each distinct database will have a minimum amount of overhead (such as file descriptors and allocated blocks of memory which may not be utilized). Hence this system is inefficient in terms of resource utilization, both in system resources and program development time.

In the second persistence strategy the database is a multiple client database able to accept data write operations from multiple clients. As will be appreciated by those skilled in the art, the multiple client database is a more sophisticated database and therefore requires additional programming and system resources. For example, the multiple client database manager must use multiple buffers and also assert locks on unique portions of the database. Then the database manager must assure that any changes occur to the database systematically. To do this, the database manager must define a single sequence of actions which provide a consistent result. As will be appreciated by those skilled in the art, this "serialization" requirement is a difficult task.

Thus current solutions provide two possible persistent strategies, neither of which are quite satisfactory. On the one hand, if a multiple client database is implemented, the cost in terms of system resources is expensive, as multiple buffers must be used and unique portions of the database reserved for single users. On the other hand, if each client maintains its own database, the system resources are not utilized efficiently as the overhead for each database is redundant. Furthermore, the programmer of each client must perform the additional coding for the database. This is not

5,727,203

**3**

only a waste of programming resources, it is an unsound strategy. As discussed previously, one of the goals of OOP is to refine techniques and develop tried and true objects. But in this case, each object is required to perform the redundant task of database management and each time this task is done presents yet another opportunity for error. What is needed is a method for multiple clients to act as a single user of a database. This method should further require a minimum of client resources directed towards the database. Furthermore, since the database will be accessed by multiple clients, the persistence strategy must include sophisticated mechanisms and apparatus for synchronizing the different data write operations.

## SUMMARY OF THE INVENTION

To achieve the foregoing and other objectives and in accordance with the purpose of the present invention, methods, apparatus and data structures for managing a database are disclosed. In a first method aspect of the present invention, a computer implemented method for managing a database resident in a computer system is disclosed. The computer system is intended for use in a distributed object operating environment and the database has a database cache and a persistent database. The method includes computer controlled steps such as performing a data write operation that writes data into the database cache, the data written into the cache being intended for storage in the persistent database. In conjunction with the data write operation, a cache dirty variable is set to a first state reflecting that the database cache includes data intended for storage in the persistent database. At some point following the data write operation, a data commit operation which writes the data from the database cache into the persistent database is performed. Then, after performing the data commit operation, the cache dirty variable is (re)set to a second state which indicates that the database cache no longer has data which must be committed to the persistent database.

In a related method aspect of the invention, the above-mentioned data write operation includes steps of incrementing a transaction counter by a predetermined value, writing the data intended for the persistent database into the database cache, and subsequently decrementing the transaction counter. Thus the transaction counter maintains a value indicative of the number of active data write operations. In another related method aspect of the invention, prior to incrementing the transaction counter, a cache commit request variable is evaluated to determine if a commit operation is active. If a commit operation is active, then each of the transaction counter incrementing, data writing, and transaction counter decrementing steps are delayed until the cache commit request variable transitions to indicate that the data commit operation in not active. However, if no commit operation is active, then these steps may be performed substantially immediately.

In another related method aspect of the invention, the data commit operation will set the cache commit request variable to indicate that the data commit operation is active. The data commit operation may also include the step of determining whether there are any active data write operations based on the value stored in the transaction counter, wherein when it is determined that no data write operations are active the data in the database cache is written into the persistent database and the cache commit request variable is set to indicate that said data commit operation is not active. Thus active data write operations are allowed to complete but no new data write operations can begin when a data commit operation is pending.

**4**

In another aspect of the present invention, a method for performing an orderly shutdown of a time commit thread which is managing the database is disclosed. According to one aspect, the method includes computer controlled steps of receiving a start shutdown command and determining whether there is any data in the database cache based upon the state of the cache dirty variable, wherein when it is determined that there is no data in the database cache the shutdown is complete. In response to the start shutdown command, there are at least two other possible shutdown threads of execution which may be performed. Each of these two begin by determining whether there is any data in the database cache based upon the state of the cache dirty variable. In a first embodiment, it is determined that there are no active data write operations and therefore a data commit operation is performed and the shutdown is complete. In a second embodiment, it is determined that there are active data write operations and as a result a warning is transmitted indicating to all active data write operations that an abort is impending, all active data write operations are aborted and the shutdown is complete. In each of these cases the time commit thread is terminated appropriately.

In a separate aspect, a computer implemented method for performing a data write operation to a database cache portion of a database is disclosed. The data write operation includes the steps of setting a cache dirty variable to a state that indicates that the database cache contains data which is intended for the persistent database, incrementing by a predetermined value a transaction counter which indicates the number of active data write operations, writing the data intended for the persistent database to the database cache after the transaction counter incrementing step, and decrementing the transaction counter by the predetermined value in conjunction with the data writing step.

In another separate aspect, a computer implemented method for committing data from a database cache to a persistent database is disclosed. The database cache and the persistent database are each an element of a database which is intended to reside in a computer system, the computer system being suitable for use in a distributed object operating environment. The method includes the steps of determining whether a cache dirty variable indicates that the database cache includes data intended for the persistent database, setting a cache commit request variable to indicate that a commit data operation is in progress when it is determined that the database cache includes data intended for the persistent database, after the cache commit request variable setting step, determining whether a transaction counter indicates that data write operations are active, the data write operations being operable to write data to the database cache, committing data in the database cache to the persistent database when the transaction counter indicates that no data write operations are active, and after the committing data step, setting the cache dirty variable to indicate that the database cache does not include data intended for the persistent database.

According to one apparatus embodiment of the present invention, a computer system for use in a distributed object operating environment includes a central processing unit, a transient memory including random access memory, a persistent memory including a mass storage device and a database. The database includes a database cache resident in said transient memory and a persistent database resident in the persistent memory. The database cache is arranged to receive and store client data via data write operations performed by a plurality of database clients. The persistent database is arranged to receive and store cache data via data

5,727,203

5

commit operations, the data commit operation being operable to commit the client data stored in the database cache to the persistent database. In a related embodiment, the database cache is resident in a computer process executing within the computer system.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention, together with further objectives and advantages thereof, may best be understood by reference to the following description taken in conjunction with the accompanying drawings in which:

FIG. 1 is a pictorial illustration of various computers linked together in a computer network;

FIG. 2 illustrates diagrammatically the major components of a computer in FIG. 1;

FIG. 3 is a pictorial illustration of a computer process in accordance with one embodiment of the present invention, wherein the computer process has multiple threads of execution, file identifiers, memory allocation, and an object resident therein;

FIG. 4 is a diagrammatic illustration showing the flow of data write operations from three different objects into a database cache and the subsequent data commit operation from the database cache into a persistent database, a database made up of the database cache and the persistent database, all in accordance with one aspect of the present invention;

FIG. 5 is a pictorial illustration of a data structure for a cache dirty conditional variable in accordance with one embodiment of the present invention, the cache dirty conditional variable including system state, a cache dirty bit, and a corresponding mutex;

FIG. 6 is a pictorial illustration of a data structure for a cache free conditional variable in accordance with one embodiment of the present invention, the cache free conditional variable including system state, a cache commit request variable, a force abort variable, a transaction counter, and a corresponding mutex;

FIG. 7 is a pictorial illustration of a data structure for a retry interval conditional variable in accordance with one embodiment of the present invention, the time commit condition variable including system state and a corresponding mutex;

FIG. 8 is a pictorial illustration of a data structure for a kill time commit conditional variable in accordance with one embodiment of the present invention, the kill time commit conditional variable including system state, a kill time commit bit, and a corresponding mutex;

FIG. 9 is a state diagram illustrating some of the possible states for a time commit thread in accordance with one embodiment of the present invention;

FIG. 10 is a flow chart illustrating a few paths of a thread of execution for a client of a database performing a data write operation in accordance with one embodiment of the present invention, wherein the data write operation writes data to the database cache;

FIG. 11 is a flow chart illustrating a few paths of a thread of execution for a time commit thread performing a data commit operation in accordance with one embodiment of the present invention, wherein the time commit thread may commit data to the persistent database or cleanup and terminate execution;

FIG. 12 is a flow chart illustrating a path of a shutdown thread of execution for a system shutdown in accordance with one method aspect of the present invention;

6

FIG. 13 is a flow chart illustrating a few paths of a thread of execution for a shutdown thread performing a cleanup and an orderly shutdown in accordance with another method aspect of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to a distributed operating environment based on object oriented programming (OOP). More specifically, this invention discloses methods and apparatus for managing a database in a distributed object operating environment. Following the Definition of Terms, the methods and apparatus will be discussed in more detail, first through discussing example computer systems which are suitable for the present invention, next continuing with a detailed description of several embodiments of the apparatus and data structures of the present invention, and then further through the detailed description of the method aspects of the present invention.

### I. Definition of Terms

As used herein, the term "distributed object" or "object" refers to an encapsulated package of code and data that can be manipulated by operations through a defined interface that is associated with an object. Thus, distributed objects will be seen by those skilled in the art as including the basic properties that define traditional programming objects. However, distributed objects differ from traditional programming objects by the inclusion of two important features. First, distributed objects are multilingual. The interfaces of distributed objects are defined using an interface definition language that can be mapped to a variety of different programming languages. One such interface definition language is OMG's IDL. Second, distributed objects are location-independent, i.e., distributed objects can be located anywhere in a network. This contrasts sharply with traditional programming objects which typically exist in the same address space as the client. Distributed objects can be object clients or object servers, depending upon whether they are sending requests to other objects or replying to requests from other objects. Requests and replies are made through an Object Request Broker (ORB) that is aware of the locations and status of the objects.

A "distributed object system" or "distributed object operating environment" refers to a system comprising distributed objects that communicate through an ORB.

An "object reference" or "object" is an object that contains a pointer to another object. Additionally, an object can include a portion of memory (the "sub-object identifier") which can be used for identifying a sub-object. With the exception of the sub-object identifier, the creation and definiton of object references will be familiar to those skilled in the art. A "client" as defined herein refers to an entity that sends a request to second object. In this model, the second object is referred to as a "server object" or a "target object". Thus, clients invoke operations, or implementations, from servers. In a distributed object environment, clients need not have knowledge of the implementation programming language, nor does the implementation have to have knowledge of the client's programming language due to the requirement of multilingual character of such objects. Clients and servers in distributed object environments need only communicate in terms of the interface definition language. As noted above, the request by the client to the server, and the server's reply to the client, is handled by the ORB. It should be pointed out that the client and server can exist

5,727,203

7

within the same process, on the same host computer, or on two different host computers.

An "object interface" is a specification of the operations, attributes, and exceptions that an object provides. Preferably, object interfaces for distributed objects are written using an IDL. As noted above, objects perform transactions through their interfaces. The use of interfaces therefore relieves the need of objects that are aware of the programming languages used to define the methods and data of objects in the transaction.

## II. Managing a Database

According to the present invention, a database is provided which includes a database cache and a persistent database portion. Clients of the database are able to write quickly and asynchronously to the database cache, which may be located in transient memory such as random access memory. In order to maintain consistency between the state of the client and the state in the database, the data in the database cache (which is transient) must be committed to the persistent database portion. In preferred embodiments a time commit thread will, at predetermined intervals and when predetermined conditions are met, commit that data resident in the database cache which is intended for the persistent database portion. The time commit thread is a thread of execution. As is well known to those skilled in the art of object oriented programming, a thread of execution is essentially a sequential flow of the point of execution through a computer process.

Clients of the database may be a variety computer entities which require a mechanism for maintaining persistent state. In particular, distributed objects are contemplated. Typically, distributed objects are implemented (by the ORB and/or the host computer) under computer processes. Computer processes provide a well known and common framework under which computer systems implement different threads of execution. By way of analogy, a computer process can be thought of as a domain partitioned within a computer system.

In actuality, a process typically includes address space (i.e., a portion of memory allocated to only the process), a set of file descriptors, a process identification number, and one or more threads of execution (often referred to as threads). Multi-threaded systems, such as contemplated by the present invention, allow for multiple threads to run concurrently in a single process. For a more detailed description of threads, multithreaded processes, and principles of concurrency, please see "Concurrency Within DOE Object Implementations" by Dr. Robert Hagmann, Version 0.91, May 27, 1993, published by SunSoft and incorporated herein by reference in its entirety.

As a direct result of the framework of computer processes, all entities residing under a single process will share resources (i.e. memory and files). Thus multiple distributed objects residing in a single process will have efficient communications via local transport. Furthermore, data can be loaded into memory that all objects residing in the single process will have direct access to. Thus a process may maintain its own database within its memory. However, programmers may have other motivations (beyond efficient transport and data sharing) which negate the advantages gained by having many objects in a single process. For instance, different objects will have different objectives and may rely on different assumptions about the process. These motivations generate a need for orderly, multi-process distributed object operating environments as disclosed by the

8

present invention. In allowing programmers to keep objects within separate processes, the ORB may prevent conflict between and maintain the integrity of objects within processes. As a case in point, an object in a first server process may go into an error condition and begin chaotically writing within its server process memory. Nevertheless, objects running in separate server processes will remain intact since these processes have their own memory, files, and flow control. Thus, in preferred embodiments of the present invention, a database is maintained by each of the separate server processes.

In a preferred embodiment of the present invention, distributed objects, computer processes, databases in accordance with the present invention and clients of the database are resident on one or more computers linked together by a network. The network may take any suitable form. By way of example, a representative network arrangement 10 is illustrated in FIG. 1. The network arrangement 10 includes a first computer 12 which is coupled to a transmission line 14. The network 10 further includes a server, router or the like 16 in addition to other computers 18, 20, and 22 such that data and instructions can be passed among the networked computers. The design, construction and implementation of computer networks will be familiar to those of skill in the art.

A representative computer 30 suitable for use as computers 12, 18, 20, and/or 22 of FIG. 1 is illustrated schematically in FIG. 2. Computer 30 includes a central processing unit (CPU) 32 which is coupled bidirectionally with random access memory (RAM) 34 and unidirectionally with read only memory (ROM) 36. Typically, RAM 34 is used as a "scratch pad" memory and includes programming instructions and data, including distributed objects and their associated code and state, for processes currently operating on CPU 32. ROM 36 typically includes basic operating instructions, data and objects used by the computer to perform its functions. In addition, a mass storage device 38, such as a hard disk, CD ROM, magneto-optical (floptical) drive, tape drive or the like, is coupled bidirectionally with CPU 32. Mass storage device 38 generally includes additional programming instructions, data and objects that typically are not in active use by the CPU, although the address space may be accessed by the CPU, e.g., for virtual memory or the like. Each of the above described computers optionally includes an input/output source 40 that typically includes input media such as a keyboard, pointer devices (e.g., a mouse or stylus) and/or network connections. Additional mass storage devices (not shown) may also be connected to CPU 32 through a network connection. It will be appreciated by those skilled in the art that the above described hardware and software elements, as well as the networking devices, are of standard design and construction, and will be well familiar to those skilled in the art.

FIG. 3 illustrates a multi-threaded process 100 in accordance with one embodiment of the present invention. The process 100 may be implemented on a computer such as computer 30 and includes multiple threads such as thread 102, allocated memory 104 which may include both persistent and transient memory, file identifiers 106, and at least one object such as object 108. The object 108 includes state 110 and code 112. The object 108 is typically defined by the state 110 and the code 112. Code 112 is essentially the operating instructions by which the object executes. State 110 is thus the remaining portion which is not executable code.

FIG. 4 provides a generic paradigm for use in several specific embodiments of the present invention. In the para-

5,727,203

9

digm of FIG. 4, multiple clients such as object _1 150, object _2 152, and object_3 154 of the database 159 may each write data asynchronously into a database cache 160 through multiple data write operations such as write_1 151, write_2 153, and write_3 155. At systematic intervals, a commit data operation 162 writes the data in the database cache 160 out to a persistent database portion 164. Thus the data which was in the database cache 160 but intended for the persistent database portion 164 is faithfully transferred. Yet, the commit data operation is performed in a single step, as if the data intended for the persistent database portion 164 is coming from a single client. Thus the persistent database portion 164 need only be maintained as a single client database, but has the advantages of a multiple client database. As should be apparent, this is done by storing the data from data write operations such as 151, 153, and 155 into the database cache 160. Then, after the data is committed to the persistent database portion 164 the data written by the objects in the earlier date write operations is stored permanently.

The database cache 160 is typically stored in transient memory such as RAM 34 and therefore provides an effective mechanism for objects to quickly write data out to the shared database. As will be appreciated by those skilled in the art, it is typically much faster to write to local memory such as RAM 34 then to a mass storage device such as mass storage 38. In one embodiment, the objects and/or the data write operations are unaware that two databases exist, essentially writing out to what is known as simply the database 159. In this sense, the database cache 160 "intercepts" all data write operations thereby freeing clients much quicker than if the data write operation wrote directly to a mass storage device. According to one aspect of the present invention, a time commit thread will manage both when clients can write to the database cache 160 and when data in the database cache 160 which is intended for the persistent database portion 164 is committed to the persistent database portion 164. In one specific embodiment, the time commit thread will (at systematic intervals) prevent any new data write operations, wait for any currently processing data write operations to conclude, and then transfer the data into the persistent database portion 164 by an operation commit data 162. Note that each of the data write operations write_1 151, write_2 153, and write_3 155 must be complete or the data in the database 159 will be inconsistent with the state of the clients of the database 159.

Organization and structure of the database 159 may be accomplished through a variety of different frameworks which are well familiar to those skilled in the art of database management. In one suitable embodiment the database 159 includes a log file (simply a log of changes) and a database file. The combination of a log file and a database file provides a mechanism which insures database consistency.

As will be apparent to those skilled in the art, one critical task in the implementation of the paradigm of FIG. 4 will be the effective coordination of memory management between the multiple threads competing for the resources of both the database cache 160 and the persistent database portion 164. These different threads will include the aforementioned time commit thread and any clients which wish to write into the database 159. As should be appreciated, the synchronization of a multi-threaded system is often a daunting task. The present invention teaches methods, apparatus, and data structures which provide a framework for solving the inherent synchronization challenge presented herein.

Synchronization objects, a common tool for synchronizing multithreaded systems, provide variables placed in

10

shared memory which can be accessed by multiple processes and/or multiple threads. Thus different threads can synchronize in spite of the fact that they are typically unaware of one another's existence. Typical examples of synchronization variables include mutual exclusion locks (referred to hereinafter as mutexes), condition variables, reader/writer locks, and semaphores. Some advantages of using synchronization variables are (1) two or more processes can use a single synchronization variable jointly and (2) synchronization variables insure consistency of the shared data.

In explanation, a mutex is created to correspond to a piece of code, a portion of data, some state, etc. When a first thread locks a mutex, all other threads are prevented from executing the piece of code or accessing the portion of state corresponding to the mutex. When a thread has locked a mutex, it is said to "own" the locked mutex. In order for other threads to own the mutex, the first thread (i.e. the thread that locked the mutex) must unlock it. Thus mutexes provide a mechanism by which the programmer can control the serialization of multiple threads, ensuring that steps occur in a desired order and that the state corresponding to the mutex is maintained in a consistent manner.

Condition variables are used (typically in conjunction with a corresponding mutex) to atomically block threads until a specified condition is met. By way of example, a first thread may lock a mutex corresponding to a certain condition variable having a data structure which includes a true or false flag, thereby preventing all other threads from operating on this condition variable. The first thread may then evaluate the true or false flag, performing the desired action if the flag value is true. If the flag is false, the thread blocks on the condition flag and simultaneously releases the mutex. When the first thread blocks on the condition flag, it temporarily stops executing and waits for the condition flag to change. Then, when a second thread changes the condition flag, it may also broadcast a wakeup call to any threads (such as the first thread) waiting for a change in the condition. The first thread then wakes up owning the mutex (this is part of waking up) and must determine if the change in the condition flag merits an action or if it should go back to sleep. So the first thread reevaluates the condition flag and then, if the flag is true, it may perform the originally intended task. Of course the example of the true or false flag is simply a sample of what condition variables may be used to accomplish. In another important example, a thread may utilize a condition variable to assert a sleep timer, waking up in response to the sleep timer lapsing. Of course the thread may be woken up by other mechanisms as well.

In brief, typical operations which may be performed by a thread when it owns a mutex associated with a condition variable include evaluating a state of a variable, changing a state of the variable, asserting a wait for state to change command, asserting a wait for timer command, and waking up threads which are waiting for a change in state of this condition variable. These operations are available based on the nature of condition variables. Synchronization objects are discussed in more depth in the document "Multithreaded Programming Guide", 1994, published by SunSoft, which is incorporated herein by reference in its entirety.

In preferred embodiments, condition variables are utilized to coordinate the synchronization between clients of a database 159 and a time commit thread. Four specific condition variables in accordance with the present invention will now be discussed with reference to FIGS. 5–8.

A data structure for a condition variable cache dirty 200 will be discussed first with reference to FIG. 5. The condi-

5,727,203

11

tion variable cache dirty 200 includes system state 202, a cache dirty variable 204, and a corresponding mutex, cache dirty mutex 206. In some embodiments, each process has a condition variable cache dirty 200 and all threads which use a single database 159 are found in a single process. However, in other embodiments, cache dirty 200 is resident in shared memory and thus may be used in a multi-process implementation. Those of skill in the art will be well familiar with the different forms of transport between computer entities residing in either same processes, different processes, or different computer systems. The cache dirty mutex 206 enables a first thread to essentially prevent other threads from changing or reading any state in the condition variable cache dirty 200 while the first thread owns the cache dirty mutex 206. The system state 202 includes the state required by the system to implement a condition variable as described above. As the functionality of condition variables is well known and a more detailed description is not particularly relevant to the present invention, no further discussion will be presented. The cache dirty variable 204 is a variable which serves to indicate if the database cache 160 contains data which needs to be committed to the persistent database portion 164. According to one embodiment of the present invention, write operations such as write_1 151 are responsible for setting the cache dirty variable 204. In turn, the time commit thread will check the state of the cache dirty variable 204 to determine if an operation commit data 162 is necessary. By way of example, the cache dirty variable 204 may be a variable which can have a state of either TRUE or FALSE. In one suitable embodiment, the cache dirty variable 204 is a bit set to a value of zero corresponding to a FALSE state, and a value of unity corresponding to a TRUE state.

With reference to FIG. 6, a condition variable cache free 250 in accordance with one embodiment of the present invention will be described. The condition variable cache free 250 includes system state 252, a cache commit request variable 254, and a transaction counter 258. Additionally, the condition variable cache free 250 has a corresponding cache free mutex 260. The cache commit request variable 254 serves to indicate that the time commit thread is requesting an opportunity to perform a commit data operation 162. The transaction counter 258 is a counter variable which indicates the number of data write operations which are active.

