(Rev. 6/04)

NOTICE TO COUNSEL: Service of Process must be in accordance with Fed. R. Civ. P. 4(i) and 20 C.F.R. Part 423.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SHAUN A. PARKS,
(Plaintiff)

v.   Civil Action No. _____

MICHAEL J. ASTRUE,
(Commissioner, Social Security Administration)
(Defendant)

## COMPLAINT

1. The plaintiff, whose Social Security Account Number ends in the last four digits \*\*\*-\*\*- 6 1 9 6, and who is a resident of Wilmington (City), Delaware 19804 (State, zip code), seeks judicial review pursuant to 42 U.S.C. 405(g) of an adverse decision of the defendant which has become final and bears the following caption:

| In the case of | Claim for |
|---|---|
| Shaun A. Parks | Title II and Title XVI |
| Claimant | |
| | \*\*\*-\*\*- 6196 (last four digits of Social Security No.) |
| Wage Earner | |

2. Plaintiff has exhausted administrative remedies.

WHEREFORE, plaintiff seeks a judgement for such relief as may be proper including costs and attorney's fees.

_____
Signature
Gary L. Smith, I.D. #2317
Attorney for Plaintiff
1400 Peoples Plaza, #110

Newark, DE 19702
(City) (State) (Zip)
(302) 834-9400
(Area code) Telephone No.

Dated: 8/8/08

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Shaun A. Parks

(b) County of Residence of First Listed Plaintiff **New Castle**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

Gary L. Smith
1400 Peoples Plaza, Suite 110
Newark, DE 19702    (302) 834-9400

## DEFENDANTS

Michael J. Astrue, Commissioner
Social Security Administration

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL INJURY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 362 Personal Injury— Med. Malpractice | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 365 Personal Injury— Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 368 Asbestos Personal Injury Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 345 Marine Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | ☐ 350 Motor Vehicle | | ☒ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | ☐ 360 Other Personal Injury | ☐ 370 Other Fraud | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 371 Truth in Lending | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 380 Other Personal Property Damage | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 |
| ☐ 290 All Other Real Property | | ☐ 535 Death Penalty | | ☐ 890 Other Statutory Actions |
| | | ☐ 540 Mandamus & Other | | |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. Sec. 405(g) - Social Security Appeal

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____    DOCKET NUMBER _____

DATE 8/8/08

SIGNATURE OF ATTORNEY OF RECORD
*/s/ Gary L. Smith/*

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Shaun A. Parks,
　　　　Plaintiff

v.

Michael J. Astrue, Commissioner
of Social Security Administration,
　　　　Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Shaun A. Parks declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant　　☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?　☐ Yes　☒ No　(If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? ____ Do you receive any payment from the institution? ____

   *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2. Are you currently employed?　☒ Yes　☐ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. $718 7/7/08 - 7/13/08
   Seasons Pizza New Rd. Elsmere, De
   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   *Please see attached pay stubs

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   None

I declare under penalty of perjury that the above information is true and correct.

7/13/08                    *[signature]*
DATE                       SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## Paystub 1 — Check 52363

LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.
NEW CASTLE, DE 19720

52363

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

| | |
|---|---|
| Social Security #: | 6196 |
| Department: | ELSMEREHOURLY |
| Employee ID: | 1053 |
| Period beginning: | 5/19/2008 |
| Period end: | 5/25/2008 |
| Check Date: | 5/27/2008 |
| Check number: | 52363 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 18.97 | 135.64 | 135.64 |
| Total Wages | | 18.97 | 135.64 | 135.64 |
| FICA-SS | | | 8.41 | 8.41 |
| FICA-Med | | | 1.97 | 1.97 |
| Federal W/H | | | 2.00 | 2.00 |
| State W/H DE | | | 1.00 | 1.00 |
| Total Withholdings | | | 13.38 | 13.38 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Pay | 122.26 | 122.26 |

## Paystub 2 — Check 52671

LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.
NEW CASTLE, DE 19720

52671

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

| | |
|---|---|
| Social Security #: | 6196 |
| Department: | ELSMEREHOURLY |
| Employee ID: | 1053 |
| Period beginning: | 5/26/2008 |
| Period end: | 6/1/2008 |
| Check Date: | 6/3/2008 |
| Check number: | 52671 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 22.59 | 161.52 | 297.16 |
| Total Wages | | 22.59 | 161.52 | 297.16 |
| FICA-SS | | | 10.01 | 18.42 |
| FICA-Med | | | 2.34 | 4.31 |
| Federal W/H | | | 4.00 | 6.00 |
| State W/H DE | | | 1.00 | 2.00 |
| Total Withholdings | | | 17.35 | 30.73 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Pay | 144.17 | 266.43 |

## Paystub 3 — Check 52982

LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.
NEW CASTLE, DE 19720

52982

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

| | |
|---|---|
| Social Security #: | 6196 |
| Department: | ELSMEREHOURLY |
| Employee ID: | 1053 |
| Period beginning: | 6/2/2008 |
| Period end: | 6/8/2008 |
| Check Date: | 6/10/2008 |
| Check number: | 52982 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 23.27 | 166.38 | 463.54 |
| Total Wages | | 23.27 | 166.38 | 463.54 |
| FICA-SS | | | 10.32 | 28.74 |
| FICA-Med | | | 2.41 | 6.72 |
| Federal W/H | | | 5.00 | 11.00 |
| State W/H DE | | | 2.00 | 4.00 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

