## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOY MARIE BERTRAND, | : | C.A. No. |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

### COMPLAINT FOR NEGLIGENCE

Plaintiff, by and through Plaintiff's attorneys, Barros, McNamara, Malkiewicz & Taylor, P.A., hereby allege as follows:

1. That Plaintiff is an adult citizen and resident of this judicial district residing at 26163 Kelly Circle, Seaford, Delaware 19973.

2. Defendant, United States of America, is a sovereign entity with offices for purposes of service of process at the United States Attorney General's Office, Room 4400, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001 and the United States Attorney's Office for the District of Delaware, 1007 North Orange Street, Suite 700, Wilmington, DE 19801.

3. This action arises under the Federal Tort Claims Act, 28 U.S.C. §§2671-2946.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1346(b)(1), subject to the provisions of 28 U.S.C., §171.

5. The United States Postal Service is an agency of the Defendant, The United States of America.

6. Plaintiff filed an Administrative Claim for civil damages on or about April 30, 2007 in

accordance with the provisions of 28 U.S.C. §2675 (a). More than six months have elapsed since this claim has been filed and Defendant has failed to make a final disposition of this claim. Therefore, Defendant is deemed to have made a final disposition of the claim, thereby permitting Plaintiff to institute this action.

7. On May 06, 2005, Plaintiff was operating a motor vehicle southbound on U.S. Route 13, in Camden, Kent County, Delaware. At the same time, Melvin D. Seelye, Jr., while in the course of employment with the United States Postal Service (USPS), was operating a USPS vehicle eastbound on Lochmeath Way at its intersection with U.S. Route 13. Defendant's USPS employee, Melvin D. Seelye, Jr., failed to stop or remain stopped at the stop sign, crossed the southbound lanes of U.S. Route 13 and the intervening space between southbound and northbound U.S. Route 13, entered the northbound lanes of U.S. Route 13 and collided with Plaintiff's vehicle, causing serious and permanent injuries to the Plaintiff.

8. At all times pertinent hereto Melvin D. Seelye, Jr., was employed by and was an agent of the Defendant through his employment with the United States Postal Service, and was acting within the scope of employment.

9. Pursuant to 28 U.S.C. §1346(b)(1), the United States is liable for the negligence or wrongful act or omission of any employee of the Government while acting within the scope of his or her employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act occurred.

10. That the Defendant through the negligent acts of its agent, Melvin D. Seelye, Jr., was guilty of negligence pursuant to Delaware Code as follows:

(a) Defendant operated a motor vehicle on a public highway in a careless and imprudent manner, in violation of 21 Delaware Code § 4176(a);

capacity and future medical expenses and loss of earnings.

**WHEREFORE**, the Plaintiff demands judgment against Defendant in the amount of $300,250.00, an amount which will compensate Plaintiff for her property damage and her past, present and future pain, suffering, disability, medical expenses, future medical expenses, lost earnings, and earning capacity, plus costs of this action.

                        BARROS, MCNAMARA, MALKIEWICZ
                        && TAYLOR, P.A.


BY:     /s/ Edward R. McNamara
Edward R. McNamara, Esquire, Delaware Bar ID # 348
2 West Loockerman Street
P. O. Box 1298
Dover, DE 19903
(302) 734-8400
erm@bmmt-law.com
**Attorneys for Plaintiff**

Dated:   8/1/08