IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. COOK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: |
| | : |
| MICHAEL J. ASTRUE, | : |
| Commissioner, Social Security Administration, | : |
| | : |
| Defendant. | : |

## COMPLAINT

1. The plaintiff, whose Social Security Account Number ends in the last four digits ***-**-4441, and who is a resident of Lewes, DE 19958, seeks judicial review pursuant to 42 U.S.C. 405(g) and 42 U.S.C. 1383(c) of an adverse decision of the defendant dated August 1, 2008, which has become final and bears the following caption:

| In the case of | Claim for |
|---|---|
| James Cook, claimant | RSI (405)g<br>SSID Title XVI<br>***-**- 4441 |

2. Plaintiff has exhausted administrative remedies.

WHEREFORE, plaintiff seeks a judgment for such relief as may be proper including costs and attorney's fees.

/s/ Paul G. Enterline   8/21/08
_____
Paul G. Enterline, Esquire
DE Bar ID # 3051
113 South Race Street
P.O. Box 826
Georgetown, DE  19947
(302) 856-9585
Attorney for Plaintiff

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**COOK, JAMES A.**

**(b)** County of Residence of First Listed Plaintiff **SUSSEX**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
**Paul G. Enterline**
**Attorney at Law**
**113 South Race Street**
**PO Box 826**
**Georgetown, DE 19947**
**(302) 856-9585**

## DEFENDANTS

**ASTRUE, MICHAEL J.**
Commissioner, Social Security Administration

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1. U.S. Government Plaintiff
- **x 2. U. S. Government Defendant**
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1. | ☐ 1. | Incorporated *or* Principal Place | ☐ 4. | ☐ 4 |
| Citizen of Another State | ☐ 2. | ☐ 2 | Incorporated *and* Principal Place | ☐ 5. | ☐ 5 |
| Citizen of Subject of a Foreign Country | ☐ 3. | ☐ 3 | Foreign Nation | ☐ 6. | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **Personal Injury** | **Personal Injury** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 368 Asbestos Person Inj. Prod. Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Liability & Slander | **Personal Property** | ☐ 630 Liquor Laws | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Emp. Liability | ☐ 370 Other Fraud | ☐ 640 RR & Track | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| | | ☐ 371 Truth in Lending | ☐ 650 Airline Reg | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced & Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety /Health | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| | ☐ 350 Motor Vehicle | | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholder's Suits | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **X 863 DIWC/DIWW405(g)** | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal. Injury Med. Malpractice | | ☐ 740 Railway Labor Act | **X 864 SSID Title XVI** | ☐ 891 Agricultural Acts |
| | ☐ 365 Pers. Injury Product Liability | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Econ. Stabilization Act |
| ☐ 196 Franchise | | | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| | | | | ☐ 870 Taxes (US Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| | | | | ☐ 871 IRS Third Party 28 USC 7609 | ☐ 895 Freedom of Information Act |
| | | | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | | ☐ 950 Constitutionally of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

- **xx 1. Original Proceeding**
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from another district (specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the US Civil State under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
**42 USC 405(g)    42 USC 1383©**

Brief description of cause:
**Social Security Appeal**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23      DEMAND $      CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    **xxx NO**

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: **August 21, 2008**

SIGNATURE OF ATTORNEY OF RECORD
**/S/ Paul G. Enterline**

FOR OFFICE USE ONLY

RECEIPT# _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

_____     District of     _____Delaware_____

JAMES A. COOK,

          Plaintiff

      v.

MICHAEL J. ASTRUE,
Commissioner Social Security Administration,

          Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: _____

**TO:**

    Attorney General of the United States
    US Department of Justice
    950 Pennsylvania Ave. NW
    Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Paul G. Enterline
Attorney at Law
113 South Race Street
PO Box 826
Georgetown, DE 19947

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                                                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |
| *Check one box below to indicate appropriate method of service* | |
| ☐ Served personally upon the defendant. Place where served: _____ _____ ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____ ☐ Returned unexecuted:_____ _____ _____ ☐ Other (specify): _____ _____ _____ | |
| **STATEMENT OF SERVICE FEES** | |
| TRAVEL | SERVICES　　　　TOTAL |
| **DECLARATION OF SERVER** | |
| 　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on _____　　_____ 　　　　　　　　　　Date　　　　　　　　　　　　　　　*Signature of Server* 　　　　　　　　　　　　　　　　　　_____ 　　　　　　　　　　　　　　　　　　　　　　　*Address of Server* | |

---

[1] (1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____    District of    _____Delaware_____

| | |
|---|---|
| JAMES A. COOK,<br><br>　　　　　Plaintiff<br><br>　　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Social Security Administration,<br><br>　　　　　Defendant. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: _____ |

**TO:**
　　　Colm Connolly
　　　United States Attorney
　　　District of Delaware
　　　1007 Orange Street
　　　PO Box 2046
　　　Wilmington, DE 19899-2046


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Paul G. Enterline
Attorney at Law
113 South Race Street
PO Box 826
Georgetown, DE 19947

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                                                                                       DATE


_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:_____
_____
_____

☐ Other (specify): _____
_____
_____

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| **DECLARATION OF SERVER** |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. <br><br> Executed on _____    _____ <br>                  Date               *Signature of Server* <br><br><br>                                       _____ <br>                                       *Address of Server* |

---

[1] (1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_____   District of   _____Delaware_____

JAMES A. COOK,

               Plaintiff

               v.

MICHAEL J. ASTRUE,
Commissioner Social Security Administration,

             Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: _____

**TO:**

    General Counsel
    Social Security Administration
    Room 600
    Altmeyer Building
    6401 Security Boulevard
    Baltimore, MD 21235

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Paul G. Enterline
Attorney at Law
113 South Race Street
PO Box 826
Georgetown, DE 19947

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                                                                                         DATE


_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

**RETURN OF SERVICE**

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____    _____
              Date                    *Signature of Server*


                                      _____
                                      *Address of Server*

---

[1] (1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.