The general flow of execution utilizing the condition variable cache free 250 in accordance with one embodiment of the present invention would go as follows. A first object requesting permission to write data to the database cache 160 would lock the cache free mutex 260 thereby protecting the condition variable cache free 250. Then, the object would evaluate the cache commit request variable 254. In the case that the cache commit request variable 254 is FALSE, the object would increment the transaction counter 258 by unity, unlock the cache free mutex 260, and then proceed with a data write operation. Then, when the data write operation is complete, the object would lock the cache free mutex 260, decrement the transaction counter 258, and unlock the cache free mutex 260.

In the case that the cache commit request variable 254 is TRUE, the object would simultaneously unlock the cache free mutex 260 and assert a wait on the condition variable cache free until the condition of the cache commit request variable 254 changes. Note that the time commit thread is executing concurrently with the clients of the database 159, and may be competing for access to the condition variables. Thus, when the time commit thread begins a commit data operation 162, it will lock the cache free mutex 260, set the

12

cache commit request variable 254 to TRUE and evaluate the transaction counter 258. If the transaction counter has a value of zero, the time commit thread will perform the commit data operation 162, reset the cache commit request variable 254 to FALSE, and then unlock the cache free mutex 260. On the other hand, if the transaction counter 258 has a nonzero value, the time commit thread will go into a wait state, simultaneously unlocking the cache free mutex 260, as described below with respect to FIG. 7.

FIG. 7 shows a data structure for a condition variable retry interval 300 in accordance with one embodiment of the present invention. The condition variable retry interval 300 includes system state 302 and a corresponding retry interval mutex 306. Following directly from the above discussion of FIG. 6, when the transaction counter 258 has a nonzero value, the time commit thread must wait for the transaction counter 258 to go to zero (i.e. all the data write operations complete). In one suitable method for enabling this wait, the time commit thread locks the retry interval mutex 306, and simultaneously (1) asserts a wait for a predetermined time to wake up and (2) unlocks the retry interval mutex 306. The predetermined time may vary according to the implementation. By way of example, a twenty second wait period has been found to work well. Then, when the predetermined time passes, the time commit thread wakes up in possession of the cache free mutex 260, evaluates the transaction counter 258, and then unlocks the cache free mutex 260. Thus the time commit thread will periodically continue to evaluate the transaction counter 258 and wait until its value becomes zero

FIG. 8 shows a condition variable kill time commit 350 in accordance with one embodiment of the present invention. The condition variable kill time commit 350 includes system state 352, a kill bit 354, and a corresponding kill time commit mutex 356. The condition variable kill time commit 350 is used to initiate termination of execution of the time commit thread. The time commit thread may terminate execution for reasons such as system shutdown or maintenance to the database 159. Thus, at any suitable time, the time commit thread will lock the kill time commit mutex 356, evaluate the kill bit 354 and then unlock the kill time commit mutex 356. If the kill bit 354 is FALSE, then the time commit thread simply proceeds executing. However, if the kill bit 354 is TRUE, the time commit thread begins a cleanup process which results in the termination of the time commit thread. One suitable embodiment of a cleanup process is discussed below with respect to FIG. 12. Note that in the above discussion of FIGS. 5–7 there were multiple instances when the time commit thread went into a wait state. In one embodiment of the present invention, each of these instances would include an initial wake up step of evaluating the kill bit 354

A state diagram illustrating some of the possible states for a time commit thread and their correspondence to the states of the condition variables discussed immediately above with reference to FIGS. 5–8 will be discussed now with reference to FIG. 9. As will be appreciated by those of skill in the art, state diagrams are useful for gaining insight into process execution but do not necessarily exhaustively define the process diagrammed. For example, a given entity may have more than one state diagram, each diagram being accurate in its own way. In addition, a completely thorough state diagram may (through too many details) obscure the information which it is trying to convey. In light of this, the state diagram of FIG. 9 and the following description are not to be interpreted as fully encompassing all possible states and/or transitions that a time commit thread in accordance

5,727,203

13

with the present invention may exhibit. Therefore, the state diagram of FIG. 9 should in no way be construed as limiting, but rather is presented to explain the present invention.

The time commit state diagram 400 of FIG. 9 includes the states not executing 402, executing 404, wait_1 406, wait_2 408, committing 410, and cleanup 412. The state not executing 402 corresponds to the time commit thread effectively not existing. However, even though the time commit thread of execution does not exist, there may be executable code and state stored in persistent memory which relate to the time commit thread. Then, after a transition create thread 414, the time commit thread will be in the state executing 404. Executing 404 includes various operations not shown as other states in this diagram such as locking the cache dirty mutex 260, evaluating the cache dirty variable 204, etc. A first way the time commit thread can change states from executing 404 is on a transition cache dirty true 416. The transition cache dirty true 416 occurs if the cache dirty variable 204 is (or becomes) TRUE. In this first case, the time commit thread will change to state wait_1 406, which will be discussed immediately following the discussion of the state executing 404. The time commit thread may also change from executing 404 to a state wait_2 408 via a transition cache dirty false 418. The transition cache dirty false 418 occurs when the cache dirty variable 204 is FALSE. The state wait_2 408 will be discussed immediately following the discussion of wait_1 406. In addition, the time commit thread can change from executing 404 to a state cleanup 412 on a transition kill set 420. The transition kill set 420 occurs if the kill set bit 354 is TRUE. The state cleanup 412 will be discussed immediately following the discussion of committing 410.

The state wait_1 406 corresponds to the time commit thread waiting for an interval to pass before reevaluating the transaction counter 258. Of course, if the transaction counter equals zero, the time commit thread may skip wait_1 406 and go directly to committing 410. Thus, prior to entering wait_1 406 or immediately after a retry interval has passed, the time commit thread will evaluate the transaction counter 258. If the transaction counter is zero, then in a transition transaction counter=0 421, the time commit thread changes to committing 410. However, if the transaction counter is not zero, than in a transition transaction counter≠0 422, the time commit thread reenters wait_1 406. One third way the time commit thread can change from wait_1 is on a transition kill set 420. The transition kill set 420 occurs if the kill bit 354 is TRUE. In this third case, the time commit thread will change to a state cleanup 412.

The state wait_2 corresponds to the commit thread waiting indefinitely for the cache dirty variable 204 to become true. When the cache dirty variable 204 becomes TRUE, the time commit thread changes, on a transition cache dirty true 424, to wait_1 406. However, if the kill set bit 354 is TRUE, then the time commit thread will change from wait_2 408 on a transition kill set 420.

The state committing 410 corresponds to the time commit thread performing a data commit operation. When the data commit operation is done, the time commit thread may change, on a transition commit done 426, back into executing 404. However, if the kill bit 354 is TRUE, then the time commit thread will change from wait_2 408 on a transition kill set 420.

The state cleanup 412 corresponds to the time commit thread preparing an orderly shutdown. Note that cleanup 412 transitions to only the state not executing 402 by the transition cleanup done 428. Furthermore, cleanup is the

14

mandatory state which must be entered into whenever the kill bit 354 is set. This is regardless of the values of the other condition variables. In some embodiments the time commit thread will notify the shutdown thread when it has noticed that the kill bit is set and then terminate its own execution. In these embodiments, the shutdown thread is responsible for completing any remaining cleanup tasks.

A method 450 for an object to write to a database cache 160 in accordance with one embodiment of the present invention will now be discussed with reference to FIG. 10. As will be appreciated by those of skill in the art, this method can be modified within the scope of the present invention so that a variety of clients of the database cache 160 may write using this method. For example, the method 450 may be implemented by the object development framework of a distributed object operating environment such that objects designed to utilize a database 159 may do so transparently, that is, without their own internal overhead. One suitable embodiment for doing this is described in Hapner's copending U.S. patent application Ser. No. 08/414,770 entitled "METHODS AND APPARATUS FOR PROVIDING TRANSPARENT PERSISTENCE IN A DISTRIBUTED OBJECT OPERATING ENVIRONMENT", which is incorporated herein by reference in its entirety. In a first step, begin object write operation 452, the object starts a data write operation 151. Then, in step 454, the object will set a cache dirty variable 204 to a value TRUE. Step 454 may include steps such as locking a cache dirty mutex 206, setting the cache dirty variable 204, and unlocking the cache dirty mutex 206. Additionally, the object write operation 452 may assert a wakeup broadcast to all sleeping threads waiting for a change in the condition of the cache dirty variable 204. For example, step 506 of FIG. 11 responds to such a wakeup call as will be described in more detail later.

After the cache dirty variable 204 has been set, the method continues in a step 456 where the object locks a cache free mutex 260. Once this mutex is locked, the object can evaluate and/or change elements of the condition variable cache free 250 without another entity changing the values inside the condition variable cache free 250. Once the cache free mutex 260 is locked, the object evaluates the cache commit request variable 254. In the case where the cache commit request variable 254 is TRUE, the object, in a step 460, simultaneously asserts a wait for wakeup command and unlocks the cache free mutex 260. This wakeup call will come when a thread changing a value in condition variable cache free 250 asserts a wakeup all waiting threads broadcast.

Still further in step 460, when the object receives a wakeup call, it wakes up in possession of the cache free mutex 260 and then (re)evaluates the cache commit request variable 254. Thus in the embodiment of FIG. 10, the object will cycle between waiting and evaluating the cache commit request variable 254 until this variable becomes FALSE. When the cache commit bit request bit 254 becomes false, the object, in a step 462, increments a transaction counter 258 and then in a step 464 unlocks the cache free mutex 464. After unlocking the cache free mutex 260, the object can write to the database cache in a step 466. Thus other threads can access the condition variable cache free 250 while the object is writing to the database cache 160.

When the object is finished writing in step 466, it will lock the cache free mutex 260 in a step 468 and then decrement the transaction counter 258 in a step 470. Thus the transaction counter 258 will contain a value which is consistent with the number of transactions occurring with the database cache 160. After decrementing the transaction counter in

5,727,203

15

step 468, the data write operation will determine if the transaction counter 258 is now zero. If the transaction counter 258 is not zero (that is, there are still active data write operations) then the data write operation will unlock the cache free mutex 260 in a step 472. Once the object has unlocked the cache free mutex 260 in step 472, the data write operation is complete in step 474. However, when the there are no active data write operations, the data commit operation of method 450 will, in a step 471, determine if the cache commit request bit is set to indicate that the time commit thread wishes to perform a data commit operation. If the cache commit request bit is not set, then control proceeds to the unlock mutex step 472. If the cache commit request bit is set, then in a step 473, the data write operation will broadcast on a condition variable associated with the cache commit request bit, thereby waking up any threads which have blocked on the condition variable. Specifically, if the time commit thread has set the commit request bit, then the time commit thread is waiting to be woken, and in response to the broadcast, the time commit thread will wake up in possession of the mutex. In conjunction with the broadcast step 473, the data commit thread will correspondingly unlock the mutex associated with the cache free condition variable in a step 472.

Turning next to FIG. 11, a method for committing data to a persistent database portion according to one embodiment of the present invention will be described. Initially, the time commit thread is not active and must be activated. However, it should be appreciated that the flowchart of FIG. 11 is one possible embodiment for the time commit thread of execution. In other methods of the invention, the time commit thread is already executing. In any event, in a step 502, the time commit thread is created. Upon starting, in an initial step 504, the time commit thread evaluates a cache dirty variable 204. Step 504 includes steps such a locking a cache dirty mutex 206, evaluating the cache dirty variable 204, and then unlocking the cache dirty mutex 206. If the cache dirty mutex 206 is not free initially, the time commit thread waits until this mutex is released and then performs step 504. If the cache dirty variable is FALSE, then, in a step 506, the time commit thread asserts a wait for wakeup call command and then wakes up in possession of the cluster dirty mutex 206 and performs step 504 as described previously in this paragraph. In further embodiments, the time commit thread may evaluate a kill bit 354 prior to step 504 and initiate an orderly shutdown if the kill bit 354 is TRUE.

If the cache dirty variable 204 is TRUE, then the time commit thread will perform a commit data operation. Prior to doing this, however, the time commit thread may first verify that it is an appropriate time to perform the commit data operation. Thus, in a step 508, the time commit thread evaluates the kill bit 354. Step 354 may include steps such as locking a kill time commit mutex 356, evaluating the kill bit 354, and unlocking the kill time commit mutex 356. As discussed previously, the kill bit 354 can be set by another thread for the purpose of imposing an orderly shutdown on the time commit thread. Suitable reasons for imposing this shutdown include system shutdown, process shutdown, or maintenance operations on the time commit thread code and/or state.

Traveling down the FALSE branch of step 508, in a step 509, the time commit thread waits for a commit interval using the condition variable retry interval 300. In preferred embodiments the commit interval can be set according to the application. By way of example, a time commit interval of twenty seconds has been found to work well. Next, in a step 510, the time commit thread sets a cache commit request

16

variable 254 to TRUE and then evaluates a transaction counter 258. Step 510 may include steps such as locking a cache free mutex 260, reading the value of the cache commit request bit 254, and unlocking the cache free mutex 260. Then, in a step 512, the time commit thread determines if the transaction counter 258 is zero. The value in the variable transaction counter 258 corresponds to the number of pending data write operations. If there are no pending data write operations, control proceeds down the YES branch of step 512 to a step 514 wherein the kill bit 354 is (once again) evaluated. As discussed previously, if the kill bit 354 is set then the time commit thread proceeds with cleanup. However, if the kill bit is FALSE in step 514, control proceeds down the FALSE branch of step 514 to a step 516. In step 516, the time commit thread commits the data present in the database cache 160 into the persistent database portion 164. In some embodiments, the time commit thread may initialize the database cache 160 in preparation for more data write operations. In any event, once the database cache 160 has been committed to persistent database portion 164, a step 518 resets the cache commit request variable 254 to FALSE. In order to perform this operation, step 518 may include the steps of locking the cache free mutex 260, setting the cache commit request variable 254 to FALSE, calling all threads which are waiting on a cache free 250 variable condition to change (e.g. objects waiting to perform data write operations but are blocked on the cache free commit request variable 254), and unlocking the cache free mutex 260. Once step 518 is complete, the time commit thread waits for a commit interval using the retry interval 300 and then repeats the commit data cycle of FIG. 11 by returning execution control to step 504.

Traveling across the NO branch of step 512 (i.e. there are still data write operations pending), the time commit thread asserts a pending write completion timer using the condition variable cache free 250 in a step 530. Once the timer is asserted, the time commit thread waits for the timer to lapse in a step 532. It may be advantageous to have this timer be significantly shorter than the timer utilized between commit requests. For example, if the period between commit requests is twenty seconds, then a wait period of one second may be suitable. In some embodiments, when the time commit thread is woken up, it may not necessarily know why it has been woken up. Therefore, in a next step 534, the time commit thread evaluates the kill bit 354 in the same manner as discussed above with respect to step 508. In the event that the kill bit 354 is FALSE, the time commit thread flow of execution will proceed to step 536. In step 536 the time commit thread determines if the transaction counter 258 is zero. Note that the time commit thread may not know for certain why it was woken and therefore must verify that there are no pending data write operations. If there are no pending data write operations, control proceeds across the YES branch of step 536 to step 516 where the commit data operation is performed.

However, if the pending write interval discussed above with respect to steps 530 and 532 has expired and there are still pending data write operations, control goes down the NO branch of step 536 to a step 538 wherein the cache commit request bit is set to FALSE. The cache commit bit is reset in order to both (1) minimize the amount of time the time commit thread blocks database clients and (2) to avoid a deadlock. A deadlock would occur in a situation wherein a first database client having a pending data write operation required a response from a second database client which was in turn attempting to access the database. The second client would be unable to access the database and thus the first

5,727,203

17

client would never complete its data write operation. In any event. after step 538. in a step 540. the time commit thread waits for a retry interval using the retry interval condition variable 300. The retry interval should provide a reasonable amount of time to allow any pending data write operations to finish. For example. a retry interval of 10 seconds has been found to work well. Following the retry interval control proceeds back to step 512 and the time commit thread will attempt again to perform the data commit operation through the previously described steps.

In the event that the kill bit 354 is set. the time commit thread executes the TRUE branch of either step 508. 510. and 534 and the time commit thread will proceed with cleanup in a step 540. Note that at any point in the execution of the time commit thread it may evaluate the kill bit 354 and if it is TRUE the execution of the time commit thread may proceed with cleanup in step 540. In preferred embodiments. step 540 informs the shutdown thread that the time commit thread has completed any pending operations and is going away. In turn. the shutdown thread performs the steps necessary for orderly shutdown. these step primarily concerned with maintaining the accuracy and consistency of the persistent database portion 164. However. in other embodiments the time commit thread performs its own orderly shutdown. One method for shutdown in accordance with one embodiment of the present invention is described in more detail below with respect to FIGS. 12 and 13. Nevertheless. once step 540 is done. the time commit thread terminates execution in a step 542. After step 542. the operations of the time commit thread are completely stopped. Of course. another entity may perform the create thread of step 502. starting the time commit thread all over again.

One method for a process shutdown thread of execution to shutdown the time commit thread in accordance with the present invention will be discussed now with reference to FIG. 12. In a first step 600. the operating system of a computer on which a time commit thread is executing begins a process shutdown procedure. Step 600 may be in response to various operations such as a power down request from a user or the process under which the time commit thread is executing may be going away. The step 600 may include additional steps which the operating system wishes to perform prior to shutting down the time commit thread. One suitable step may be the completion of all data write operations being performed by clients of a persistent database portion 164 (i.e. the clients are writing to the database cache). In any event. after step 600 is completed. the operating system is prepared for the shutdown of the time commit thread. Next. in a step 602. the shutdown thread locks a kill time commit mutex 356. By locking the kill time commit mutex 356. the shutdown thread is insured that no other threads will attempt to read or write to a condition variable kill time commit 350. Once the kill time commit mutex 356 is locked in a step 604 the shutdown thread sets a kill bit 354 to TRUE. thereby indicating a request for the time commit thread to proceed with a cleanup and orderly shutdown. Thus. in order to provoke the time commit thread cleanup and orderly shutdown. the shutdown thread. in a step 606. wakes up the time commit thread. One embodiment of the database cleanup will be discussed in more detail below with respect to FIG. 13. Of course the time commit thread may not be asleep. and in that case step 606 is redundant yet not harmful. Then. in a step 608. the shutdown thread unlocks the kill time commit mutex 356. After the kill time commit mutex 356 is unlocked. the time commit thread can access the kill bit 354 (which it inevitably does at some point after being woken).

18

Once steps 602–608 are completed. in a step 610 the shutdown thread can continue performing all other appropriate shutdown procedures. In particular. the shutdown thread performs a database cleanup procedure. One suitable method for a database cleanup is described in more detail below with reference to FIG. 13. As will be appreciated by those skilled in the art. the thread responsible for steps 602–608 of FIG. 10 may be one of many shutdown threads executing the system shutdown. Thus. other system shutdown procedures may be occurring concurrently with the procedure of FIG. 12. Hence the thread of FIG. 12 may simply terminate executing in step 610 as other threads may be responsible for the other shutdown procedures.

One method for a database cleanup in accordance with the present invention will be described now with reference to FIG. 13. In the method of FIG. 13. it is assumed that the time commit thread has evaluated a kill 354. determined that a cleanup has been requested. notified the shutdown thread that the time commit thread is terminating. and then self-terminated. Thus an initial step 600. start cleanup. may include any steps which bring the shutdown thread into the cleanup. method of FIG 13. Typically this is simply the step of determining that the kill bit 354 is TRUE. So. in a first substantive step 652. the shutdown thread will evaluate a cache dirty variable 204. Step 652 may include steps such as locking a cache dirty mutex 206. reading the cache dirty variable 204. and unlocking the cache dirty mutex 206.

Traveling down the TRUE branch of step 652 (i.e. the cache dirty variable 204 is set). the shutdown thread determines in a step 654 if there are any pending data write operations. Step 654 may include steps such as locking the cache free mutex 260. checking to see if a transaction counter 258 is zero (i.e. there are no active data write operations). setting a cache commit request variable 254 to TRUE. and unlocking the cache free mutex 260. If it is determined that no data write operations are active. then in a step 656 the shutdown thread will commit the data stored in the database cache to the persistent database portion. In this case. none of the data write operations are lost and the persistent database portion consistency is maintained. After performing the commit data operation. in a step 658 the shutdown function will return to its caller. the shutdown thread.

If it is determined in step 654 that there are active data write operations (e.g. the transaction counter 258 is nonzero). then. in a step 660. the shutdown thread logs an abort warning. This warning serves notice to the users that all active data write operations that they will be aborted and none of the data they are writing will be committed to the persistent database portion 164. This ensures consistency between the database clients and the persistent database portion. After the abort warning has been logged. a step 662 aborts all the active data write operations. In the embodiment of FIG. 13. the abort of step 662 leaves inconsistent data in a database cache 162. Therefore. immediately following the abort of step 662. the shutdown thread executes step 658. Note that a commit data step such as step 656 is not performed. This ensures consistency between the database clients and the persistent database portion 164. However. in some embodiments step 662 includes deleting the partial data written into database cache 160 or other steps which will ensure consistency between the database clients and the persistent database portion 164. In this situation. the shutdown thread may execute a commit data step such as step 656 following the abort of step 652.

Returning to step 652. if it is determined that the cache dirty bit 204 is FALSE. then the shutdown thread can

**19**

immediately proceed to return to its caller in step 658. In any event, once step 658 is done, the shutdown function terminates cleanup in a step 664.

In preferred embodiments of the present invention, the methods and apparatus will be constructed and implemented during both development of the database clients and runtime. This will be done such that the methods and apparatus are transparent to the clients. For example, an Object Development Framework (ODF) will provide the programming model for developing distributed objects for use in a distributed object operating environment. ODF will provide an automatic and transparent mechanism for object developers to incorporate into their objects the mechanism which will provide the persistence strategy of the present invention with little effort to the object developer. One suitable ODF is described in Snyder et. al.'s copending U.S. patent application Ser. No. entitled "METHOD AND APPARATUS FOR GENERATION AND INSTALLATION OF DISTRIBUTED OBJECTS ON A DISTRIBUTED OBJECT SYSTEM" which is incorporated herein by reference in its entirety.

Although only a few embodiments of the present invention have been described, it should be understood that the present invention may be embodied in many other specific forms without departing from the spirit or scope of the invention. For example, other mechanisms for synchronizing threads of execution are contemplated. One instance would utilize read/write synchronization objects rather than condition variables and mutexes. In this instance, the variables in shared memory could be read concurrently by different threads but only one thread at a time could write to the shared variables. The modifications necessary to implement the present invention using read/write synchronization objects will be apparent to those skilled in the art of concurrent programming.

In other embodiments, a database 159 would include a database cache 160 located on a first computer system and a persistent database portion 164 located on a second computer system. Thus the data commit operations would include transmitting data across a network. Expanding on this further, in another embodiment, a single database would be implemented on a plurality of computer systems such that a single computer system holds the persistent database portion, and each of the computer systems has its own database cache. In this embodiment, clients of the database would take turns writing to the database cache resident on their host computer system and in turn these database caches would commit data to the database cache located on the computer system which hosts the persistent database portion.