## Pay Stub 1

**LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.**
NEW CASTLE, DE 19720

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

| | |
|---|---|
| Social Security #: | 6196 |
| Department: | ELSMEREHOURLY |
| Employee ID: | 1053 |
| Period beginning: | 6/9/2008 |
| Period end: | 6/15/2008 |
| Check Date: | 6/17/2008 |
| Check number: | 53294 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 22.15 | 158.37 | 621.91 |
| Total Wages | | 22.15 | 158.37 | 621.91 |
| FICA-SS | | | 9.82 | 38.56 |
| FICA-Med | | | 2.30 | 9.02 |
| Federal W/H | | | 4.00 | 15.00 |
| State W/H DE | | | 1.00 | 5.00 |
| Total Withholdings | | | 17.12 | 67.58 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Pay | 141.25 | 554.33 |

## Pay Stub 2 — 53608

**LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.**
NEW CASTLE, DE 19720

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

| | |
|---|---|
| Social Security #: | 6196 |
| Department: | ELSMEREHOURLY |
| Employee ID: | 1053 |
| Period beginning: | 6/16/2008 |
| Period end: | 6/22/2008 |
| Check Date: | 6/24/2008 |
| Check number: | 53608 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 21.60 | 154.44 | 776.35 |
| Total Wages | | 21.60 | 154.44 | 776.35 |
| FICA-SS | | | 9.57 | 48.13 |
| FICA-Med | | | 2.24 | 11.26 |
| Federal W/H | | | 4.00 | 19.00 |
| State W/H DE | | | 1.00 | 6.00 |
| Total Withholdings | | | 16.81 | 84.39 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Pay | 137.63 | 691.96 |

## Pay Stub 3 — 53918

**LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.**
NEW CASTLE, DE 19720

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

| | |
|---|---|
| Social Security #: | 6196 |
| Department: | ELSMEREHOURLY |
| Employee ID: | 1053 |
| Period beginning: | 6/23/2008 |
| Period end: | 6/29/2008 |
| Check Date: | 7/1/2008 |
| Check number: | 53918 |

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 16.44 | 117.55 | 893.90 |
| Total Wages | | 16.44 | 117.55 | 893.90 |
| FICA-SS | | | 7.29 | 55.42 |
| FICA-Med | | | 1.70 | 12.96 |
| Federal W/H | | | | 19.00 |
| State W/H DE | | | | 6.00 |
| Total Withholdings | | | 8.99 | 93.38 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Pay | 108.56 | 800.52 |

**LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.**
**NEW CASTLE, DE 19720**

**54245**

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 14.28 | 102.10 | 996.00 |

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

Social Security #: 6196
Department: ELSMEREHOURLY
Employee ID: 1053
Period beginning: 6/30/2008
Period end: 7/6/2008
Check Date: 7/8/2008
Check number: 54245

| | | | | |
|---|---|---|---|---|
| Total Wages | | 14.28 | 102.10 | 996.00 |
| FICA-SS | | | 6.33 | 61.75 |
| FICA-Med | | | 1.48 | 14.44 |
| Federal W/H | | | | 19.00 |
| State W/H DE | | | | 6.00 |
| Total Withholdings | | | 7.81 | 101.19 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Pay | 94.29 | 894.81 |

---

**LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.**
**NEW CASTLE, DE 19720**

**54963**

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 7.24 | 51.77 | 1,109.69 |

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

Social Security #: 6196
Department: ELSMEREHOURLY
Employee ID: 1053
Period beginning: 7/14/2008
Period end: 7/20/2008
Check Date: 7/22/2008
Check number: 54963

| | | | | |
|---|---|---|---|---|
| Total Wages | | 7.24 | 51.77 | 1,109.69 |
| FICA-SS | | | 3.21 | 68.80 |
| FICA-Med | | | 0.75 | 16.09 |
| Federal W/H | | | | 19.00 |
| State W/H DE | | | | 6.00 |
| Total Withholdings | | | 3.96 | 109.89 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |

| | Amount | YTD |
|---|---|---|
| Net Pay | 47.81 | 999.80 |

LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.
NEW CASTLE, DE 19720

**55311**

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 4.53 | 32.39 | 1,142.08 |

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

Social Security #: 6196
Department: ELSMEREHOURLY
Employee ID: 1053
Period beginning: 7/21/2008
Period end: 7/27/2008
Check Date: 7/29/2008
Check number: 55311

| | | Hours | Amount | YTD |
|---|---|---|---|---|
| Total Wages | | 4.53 | 32.39 | 1,142.08 |
| FICA-SS | | | 2.01 | 70.81 |
| FICA-Med | | | 0.47 | 16.56 |
| Federal W/H | | | | 19.00 |
| State W/H DE | | | | 6.00 |
| Total Withholdings | | | 2.48 | 112.37 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| | Amount | YTD |
| Net Pay | 29.91 | 1,029.71 |

---

LIBERTY PAYROLL & EMPLOYMENT SERVICES, INC.
NEW CASTLE, DE 19720

**55642**

| | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Wages-DE only | 7.1500 | 9.23 | 65.99 | 1,208.07 |

Liberty Payroll & Employment Service
1 Bassett Ave,
New Castle, DE 19720

Shaun A Parks
100 Lorewood Avenue
Wilmington, DE 19804

Social Security #: 6196
Department: ELSMEREHOURLY
Employee ID: 1053
Period beginning: 7/28/2008
Period end: 8/3/2008
Check Date: 8/5/2008
Check number: 55642

| | | Hours | Amount | YTD |
|---|---|---|---|---|
| Total Wages | | 9.23 | 65.99 | 1,208.07 |
| FICA-SS | | | 4.09 | 74.90 |
| FICA-Med | | | 0.96 | 17.52 |
| Federal W/H | | | | 19.00 |
| State W/H DE | | | | 6.00 |
| Total Withholdings | | | 5.05 | 117.42 |

| Deductions | Amount | YTD |
|---|---|---|
| Total Deductions | 0.00 | 0.00 |
| | Amount | YTD |
| Net Pay | 60.94 | 1,090.65 |