Furthermore, the methods and apparatus of the present invention are well suited for use by a multiplicity of objects as a persistent storage manager. That is, the strategies of the present invention may be used to provide persistent state for persistent objects. In some embodiments, the methods and apparatus of the present invention may be used to provide transparent persistence to objects. By transparent persistence it is meant that the object developer does not program their own persistence strategy. For more details regarding transparent persistence, please see Hapner et. al.'s copending U.S. patent application Ser. No. 08/414,270 entitled "METHODS AND APPARATUS FOR PROVIDING TRANSPARENT PERSISTENCE IN A DISTRIBUTED OBJECT OPERATING ENVIRONMENT" which is incorporated herein by reference in its entirety.

Therefore, the present examples are to be considered as illustrative and not restrictive, and the invention is not to be

**20**

limited to the details given herein, but may be modified within the scope of the appended claims.

We claim:

1. A computer system for use in a distributed object operating environment, said computer system comprising:
   a central processing unit;
   transient memory including random access memory;
   persistent memory including a mass storage device; and
   a database including:
   a transient database cache resident in said transient memory, said transient database cache being arranged to receive and store client data via data write operations performed by a plurality of database clients; and
   a persistent database portion resident in said persistent memory, said persistent database portion being arranged to receive and store cache data via data commit operations, said data commit operation being operable to commit said client data from said transient database cache.

2. A computer system as described in claim 1 further including a computer process executing on the computer system, said transient database cache being resident within said computer process.

3. A computer system for use in a distributed object operating environment, said computer system comprising:
   a central processing unit;
   transient memory including random access memory;
   persistent memory including a mass storage device;
   a database including:
   a transient database cache resident in said transient memory, said transient database cache being arranged to receive and store client data via data write operations performed by a plurality of database clients; and
   a persistent database portion resident in said persistent memory, said persistent database portion being arranged to receive and store cache data via data commit operations, said data commit operation being operable to commit said client data from said transient database cache to said persistent database portion as if the data intended for the persistent database is coming from a single client.
   a computer process executing on the computer system, said transient database cache controlled within said computer process; and
   a cache dirty condition variable resident in said computer process, said cache dirty condition variable having a cache dirty variable and a cache dirty mutex.

4. A computer system as described in claim 3 further including:
   a cache dirty lock mechanism for locking and unlocking said cache dirty mutex; and
   a cache dirty setting mechanism for setting and resetting said cache dirty variable, wherein setting said cache dirty variable indicates that data which is intended for said persistent database portion is resident in said transient database cache.

5. A computer system for use in a distributed object operating environment, said computer system comprising:
   a central processing unit;
   transient memory including random access memory;
   persistent memory including a mass storage device;
   a database including:
   a transient database cache resident in said transient memory, said transient database cache being

5,727,203

21

arranged to receive and store client data via data write operations performed by a plurality of database clients; and

a persistent database portion resident in said persistent memory, said persistent database portion being arranged to receive and store cache data via data commit operations, said data commit operation being operable to commit said client data from said transient database cache to said persistent database portion;

a computer process executing on the computer system, said transient database cache controlled within said computer process; and

a cache free condition variable resident in said computer process, the cache free condition variable having a cache free mutex, a cache commit request variable, a force abort variable, and a transaction counter.

6. A computer system as described in claim 5 further including:

a cache free lock mechanism for locking and unlocking said cache free mutex;

a cache free setting mechanism for setting and resetting said cache commit request variable, wherein setting said cache commit request variable indicates that a data commit operation is in process; and

an arithmetic device for incrementing and decrementing said transaction counter by a predetermined number, wherein the value of said transaction counter is indicative of the number of active data write operations.

7. A computer system for use in a distributed object operating environment, said computer system comprising:

a central processing unit;

transient memory including random access memory;

persistent memory including a mass storage device;

a database including:

a transient database cache resident in said transient memory, said transient database cache being arranged to receive and store client data via data write operations performed by a plurality of database clients; and

a persistent database portion resident in said persistent memory, said persistent database portion being arranged to receive and store cache data via data commit operations, said data commit operation being operable to commit said client data from said transient database cache to said persistence database portion as if the data intended for the persistence database is coming from a single client.

a computer process executing on the computer system, said transient database cache controlled within said computer process; and

a kill time commit condition variable having a kill time commit mutex and a kill bit.

8. A computer system as described in claim 7 further including:

a kill lock mechanism for locking and unlocking said kill time commit condition mutex; and

a kill set mechanism for setting and resetting said kill bit, wherein setting the kill bit indicates that a time commit thread cleanup is requested.

9. A computer system for use in a distributed object operating environment, said computer system comprising:

a central processing unit;

transient memory including random access memory;

22

persistent memory including a mass storage device; and

a database including:

a transient database cache resident in said transient memory, said transient database cache being arranged to receive and store client data via data write operations performed by a plurality of database clients; and

a persistent database portion resident in said persistent memory, said persistent database portion being arranged to receive and store cache data via data commit operations, said data commit operation being operable to commit said client data from said transient database cache to said persistent database portion as if the data for the persistent database is coming from a single client.

a database client operable to write certain data to said transient database, said certain data intended to be maintained persistently in said database.

10. A computer system as described in claim 9 wherein said database client is resident in said computer process.

11. A computer system as described in claim 10 wherein said database client is an object.

12. A distributed object operating environment comprising:

a plurality of computer systems, each of said computer systems including:

a central processing unit;

transient memory including random access memory;

persistent memory including a mass storage device; and

a database including:

a transient database cache resident in said transient memory, said transient database cache being arranged to receive and store client data via data write operations performed by a plurality of database clients; and

a persistent database portion resident in said persistent memory, said persistent database portion being arranged to receive and store cache data via data commit operations, said data commit operation being operable to commit said client data from said transient database cache; to said persistent database portion as if the data intended for the persistent database is coming from a single client; and

a computer network interconnecting said plurality of computer systems.

13. A computer implemented method for performing a data write operation to a transient database cache portion of a database being intended to reside in a computer system, the database further including a persistent database portion, the database operable to maintain data persistently to a plurality of database clients, the method including the computer controlled steps of:

setting a cache dirty variable to a state that indicates that the transient database cache contains data which is intended for the persistent database portion;

incrementing by a predetermined value a transaction counter, the transaction counter indicating the number of active data write operations;

writing the data intended for the persistent database portion to the transient database cache after the transaction counter incrementing step, the data being written into the cache by a one of said plurality of database clients, said transient database cache operable to simultaneously store data received from multiple write operations; and

decrementing the transaction counter by the predetermined value in conjunction with the data writing step.

5,727,203

23

14. A computer implemented method as recited in claim 13 wherein the cache dirty variable is one element of a condition variable cache dirty which further includes a corresponding cache dirty mutex. the method further including the computer controlled steps of:

locking the cache dirty mutex prior to the step of setting the cache dirty variable; and

unlocking the cache dirty mutex after the step of setting the cache dirty variable.

15. A computer implemented method as recited in claim 13 wherein the transaction counter is an element of a condition variable cache free which further includes a cache commit request variable and a corresponding cache free mutex. the method further including the computer controlled steps of:

locking the cache free mutex prior to the transaction counter incrementing step;

determining a state of the cache commit request variable after the step of locking the cache free mutex;

prior to the transaction counter incrementing step, waiting in a sleep state when the state of the cache commit request variable indicates that a cache commit operation is active. wherein the waiting step terminates upon the transition of the state of the cache commit request variable;

unlocking the cache free mutex in conjunction with the transaction counter incrementing step.

16. A computer implemented method as recited in claim 15 further including the computer controlled steps of:

locking the cache free mutex prior to the transaction counter decrementing step; and

unlocking the cache free mutex in conjunction with the transaction counter decrementing step.

17. A computer implemented method as recited in claim 13 wherein the method is performed by a client of the database.

18. A computer implemented method as recited in claim 17 wherein the client is an object resident in the computer system.

19. A computer implemented method for managing a database resident in a computer system. the computer system being intended for use in a distributed object operating environment. the database including a transient database cache and a persistent database portion. the database operable to maintain data persistently for a plurality of database clients. the method including the computer controlled steps of:

performing a data write operation that writes data into said transient database cache. said data written into the cache by a one of said plurality of database clients. said data being intended for storage in the persistent database portion. said transient database cache operable to simultaneously store data received from multiple data write operations;

setting a cache dirty variable to a first state that indicates that the transient database cache includes data intended for storage in the persistent database portion;

performing a data commit operation which commits said data intended for said persistent database portion to said persistent database portion. the data commit operation being performed after the cache dirty variable has been set to the first state. the data commit operation operable to commit data in said transient data cache as if the data intended for the persistent database portion is coming from a single client; and

24

after the performance of the data commit operation. setting said cache dirty variable to a second state that indicates that said transient database cache does not include data which must be committed to said persistent database portions.

whereby said database may maintain data persistently for the plurality of database clients in said persistent database portion as if only a single client were using said persistent database portion.

20. A computer implemented method as recited in claim 19 wherein the computer system further includes a cache free condition variable having a cache commit request variable and a transaction counter and wherein said step of performing a data write operation includes the computer controlled steps of:

incrementing said transaction counter by a predetermined value. said transaction counter being indicative of the number of active data write operations;

writing the data intended for said persistent database portion into said transient database cache; and

decrementing said transaction counter by said predetermined value after said writing step is complete.

21. A computer implemented method as recited in claim 20 wherein the computer system further includes an associated cache free mutex. the data write operation further comprising the computer controlled steps of:

locking said cache free mutex prior to the transaction counter incrementing step thereby protecting said cache free condition variable from other operations;

unlocking said cache free mutex after the transaction counter incrementing step has been performed;

locking said cache free mutex prior to the transaction counter decrementing step; and

unlocking said cache free mutex after the transaction counter decrementing step has been performed.

22. A computer implemented method as recited in claim 20 wherein the data write operation further includes the step of prior to said step of incrementing the transaction counter. determining whether the cache commit request variable indicates that the data commit operation is active. wherein when it is determined that the data commit operation is active. the transaction counter incrementing. data writing and transaction counter decrementing steps are delayed until the cache commit request variable transitions to indicate that the data commit operation is not active.

23. A computer implemented method as recited in claim 22 wherein when it is determined that the data commit operation is not active. the transaction counter incrementing. data writing and transaction counter decrementing steps are performed substantially immediately.

24. A computer implemented method as recited in claim 22 wherein said step of performing said data commit operation includes the computer controlled step of setting the cache commit request variable to indicate that said data commit operation is active.

25. A computer implemented method as recited in claim 24 wherein the step of performing said data commit operation further comprises the computer controlled step of:

(a) determining whether there are any active data write operations based on the value stored in the transaction counter. wherein when it is determined that no data write operations are active the data in the transient database cache is written into the persistent database portion and the cache commit request variable is set to indicate that said data commit operation is not active.

26. A computer implemented method as recited in claim 25 wherein when the cache commit request variable is set to

5,727,203

## 25

indicate that the data commit operation is not active, a cache commit request variable wakeup call is broadcast.

27. A computer implemented method as recited in claim 25 wherein when it is determined that there is an active data write operation, the step of performing a data commit operation further includes the computer controlled steps of:

(b) waiting for the reception of a wakeup call indicating that said transaction counter has changed to be received; and

(c) repeating step (a) of claim 7.

28. A computer implemented method as recited in claim 27 wherein when the cache commit request variable is set to indicate that the data commit operation is not active, a cache commit request variable wakeup call is broadcast.

29. A computer implemented method as recited in claim 20 wherein:

the computer system further includes an associated cache free mutex;

the data write operation further includes the computer controlled steps of prior to said step of incrementing the transaction counter, determining whether the cache commit request variable indicates that the data commit operation is active, wherein when it is determined that the data commit operation is active, the transaction counter incrementing, data writing and transaction counter decrementing steps are delayed until the cache commit request variable transitions to indicate that the data commit operation is not active, and wherein when it is determined that the data commit operation is not active, the transaction counter incrementing, data writing and transaction counter decrementing steps are performed substantially immediately;

the step of performing said data commit operation includes the computer controlled steps of,

setting the cache commit request variable to indicate that said data commit operation is active,

determining whether there are any active data write operations based on the value stored in the transaction counter, wherein when it is determined that no data write operations are active the data in the transient database cache is written into the persistent database portion, and the cache commit request variable is set to indicate that said data commit operation is not active; and

the cache free mutex is unlocked prior to and unlocked after each transaction counter incrementing step, each transaction counter decrementing step, and each cache commit request variable setting step.

30. A computer implemented method as recited in claim 19 wherein the steps of performing a data write operation and setting a cache dirty variable to indicate that said transient database cache includes data intended for said persistent database portion are performed by an object resident in a computer process executing on said computer system.

31. A computer implemented method as recited in claim 19 wherein the steps of performing a data write operation and setting a cache dirty variable to indicate that said transient database cache does not include data intended for said persistent database portion are performed by a time commit thread executing in said computer system.

32. A computer implemented method for performing an orderly shutdown of a time commit thread as described in claim 31, the method including the computer controlled steps of receiving a start shutdown command and determining whether there is any data in the transient database cache

## 26

based upon the state of the cache dirty variable, wherein when it is determined that there is no data in the transient database cache, a signal is sent indicating that the shutdown is complete.

33. A computer implemented method for performing an orderly shutdown of a time commit thread as described in claim 31 the method including the computer controlled steps of receiving a start shutdown command and determining whether there is any data in the transient database cache based upon the state of the cache dirty variable, wherein:

when it is determined that there is data in the transient database cache, a determination is made as to whether there are any active data write operations based on the value of the transaction counter; and

when it is determined that there are no active data write operations, a data commit operation is performed and a signal is sent indicating that the shutdown is complete.

34. A computer implemented method for performing an orderly shutdown of a time commit thread as described in claim 31, the method including the computer controlled steps of receiving a start shutdown command and determining whether there is any data in the transient database cache based upon the state of the cache dirty variable, wherein:

when it is determined that there is data in the transient database cache, a determination is made as to whether there are any active data write operations based on the value of the transaction counter; and

when it is determined that there are active data write operations, a warning is transmitted indicating to all active data write operations that an abort is impending, all active data write operations are aborted, a signal is sent indicating that the shutdown is complete.

35. A computer implemented method as recited in claim 19 wherein said step of performing said data commit operation includes the computer controlled step of setting a cache commit requested variable to indicate that said data commit operation is active.

36. A computer implemented method for committing data from a transient database cache to a persistent database portion, the transient database cache and the persistent database portion each being an element of a database being intended to reside in a computer system, the database operable to maintain data persistently for a plurality of database clients, the transient database cache operable to simultaneously store data received from multiple data write operations, the computer system being suitable for use in a distributed object operating environment, the method including the computer controlled steps of:

determining whether a cache dirty variable indicates that the transient database cache includes data intended for the persistent database portion;

setting a cache commit request variable to indicate that a commit data operation is in progress when it is determined that the transient database cache includes data intended for the persistent database portion;

after the cache commit request variable setting step, determining whether a transaction counter indicates that data write operations are active, the data write operations being operable to write data to the transient database cache;

committing data in the transient database cache to the persistent database portion when the transaction counter indicates that no data write operations are active; and

after the committing data step, setting the cache dirty variable to indicate that the transient database cache does not include data intended for the persistent database portion

5,727,203

27

37. A computer implemented method as recited in claim 36 wherein the cache dirty variable is an element of a cache dirty condition variable which further includes a corresponding cache dirty mutex. the method further including the computer controlled steps of:

locking the cache dirty mutex prior to the cache dirty variable determining step;

simultaneously entering a sleep state and unlocking the cache dirty mutex when the cache dirty variable indicates that the transient database cache does not include data intended for the persistent database portion; and

locking the cache dirty mutex in response to receiving a wakeup call indicating the cache dirty variable has changed its value.

38. A computer implemented method as recited in claim 36 wherein the cache commit request variable and the transaction counter are elements of a cache commit condition variable which further includes a corresponding cache commit mutex, the method further including the computer controlled step of locking the cache mutex prior to the step of setting the cache commit request variable.

28

39. A computer implemented method as recited in claim 38 further including the following computer controlled steps performed prior to the cache commit request variable setting step:

entering a timed sleep state when the transaction counter indicates that data write operations are in progress;

waking up when the timed sleep state terminates; and

determining if the transaction counter indicates that data write operations are still in progress.

40. A computer implemented method as recited in claim 36 wherein the cluster dirty variable is an element of a cluster dirty condition variable. the method further including the computer controlled steps of:

locking the cluster dirty mutex prior to the steps of setting the cluster dirty variable; and

unlocking the cluster dirty mutex after the step of setting the cluster dirty variable.

*   *   *   *   *

# EXHIBIT B

# United States Patent [19]

## Goldberg et al.

[11] Patent Number: 6,076,092

[45] Date of Patent: *Jun. 13, 2000

[54] **SYSTEM AND PROCESS FOR PROVIDING IMPROVED DATABASE INTERFACING USING QUERY OBJECTS**

[75] Inventors: **Robert N. Goldberg**, Redwood City; **Chung V. Le**, San Jose, both of Calif.

[73] Assignee: **Sun Microsystems, Inc.**, Palo Alto, Calif.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/914,398**

[22] Filed: **Aug. 19, 1997**

[51] Int. Cl.[7] .................................... G06F 17/30

[52] U.S. Cl. ............... **707/103**; 707/104; 364/231; 345/346

[58] Field of Search .................... 707/3, 4, 5, 103, 707/102, 104, 10, 200, 9, 533, 2; 395/200, 704; 364/231, 234, 237, 242, 235; 345/346, 433

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,161,225 | 11/1992 | Abraham et al. | 707/103 |
| 5,799,313 | 8/1998 | Blackman et al | 707/103 |
| 5,809,508 | 9/1998 | Blackman et al | 707/103 |
| 5,809,509 | 9/1998 | Blackman et al | 707/103 |

*Primary Examiner*—Wayne Amsbury
*Assistant Examiner*—Thu-Thao Havan
*Attorney, Agent, or Firm*—Kudirka & Jobse LLP

[57] **ABSTRACT**

A system and a process for providing improved interfacing to a data source storing a plurality of data using query objects are described. The data source includes a schema describing organization of the data within the data source and an interface defined in a query language. A set of data manipulations are encapsulated in the query object and implemented in the query language. Each such encapsulated data manipulation conforms to the schema of the data source. A connection is handled via the interface between the query object and the data source. At least one such encapsulated data manipulation is performed on the data source in response to a request from a client. A resultant set of the data received in response to the at least one such data manipulation from the data source is processed. The resultant set of the data is provided as pre-determined data types to the client.

**35 Claims, 9 Drawing Sheets**





*Figure 1*

29



**Figure 2** (PRIOR ART)



39

*Figure 3*   (PRIOR ART)



Figure 4



*Figure 5*



*Figure 6*



Figure 7



**Figure 8**



Figure 9

Figure 10

6,076,092

1

# SYSTEM AND PROCESS FOR PROVIDING IMPROVED DATABASE INTERFACING USING QUERY OBJECTS

## FIELD OF THE INVENTION

The present invention relates in general to object database servers and, in particular, to a system and process for providing improved database interfacing using query objects

## BACKGROUND OF THE INVENTION

Presently, database environments are predominately based on a two-tiered model consisting of one or more applications in a top tier which access a database management system (DBMS) server in the bottom tier Each application sends queries to the DBMS server which processes the queries and returns results sets The two-tiered model suffers from several drawbacks First, the queries must be formulated in a DBMS-specific query language, such as Structured Query Language (SQL), known to the server Often the query language is non-standard as a result of proprietary extensions made to the basic query language As a result, queries are often non-portable between different DBMS servers Second, commonly performed routines must be replicated between peer applications since each application functions autonomously from its peers The replication results in poor code re-use and duplication of functions

Consequently, there is a trend towards a three-tiered model for database environments Generally, the top tier consists of clients, the middle tier consists of application or business logic and the bottom tier consists of DBMS servers In this model, the applications are implemented as "thin" clients with the commonly performed routines consolidated into the middle tier as the business logic Since the business logic is shareable between the clients, code replication is avoided The Common Object Request Broker Architecture (CORBA) presents one object-oriented approach to forming a three-tiered database environment, such as described in R Orfali et al , "The Essential Client/Server Survival Guide," pp 375–458, John Wiley & Sons, Inc (2d ed 1996), the disclosure of which is incorporated herein by reference

Existing DBMS access mechanisms and tools, including fourth generation languages (4GLs) and application programmer interfaces (APIs), are designed for the two-tiered model and are ill-suited for use in the three-tiered model The construction of business logic for the middle tier is particularly difficult and several work-around approaches exist

One prior art approach to interfacing to a database server in a three-tiered model uses database objects, such as licensed by I-Kinetics, Inc Each database object is implemented as a middle tier server that passes an API for the DBMS from the DBMS server to the database object The clients pass queries into the database object via the API and receive results sets back This approach provides the full power of the DBMS query engine to the applications, but provides no abstraction from the query engine Thus, the applications are tied to the query language and schema of the DBMS The database objects approach is further described hereinbelow with reference to FIG 2 in the Detailed Description

Another prior art approach to interfacing to a database server in a three-tiered model uses active data object, such as licensed by Persistence, Inc Each active data object is implemented in the middle tier for use by other objects also in the middle tier Data from the database is mapped into

2

each active data object which perform the actual queries to the database This approach provides substantial abstraction by limiting what the application "sees" to only the resultant objects However, active data objects give up most of the power of the query engine, such as for summarizing data mapped to large numbers of objects The active data objects approach is further described hereinbelow with reference to FIG 3 in the Detailed Description

Therefore, there is a need for an approach to providing improved database interfacing in a three-tiered model Such an approach would abstract the queries and schema of the bottom tier DBMS server without giving up the full power of the query engine The approach could preferably be generalized to operate on other forms of organized data, including relational, hierarchical and other formal databases to simple flat files

There is a further need for an approach to interfacing to a DBMS in a distributed computing environment using object oriented programming technologies Such an approach would preferably encapsulate the DBMS query language, database schema and DBMS API from the application, thereby enabling the data object layer to be bypassed

## SUMMARY OF THE INVENTION

The present invention enables the above problems to be substantially overcome by providing improved database interfacing using query objects Each query object is a server object that translates client requests into appropriate queries for the database, issues those queries and returns the results as strongly typed data values

An embodiment of the present invention is a system and a process for providing improved interfacing to a data source storing a plurality of data using query objects The data source includes a schema describing organization of the data within the data source and an interface defined in a query language A set of data manipulations are encapsulated in the query object and implemented in the query language Each such encapsulated data manipulation conforms to the schema of the data source A connection is handled via the interface between the query object and the data source At least one such encapsulated data manipulation is performed on the data source in response to a request from a client A resultant set of the data received in response to the at least one such data manipulation from the data source is processed The resultant set of the data is provided as predetermined data types to the client

Still other embodiments of the present invention will become readily apparent to those skilled in the art from the following detailed description, wherein is shown and described only the embodiments of the invention by way of illustration of the best modes contemplated for carrying out the invention As will be realized, the invention is capable of other and different embodiments and several of its details are capable of modification in various obvious respects, all without departing from the spirit and scope of the present invention Accordingly, the drawings and detailed description are to be regarded as illustrative in nature and not as restrictive

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is a block diagram of a system for providing improved database interfacing using query objects according to the present invention

FIG 2 is a block diagram of a prior art database client/ server environment using database objects implemented in the system of FIG 1

6,076,092

3

FIG. 3 is a block diagram of a prior art database client/ server environment using active data objects implemented in the system of FIG. 1.

FIG. 4 is a block diagram of a database client/server environment using query objects according to the present invention implemented in the system of FIG. 1.

FIG. 5 is a block diagram of a query object used in the database client/server environment of FIG. 4.

FIG. 6 shows, by way of example, a block diagram of a database transaction environment using query objects in the database client/server environment of FIG. 4.

FIG. 7 is a flow diagram of a process for providing improved database interfacing using query objects in the environment of FIG. 4 according to the present invention.

FIG. 8 is a flow diagram of a routine for performing a query object translation used by the process of FIG. 7.

FIG. 9 is a flow diagram of a routine for translating a request used by the routine of FIG. 8.

FIG. 10 is a flow diagram of a routine for processing results used by the routine of FIG. 8.

DETAILED DESCRIPTION

1. System for Providing Improved Database Interfacing Using Query Objects

A. System Components

FIG. 1 is a block diagram of a system 10 for providing improved database interfacing using query objects according to the present invention. As shown, the system 10 is a distributed computing environment comprising a plurality of individual computer nodes 11, 12. The nodes are functionally organized into clients 11 and at least one server 12 interconnected over a network 13. However, the clients 11 and server 12 can also be implemented on a single node. Each node, whether a client 11 or server 12, is a conventional programmed digital computer, respectively including a central processing unit (CPU) 15, 21, and a main memory 16, 22 interconnected with the CPU 21, 22. In addition, each client 11 and server 12 can include user interfacing devices, such as a monitor 17, keyboard 18 and mouse 19 and a storage device 20 (shown in FIG. 1, by way of example, for just one client 11). The server 12 includes a data source 14, such as a database, file system or other organized data storage system. The individual components implementing each node 11, 12 are interconnected over a central system bus (not shown) used for exchanging address, data and control signals, although other forms of component interconnections are possible. Finally, the system 10 can include devices for accepting computer-readable storage mediums (not shown) and can be interconnected with the network 13 for exchanging data and control signals transmitted as a computer data signal in a carrier wave.

In the described embodiment, each node 11, 12 is a networkable computer, such as a Sun SparcStation™ 5 workstation running the Solaris™ operating system, a version of the UNIX® operating system, or an IBM-compatible computer running the Windows NT™ operating system. However, use of the systems and processes described and suggested herein are not limited to a particular computer configuration. SparcStation™ and Solaris™ are trademarks of Sun Microsystems, Inc., Mountain View, Calif. UNIX® is a registered trademark of The Santa Cruz Operation, Santa Cruz, Calif. Windows NT™ is a trademark of Microsoft Corporation, Redmond, Wash. Client/server environments will now be described.

4

B. Client/Server Environments

Distributed computing environments can be logically viewed as of a set of cooperating software components, referred to as "objects," being executed on one or more computers interconnected by a network. The individual applications running on each computer can share a set of standard or application-specific objects and executing an application can cause it to interact with and use other software objects available locally and throughout the network. Each such object can, in turn, itself use other software objects. Thus, an application in a distributed computing environment can consist of the combination of application-specific objects and the combined local and remote objects it uses. When one object calls an operation on another object, the calling object is referred to as the "client" while the called object is referred to as the "server." Several approaches to structuring client/server environments for performing database manipulation in a three-tiered model will now be described.

FIG. 2 is a block diagram of a prior art database client/ server environment 29 using database objects 33 implemented in the system 10 of FIG. 1. The environment 29 is functionally structured into three tiers. At the top tier, a client 11 (shown in FIG. 1) executes an application 30. In the middle tier, the business logic is implemented in a database object 33 which can be executed on either a client 11 or a server 12 (shown in FIG. 1). At the bottom tier, a server 12 and an associated data source 14 (shown in FIG. 1) form a database 32 which includes a database management system (DBMS) being executed by the server 12.

During operation, the application 30 interfaces to the database object 33 by passing queries 34 in a DBMS-specific query language, such as SQL, to the database object 33 and receiving back the resultant sets of data 35. The database object 33 logically maps the entire database 32 into a single object with a general interface that functions as an abstract API 37 for the underlying database engine (not shown). Clients of the database object 33, in this case, the application 30, can pass arbitrary queries 34 to the database object 33 and obtain the resultant data 35. The clients need not know what query is actually being issued to the database 32. In turn, the database object 33 functions as a conduit using the abstract API 37 through which the queries 34 are passed to and the resultant data 35 received from the database 32.

The primary advantage of database objects 33 is the ability to provide complete access to the database 32, including the full power of the underlying query language. However, database objects 33 suffer from several drawbacks. First, the client itself must generate the appropriate queries 34 for obtaining the desired results, including formulating the database requests 34 in the native query language for the database 32. Second, the client must "unpack" the resultant data 35 into local variables of known types. Consequently, the application 30 must examine the meta-data describing the columns of the database 32 that are returned and process the resultant data 35 accordingly. Third, database objects 33 must account for differences between particular dialects of the underlying query language used by the database 32. Finally, database objects 33 do not isolate the client from schema changes in the database 32.

FIG. 3 is a block diagram of a prior art database client/ server environment 39 using active data objects 42a–e implemented in the system 10 of FIG. 1. The environment 39 is functionally structured into three tiers. At the top tier, a client 11 (shown in FIG. 1) executes an application 40. In the middle tier, the business logic is implemented as busi-

6,076,092

ness objects 41a–b each respectively interfacing with active data objects 42a–c and 42d–e. Both the business objects 41a–b and the active data objects 42a–e can be executed on either a client 11 or a server 12 (shown in FIG. 1) At the bottom tier, a server 12 and an associated data source 14 (shown in FIG 1) form a set of relational rows 47 in a relational database 43 which includes a relational database management system (RDBMS) being executed by the server 12.

During operation, the relational rows 47 are mapped into the active data objects 42a–e to represent a view 46a–e of the relational database 43 Consequently, each active data object 42a–e thinly encapsulates an associated relational row 47 of the relational database 43 for use by the business objects 41a–b in the middle tier. The business objects 41a–b interface to the active data objects 42a–e via APIs 45a–e and the application 40 interfaces to the business objects 41a–b via APIs 44a–b. Each active data object 42a–e passes queries in a DBMS-specific query language, such as SQL, to the relational database 43 and receives back the resultant relational rows 47 of data. The active data objects 42a–e store persistent attributes for their associated relational rows 47 and define an interface to the relational database 43

The primary advantage of active data objects 42a–e is the abstraction provided to the application 40 since the application 40 is written to see only the resultant objects, that is, the business objects 41a–b However, active data objects 42a–e provide no abstraction from the RDBMS engine in the bottom tier. Thus, the application 40 is tied to the query language and schema of the relational database 43 Moreover, active data objects 42a–e give up most of the power of the RDBMS query engine, such as used in summarizing data which has been mapped to a large number of active data objects 42a–e

FIG. 4 is a block diagram of a database client/server environment 49 using query objects 52a–b according to the present invention implemented in the system 10 of FIG 1 The environment 49 is functionally structured into three tiers At the top tier, a client 11 (shown in FIG 1) executes an application 50. In the middle tier 51, the business logic is implemented as one or more business objects 53 (only one business object 53 is shown) interfacing with query objects 52a–b. Both the business object 53 and query objects 52a–b can be executed on either a client 11 or a server 12 (shown in FIG 1) Other combinations and configurations of objects, including business object 53 or query object 52a–b are feasible. In a further embodiment, an authorization object 59 authenticates requests from application 50 as further described below Similarly, in a still further embodiment, a transaction manager object 60 manages transaction rollbacks and commits as further described below. At the bottom tier, a server 12 and an associated data source 14 (shown in FIG 1) include database management systems (DBMSs) 55a–b being executed by the server 12 and their associated databases 54a–b Query objects 52a–b allow the business logic implemented in the business objects 53 and the DBMSs 55a–b to work together

Query objects 52a–b are server objects that translate client requests into appropriate queries, issue those queries and return the results Functionally, each query object 52a–b creates a logical "wrapper" that encapsulates a specific, application-dependent set of queries and provides the results to its clients as strongly typed values Each query object 52a–b provides the following:

(1) A DBMS-independent API 56a–b for accessing a database 54a–b

(2) Connectivity to the DBMS 55a–b associated with the database 54a–b, including the location of the database

54a–b in the distributed environment and facilities for managing the connection resources

(3) Multi-threading support, if necessary

(4) Capability to handle specific DBMS APIs 58a–b and parameters for queries

FIG 5 is a block diagram of one of the query objects 52a used in the database client/server environment 49 of FIG 4 The query set 65 encapsulate a set of queries implemented in the query language. Each of the encapsulated queries conforms to the schema of the associated database 54a (shown in FIG 4) A connection manager 66 handles a connection between the query object 52a and the database 54a via the portable API 56a A query processor 67 performs one or more queries on the database 54a in response to a request from a client An error handler 69 handles errors encountered by the connection manager 66 and the query processor 67 and communicates a pre-determined error message or indication to the client Finally, a results processor 68 processes a resultant set of the data received in response to the queries and provides the resultant set as pre-determined data types to the client

Referring back to FIG. 4, accessing data in the databases 54a–b is analogous to calling a library routine A client of the query object 52a–b invokes methods on the reference to the query object and gets back results as strongly typed values according to the mapping for the host language in which the client is written On the client side, each query object 52a–b exports a general client API 56a–b with which to exchange parmetized requests and data with clients, including business objects 53 or other query objects 52a–b The client API 56a–b provides a result type that is known at the time the query object 52a–b is generated On the server side, each query object 58a–b exports a DBMS API 58a–b which interfaces in a DBMS-specific query language, such as SQL, to at least one DBMS 55a–b over a reusable connection

The query objects 52a–b encapsulate expertise about the underlying database domains, including the query languages used, particular DBMS APIs, database schemas, handling of intermediate query results and a possibly non-trivial interpretation of results Functionally, query objects 52a–b translate domain-specific questions and operations into the appropriate DBMS-specific queries that manipulate the databases 54a–b and provide results The full power of the DBMSs 55a–b is available, including their sorting and indexing techniques and query language processors and optimizers since the queries work directly on the databases 54a–b themselves Moreover, the query objects 52a–b can utilize knowledge about the particular DBMS engine being used and any special optimization tricks

In the preferred embodiment, the client/server environment 49 is implemented in compliance with the Common Object Request Broker Architecture (CORBA), such as described in "The Common Object Request Broker: Architecture and Specification," Rev 2 0, Object Management Group, Inc (July 1995), the disclosure of which is incorporated herein by reference The application 50, business object 53 and query objects 52a–b each export an API defined in Interface Definition Language (IDL) and interface with each other via an associated Object Request Broker (ORB) (not shown) Each query object 52a–b returns a set of IDL structures whose type is derived from the database schema at the time the query object 52a–b is implemented The query objects 52a–b can interface various data sources, for example, object databases, such as licensed by Versant and ODI; relational databases, such as licensed by IBM (DB2), Oracle and Sybase; legacy data repositories, such as IBM's MQ series and CICS; and ordinary flat files

6,076,092

7

II Example

FIG 6 shows, by way of example, a block diagram of a database transaction environment 69 using query objects 72a–c in the database client/server environment 49 of FIG 4 The example is described in the context of relational databases 73a–c using the SQL query language. However, the invention is not limited to relational databases and can operate on any data source as described hereinabove

The example of FIG 6 demonstrates the use of query objects 73a–c in interfacing to a set of databases 73a–c storing quarterly sales information organized by geographical region Each database 73a–c is associated with a particular sales region, such as "North America," "South America" and "Europe." One query object 72a–c is associated with each regional database 73a–c A single sales object 71 implements the business logic by handling individual calls to each query object 73a–c

Functionally, an application 70 sends a request to a sales object 71 asking, for instance, "What were the sales of all products in North America during the first quarter?" In response to the sales object 71, the authentication object 75 authenticates the request and, if authenticated, the sales object 71 looks up each region in an internal table The query is then processed by forwarding the request to the appropriate query objects 72a–c which each query their respective regional databases 73a–c The results are returned to the application 70 via the query objects 72a–c and sales object 71. If necessary, the sales object 71 processes any intermediate results The transaction manager 76 subsequently performs a database commit operation

Pseudocode for the application 70 is shown in Example 1 An instance au of the Authentication object 74 is created. An instance ns of a Naming Service object (not shown) is created A reference to the Naming Service (not shown) is found using the ORB and stored in ns The ORB and Naming Service are CORBA services, such as further described in R Orfali et al , "The Essential Client/Server Survival Guide," pp 406–414, cited hereinabove An instance ss of the sales object 71 is created A reference to the sales object 71 is found using the ORB and stored in ss An instance sr of a sales record object (not shown) is created Finally, a query requesting all first quarter sales in North America is made to the sales object 71 with results stored in sr

EXAMPLE 1

| Application Pseudocode | | |
|---|---|---|
| Authentication | au; | // create authentication object |
| NamingService | ns; | // store obj reference in ns |
| ns = find ("NameService"); | | |
| SalesService | ss; | // store obj reference in ss |
| ss = ns find ("Sales"); | | |
| SalesRecord | sr; | // query db |
| sr = ss GetSales (au, "Q1", "all", "North America"); | | |

Pseudocode for the sales object 71 is shown in Example 2 If the query asks for all sales regions, the sales object 71 iteratively looks up the query object 72a–c reference for each region from an internal table and issues a query to that query object Once all query objects 72a–c have been examined, the resultant data is merged together and returned Otherwise, if the query only asks for one sales region, the sales object 71 just looks up the appropriate query object 72a–c for that region and issues a query to that query object The resultant data is returned

8

EXAMPLE 2

| Sales Object Pseudocode | |
|---|---|
| getSales (auth, quarter, product, region) | |
| { | |
| authenticate application using auth; | |
| if region = "all" | // process query for all regions |
| for each region do | // loop thru each region |
| lookup QueryObject getSales; | |
| call QueryObject getSales | |
| (auth, quarter, product); | |
| merge all data together; | |
| else | // process query for one region |
| lookup QueryObject reference for region; | |
| call QueryObject getSales | |
| (auth, quarter, product); | |
| endif; | |
| return; | |
| } | |

In a further embodiment, an authentication object 74 authenticates requests received from applications 70 using the authentication record auth Authentication enables the business logic (in this example, a sales object 71) to recognize the sender Functionally, the login information stored in the auth record is compared to an internal table (not shown). Three forms of authentication can be used. Client principal authentication passes an authentication object through to a server for actual processing Server principal authentication is used by a server which maintains login information Generally, servers use one general purpose login for the database and separate logins for each user Finally, the ORB can implicitly perform authentication using the Security Service which is a CORBA service, such as further described in R Orfali et al , "The Essential Client/Server Survival Guide," pp 406–414, cited hereinabove

Pseudocode for each of the query objects 73a–c is shown in Example 3 The query object 73a–c first obtains or reuses a connection to its associated DBMS 73a–c The input parameters, quarter and product, are bound to the arguments for the database query and the database query is issued The results are processed, if necessary, iteratively Finally, the connection is marked as unused and the results returned to the sales object 71

EXAMPLE 3

| Query Object Pseudocode | |
|---|---|
| getSales (auth, quarter, product) | |
| { | |
| conn = GetOrReuseConnection (auth); | // connect w/DBMS |
| bindArgs (quarter, product); | // form query |
| doQuery ("Select | // issue query |
| from | |
| where . "); | |
| while (more results() ) do | // proc results |
| collect results; | |
| mark connection as unused; | |
| return results; | |
| } | |

In a still further embodiment, each query object 72a–c performs some form of transaction handling or finalization technique Generally, two forms of transaction handling are employed: single statement and multi-statement Single statement transactions are database modifications committed only during the course of the call Multi-statement transac-

6,076,092

9

tions are either explicitly committed (or rolled back) or left remaining open with the committal left to a transaction manager 75, such as by using the Transaction Service which is a CORBA service, such as further described in R Orfali et al., "The Essential Client/Server Survival Guide," pp 406–414, cited hereinabove

### III Process for Providing Improved Database Interfacing Using Query Objects

FIG 7 is a flow diagram of a process for providing improved database interfacing using query objects 52a–b according to the present invention in the environment 49 of FIG 4 The process is illustrated and described as a series of process steps As would be clear to one skilled in the art, the process steps can be embodied as code for a computer program for operation on a conventional programmed digital computer, such as client 11 and server 12 (shown in FIG 1) The program code can be embodied as a computer program on a computer-readable storage medium or as a computer data signal in a carrier wave transmitted over network 13

The purpose of the process is to encapsulate expert knowledge about the query language, DBMS API and database schema using a server object that translates business logic calls into appropriate queries, issues those queries and returns the results First, the application 50 generates a data source manipulation request in the form of a high-level query to an unspecified data source (block 80) which is received by a business object 53 (block 81) In the described embodiment, the request is expressed in IDL, although any commonly understood language or convention conforming to the application-business object API could be used, such as the Java programming language In the further embodiment, the request is authenticated by the business object 53, such as by using the authentication object 59 (block 82) The business object 53 forwards the request to the appropriate query objects 52a–b (block 83) In the described embodiment, the request is also expressed in IDL, although any commonly understood language or convention conforming to the business object-query object API could be used, such as the Java programming language Each recipient query object 52a–b translates the request into a DBMS-specific query (block 84), as further described hereinbelow with reference to FIG. 8 Upon completion of the query, the results are received from the query objects 52a–b by the business object 53 and forwarded to the application 50 (block 85) Finally, the application 50 uses the results (block 86)

FIG 8 is a flow diagram of the routine 84 for performing a query object translation used by the process of FIG 7 Its purpose is to translate a request received from a client, issue the request and return the results With reference to the present routine 84, a "client" refers to either a business object 53, query object 52a–b or other object sending a request in conformity with the API of the query object 52a–b First, the query object 52a–b receives the request from the client (block 90) The connection between the query object 52a–b and its associated DBMS 55a–b is managed, including obtaining, reusing and releasing (block 91) Any errors encountered are handled by communicating a predetermined error message or indication to the client, both with explicit error handling routines (not shown) or implicitly, such as via an interrupt routine handled by the ORB (block 92) The request is translated into a data source-specific query (block 93), as further described hereinbelow with reference to FIG 9 If the DBMS 55a–b offers multi-threaded operation (block 94), multiple control threads are processed (block 95) One approach to handling

10

multi-threading in a distributed object operating environment is described in the U S patent application entitled "Methods and Apparatus For Managing a Database in a Distributed Object Operating Environment," Ser No. 08/414,119, pending, the disclosure of which is incorporated herein by reference The query is issued to the database 54a–b (block 96) and any updates to the data source are performed (block 97) In the still further embodiment, the transactions are handled (block 98) Finally, the results are processed and returned to the client (block 99), as further described hereinbelow with reference to FIG 10

FIG 9 is a flow diagram of the routine 93 for translating a request used by the routine of FIG 8 Its purpose is to bind the input parameters received from the client and form a data-source specific query request First, the input function parameters are copied to variables known to the data source-specific query language (block 100) The API for the data source is accessed (block 101) and the data source schema is imported into the query object 52a–b (block 102) The API and schema are used to formulate a syntactically correct query for the DBMS 55a–b Finally, the translated request is sent to the data source (block 103)

FIG 10 is a flow diagram of the routine 99 for processing results used by the routine of FIG 8 Its purpose is to iteratively process any intermediate results received from the database 54a–b If the results are iterative (block 110), the results are returned iteratively to the client (block 112) Otherwise, all of the results are returned at once (block 111)

Compared to the prior art approaches to interfacing applications to databases in a three-tiered model, query objects present several unique advantages First, query objects encapsulate the database query language and the specifics required to access the databases so that the clients do not have to know the DBMS details Second, query objects encapsulate the particular database schema and thus isolate the clients from schema changes made at the bottom tier, provided that the query objects are modified accordingly Consequently, an application can migrate from one DBMS to another and from one data schema to another without impacting the business logic of the application Third, query objects encapsulate the use of the particular DBMS API and present a DBMS-independent interface accessed via parametized requests Since query objects are generated automatically, clients that rely on them can take advantage of emerging technological improvements by simply regenerating their query objects, thereby preserving the IDL interface but upgrading the implementation Finally, query objects bypass the data object layer, thereby avoiding the need to map data into active data objects This feature can have several performance advantages, especially when the number of objects that must be examined by the query is large

While the invention has been particularly shown and described with reference to embodiments thereof, those skilled in the art will understand that the foregoing and other changes in form and detail may be made therein without departing from the spirit and scope of the present invention

What is claimed is:

1 A system for providing improved interfacing to a data source, the data source comprising a schema describing organization of the data within the data source and a interface defined in a query language, the system comprising:

    a query object configured to store and retrieve data from the data source, the query object comprising:

        a set of data manipulations encapsulated in the query object and implemented in the query language, each

such encapsulated data manipulation conforming to the schema of the data source;

a connection manager encapsulated in the query object for handling a connection via the interface between the query object and the data source;

a query processor encapsulated in the query object for performing at least one such encapsulated data manipulation on the data source in response to a request from a client; and

a results processor encapsulated in the query object for processing a resultant set of the data received in response to the at least one such data manipulation form the data source and providing the resultant set of the data as pre-determined data types to the client

2. A system according to claim 1, wherein the request further comprises a parametized request, the query processor accessing the data source via the parametized request.

3. A system according to claim 1, further comprising an error handler handling errors encountered by the connection manager and the query processor, each such error sending a pre-determined error indication to the client

4. A process according to claim 1, wherein the query processor handles transactions subsequent to performing at least one such encapsulated data manipulation

5. A system according to claim 4, wherein the query processor handles transactions by caling a single statement transaction implemented in the query language

6. A system according to claim 4, wherein the query processor handles transactions by calling an explicit transaction operation implemented in the query language.

7. A system according to claim 4, wherein the query processor handles transactions by invoking a transaction manager which interfaces with the query object via the interface

8. A system according to claim 1, wherein the query processor processes a plurality of threads, each such thread controlling at least one such encapsulated data manipulation on the data source

9. A system according to claim 1, wherein the query processor maps the request from the client to an intermediate data format

10. A system according to claim 1, wherein the query processor maps the resultant set of the data into an intermediate data format

11. A system according to claim 1, wherein the data source operates in a distributed processing environment comprising a plurality of the query objects

12. A process for providing improved interfacing to a data source, the data source comprising a schema describing organization of the data within the data source and a interface defined in a query language, the process comprising:

provding a query object having encapsulated therein a set of data manipulations implemented in the query language, each such encapsulated data manipulation conforming to the schema of the data source;

handling a connection via the interface between the query object and the data source using a connection manager encapsulated within the query object;

performing at least one such encapsulated data manipulation on the data source in response to a request from a client using a query processor encapsulated within the query object; and

processing a resultant set of the data received in response to the at least one such data manipulation form the data source using a results processor encapsulated within the query object; and

providing the resultant set of the data as pre-determined data types to the client using the results processor encapsulated within the query object

13. A process according to claim 12, wherein the request further comprises a parametized request, the step of performing at least one such encapsulated data manipulation further comprising the step of accessing the data source via the parametized request

14. A process according to claim 12, further comprising the step of handling errors encountered during the steps of handling a connection and performing at least one such encapsulated data manipulation, each such error sending a pre-determined error indication to the client.

15. A process according to claim 12, further comprising the step of handling transactions subsequent to the step of performing at least one such encapsulated data manipulation.

16. A process according to claim 15, wherein the step of handling transactions further comprises the step of calling a single statement transaction implemented in the query language

17. A process according to claim 15, wherein the step of handling transactions further comprises the step of calling an explicit transaction operation implemented in the query language

18. A process according to claim 17, wherein the explicit transaction operation further comprises the step of performing at least one of a commit statement and a rollback statement

19. A process according to claim 15, wherein the step of handling transactions further comprises the step of invoking a transaction manager which interfaces with the query object via the interface

20. A process according to claim 12, further comprising the step of processing a plurality of threads, each such thread controlling at least one such encapsulated data manipulation on the data source

21. A process according to claim 12, further comprising the step of mapping the request from the client to an intermediate data format

22. A process according to claim 21, wherein the intermediate data format comprises an interface definition language, the process further comprising the step of converting the request from the client into the interface definition language

23. A process according to claim 12, further comprising the step of mapping the resultant set of the data into an intermediate data format

24. A process according to claim 23, wherein the intermediate data format comprises the query language of the data source, the process further comprising the step of converting the resultant set of the data into the query language

25. A process according to claim 12, wherein the data source operates in a distributed processing environment comprising a plurality of the query objects

26. A computer program product embodied on a computer-readable medium for providing improved interfacing to a data source, the data source comprising a schema describing organization of the data within the data source and a interface defined in a query language, the computer program product comprising:

code for providing a query object having encapsulated therein a set of data manipulations implemented in the query language, each such encapsulated data manipulation conforming to the schema of the data source;

code for handling a connection via the interface between the query object and the data source using a connection manager encapsulated within the query object;

6,076,092

13

code for performing at least one such encapsulated data manipulation on the data source in response to a request from a client using a query processor encapsulated within the query object; and

code for processing a resultant set of the data received in response to the at least one such data manipulation form the data source using a results processor encapsulated within the query object; and

code for providing the resultant set of the data as predetermined data types to the client using the results processor encapsulated within the query object

27 A computer program according to claim 26, wherein the request further comprises a parametized request, the code for performing at least one such encapsulated data manipulation further comprising code for accessing the data source via the parametized request

28 A computer program according to claim 26, further comprising code for handling errors encountered during handling a connection and performing at least one such encapsulated data manipulation, each such error sending a pre-determined error indication to the client

29 A computer program according to claim 26, further comprising code for handling transactions subsequent to the code for performing at least one such encapsulated data manipulation

30 A computer program according to claim 26, further comprising code for processing a plurality of threads, each such thread controlling at least one such encapsulated data manipulation on the data source

31 A computer program according to claim 26, further comprising code for mapping the request from the client to an intermediate data format

32 A computer program according to claim 31, wherein the intermediate data format comprises an interface definition language, the computer-readable medium further com-

14

prising code for converting the request from the client into the interface definition language

33 A computer program according to claim 26, further comprising code for mapping the resultant set of the data into an intermediate data format

34 A computer program according to claim 33, wherein the intermediate data format comprises the query language of the data source, the computer-readable medium further comprising code for converting the resultant set of the data into the query language.

35. A computer data signal embodied in a carrier wave for providing improved interfacing to a data source, the data source comprising a schema describing organization of the data within the data source and a interface defined in a query language, the computer data signal comprising:

code for providing a query object having encapsulated therein a set of data manipulations implemented in the query language, each such encapsulated data manipulation conforming to the schema of the data source;

code for handling a connection via the interface between the query object and the data source using a connection manager encapsulated within the query object;

code for performing at least one such encapsulated data manipulation on the data source in response to a request from a client using a query processor encapsulated within the query object; and

code for processing a resultant set of the data received in response to the at least one such data manipulation form the data source using a results processor encapsulated within the query object; and

code for providing the resultant set of the data as predetermined data types to the client using the results processor encapsulated within the query object

*   *   *   *   *

# EXHIBIT C

Exhibit C



US006912520B2

(12) **United States Patent**   (10) **Patent No.:**   **US 6,912,520 B2**

Hankin et al.   (45) **Date of Patent:**   **Jun. 28, 2005**

(54) **SYSTEM AND METHOD FOR PROVIDING A PERSISTENT OBJECT FRAMEWORK FOR MANAGING PERSISTENT OBJECTS**

(75) Inventors: **Keith Hankin**, Palo Alto, CA (US); **Ching-Wen Alan Chu**, Santa Clara, CA (US); **Nirupama Mallavarupu**, Santa Clara, CA (US); **James Kong**, Santa Clara, CA (US)

(73) Assignee: **Sun Microsystems, Inc.**, Palo Alto, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 538 days.

(21) Appl. No.: 09/940,580

(22) Filed: **Aug. 29, 2001**

(65) **Prior Publication Data**

US 2003/0163439 A1 Aug. 28, 2003

(51) Int. Cl.[7] ........................... G06F 17/30

(52) U.S. Cl. ............... 707/1; 707/4; 707/10; 707/103 R; 707/200; 709/220; 709/229; 719/315; 719/316

(58) Field of Search ................. 707/4, 10, 200, 707/103 R, 1–3, 6, 102, 101, 104 1, 203; 709/220, 229, 216, 203, 219, 222; 719/315, 316; 711/100, 118, 159, 160

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,765,162 A | * | 6/1998 | Blackman et al. | 707/103 R |
| 5,787,280 A | * | 7/1998 | Joseph et al. | 707/203 |
| 6,035,303 A | * | 3/2000 | Baer et al. | 707/103 R |
| 6,052,528 A | * | 4/2000 | Dechamboux | 717/116 |
| 6,065,013 A | * | 5/2000 | Fuh et al. | 707/103 R |
| 6,356,946 B1 | * | 3/2002 | Clegg et al. | 709/231 |
| 6,453,321 B1 | * | 9/2002 | Hill et al. | 707/103 Y |
| 6,615,204 B1 | * | 9/2003 | Menon | 707/3 |
| 6,615,219 B1 | * | 9/2003 | Bruso et al. | 707/102 |

| | | | | |
|---|---|---|---|---|
| 2002/0147857 A1 | * | 10/2002 | Sanchez et al. | 709/316 |

OTHER PUBLICATIONS

Fotouni et al.: Complex objects in the temporal object system, May 19992, IEEE, pp. 381–384 *

Malcolm et al.: Types and persistence in database programming languages, Jun. 1987, ACM computing Serveys, vol. 19, p. 105–170 *

Jorge F. et al.: Transaction management in an object–oriented database system, 1988, ACM Press, pp. 37–45 *

Rafiul Ahad: A framework to support an object–oriented view of existing engineering database, 1988, ACM Press, pp. 167–175 *

SQL, Techencyclopedia, http://www.techweb.com/encyclopedia/printDefinition?term=SQL, May 18, 2001, pp. 1–2

Windows SDK, Techencyclopedia, http://www.techweb.com/encyclopedia/printDefinition?term=Windows%20SDK, May 18, 2001, p. 1

IPlanet, Techencyclopedia, http://www.techweb.com/encyclopedia/printDefinition?term=iPlanet, May 18, 2001, p. 1

(Continued)

*Primary Examiner*—Charles Rones
*Assistant Examiner*—Jacques Veillard
(74) *Attorney, Agent, or Firm*—Kent A. Lembke; William J. Kubida; Hogan & Hartson LLP

(57)   **ABSTRACT**

A system and method for managing persistent objects with a persistent object framework is disclosed. The persistent object framework receives queries and instructions from an application for data from the persistent objects. The persistent objects are stored in data sources, such as databases or repositories. The persistent object framework may create, save, update, access, search, and delete persistent objects. Further, the persistent object framework caches applicable persistent objects for the application. The persistent object framework provides the caching for the persistent objects. The persistent object framework supports both Lightweight Directory Access Protocol and relational databases.

**27 Claims, 9 Drawing Sheets**



# US 6,912,520 B2
Page 2

OTHER PUBLICATIONS

IPlanet Application Server, Techencyclopedia, http://www techweb com/encyclopedia/printDefinition?term= iPlanet%20Application%Serve, May 18, 2001, p 1

Java platform, Techencyclopedia, http://www techweb com/ encyclopedia/printDefinition?term=Java%20platform, May 18, 2001, p 1

Persistent object, Techencyclopedia, http://www techweb com/encyclopedia/printDefinition?term=persistent% 20object, May 18, 2001, p 1

Java application, Techencyclopedia, http://www techweb com/encyclopedia/printDefinition?term= Java%20application, May 18, 2001, p 1

LDAP, Techencyclopedia, http://www techweb com/ency- clopedia/printDefinition?term=LDAP, May 18, 2001, p 1

* cited by examiner



**Fig. 1**



**Fig. 2**



**Fig. 3**



Fig. 4A



Fig. 4B



Fig. 5



**Fig. 6**



Fig. 7



**Fig. 8**

US 6,912,520 B2

1

# SYSTEM AND METHOD FOR PROVIDING A PERSISTENT OBJECT FRAMEWORK FOR MANAGING PERSISTENT OBJECTS

## BACKGROUND OF THE INVENTION

### 1 Field of the Invention

The present invention relates to a system and method for managing objects that are stored persistently. More particularly, the present invention relates to managing persistently stored objects within databases that are accessible by applications

### 2 Discussion of the Related Art

A persistent object may be defined as an abstraction of data that represents an object that may be involved in a business process and is stored persistently Examples of persistent objects include orders, customers, products and the like Persistent objects may be stored in different types of persistent storage, such as relational databases, object-oriented databases, Lightweight Directory Access Protocol ("LDAP") enabled directories, flat files, and the like In persistent object environments, the term "data source" may refer to persistent storage so as to be applicable to all forms of persistent storage For example, "data source" may indicate a database

In addition to being stored, persistent objects may be managed An application programming interface ("API") may create, update, delete, and query the objects that are stored persistently Managing persistent objects may become a priority as programs are written for any platform, such as Java applications The application may look for the persistent objects or may create persistent objects to be used after the program has been completed Therefore, a framework for persistent object API may be desired that is uniform and simple

## SUMMARY OF THE INVENTION

Accordingly, the embodiments of present invention are directed to a system and method for providing a persistent object framework for managing persistent objects

According to an embodiment, a system for managing persistent objects for an application is disclosed The persistent objects are stored in at least one data source The system includes a persistent object framework to provide data from and perform functions on the persistent objects in accordance with the application The system also includes a cached set of persistent objects within the persistent object framework and corresponding to the stored persistent objects

According to another embodiment, an application system supported by a Java programming environment is disclosed The application system includes a relational database storing a first set of persistent objects correlating to the application The application system also includes a LDAP repository storing a second set of persistent objects correlating to the application. The application system also includes a persistent object framework to provide data to the application from the first and second sets of persistent objects The persistent object framework caches a subset of the persistent objects from the relational and the LDAP repository

According to another embodiment, a method for managing persistent objects correlating to an application is disclosed The method includes mapping a persistent object stored within a data source with a persistent object framework coupled to the application The method also includes

2

identifying the persistent object stored in the data source as applicable to the application The method also includes caching the persistent object within the persistent object framework

According to another embodiment, a method for searching persistent objects stored in at least one data source is disclosed An application accesses the persistent objects for data The method includes receiving a search query for a persistent object at a persistent object framework The method also includes determining a query type for the search query The method also includes searching a cache within the persistent object framework for the persistent object The method also includes searching the data source when the persistent object is not within the cache

According to another embodiment, a method for managing persistent objects stored in at least one data source according to relationships between the persistent objects is disclosed An application accesses the persistent objects for data. The method includes specifying a relationship between at least two objects The method also includes retrieving the at least two objects according to the relationship The method also includes performing a function on the relationship The method also includes synchronizing another relationship between the at least two objects according to the result of the function

According to another embodiment, a method for resolving a stale data state between a persistent object and an application accessing the persistent object for data is disclosed The method also includes executing a process of the application accessing the persistent object The persistent object includes a revision attribute The method includes identifying the stale data state within the persistent object by a persistent object framework The method also includes retrying the process of the application accessing the persistent object The method also includes incrementing the revision attribute

According to another embodiment, a method for managing persistent objects within an application system is disclosed The persistent objects are stored within a first data source and a second data source The persistent objects provide data to an application The method includes implementing a persistent object framework that caches the persistent objects correlating to the application by creating the persistent objects, caching the persistent objects, accessing the persistent objects, updating the persistent objects, searching the persistent objects, deferring writes to the first and second data sources, and controlling persistent storage of the persistent objects The method also includes retrieving the data from the first and second data sources when requested by the persistent object framework

According to another embodiment, a system for managing persistent objects correlating to an application is disclosed The system includes means for mapping a persistent object stored within a data source with a persistent object framework coupled to the application The system also includes means for identifying the persistent object stored in the data source as applicable to the application The system also includes means for caching the persistent object within the persistent object framework

According to another embodiment, a computer program product comprising a computer useable medium having computer readable code embodied therein for managing persistent objects correlating to an application is disclosed The computer program product is adapted to run on a computer to effect steps, including mapping a persistent object stored within a data source with a persistent object

US 6,912,520 B2

3

framework coupled to the application. The steps also include identifying the persistent object stored in the data source as applicable to the application. The steps also include caching the persistent object within the persistent object framework.

According to another embodiment, a system for searching persistent objects stored in at least one data source is disclosed. An application accesses the persistent objects for data. The system includes means for receiving a search query for a persistent object at a persistent object framework. The system also includes means for determining a query type for the search query. The system also includes means for searching a cache within the persistent object framework for the persistent object according to the query type. The system also includes means for searching the data source when the persistent object is not within the cache.

According to another embodiment, a computer program product comprising a computer useable medium having computer readable code embodied therein for searching persistent objects stored in at least one data source is disclosed. An application accesses the persistent objects for data. The computer program product is adapted to run on a computer to effect steps, including receiving a search query for a persistent object at a persistent object framework. The steps also include determining a query type for the search query. The steps also include searching a cache within the persistent object framework for the persistent object according to the query type. The steps also include searching the data source when the persistent object is not within the cache.

According to another embodiment, a system for managing persistent objects stored in at least one data source according to relationships between the persistent objects is disclosed. An application accesses the persistent objects for data. The system includes means for specifying a relationship between at least two objects. The system includes means for retrieving the two objects according to the relationship. The system includes means for performing a function on the relationship. The system includes means for synchronizing another relationship between the two objects according to the result of the function.

According to another embodiment, a computer program product comprising a computer useable medium having computer readable code embodied therein for managing persistent objects stored in at least one data source according to relationships between the persistent objects is disclosed. An application accesses the persistent objects for data. The computer program product is adapted to run on a computer to effect steps, including specifying a relationship between at least two objects. The steps also include retrieving the two objects according to the relationship. The steps also include performing a function on the relationship. The steps also include synchronizing another relationship between the two objects according to the result of the function.

According to another embodiment, a system for resolving a stale data state between a persistent object and an application accessing the persistent object for data is disclosed. The persistent object includes a revision attribute. The system also includes means for retrying the process of the application accessing the persistent object. The system includes means for identifying the stale data state within the persistent object by a persistent object framework. The system also includes means for executing a process of the application accessing the persistent object. The system also includes means for incrementing the revision attribute.

According to another embodiment, a computer program product comprising a computer useable medium having

4

computer readable code embodied therein for resolving a stale data state between a persistent object and an application accessing the persistent object for data is disclosed. The computer program product is adapted to run on a computer to effect steps, including executing a first process of the application accessing the persistent object. The persistent object includes a revision attribute. The steps identifying the stale data state within the persistent object by a persistent object framework also include and incrementing the revision attribute. The steps also include retrying the process of the application accessing the persistent object. The steps also include incrementing the revision attribute.

According to another embodiment, a system for managing persistent objects within an application system is disclosed. The persistent objects are stored within a first data source and a second data source and the persistent objects provide data to an application. The system includes means for implementing a persistent object framework that caches the persistent objects correlating to the application comprising means for creating the persistent objects, means for caching the persistent objects, means for accessing the persistent objects, means for updating the persistent objects, means for searching the persistent objects, means for deferring writes to the first and second data sources, and means for controlling persistent storage of the persistent objects. The system also includes means for retrieving the data from the first and second data sources when requested by the persistent object framework.

According to another embodiment, a computer program product comprising a computer useable medium having computer readable code embodied therein for managing persistent objects within an application system is disclosed. The persistent objects are stored within a first data source and a second data source and the persistent objects provide data to an application. The computer program product is adapted to run on a computer to effect steps, including implementing a persistent object framework that caches the persistent objects correlating to the application comprising creating the persistent objects, caching the persistent objects, accessing the persistent objects, updating the persistent objects, searching the persistent objects, deferring writes to the first and second data sources, and controlling persistent storage of the persistent objects. The steps also include retrieving the data from the first and second data sources when requested by the persistent object framework.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this specification, illustrate the disclosed embodiments and together with the description serve to explain the principles of the invention in the drawings:

FIG. 1 illustrates a block diagram of a software application system in accordance with an embodiment of the present invention;

FIG. 2 illustrates a persistent object framework in accordance with an embodiment of the present invention;

FIG. 3 illustrates a flowchart for managing persistent objects within a persistent object framework in accordance with an embodiment of the present invention;

FIG. 4A illustrates a flowchart for determining initial values for attributes when creating a persistent object in accordance with an embodiment of the present invention;

US 6,912,520 B2

5

FIG. 4B illustrates a flowchart for configuring a persistent object in accordance with an embodiment of the present invention;

FIG. 5 illustrates a flowchart for searching for objects within a persistent object framework in accordance with an embodiment of the present invention;

FIG. 6 illustrates a flowchart for managing objects through relationships in accordance with an embodiment of the present invention;

FIG. 7 illustrates a flowchart for stale data checking in accordance with an embodiment of the present invention; and

FIG. 8 illustrates a flowchart for persistent object framework maintenance functions in accordance with an embodiment of the present invention

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the preferred embodiment of the present invention, examples of which are illustrated in the drawings

Embodiments of the present invention include a persistent object framework that provides access to persistent objects in the form of a network of inter-relations that may appear to the application developer as memory resident This feature may minimize the need for application developers to perform certain tasks These tasks may include managing persistent object transactions, managing data source connections, composing query statements, mapping of query results to persistent objects and mapping back for data source inserts, updates, and deletes, and the like

FIG. 1 depicts a system 100 for executing a software application in accordance with an embodiment of the present invention System 100 may execute a program application on a platform, such as a computer. Preferably, system 100 includes a Java application 102 supported by a database 104 and a LDAP repository 106 Java application 102 may be a Java program or a software application Java application 102 may run on all hardware platforms, preferably without modification Java application 102 may be a Java program that contains source code that is compiled into bytecode Bytecode may be an intermediate language that should run standing alone The bytecode may be converted, or interpreted, into machine code when Java application 102 is launched A Java interpreter, or Java Virtual Machine, is invoked The Java Virtual Machine translates the bytecode into machine code and runs the program Java application 102 may be a Java servlet that is Java code running on the server side Alternatively, Java application 102 may be a Java applet that is Java code down loaded and running on a client's computer by request

Database 104 may be colocated with a web server Database 104 may be a relational database, object-oriented database, and the like Database 104 may store persistent objects LDAP repository 106 may be a LDAP-enabled directory that stores persistent objects Additional storage components, such as flat files, may be coupled to system 100 and accessible by Java application 102 The storage components should store persistent objects Database 104 and LDAP repository 106 also may be known as data sources

Java application 102 may use business objects 108 in executing Business objects 108 may be those objects used in electronic commerce applications, such as buyer, seller, product, and the like Business objects 108 may be stored within database 104 and LDAP repository 106 Business

6

objects 108 also may be stored within additional data sources accessible by Java application 102

Base architecture 110 includes those components that function to connect the storage components to Java application 102 Base architecture 110 includes application-server-Java-database-connectivity services 112, LDAP Java Software Development Kit ("SDK") 114, and other application server services 116 A SDK provides APIs, programming framework and the like for developers to use LDAP Java SDK 114 provides the means to access the data in LDAP repository 106 Other application server services 116 may include logging, TX, EJB, and the like Java-database-connectivity ("JDBC") services 112 provide an interface with database 104 LDAP Java SDK 114 provides an interface with LDAP repository 106

Base architecture 110 also includes persistent object framework ("POF") 120 POF 120 provides a uniform, simple application program interface for creating, updating, deleting and querying the persistently stored objects POF 120 may provide transparent mapping of objects between memory, and database 104 and LDAP repository 106 POF 120 may provide features such as object relationships, concurrency protection, caching, deferred writing, and the like

FIG. 2 depicts a persistent object framework in accordance with an embodiment of the present invention FIG. 2 depicts some of the POF components in order to illustrate embodiments of the present invention FIG. 2, however, should not be considered as illustrating all POF functionalities POF 120 may be comprised of data model files and persistent object configuration files POF 120 may perform operations dynamically based upon a data model 210 Data model 210 may be one of a plurality of data models identified by POF 120 The data model 210 may be loaded at runtime initialization For example, whenever a request to create a new object of type "Order" is received, the newly-created object may be initialized dynamically by examining the definition of the "Order" object type in terms of the attributes that an "Order" should contain Alternatively, code generation may be implemented to generate an initialization method to improve the performance of object creation

The data model 210 may specify the types of persistent objects available for use by applications, such as Java application 102 The data model 210 also may specify how each persistent object type maps to data source schemas Each schema may represent a database table for persistent objects that are to be stored in database 104 Each schema may represent an LDAP schema for persistent objects that are to be stored in LDAP repository 106 The data model 210 may be specified in a file, and formatted as disclosed by the following example:

Data Model Name-Type-Value ("NTV") File Format

DataModel: =NTV {<DataElementStanza> [<SchemaStanza>][<ObjectTypeStanza>] [<RelationshipStanza>]}

DataElementStanza: ="data$_{13}$ elements" NTV {"defaults" NTV {<DataElements>}}

DataElements: = <name>" NTV {"datatype" Str "<DataType>", }[,<DataElements>]

DataType:= String|Integer|Long|Boolean|BigDecimal|Date

SchemaStanza:=' schema_elements" NTV {"schema" NTV {<Schemas>}}

Schemas: ="<name>" NTV {"schema_type" Str "<SchemaType>", "attributes" NTV

US 6,912,520 B2

{<SchemaAttributes>}, ["table_name" Str "<jdbcTableName">,]["object_class_name" Str "<ldapObjectClassName">,]["initial_values" NTV {<LDAPSchemaAttrInitialValues>},]}[,<Schemas>]

LDAPSchemaAttrInitialValues: ="<ldapAttrName>" <StringOrStringArray>[,<LDAPSchemaAttrInitial Values>]

StringOrStringArray: =Str "<initialValue>"|StrArr [<initialStringValues>]

SchemaType: =jdbc|ldap

SchemaAttributes: ="<name>" NTV {"data_element" Str "<dataElementName>", ["column_name" Str "<jdbcColumnName">,]["attr_name" Str "<ldapAttrName">,]["dn_attribute" Bool "<Boolean>",]["dn_first_attr" Bool "<Boolean>",] ["required" Bool "<Boolean>",]["primary_key" Bool "<Boolean>",]["sequence" Str "<dbSequence Name>",]["rev_attribute" Bool "<Boolean>",]}[, <SchemaAttributes>]

ObjectTypeStanza: ="data_objects" NTV {<Object-Types>}

ObjectTypes: ="<tag>" NTV {"class_name" Str "<name>", ["attributes" NTV {<ObjectAttributes>},] ["transient_attributes" NTV {<ObjectTransient Attributes>},]["custom_props" NTV {<CustomProperties>},]["type_tag_attr" Str "<typeTagAttrName>",]["type_tag_value" <NTV-DataType> "<typeTagAttrValue>",]["inherits" StrArr [<objectTypeNames>],]}[,<ObjectTypes>]

CustomProperties: ="<propertyName>" <NTV-DataType> "<property Value>"[,<CustomProperties>]

ObjectAttributes: ="<tag>" NTV {"attr_name" Str "<name>", "schemas" NTV Arr [<ObjectAttrSchemas>], ["default_value" <NTVDataType> "<defaultValue>",] ["custom_props" NTV {<CustomProperties>},]["guid" Bool "<Boolean>",]}[,<ObjectAttributes>]

ObjectTransientAttributes: ="<tag>" NTV {"attr_name" Str "<name>", ["datatype" Str "<DataType>",] ["default_value" <NTVDataType> "<defaultValue>",] ["custom_props" NTV {<CustomProperties>},]}[, <ObjectTransientAttributes>]

NTVDataType: =Str|Int|Long|Bool|Dec|Date

ObjectAttrSchemas: ={"schema" Str "<schemaName>", "schema_attr" Str "<schemaAttrName>"}[, <ObjectAttrSchemas>]

RelationshipStanza: ="relationships" NTV {<Relation-ships>}

Relationships: ="<name>" NTV {"source" NTV {<RelationshipRole>}, "target" NTV {<RelationshipRole>}, }[,<Relationships>]

RelationshipRole: ="cardinality" Str "<Cardinality>", ["access_name" Str "<accessName>",]["custom_props" NTV {<CustomProperties>},]<RoleReference TypeSpecificInfo>

RoleReferenceTypeSpecificInfo: =<Referencing ByForeignKey>|<ReferencedByForeignKey>|<Refere ncingByTagPlusForeignKey>|<ReferencedByTag PlusForeignKey>|<ReferencingBy Handle> |<ReferencedByHandle>|<AssocReference>

ReferencingByForeignKey: ="data_object" Str "<objectTypeName>", "common_attribute" StrArr [<CommonAttributes>], ["foreign_key" Bool "<Boolean>",]

ReferencedByForeignKey: ="data_objects" Str "<objectTypeName>", "common_attribute" StrArr [<CommonAttributes>],

ReferencingByTagPlusForeignKey: ="data_object" Str "<objectTypeName>", "rel_type_tag_attr" Str "<relTypeTagAttrName>", "rel_data_objects" NTV {<TagRelObjectTypes>},

ReferencedByTagPlusForeignKey: ="data_objects" NTV {<FKObjectTypes>},

ReferencingByHandle: ="data_object" Str "<objectTypeName>", "rel_obj_handle_attr" Str "<relObjHandleAttrName>",

ReferencedByHandle: ="data_objects" NTV {<ObjectTypes>},

AssocReference: ="assoc_rel" Str "<relationship Name>", "assoc_role" Str "<SourceOrTarget>",

SourceOrTarget: =source|target

CommonAttributes: ="objectAttributeName" [,<CommonAttributes>]

Cardinality: =0    1|1    1|0    n|1    n

TagRelObjectTypes: ="<relObjectTypeName>" NTV {"rel_type_tag_value" <NTVDataType> "<relTypeTagAttrValue>", "common_attribute" StrArr [<CommonAttributes>], }[,<TagRelObject Types>]

FKObjectTypes: ="<objectTypeName>" NTV {"common_attribute" StrArr [<CommonAttributes>], }[,<FKObjectTypes>]

ObjectTypes: ="<objectTypeName>" NTV { }[,<ObjectTypes>]

Boolean: =true|false

POF 120 also includes an object space 212 to specify a mapping between persistent object types and the data sources into which they are to be stored, such as database 104 and LDAP repository 106 Preferably, the disclosed embodiments may allow for one data source to be specified per schema type Thus, one data source may be specified for JDBC and another for LDAP Every JDBC data source that is specified in object space 212 may be registered with the LDAP server that is used by the Java service to lookup the data source The object space 212 may be specified in a file, and formatted as disclosed by the following example:

Object Space NTV Format
ObjectSpace: ="object_space" NTV {"data_sources" NTV {<OSDataSources>},}

OSDataSources: =' <dataSourceName>" NTV {["root_dn" Str "<ldapRootDN>",]},

The data source may be formatted as disclosed by the following example:

Data Source NTV Format
DataSources: ="data_sources" NTV {<DataSourceStan-zas>}

DataSourceStanzas: ="<name>" NTV {"type" Str "<DataSourceType>", "data_source" Str "<dataSourceName>", ["user_name" Str "<jdbcUserName>",]["password" Str "<jdbcPassword>",]["port" Int "<ldapPort>",]}[, <DataSourceStanzas>]

DataSourceType: =jdbc|ldap

Persistent objects are dynamic such that to define a new persistent object type, one edits the files described above: data model, object space and data source Any changes to the persistent objects, or defined new persistent object types, are available immediately for use without any compilation

As noted above, data model 210 may include a value for data type The data type specified by data model 210 may include:

US 6,912,520 B2

9                                    10

| Data Type | Java Data Type | Oracle Database Data Type |
|---|---|---|
| Str | String | VARCHAR2(<maxCharLength>) |
| Int* | Integer | NUMBER(10) |
| Long** | Long | NUMBER(19) |
| Bool | Boolean | NUMBER(1) |
| Dec | BigDecimal | NUMBER(<maxDigitsLeftOfDecimal>, <maxDigitsRightOfDecimal>) |
| Date | Date | DATE |

*The Int data type may be used for attributes that are designated in the schema as "rev_attribute" Bool "true"

** The Long data type may be used for attributes that are designated in the schema as 'sequence' generated

Attributes also may be defined by data model **210** An attribute may be a field within a record stored within a data source Methods may be given to retrieve and to set the attribute values The attribute values may be retrieved or set as their native types, or in a type-independent way using the method disclosed in the pseudo-code example given below:

```
void
sampleMethod(CXPObject order, CXPObject order2)
    throws CXException
{
    String code, desc;
    BigDecimal grossQty;
    CXPObject buyerCo;
    Collection lines;
// Get a couple of string values
code = order getStr("code");
desc = order getStr("description");
// Copy the value of "grossQuantity" from one order to another order
order2 setValue("grossQuantity", order getValue("grossQuantity"));
    // Checking for null value
    if (order getValue("description") == null)
        System.out println("No description");
    // Setting null value
    order setValue("description", null);
    // Another way to set null value
    order setStr("description", null);
    // Increment the order's grossQuantity by 10
    grossQty = order getDec("grossQuantity");
    grossQty = grossQty.add(10.0);
    order setDec("grossQuantity", grossQty);
    // Assuming that the 'id' attribute is the primary key for the order,
    // the following statement will throw an exception,
    // since the primary key attribute values cannot be changed
    order setLong("id", 1234);
}
```

POF **120** may specify that an attribute have its value generated automatically as a globally unique identifier ("GUID") The GUID may be globally unique such that no other GUID may have the same value The GUID may be a string, and the attribute to store the GUID also may be declared a string An example of a declaration in the data object section of data model **210** depicting how to declare an attribute as having its value generated automatically as a GUID is given by the following pseudo-code:

```
"User" NTV {
    "class__name" Str "User",
    "attributes" NTV {
        "id" NTV {
            "schemas" NTVArr [
```

-continued

```
                {"schema" Str "User", "schema_attr" Str "id"
            } // datatype must be String
            ],
                "guid" Bool "true", // Indicates that this is a 'GUID'-
generated attribute
            },
            // Add other attributes here
        },
    },
```

Alternatively, POF **120** also may specify that an attribute have its value generated automatically as a unique sequence value The value may be unique for all attributes that use the same sequence name The sequence value is a "long" and, therefore, the attribute also may be declared a "long" An example depicting how to declare an attribute as having its value generated automatically from a sequence is given by the following pseudo-code:

```
"Order" NTV {
    "schema_type" Str "jdbc",
    table_name" Str "Order",
    "attributes" NTV {
        "id" NTV {
            "data_element" Str "Long", // This *must* be
'Long'
            "column_name" Str "id",
            "required" Bool "true",
            "sequence" Str "Order_seq", // Indicates that
value is generated
            // from the
'Order_seq' sequence
        },
        // Add other schema attributes here
    },
}
```

Data model **210** also may define relationships A relationship may express a link between two persistent objects Relationships may be defined in terms of two roles where each role represents one of the two related objects For example, a relationship named "Purchase" may be composed of the following roles:

| Role Name | Object Type(s) | Cardinality |
|---|---|---|
| buyer | Company or Person | 1 1 |
| orders | Order | 0 n |

Each role in a relationship may define a cardinality that indicates the number of objects allowed to be in the relationship Singular cardinality roles may be those that have a value of "0 . . 1" or "1 . . 1" A cardinality of "0 . . 1" may indicate that for every object of one role in the relationship, there is either zero or one related object of this role A cardinality of "1 . . 1" may indicate that for every object of one role in the relationship, there may be only one related object of this role

Multiple cardinality roles may be those that have a value of "0 . . n" or "1 . . n" A cardinality of "0 . . n" may indicate that for every object of one role in the relationship, there may be any number of related objects of this role A cardinality of "1 . . n" may indicate that for every object of one role in the relationship, there may be at least one related object of this role

According to the disclosed embodiments, the mechanism for defining relationships between persistent objects may be

US 6,912,520 B2

11

12

flexible and allows for different ways of specifying how the relationships are represented. Developers may access relationships in a representation-independent manner, and may not have to be aware of how the relationships are represented. Two categories may exist for relationships, reference-based and association-based.

A reference-based relationship may be a relationship wherein the objects of one role contain attribute values that reference the objects of another role. Reference-based relationships may be specified in data model 210 by the examples disclosed below.

A reference-based relationship using reference-by-foreign key may be shown in the following example pseudo-code:

```
"data_objects" NTV {
    "Foo" NTV {
        "attributes" NTV {
            "id" NTV {

            },
            "barID" NTV {

            },
        },
    "Bar" NTV {
        "attributes" NTV {
            "id" NTV {

            },
        },
    },
    "relationships" NTV {
        "FooBar" NTV {
            "source" NTV {
                "data_object" Str "Foo",
                "access_name" Str "bar",
                "cardinality" Str "0..1",
                "foreign_key" Bool "true",
                "common_attribute" StrArr [ "barID" ],
            },
            "target" NTV {
                "data_object" Str "Bar",
                "access_name" Str "foo",
                "cardinality" Str "0..1",
                "common_attribute" StrArr [ "id" ],
            },
        },
    },
}
```

A reference-based relationship using reference-by-type-tag-plus-foreign key may be shown in the following example pseudo-code:

```
"data_objects" NTV {
    "Foo" NTV {
        "attributes" NTV {
            "barType" NTV {
            },
            "barID" NTV {

            },
            "barID2" NTV {

            },
        },
    "TypeA" NTV {
        "attributes" NTV {
            "id" NTV {
```

-continued

```
            },
        },
    },
    "TypeB" NTV {
        "attributes" NTV {
            "id" NTV {

            },
            "id2" NTV {

            },
        },
    },
},
"relationships" NTV {
    "FooBar" NTV {
        "source" NTV {
            "data_object" Str "Foo",
            "access_name" Str "bar",
            "cardinality" Str "0..1",
            "rel_type_tag_attr" Str "barType",
            "rel_data_objects" NTV {
                "TypeA" NTV {
                    "rel_type_tag_value" Str "TypeATag",
                    "common_attribute" StrArr [ "barID" ],
                },
                "TypeB" NTV {
                    "rel_type_tag_value" Str "TypeBTag",
                    "common_attribute" StrArr [ "barID",
                    "barID2" ],
                },
            },
        },
        "target" NTV {
            "access_name" Str "foo",
            "cardinality" Str "0..1",
            "data_objects" NTV {
                "TypeA" NTV {
                    "common_attribute" StrArr [ "id" ],
                },
                "TypeB" NTV {
                    "common_attribute" StrArr [ "id",
                    id2" ],
                },
            },
        },
    },
}
```

A reference-based relationship using reference-by-handle may be shown in the following example pseudo-code:

```
"data_objects" NTV {
    "Foo" NTV {
        "attributes" NTV {
            "barHandle" NTV {

            },
        },
    },
    "relationships" NTV {
        "FooBar" NTV {
            "source" NTV {
                "data_object" Str "Foo",
                "access_name" Str "bar",
                "cardinality" Str "0..1",
                "rel_obj_handle_attr" Str "barHandle",
            },
            "target" NTV {
                "access_name" Str "foo",
                "cardinality" Str "0..1",
                "data_objects" NTV {
                    "TypeA" NTV {
                    },
```

US 6,912,520 B2

13

14

-continued

```
        "TypeB" NTV {
        },
      },
    },
  },
}
```

An association-based relationship may be a relationship wherein a POF object exists that serves as an intermediary between the related objects. The intermediary object may be known as an association object. As association-based relationships are established and de-established between objects, POF **120** automatically creates and removes the association objects as necessary. The association objects automatically are stored and removed from the data source when the store method is invoked on either of the objects in the relationship and/or when the relationship is severed. Thus, the developer may not need to be aware of the existence of the association objects.

Relationships that have a many-to-many cardinality, and relationships wherein none of the related object types is fixed should always be association-based relationships because they desire the intermediary object. While association-based relationships also may be used for other types of relationships, however, it may not be required or recommended that they do so.

Every association-based relationship may be defined in terms of two reference-based relationships. One of the reference-based relationships may be defined as being between one of the related object types and the association object type, while the other reference-based relationship may be defined between the other related object type and the association object type. The association-based relationship also contains information that indicates how to automatically bridge the two reference-based relationships. Association-based relationships may be specified in data model **210** by the examples disclosed below.

An association-based relationship using reference-by-handle and reference-by-foreign-key may be shown in the following example pseudo-code:

```
"data_objects" NTV {
  "FooBarAssoc" NTV {
    "attributes" NTV {
      "fooHandle" NTV {

      },
      "barID" NTV {

      },
    },
  },
  "relationships" NTV {
    "Foo-FooBarAssoc" NTV {
      "source" NTV {
        "data_objects" NTV {
          "Foo" NTV {},
          "Foo2" NTV {}.
        },
        "access_name" Str "fooBarAssocs",
        "cardinality" Str "0 n",
      },
      "target" NTV {
        "data_object" Str "FooBarAssoc",
        "access_name" Str "foo",
        "cardinality" Str "1 1",
        "rel_obj_handle_attr" Str "fooHandle",
      },
```

```
  },
  "Bar-FooBarAssoc" NTV {
    "source" NTV {
      "data_object" Str "Bar",
      "access_name" Str "fooBarAssocs",
      "cardinality" Str "0 n".
      "common_attributes" StrArr [ "id" ],
    },
    "target" NTV {
      "data_object" Str "FooBarAssoc",
      "access_name" Str "bar",
      "cardinality" Str "1 1",
      "common_attributes" StrArr [ "barID" ],
    },
  },
// Association-based relationships (e.g. "Foo-Bar")
// must be specified in the configuration after
// the specifications for the reference-based
// relationships to which it refers
// (i.e. "Foo-FooBarAssoc" and "Bar-FooBarAssoc")
  "Foo-Bar" NTV {
    "source" NTV {
      "access_name" Str "bars",
      "cardinality" Str "0 n",
      "assoc_rel" Str "Foo-FooBarAssoc",
      "assoc_role" Str "source",
    },
    "target" NTV {
      "access_name" Str "foos",
      "cardinality" Str "0 n",
      "assoc_rel" Str "Bar-FooBarAssoc",
      "assoc_role" Str "source",
    },
  },
}
```

Properties may be named values that are specific to a persistent object type, attribute or relationship. These values may be specified in data model **210** and apply to all instances of the persistent object type. Two types of properties may exist: pre-defined and custom. POF **120** may include the following set of pre-defined properties:

| Pre-Defined Object Properties | | | |
|---|---|---|---|
| Symbolic Name | String Name | Value Type | Description |
| CXPObject.OBJ_PROP_TYPE_NAME | "type_name" | String | The object type name |

US 6,912,520 B2

15            16

| | | | Pre-Defined Attribute Properties | |
|---|---|---|---|
| Symbolic Name | String Name | Value Type | Description |
| CXPObject ATTR_PROP_DATA_TYPE | "data_type" | Class | The Java Class representing the data type of the attribute. One of: String.class, Integer.class, Long.class, Boolean.class, java math BigDecimal.class, or java.util Date class |
| CXPObject ATTR_PROP_REQUIRED | "required" | Boolean | "true" if the attribute must have a value before the transaction is committed, "false" if the value is not required |
| CXPObject ATTR_PROP_PRIMARY_KEY | "primary_key" | Boolean | "true" if the attribute is part of the primary key of the object, "false" if the attribute is not part of the primary key |
| CXPObject ATTR_PROP_TRANSIENT | "transient" | Boolean | "true" if the attribute is transient (i e it's value is not saved), "false" if the attribute is persistent |
| CXPObject ATTR_PROP_INITIAL_VALUE | "initial_value" | | The initial value to assign to this attribute when first created The value type should match the attribute's data type |

| | | | Pre-Defined Relationship Properties | |
|---|---|---|---|
| Symbolic Name | String Name | Value Type | Description |
| CXPObject REL_PROP_CARDINALITY_MULTIPLE | "cardinality_multiple" | Boolean | true if relationship allows multiple values, false otherwise |
| CXPObject REL_PROP_REL_OBJECT_TYPES | "rel_object_types" | Array of String | Names of object types that are valid for related object |

Properties may be defined by the business objects that extends the POF base object. The properties may be specified as custom properties in data model 210 An example of specifying custom properties may be shown by the following pseudo-code:

```
"data_objects" NTV {
    "SXOrder" NTV {
        "attributes" NTV {
            "xyz" NTV {
                "attr_name" Str "xyz",
                "custom_props" NTV {
                    // Specify a custom property for attr
xyz" of object type "SXOrder"
                    // with the String value "bar"
                    "foo" Str "bar",
                    // Specify a custom property for attr
abc" of object type "SXOrder"
                    // with the Integer value of "100"
                    "abc" Int "100",
                }
            }
        }
    }
}
```

POF 120 also includes cache 214 that stores persistent objects for managing the persistent objects without accessing a data source. POF 120 may perform operations on persistent objects in cache 214 Persistent objects may be cached in cache 214 for the duration of the user session When a user logs in the cached objects may be accessed until the session ends, usually the time when the user logs out Cache 214 may be private to the session Requests received during the session may be processed When the session is complete, the existence of an exception, if it occurred, during the session is noted By noting any exceptions, the proper resources may be freed from cache 214

FIG 3 depicts a flowchart for managing persistent objects within a persistent object framework in accordance with an embodiment of the present invention Step 300 executes by

creating a new persistent object To create a new persistent object, initial values for the attributes are propogated FIG 4 refers to creating a new persistent object in greater detail below

Step 301 executes by caching the persistent object within POF 120 The persistent object is stored within cache 214 of POF 120. Cached persistent objects may be limited to those persistent objects likely to be accessed during the user session

Step 302 executes by saving the persistent object Newly-created persistent objects may not be saved immediately The object may be inserted into the data source when a save transaction has been committed, or a flush method has been invoked The following example pseudo-code discloses how to save a new orders object The pseudo-code indicates that the primary key for the "Order" object type is generated automatically by either sequence-generation or GUID-generation, and, that no initial values may be needed

```
void
sampleMethod(CXPContext context)
    throws CXException
{
    CXPObject order1, order2, order3;
    Object initVals[] = {
        "code", "Ord-ABC",
        "totalPrice", new BigDecimal(500 25)
    };
    // Create a new order with
    // attribute "foo" set to "foo value",
    order1 = context createObj("Order");
    order1.setStr("foo", "foo value");
    // Persistently save the new order
    context makePersistent(order1);
    // Create a new order, with the initial value of
    // the "code" attribute set to "Ord-ABC",
    // and the "totalPrice" attribute set to 500.25
    order2 = context createObj("Order", initVals);
    // Persistently save the new order
    context makePersistent(order2);
```

US 6,912,520 B2

17                                                                                                    18

-continued

```
    // Create a new order, with initial values copied
    // from order1, overriding the initial value of
    // the "code" attribute to "Ord-ABC",
    // and the "totalPrice" attribute to 500 25.
    order3 = context createObj(order1, initVals);
    context makePersistent(order3);
}
```

Step 304 executes by accessing persistent object information This step also may be known as "introspection" POF 120 may access the persistent object for information on its type, attributes, relationships, and properties The following example pseudo-code discloses how to access a persistent object:

```
void
sampleMethod(CXPObject obj)
        throws CXException
    {
        // Get the names of all attributes for this object
        Collection anames = obj getAttrNames( );
        System.out println("Number of Attrs = " + anames size( ));
        // Check for the existence of an attribute named "xyz"
        if (anames contains("xyz"))
            System out println("Attribute xyz exists ");
        else System out.println("Attribute xyz does not exist ");
        // Print the attribute name and value and the name and value of
all of
        // properties for all persistent (i e  non-transient) attributes of
the object.
        Iterator aiter = anames iterator( );
        while (aiter hasNext( )) {
            String aname = (String) aiter next( );
            if (!((Boolean)obj getAttrProp(aname,
CXPObject ATTR_PROP_TRANSIENT)) booleanValue( )) {
                Object val = obj getValue(aname);
                System out println("Attr Name = " + aname);
                System out println(" Attr Value = " + val);
                Iterator piter =
obj getAttrPropNames(aname) iterator( );
                while (piter hasNext( )) {
                    String pname = (String) piter next( );
                    Object pval = obj getAttrProp(aname,
pname);
                    System out println("Prop Name = " +
pname);
                    System out println("Prop Value = " + pval);
                }
            }
        }
        // Get the names of all relationships of this object
        Collection rnames = obj getRelNames( );
        System out println("Number of Rels = " + rnames size( ));
        // Print the name of all relationships of the object
        Iterator riter = rnames.iterator( );
        while (riter hasNext( )) {
            String rname = (String) riter next( );
            System out println("Rel Name = " + rname);
        }
    }
    POF 120 also may access properties according to the following
pseudo-code example:
    void
    sampleMethod(CXPObject obj)
            throws CXException
        {
            // Print the object type name and description
            System out println("Type = " +
(String)obj getObjProp(CXPObject OBJ_PROP_TYPE_NAME));
            // Print the data type and "foo" custom property value for "xyz"
attribute
            System out println(" Attr 'xyz' Data Type = "
                + ((Class)obj getAttrProp("xyz",
CXPObject ATTR_PROP_DATA_TYPE)) getName( ));
```

```
            System.out.println("Attr 'xyz' 'foo' Property = "
                + (String)obj getAttrProp("xyz", "foo"));
            // Print the description for the "pdq" relationship
            System.out println("Rel 'pdq' Allows multiple values = "
                + (Boolean)obj getRelProp("pdq",
CXPObject REL_CARDINALITY_MULTIPLE));
        }
```

Step 306 executes by querying the persistent object The querying step is disclosed in greater detail with reference to FIG 5

Step 308 executes by updating the persistent object Persistent objects may be updated, or modified, by invoking the persistent object set methods The changes may be marked automatically to be stored persistently The changes may not be saved in the data source, such as database 104, until the transaction is committed, or when a flush method is invoked

Step 312 executes by deleting the persistent object POF 120 may delete objects persistently in a straight-forward manner Different methods may exist to delete persistent objects First, persistent objects may be deleted by primary key, or by object type name and the primary key Second, persistent objects may be deleted by handle Third, persistent objects may be deleted by referencing the persistent object When a persistent object is deleted, all relationships to the object may be automatically removed The deletion of the object and removal of the relationships may not be changed in the data source until the transaction has been committed, or when a flush method is invoked The following example pseudo-code discloses how to delete a persistent object according to each of the methods:

```
void
sampleMethod(CXPContext context,
        String orderPKey,
        String orderHdl,
        CXPObject order)
    throws CXException
    {
        CXPObject order2;
        // Delete the order with a given primary key
        context removeObj("Order", orderPKey);
        order2 = context.findByPrimaryKey("Order", orderPKey);
        if (order2 != null)
            System out.println("You will never see this ");
        // Delete the order with a given handle
        context removeObj(orderHdl);
        order2 = context.findByHandle(orderHdl);
        if (order2 != null)
            System out.println("You will never see this ");
        // Persistently delete an order
        context removeObj(order);
    }
```

FIG 4A depicts a flowchart for determining initial values for attributes when creating a persistent object in accordance with an embodiment of the present invention The initial values for attributes within data model 210 may be propagated to facilitate creating a new persistent object The flowchart correlates with step 300 of FIG 3 Step 300, however, is not limited to the steps disclosed by FIG 4A

Step 400 executes by determining the initial values for attributes that are specified in data model 210 The initial values are filled Step 402 executes by copying the attributes of object parameters Attributes that are part of a foreign key reference may be exempt from this step Step 404 executes by determining the attributes defined as having sequence-

US 6,912,520 B2

19

generated values in data model 210 The initial values are filled with the newly generated sequence value Step 406 executes by determining the attributes defined as having GUID-generated values in data model 210 The initial values are filled with the newly generated GUID value Step 408 executes by updating those attributes having a revision indicator in data model 210 The revision indicator may be updated with a value of 1 Revision indicators are disclosed in greater detail below

FIG. 4B depicts a flowchart for configuring a persistent object in accordance with an embodiment of the present invention Certain values and configuration issues should be resolved when creating a persistent object Again, the flowchart correlates with step 300 of FIG 3 Step 300, however, is not limited to the steps disclosed in FIG 4B

Step 420 executes by determining a persistent object identity for the persistent object Each type of persistent object may specify a set of attributes that correspond to a primary key for that object type so that each persistent object instance may be uniquely identified POF 120 may guarantee that for each unique persistent object, there exists, at most, one instance of the persistent object in memory for a given context Certain implications may arise First, changes to every persistent object may be "seen" by every reference to the same persistent object This implication may guarantee view consistency Second, persistent object references may be compared to determine if the references are referring to the same object by using an "==" operator

Copies of persistent objects may be made, however, the copies should have a primary key that differs from the copied object The copies may be identified as separate objects, independent of the persistent objects from which they were copied

Step 422 executes by defining subtypes and supertypes of a persistent object POF 120 supports specifying object types that are subtypes of other object types Subtypes of a given supertype may have certain commonalities. With regard to interfacing with POF 120, all attributes defined in the supertype may apply to all of the subtypes For example, a type named "Order" may have subtypes named "SalesOrder" and "PurchaseOrder," where the "Order" type defines attributes common to all types of Orders Further, all relationships defined for the supertype may apply to all of the subtypes. Moreover, if a different Java class is defined for each subtype, methods may be defined in the superclass that are either abstract or are implemented solely in terms of the common attributes Subclasses may override these methods by using knowledge of the specific subtype, such as additional type-specific attributes in their implementation For example, the type named "Order" may have a method named "cancel" that have a different implementation for objects of type "SalesOrder" than for objects of type "PurchaseOrder"

With regard to persistent storage, all attributes defined in the supertype may be stored persistently using the same schemas for the supertype and all of the subtypes For example, all objects of type "Order" may have the attribute values stored in the "Order" table Subtype-specific attributes may be defined as being stored either in the same table or in subtype-specific tables With regard to properties, property values that may not have values specified in the subtypes have their values inherited from the supertypes

The attributes that compose the primary key may be the same for the base type and all of its subtypes If a subtype specifies multiple inheritance, all inherited types may share a common base type Attributes with the same name may have to be merged into one attribute in the subtypes It may be an error if the attributes with the same name are not

20

rooted in the same supertype Further, properties may be merged If a subtype inherits different values for a given property, it is an error if the subtype does not define a value for that property

When objects are created, a type tag attribute value may fill automatically with the value of a type tag value for the type of object being created If a type defines a value for type tag attribute or a subtype, and does not specify a value for type tag value, then the type is an abstract type An abstract type indicates that concrete instances of this type may not be created Instances of subtypes of the abstract type that are not themselves abstract may have instances of their subtype created. It may be an error for more than one subtype of a given type to have the same value for type tag value Subtypes also may have subtypes

If subtypes specify attributes with the same name as those defined in the supertype, the declarations augment the existing attribute rather than override the attribute as a new attribute The augmentation may be performed for specifying the mapping of primary key attributes to subtype-specific schemas, overriding property values, and specifying a different default value for an attribute of the subtype

Every object has its type defined at the time it is first created, and it may not change Any attempt at changing the type tag attribute may result in an exception being thrown Queries of the base type may produce all objects that match the query filter and that are of the base type or any of its subtypes No objects may exist as instances of abstract types Each object may be seen as an instance of the type denoted by the value of the type tag attribute

When every object is first created, it may be known as its final type The final type may not be changed for the lifetime of the object There may be an attribute for every type that has subtypes or is a subtype itself, known as the type tag attribute whose value indicates the final type of the object The attribute is set automatically, and any attempt to change its value may result in an exception being thrown

An object of type query may return true if an object is of a specified type or any of its subtypes Queries of a given type produce all objects that match the query filter that are of the queried type or any of its subtypes Objects always appear as instances of their final type Even if an object is found by way of a query of a supertype, the objects that match the query, but are of subtypes of the queried type, may appear as instances of their final type, and not the queried supertype Any type that has subtypes or is a subtype itself and does not have a value for the type tag attribute specified may be abstract and may not have instances created of its type Any attempt to do so may result in an exception being thrown

The following pseudo-code example is a sample data model definition for a Transaction type with subtypes CreditCardTransaction and AccountTransaction:

```
"data_objects" NTV {
    "Transaction" NTV {
        "class_name" Str "Transaction",
        "type_tag_attr" Str "txType",
        "attributes" NTV {
            "txType" NTV {
                "attr_name" Str "txType",
            },
            // Specify attrs that all Transactions have here
        },
    },
```

US 6,912,520 B2

21

-continued

```
'CreditCardTransaction" NTV {
    "class_name" Str "CreditCardTransaction",
    "inherits" StrArr [ "Transaction" ],
    "type_tag_value" Str "CC",
    "attributes" NTV {
        . // Specify CreditCardTransaction specific attrs
        here
    },
},
"AccountTransaction" NTV {
    "class_name" Str "AccountTransaction",
    "inherits" StrArr [ "Transaction" ],
    "type_tag_value" Str "ACCT",
    "attributes" NTV {
        // Specify AccountTransaction specific attrs here
    },
},
}
```

The rules and restrictions described above may apply to the Transaction type defined above For example, when using createObj( ), if the type name is specified as "CreditCardTransaction," the "txType" attribute automatically is assigned the value of "CC " When using createObj( ), if the type name is specified as "AccountTransaction," the "txType" attribute automatically is assigned the value of "ACCT " When using createObj( ), if the type name is specified as "Transaction," an exception may be thrown The exception is because the Transaction type does not specify a value for type tag value, so that it is an abstract type

Instances of Transaction where the "txType" attribute value is "CC" always may be instances of CreditCardTransaction. Instances of Transaction where the "txType" attribute value is "ACCT" always may be instances of AccountTransaction. Any value for "txType" other than "CC" or "ACCT" may be invalid and no object may contain another value Queries of the Transaction type may produce objects of type CreditCardTransaction and AccountTransaction No instances of type Transaction may be produced because it is an abstract type Queries of the CreditCardTransaction type may produce only instances of CreditCardTransaction Queries of the AccountTransaction type may produce only instances of AccountTransaction

FIG 5 depicts a flowchart for searching for objects within a persistent object framework in accordance with an embodiment of the present invention "Searching for objects" also may be known as querying for objects Step 500 executes by receiving a search for data Preferably, Java application 102 requests data for an operation or transaction Base architecture 110 acknowledges that the search request has been received and attempts to return a result Step 502 executes by determining whether the search is by filter, or by primary key, handle, unique key or relationship to another object If step 502 is yes, then step 504 executes by searching by filter Preferably, a filter search is performed using a query class Further, when a filter search is performed, a data source connection may be acquired and held until the query has been terminated The filter search may terminate automatically when it is determined that there are no more matches, returns false, or throws an exception If it is determined that a filter search is no longer desired but has not terminated, then termination may be invoked explicitly Otherwise, the data connections may not be released

If step 502 is no, then the object search is performed by primary key, handle, unique key or relationship, as depicted by steps 506–530 Step 506 executes by determining whether the search is by primary key If yes, then step 508 executes by setting up a search by primary key The follow-

22

ing example is pseudo-code discloses searching by primary key:

```
void
sampleMethod(CXPContext context,
        String orderPKey)
    throws CXException
{
    // Query for an order, given its primary key
    CXPObject order
        = context.findByPrimaryKey("Order",
                    orderPKey);
    if(order != null)
        System out println("Order:"
            + order getStr("coe"));
    else System out println("Order not found ");
}
```

If step 506 is no, then step 510 executes by determining whether the search is by handle. If yes, then step 512 executes by setting up a search by handle The following example pseudo-code discloses searching by handle:

```
void
sampleMethod(CXPContext context,
        String orderHd1)
    throws CXException
{
    // Query for an order, given its handle
    CXPObject order
        = context.findByHandle("Order",
                    orderHd1);
    if(order != null)
        System out println("Order:"
            + order getStr("coe"));
    else System out println("Order not found ");
}
```

If step 510 is no, then step 514 executes by determining whether the search is by unique key If yes, then step 516 executes by setting up a search by unique key The following example pseudo-code discloses searching by unique key:

```
void
sampleMethod(CXPContext context)
    throws CXException
{
    // Query for the order with 'code' == 'Order-XYZ'
    Object[] key = { 'code', 'Order-XYZ'};
    CXPObject order
        = context.findByUniqueKey("Order", key);
    if(order != null)
        System out println("Order found ");
    else System out println("Order not found ");
}
```

If step 514 is no, then step 522 executes setting up a search by relationship Preferably, the relationship search is for relationships to another object Searches and queries by relationships are disclosed in greater detail with regard to FIG. 6

All searches by primary key, handle, unique key, criteria and relationship proceed to step 524 that executes by searching the cache of POF 120 Searching the cache initially allows POF 120 to bypass expensive and time-consuming data source queries whenever possible All data source queries having matching objects returned from the cache may be found there Matching objects from the cache may trump the data in the data source result set, if applicable.

Step 526 executes by determining whether the data is in the cache, and found by the search If yes, then step 528

US 6,912,520 B2

23

24

executes by returning the search result If no, then step **530** executes by perform a lazy load procedure "Lazy load" improves performance by limiting the queries to data sources The premise of lazy load is that queries for data from data sources may be deferred until it is determined that the data is needed Thus, if some data is not needed, performance gains may result from eliminating unnecessary data source queries Deferred data queries, which may result in future lazy loads, may occur in two situations First, when a search for a related object occurs where the source object contains attribute values that reference the target related object and the target related object is not already in the cache, the query for the object is deferred Second, when a search turns up an object that is a subtype of the queried object type that contains part of its data in a schema that applies to the subtype, the query for the part of the object that is in the schema that is subtype-specific is deferred

During lazy load, if any part of the object is not found, an exception may be thrown Exceptions thrown from a lazy load may be caused by one of two situations First, the data in question has been removed from persistent storage since the referring object was loaded In this case, a retry should succeed and a repeat of the exception should be avoided Second, there is bad data in persistent storage In this case, any number of retries still may result in the same exception being thrown After the application's maximum retry count, the exception may be logged as an error These exceptions may contain a parameter indicating that the object has a problem that can be identified by a database administrator to fix the problem

Exceptions that occur as the result of an object being stored or removed where one or more of the changed or removed schema records does not exist persistently also may exhibit this problem when the object was stored originally by way of a relationship In this case, and in the case where the first attempted loading of an object gotten by way of a get-relative object method, the parameters to the exceptions may not be sufficient in and of themselves to determine where the data problem exists A tool may be provided to database administrators that finds objects in the database with references to the non-existent object so that they may be freed

Step **532** determines, as noted above, whether the data from the data source is needed by the application If yes, then step **528** executes by returning the result If no, such that the application executes by not needing the data, then step **534** executes by discarding the search

In order to improve performance, usage filtered queries should be minimized, and queries by primary key, handle, unique key, criteria or relationships should be maximized The performance of these query processes is better than using filter queries because when the objects are already cached in POF **120**, then these processes may retrieve the objects without doing a database query Further, database updates may be delayed until the end of the transaction, which results in less contention and potentially improved performance due to buffering changes This advantage is due to an implicit invocation of a flush method and should be done in order to guarantee that results are consistent with in-memory changes

Thus, the steps that access the database are limited to performing the lazy load and searching by filter These steps are executed after the cache is searched, which reduces the number of database accesses Further, once an object is fetched from the database, POF **120** caches the object so that the following query may retrieve the object from the cache directly without going back to the database

FIG 6 depicts a flowchart for managing objects through relationships in accordance with an embodiment of the present invention FIG 6 includes searching, or retrieving, objects according to their relationships, as disclosed in step **522** of FIG 5 Step **522**, however, is not limited to the steps disclosed by FIG 6 As noted above, a relationship expresses a link between two persistent objects Step **600** executes by receiving an action to be performed via an object's relationship Step **602** executes by retrieving related objects Preferably, POF **120** retrieves objects in response to a search request from an application POF **120** may retrieve objects according to multiple or singular cardinality relationship roles The different methods of retrieving objects according to relationships may be disclosed according to the following examples For multiple card inality relationship roles, a variable named "buyer" that references an object of type "Company" or "Person" and a variable named "Order" that references an object of type "Order" may be given The orders may be retrieved according the following example pseudo-code:

Collection orders=buyer getRelObjs ("orders");

An empty Collection is returned if there are no related objects In this manner, a Collection may be returned and no check for null return value needs to be done. If a get-relative-object method is invoked on this relationship role, an exception may be thrown

For singular cardinality relationship roles, with a variable named "order" that references an object of type "Order," the buyer may be retrieved in any of the following pseudo-code examples:

Collection buyers=order getRelObjs ("buyers");

CXPObject buyer=order getRelObj ("buyer");

Object buyer=order getValue ("buyer");

The Collection returned from get-relative-objects method may have no more than one element An empty Collection may be returned if there are no related objects In this manner, a Collection always may be returned and no check for null return value needs to be done

Step **604** executes by adding relationships to an object The different methods of adding relationships may be disclosed according to the following examples For multiple cardinality relationship roles, a variable named "buyer" that references an object of type "Company" or "Person" and a variable named "order" that references an object of type "order" may be given The "order" may be related to the buyer, retaining pre-existing "orders" relationships to the buyer, according to the following pseudo-code:

buyer addRel ("orders", order);

For singular cardinality relationship roles, a variable named "order" that references an object of type "Order" and a variable named "buyer" that references an object of type "Company" or "Person" may be given The "buyer" may be related to the order according to the following pseudo-code:

order addRel ("buyer", buyer);

If there is already a pre-existing "buyer" related to the "order," an add-related-object method may result in an exception being thrown

Step **606** executes by replacing relationships of an object The different methods for replacing relationships may be disclosed according to the following examples For multiple cardinality relationship roles, a variable named "buyer" that references an object of type "Company" or "Person" and a variable named "order" that references an object of type "Order" may be given The "order" may be related to the buyer and replaces pre-existing "orders" relationships to the buyer according to the following pseudo-code example:

US 6,912,520 B2

25

buyer.setRel ("orders", order);

For singular cardinality relationship roles, a variable named "order" that references an object of type "Order" and a variable named "buyer" that references an object of type "Company" or "Person" may be given. The "buyer" may be related to the order and replaces any pre-existing "buyer" relationship to the order according to the following pseudo-code examples:

order.setrel ("buyer", buyer);

order.setvalue ("buyer", buyer);

Step 608 executes by removing relationships of an object. The different methods for removing relationships may be disclosed according to the following examples. For multiple cardinality relationship roles, a variable named "buyer" that references an object of type "Company" or "Person" and a variable named "order" that references an object of type "Order" may be given. The relationship between the "buyer" and the "order" may be removed according to the following pseudo-code:

buyer.removeRel ("orders", order);

For singular cardinality relationship roles, a variable name "order" that references an object of type "Order" and a variable named "buyer" that references an object of type "Company" or "Person" may be given. The relationship between the "order" and the "buyer" may be removed according to any of the following pseudo-code examples:

order.removeRel ("buyer", buyer);

order.setRel ("buyer", null);

order.setValue ("buyer", null);

Step 610 executes by storing the relationships persistently. In order for relationships to be stored persistently, persistent "referencing attributes" should be defined that store information that may be used to reconstruct automatically the relationship when the objects are loaded into memory. Different forms of specifying "referencing attributes" may exist, and how they are used to reconstruct the relationship. According to the following example, the "Purchase" relationship may be assumed to be between an "Order" and a "Person", thereby leaving out the possibility of a "Company" in the relationship. The definition of the "referencing attributes" for the "Purchase" relationship may given as:

| 'order' Role Object Attributes | 'buyer' Role Object Attributes |
|---|---|
| buyer_id | id |

In this example, the "buyer_id" attribute defined in the "Order" object type is the sole "referencing attribute" and the "id" attribute defined in the "Person" object type is the sole "referenced attribute." This relationship may be known as a "foreign key" relationship. Relationships that are added, removed or changed may be made persistent when the transaction is committed or when the flush method is invoked.

Step 612 executes by synchronizing the relationships between the modified object and other objects. Relationships automatically may be kept in sync whenever a relationship is added, removed or changed, or if the value of any of the "referencing attributes" is changed. The following example pseudo-code discloses the synchronization:

26

```
void
sampleMethod(CXPContext context, CXPObject order)
    throws CXException
{
    CXPObject buyer = order.getRelObj('buyer");
    Object buyer_id = buyer.getValue("id");
    Collection orders;
    orders = buyer.getRelObjs('orders");
    int origCnt = orders.size( );
    // Verify that the relationship is set up correctly
    if(!orders.contains(order))
        System.out.println("You will never see this ");
    if(!buyer_id.equals(order.getValue("buyer_id")))
        System.out.println("You will never see this ");
    // Remove the relationship between the order and the buyer
    // The values of the attributes of the order that are foreign
    // keys to the buyer are automatically set to null
    // The order and buyer will both still exist, however they
    // will no longer be related
    buyer.removeRel(''orders", order);
    // Need to get the related objects again to verify
    // that the relationship was removed
    orders = buyer.getRelObjs('orders");
    // Verify the number of orders for the buyer
    // is one less than before
    if(orders.size( ) != origCnt —1)
        System.out.println("You will never see this ");
    // Verify that the relationship has been severed
    // from the buyer's perspective
    if(orders.contains(order))
        System.out.println("You will never see this ");
    // Verify that the relationship has been severed
    // from the order's perspective
    if(order.getRelObj("buyer") != null)
        System.out.println("You will never see this ");
    if(order.getValue('buyer_id") != null)
        System.out.println("You will never see this ");
    // Restore the relationship, from the
    // order's side of the relationship
    // The attributes of the order that are foreign
    // keys to the buyer are automatically filled in
    order.setRel(' buyer' , buyer);
    // NOTE: The following line of code is equivalent
    // to the one above and can also be used to
    // restore the relationship:
    // buyer.addRel("orders", order);
    // NOTE: The following line of code is yet another
    // (although not recommended) way to restore the
    // relationship:
    // order.setValue("buyer_id", buyer_id);
    orders = buyer.getRelObjs("orders");
    // Verify that the number of orders for the buyer
    // has been restored.
    if(orders.size( ) != origCnt)
        System.out.println("You will never see this ");
    // Verify that the relationship has been restored
    // from the buyer's perspective
    if(!orders.contains(order))
        System.out.println("You will never see this ");
    // Verify that the relationship has been restored
    // from the order's perspective
    if(order.getRelObj("buyer") != buyer)
        System.out.println("You will never see this ");
    if(!buyer_id.equals(order.getValue("buyer_id")))
        System.out.println("You will never see this ");
}
```

Removing an object persistently using a remove method automatically causes the removal of all relationships to the object. The "referencing attributes" affected by these removals automatically are stored persistently when the transaction has been committed, or then a flush method is invoked. The following example pseudo-code discloses the effect of an object removal on relationships:

US 6,912,520 B2

27                                                  28

```
void
sampleMethod(CXPContext context, CXPObject order)
      throws CXException
{
      CXPObject buyer = order.getRelObj("buyer");
      Collection orders;
      orders = buyer.getRelObjs("orders");
      int origCnt = orders.size( );
      // Remove the order persistently
      context.removeObj(order);
      // Verify that the number of orders for the buyer
      // is one less than before.
      orders = buyer.getRelObjs("orders");
      if(orders.size( )!= origCnt − 1)
            System.out.println("You will never see this ");
}
```

Step **614** executes by returning to POF **120** after the related objects have been retrieved according to step **602**, or synchronizing is complete according to step **612**

FIG **7** depicts a flowchart for stale data checking in accordance with an embodiment of the present invention. Stale data checking may mitigate problems with concurrent access to objects by separate processes Two forms of stale data problems may be detected First, a stale write occurs when two processes attempt to update or remove the same object at the same time Second, a stale read occurs when one process removes an object and another process attempts to read the same object

Step **700** executes by defining a revision attribute in the object type specification to enable stale data checking The revision attribute may have its value maintained automatically, and the application developer should not need to be aware of its existence Moreover, the application developer should not have to change the revision attribute Step **702** executes by assigning a revision number to the revision attribute When objects are first created, the revision attribute may be assigned a value of 1 Upon each committed transaction wherein the object has been changed, the revision attribute value may be incremented by 1 Alternatively, the revision attribute may begin with any integer value, and incremented by an integer value The disclosed embodiments are not meant to limit the values or increments of the revision attributes

The revision attribute may be added to the object type for each schema of which the object type is composed. For example, it may be defined as:

"rev_attribute" Bool "true",

or a data type Integer and specified in the schema section The following example pseudo-code discloses the schema declaration for an object type with stale write checking enabled:

```
"Order" NTV {
      "schema_type" Str "jdbc",
      "table_name" Str "Order",
      "attributes" NTV {
            "revision" NTV {
                  "data_element" Str "Integer", // Must be an "Integer"
                  "column_name" Str "revision",
                  "required" Bool "true",
                  "rev_attribute" Bool "true", // Use this attribute
                  // for stale write
```

-continued

```
                  // checking
            },
            // Add other schema attributes here
      },
}
```

The schema attribute also may be declared in the data object section of the data model **210**, as disclosed by the following example pseudo-code:

```
"Order" NTV {
      "class_name" Str "Order",
      "attributes" NTV {
            "revision" NTV {
                  "attr_name" Str "revision",
                  "schemas" NTVArr [
                        { "schema" Str "Order",
                              "schema_attr" Str "revision"
                        }
                  ]
            },
            // Add other attributes here
      },
}
```

The subsequent steps of FIG **7** disclose resolving stale data problems The two stale data problems may be a stale write and a stale read Step **704** executes by executing the process that attempts to do the update or remove. The executed process may seek to modify the object and should ensure the proper version of the object is available Step **706** executes by comparing the revision number of the revision attribute with the assigned revision number of step **702** The current revision number is fetched from the object Step **708** executes by determining whether the revision numbers match If yes, then step **716** is executed If no, then the stale data exception occurs Step **709** executes by throwing an exception

The following steps may be performed by the business object when the stale data exception occurs Step **710** executes by rolling back the current transaction, as noted by the revision attribute Step **712** executes by retrying the request or transaction Thus, this exception may be handled in a different manner than other exceptions associated with the persistent object framework Step **714** executes by determining whether the retry was successful in completing the request/transaction If yes, then step **716** executes by incrementing the revision attribute to reflect the completed request/transaction If no, then step **718** executes by incrementing a retry count To ensure no deadlocking or tying up occurs on the application server, a retry count may be maintained Step **720** executes by determining whether the maximum number of retries has been attempted If no, then step **710** is executed and another retry attempted If yes, then step **722** executes by throwing a fatal exception Thus, after a specified number of retries, a fatal exception may be thrown to prevent tying up the application server because of a stale data read or write

FIG **8** depicts a flowchart for persistent object framework maintenance functions in accordance with an embodiment of the present invention. These functions may be executed by POF **120** during the course of managing objects for the applications, such as Java application **102** POF **120** performs these functions to update the object cache and optimize performance Although the function are disclosed in a flowchart, the functions may not be dependent on each other and may be executed at any time

29                                                          30

Step **800** executes by deferring writes Deferred writes cause all changes made in memory to be reflected in the persistent data source Changes affecting persistent storage, such as creating new objects, changing objects and removing objects, are deferred until a transaction is committed, a flush method is invoked, or a query process is started Changes are written when a query is started in order to guarantee that the query, or search, results are consistent with in-memory changes Advantages of deferred writes may include not worrying about when changes are made persistent This advantage may result in applications that have simpler designs, cleaner APIs, and more reusable code Another advantage may be increased performance and user response times Buffered writes may be facilitated by the deferred writing mechanism

Step **802** executes by protecting concurrent processes "Optimistic locking" may ensure that concurrent processes may not override each others' persistent changes In order to facilitate this process, every schema that is to be protected may specify the revision attribute, as disclosed above Whenever any objects are updated, the data source update statement may include a filter to ensure that the revision attribute value is the same as it was when the data was first read If the update does not result in any changes, then the data has been changed or removed persistently by another application since the last time it was read Therefore, an exception may be thrown

Step **804** executes by controlling the persistent storage in certain instances Normally, persistent storage may be handled automatically because most changes are made persistent when the transaction is committed Rare occasions may exist where persistency needs to be controlled directly in order to avoid various database constraint violations The following examples are given to demonstrate when control of the persistent storage may be needed

First, a new object X1 is created Another object X2 is created Object X1 is created to refer to object X2 Assuming the reference from object X1 to X2 is governed by a foreign key constraint, when the transaction commits, this constraint may be violated

Further, a persistent object type name "X" may exist that has a unique constraint on an attribute named "A" The application queries for instances of object type "X" and gets two instances: X1 that has a value of "foo" for attribute "A" and X2 that has a value of "bar" for attribute "A" The application changes some attribute values in object X1, then the application changes attribute "A" in object X1 to "bar" When the transaction commits, a unique constraint violation may occur because object X1 may be updated first, and the new attribute value for "A" matches that for object X2

In order to prevent these constraint violations, the flush method may be used to flush all outstanding changes to persistent storage For example, the flush changes method may be invoked just before object X1 is changed to refer to object X2 Further, the flush changes method may be invoked just before attribute "A" in object X1 is changed to "bar"

It will be apparent to those skilled in the art that various modifications and variations can be made in the embodiments disclosed herein without departing from the spirit or scope of the invention Thus, it is intended that the present invention covers the modifications and variations of the disclosed embodiments of the present invention provided they come within the scope of the appended claims and their equivalents

What is claimed is:

1 A system for managing persistent objects for an application accessing data, wherein said persistent objects are stored in at least one data source, comprising:

a persistent object framework to provide data from and perform functions on said persistent objects in accordance with said application, wherein the persistent object framework is between the application and the data source and providing an interface for the application to query the data source; and

a cached set of persistent objects within said persistent object framework and managed by the persistent object framework, the persistent objects being identified for use by said application and corresponding to said stored persistent objects

2 The system of claim 1, wherein said application is a Java servlet

3 The system of claim 1, wherein said functions include a function to create a persistent object, the creation function comprising caching the newly-created persistent object in the cached set of persistent objects and then, inserting the newly-created persistent object into the data source after a save transaction has been committed or a flush method has been invoked

4 The system of claim 1, wherein said functions include a function to cache a persistent object

5 The system of claim 1, wherein said functions include a function to update a persistent object, wherein the update function comprises deferring comprises writing to a persistent object in the data source that is deferred until a transaction is committed, a flush method is invoked, or a query process is started

6 The system of claim 1, wherein said persistent object framework includes a set of data models corresponding to said stored persistent objects

7 The system of claim 1, further comprising an additional data source and wherein said persistent object framework includes an object space to map said persistent objects to the at least one data source or the additional data source based on a type definition for each of the persistent objects

8 A system for managing persistent objects correlating to an application, comprising:

means for mapping a persistent object stored within a data source with a persistent object framework coupled to said application;

means for identifying said persistent object stored in said data source as applicable to said application;

means for caching said persistent object within said persistent object framework; and

means for creating a new persistent object according to a data model stored by the persistent object framework, the creating comprising caching the new persistent object in the persistent object cache and inserting the new persistent object in the data source after a save transaction has been committed or a flush method has been invoked

9 A system for searching persistent objects stored in at least one data source, wherein an application accesses said persistent objects for data, comprising:

means for receiving a search query for a persistent object at a persistent object framework;

means for determining a query type for said search query, wherein said query type is selected from the group of query types consisting of a primary key, a handle, a unique key, a query filter, and a relationship between persistent objects;

when said query type is determined not to be a query filter, means for searching a cache within said persistent object framework for said persistent object according to said query type; and

31

means for searching said data source when said persistent
object is not within said cache

10 A system for managing persistent objects within an
application system, wherein said persistent objects are
stored within a first data source and a second data source and
said persistent objects provide data to an application, com-
prising:

means for implementing a persistent object framework
that caches said persistent objects correlating to said
application comprising:

means for creating said persistent objects;

means for caching said persistent objects;

means for accessing said persistent objects;

means for updating said persistent objects;

means for searching said persistent objects;

means for deferring writes to said first and second data
sources; and

means for controlling persistent storage of said persis-
tent objects; and

means for retrieving said data from said first and second
data sources when requested by said persistent object
framework

11 A method for managing persistent objects correlating
to an application, comprising;

mapping a persistent object stored within a data source
with a persistent object framework coupled to said
application;

identifying said persistent object stored in said data source
as applicable to said application;

caching said persistent object within a cache managed by
said persistent object framework; and

with the persistent object framework, creating a new
persistent object according to a data model stored by
the persistent object framework, the creating compris-
ing caching the new persistent object in the persistent
object cache and inserting the new persistent object in
the data source after a save transaction has been com-
mitted or a flush method has been invoked

12 The method of claim 11, wherein said creating
includes determining initial values for attributes within said
data model

13 The method of claim 11, wherein said creating
includes updating a revision indicator within said data
model

14 The method of claim 11, wherein said creating
includes determining a persistant object identify for said
newly created persistent object

15 The method of claim 11, wherein said creating
includes defining subtypes for said newly created persistent
object

16 The method of claim 11, further comprising saving
said persistent object by said persistent object framework

17 The method of claim 11, further comprising accessing
said persistent object by said persistent object framework

18 The method of claim 11, further comprising updating
said persistent object by said persistent object framework

19 The method of claim 11, further comprising deleting
said persistent object by said persistent object framework

20 A method for searching persistent objects stored in at
least one data source, wherein an application accesses said
persistent objects for data, comprising:

receiving a search query for a persistent object at a
persistent object framework;

determining a query type for said search query, wherein
said query type is selected from the group of query
types consisting of a primary key, a handle, a unique
key, a query filter, and a relationship between persistent
objects;

32

when said query type is determined not to be a query filter,
searching a cache within said persistent object frame-
work for said persistent object according to said query
type; and

searching said data source when said persistent object is
not within said cache or when said query type is
determined to be a query filter

21 The method of claim 20, wherein said searching of
said data source includes enabling a lazy load state

22 The method of claim 21, further comprising deter-
mining whether said persistent object data is needed by said
application

23 The method of claim 20, further comprising discard-
ing said search query

24 A method for managing persistent objects within an
application system, wherein said persistent objects are
stored within a first data source and a second data source and
said persistent objects provide data to an application, com-
prising:

implementing a persistent object framework that caches
said persistent objects correlating to said application
by:

creating said persistent objects;

caching said persistent objects;

accessing said persistent objects;

updating said persistent objects;

searching said persistent objects;

deferring writes to said first and second data sources;
and

controlling persistent storage of said persistent objects;
and

retrieving said data from said first and second data sources
when requested by said persistent object framework

25 A computer program product comprising a computer
useable medium having computer readable code embodied
therein for managing persistent objects correlating to an
application, the computer program product adapted when
run on a computer to effect steps, including:

mapping a persistent object stored within a data source
with a persistent object framework coupled to said
application;

identifying said persistent object stored in said data source
as applicable to said application;

caching said persistent object within said persistent object
framework; and

creating a new persistent object according to a data model
stored by the persistent object framework, the creating
comprising caching the new persistent object in the
persistent object cache and inserting the new persistent
object in the data source after a save transaction has
been committed or a flush method has been invoked

26 A computer program product comprising a computer
useable medium having computer readable code embodied
therein for searching persistent objects stored in at least one
data source, wherein an application accesses said persistent
objects for data, the computer program product adapted
when run on a computer to effect steps, including:

receiving a search query for a persistent object at a
persistent object framework;

determining a query type for said search query, wherein
said query type is selected from the group of query
types consisting of a primary key, a handle, a unique
key, a query filter, and a relationship between persistent
objects;

when said query type is determined not to be a query filter,
searching a cache within said persistent object frame-
work for said persistent object according to said query
type; and

US 6,912,520 B2

33

searching said data source when said persistent object is not within said cache.

**27** A computer program product comprising a computer useable medium having computer readable code embodied therein for managing persistent objects within an application system, wherein said persistent objects are stored within a first data source and a second data source and said persistent objects provide data to an application, the computer program product adapted when run on a computer to effect steps, including:

implementing a persistent object framework that caches said persistent objects correlating to said application comprising:

34

creating said persistent objects;
caching said persistent objects;
accessing said persistent objects;
updating said persistent objects;
searching said persistent objects;
deferring writes to said first and second data sources; and
controlling persistent storage of said persistent objects; and

retrieving said data from said first and second data sources when requested by said persistent object framework

* * * * *

JS 44 (Rev 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provide by local rules of court  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiatin the civil docket sheet  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM )

## I. (a) PLAINTIFF

SUN MICROSYSTEMS, INC

**DEFENDANT**

VERSATA, INC

(b)   County of Residence of First Listed Plaintiff  Santa Clara County
      (EXCEPT IN U S  PLAINTIFF CASES)

(c)   Attorney's (Firm Name, Address, and Telephone Number)
William J  Wade, Esquire
Anne Shea Gaza, Esquire
Richards, Layton & Finger
One Rodney Square - 920 North King Street
Wilmington, DE 19801
302-651-7700

County of Residence of First Listed Defendant
(IN U S  PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE L AND
INVOLVED
Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

O 1  U.S. Government Plaintiff

● 3  Federal Question (U.S. Government Not a Party)

O 2  U.S. Government Defendant

O 4  Diversity (Indicate Citizenship of Parties in Item III)

## III.    CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff

(For Diversity Cases Only)                                and one Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | O 1 | O 1 | Incorporated or  Principal Place of Business In This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and  Principal Place of Business In Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Onl

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| O 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | O 610 Agriculture | O 422 Appeal 28 USC 158 | O 400 State Reapportionment |
| O 120 Marine | O 310 Airplane | O 362 Personal Injury - | O 620 Other Food & Drug | O 423 Withdrawal | O 410 Antitrust |
| O 130 Miller Act | O 315 Airplane Product | Med. Malpractice | O 625 Drug Related Seizure | 28 USC 157 | O 430 Banks and Banking |
| O 140 Negotiable Instrument | Liability | O 365 Personal Injury - | of Property 21 USC 881 | | O 450 Commerce |
| O 150 Recovery of Overpayment | O 320 Assault, Libel & | Product Liability | O 630 Liquor Laws | **PROPERTY RIGHTS** | O 460 Deportation |
| & Enforcement of Judgment | Slander | O 368 Asbestos Personal | O 640 R.R. & Truck | O 820 Copyrights | O 470 Racketeer Influenced and |
| O 151 Medicare Act | O 330 Federal Employers' | Injury Product | O 650 Airline Regs. | ● 830 Patent | Corrupt Organizations |
| O 152 Recovery of Defaulted | Liability | Liability | O 660 Occupational | O 840 Trademark | O 480 Consumer Credit |
| Student Loans | O 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | O 490 Cable/Sat TV |
| (Excl  Veterans) | O 345 Marine Product | O 370 Other Fraud | O 690 Other | | O 810 Selective Service |
| O 153 Recovery of Overpayment | Liability | O 371 Truth in Lending | | **SOCIAL SECURITY** | O 850 Securities/Commodities/ |
| of Veteran's Benefits | O 350 Motor Vehicle | O 380 Other Personal | **LABOR** | O 861 HIA (1395ff) | Exchange |
| O 160 Stockholders' Suits | O 355 Motor Vehicle | Property Damage | O 710 Fair Labor Standards | O 862 Black Lung (923) | O 875 Customer Challenge |
| O 190 Other Contract | Product Liability | O 385 Property Damage | Act | O 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| O 195 Contract Product Liability | O 360 Other Personal | Product Liability | O 720 Labor/Mgmt. Relations | O 864 SSID Title XVI | O 890 Other Statutory Actions |
| O 196 Franchise | Injury | | O 730 Labor/Mgmt.Reporting | O 865 RSI (405(g)) | O 891 Agricultural Acts |
| | | | & Disclosure Act | | O 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | O 740 Railway Labor Act | **FEDERAL TAX SUITS** | O 893 Environmental Matters |
| O 210 Land Condemnation | O 441 Voting | O 510 Motions to Vacate | O 790 Other Labor Litigation | O 870 Taxes (U S  Plaintiff | O 894 Energy Allocation Act |
| O 220 Foreclosure | O 442 Employment | Sentence | O 791 Empl  Ret  Inc. | or Defendant) | O 895 Freedom of Information |
| O 230 Rent Lease & Ejectment | O 443 Housing/ | **Habeas Corpus:** | Security Act | O 871 IRS—Third Party | Act |
| O 240 Torts to Land | Accommodations | O 530 General | | 26 USC 7609 | O 900Appeal of Fee |
| O 245 Tort Product Liability | O 444 Welfare | O 535 Death Penalty | **IMMIGRATION** | | Determination |
| O 290 All Other Real Property | O 445 Amer  w/Disabilities - | O 540 Mandamus & Other | O 462 Naturalization Application | | Under Equal Access |
| | Employment | O 550 Civil Rights | O 463 Habeas Corpus - | | to Justice |
| | O 446 Amer  w/Disabilities - | O 555 Prison Condition | Alien Detainee | | O 950 Constitutionality of |
| | Other | | O 465 Other Immigration | | State Statutes |
| | O 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

● 1 Original Proceeding

O 2 Removed from State Court

O 3 Remanded from Appellate Court

O 4 Reinstated or Reopened

O 5 Transferred from another district (specify)

O 6 Multidistrict Litigation

Appeal to District

O 7 Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U S  Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)

Brief description of cause:   Action for patent infringement arising under 35 U S C  §§271 et seq

## VII. REQUESTED IN COMPLAINT:

O CHECK IF THIS IS A CLASS ACTION

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:  ● Yes O No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   Judge Joseph J. Farnan, Jr.

DOCKET NUMBER: C.A. No. 07-782-JJF

DATE     August 11, 2008

SIGNATURE OF ATTORNEY OF RECORD

*Anne Shea Gaza (#4093)*

FOR OFFICE USE ONLY

RECEIPT#          AMOUNT          APPLYING IFP          JUDGE          MAG JUDGE

RLF1-3307482-1

JS 44 Reverse (Rev. 12/07)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title

(b) County of Residence. For each civil case filed, except U. S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)"

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are

included here. United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in

this box

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive

**V.    Origin.** Place an "X" in one of the seven boxes

Original Proceedings. (1) Cases which originate in the United States district courts

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as

the filing date. Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as

the filing date

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**                    Example:                    U.S. Civil Statute: <u>47 USC 553</u>
                                                                                Brief Description: <u>Unauthorized reception of cable service</u>

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a

preliminary injunction. Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases
**Date and Attorney Signature.** Date and sign the civil cover sheet

RLF1-3307482-1

AO (Rev. 03/08) Civil Summons

# United States District Court

District Of Delaware

SUN MICROSYSTEMS, INC.,

        Plaintiff,

    v.

VERSATA, INC.,

        Defendant.

CIVIL ACTION NO. _____

**JURY TRIAL DEMANDED**

## SUMMONS IN A CIVIL ACTION

TO:      VERSATA, INC.
          c/o Capitol Services, Inc.
          615 South DuPont Highway
          Dover, DE 19901

      A lawsuit has been filed against you.

      Within twenty (20) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose names and address are:

             **William J. Wade, Esquire**
             **Anne Shea Gaza, Esquire**
             **Richards, Layton & Finger**
             **One Rodney Square**
             **920 North King Street**
             **Wilmington, DE 19801**
             **(302) 651-7700**

      If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Name of Clerk of Court

Date:_____

_____
Deputy Clerk's Signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3) )*
RLF1-3307478-1

AO (Rev. 03/08) Civil Summons (Page 2)

## PROOF OF SERVICE

I declare under penalty of perjury that I served the summons and complaint in this case on _____.

      (1)     personally delivering a copy of each to the individual at this place, _____
                        _____; or

      (2)     leaving a copy of each at the individual's dwelling or usual place of abode with _____
                        _____who resides there and is of
                        suitable age and discretion; or

      (3)     delivering a copy of each to an agent authorized by appointment or by law to receive it whose
                        name is _____; or

      (4)     returning the summons unexecuted to the court clerk on _____.

My fees are $_____travel and $_____ for services, for a total of $_____.

Date:_____         _____
                                    Server's Signature

                                    _____
                                    Printed name and title

                                    _____
                                    Server's address

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3) )*
RLF1-3307478-1

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

SUN MICROSYSTEMS, INC.,

        Plaintiff,

        v.

VERSATA, INC.,

        Defendant.

CIVIL ACTION NO. _____

**JURY TRIAL DEMANDED**

## SUN MICROSYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Sun Microsystems, Inc. ("Sun"), having its principal place of business at 4150 Network Circle, Santa Clara, CA 95054, hereby states that: (a) Sun is a Delaware corporation that is publicly held, (b) Sun has no corporate parent, and (c) Sun is not aware of any other publicly-held corporation owning 10 percent or more of Sun's stock.

OF COUNSEL:

Darryl M. Woo
Charlene M. Morrow
Saina Shamilov
Salam R. Baqleh
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Dated: August 11, 2008

*Anne Shea Gaza*

William J. Wade (#704)
Anne Shea Gaza (#4093 )
RICHARD LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com

*Attorneys for Plaintiff*
*SUN MICROSYSTEMS, INC.*

RLF1-3307476-1